IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ON MOTION TO APPOINT** |
| | ) | **COUNSEL FOR POST-CONVICTION** |
| vs. | ) | **PROCEEDINGS** |
| | ) | |
| Alfonso Rodriguez, Jr., | ) | Criminal Case No. 2:04-cr-55 |
| | ) | |
| Defendant. | ) | |

Before the Court is a Motion for Appointment of Counsel for Post-Conviction

proceedings (Doc. #739).  Upon consideration, the Court finds and orders as follows:

1.    Alfonso Rodriguez, Jr. is indigent and he may proceed in his post-conviction

proceedings, including an action under 28 U.S.C. § 2255 *in forma pauperis*.

2.    Rodriguez is eligible for the appointment of counsel to represent him in a post-

conviction proceeding with respect to his capital conviction and sentence.

3.    Rodriguez's conviction resulted from events occurring in both North Dakota and

Minnesota.

4.    Katherine Menendez and Andrew Mohring, of the Minnesota Federal Public

Defender Office, and Joseph Margulies, of Northwestern University School of

Law, are qualified to represent Rodriguez pursuant to 18 U.S.C. § 3599.

5.    The Minnesota Federal Public Defender Office, specifically Ms. Menendez and

Mr. Mohring, as well as Mr. Margulies at Northwestern University School of Law

are appointed as lead counsel for Rodriguez.

6.    The Court further authorizes Neil Fulton, of the North Dakota Federal Public

1

Defender Office, to designate, at the request of lead counsel, a person from his Office to assist lead counsel in investigating any portion of the case pertaining to North Dakota.

7.    This appointment is made with the understanding that the attorneys employed by the Federal Public Defender Office(s) will not bill the Court for any fees or expenses related to the representation.

8.    Mr. Margulies is appointed in accordance with 18 U.S.C. § 3599 and Section III(B) of the CJA Plan for the District of North Dakota.  Mr. Margulies may submit interim vouchers for payment of expenses and fees at the rate established by the CJA for capital cases.

Accordingly, Rodriguez's Motion for Appointment of Counsel is **GRANTED** pursuant to the above findings.

**IT IS SO ORDERED**.

Dated this 15th day of July, 2010.

        /s/  Ralph R. Erickson
        Ralph R. Erickson, Chief  Judge
        United States District Court

2