## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| United States | ) | |
| | ) | **MOTION TO APPEAR** |
| | ) | **PRO HAC VICE** |
| | ) | |
| v. | ) | |
| | ) | **Case No.**  2-04-cr-55 |
| Alfonso Rodriguez, Jr. | ) | |
| | ) | |
| | ) | |
| | ) | |

Joseph Margulies, an attorney for Alfonso Rodriguez, Jr.,

moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for

consideration by the Court:

| | |
|---|---|
| State of Residence: | Illinois |
| Office/Firm Address: | Northwestern University Law School<br>375 East Chicago Avenue<br>Chicago, IL  60611 |
| Telephone Number (office): | 312.503.0890 |
| E-mail Address (office): | j-margulies@law.northwestern.edu |
| Legal Training: | JD 1988, Northwestern University |
| Other Bar Admissions: list jurisdiction & ID number for each jurisdiction | SCT of the US; USDCT for the D. of MN. and E. D. WI; US Cts. App. Fourth, Fifth, Seventh, Eighth, and D.C. Circuits. DC Cir is the only court with an ID #, which is #48487 |
| Trial Experience: | I do not know how many cases I have tried to verdict. I have handled 100s of criminal cases. |

| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | I have never been the subject of a disciplinary action.  I remain a member of the Bar in Texas and Minnesota, but am on out-of-state status because I do not regularly practice in those state courts. |
| --- | --- |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 10  day of August, 2010 .

*Joseph Margulies*

Joseph Margulies

Northwestern University Law School
375 East Chicago Avenue
Chicago, IL  60611
312.503.0890