IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:04-cr-55 |
| | ) | |
| vs. | ) | **ORDER PERMITTING** |
| | ) | **DOCUMENTS TO BE FILED** |
| Alfonso Rodriguez, Jr., | ) | **UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

This matter came on for a status conference on September 26, 2011.  The parties

stipulated on the record to the filing of certain confidential documents under seal.  Upon

consideration, the Court hereby **APPROVES** the parties' stipulation and **GRANTS** the request

to file under seal certain documents relating to Defendant Alfonso Rodriguez, Jr.'s habeas corpus

petition.  The grounds for approving the request to seal these documents is set forth in a separate

sealed supplement.

**IT IS SO ORDERED.**

Dated this 27th day of September, 2011.


/s/   Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court