IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | |
| v. | ) | Criminal No. 2:04-cr-55 |
| | ) | |
| | ) | INDEX TO EXHIBITS |
| ALFONSO RODRIGUEZ, JR., | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

Exhibit A-01    R.E. Gaensslen, *Forensic Analysis of Biological Evidence,* in 1 Forensic Sciences

Exhibit A-02    ASCLD/LAB'S Position on Reporting of Blood Screening Tests in the 1980's and 1990's

Exhibit A-03    *Procedures for the Serological Identification of Biological Substance on Evidentiary Materials*, FBI 2002

Exhibit A-04    Regions Hospital Protocol 07.59.01

Exhibit A-05    Minnesota BCA Archived Protocols

Exhibit A-06    *Procedures for the Presumptive Testing of Semen*, FBI Serology Manual Protocols in 2006

Exhibit A-07    North Dakota State *AP Spot Test Background Information*

Exhibit A-08    Texas DPS, *DNA Report Writing Guidelines*

Exhibit A-09    California DOJ, *Biology Technical Procedures Section 4*

Exhibit A-10          Connecticut DPS, *Forensic Biology*

Exhibit A-11          Pennsylvania State Police Laboratory System, *Serology Procedures Manual*

Exhibit A-12          Missouri State Highway Patrol, Crime Laboratory Division, *Detection of Biological Fluids Procedure Manual Section II*

Exhibit A-13          Oklahoma State Bureau of Investigation Criminalistic Services Division, *Forensic Biology Protocol Manual B23*

Exhibit A-14          Alaska DPS Scientific Crime Detection Laboratory, *Forensic Biology Standard Operating Procedures*

Exhibit A-15          San Francisco PD Criminalists Laboratory, *Serology and DNA Analysis Manual Analytical Protocols*

Exhibit A-16          Houston PD Crime Laboratory, *Standard Operating Procedures: Serology/DNA, Section 7.4*

Exhibit A-17          Ft. Worth PD, *STR DNA SOP Manual, Section 1.13*

Exhibit A-18          Phoenix PD Laboratory Services Division, *Forensic Biology*

Exhibit A-19          Columbus Police Crime Laboratory, *SOP Manual ACID PHOSPHATASE FOR SEMEN*

Exhibit A-20          Pinellas County Forensic Laboratory, *Quality Manual POLICY 2020P*

Exhibit A-21          San Diego County Regional Sheriff's Department Regional Crime Laboratory, *Forensic Biology Technical Procedures Manual, SECTION 4*

Exhibit A-22          Broward County Sheriff's Office Crime Laboratory, *Analytical Methods Manual, Section 8*

Exhibit A-23          Beckman DriStat Package Insert

Exhibit B-01    Declaration and Curriculum Vitae of Dr. Garry F. Peterson

Exhibit B-02    Declaration and Curriculum Vitae of Dr. Jonathan Arden

Exhibit B-03    Declaration and Curriculum Vitae of Dr. Mark Flomenbaum

Exhibit B-04    Declaration and Curriculum Vitae of Dr. Michael Ferenc

Exhibit C-01    *State of Minnesota v. Michael Ray Hansen*, Findings of Fact, Conclusions of Law and Order, File No. 23-KX-04-1222

Exhibit C-02    MPR News, *Hansen Prepares for New Trial* September 6, 2011

Exhibit C-03    *State v. Hansen*, Trial Testimony of Dr. Michael McGee, excerpt February 1, 2006

Exhibit C-04    *State v. Hansen*, Post-Conviction Relief Hearing Testimony of Dr. Michael McGee, May 16, 2011

Exhibit C-05    *Ramsey County Medical Examiner,* Minnesota Lawyer, September 9, 2011

Exhibit C-06    *State v. Hansen*, Post-Conviction Relief Hearing Testimony of Chris Van Ee, Ph.D.

Exhibit C-07    *State v. Hansen*, Motion for Dismissal of Indictment

Exhibit C-08    *State of Wisconsin v. Evan M. Zimmerman*, Defendant's Appellate Brief

Exhibit C-09    *State v. Zimmerman*, Appellate Court Opinion

Exhibit C-10    *State v. Zimmerman*, Jury Trial, Dr. Michael McGee Testimony, April 27, 2005

Exhibit C-11    *State v. Zimmerman*, Jury Trial, Kenneth B. Olson Testimony

Exhibit C-12    *Zimmerman Murder Charge Dropped,* Wisconsin State Journal, April 30, 2005

Exhibit D-01        Filed under seal

Exhibit D-02        Filed under seal

Exhibit D-03        Filed under seal

Exhibit D-04        Filed under seal

Exhibit D-05        Filed under seal

Exhibit D-06        Filed under seal

Exhibit D-07        Filed under seal

Exhibit D-08        Filed under seal

Exhibit D-09        Filed under seal

Exhibit D-10        Filed under seal

Exhibit D-11        Filed under seal

Exhibit D-12        Filed under seal

Exhibit D-13        Null

Exhibit D-14        Filed under seal

Exhibit D-15        Filed under seal

Exhibit D-16        Filed under seal

Exhibit D-17        Filed under seal

Exhibit D-18        Null

Exhibit D-19        Filed under seal

Exhibit D-20        Filed under seal

Exhibit D-21        Filed under seal

Exhibit D-22        Null

Exhibit D-23        Filed under seal

Exhibit D-24        Filed under seal

Exhibit D-25        Filed under seal

Exhibit D-26        Filed under seal

Exhibit D-27        Filed under seal

Exhibit D-28        Filed under seal

Exhibit D-29        Filed under seal

Exhibit D-30        Filed under seal

Exhibit D-31        Filed under seal

Exhibit D-32        Filed under seal

Exhibit D-33        Filed under seal

Exhibit D-34        Filed under seal

Exhibit D-35        Filed under seal

Exhibit D-36        Filed under seal

Exhibit D-37        Filed under seal

Exhibit D-38        Filed under seal

Exhibit D-39        Filed under seal

Exhibit D-40        Filed under seal

Exhibit D-41       Filed under seal

Exhibit D-42       Filed under seal

Exhibit D-43       Filed under seal

Exhibit D-44       Filed under seal

Exhibit D-45       Filed under seal

Exhibit D-46       Filed under seal

Exhibit D-47       Filed under seal

Exhibit D-48       Filed under seal

Exhibit D-49       Filed under seal

Exhibit D-50       Filed under seal

Exhibit D-51       Filed under seal

Exhibit D-52       Filed under seal

Exhibit D-53       Filed under seal

Exhibit D-54       Filed under seal

Exhibit D-55       Filed under seal

Exhibit D-56       Filed under seal

Exhibit D-57       Filed under seal

Exhibit D-58       Filed under seal

Exhibit D-59       Filed under seal

Exhibit D-60       Filed under seal

Exhibit D-61        Filed under seal

Exhibit D-62        Filed under seal

Exhibit D-63        Filed under seal

Exhibit D-64        Filed under seal

Exhibit D-65        Filed under seal

Exhibit D-66        Filed under seal

Exhibit D-67        Filed under seal

Exhibit D-68        Filed under seal

Exhibit D-69        Filed under seal

Exhibit D-70        Filed under seal

Exhibit D-71        Filed under seal

Exhibit D-72        Filed under seal

Exhibit D-73        Filed under seal

Exhibit D-74        Filed under seal

Exhibit D-75        Filed under seal

Exhibit D-76        Filed under seal

Exhibit D-77        Filed under seal

Exhibit D-78        Filed under seal

Exhibit D-79        Filed under seal

Exhibit D-80        Filed under seal

Exhibit D-81     Filed under seal

Exhibit D-82     Filed under seal

Exhibit D-83     Filed under seal

Exhibit D-84     Filed under seal

Exhibit D-85     Filed under seal

Exhibit D-86     Filed under seal

Exhibit D-87     Filed under seal

Exhibit D-88     Filed under seal

Exhibit D-89     Filed under seal

Exhibit D-90     Filed under seal

Exhibit D-91     Filed under seal

Exhibit D-92     Filed under seal

Exhibit D-93     Filed under seal

Exhibit D-94     Filed under seal

Exhibit D-95     Filed under seal

Exhibit D-96     Filed under seal

Exhibit D-97     Filed under seal

Exhibit D-98     Filed under seal

Exhibit D-99     Filed under seal

Exhibit D-100    Null

Exhibit D-101     Filed under seal

Exhibit D-102     Filed under seal

Exhibit D-103     Filed under seal

Exhibit D-104     Filed under seal

Exhibit D-105     Filed under seal

Exhibit D-106     Filed under seal

Exhibit D-107     Filed under seal

Exhibit D-108     Filed under seal

Exhibit D-109     Filed under seal

Exhibit D-110     Filed under seal

Exhibit D-111     Filed under seal

Exhibit D-112     Filed under seal

Exhibit D-113     Filed under seal

Exhibit D-114     Filed under seal

Exhibit D-115     Filed under seal

Exhibit D-116     Filed under seal

Exhibit D-117     Filed under seal

Exhibit D-118     Filed under seal

Exhibit D-119     Filed under seal

Exhibit D-120     Filed under seal

Exhibit D-121        Filed under seal

Exhibit D-122        Filed under seal

Exhibit D-123        Filed under seal

Exhibit D-124        Filed under seal

Exhibit D-125        Filed under seal

Exhibit D-126        Filed under seal

Exhibit D-127        Filed under seal

Exhibit D-128        Filed under seal

Exhibit D-129        Filed under seal

Exhibit D-130        Filed under seal

Exhibit D-131        Filed under seal

Exhibit D-132        Filed under seal

Exhibit D-133        Filed under seal

Exhibit D-134        Filed under seal

Exhibit D-135        Filed under seal

Exhibit D-136        Filed under seal

Exhibit D-137        Filed under seal

Exhibit D-138        Filed under seal

Exhibit D-139        Filed under seal

Exhibit D-140        Filed under seal

Exhibit D-141     Filed under seal

Exhibit D-142     Filed under seal

Exhibit D-143     Filed under seal

Exhibit D-144     Filed under seal

Exhibit D-145     Filed under seal

Exhibit D-146     Filed under seal

Exhibit D-147     Filed under seal

Exhibit D-148     Filed under seal

Exhibit D-149     Filed under seal

Exhibit D-150     Filed under seal

Exhibit E-01      Kevin McNally –  DePaul Law Review article

Exhibit E-02      Declaration of Kevin McNally, September 18, 2008

Exhibit E-03      GAO Death Penalty Sentencing Report 1990

Exhibit E-04      Declaration of Lauren Cohen Bell, Ph.D., September 16, 2008

Exhibit F-01      Minnesota Attorney General letter (letter from Kristine L. Eiden, Chief Deputy Attorney General to Amy Klobuchar, Hennepin County Attorney and Susan Gaertner, Ramsey County Attorney),  December 17, 2003

Exhibit F-02      Weather data, *National Climate Data Center,* NOAA, November 2003 to April 2004

Exhibit F-03      *United States v. Mohamed*, 98-CR-1023 (S.D.N.Y. 2001) Verdict Form

Exhibit F-04        Curriculum Vitae of Dr. Michael B. McGee

Exhibit S-01        Filed under seal

Exhibit S-02        Filed under seal

Exhibit S-03        Filed under seal

Exhibit S-04        Filed under seal

Exhibit S-05        Filed under seal

Exhibit S-06        Filed under seal

Exhibit S-07        Filed under seal

Exhibit S-08        Filed under seal

Exhibit S-09        Filed under seal

Exhibit S-10        Filed under seal

Exhibit S-11        Filed under seal

Exhibit S-12        Filed under seal

Exhibit S-13        Filed under seal

Exhibit S-14        Filed under seal

Exhibit S-15        Filed under seal

Exhibit S-16        Filed under seal

Exhibit S-17        Filed under seal

Exhibit S-18        Filed under seal

Exhibit S-19        Filed under seal

Exhibit S-20          Filed under seal

Exhibit S-21          Filed under seal

Exhibit S-22          Filed under seal

Exhibit S-23          Filed under seal

Exhibit S-24          Filed under seal

Exhibit S-25          Filed under seal

Exhibit S-26          Filed under seal

Exhibit S-27          Filed under seal

Exhibit S-28          Filed under seal

Exhibit S-29          Filed under seal

Exhibit S-30          Filed under seal

Exhibit S-31          Filed under seal

Exhibit S-100         Filed under seal

Exhibit S-101         Filed under seal