# PROCEDURES FOR THE SEROLOGICAL IDENTIFICATION OF BIOLOGICAL SUBSTANCES ON EVIDENTIARY MATERIALS

## DNA ANALYSIS UNIT I
## FBI LABORATORY

December 23, 2002
CONTROLLED COPY

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

# PROCEDURES FOR THE SEROLOGICAL IDENTIFICATION OF BIOLOGICAL SUBSTANCES ON EVIDENTIARY MATERIALS

TABLE OF CONTENTS

## ROUTINE

PROCEDURE FOR THE PRESUMPTIVE IDENTIFICATION OF BLOOD ............ 1-1
    EQUIPMENT/MATERIALS/REAGENTS ............................ 1-1
    QUALITY CONTROL PROCEDURES .............................. 1-3
    TEST PROCEDURE .......................................... 1-3
    REFERENCES .............................................. 1-4

PROCEDURE FOR THE CONFIRMATORY IDENTIFICATION OF BLOOD .......... 2-1
    EQUIPMENT/MATERIALS/REAGENTS ............................ 2-1
    QUALITY CONTROL PROCEDURES .............................. 2-3
    TEST PROCEDURE .......................................... 2-3
    REFERENCES .............................................. 2-4

PROCEDURE FOR THE PREPARATION OF DRIED BLOODSTAINS ............. 3-1
    EQUIPMENT/MATERIALS/REAGENTS ............................ 3-1
    QUALITY CONTROL PROCEDURES .............................. 3-2
    PREPARATION OF DRIED BLOODSTAINS ........................ 3-2
        From Coagulated Whole Blood ........................ 3-2
        From Anticoagulated Whole Blood .................... 3-3
    REFERENCE ............................................... 3-3

PROCEDURE FOR THE PRESUMPTIVE IDENTIFICATION OF SEMEN ............ 4-1
    EQUIPMENT/MATERIALS/REAGENTS ............................ 4-1
    QUALITY CONTROL PROCEDURES .............................. 4-3
    TEST PROCEDURE .......................................... 4-3
    REFERENCES .............................................. 4-4

PROCEDURES FOR THE EXTRACTION OF SUSPECTED SEMEN STAINS PRIOR TO
    *ONESTEP* ABACARD® PSA TEST ............................. 5-1
    EQUIPMENT/MATERIALS/REAGENTS ............................ 5-1
    QUALITY CONTROL PROCEDURES .............................. 5-3
    QUESTIONED STAIN EXTRACTION PROCEDURE ................... 5-4
    REFERENCE ............................................... 5-6

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

PROCEDURE FOR HUMAN SEMEN IDENTIFICATION BY THE *ONESTEP* ABAcard®
PSA TEST . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-1
EQUIPMENT/MATERIALS/REAGENTS . . . . . . . . . . . . . . . . . . . 6-1
QUALITY CONTROL PROCEDURES . . . . . . . . . . . . . . . . . . . . . 6-2
TEST PROCEDURE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-2
INTERPRETATION OF RESULTS . . . . . . . . . . . . . . . . . . . . . . . 6-2
DISPOSAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-3
REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-3

# NON-ROUTINE

PROCEDURE FOR THE ORIGIN DETERMINATION OF STAINS . . . . . . . . . . . . . . . . . 7-1
EQUIPMENT/MATERIALS/REAGENTS . . . . . . . . . . . . . . . . . . . 7-1
QUALITY CONTROL PROCEDURES . . . . . . . . . . . . . . . . . . . . . 7-3
TEST PROCEDURE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-3
INTERPRETATION OF RESULTS . . . . . . . . . . . . . . . . . . . . . . . 7-4
REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 7-5

PROCEDURE FOR EVALUATING THE SPECIFICITY OF ANTI-SPECIES ANTISERA
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-1
EQUIPMENT/MATERIALS/REAGENTS . . . . . . . . . . . . . . . . . . . 8-1
QUALITY CONTROL PROCEDURES . . . . . . . . . . . . . . . . . . . . . 8-4
TEST PROCEDURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-4
Reconstitution of Animal Sera and Preparation of Serum Stains . . . . . . . . . . 8-4
Preparation of Animal Serum Stain Extract . . . . . . . . . . . . . . . . . . . . . . . . . 8-4
Performance of Immunodiffusion Test Procedure . . . . . . . . . . . . . . . . . . . . . 8-4
INTERPRETATION OF RESULTS . . . . . . . . . . . . . . . . . . . . . . . 8-5
REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-6

PROCEDURE FOR THE PRESUMPTIVE IDENTIFICATION OF BLOOD USING LUMINOL
. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-1
EQUIPMENT/MATERIALS/REAGENTS . . . . . . . . . . . . . . . . . . . 9-1
QUALITY CONTROL PROCEDURES . . . . . . . . . . . . . . . . . . . . . 9-1
TEST PROCEDURE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-1
INTERPRETATION OF RESULTS . . . . . . . . . . . . . . . . . . . . . . . 9-2
REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-2

PROCEDURE FOR THE CALIBRATION OF OneStep ABACARD® TESTS FOR THE
DETECTION OF P30 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-1
EQUIPMENT/MATERIALS/REAGENTS . . . . . . . . . . . . . . . . . . . 10-1
PREPARATION OF p30 STANDARD SOLUTIONS . . . . . . . . . . . . . . . . . . 10-3

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

TESTS OF THE p30 STANDARD SOLUTIONS . . . . . . . . . . . . . . . . . . . . . . . . . 10-3
INTERPRETATION OF TEST RESULTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-3
REFERENCE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-3

PROCEDURE FOR THE MICROSCOPIC IDENTIFICATION OF SPERMATOZOA . . . 11-1
EQUIPMENT/MATERIALS/REAGENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-1
QUALITY CONTROL PROCEDURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-3
TEST PROCEDURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-3
Questioned Stain Extract(s) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-3
Smear Slide(s) Without Blood . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-4
Smear Slide(s) With Blood . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-5
REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-6

PROCEDURE FOR THE STAINING OF SMEAR SLIDES WITH KERNECHTROT-
PICROINDIGOCARMINE FOR THE MICROSCOPIC IDENTIFICATION OF
SPERMATOZOA . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-1
EQUIPMENT/MATERIALS/REAGENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-1
QUALITY CONTROL PROCEDURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-2
TEST PROCEDURE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-3
REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12-4

PROCEDURE FOR THE DETECTION OF AMYLASE IN SALIVA STAINS . . . . . . . . 13-1
EQUIPMENT/MATERIALS/REAGENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-1
QUALITY CONTROL PROCEDURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-4
TEST PROCEDURE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-4
INTERPRETATION OF RESULTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-5
REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-6
RADIAL DIFFUSION TEMPLATE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13-7

PROCEDURE FOR THE DETECTION OF UREA IN URINE STAINS . . . . . . . . . . . . . 14-1
EQUIPMENT/MATERIALS/REAGENTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-1
QUALITY CONTROL PROCEDURES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-4
TEST PROCEDURE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-4
INTERPRETATION OF RESULTS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-5
REFERENCES . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-6
RADIAL DIFFUSION TEMPLATE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 14-7

LABORATORY SETUP . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-1
DEDICATED EQUIPMENT AND SUPPLY ITEMS . . . . . . . . . . . . . . . . . . . . 15-1
DEDICATED LABORATORY SPACE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-1
EQUIPMENT CALIBRATION . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15-1

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

| Rev. # | Issue Date | History |
|--------|-----------|---------|
| 0 | 7/28/2000 | Replaces previous protocol dated January 1998 |
| 1 | 1/17/2001 | Replaces protocol revision #0 dated July 28, 2000 |
| 2 | 12/23/2002 | Replaces protocol revision #1 dated January 17, 2001 |

**Preparer:**
DNAU I
L. S. Loveri
Date: 12/9/2002

**Technical Review:**
DNAU I Examiner
A. J. Onorato
Date: 12/9/2002

**Approval:**
DNAU I Unit Chief
R. A. Guerrieri
Date: 12/9/02

**Issuance:**
DNAU I Examiner
A. J. Onorato
Date: 12/9/2002

12.02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY

iv of iv

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

## PROCEDURE FOR THE PRESUMPTIVE IDENTIFICATION OF BLOOD

### 1    SCOPE

The heme groups associated with hemoglobin molecules possess a peroxidase-like activity that can be exploited for the presumptive identification of blood present as dried stains on items of evidence.  This peroxidase-like activity will catalyze the oxidation of phenolphthalin in the presence of hydrogen peroxide.  Since the heme-mediated oxidation of phenolphthalin reagent by hydrogen peroxide is carried out at an alkaline pH, the phenolphthalin will turn from colorless to pink upon oxidation.  In practice, a moist cotton-tipped swab is used to rub the suspected stain. A phenolphthalin solution is placed on the swab followed by the addition of a hydrogen peroxide solution.  The appearance of any pink color within 10-15 seconds after the addition of hydrogen peroxide indicates the presumptive presence of blood in the questioned stain.

> Please refer to the Bloodborne Pathogen (BBP) Exposure Policy, Personal Protective Equipment policy, and Chemical Hygiene Plan sections of the FBI Laboratory Division Safety Manual for important personal safety information prior to conducting this test.

### 1.1    EQUIPMENT/MATERIALS/REAGENTS

The following general instructions are applicable to the preparation and storage of all reagents used in this test procedure.

- Use graduated cylinders or pipets closest in capacity to the volume of liquid being measured.
- Label all reagents with the name of the reagent, the date it was prepared, the initials of the preparer,  the lot number of the preparation and the proper storage condition.  Record this information on the container and in the appropriate reagent preparation notebook.  *Note: phenolphthalin working solution should also bear the expiration date of the phenolphthalein stock solution which has a shelf-life of 90 days.*

| | |
|---|---|
| **BOTTLES, AMBER** | **Bottles, dropper, amber, 30 mL**<br>Kimble #FS15040G 30 or comparable |
| **CONDENSER, REFLUX** | **Distilling column with outer joint at top and inner joint with drip tip at bottom**<br>Kimble #21805-300 or comparable |
| **COTTON SWABS** | **Cotton-tipped applicators**<br>Daigger #22008F or comparable |

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

| | |
|---|---|
| **DEIONIZED WATER** | **Deionized, distilled water** |
| **ETHANOL** | **Ethyl alcohol, 95%** Denatured ethyl alcohol Fisher Scientific Company, A-407 or comparable. Store at room temperature. |
| **GLASS BEADS** | **4 mm Glass beads** VWR Scientific Products, 26396-633 or comparable |
| **GRADUATED CYLINDER** | **Graduated cylinders of appropriate volume** 100mL, Fisher Scientific, #08-552-4C or comparable |
| **HEATING MANTLE** | **Electrothermal hemispherical mantle bottom must be used with suitable power controller** Fisher Scientific, #11-472-71 or comparable |
| **HYDROGEN PEROXIDE** | **30% Hydrogen peroxide** Sigma Chemical Company, H-1009 or comparable |
| **3 % HYDROGEN PEROXIDE** | **3% Hydrogen peroxide, 100 ml** Dilute 10 ml of 30% hydrogen peroxide (Sigma Chemical Company, H-1009) to 100 ml with deionized water. Store at 4°C when not in use. |
| **FLASK** | **Flask, round bottom, 1000mL** Fisher Scientific, #10-067-2G or comparable |
| **PHENOLPHTHALEIN** | **Phenolphthalein** Fisher Scientific, #P-79 or comparable |
| **PHENOLPHTHALIN** | **Phenolphthalin stock solution** In a round bottom flask, place 2 g phenolphthalein (Fisher Scientific Company, P-79), 20 g NaOH (Fisher Scientific Company, S-318), 20 g Zinc granules (Fisher Scientific Company, Z-16) and 100 ml deionized water *(CAUTION: Add water slowly to the flask to avoid rapid heat buildup from the NaOH pellets)*. Place the flask, containing glass beads to control boiling, on a heating mantle and affix a reflux condenser. Reflux this solution for 2 to 4 hours, or until the solution is colorless. This process reduces phenolphthalein to the colorless, reduced form. After |

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

cooling, store the stock solution in an amber bottle with approximately 50 g/100 ml zinc granules. This solution has a 90 day shelf life.

**Phenolphthalin working solution**
To 10 ml of the stock phenolphthalin solution add 40 ml 95% ethanol and mix. Store in an amber dropper bottle with approximately 25 g/50 ml zinc granules at 4°C.

**POWER CONTROLLER**       **Electrothermal controller regulates heating mantles**
                          e.g. Electrothermal #MC242X1 or comparable

**SODIUM HYDROXIDE**       **Sodium Hydroxide(NaOH)**
                          Fisher Scientific, #S-318 or comparable

**ZINC**                  **Zinc**
                          Fisher Scientific, #Z-16 or comparable

## 1.2    QUALITY CONTROL PROCEDURES

The phenolphthalin working solution must be tested for efficacy at the time of its preparation and daily before use. Using the test procedure described in the following section, test the solution against a known bloodstain (positive control) and against an unstained substrate, usually an unstained swab (negative control). If the solution yields a positive result when used to test the negative control, it must be discarded. If the solution yields a negative result, or a positive result prior to the addition of hydrogen peroxide, with the known bloodstain, it must be discarded. The results of these efficacy tests must be recorded in the reagent log book at the time of preparation or in the casework documentation for daily assessment of the reagent batch in use.

## 1.3    TEST PROCEDURE

The phenolphthalin working solution will have been tested successfully against positive and negative control specimens to insure its detection efficacy prior to use.

1.      Using a cotton-tipped applicator swab that has been moistened with deionized water, lightly rub across the questioned stain area. Be certain that the swab is not excessively wet.

2.      To the swab tip add one drop of phenolphthalin working solution.

        a.      Observe the swab for a color change. If the swab exhibits a pink to red color

12/02 (Rev. #2) - Procedures for the Serological...

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

immediately after the addition of phenolphthalin, the presence of oxidative substances in the questioned stain other than heme is indicated. No further presumptive testing can be done on this stain and the presence or absence of blood will have to be determined solely by the confirmatory test procedure. Such a result should be recorded as inconclusive in the casework documentation.

b.    If no color change is observed, continue the test procedure.

3.    To the swab tip add one drop of 3% hydrogen peroxide solution.

a.    Observe the swab for a color change within 10-15 seconds of hydrogen peroxide addition. The appearance of a pink to red color indicates the presumptive presence of blood. It should be noted that in the presence of air, the test swabs will develop a pink to red color within several minutes in the absence of blood as the phenolphthalin reagent undergoes nonspecific oxidation.

b.    If no color is observed within this time, blood is almost certainly not a component of the stain tested.

> Please refer to the Hazardous Waste Disposal Section of the FBI Laboratory Division Safety Manual for important information concerning proper disposal of the chemicals used in this test as well as the biohazardous wastes generated.

## 1.4    REFERENCES

Camps, F.E., editor. Gradwohl's Legal Medicine. Baltimore: Williams and Wilkins, 1968.

Gaensslen, R.E. Sourcebook in forensic serology, immunology, and biochemistry. U.S. Department of Justice, National Institute of Justice, Washington, D.C., 1983.

Lee, H. C., Identification and grouping of bloodstains. In: Saferstein, R., Editor. Forensic Science Handbook. Prentice-Hall, 1982; 267-337.

| Rev# | Issue Date | History | |
|---|---|---|---|
| 0 | 7/28/2000 | Replaces previous protocol dated January 1998 | |
| 1 | 1/17/2001 | Replaces protocol revision#0 dated July 28, 2000 | |
| 2 | 12/23/2002 | 1 | Removed "1" from Title |
| | | 1 | Added "1 SCOPE" |
| | | 1-1 | Replaced "REAGENTS AND SUPPLIES" with "EQUIPMENT/MATERIALS/REAGENTS" Removed "and" from sentence beginning "Label all. To same sentence added "and the proper storage conditions" |

12 02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY                                                                                1-4

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

Added the following items with appropriate description
"BOTTLES, AMBER "DEIONIZED WATER"; "FLASK",
"GRADUATE CYLINDER"; "HEATING MANTLE";
"HYDROGEN PEROXIDE"; "PHENOLPHTHALEIN";
"POWER CONTROLLER"; "SODIUM HYDROXIDE"
"ZINC"
Changed "Scientific Products, A5002-1" to Daigger
#22008F
Added " or comparable" where needed

End of Section 1

12/02 (Rev. #2) - Procedures for the Serological...
CONTROLLED COPY

1-5

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

## PROCEDURE FOR THE CONFIRMATORY IDENTIFICATION OF BLOOD

### 2    SCOPE

Confirmation of the presence of blood in a questioned stain can be obtained through application of the Takayama hemochromogen test procedure. The heme component of hemoglobin will form a complex with pyridine when heated in the presence of a mild reducing agent such as glucose. This complex is called pyridine hemochromogen and crystallizes out of solution. Observation of crystals of a characteristic morphology is confirmatory of the presence of blood. It should be noted that insufficient sample quantity and/or quality may limit the ability to establish the presence of blood.

> Please refer to the Bloodborne Pathogen (BBP) Exposure Policy, Personal Protective Equipment policy, and Chemical Hygiene Plan sections of the FBI Laboratory Division Safety Manual for important personal safety information prior to conducting this test.

### 2.1    EQUIPMENT/MATERIALS/REAGENTS

The following general instructions are applicable to the preparation and storage of all reagents used in this test procedure.

- Use graduated cylinders or pipets closest in capacity to the volume of liquid being measured.
- Label all reagents with the name of the reagent, the date it was prepared, the initials of the preparer, the lot number of the preparation and the proper storage conditions. Record this information on the container and in the appropriate reagent preparation notebook. *Note: Takayama Reagent Working Solution, which has a shelf-life of 2 days, should also bear the expiration date.*

| | |
|---|---|
| **COVERSLIPS** | **Glass microscope slide coverslips**<br>Fisher Scientific Company, 12-542A or comparable |
| **CYLINDER** | **Cylinder, graduated, appropriate volume**<br>100mL, Fisher Scientific, #08-552-4C or comparable |
| **DEIONIZED WATER** | **Distilled, deionized water** |
| **DEXTROSE** | **Dextrose, D-Glucose**<br>Fisher Scientific, D16-500 or comparable |

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

| | |
|---|---|
| **HOTPLATE/STIRRER** | **Hotplate/stirrer**<br>Corning #6795 220 or comparable |
| **MICROSCOPE** | **Microscope with lenses for 100x magnification**<br>Leitz, Laborlux 11 or comparable |
| **MICROSCOPE SLIDES** | **Glass microscope slides, 1" X 3"**<br>Fisher Scientific Company, 12-544-1 or comparable |
| **SATURATED GLUCOSE** | **D-Glucose, saturated solution in water**<br>With mild heating on a hotplate-stirrer, dissolve 50 g D-glucose (Dextrose, Fisher Scientific Company, D16-500) in 50 ml deionized water. After solution is complete, permit the solution to cool to room temperature. Crystals of D-glucose may form upon equilibration to ambient temperature. Store this solution at room temperature. Examine this solution for the presence of microbial growth prior to each use and if such growth is suspected the preparation should be discarded. This solution has a maximum shelf-life of 90 days. |
| **PYRIDINE** | **Pyridine, ACS grade**<br>Fisher Scientific Company, P-368 or comparable |
| **SODIUM HYDROXIDE** | **Sodium Hydroxide**<br>Fisher Scientific, #S-318 or comparable |
| **SODIUM HYDROXIDE SOLUTION** | **2.5 M NaOH (10% m/v)**<br>To 80 ml of deionized water, slowly add 10 g of NaOH pellets (Fisher Scientific Company, S-318) with stirring. When the pellets have dissolved, and solution is at room temperature, bring to a final volume of 100 ml with deionized water. *CAUTION: The solution of NaOH pellets in water is accompanied by the production of a large quantity of heat.* Add the pellets slowly. Store the solution in a plastic bottle at room temperature. |
| **SLIDE WARMER** | **Slide Warmer**<br>Fisher Scientific Company, 12-594 or comparable |
| **TAKAYAMA REAGENT** | **Takayama Reagent Working Solution**<br>**NOTE: THIS REAGENT SHOULD BE PREPARED** |

12.02 (Rev #2) - Procedures for the Serological...

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

**IN A CHEMICAL FUME HOOD.** Combine 500 µl saturated D-glucose, 500 µl 2.5M NaOH, 500 µl pyridine with 1000 µl deionized water. Mix thoroughly and store in an amber dropper bottle. This reagent is stable for a maximum of two days after which it cannot be used.

## 2.2    QUALITY CONTROL PROCEDURES

The Takayama reagent must be tested for efficacy at the time of preparation and on the second day of its shelf life prior to use. Using the test procedure described in the following section, test the reagent against a known bloodstain (positive control) and against an unstained substrate (negative control). If hemochromogen crystals appear when the negative control is tested, the reagent must be discarded. If hemochromogen crystals do not appear when a positive control is tested, the reagent must be discarded. The results of these efficacy tests must be recorded in the reagent log book and casework documentation.

## 2.3    TEST PROCEDURE

The Takayama reagent solution will have been tested successfully against positive and negative control specimens to insure its detection efficacy prior to use.

1.    Place a small portion (e.g. thread, scraping, cutting, etc.) of the questioned stain on a microscope slide and cover with a coverslip fragment.

2.    Add a small volume of Takayama reagent working solution under the coverslip, being careful to avoid an excess of reagent on the slide.

3.    The test slide should be placed on a slide warmer to facilitate stain resolubilization. The appearance of a pink color around the specimen during this step can accompany the chemical reaction. Care should be taken not to completely evaporate the Takayama reagent working solution from the test slide through excessive heating.

4.    Microscopically examine the slide under 100X magnification. A positive test result, confirming the presence of blood, is indicated by the appearance of pink, feathery and branched crystals of pyridineferroprotoporphyrin.
    a.    Examination at 100X magnification is generally adequate for crystal observation. However, higher magnification, such as 250X or 400X, may sometimes be necessary. Additionally, longer incubation periods may be necessary for crystal formation. In such situations, crystal formation can be facilitated by incubation of the test slides for short periods (5 to 10 minutes) at either 4°C or -20°C.

5.    If pyridineferroprotoporphyrin crystals are not observed, the presence of blood cannot be confirmed.

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

Please refer to the Hazardous Waste Disposal Section of the FBI Laboratory Division Safety Manual for important information concerning proper disposal of the chemicals used in this test as well as the biohazardous wastes generated.

## 2.4    REFERENCES

Camps, F.E., editor. Gradwohl's Legal Medicine. Baltimore: Williams and Wilkins, 1968.

Condon, F.E. and Meislick, H., Introduction to organic chemistry. New York: Holt, Rinehart and Winston, 1960.

Gaensslen, R.E., Sourcebook in forensic serology, immunology, and biochemistry. U.S. Department of Justice, National Institute of Justice, Washington, D.C., 1983.

Lee, H. C., Identification and grouping of bloodstains. In: Saferstein, R., Editor. Forensic Science Handbook. Prentice-Hall, 1982; 267-337.

| Rev # | Issue Date | | History |
|---|---|---|---|
| 0 | 7/28/2000 | | Replaces previous protocol dated January 1998 |
| 1 | 1/17/2001 | | Replaces protocol revision #0 dated July 28, 2000 |
| 2 | 12/23/2002 | 2 | Removed "2" from Title |
| | | 2 | Added "2  SCOPE" |
| | | 2-3 | Replaced "REAGENTS AND SUPPLIES" with "EQUIPMENT/MATERIALS/REAGENTS" |
| | | | Removed "and" from sentence beginning "Label all... To same sentence added "and the proper storage conditions." |
| | | | Added the following items with appropriate descriptions "CYLINDER"; "DEIONIZED WATER"; "DEXTROSE" "HOTPLATE/STIRRER"; "MICROSCOPE"; "SODIUM HYDROXIDE" |
| | | | Changed "NaOH" SOLUTION to "SODIUM HYDROXIDE" SOLUTION |
| | | | Added "or comparable" where needed |

End of Section 2

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

## PROCEDURE FOR THE PREPARATION OF DRIED BLOODSTAINS

3.    SCOPE

Known exemplars frequently are submitted to the laboratory in the form of liquid whole blood samples. The preparation of dried bloodstains from these liquid samples is essential for both the long-term storage of the exemplars and for converting whole blood into a form compatible with subsequent analytical testing procedures.

> Please refer to the Bloodborne Pathogen (BBP) Exposure Policy, Personal Protective Equipment policy, and Chemical Hygiene Plan sections of the FBI Laboratory Division Safety Manual for important personal safety information prior to conducting this test.

### 3.1    EQUIPMENT/MATERIALS/REAGENTS

| | |
|---|---|
| **AUTOCLAVE** | Autoclave/sterilizer |
| **BIOSAFETY CABINET** | **Biosafety cabinet with vertical laminar flow**<br>Forma Scientific, Model #1112 or comparable |
| **BLEACH SOLUTION** | **10% sodium hypochlorite solution, 100 ml**<br>Bring 10 ml household bleach to 100 ml with deionized water. Store at room temperature. Prepare weekly. |
| **COTTON SHEETING** | **Washed, cotton sheeting**<br>100% cotton bed sheets (180 threads/inch) are washed once with detergent in hot water, followed by two washes in cold water without detergent. After air-drying, sections are removed and autoclaved. Store in zipper-type plastic bags at room temperature. |
| **PLASTIC BAGS** | **Plastic bags, zipper enclosure** |
| **PIPETS** | **Pipets, adjustable, various volume ranges**<br>Ranin, Pipet-Lite or comparable |
| **PIPET TIPS** | **Pipet tips of appropriate size for pipets, aerosol resistant** |
| **TISSUE HOMOGENIZER** | **Glass tissue homogenizer**<br>Dounce tissue grinder Fisher Scientific Company, K885300-0015 or comparable |

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

## 3.2     QUALITY CONTROL PROCEDURES

All biological materials must be considered pathogenic. Because liquid whole blood specimens are especially hazardous to the analyst, liquid blood tubes *must* be handled only when wearing gloves, safety glasses, and laboratory coats. When opening liquid blood tubes, the analyst *must* also be wearing eye protection and mouth protection. The donning of double gloves when handling known AIDS or Hepatitis-infected materials is recommended. All operations with liquid whole blood samples, including drying, should be carried out in a dedicated biosafety cabinet with vertical laminar flow.

## 3.3     PREPARATION OF DRIED BLOODSTAINS

### 3.3.1     From Coagulated Whole Blood

1.     From the cotton sheeting cut a piece approximately 3 cm X 6 cm and permanently affix an information label. Attach the cutting to a free standing support.

2.     Place a disposable leak-resistant mat beneath the cutting.

3.     With a suitable marking pen, mark the tube at the contained liquid's meniscus level to capture the volume of whole blood received from the contributor.

4.     Remove the tube closure and place it on a disposable surface.

5.     Place the glass tissue homogenizer in a rack capable of holding it upright in a stable manner.

6.     Slowly transfer the contents of the clotted blood tube to the glass homogenizer.

7.     Insert the glass pestle and gently homogenize the clotted material and serum. Rapid homogenization strokes will lead to excessive foaming and protein denaturation.

8.     Remove the pestle to a clean, disposable surface.

9.     With a micropipette using aerosol resistant tips, transfer a known volume of the homogenized clot and serum onto a cotton sheeting section. Be careful to add the liquid to the cutting slowly to avoid drips and runoffs. Record the volume of blood used.

10.     Transfer unused homogenate back into the original tube and replace the tube closure.

11.     Treat the glass homogenizer and pestle with 10% bleach solution. Discard the micropipette tip in a biohazard container. Wash the glass homogenizer with detergent and rinse copiously with water.

UNCONTROLLED COPY IS A CONTROLLED DOCUMENT

12. Permit the bloodstain to dry thoroughly at room temperature.

13. Place the dried stain in a labeled envelope and store at 4°C or -20°C.

### 3.3.2  From Anticoagulated Whole Blood

1. From the cotton sheeting cut a piece approximately 3 cm X 6 cm and permanently affix an information label. Attach the cutting to a free standing support.

2. Place a disposable leak-resistant mat beneath the cutting.

3. Invert the tube several times to mix the contents.

4. With a suitable marking pen, mark the tube at the contained liquid's meniscus level to capture the volume of whole blood received from the contributor.

5. Remove the tube closure and place it on a disposable surface.

6. With a micropipette using aerosol resistant tips, transfer a known volume of the liquid blood onto a cotton sheeting section. Be careful to add the liquid to the cutting slowly to avoid drips and runoffs. Record the volume of blood used.

7. Discard the micropipette tip into a biohazard container.

8. Permit the bloodstain to dry thoroughly at room temperature.

9. Place the dried stain in a labeled envelope and store at 4°C or -20°C.

> Please refer to the Hazardous Waste Disposal Section of the FBI Laboratory Division Safety Manual for important information concerning proper disposal of the chemicals used in this test as well as the biohazardous wastes generated.

### 3.4  REFERENCE

Bigbee, D., The Law Enforcement Officer and AIDS. U.S. Department of Justice, Federal Bureau of Investigation, Washington, D.C., 1994.

| Rev. # | Issue Date | History | |
|---|---|---|---|
| 0 | 7/28/2000 | Replaces previous protocol dated January 1998 | |
| 1 | 1/17/2001 | Replaces protocol revision #0 dated July 28, 2000 | |
| 2 | 12/23/2002 | 3 | Removed "3" from Title |
| | | 3 | Added "3 SCOPE" |
| | | 3-1 | Replaced "REAGENTS AND SUPPLIES" with |

12/02 (Rev. #2) - Procedures for the Serological...

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

"EQUIPMENT/MATERIALS/REAGENTS"
Added the following items with appropriate descriptions:
"AUTOCLAVE"; "PIPETS"; "PIPETS TIPS"
Added "or comparable" where needed

End of Section 3

12/02 (Rev. #2) - Procedures for the Serological...
CONTROLLED COPY                                          3-4

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

## PROCEDURE FOR THE PRESUMPTIVE IDENTIFICATION OF SEMEN

### 4    SCOPE

Human semen possesses acid phosphatase (APase) activity that can be exploited for the presumptive identification of this body fluid. Because APase activity is not exclusive to human semen, a positive test result is only a presumptive identification and warrants that the stain should be tested further to conclusively identify semen. A stain that fails to exhibit APase activity is almost certainly not semen. In this procedure, a moist swab is used to stroke across a suspected stain which is then tested for APase activity using bromochloroindolyl phosphate (BCIP) as a substrate. If the enzyme has been transferred to the swab, the colorless BCIP will be hydrolyzed to a blue-colored, insoluble product. If no visible stain is noted under normal lighting, an alternate light source may be used.

> Please refer to the Bloodborne Pathogen (BBP) Exposure Policy, Personal Protective Equipment policy, and Chemical Hygiene Plan sections of the FBI Laboratory Division Safety Manual for important personal safety information prior to conducting this test.

### 4.1    EQUIPMENT/MATERIALS/REAGENTS

The following general instructions are applicable to the preparation and storage of all reagents used in this test procedure.

- Use graduated cylinders or pipets closest in capacity to the volume of liquid being measured.
- Label all reagents with the name of the reagent, the date it was prepared, the initials of the preparer, the lot number of the preparation and proper storage conditions. Record this information on the container and in the appropriate reagent preparation notebook.

| | |
|---|---|
| **ACETATE BUFFER** | **Sodium acetate buffer, 0.01 M, pH 5.5, 1 L.** <br> Dissolve 1.36 g sodium acetate (Sigma Chemical Company, S-8625), in 900 ml deionized water. Adjust the pH to 5.5 with dilute acetic acid (Fisher Scientific Company, A-38), add 0.4 g thimerosal (Sigma Chemical Company, T-5125), and bring to a final volume of 1 L with deionized water. |
| **ACETIC ACID** | **Glacial acetic acid** <br> Fisher Scientific, #A-38 or comparable |
| **ALTERNATE LIGHT SOURCE** | **Alternate light source with ultraviolet (300 - 400nm) and 485nm, 450nm & <530nm** |

12/02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY

4-1

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

Spex Forensics, Mini-Crime Scope 400 or comparable

**BCIP**
**5-Bromo-4-chloro-3-indolyl phosphate**
Sigma Chemical #B-8503 or comparable

**BCIP  SOLUTION**
**5-Bromo-4-chloro-3-indolyl phosphate solution**
Dissolve 0.25 g BCIP (Sigma Chemical Company, B-8503) in twenty to twenty-five drops of DMSO (this solution will have a yellow color). Quantitatively add the BCIP in DMSO to 500 ml of acetate buffer and mix until a clear solution results (initially this solution will exhibit a milky appearance). Mixing this solution may take as long as overnight. This solution should be stored at 4°C or can be stored frozen.

**COTTON SHEETING**
**Washed, cotton sheeting**
100% cotton bed sheets (180 threads/inch) are washed once with detergent in hot water, followed by two washes in cold water without detergent. After air-drying, sections are removed and autoclaved. Store in zipper-type plastic bags at room temperature.

**COTTON SWABS**
**Cotton-tipped applicators**
Daigger #22008F or comparable

**CYLINDER**
**Cylinder, graduated, appropriate volume**
100mL, Fisher Scientific, #08-552-4C or comparable

**DEIONIZED WATER**
**Distilled, deionized water**

**DMSO**
**Dimethylsulfoxide**
Fisher Scientific Company, D-136 or comparable. Store at room temperature.

**PIPETS**
**Pipets, adjustable, various volume ranges**
Ranin, Pipet-Lite or comparable

**PIPET TIPS**
**Pipet tips of appropriate size for pipets, aerosol resistant**

**SEMEN**
**Neat, liquid semen**

**SODIUM ACETATE**
**Sodium acetate**

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

Sigma Chemical, #S-8625 or comparable

TEST TUBES                 **Culture tubes, 12 x 75**
                           Pyrex, #99445-12 or comparable

THIMEROSAL                 **Preservative, 0.01g/ml**
                           Sigma Chemical Company, T-5125 or comparable

WATER BATH                 **Water bath,**
                           Precision #51221072, Model 186 or comparable

## 4.2    QUALITY CONTROL PROCEDURES

The BCIP solution must be tested for efficacy at the time of preparation and with each use on casework materials. Using the test procedure described in the following section, test the solution against a known semen stain (positive control) and against an unstained substrate (negative control). If the solution yields a positive result when used to test the negative control, it must be discarded. If the solution yields a negative result with the known semen stain, it must be discarded. The results of these efficacy tests must be recorded in the reagent log book at the time of preparation or in the casework documentation with each use.

*Positive control (KP):* Apply 20 $\mu$l of neat liquid semen to a 1" X 1" section of washed cotton sheeting. Allow the stains to air dry and store frozen (-20°C or cooler) for no more than one year. Lightly rub this stain with a sterile cotton swab and process as below in parallel with suspected semen stains.

*Negative control (KN):* Process an unused swab in parallel with suspected semen stains.

## 4.3    TEST PROCEDURE

The BCIP solution will have been tested against positive and negative control specimens to assure its detection efficacy prior to use.

1.    Using a cotton-tipped applicator swab that has been moistened with deionized water, lightly rub across the questioned stain area. Be certain that the swab is not excessively wet. Avoid swabbing the entire area of the questioned stain. Place the swab tip down, into a 12 mm X 75 mm test tube.

2.    Treat each questioned stain as described in step 1.

3.    Swab a known semen stain and place the swab, tip down, into a 12 mm X 75 mm test tube. This is the positive control (KP).

4.    Place an unused swab, tip down, into a 12 mm X 75 mm test tube. This is the negative control (KN).

12/02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

5.    To each tube add 200 µl BCIP solution and immediately place all tubes in a water bath at 37°C for 15 minutes. The addition of BCIP must take place within two hours of the time the swabbings were taken.

6.    If the results cannot be read immediately, the swabs should be turned cotton-tip end up for temporary storage.

7.    The following rules apply to the interpretation of BCIP test results:

a.    The positive control swab must exhibit some blue to aqua-blue color. If the positive swab does not exhibit any blue to aqua-blue color, all other swabs run in parallel cannot be interpreted.

b.    The negative control swab must not exhibit any blue to aqua-blue color. If a blue to aqua-blue color is apparent on this swab, all other swabs run in parallel cannot be interpreted.

c.    A positive result is indicated by the presence of a blue to aqua-blue color on the swab. The significance of this observation must be interpreted in the context of the appearance of the control swabs described.

8.    If taking cuttings from a presumptively positive stain, when possible, avoid sampling from the area of the stain that was swabbed for BCIP testing.

> Please refer to the Hazardous Waste Disposal Section of the FBI Laboratory Division Safety Manual for important information concerning proper disposal of the chemicals used in this test as well as the biohazardous wastes generated.

## 4.4    REFERENCES

Baechtel, F.S., Brown, J., and Terrell, L.D., Presumptive screening of suspected semen stains in situ using cotton swabs and bromochloroindolyl phosphate to detect prostatic acid phosphatase activity. J. Forens. Sci., 32: 880-887, 1987.

Baechtel, F.S., The identification and individualization of semen stains. In: Saferstein, R., Editor. Forensic Science Handbook, Vol. 2, Prentice-Hall, 1988: 347-392.

| Rev. # | Issue Date | History | |
|---|---|---|---|
| 0 | 7/28/2000 | Replaces previous protocol dated January 1998 | |
| 1 | 1/17/2001 | Replaces protocol revision #0 dated July 28, 2000 | |
| 2 | 12/23/2002 | 4 | Removed "4" from Title |
| | | 4 | Added "4 SCOPE" |
| | | 4 | To end of paragraph added following sentence "If no |

12.02 (Rev. #2) - Procedures for the Serological...

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

|  |  |
|---|---|
|  | visible stain is noted under normal lighting, an alternate light source may be used." |
| 4-1 | Replaced "REAGENTS AND SUPPLIES" with "EQUIPMENT/MATERIALS/REAGENTS"<br>Removed "and" from sentence beginning "Label all.<br>To same sentence added "and the proper storage conditions."<br>Added the following items with appropriate descriptions "ACETIC ACID"; "ALTERNATE LIGHT SOURCE"; "CYLINDER"; "DEIONIZED WATER"; "SEMEN"; "PIPET"; "PIPET TIPS" "SODIUM ACETATE"; "TEST TUBES", "WATER BATH"<br>Replaced "Scientific Products, A5002-1" with "Danger #22008F"<br>Added "or comparable" where needed |

End of Section 4

12 02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY

4-5

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

## PROCEDURES FOR THE EXTRACTION OF SUSPECTED SEMEN STAINS PRIOR TO *ONESTEP* ABACARD® PSA TEST

## 5    SCOPE

Identification of human semen can be effected by either the immunologic detection of the soluble plasma protein prostate-specific antigen (PSA) or by the observation of human spermatozoa on smear slide preparations. Prior to the application of either of these identification strategies, suspected semen stains must be processed to isolate these diagnostic entities. To this end, sized semen stains are placed in a buffered solution to enable soluble stain components to resolubilize and to loosen any particulate spermatozoa from the underlying substrate. Either or both of these preparations can then be collected and utilized for the confirmation of the presence of human semen.

---

Please refer to the Bloodborne Pathogen (BBP) Exposure Policy, Personal Protective Equipment policy, and Chemical Hygiene Plan sections of the FBI Laboratory Division Safety Manual for important personal safety information prior to conducting this test.

---

## 5.1    EQUIPMENT/MATERIALS/REAGENTS

The following general instructions are applicable to the preparation and storage of all reagents used in this test procedure.

- Use graduated cylinders or pipets closest in capacity to the volume of liquid being measured.
- Label all reagents with the name of the reagent, the date it was prepared, the initials of the preparer, the lot number of the preparation and proper storage conditions. Record this information on the container and in the appropriate reagent notebook.

| | |
|---|---|
| **ALCOHOL PADS** | **Alcohol wipe pads**<br>Kendall, WEBCOL, #5110 or comparable |
| **BALANCE** | **Balance, electronic**<br>Mettler, Model #PG503S or comparable |
| **CYLINDER** | **Cylinder, graduated, appropriate volume, 100mL**<br>Fisher Scientific, #08-552-4C or comparable |
| **COTTON SWABS, STERILE** | **Cotton-tipped applicators, sterile**<br>Daigger, #22008BA or comparable |

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

| | |
|---|---|
| **DEIONIZED WATER** | Distilled deionized water |
| **FORCEPS** | Tweezers with double sharp points |
| **HEPES** | HEPES, N(-2 Hydroxyethyl)piperazine-N'-(2-ethanesulfonic acid):4-(2-Hydroxyethyl)piperazine 1-ethansulfonic acid<br>Sigma Chemical, H 3375 or comparable |
| **HEPES-BUFFERED SALINE (HBS)** | **10 mM HEPES - 144 mM NaCl (HBS), pH 7.2, 1 L**<br>Dissolve 8.42 g NaCl (Fisher Scientific Company, S-271) in 900 ml of deionized water. Add 2.38 g HEPES (Sigma Chemical Company, H 3375) and stir until dissolved. Titrate this solution with NaOH to a pH of 7.2. Bring this solution to a final volume of 1 L with deionized water. Store at 4°C. |
| **LIQUID SEMEN** | Liquid semen, neat |
| **METHANOL** | Methyl alcohol<br>Fisher Scientific, A-452 or comparable |
| **MICROCENTRIFUGE** | Microcentrifuge, with adjustable timer and speed controls<br>Hermle, Model MR-2 or comparable |
| **MICROCENTRIFUGE TUBES** | Microcentrifuge tubes, 1.5mL, with attached cap |
| **ORBITAL SHAKER** | Orbital shaker, with adjustable speed and timer<br>Bellco Glass #7744-02020 or comparable |
| **pH METER** | pH meter<br>Corning #475318 or comparable |
| **PIPETS** | Pipets, adjustable, various volume ranges<br>Ranin, Pipet-Lite or comparable |
| **PIPET TIPS** | Pipet tips of appropriate size for pipets, aerosol resistant |
| **PROBE** | Dissecting probe |
| **SCALPEL BLADES** | Scalpel blades, disposable |

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

| | |
|---|---|
| **SCISSORS** | Scissors |
| **SODIUM CHLORIDE** | **Sodium chloride**<br>Fisher Scientific Company, S-271 or comparable |
| **SODIUM HYDROXIDE** | **Sodium hydroxide**<br>Fisher Scientific, S-318 or comparable |
| **SODIUM HYDROXIDE SOLUTION** | **10M NaOH, 100 ml (40% m/v)**<br>Slowly add 40 g of NaOH pellets (Fisher Scientific Company, S-318) to 80 ml of deionized water while stirring. After the NaOH has dissolved, bring to a final volume of 100 ml with deionized water. *CAUTION: The solution of NaOH pellets is accompanied by a high level of heat release. Add a few pellets and permit them to dissolve before adding additional pellets.* Store at room temperature. |

## 5.2   QUALITY CONTROL PROCEDURES

Throughout this procedure, a number of procedural steps must be followed to minimize the possible transfer of concentrated semen stain soluble components among sample tubes. These steps include:

A.   Scissors, forceps, dissecting probe, or any other device for cutting or handling suspected semen stains must be cleaned scrupulously between stain cuttings. After cutting a specimen, these implements should be placed in a large volume of methanol. When removing from methanol, carefully dry the instruments before cutting or manipulating a stain specimen. Be especially wary of liquid droplets adhering to the fulcrum area of scissors. Instruments also can be cleaned with alcohol wipe pads. Instruments need not be stored in methanol.

1.   It is recommended that material be removed from questioned swabs using a new scalpel blade. After cutting the material from the swab, use the point of the scalpel blade to manipulate the cutting into the specimen extraction tube. Discard the scalpel blade after each cutting. Use a new scalpel blade for the next swab.

B.   In all steps of this procedure, only one tube should be open at any time. This is especially important when reagent solutions are to be placed into another tube. One should open the reagent solution tube, pipet the appropriate volume, and then close the reagent solution tube before opening the receiving tube.

C.   Pipet tips cannot be used for more than a single pipetting.

12/02 (Rev #2) - Procedures for the Serological...

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

D.      All pipetting steps must be carried out with aerosol-resistant tips. Always wear gloves when handling tips.

The preparation of suspected semen stain extracts must be accompanied by the preparation of extracts from a known semen stain (positive control) and from an unstained substrate (negative control). Each series of questioned semen stain cuttings taken from a case (regardless of the number of cuttings) must be followed by the cutting and extraction of a positive and a negative semen control. The positive semen control (KP) extract should be prepared before the negative control (KN) extract which should always be the last sample prepared in an analytical scheme.

*Positive semen control (KP):* Combine 1.5 ml of neat liquid semen with 3.5 ml of HEPES buffer to prepare a working semen dilution of suitable activity and viscosity. Inoculate individual sterile swabs with 100 $\mu$l of the working semen dilution. Allow the swabs to air dry and store frozen ( -20°C or cooler).

*Negative semen control (KN):* Process an unused cotton-tipped applicator swab that has been inoculated with 100 $\mu$l HBS.

## 5.3    QUESTIONED STAIN EXTRACTION PROCEDURE

The following procedure will provide an extract of the soluble substances and a pellet of the particulate material for analysis.

1.      Place questioned specimen cuttings of approximately 1 cm$^2$ (see table below), or an appropriately sized piece of swab material, in a 1.5 ml micro centrifuge tube. Close the tube top.

2.      Place an appropriately sized piece of the positive semen control *(KP)* swab material in a 1.5 ml micro centrifuge tube. Close the tube top.

3.      Place an appropriately sized piece of the negative semen control *(KN)* swab material in a 1.5 ml micro centrifuge tube. Close the tube top.

4.      Dispense the approximate volume of HBS that will be needed for all stain extractions into a suitable disposable container.

5.      Open the container housing HBS and remove either 1000 $\mu$l, 500 $\mu$l or 250 $\mu$l (see table below). Close the HBS container.

6.      Open the microcentrifuge tube containing the questioned specimens and controls and add the appropriate unit of HBS to the tubes. Avoid touching the cuttings with the pipet tip. Eject the pipet tip.

7.      Allow at least two hours for extraction at room temperature. During room temperature extraction, sample may be gently agitated using an orbital shaker. Do not vortex. Extraction may also be accomplished overnight at 4°C.

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

8.   Spin the tubes in a microcentrifuge for three minutes to maximize the recovery of extract and to pellet any particulate material present. *Note*: If a search for spermatozoa from the extract is to be conducted, agitate it prior to removal to enhance the release of any adherent cells and the cutting substrate should be removed from the sample tube using a clean instrument before centrifugation. The cutting should be disposed of in a biohazard container.

9.   The 1.5 ml microcentrifuge tube now contains a soluble material extract; see Section 6, and a pellet of particulate material, see Section 11.

## RATIOS OF STAIN AREA TO EXTRACTION VOLUME FOR P30 TEST

| Extraction Volume | Area of Stain | Length of side (mm) | Diameter of round stain (mm) |
|---|---|---|---|
| 1000 µL | 1 cm$^2$ | 10.0 | 11.2 |
| 500 µL | 0.5 cm$^2$ | 7.1 | 7.9 |
| 250µL | 0.25 cm$^2$ | 5.0 | 5.6 |

Please refer to the Hazardous Waste Disposal Section of the FBI Laboratory Division Safety Manual for important information concerning proper disposal of the chemicals used in this test as well as the biohazardous wastes generated.

## 5.4   REFERENCE

Abacus Diagnostics. *One Step* ABAcard[R] PSA Test For The Forensic Identification of Semen, Pamphlet insert

| Rev # | Issue Date | | History |
|---|---|---|---|
| 0 | 7/28/2000 | | Replaces previous protocol dated January 1998 |
| 1 | 1/17/2001 | | Replaces protocol revision #0 July 28, 2000 |
| 2 | 12/23/2002 | 5 | Removed "5" from Title |
| | | 5 | Added "5  SCOPE" |
| | | 5-1 | Replaced "REAGENTS AND SUPPLIES" with "EQUIPMENT/MATERIALS/REAGENTS" Removed "and" from sentence beginning "Label all... To same sentence added "and proper storage conditions." Added the following items with appropriate descriptions "ALCOHOL PADS";"BALANCE";"CYLINDER"; "DEIONIZED WATER"; "FORCEPS"; "HEPES"; "METHANOL" "MICROCENTRIFUGE"; "MICROCENTRIFUGE TUBES"; "ORBITAL SHAKER" "pH METER"; "PIPETS"; "PIPET TIPS"; "PROBE"; "SCALPEL BLADES"; "SCISSORS"; "SODIUM CHLORIDE"; "SODIUM HYDROXIDE"; Replaced "NaOH" with "SODIUM HYDROXIDE SOLUTION" Replaced "Scientific Products, A5002-1" with "Daigger #22008BA" Added "STERILE" after cotton swabs Added "or comparable" where needed |
| | | 5-3 | To step 7, following the first sentence inserted "During room temperature extraction, sample may be gently agitated using an orbital shaker." |

End of Section 5

12 02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY

5-6

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

## PROCEDURE FOR HUMAN SEMEN IDENTIFICATION BY THE *ONESTEP* ABAcard® PSA TEST

## 6    SCOPE

Identification of human semen in extracts of suspected semen stains relies on the immunologic detection of prostate-specific antigen (PSA) utilizing the *OneStep* ABAcard®. This test procedure is capable of detecting nanogram (ng) quantities of PSA in an extract. When PSA in an extract is introduced into the *OneStep* ABAcard® it interacts with a gold-labeled monoclonal anti-p30 antibody. The p30:antibody complex migrates through the membrane inside the *OneStep* ABAcard® to the "T" test area of the membrane. Located at the "T" test area is an immobilized monoclonal antibody to p30 which will capture the p30:monoclonal antibody complex. The capture of this complex leads to the presence of a pink line as a result of the accumulation of the gold atoms attached to the monoclonal anti-p30. Assurance that the test procedure has run to completion is recognized by the presence of a pink line in the "C" control region of the *OneStep* ABAcard®. Appearance of the control line is the result of excess monoclonal antibody (uncomplexed with p30) migrating to the end of the membrane. It should be noted that insufficient sample quantity and/or quality may limit the ability to establish the presence of semen.

---

Please refer to the Bloodborne Pathogen (BBP) Exposure Policy, Personal Protective Equipment policy, and Chemical Hygiene Plan sections of the FBI Laboratory Division Safety Manual for important personal safety information prior to conducting this test.

---

## 6.1    EQUIPMENT/MATERIALS/REAGENTS

The following general instructions are applicable to the preparation and storage of all reagents used in this test procedure.

- Use graduated cylinders or pipets closest in capacity to the volume of liquid being measured.
- Label all reagents with the name of the reagent, the date it was prepared, the initials of the preparer, the lot number of the preparation and proper storage conditions. Record this information on the container and in the appropriate reagent notebook.

| *OneStep* ABAcard® | **PSA (p30) Test Cards** |
| | Abacus Diagnostics, PSACard |

| **COTTON SWABS** | **Cotton-tipped applicators** |
| | Daigger, #22008F or comparable |

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

| PIPET | Pipet, adjustable, various volume ranges |
| | Ranin, Pipet-Lite or comparable |

| PIPET TIPS | Pipet tips of appropriate size for pipets, aerosol |
| | resistant |

## 6.2    QUALITY CONTROL PROCEDURES

The *OneStep* ABAcard* should be stored at room temperature. The *OneStep* ABAcard* has a manufacture's established expiration date. Do not use the test cards after this date. Upon arrival in the Laboratory, and at six month intervals, if necessary, *OneStep* ABAcard* manufacturer's lots must be tested for detection sensitivity (See Section 10).

## 6.3    TEST PROCEDURE

1.   Permit the sample to warm to room temperature.

2.   Remove the test cards from the sealed pouches. Label the device with the last four digits of the lab number and Q/K number. Record card lot number in the casework documentation.

3.   Add 200 µl of the suspected stain extract to the sample well of its corresponding test card.

4.   Add 200 µl of the known semen swab extract to the sample well of an appropriately labeled test card. This is the known positive control *(KP)* and should be labeled as such.

5.   Add 200 µl of the unused swab extract to the sample well of an appropriately labeled test card. This is the known negative control *(KN)* and should be labeled as such.

6.   Let the devices remain at room temperature and undisturbed for 10 minutes. Positive results may be recorded as early as 1 minute into the 10 minute development period; however, negative results may only be recorded after the full 10 minutes have elapsed. No test results should be recorded after the 10 minute incubation is complete.

## 6.4    INTERPRETATION OF RESULTS

1.   POSITIVE FOR PRESENCE OF SEMEN: A pink line has developed in both the "T" test area and the "C" control area of the *OneStep* ABAcard*.

2.   NEGATIVE FOR PRESENCE OF SEMEN: A pink line is visible in the "C" control area of the card, but no pink line in the "T" test area of the *OneStep* ABAcard*.

3.   INCONCLUSIVE FOR PRESENCE OF SEMEN: There is no pink line in the "C" control area regardless of the presence or absence of a pink line in the "T" test area of the

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

*OneStep* ABAcard[x]. The test of the inconclusive extract should be repeated. An inconclusive semen determination does not preclude the subsequent performance of DNA test procedures.



4.    The following apply to the interpretation of the *OneStep* ABAcard[x] tests.

   a.    The *KP* control *OneStep* ABAcard[x] must exhibit a pink line in both the "C" control and "T" test areas. If the positive control *OneStep* ABAcard[x] does not exhibit both pink lines, all other *OneStep* ABAcards[x] run in parallel cannot be interpreted.

   b.    The *KN* control *OneStep* ABAcard[a] must exhibit a pink line in the "C" control area but not exhibit a pink line in the "T" test area. If a pink line is apparent in the "T" test area on the device all other *OneStep* ABAcards[x] run in parallel cannot be interpreted.

   c.    Interpretation of results from individual *OneStep* ABAcards[x] must be confirmed by either a qualified Biologist or Forensic Examiner and recorded in the casework documentation.

## 6.5    DISPOSAL

Used cards should be appropriately disposed of in a biohazard container. Unused cards may be placed in regular trash. Upon completion of testing for semen identification, the 1.5 ml microcentrifuge tube(s) containing the remainder of the soluble material extract and pellet of particulate material should be appropriately disposed of in a biohazard container.

> Please refer to the Hazardous Waste Disposal Section of the FBI Laboratory Division Safety Manual for important information concerning proper disposal of the chemicals used in this test as well as the biohazardous wastes generated.

## 6.6    REFERENCES

Abacus Diagnostics. *One Step* ABAcard[x] PSA Test For The Forensic Identification of Semen. Pamphlet insert.

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

Baechtel, F.S., Jung, J.C. and Terrell, L.D., Use of an enzyme linked immunosorbent assay for the detection of p30 in questioned semen stains. Proceedings of the International Symposium on Forensic Immunology, FBI Laboratory, Washington, D.C. 1986.

Byrkit, D., Statistics today, a comprehensive introduction. Benjamin/Cummings Publishing, Menlo Park, CA, 1987.

Graves, H.C.B., Sensabauh, G.F. and Blake, R.T., Postcoital detection of a male-specific semen protein. N. Eng. J. Med., 312:338-343 (1985).

Hochmeister, M.N., Rubin, O., Borer, U.V., Kratzer A., Gehrig, Ch. and Dirnhofer R., Evaluation of Prostate-Specific Antigen (PSA) Membrane Tests for the Forensic Identification of Semen.

Kuriyama. M., Wang, M.C., Papsidero, L.D., Killian, C.S., Shimano. T., Valenzuela, L., Nishiura, T., Murphy, G.P. and Chu, T. M., Quantitation of prostate-specific antigen in serum by a sensitive enzyme immunoassay. Cancer res., 40: 4568-4662 (1980).

Mendenhall, W. Introduction to probability and statistics. Wadsworth Publishing, Belmont, CA, 1979.

Sensabaugh, G.F. Isolation and characterization of a semen-specific protein from human seminal plasma: a potential new marker for semen identification. J. Forens. Sci., 23: 105-115 (1978).

Stowell, L.I., Sharman, L.E. and Hamel, K., Forens. Sci. Inter. 50: 125-138 (1991). An enzyme-linked immunosorbent assay (ELISA) for prostate-specific antigen.

Wang, M.C., Valenzuela, L.A., Murphy, G.P., and Chu, T.M., Purification of a human prostate specific antigen. Invest. Urol. 16: 159-163 (1979).

Wright. P. Enzyme immunoassay: observations on aspects of quality control. Veter. Immunol. Immunopathol. 17: 441-452 (1987).

| Rev. # | Issue Date | History | |
|---|---|---|---|
| 0 | 7/28/2000 | | Replaces previous protocol dated January 1998 |
| 1 | 1/17/2001 | | Replaces protocol revision #0 dated July 28, 2000 |
| 2 | 12/23/2002 | 6 | Removed "6" from Title |
| | | 6 | Added "6  SCOPE" |
| | | 6-1 | Replaced "REAGENTS AND SUPPLIES" with "EQUIPMENT/MATERIALS/REAGENTS" Removed "and" from sentence beginning "Label all... To same sentence added "and proper storage conditions." Added the following items with appropriate descriptions |

UNCONTROLLED COPY IF NOT PROPERLY MAINTAINED

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

"COTTON SWABS";"PIPETS"; "PIPET TIPS";
Added " or comparable" where needed

6.3.2    Added "s" to "card" and "es" to "pouch"

6.3.3    To end of sentence added "of its corresponding..."

6.3.4    To end of first sentence added "of an appropriately..." and to end of second sentence added "and should be labeled..."

6.3.5    To end of first sentence added "of an appropriately..." and to end of second sentence added "and should be labeled..."

6-5    Added sentence beginning "Upon completion..."

End of Section 6

12/02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY

6-5

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

## *NON-ROUTINE*

### PROCEDURE FOR THE ORIGIN DETERMINATION OF STAINS

**7      SCOPE**

A determination of questioned stain origin can be carried out by the identification of proteins characteristic of a species. An immunoprecipitation procedure is most commonly employed for the identification of human stains; however, the same technical approach can be used for the identification of nonhuman animal species through employment of the appropriate antisera. The immunologic test employed is the Ouchterlony double diffusion in agar procedure. Proteins extracted from the questioned bloodstain diffuse through agar toward proteins of a species specific antiserum. If the stain extract contains proteins for which the antiserum is specific, a precipitation of protein complexes will occur in the gel. It should be noted that insufficient sample quantity and/or quality may limit the ability to establish the origin of biological material.

> Please refer to the Bloodborne Pathogen (BBP) Exposure Policy, Personal Protective Equipment policy, and Chemical Hygiene Plan sections of the FBI Laboratory Division Safety Manual for important personal safety information prior to conducting this test.

**7.1     EQUIPMENT/MATERIALS/REAGENTS**

The following general instructions are applicable to the preparation and storage of all reagents used in this test procedure.

- Use graduated cylinders or pipets closest in capacity to the volume of liquid being measured.
- Label all reagents with the name of the reagent, the date it was prepared, the initials of the preparer, the lot number of the preparation and proper storage conditions. Record this information on the container and in the appropriate reagent preparation notebook. *Note: prepared agar slides are stable for one month and should bear their expiration date.*

| | |
|---|---|
| **AGAROSE** | **Noble agar** <br> Difco, 0142-01 or comparable |
| **AGAR GEL** <br> **SOLUTION** | **Agar gel solution, 0.85%, 200 ml** <br> Place 1.7 g Noble agar (Difco, 0142-01) in 200 ml buffered saline and mark the liquid level on the flask before bringing to a boil on a hot plate. Stir or swirl until all agar is dissolved. If the liquid level has dropped, restore to the original volume with deionized water. Pipette onto slides while hot. This volume is sufficient for the preparation of |

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

approximately 50 small gel slides (254 mm X 762 mm) at 4.5 ml molten agar per slide, or 25 large gel slides (500mm X 750 mm) at 8.5 ml molten agar per slide. After the agar has cooled and solidified, the slides should be kept in a moisture box at 4°C. Prepared slides are stable for one month.

**ANTI-HUMAN ANTISERUM**

**Goat Anti-Human**
Goat anti-human antiserum (Sigma Chemical Company, H-9640) is diluted with buffered saline to a level determined by titration to give satisfactory results in control precipitation tests. As a guide, prior lots of this antiserum have required a 1:4 dilution.

**ANTI-SPECIES ANTISERUM**

**Anti-species (Goat anti-rabbit, rabbit anti-cat, etc.)**
Anti-species antiserum (Sigma Chemical Company, see Section 8.8.1 for manufacturer number) is diluted with buffered saline to a level determined by titration to give satisfactory results in control precipitation tests.

**BUFFERED SALINE**

**PBS, buffer saline, store at 4°C**
VWR Scientific #45001-012 or comparable

**FLASK**

**Flask, Erlenmeyer**

**HOTPLATE/STIRRER**

**Hotplate/stirrer**
Corning #6795 220 or comparable

**GEL PUNCH**

**Gel punch tools**
Used for aspiration of agar from gel slides (BioRad Laboratories, 170-4030) or comparable

**MICROSCOPE SLIDES**

**Glass microscope slides**
254 mm X 762 mm and 500 mm X 750 mm glass slides
Fisher Scientific Company, 12-544-1 or comparable

**PIPETS**

**Pipet, graduated, disposable, 10mL**

**PIPET**

**Pipet, adjustable, various volume ranges**
Ranin, Pipet-Lite or comparable

**PIPET TIPS**

**Pipet tips of appropriate size for pipets, aerosol resistant**

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

| | |
|---|---|
| **SPECIES BLOOD** | **Species specific bloodstains (human, goat, etc.)** Remove small cutting (approximately 8mm x 8mm) from blood swatch and extract in PBS (approximately 500µl). Dilute extract with PBS to a straw color for analysis. Store at 4°C. |
| **SPECIES SERUM** | **Species specific serum (human, goat, etc.)** Remove the serum fraction from clotted blood. Dilute with PBS to a straw color and store at 4°C. Species serum received as lyophilized powder should be reconstituted according to manufacture instructions. |
| **WELL PATTERN TEMPLATE** | **Immunodiffusion Punching Template** Five, six and eight well bridges and base plate (BioRad, 170-4025) or comparable |

## 7.2    QUALITY CONTROL PROCEDURES

Prepared gel slides must be maintained in a moisture container and refrigerated at 4°C until removed for use or until discarded upon their expiration one month after preparation.

## 7.3    TEST PROCEDURE

1.    Remove a cutting approximately 2 mm X 2 mm from the stain area and place in tube. If a cutting is not appropriate to the questioned stain, examples of alternative specimens would be a thread, scrapings or fibers removed from a swab. The specimen size can be adjusted according to the size and density of the stain. Older bloodstains can be difficult to extract and alternative extraction solvents, such as sodium carbonate, boric acid or ammonia (see Lee reference for a complete list), are recommended.

2.    Add 50µl PBS to the specimen in the tube. The volume of PBS can be adjusted if necessary to accommodate cuttings of unusual size.

3.    The nominal conditions for extraction are room temperature for one hour. Some stains can be difficult to resolubilize and might require longer incubation times at room temperature or at 37°C. Should extraction for an overnight period be warranted, the extract must be placed at 4°C. The desired endpoint for extraction is when a straw-colored extract has been achieved. Extracts that are more concentrated should be diluted with PBS to a straw-color.

4.    Using a 7-well pattern template, aspirate wells in a gel slide. Multiple patterns can be placed on a single gel slide.

5.    Placement of specimen extracts in the sample wells is important, refer to rosette diagram

12 02 (Rev. #2) - Procedures for the Serological...

shown below. The following rules apply to the placement of specimen extracts:

a. The PBS used for extraction must be placed in one peripheral well of one rosette and serves as the reagent blank for the test.

b. The species serum/blood extract from the animal in which the antiserum was raised (i.e. goat, rabbit, etc.) must be placed in one peripheral well of one rosette and serves as the host species control for the test.

c. The human serum/blood extract or other nonhuman species-of-interest serum (positive control) must be placed in a well adjacent to any well that contains an extract from a questioned stain. These samples serve as the human or nonhuman species-of-interest positive controls and are necessary for all questioned stain extract preparations across all rosettes.

d. The anti-human antiserum or anti-species antiserum must be placed in the center well of all rosettes.



6. Pipette no more than 20 µl sample into the appropriate wells.
7. Place the gel slide at 37°C in a moisture chamber for 4 to 8 hours, or at 4°C in a moisture chamber overnight.

## 7.4    INTERPRETATION OF RESULTS

1. Carefully wipe the bottom of the gel slide to remove condensed moisture.

2. Using an oblique transmitted light source, evaluate the gel slide for immunoprecipitation bands. Positive immunoprecipitation results are indicated by curved or straight white bands that lie between the center well and one or more of the peripheral specimen extracts or control wells.

3. The following rules apply to the interpretation of immunoprecipitation gel slide results:

a. There should be no immunoprecipitation bands between the center well and the peripheral wells that received the PBS or the nonhuman species serum/blood extract. If the PBS control demonstrates an immunoprecipitin band, all specimens extracted with that PBS must be reextracted using a different batch of PBS and the extracts retested. If the host species serum/blood extract control exhibits an immunprecipitation band, the gel slide must be rerun. If the host species serum/blood extract continues to exhibit immunoprecipitation bands on successive tests, all sera and antisera must be reevaluated for specificity.

UNCONTROLLED WHEN PRINTED IS A CONTROLLED DOCUMENT

b.  There must be an immunoprecipitation line(s) between the center well and the well that received the human or nonhuman species-of-interest serum/blood extract control(s).

c.  If an immunoprecipitation line(s) has developed between the center well and any of the wells that received an extract of a questioned stain, the immunoprecipitation line(s) must have fused with the immunoprecipitation lines in the adjacent human (or nonhuman species-of-interest) serum/blood extract control if the extract is to be considered positive for human (or nonhuman species-of-interest) proteins through a reaction of identity.  If the immunoprecipitation line(s) have not fused, the extract may be positive for human (or nonhuman species-of-interest) proteins; however, it is possible that an antigen that is not human (or nonhuman species-of interest) has been detected by the antiserum.  Reference to Lee (1982) is recommended for interpretation of atypical immunoprecipitation patterns.  Lack of an immunoprecipitation line indicates a lack of human (or nonhuman species-of-interest) protein in the extract under conditions when the original extract had been diluted to a straw color prior to testing.  A false negative result for the presence of human (or nonhuman species-of-interest) protein can occur if the extract is too concentrated.  Such extracts should be diluted and retested.

d.  Interpretation for the presence of immunoprecipitation line(s) must be confirmed by a qualified Forensic Examiner and recorded in the casework documentation.

---

> Please refer to the Hazardous Waste Disposal Section of the FBI Laboratory Division Safety Manual for important information concerning proper disposal of the chemicals used in this test as well as the biohazardous wastes generated.

## 7.5    REFERENCES

Gaensslen, R.E. Sourcebook in forensic serology, immunology, and biochemistry.  U.S. Department of Justice, National Institute of Justice, Washington, D.C., 1983.

Lee, H. C., Identification and grouping of bloodstains.  In: Saferstein, R., Editor.  Forensic Science Handbook.  Prentice-Hall, 1982; 267-337.

| Rev. # | Issue Date | | History |
|---|---|---|---|
| 0 | 7/28/2000 | | Replaces previous protocol dated January 1998 |
| 1 | 1/17/2001 | | Replaces protocol revision #0 dated July 28, 2000 |
| 2 | 12/23/2002 | 7 | Removed "7" from Title |
| | | 7 | Added "7  SCOPE" |
| | | 7-1 | Replaced "REAGENTS AND SUPPLIES" with "EQUIPMENT/MATERIALS/REAGENTS" Removed "and" from sentence beginning "Label all ... To same sentence added "and proper storage conditions " |

12/02 (Rev. #2) - Procedures for the Serological...

Changed description of Buffered Saline to
"**PBS, buffer saline, store at 4°C**
VWR Scientific #45001-012 or comparable"
Added the following items with appropriate descriptions
"AGAROSE", "DEIONIZED WATER", "FLASK",
"HOTPLATE/STIRRER", "PIPETS", "PIPET TIPS"
Corrected the alphabetical position of "MICROSCOPE
SLIDES"

7.3        In step 5b removed the second "in" from sentence
beginning " The species ..."

End of Section 7

12 02 (Rev. #2) - Procedures for the Serological...
CONTROLLED COPY

UNCONTROLLED COPY IS A CONTROLLED DOCUMENT

## PROCEDURE FOR EVALUATING THE SPECIFICITY OF ANTI-SPECIES ANTISERA

## 8    SCOPE

As a quality control measure, the antiserum used for the origin determination of stains must have its specificity verified prior to use on case evidence specimens. Antiserum specificity is confirmed through use of the Ouchterlony double diffusion in agar procedure described in Section 7. Each anti-species antiserum must be evaluated for potential reactivity with a standard panel of animal sera. It should be noted that insufficient sample quantity and/or quality may limit the ability to establish the origin of biological material.

> Please refer to the Bloodborne Pathogen (BBP) Exposure Policy, Personal Protective Equipment policy, and Chemical Hygiene Plan sections of the FBI Laboratory Division Safety Manual for important personal safety information prior to conducting this test.

## 8.1    EQUIPMENT/MATERIALS/REAGENTS

The following general instructions are applicable to the preparation and storage of all reagents used in this test procedure.

* Use graduated cylinders or pipets closest in capacity to the volume of liquid being measured.
* Label all reagents with the name of the reagent, the date it was prepared, the initials of the preparer, the lot number of the preparation and proper storage conditions. Record this information on the container and in the appropriate reagent preparation notebook. *Note: prepared agar slides are stable for one month and should bear their expiration date.*

| | |
|---|---|
| **AGAROSE** | **Noble agar** <br> Difco, #0142-01 or comparable |
| **AGAR GEL SOLUTION** | **Agar gel solution, 0.85%, 200 ml** <br> Place 1.7 g Noble agar (Difco, 0142-01) in 200 ml buffered saline and mark the liquid level on the flask before bringing to a boil on a hot plate. Stir or swirl until all agar is dissolved. If the liquid level has dropped restore to the original volume with deionized water. Pipette onto slides while hot. This volume is sufficient for the preparation of approximately 50 small gel slides (254 mm X 762 mm) at 4.5 ml molten agar per slide, or 25 large gel slides (500mm X 750 mm) at 8.5 ml molten agar per slide. After the agar has cooled and solidified, the slides should be kept in a moisture box at 4°C. Prepared slides are stable for one |

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

month under refrigeration.

**ANTI-SPECIES ANTISERUM**

**Anti-species**

Receive anti-species antiserum in liquid form, however, lyophilized powder may be used if necessary. For testing, prepare 1:2, 1:4 and 1:8 dilutions of each antiserum, using buffered saline as the diluent. Store frozen (-20°C or cooler).

| Antiserum to: | Commercial Source / Product Number | Form |
|---|---|---|
| Cat | Sigma Chemical Company / C7415 | Liquid |
| Chicken | Sigma Chemical Company / C1036 | Liquid |
| Bovine (Cow) | Sigma Chemical Company / B8270 | Liquid |
| Deer | SERI / A429 | Liquid |
| Dog | Sigma Chemical Company / D4908 | Liquid |
| Goat | Sigma Chemical Company / G5018 | Liquid |
| Horse | Sigma Chemical Company / H8890 | Liquid |
| Swine (Pig) | Sigma Chemical Company / P3164 | Liquid |
| Rabbit | Sigma Chemical Company / R5131 | Liquid |
| Sheep' | Sigma Chemical Company / S4265 | Liquid |

**ANIMAL SERA**

**Species Sera**

Reconstitute animal serum according to manufacturer's directions if necessary. Dry 500 µl of serum solution onto cotton sheeting swatch. Store frozen at -20°C or cooler.

| Animal Serum | Commercial Source/Number | Form |
|---|---|---|
| Cat | Sigma Chemical Company-S4634 | Lyophilized Powder |
| Cow | Sigma Chemical Company-S1507 | Lyophilized Powder |
| Chicken | Sigma Chemical Company-S1882 | Lyophilized Powder |
| Deer | Sigma Chemical Company-S9130 | Lyophilized Powder |

12/02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY

8-2

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

| Animal Serum | Commercial Source/Number | Form |
|---|---|---|
| Dog | Sigma Chemical Company-S1757 | Lyophilized Powder |
| Goat | Sigma Chemical Company-S2007 | Lyophilized Powder |
| Horse | Sigma Chemical Company-S6380 | Lyophilized Powder |
| Pig | Sigma Chemical Company-S2507 | Lyophilized Powder |
| Rabbit | Sigma Chemical Company-R4505 | Sterile Filter Solution |
| Sheep | Sigma Chemical Company-S2382 | Lyophilized Powder |

**BALANCE**

**Balance, electronic**
Mettler, Model #PG503S or comparable

**BUFFERED SALINE**

**PBS, buffer saline, store at 4°C**
VWR Scientific #45001-012 or comparable

**DEIONIZED WATER**

**Distilled, deionized water**

**FLASK**

**Flask, Erlenmeyer**

**HOTPLATE**

**Hotplate**
Corning, #6795 200 or comparable

**GEL PUNCH**

**Gel punch tools**
Used for aspiration of agar from gel slides (BioRad
Laboratories, 170-4030) or comparable

**MICROCENTRIFUGE TUBES**

**Microcentrifuge tubes, 1.5mL with attached cap**

**MICROSCOPE SLIDES**

**Glass microscope slides**
254 mm X 762 mm and 500 mm X 750 mm glass slides
(Fisher Scientific Company, 12-544-1) or comparable

**PIPETS**

**Pipet, graduated, disposable, 10mL**

**PIPET**

**Pipet, adjustable, various volume ranges**
Ranin, Pipet-Lite or comparable

**PIPET TIPS**

**Pipet tips of appropriate size for pipets, aerosol
resistant**

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

WELL PATTERN TEMPLATE    Immunodiffusion Punching Template
Five, six, and eight well bridges and base plate (BioRad, 170-4025) or comparable

## 8.2    QUALITY CONTROL PROCEDURES

Prepared gel slides must be maintained in a moisture container and refrigerated at 4°C until removed for use or until discarded upon their expiration one month after preparation.

## 8.3    TEST PROCEDURES

### 8.3.1    Reconstitution of Animal Sera and Preparation of Serum Stains

1.    Add the indicated volume of deionized water to the vial and gently mix until the contents have returned to solution.

2.    Dispense the reconstituted serum into airtight microcentrifuge tubes in appropriate volumes and store at -20°C or cooler.

3.    After thawing, dispense appropriate volumes of serum onto cotton sheeting.  Permit the stains to dry thoroughly before storing the dried stains at 4°C.

### 8.3.2    Preparation of Animal Serum Stain Extract

1.    Remove a cutting of approximate dimensions 2 mm X 2 mm from the stain area and place in tube.

2.    Add 50 ul PBS to the specimen in the tube.  The volume of PBS can be adjusted if necessary to accommodate unusual sized cuttings.

3.    The nominal conditions for extraction are room temperature for one hour.  Should extraction for an overnight period be warranted, the extract must be placed at 4°C.  The desired endpoint for extraction is when a straw-colored extract has been achieved.  Extracts that are more concentrated should be diluted with PBS to a straw-color.

4.    Using a 7-well pattern template, aspirate wells in a gel slide.  Multiple patterns can be placed on a single gel slide.

### 8.3.4    Performance of Immunodiffusion Test Procedure

1.    Placement of specimen extracts in the sample wells is important, refer to rosette diagram shown below.  The following rules apply to the placement of specimen extracts:

12 02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY

8-4

a. The PBS used for extraction must be placed in one peripheral well of one rosette and serves as the reagent blank for the test.

b. The species serum from the animal in which the anti-serum was raised (i.e. goat, rabbit, etc.) must be placed in one peripheral well of one rosette and serves as the host species control for the test.

c. Each of the animal serum preparations is placed in an individual peripheral well.

d. Separate test well rosettes must be used to test each dilution of anti-species antiserum.



2. Pipette no more than 20 µl sample into the appropriate wells.

3. Place the gel slide at 37°C in a moisture chamber for 4 to 8 hours, or at 4°C in a moisture chamber overnight.

## 8.4    INTERPRETATION OF RESULTS

1. Carefully wipe the bottom of the gel slide to remove condensed moisture.

2. Using an oblique transmitted light source, evaluate the gel slide for immunoprecipitation bands. Positive immunoprecipitation results are indicated by curved or straight white bands that lie between the center well and one or more of the peripheral specimen extract or control wells.

3. The following rules apply to the interpretation of immunoprecipitation gel slide results:

a. There should be no immunoprecipitation bands between the center well and the peripheral well that received the PBS. If the PBS control demonstrates an immunoprecipitin band, all specimens extracted with that PBS must be reextracted using a different batch of PBS and the extracts retested.

b. There must be an immunoprecipitation line(s) between the center well and the well that received the serum extract for which that antiserum is putatively specific.

c. If an immunoprecipitation line(s) has developed between the center well and any of the wells that received an extract of an animal serum stain for which the antiserum was ostensibly not specific, the antiserum must be considered cross-reactive with another species. Reference to Lee (1982) is recommended for interpretation of atypical immunoprecipitation patterns.

d. The greatest antiserum dilution that yields positive results will be designated as the working dilution of that antiserum.

e. Interpretation for presence of immunoprecipitation line(s) must be confirmed by a

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

qualified Forensic Examiner and recorded in the appropriate reagent preparation notebook.

---

Please refer to the Hazardous Waste Disposal Section of the FBI Laboratory Division Safety Manual for important information concerning proper disposal of the chemicals used in this test as well as the biohazardous wastes generated.

---

## 8.5    REFERENCES

Gaensslen. R.E. Sourcebook in forensic serology, immunology. and biochemistry. U.S. Department of Justice, National Institute of Justice, Washington, D.C., 1983.

Lee. H. C., Identification and grouping of bloodstains. In: Saferstein. R., Editor. Forensic Science Handbook. Prentice-Hall, 1982; 267-337.

| Rev # | Issue Date | | History |
|---|---|---|---|
| 0 | 7/28/2000 | | Replaces previous protocol dated January 1998 |
| 1 | 1/17/2001 | | Replaces protocol revision dated July 28, 2000 |
| 2 | 12/23/2002 | 8 | Removed "8" from Title |
| | | 8 | Added "8 SCOPE" |
| | | 8-1 | Replaced "REAGENTS AND SUPPLIES" with "EQUIPMENT/MATERIALS/REAGENTS" Removed "and" from sentence beginning "Label all... To same sentence added "and proper storage conditions." Added the following items with appropriate descriptions "AGAROSE"; "BALANCE""DEIONIZED WATER", "FLASK";"HOTPLATE"; "MICROCENTRIFUGE"; "MICROCENTRIFUGE TUBES"; "PIPET GRADUATED" "PIPETS"; "PIPET TIPS" Replaced "AGAR" with "AGAR GEL SOLUTION" Changed description of Buffered Saline to "**PBS, buffer saline, store at 4°C** VWR Scientific #45001-012 or comparable" |
| | | 8.3.4 | In step 1b removed the second "in" from sentence beginning " The species... " |

End of Section 8

## PROCEDURE FOR THE PRESUMPTIVE IDENTIFICATION OF BLOOD USING LUMINOL

### 9      SCOPE

The heme groups associated with hemoglobin molecules possess a peroxidase-like activity that can be exploited for the presumptive identification of blood. This peroxidase-like activity will "catalyze" the oxidation of luminol (5-amino-2,3-dihydro-1,4-phthalazinedione) by perborate. When the luminol is oxidized through a heme-mediated process, it will emit light through chemiluminescence. The appearance of a blue-white glow in rooms or on objects after spraying with luminol is a presumptive indication of the presence of blood. This approach to the presumptive identification of blood often is appropriate for location of latent bloodstains on items such as walls, automobile interiors, clothing, etc.

> Please refer to the Bloodborne Pathogen (BBP) Exposure Policy, Personal Protective Equipment policy, and Chemical Hygiene Plan sections of the FBI Laboratory Division Safety Manual for important personal safety information prior to conducting this test.

### 9.1     EQUIPMENT/MATERIALS/REAGENTS

**DEIONIZED WATER**            Distilled, deionized water

**LUMINOL REAGENT KIT**        Luminol, sodium perborate and sodium carbonate
                               Morris-Kopec Forensics, 407.678.5508 or comparable

**SPRAY UNIT**                 Sprayer, bottle, propellant
                               Fisher Scientific Company, NC 9207868 or comparable

**U.S. ONE CENT COIN**         Copper coin

### 9.2     QUALITY CONTROL PROCEDURES

Using the test procedure described in the following section, test the solution against a known bloodstain or U. S. copper penny (positive control) and against an unstained substrate (negative control). If the solution yields a positive result when used to test the negative control, one or more additional unstained substrates may be tested as potential negative controls. If these repeated attempts are positive, the solution must be discarded. If the solution yields a negative test with the positive control, it must be discarded.

### 9.3     TEST PROCEDURE

1.      Place the entire contents of one luminol reagent vial into a clean, glass vessel.

12 02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY                                                          9-1

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

2.    To the vessel add 120 ml deionized water (≈4 fluid ounces) and mix.

3.    Permit the solution to stand one minute to permit any undissolved solids to settle and decant the liquid into the spray bottle.  This solution should be used within 20 minutes of preparation or it should be discarded.

4.    Attach the spray bottle to the propellant apparatus.

5.    Darken the test area.  The chemiluminescence can be seen only in the dark.

6.    Test the positive and negative control materials.  If the expected results are observed with the reagent preparation in use, proceed with the testing of questioned surfaces, items, etc.

7.    Apply a mist of luminol to those areas suspected of retaining latent blood staining.

## 9.4    INTERPRETATION OF RESULTS

1.    Conduct testing of the control samples.  The positive control should yield a blue-white glow while the negative control should result in no chemiluminescence.

2.    Examine the test area for the blue-white glow emitted by the positive control which is the chemiluminescence presumptively indicative of the presence of blood.

3.    Multiple applications of the luminol reagent may be required during testing.

> Please refer to the Hazardous Waste Disposal Section of the FBI Laboratory Division Safety Manual for important information concerning proper disposal of the chemicals used in this test as well as the biohazardous wastes generated.

## 9.5    REFERENCES

Gaensslen, R.E. Sourcebook in forensic serology, immunology, and biochemistry.  U.S. Department of Justice, National Institute of Justice, Washington, D.C., 1983.

Lee, H. C., Identification and grouping of bloodstains. In: Saferstein, R., Editor.  Forensic Science Handbook.  Prentice-Hall, 1982; 267-337.

Lytle, L.T. and Hedgecock, D.G., Chemiluminescence in the visualization of forensic bloodstains.  J. Forens. Sci., 23: 550-562 (1978).

Proescher, L and Moody, A.M., Detection of blood by means of chemiluminescence.  J. Lab. Clin. Med., 24: 1183-1189 (1939).

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

Zweidinger, R.A., Lytle, L.T. and Pitt, C.G., Photography of bloodstains visualized by luminol. J. Forens. Sci., 18: 296-302 (1973).

| Rev # | Issue Date | History |
|---|---|---|
| 0 | 7/28/2000 | Replaces previous protocol dated January 1998 |
| 1 | 1/17/2001 | Replaces protocol revision #0 dated July 28, 2000 |
| 2 | 12/23/2002 | 9    Removed "9" from Title |
|   |   | 9    Added "9  SCOPE" |
|   |   | 9-1  Replaced "REAGENTS AND SUPPLIES" with "EQUIPMENT/MATERIALS/REAGENTS" |
|   |   | Added "DEIONIZED WATER" |
|   |   | Added "or comparable" where needed |

End of Section 9

12-02 (Rev. #2) - Procedures for the Serological...

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

## PROCEDURE FOR THE CALIBRATION OF OneStep ABACARD® TESTS FOR THE DETECTION OF P30

### 10    SCOPE

As a quality control measure for the commercially obtained Abacus Diagnostics OneStep ABAcards' each manufacturer's designated lot must be tested for analytical efficacy by evaluating its response to a graded series of p30 standard solutions.  This procedure must be performed upon an individual lots receipt into the Laboratory, and at six month intervals until the lot has been consumed.

> Please refer to the Bloodborne Pathogen (BBP) Exposure Policy, Personal Protective Equipment policy, and Chemical Hygiene Plan sections of the FBI Laboratory Division Safety Manual for important personal safety information prior to conducting this test.

### 10.1    EQUIPMENT/MATERIALS/REAGENTS

The following general instructions are applicable to the preparation and storage of all reagents and materials used in this procedure.

- Use pipets and graduated containers closest in size to the final volumes being measured.
- Label all reagents with the name of the reagent, the date that it was prepared, the initials of the preparer, the lot number of the preparation and proper storage conditions.  Record this information on the container itself and in the appropriate reagent preparation notebook.

| | |
|---|---|
| **OneStep ABAcard®** | **Test cassettes**<br>Abacus Diagnostics, West Hills, CA |
| **DEIONIZED WATER** | **Deionized, distilled water** |
| **FISH GELATIN** | **Fish gelatin**<br>Norland Products or comparable |
| **GELATIN SOLUTION** | **1% (V/V) fish gelatin in HBS (1% FG).**<br>Mix 10 ml neat fish gelatin (Norland Products, New Brunswick, NJ) in 240 ml HBS. Adjust the pH to 7.2 with 40% NaOH.  Bring total volume to 1 L with HBS and add 100 mg thimerosal. Store at 4°C. |

HEPES

HEPES, N(-2 Hydroxyethyl)piperazine-N'-(2-ethanesulfonic acid);4-(2-Hydroxyethyl)piperazine 1-ethansulfonic acid
Sigma Chemical, H 3375 or comparable

HEPES-BUFFERED SALINE (HBS)

10 mM HEPES - 144 mM NaCl (HBS), pH 7.2, 1 L
Dissolve 8.42 g NaCl (Fisher Scientific Company, S-271) in 900 ml of deionized water. Add 2.38 g HEPES (Sigma Chemical Company, H 3375) and stir until dissolved. Titrate this solution with NaOH to a pH of 7.2. Bring this solution to a final volume of 1 L with deionized water. Store at 4°C.

MICROCENTRIFUGE TUBES

Microcentrifuge tubes, 2ml with attached cap
Sarsdedt or comparable

pH METER

pH meter

p30 STANDARD

p30 standard
(Scripps Laboratories, San Diego, CA P-1324). The quantity provided is 50 μg/vial (freeze-dried). Reconstitute the contents of the vial by adding 1 ml 1% fish gelatin and permit the material to dissolve. Store at 4°C.

PIPETS

Pipet, graduated, disposable, 10mL

PIPETS

Pipets, adjustable, various volume ranges
Ranin, Pipet-Lite or comparable

PIPET TIPS

Pipet tips of appropriate size for pipets, aerosol resistant

SODIUM CHLORIDE

Sodium chloride
Fisher Scientific, S217 or comparable

SODIUM HYDROXIDE

Sodium hydroxide
Fisher Scientific, S-318 or comparable

SODIUM HYDROXIDE SOLUTION

10M NaOH, 100 ml (40% m/v)
Slowly add 40g of NaOH pellets (Fisher Scientific Company, S-318) to 80 ml of deionized water while

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

stirring. After the NaOH has dissolved, bring to a final volume of 100 ml with deionized water. *CAUTION: The solution of NaOH pellets is accompanied by a high level of heat release. Add a few pellets and permit them to dissolve before adding additional pellets.* Store at room temperature.

**THIMEROSAL**                    **Preservative, 0.01g/ml**
                                  Sigma Chemical Company, T-5125 or comparable

## 10.2    PREPARATION OF p30 STANDARD SOLUTIONS

1.    Prepare a batch of 20 ng/ml samples by diluting 10 μl of p30 standard in 25 ml of 1% fish gel solution and store as 2 ml aliquots in microcentrifuge tubes at -20°C or cooler.

2.    The frozen 20 ng/ml p30 standard sample should be diluted to include preparations of 10 ng/ml, 4 ng/ml, 2 ng/ml, and then halved serially until a negative response is achieved; i.e., 1 ng/ml, 0.5 ng/ml, 0.25 ng/ml, 0.125 ng/ml, etc. with 1% HBS. Mix gently by inversion of the tube.

## 10.3    TESTS OF THE p30 STANDARD SOLUTIONS

Test duplicate 200 μl portions of each p30 concentration and the blank in the manner described in Section 6.

## 10.4    INTERPRETATION OF TEST RESULTS

Record the test responses as positive or negative. The lowest concentration of p30 that yields a positive test response is the detection level for that lot. The manufacturer specifies the detection limit at 4 ng p30/ml. Because the standards have been prepared using serial two-fold dilutions of p30 standard, the upper detection limit for a lot can be 8 ng p30/ml. If, upon retest of a lot of OneStep ABAcards® after six months, the detection sensitivity of a card lot has decreased four-fold or more, that lot should be abandoned.

> Please refer to the Hazardous Waste Disposal Section of the FBI Laboratory Division Safety Manual for important information concerning proper disposal of the chemicals used in this test as well as the biohazardous wastes generated.

## 10.5    REFERENCE

Abacus Diagnostics, One Step ABAcard® PSA Test For The Forensic Identification of Semen, Pamphlet insert

.

12/02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

| Rev. # | Issue Date | | History |
|---|---|---|---|
| 0 | 7/28/2000 | | Replaces previous protocol dated January 1998 |
| 1 | 1/17/2001 | | Replaces protocol revision #0 dated July 28, 2000 |
| 2 | 12/23/2002 | 10 | Removed "10" from Title |
| | | 10 | Added "10  SCOPE" |
| | | 10-1 | Replaced "REAGENTS AND SUPPLIES" with "EQUIPMENT/MATERIALS/REAGENTS" |
| | | | Removed "and" from sentence beginning "Label all ... To same sentence added "and proper storage conditions " |
| | | | Added the following items with appropriate descriptions "DEIONIZED WATER"; "FISH GELATIN"; "HEPES" "pH METER"; "PIPETS"; "PIPET"; "PIPET TIPS", "SODIUM CHLORIDE"; "SODIUM HYDROXIDE", Replaced "NaOH" with "SODIUM HYDROXIDE SOLUTION" |
| | | | Removed "SARSTEDT" from "SARSTEDT MICROCENTRIFUGE TUBES" |
| | | 10-2 | Added " 2          The frozen...." |

End of Section 10

12/02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY

10-4

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

# PROCEDURE FOR THE MICROSCOPIC IDENTIFICATION OF SPERMATOZOA

## 11    SCOPE

Attempts to identify human semen in some categories of evidence must be approached through an identification of spermatozoa rather than by detection of human semen-specific proteins, such as p30. These categories would include smear slide material submitted by contributors; unusual stain materials that defy attempts toward solubilization of protein components; and stain extracts that possess borderline levels of p30. Materials can be searched with, or without, the use of a contrast medium such as the Florence reagent, Eosin solution, or Kernechtrot-Picroindigocarmine stain. In addition to its utility as a contrast medium, the Florence reagent can detect the presence of choline, which is a constituent of semen. It should be noted that insufficient sample quantity and/or quality may limit the ability to identify the presence of spermatozoa.

> **Please refer to the Bloodborne Pathogen (BBP) Exposure Policy, Personal Protective Equipment policy, and Chemical Hygiene Plan sections of the FBI Laboratory Division Safety Manual for important personal safety information prior to conducting this test.**

## 11.1    EQUIPMENT/MATERIALS/REAGENTS

The following general instructions are applicable to the preparation and storage of all reagents used in this test procedure.

- Use graduated cylinders or pipets closest in capacity to the volume of liquid being measured.
- Label all reagents with the name of the reagent, the date it was prepared, the initials of the preparer, the lot number of the preparation and proper storage conditions. Record this information on the container and in the appropriate reagent preparation notebook.

| | |
|---|---|
| **DEIONIZED WATER** | **Distilled, deionized water** |
| **COVERSLIPS** | **Glass microscope slide coverslips**<br>Fisher Scientific Company, 12-542A or comparable |
| **EOSIN B** | **Eosin B** ($Na_2$ salt of 4',5' - dibromo-2'7' - dinitrofluorescein, Fisher Scientific Company, #E-514) or comparable |
| **EOSIN B SOLUTION** | **Eosin B (Blue) stain solution**<br>Add 0.1 g Eosin B, ($Na_2$ salt of 4',5'-dibromo-2'7'- |

12/02 (Rev. #2) - Procedures for the Serological...
CONTROLLED COPY                                                                11-1

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

dinitrofluorescein, Fisher Scientific Company, E-514) to 100 ml deionized water and stir until dissolved.  Store at room temperature.

| | |
|---|---|
| **FLORENCE REAGENT** | **Potassium iodide (KI) and iodine (I$_2$)**<br>**NOTE:  THIS REAGENT SHOULD BE PREPARED IN A CHEMICAL FUME HOOD.**<br>Add 6.6 g KI (Fisher Scientific Company, P-410) and 10.16 g I$_2$ (Fisher Scientific Company, I37-100) to 120 ml deionized water and stir with mild heating for a minimum of four hours to effect solution.  Store at room temperature.  Crystals of iodine may appear and should be permitted to remain in the container.  For routine use, dilute 200 µl of Florence reagent to 10 ml with deionized water. |
| **HOTPLATE** | **Hotplate**<br>Corning, #6795 200 or comparable |
| **IODINE** | **Iodine, I$_2$**<br>Fisher Scientific, # I37-100 or comparable |
| **MICROCENTRIFUGE** | **Microcentrifuge, with adjustable timer and speed controls**<br>Hermle, Model MR-2 or comparable |
| **MICROCENTRIFUGE TUBES** | **Microcentrifuge tubes, 1.5mL** |
| **MICROSCOPE** | **Microscope with lenses for 250x or 400x magnification**<br>Leitz, Laborlux II or comparable |
| **MICROSCOPE SLIDES** | **Glass microscope slides, 1" X 3"**<br>Fisher Scientific Company, 12-544-1 or comparable |
| **PIPET** | **Pipet, adjustable, various volume ranges**<br>Ranin, Pipet-Lite or comparable |
| **PIPET TIPS** | **Pipet tips of appropriate size for pipets, aerosol resistant** |
| **POTASSIUM IODIDE** | **Potassium iodide, KI**<br>Fisher Scientific P-410 or comparable |
| **SEMEN** | **Semen, neat liquid** |

12-02 (Rev. #2) - Procedures for the Serological...
CONTROLLED COPY

11-2

CONTROLLED COPY IS A CONTROLLED DOCUMENT

## 11.2   QUALITY CONTROL PROCEDURES

Gloves must be worn when handling samples and during the preparation and examination of smear slides. The wearing of gloves during this procedure is not only good laboratory practice for the protection of the wearer, but also serves to minimize the possibility that the examining scientist will introduce any exogenous biological material onto the slide that may then be detected by DNA testing if conducted. Additionally, the donning of a nuisance mask is highly recommended, particularly for those smear slides on which it is likely that polymerase chain reaction (PCR) based DNA testing will be of potential value.

Upon preparation of Florence reagent, each new batch of solution must be tested for efficacy prior to use. Using the testing procedure described below, test the Florence reagent solution against a semen smear slide (positive control). If the positive control does not display the expected crystals described below, the Florence reagent solution must be discarded. The results of this efficacy test must be recorded in the reagent log book.

*Positive control (KP):* Inoculate a glass microscope slide with 40 µl of neat semen. spread liquid over the surface of slide with an applicator stick, and allow slide to air dry. Positive control slides may be prepared in advance and stored at room temperature for future use.

## 11.3   TEST PROCEDURES

### 11.3.1  Questioned Stain Extract(s)

Prepared smear slides should be searched for the presence of human spermatozoa without the aid of a stain. Should no spermatozoa be found, the slide may be stained for contrast during re-examination.

1.     Centrifuge the questioned semen stain extract as described in section 5.3.8.

2.     Remove 10 µl of the pellet material located at the **bottom** of the tube after centrifugation and place on a microscope slide.

3.     Examine the slide material under a microscope at 250 X or 400 X magnification.

4.     If staining is needed. add 10 µl Florence reagent to the material deposited on the slide and immediately cover the material with a coverslip **OR** refer to Section 12 for the Kernechtrot-Picroindigocarmine (Christmas Tree) staining procedure.

5.     Examine the stained region under a microscope at 250 X or 400 X magnification.

6.     The following rules apply to the interpretation of results:

   a.     When using Florence reagent, the observation of brown rhomboid parallel, or leaflet, crystals, that often appear within one minute after reagent application, is additional presumptive evidence of the presence of semen.

   b.     The observation of a single human spermatozoan is confirmation of the presence

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

of human semen.  In this context, a human spermatozoan will have the morphological characteristics shown in Figure 1.  Conclusive identification is possible only when the cell is intact; that is, the head, midpiece, and tail are present and connected to each other.

c.    Identification of human spermatozoan must be confirmed by a qualified Forensic Examiner and recorded in the casework documentation.

Figure 1



### 11.3.2  Smear Slide(s) Without Blood

Smear slides submitted by a contributor initially should be searched for the presence of human spermatozoa without the aid of a stain.  Should no spermatozoa be found, the slide may be stained for contrast during reexamination.

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

1. Examine the slide material under a microscope at 250 X or 400 X magnification.

2. If staining is needed, add 10 μl Florence reagent to the material deposited on the slide and immediately cover the material with a coverslip **OR** refer to Section 12 for the Kernechtrot-Picroindigocarmine (Christmas Tree) staining procedure.

3. Examine the stained region under a microscope at 250 X or 400 X magnification.

4. The following rules apply to the interpretation of results:

   a. When using Florence reagent, the observation of brown rhomboid parallel, or leaflet, crystals, that often appear within one minute after reagent application, is additional presumptive evidence of the presence of semen.
   b. The observation of a single human spermatozoan is confirmation of the presence of human semen. In this context, a human spermatozoan will have the morphological characteristics shown in figure 1. Conclusive identification is possible only when the cell is intact; that is, the head, midpiece, and tail are present and connected to each other.
   c. Identification of human spermatozoan must be confirmed by a qualified Forensic Examiner and recorded in the casework documentation.

## 11.3.3 Smear Slide(s) With Blood

1. Examine the slide material under a microscope at 250 X or 400 X magnification.

2. If staining is needed, add 10 μl Eosin B solution to the material deposited on the slide and immediately cover the material with a coverslip **OR** refer to Section 12 for the Kernechtrot-Picroindigocarmine (Christmas Tree) staining procedure.

3. Examine the stained region under a microscope at 250 X or 400 X magnification.

4. The following rule applies to the interpretation of results

   a. The observation of a single, stained, human spermatozoan is confirmation of the presence of human semen. In this context, a human spermatozoan will have the morphological characteristics shown in figure 1. Conclusive identification is possible only when the cell is intact; that is, the head, midpiece, and tail are present and connected to each other.
   b. Identification of human spermatozoan must be confirmed by a qualified Forensic Examiner and recorded in the casework documentation.

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

> Please refer to the Hazardous Waste Disposal Section of the FBI Laboratory Division Safety Manual for important information concerning proper disposal of the chemicals used in this test as well as the biohazardous wastes generated.

## 11.4   REFERENCES

Baechtel, F.S.. The identification and individualization of semen stains. In: Saferstein, R., Editor. Forensic Science Handbook, Vol. 2, Prentice-Hall, 1988; 347-392.

Florence, A., Du sperme et des taches de sperme en medicine legale. Arch. Anthropol. Crim., 10: 417-434, 1895. *Translated in the reference below.*

Gaensslen, R.E., Sourcebook in forensic serology, immunology and biochemistry, Unit IX. U.S. Department of Justice, National Institute of Justice, Washington, D.C., 1983.

| Rev. # | Issue Date | History |
|--------|-----------|---------|
| 0 | 7/28/2000 | Replaces previous protocol dated January 1998 |
| 1 | 1/17/2001 | Replaces protocol revision #0 dated July 28, 2000 |
| 2 | 12/23/2002 | 11   Removed "11" from Title |
| | | 11   Added "11   SCOPE" |
| | | 11-1   Replaced "REAGENTS AND SUPPLIES" with "EQUIPMENT/MATERIALS/REAGENTS" Removed "and" from sentence beginning "Label all... To same sentence added "and proper storage conditions." Added the following items with appropriate descriptions "DEIONIZED WATER", "EOSIN B"; "HOTPLATE"; "IODINE", "MICROCENTRIFUGE"; "MICROCENTRIFUGE TUBES", "MICROSCOPE"; "MICROSCOPE SLIDES"; "PIPETS"; "PIPET TIPS"; "POTASSIUM IODIDE" "SEMEN" Added "or comparable" where needed |

End of Section 11

12/02 (Rev #2) - Procedures for the Serological...

CONTROLLED COPY

11-6

UNCONTROLLED COPY / UNCONTROLLED DOCUMENT

## PROCEDURE FOR THE STAINING OF SMEAR SLIDES WITH KERNECHTROT-PICROINDIGOCARMINE FOR THE MICROSCOPIC IDENTIFICATION OF SPERMATOZOA

## 12    SCOPE

Kernechtrot-Picroindigocarmine is a two part biological staining method (Christmas Tree Stain) used to assist with the microscopic examination of smear slides for the presence of spermatozoa. This contrast medium stains spermatozoa heads red, spermatozoa tails green, and epithelial cells green or blue with red nuclei.

> Please refer to the Bloodborne Pathogen (BBP) Exposure Policy, Personal Protective Equipment policy, and Chemical Hygiene Plan sections of the FBI Laboratory Division Safety Manual for important personal safety information prior to conducting this test.

## 12.1    EQUIPMENT/MATERIALS/REAGENTS

The following general instructions are applicable to the storage of reagents used in this test procedure.

- Label all reagents with the date opened, initials and appropriate storage conditions

**CHRISTMAS TREE STAIN**

**Solution A (red): Kernechtrot solution / Solution B (green): Picroindigocarmine solution**
**NOTE: SOLUTION B CONSISTS OF A DYE PREPARED IN A SATURATED SOLUTION OF PICRIC ACID. AS A DRY MATERIAL, PICRIC ACID IS AN IMPACT AND/OR SHOCK SENSITIVE EXPLOSIVE. DO NOT ALLOW THE LIQUID PICRIC ACID REAGENT TO COLLECT AND DRY BETWEEN THE CAP AND LID OF THE CONTAINER.**
Christmas tree stain (SERI, R540) is stored at 4°C.

**COTTON SWABS**

**Cotton-tipped applicators**
Daigger #22008F or comparable

**DEIONIZED WATER**

**Distilled, deionized water**

**ETHANOL**

**Ethyl alcohol, 95%**
Denatured ethyl alcohol (Fisher Scientific Company, A-

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

407) or comparable. Store at room temperature.

| | |
|---|---|
| **MICROSCOPE** | **Microscope with lenses for 250x or 400x magnification**<br>Leitz, Laborlux II or comparable |
| **MICROSCOPE SLIDES** | **Glass microscope slides, 1" X 3"**<br>Fisher Scientific Company, 12-544-1 or comparable |
| **MOISTURE CHAMBER** | **Moisture chamber, any closed container capable of producing humidity greater than that of the surrounding air** |
| **OVEN/INCUBATOR** | **Oven or incubator, capable of maintaining specific temperature (56°C)**<br>Precision all purpose oven, #51221143 or a comparable laboratory incubator or oven |
| **PIPET** | **Pipet, adjustable, various volume ranges**<br>Ranin, Pipet-Lite or comparable |
| **PIPET TIPS** | **Pipet tips of appropriate size for pipets, aerosol resistant** |
| **SEMEN** | **Semen, liquid neat** |

## 12.2   QUALITY CONTROL PROCEDURES

Gloves must be worn when handling samples and during the preparation and examination of smear slides. The wearing of gloves during this procedure is not only good laboratory practice for the protection of the wearer, but also serves to minimize the possibility that the examining scientist will introduce any exogenous biological material onto the slide that may then be detected by DNA testing if conducted. Additionally, the donning of a nuisance mask is highly recommended, particularly for those smear slides on which it is likely that polymerase chain reaction (PCR) based DNA testing will be of potential value.

Upon receipt by the Laboratory of a new manufacturer's lot of either solution comprising the Kernechtrot-Picroindigocarmine stain, each new lot of solution must be tested for efficacy prior to use. Using the testing procedure described below, test the Kernechtrot-Picroindigocarmine solutions against a smear slide with spermatozoa (positive control). If the spermatozoa on the positive control do not display the expected staining described below, the Kernechtrot-Picroindigocarmine solutions must be discarded. The results of this efficacy test must be recorded in the reagent log book.

*Positive control (KP):* Using a cotton-tipped applicator swab gently rub the inside cheek area. Immediately inoculate this swab with 40 µl of neat semen. Using a microscope slide, prepare a semen smear slide with the moist swab and allow the slide to air dry. Each prepared

12.02 (Rev. #2) - Procedures for the Serological...

TRANSP ROLASS COPY OF A FIRE THRU LER DOCUMENT

semen swab should be used to prepare a single smear slide. Positive control slides may be prepared in advance and stored at room temperature for future use.

## 12.3    TEST PROCEDURE

1.    Prepare a smear slide from a questioned stain extract as described in section 11.2 steps 1 and 2.

2.    Heat fix the sample on the slide using a 56°C incubator/oven for 30 minutes. The smear slide can also be flash fixed using an appropriate free burning flame.

3.    Add a sufficient amount of Kernechtrot solution (solution A-red reagent) to cover stained portion of slide. Place the slide in a moisture chamber and let stand at room temperature for 5-10 minutes.

4.    Wash Solution A off the slide with a gentle stream of deionized water.

5.    Add a sufficient amount of Picroindigocarmine solution (solution B-green reagent) to cover the stained portion of the slide.

6.    After 5-15 seconds, wash Solution B off the slide with a gentle stream of 95% ethanol.

7.    Dry the slide in the 56°C incubator/oven for 5 minutes.

8.    Examine the slide material under a microscope at 250 X or 400 X magnification.

9.    The following rules apply to the interpretation of results:

    a.    The observation of a single human spermatozoan is confirmation of the presence of human semen. In this context, a human spermatozoan will have the morphological characteristics shown in Figure 1 in Section 11.2 and will display red staining of its head and green staining of its tail. Conclusive identification is possible only when the cell is intact; that is, the head, midpiece, and tail are present and connected to each other.

    b.    Identification of human spermatozoan must be confirmed by a qualified Forensic Examiner and recorded in the casework documentation.

> Please refer to the Hazardous Waste Disposal Section of the FBI Laboratory Division Safety Manual for important information concerning proper disposal of the chemicals used in this test as well as the biohazardous wastes generated.

12/02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

## 12.4    REFERENCES

Christmas Tree Stain R540 Informational Flyer, Serological Research Institute, February 1999.

Oppits, E., Eine neue Farbemethode zum Nachweis der Spermien bei Sittlichkeitsdelikten. Arch Kriminol 1969; 144: 145-148.

Allery JP, Telman N, Mieusset R, Blanc A, Rouge D. Cytological detection of spermatozoa: comparison of three staining methods. J Forensic Sci 2001; 46(2):349-351.

Leubitz SS, Savage RA. Sensitivity of Picroindigocarmine/Nuclear Fast red (PIC/NF) Stain for the Detection of Spermatozoa: A Serial Dilution Study of Human Ejaculate. Am J Clin Pathol 1984; 81: 90-93.

| Rev # | Issue Date | | History |
|---|---|---|---|
| 0 | 7/28/2000 | | Replaces previous protocol dated January 1998 |
| 1 | 1/17/2001 | | Replaces protocol revision #0 dated July 28, 2000 |
| 2 | 12/23/2002 | 12 | Removed "12" from Title |
| | | 12 | Added "12  SCOPE" |
| | | 12-1 | Replaced "REAGENTS AND SUPPLIES" with "EQUIPMENT/MATERIALS/REAGENTS" Removed "and" from sentence beginning "Label all... To same sentence added "and proper storage conditions." Added the following items with appropriate descriptions "COTTON SWABS","DEIONIZED WATER"; "MICROSCOPE", "MICROSCOPE SLIDES"; "MOISTURE CHAMBER", "OVEN/INCUBATOR"; "PIPETS", "PIPET TIPS"; "SEMEN" Added "or comparable" where needed |

End of Section 12

12-02 (Rev. #2) - Procedures for the Serological...

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

# PROCEDURE FOR THE DETECTION OF AMYLASE IN SALIVA STAINS

## 13    SCOPE

A demonstration of amylase activity can be used to presumptively indicate the presence of saliva in an extract of a suspect stain.  Salivary amylase catalyzes the hydrolysis of starch to a variety of oligosaccharide products, and this reaction serves as the basis for the assay of amylase from saliva.  An agarose gel is prepared that contains soluble starch.  When an amylase source, such as saliva, is put into this gel, it migrates away from the point of inoculation and starch is hydrolyzed within the radial diffusion area.  When an iodine solution is added to the plate, the radial areas where starch hydrolysis has taken place will be clear and surrounded by areas of unhydrolyzed starch that stain blue.

> Please refer to the Bloodborne Pathogen (BBP) Exposure Policy, Personal Protective Equipment policy, and Chemical Hygiene Plan sections of the FBI Laboratory Division Safety Manual for important personal safety information prior to conducting this test.

## 13.1    EQUIPMENT/MATERIALS/REAGENTS

The following general instructions are applicable to the preparation and storage of all reagents used in this test procedure.

- Use graduated cylinders or pipets closest in capacity to the volume of liquid being measured.
- Label all reagents with the name of the reagent, the date it was prepared, the initials of the preparer, the lot number of the preparation and the proper storage conditions..  Record this information on the container and in a the appropriate reagent preparation notebook. *Note: prepared starch/agarose gel slides are stable for one month and should, therefore, bear their expiration date.*

| | |
|---|---|
| **AGAROSE** | **Agarose** |
| | Sigma Chemical Company, Type I, A 6013 or comparable |
| **BALANCE** | **Balance** |
| | Mettler, Model #PG503S or comparable |
| **DEIONIZED WATER** | **Deionized, distilled water** |
| **FILTER PAPER** | **Filter paper** |
| | Whatman #1 or comparable |

UNCONTROLLED COPY AS A CONTROLLED DOCUMENT

| FLORENCE REAGENT | **Potassium iodide (KI) and iodine ($I_2$)** |
|---|---|
| | **NOTE:  THIS REAGENT SHOULD BE PREPARED IN A CHEMICAL FUME HOOD.** |
| | Add 6.6 g KI (Fisher Scientific Company, P-410) and 10.16 g $I_2$ (Fisher Scientific Company, 137-100) to 120 ml deionized water and stir with mild heating for a minimum of four hours to effect solution.  Store at room temperature.  Crystals of iodine may appear and should be permitted to remain in the container.  For routine use, dilute 200 µl of Florence reagent to 10 ml deionized water. |
| GEL BUFFER | **Phosphate-buffered saline** |
| | Dissolve 5.4 g $NaH_2PO_4$ (anhydrous, Sigma Chemical Company, S 0876), 3.9 g $NaHPO_4$ (anhydrous, Sigma Chemical Company, S 0751) and 0.4 g NaCl (Sigma Chemical Company, S 271) in 900 ml deionized water.  Titrate to pH 6.9 with NaOH and bring to a final volume of 1000 ml with deionized water.  Store at 4°C. |
| GEL PUNCH | **Gel punch tools** |
| | Used for aspiration of agar from gel slides (BioRad Laboratories, 170-4030) or comparable |
| HEPES | **HEPES, N(-2 Hydroxyethyl)piperazine-N'-(2-ethanesulfonic acid);4-(2-Hydroxyethyl)piperazine 1-ethansulfonic acid** |
| | Sigma Chemical, H 3375 or comparable |
| HEPES-BUFFERED SALINE | **10 mM HEPES-144 mM NaCl, pH 7.2, 1 L** |
| | Dissolve 8.42 g NaCl (Fisher Scientific, S- 271) and 2.38 g HEPES (Sigma Chemical Company, H 3375) in about 900 ml deionized water.  Titrate to pH 7.2 with NaOH.  Bring to a final volume of 1 L with deionized water. Store at 4°C. |
| HOTPLATE/STIRRER | **Hotplate/stirrer** |
| | Corning #6795 220 or comparable |
| IODINE | **Iodine, $I_2$** |
| | Fisher Scientific Company, 137-100 or comparable |
| KNOWN SALIVA STAIN | **Saliva stain, positive control** |
| | Pipette 1 ml of fresh saliva onto Whatman #1 filter paper.  Permit the stain to dry completely and store at -20°C. |

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

| | |
|---|---|
| MICROCENTRIFUGE TUBES | Microcentrifuge tubes, 1.5mL |
| OVEN/INCUBATOR | Oven or incubator, capable of maintaining specific temperature (37°C)<br>Precision all purpose oven, #51221143 or a comparable laboratory incubator or oven |
| PETRI DISHES | Petri dish, 9cm² square, plastic<br>Falcon, #1012 or comparable |
| PIPET | Pipet, adjustable, various volume ranges<br>Ranin, Pipet-Lite or comparable |
| PIPET, graduated | Pipet, graduated, disposable, 10ml<br>Falcon #357551 or comparable |
| PIPET TIPS | Pipet tips of appropriate size for pipets, aerosol resistant |
| pH METER | pH meter<br>Corning #475318 or comparable |
| POTASSIUM IODIDE | Potassium iodide, KI<br>(e.g. Fisher Scientific Company, P-410) |
| SALIVA | Saliva, neat, liquid |
| SODIUM CHLORIDE | Sodium chloride, NaCl<br>Fisher Scientific Company, S-271 or comparable |
| SODIUM HYDROXIDE | Sodium hydroxide, NaOH<br>Fisher Scientific, S-318 or comparable |
| SODIUM PHOSPHATE, DIBASIC | Sodium phosphate, dibasic, anhydrous, $NaH_2PO_4$<br>Sigma Chemical Company, S 0876 or comparable |
| SODIUM PHOSPHATE, MONOBASIC | Sodium phosphate, monobasic, anhydrous, $NaHPO_4$<br>Sigma Chemical Company, S 0751 or comparable |
| SOLUBLE STARCH | Soluble starch<br>Fisher Scientific, S-516 or comparable |
| STARCH/AGAROSE GEL | Agar gel, 0.1% starch-1% agarose |

12/02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY

13-3

*Note: A nuisance mask must be worn during the preparation of these plates to prevent their inadvertent contamination.*

Place 0.1 g soluble starch (Fisher Scientific Company, S 516) and 1 g agarose (Sigma Chemical Company, Type I, A 6013) in 100 ml gel buffer and heat to boiling. Boil gently until the agarose and starch are completely dissolved. *Caution-starch-agarose solutions will boil over quickly.*

Permit the solution to cool to about $60\,^\circ C$, then pour 20 ml portions into 9 cm X 9 cm square plastic Petri plates that are resting on a level surface. Cover the plates and permit them to solidify. Store the plates inverted at $4\,^\circ C$. Plates are useable for up to one month.

## 13.2    QUALITY CONTROL PROCEDURES

A nuisance mask must be worn during this procedure. Prepared gel starch/gel plates should be stored inverted and refrigerated at $4\,^\circ C$ until removed for use or until discarded upon their expiration one month after preparation. In the following test procedure, control samples must be applied to the starch/gel plates. If the gel plate yields a positive result where the negative control was applied, all samples must be re-extracted. If the gel plate yields a negative result where the positive control was applied, the positive control must be re-extracted.

*Positive control (KP):* Apply fresh saliva onto Whatman #1 filter paper. Allow stain to air dry and store frozen.

*Negative control (KN):* Use HEPES-Buffered Saline (HBS).

*Substrate/Fabric control (IC):* A fabric or cloth control cutting must be taken in parallel with the questioned stain cutting. This control should be taken from an apparently unstained area of the item displaying the questioned stain of interest.

## 13.3    TEST PROCEDURE

1.    Remove a 1 cm² portion of the suspected stain and place it in a 1.5 ml microcentrifuge tube.

2.    Add 150 µl HBS and permit to extract overnight at $4\,^\circ C$, or for 60 minutes at $37\,^\circ C$.

3.    Control samples must be cut and extracted in parallel with the questioned samples. Control samples include a cutting of a known saliva sample (*KP*), HBS (*KN*), and a cutting of an unstained area of the garment or surface being tested (*IC*).

4.    Using the gel punch described in Section 7.1, prepare wells in a starch-agarose plate following the template design in Section 13.5.

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

5.      Add 3 µl of specimen extract to a well.

6.      Inoculate one well with 3 µl of the HBS used for sample extraction.

7.      Incubate the plates inverted at 37°C for 16 hours.

8.      Flood the surface of the plate with 10 ml of diluted Florence reagent. Swirl gently for 1-2 minutes.

9.      Pour off the excess Florence reagent.

## 13.3   INTERPRETATION OF RESULTS

1.      The presence of amylase in a questioned specimen extract is indicated presumptively if:

     a.      A colorless, translucent radial zone is present around the inoculation well; **AND**

     b.      The known positive saliva extract possesses a colorless, translucent radial zone around its inoculation well; **AND**

     c.      There is no colorless, translucent radial zone around the well that received the HBS; **AND**

     d.      While it is expected that no colorless, translucent radial zone will be observed around the well that received the substrate/cloth control (1C); if a colorless, translucent radial zone is observed in this control a new substrate/cloth control (1C) may be tested as described above. In lieu of this, the magnitude of the colorless, translucent radial zone displayed by the existing substrate/cloth control (1C) may be compared to the observed positive response from a questioned specimen extract and their relative appearances taken into consideration for interpretation purposes. Any questioned specimen extract that displays a larger colorless, translucent radial zone than the substrate/cloth control (1C) may be deemed positive, while any displaying a lesser colorless, translucent radial zone may be deemed negative.

     e.      A clear halo around an inoculated well does not qualify as an indication of the presence of amylase. It is noted that the demonstration of amylase activity in the extract of a suspected stain is not unequivocal evidence of the presence of saliva.

2.      The absence of amylase from a questioned specimen extract is indicated if:

     a.      No colorless, translucent radial zone is observed around the inoculation well; **AND**

     b.      The known positive saliva extract possesses a colorless, translucent radial zone around its inoculation well; **AND**

     c.      No colorless, translucent radial zone is observed around the well that received the HBS.

UNCONTROLLED COPY IF NOT A CONTROLLED DOCUMENT

> Please refer to the Hazardous Waste Disposal Section of the FBI Laboratory Division Safety Manual for important information concerning proper disposal of the chemicals used in this test as well as the biohazardous wastes generated.

## 13.4    REFERENCES

Gaensslen, R.E., Sourcebook in forensic serology, immunology, and biochemistry. U.S. Department of Justice, National Institute of Justice, Washington, D.C., 1983.

Kipps, A.E., and Whitehead, P.H., The significance of amylase in forensic investigations of body fluids. Foren. Sci. 6: 136-144 (1975).

Schill, W.B. and Schumacher, G.F.B., Radial diffusion in gel for microdetermination of enzymes. Anal. Biochem. 46: 502-503 (1972).

| Rev # | Issue Date | | History |
|---|---|---|---|
| 0 | 7/28/2000 | | Replaces previous protocol dated January 1998 |
| 1 | 1/17/2001 | | Replaces protocol revision #0 dated July 28, 2000 |
| 2 | 12/23/2002 | 13 | Removed "13" from Title |
| | | 13 | Added "13  SCOPE" |
| | | 13-1 | Replaced "REAGENTS AND SUPPLIES" with "EQUIPMENT/MATERIALS/REAGENTS" |
| | | | Removed "and" from sentence beginning "Label all. To same sentence added "and the proper storage conditions." |
| | | | Added the following items with appropriate descriptions "AGAROSE","BALANCE"; "DEIONIZED WATER"; "FILTER PAPER"; "GEL PUNCH"; "HEPES"; "HOTPLATE/STIRRER","IODINE"; "MICROCENTRIFUGE TUBES"; "OVEN/INCUBATOR" "PETRI DISHES"; "pH METER"; "PIPETS"; "PIPET, graduated";"PIPET TIPS";"POTASSIUM IODIDE" "SALIVA"; "SODIUM CHLORIDE"; "SODIUM HYDROXIDE"; "SODIUM PHOSPHATE, DIBASIC", "SODIUM PHOSPHATE, MONOBASIC" |
| | | | Corrected the alphabetical position of "KNOWN SALIVA STAIN" |
| | | | In sentence beginning "Dissolve 8.42g...", replaced "Sigma Chemical" with "Fisher Scientific" |
| | | | Added "or comparable" where needed |

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

## 13.5    RADIAL DIFFUSION TEMPLATE



End of Section 13

12 02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY

UNCONTROLLED COPY IF A NON CONTROLLED DOCUMENT

# PROCEDURE FOR THE DETECTION OF UREA IN URINE STAINS

## 14    SCOPE

A demonstration of the presence of urea in a questioned stain extract is presumptive evidence that the extract contains urine. The stain extract is permitted to diffuse radially through an agarose gel that contains the enzyme urease and a pH indicator dye. If urea is present, it will be converted to ammonia and carbon dioxide by the urease. The localized release of ammonia results in an increase in gel pH that is signaled by the pH indicator, which changes color from yellow to blue.

---

Please refer to the Bloodborne Pathogen (BBP) Exposure Policy, Personal Protective Equipment policy, and Chemical Hygiene Plan sections of the FBI Laboratory Division Safety Manual for important personal safety information prior to conducting this test.

---

## 14.1    EQUIPMENT/MATERIALS/REAGENTS

The following general instructions are applicable to the preparation and storage of all reagents used in this test procedure.

- Use graduated cylinders or pipets closest in capacity to the volume of liquid being measured.
- Label all reagents with the name of the reagent, the date it was prepared, the initials of the preparer, the lot number of the preparation and the proper storage conditions. Record this information on the container and in the appropriate reagent preparation notebook. *Note: prepared urease/agarose gel slides are stable for one month and should, therefore, bear their expiration date.*

| | |
|---|---|
| **AGAROSE** | **Agarose, Type I**<br>Sigma Chemical Company, A 6013 or comparable |
| **BROMOTHYMOL BLUE** | **BTB**<br>Sigma Chemical Company, B 8630 or comparable |
| **BROMOTHYMOL BLUE SOLUTION** | Dissolve 150 mg bromothymol blue (Sigma Chemical Company, B 8630) in 9 ml deionized water. Add 5 µl concentrated phosphoric acid (Fisher Scientific Company, A 242) and mix. Adjust the pH within the range 5.8 - 6.0 with 0.1 M NaOH. Store at 4°C. |

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

COTTON SHEETING

**Cotton sheeting, washed**
100% cotton bed sheets (180 inch) are washed once
detergent in hot water, followed by two washes in cold
water without detergent. After air-drying, sections are
removed and autoclaved. Store in zipper-typ plastic bags at
room temperature.

DEIONIZED WATER

**Deionized, distilled water**

GEL PUNCH

**Gel punch tools**
Used for aspiration of agar from gel slides (BioRad
Laboratories, 170-4030) or comparable

HOTPLATE/STIRRER

**Hotplate/stirrer**
Corning #6795 220 or comparable

KNOWN URINE STAIN

**Urine stain, positive control**
Pipette 2 ml of fresh urine onto clean, washed cotton
sheeting. Permit the stain to dry completely and store
packaged at -20°C between uses.

PETRI DISHES

**Petri dish, 9cm$^2$ square, plastic**
Falcon, #1012 or comparable

PIPET

**Pipet, adjustable, various volume ranges**
Ranin, Pipet-Lite or comparable

PIPET, graduated

**Pipet, graduated, disposable, 2 mL,10mL, 25mL**
Falcon #357507, #357551,#357525 or comparable

PIPET TIPS

**Pipet tips of appropriate size for pipets, aerosol
resistant**

pH METER

**pH meter**
Corning #475318 or comparable

PHOSPHORIC ACID

**o-Phosphoric acid, H$_3$PO$_4$**
Fisher Scientific #A 242 or comparable

SODIUM HYDROXIDE

**Sodium hydroxide, pellets**
Fisher Scientific Company, S 318 or comparable

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

**0.1M SODIUM HYDROXIDE**

**0.1 M NaOH, 1 L**
Add 4 g NaOH pellets (Fisher Scientific Company, S 318) to 975 ml deionized water. Stir until all the pellets have dissolved. Bring to a final volume of 1 L with deionized water. Store at room temperature.

**SULFURIC ACID**

**Sulfuric acid, $H_2SO_4$**
Fisher Scientific A-300 or comparable

**0.1N SULFURIC ACID**

**0.1 N Sulfuric acid, 100 ml**
Dilute 280 $\mu$l concentrated sulfuric acid (Fisher Scientific Company, A 300, ~36N) to 100 ml with deionized water. Mix.

**THERMOMETER**

**Thermometer, graduated, centigrade**

**UREASE**

**Urease solution**
(Sigma Chemical Company, U-1875, concentration 500-800 Units/ml) Store at 4°C.
Concentration of urease may vary across manufacturer's lot; therefore, the 100 units needed for the preparation of urease/agarose gel solution must be determined prior to use. The following calculation should be used when determining a 1 U/ml final concentration of urease.
Example: For a lot with urease concentration of 570 U/ml convert to units per $\mu$l

$$570 \text{ U/ml} = 0.57 \text{ U/}\mu\text{l}$$

divide 100 (targeted U value) by the U/$\mu$l of the current lot

$$100 \text{ U} \div 0.57 \text{ U/}\mu\text{l} = 175.4 \text{ }\mu\text{l}$$

this is the final volume of the current lot required for preparation of the urease/agarose gel solution.

**UREASE/AGAROSE GEL**

*NOTE: Two types of plates must be prepared for this test procedure. One type will contain urease and the other type will lack urease.*

Titrate 300 ml deionized water to pH 5.8 - 6.0 with 0.1 N sulfuric acid.
**Agar gel, 0.15 mg/ml BTB, 1 U/ml urease**
*To prepare urease plates*: add 2 g agarose to 100 ml of the titrated water and heat to a boil to dissolve the agarose. Cool to 56°C. Add 1 ml BTB solution and appropriate volume of urease solution (calculated above) to the warm

12 02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY

14-3

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

agarose solution. Mix gently by swirling. Pipette 10 ml to 15 ml portions into 9 cm X 9 cm square plastic Petri plates. Permit the plates to gel. Cover plates and store inverted at 4°C. Plates are useable for up to 1 month. Any plates that develop a blue/green tint upon storage must not be used.

**Agar gel, 0.15 mg/ml BTB**

*To prepare non-urease plates*: add 2 g agarose to 100 ml of the titrated water (from above) and heat to a boil to dissolve the agarose. Cool to 56°C. Add 1 ml BTB solution to the warm agarose solution. Mix gently by swirling. Pipette 12 ml to 15 ml portions into 9 cm X 9 cm square plastic Petri plates. Permit the plates to gel. Cover plates and store inverted at 4°C. Any plates that develop a blue/green tint upon storage must not be used.

URINE                                    **Urine, neat, liquid**

## 14.2   QUALITY CONTROL PROCEDURES

Using the test procedure described in the following section, apply control samples to both urease and non-urease plates. If the plate yields a positive result where the negative control was applied, all samples must be reextracted. If the plate yields a negative result where the positive control was applied, the positive control must be reextracted.

   *Positive control (KP)*: Apply fresh urine onto washed cotton sheeting. Allow stain to air dry and store frozen.

   *Negative control (KN)*: Use deionized water.

   *Substrate/Fabric control (IC)*: A fabric or cloth control cutting must be taken in parallel with the questioned stain cutting. This control must be taken from the same type surface as the questioned stain specimen is deposited upon.

## 14.3   TEST PROCEDURE

1.   Remove a 1 cm² portion of the suspected urine stain and place it in a 1.5 ml microcentrifuge tube.

2.   Control samples must be cut and extracted in parallel with the questioned samples. Control samples include a cutting of a known urine stain (*KP*), deionized water (*KN*) and a cutting of an unstained area of the garment or surface being tested (*IC*).

3.   Add 200µl deionized water to each tube and permit to stand at room temperature for one hour.

4.   Using the gel punch described in Section 7.1, prepare wells in a urease-containing plate and in a companion non-urease-containing plate following the template design in Section

12/02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY                                    14-4

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

14.6.

5.     Add 2 ul of specimen extract to a well in each plate.

6.     Inoculate one well in each plate with the deionized water used for extraction of the questioned stains.

7.     Permit the diffusion to occur for a minimum of ten minutes or until the known urine stain extract has produced a color change ring size of 5-7 mm diameter and there has been no color change in the urease-negative plate.

## 14.4    INTERPRETATION OF RESULTS

1.     The presence of urine in a questioned stain extract is presumptively indicated if:
   a.    A royal blue diffusion zone surrounds a sample well in the urease plate; **AND**
   b.    There is no diffusion zone around the well containing the same sample in the urease negative plate; **AND**
   c.    The known positive urine stain extract has given a positive result only in the urease containing plate; **AND**
   d.    The water used for stain extraction has tested negative on both the urease containing and non-urease containing plates; **AND**
   e.    While it is expected that no royal blue diffusion zone will be observed around the well that received the substrate/cloth control (1C) extract on the urease containing plate; if a royal blue diffusion zone is observed in this control a new substrate/cloth control (1C) may be tested as described above. In lieu of this, the magnitude of the royal blue diffusion zone displayed by the existing substrate/cloth control (1C) may be compared to the observed positive response from a questioned specimen extract and their relative appearances taken into consideration for interpretation purposes. Any questioned specimen extract that displays a larger royal blue diffusion zone than the substrate/cloth control (1C) may be deemed positive, while any displaying a lesser royal blue diffusion zone may be deemed negative.
   f.    It is noted that the demonstration of urea in the extract of a suspected stain is not unequivocal evidence of the presence of urine.

2.     The absence of urine from a questioned stain extract is indicated if:

   a.    No diffusion zones are observed around the wells containing the same sample in the urease containing and non-urease containing plates; **AND**
   b.    The known positive urine stain extract has given a positive result only in the urease containing plate; **AND**
   c.    No diffusion zones are observed around the well that received the deionized water.

> Please refer to the Hazardous Waste Disposal Section of the FBI Laboratory
> Division Safety Manual for important information concerning proper disposal
> of the chemicals used in this test as well as the biohazardous wastes generated.

## 14.5   REFERENCES

Bedrosian, J.L., Development of a radial gel diffusion technique for the identification of urea in urine stains. J. Forens. Sci., 29: 601-606 (1984).

12-02 (Rev. #2) - Procedures for the Serological...

CONTROLLED COPY                                                          14-6

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

## 14.6    RADIAL DIFFUSION TEMPLATE



| Rev # | Issue Date | | History |
|---|---|---|---|
| 0 | 7/28/2000 | | Replaces previous protocol dated January 1998 |
| 1 | 1/17/2001 | | Replaces protocol revision #0 dated July 28, 2000 |
| 2 | 12/23/2002 | 14 | Removed "14" from Title |
| | | 14 | Added "14  SCOPE" |
| | | 14-1 | Replaced "REAGENTS AND SUPPLIES" with "EQUIPMENT/MATERIALS/REAGENTS" |
| | | | Removed "and" from sentence beginning "Label all... |
| | | | To same sentence added "and the proper storage conditions." |
| | | | Added the following items with appropriate descriptions "COTTON SHEETING; "DEIONIZED WATER"; "GEL PUNCH"; "HOTPLATE/STIRRER"; "PETRI DISHES"; "pH METER"; "PIPETS"; "PIPET, graduated";"PIPET TIPS"; "PHOSPHORIC ACID"; "SODIUM HYDROXIDE"; "THERMOMETER" ; "URINE" |
| | | | Replaced "NaOH" with "0.1SODIUM HYDROXIDE" |
| | | | Added "or comparable" where needed |

End of Section 14

CONTROLLED COPY

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT

## 15    LABORATORY SETUP

### 15.1    DEDICATED EQUIPMENT AND SUPPLY ITEMS

1. Pipettors: Adjustable ranges of 2 to 20 $\mu l$, 20 to 200 $\mu l$, and 200 to 1000 $\mu l$
2. Microcentrifuge tube racks
3. Microcentrifuges
4. Scissors and forceps
5. Scalpel handles and blades
6. Aerosol-resistant pipette tips appropriate to pipettors listed in 1
7. Sterile/non-sterile disposable serological pipettes of 1, 5, and 10 ml capacity
8. Glassware and plasticware appropriate to solution preparation and use
9. Refrigerators and freezers (4°C ± 3°C, -20°C ± 6°C, and -80°C ± 9°C)
10. Stir plates with and without heaters
11. pH meter
12. Disposable gloves
13. Lab coats
14. Deionized water (>10 MΩ-cm quality) systems
15. Water baths (37°C ± 1°C and 56°C ± 1°C)
16. Pipette aids
17. Light sources
18. Binocular microscope with 10X oculars and 10X, 25X, and 40X objectives
19. Nuisance masks
20. Analytical and top-loading balances and ancillary equipment items
21. Chemical fume hoods and laminar-flow hoods
22. Incubator oven (56°C ± 1°C)
23. Alternate light sources
24. Biohazard waste receptacles
25. Vacuum operated gel punches
26. General grade microcentrifuge tubes
27. General grade 9 cm X 9 cm Petri dishes
28. Slide warmer

### 15.2    DEDICATED LABORATORY SPACE

1. Darkroom for examination of items using an alternate light source
2. Isolation and handling of AIDS and/or hepatitis-infected specimens
3. Evidence storage (room temperature, 4°C, and -20°C)

### 15.3    EQUIPMENT CALIBRATION

1. Balances are externally calibrated on an annual basis. Please refer to the DNA Analysis Unit I Quality Assurance manual for further information.
2. pH Meter is calibrated prior to each use. Please refer to the DNA Analysis Unit I Quality

12 02 (Rev. #2) - Procedures for the Serological...

Assurance manual for further information.

3.      Pipets undergo calibration annually.  Please refer to the DNA Analysis Unit I Quality Assurance manual for further information.

End of Section 15

12/02 (Rev. #2) - Procedures for the Serological...

UNCONTROLLED COPY OF A CONTROLLED DOCUMENT