06/05/2006 MON 13:53 FAX 6512542741    PATH OFFICE

# ACID PHOSPHATASE (ACP)

(Beckman Dri-Stat/Olympus AU400e User-Defined Reagent)

## 07.59.01  INTRODUCTION

$\alpha$-napthyl phosphate has been recommended as the most suitable substrate for automated assays. Beckman Dri-Stat reagents use $\alpha$-napthyl phosphate as a substrate in the measurement of acid phosphatase (both the tartrate resistant and the tartrate sensitive fractions).

Acid phosphatase hydrolyzes alpha-naphylphosphate to yield alpha-naphthol which immediately reacts with Fast Red TR (diazotized 2-amino-5-chlorotoluene) to produce a chromogen. The rate of increase in absorbance at 405 nm due to chromogen formation is directly proportional to the amount of ACP in the sample. The test is run both in the presence and absence of tartrate, the difference in activity between the assays being attributed to the prostatic isoenzyme.

Acid phosphatase is present in the greatest activity in the liver, spleen, milk, erythrocytes, platelets, bone marrow and prostate gland, which is the richest source and is responsible for one third to one half of the enzyme present in the sera of healthy males. The source of the rest of the ACP in sera of healthy males and females is probably from disintegrated platelets, erythrocytes, bone osteclasts and leukocytes.

Certain inhibitors are used in assays to measure prostatic and nonprostatic ACP. The prostatic enzyme is inhibited by dextrorotary tartrate ions while the red cell isoenzyme is not.

Acid Phosphatase is found in very high concentrations in semen and this fact is utilized in Sexual Assault cases. However, 30 to 36 hours following sexual assaults the possibility of recovering significant acid phosphatase activity decreases dramatically. After 48 hours, no acid phosphatase samples will even be collected.

Monitoring serum ACP levels are clinically important in the diagnosis and management of prostatic cancer, and it is therefore important to differentiate between increases in concentration of the prostatic and non-prostatic forms.

Slight or moderate increases in total ACP activity occurs in Paget's disease, hyperparathyroidism with skeletal involvement, and in the presence of a malignant invasion of the bone by cancer. Elevated nonprostatic ACP levels have been seen in growing children (and are probable due to osteoclasts), Gaucher's disease (lipid storage disease), Nieman-Pick disease (lipid metabolism disease) and myelocytic leukemia.

On the Olympus AU400e, the prostatic ACP is calculated from the measurement of the total ACP (TACP) and the non-prostatic ACP (NPAP). The following equation reflects how the Olympus AU400e determines prostatic ACP:

$$\text{Total ACP} - \text{Non-Prostatic ACP} = \text{Prostatic ACP}$$
$$\text{(TACP)} - \text{(NPAP)} = \text{(ACPP)}$$

P:\BIOCHEM\TOX\ACP-SA.DOC
6/5/2006

06/05/2006 MON 13:54 FAX 6512542741          PATH OFFICE                                    ☒003

## 07.59.02 PRINCIPLE

The reaction sequence employed in the assay of ACP is as follows:

$$\alpha\text{-Napthol Phosphate} + H_2O \xrightarrow{\text{ACP}} \alpha\text{-Napthol} + \text{Phosphate}$$

$$\alpha\text{-Napthol} + \text{fast red TR} \longrightarrow \text{chromophore}$$

ACP activity is determined in the presence and absence of L-Tartrate, the difference in activity being attributed to prostatic acid actitivity.

$$TACP - NPAP = \text{Prostatic ACP}$$

## 07.59.03 SPECIMEN REQUIREMENTS

### Sexual Assault

During the Sexual Assault examination a specimen is collected for acid phosphatase determinations from each site examined (vaginal, oral, anal or miscellaneous). The specimen consists of a tube containing 3 cc of saline which has been "inoculated" with a swab from the examination site and the swabs discarded. Hemolyzed specimens should be avoided for they will produce inaccurate results.

NOTE: At this time, if hemolysis is present in the sample perform the ACP analysis. The comment of HS (hemolyzed specimen) must be added to the results to aid in the interpretation of ACP activity. Varying dilutions may need to be performed on these hemolyzed specimens

Sexual Assault specimens are frozen as soon as possible after collection. They are to remain frozen until they are ready to be analyzed . They are stable for up to two months when frozen. However, over 50% of the ACP activity may be lost in 1 hour at room temperature. Therefore, before thawing the specimens for analysis you must first verify the reagents by running controls. Controls will be performed with each batch of sexual assault specimens analyzed. After thawing the samples mix them well. Centrifuge them and make the standard stated dilutions as described in the protocol from the resulting supernatant.

NO STABILIZER IS TO BE ADDED TO SEXUAL ASSAULT PRIMARY TUBES!!!

### Serum

The only specimen acceptable for serum ACP is unhemolyzed serum. Separate the serum from the clot promptly after collection as ACP's are unstable-especially at temperatures above 37 C and at pH levels above 7.0. The prostatic fraction is especially labile. To prevent or curtail the loss of enzymatic activity, specimens from outside clinics are to be frozen while in-house specimens are to be stabilized and frozen.

To stabilize serum specimens:
1. Pipette 10ul of acetate buffer to 500ul of serum or 20ul of acetate buffer to 1.0ml of serum.
2. Label the tube as "stabilized", mix and freeze until ready to assay.

Note:

JUN-06-2006 13:43          PUBLIC DEFENDERS OFFICE          651 215 0615     P.004

When acetate buffer is added to serum sample, the pH is lowered and activity will be stable @ 2 - 8 °C for five days. Preserved specimens may be frozen for longer stability.

STABILIZED SPECIMENS CANNOT BE USED FOR ANY ASSAY EXCEPT ACP!!!

## 07.59.04  EQUIPMENT

This test is performed on the Olympus AU400e, a highly automated chemistry analyzer. Further details on this instrumentation can be found in the Manufacture's specifications and the Instrument procedure manual, available in Chemistry and Toxicology.

## 07.59.05  REAGENTS

**\*\*All reagent, calibrator and control material is to be used in accordance with documented Reagent Handling Policies found in the Toxicology Lab Policy manual.\*\***

1.  Type I Reagent Grade Water(H$_2$O)
    - -prepared in-lab by Barnstead NANOpure II distillation unit located in Chemistry Lab.
    - -always use a freshly drawn aliquot of Type I Reagent Grade Water.
    *Safety Precautions:*
    1. none

2.  0.9 % Sodium Chloride Irrigation, USP
    - - purchased commercially from Baxter.
    - - store at room temperature (18-26°C).
    *Safety Precautions:*
    1. none

3.  5% Albumin
    - - commercially prepared, available through pharmacy
    - - store @ -10 - -20 °C, frozen in 5 ml aliquots. Each thawed aliquot is stable for 24 hours @ 2 – 8 °C.
    - - Each new lot of stock 5% albumin will be tested for Prostatic ACP.

4.  Beckman Dri-STAT ACP reagent Kit (product #683304)
    - - store the kit in the refrigerator (2-8 C) until ready for use
    - - stabile until the expiration date listed on the label

    *Safety Precautions:*
    1. *Wear gloves*
    2. *Wear lab coat*

    Acid Phosphatase Stabilizer
    - -supplied in ready to use form, contains 3.0ml of acetate buffer.
    - -used for serum sample preservation.
    - -stabile until the expiration date listed on the label.

    Total Acid Phosphatase Reagent (TACP –R1)
    a.  Volumetrically pipette 6.5 ml of freshly aliquoted Type I Reagent Grade Water into one bottle of Acid Phosphatase Reagent. Cap and let sit for 15 minutes.
    b.  Place bottle on a rotator and mix for 15 minutes.

P:\BIOCHEM\TOX\ACP-SA.DOC
6/5/2006

06/05/2006 MON 13:55 FAX 6512542741          PATH OFFICE                                    ☑005

c. Pour into a 15 mL reagent bottle (label TACP R1) for the Olympus AU400e. Date and label appropriately. Reagent solutions are stable for 48 hrs @ Room Temp., or one week @ 2-8 °C, when protected from light.

## Non-Prostatic Acid Phosphatase Reagent (NPAP R1)

a. Volumetrically pipette 6.5 ml of freshly aliquoted Type I Reagent Grade Water into one bottle of Acid Phosphatase Reagent. Cap and let sit for 15 minutes.
b. Place bottle on a rotator and mix for 15 minutes.
d. Pour into 15 mL reagent bottle (label NPAP R1) for the Olympus AU400e. (see below for reconstitution of tartrate reagent) Date and label appropriately. Reagent solutions are stable for 48 hrs @ Room Temp., or one week @ 2-8 °C, when protected from light.

## Non-Prostatic Acid Phosphatase Reagent (NPAP R2)

a. Make a 1:4 dilution of tartrate reagent.
b. Add 0.5 mL tartrate reagent and 1.5 mL water.
c. Place in 15 mL bottle (label NPAP R2)
d. Date and label appropriately. Reagent solutions are stable for 48 hours at room temperature or one week at 2-8°C when protected from light.

## Acid Phosphatase Tartrate Reagent

a. Volumetrically pipette 3 ml of freshly aliquoted Type I Reagent Grade Water into one bottle of Acid Phosphatase Tartrate Reagent. Cap and let sit for 15 minutes.
b. Place bottle on the rotator for 15 minutes, or until completely dissolved. Transfer the 3 ml of tartrate reagent to a 10 ml plastic aliquot tube. Volumetrically add an additional 3 ml of distilled water. Mix gently by inversion.
c. Date with the day of preparation, and store refrigerated (2-8°C). Reconstituted tartrate solutions are stable indefinitely at 2-8 °C if they remain free of bacterial contamination.

07.59.06  QUALITY CONTROL

Biorad Liquichek Unassayed Chemistry Controls, Levels 1 and 2, are commercially purchased controls, which will be used to monitor the performance of the assay within the clinical and linear range. Controls are stored frozen and must be run with each Acid Phosphatase assay.

All QC data must be entered into the lab computer and documented on Quality Control Charts located near the instrument. The QC charts are kept for two years in accordance with NCCLS regulations.

To prepare a "batch" of Quality Control material:

1. Thaw one bottle of each level of control.
2. Add 200 ul of acetate buffer to thawed control(s) and mix gently by inversion.
3. See QC log sheet for specific dilution and lot number.
4. Aliquot 1.0 ml of control material per appropriately labeled tube and store frozen at –20 °C.

P:\BIOCHEM\TOX\ACP-SA.DOC
6/5/2006

## 07.59.07 <u>PROCEDURE</u>

1. Verify Reagent Status........

   Loaded UDR of TACP and NPAP are stable for one week. Verify available tests left to determine if additional reagent is needed. If reagent is needed prepare as described earlier in procedure.

   Total Acid Phosphatase is called TACP.
   Non-Prostatic Acid Phosphatase is called NPAP.

2. Verify Reagent Performance......
   a. Perform a reagent blank calibration.
   b. Verify TACP and NPAP reagent performance by assaying both levels of control prior to thawing patient/unknown samples.

3. Obtain all S.O. and serum ACP specimens and allow to thaw.

   Chain of custody forms for all S.O.'s must be properly filled out by the analyst.

4. Vortex all samples to ensure homogeneity.

5. Centrifuge all tubes for 5 minutes @ 2000 rpm's

6. All S.O. samples are to be diluted 1:2 with 5% Albumin prior to analysis. A protein matrix is needed to recover full activity of the Acid Phophatase enzyme.

   If the 1:2 dilution yields results > than the linearity of the assay, make a 1:10 dilution of this sample with 5% albumin, giving a final dilution factor of 1:20. Further dilutions may be made. See "Reporting Results" for details

7. Program and load samples onto the Olympus AU400e. Program all appropriate dilution factors.

8. Utilize the following equation to calculate the Prostatic ACP for all controls and S.O. patient/unknown.......

   $$TACP - NPAP = Prostatic\ ACP$$

9. Only the Total ACP is reported for all serum ACP's.

10. Total and Non-prostatic ACP results will be transmitted through the Sunquest instrument interface. Prostatic ACP is calculated automatically by Sunquest. The performing CLS or CLT will review the on-line transmission and calculation and finalize the results in Sunquest (Laboratory LIS).

P:\BIOCHEM\TOX\ACP-SA.DOC
6/5/2006

## 07.59.08  REPORTING RESULTS

XXXX.X U/L  Prostatic ACP

Serum samples:  Report only the Total Acid Phosphatase (TACP)

S.O. samples:    Report the Total Acid Phosphatase and the Prostatic ACP

TACP - NPAP = Prostatic ACP

The following criteria must be met before test results can be reported:

1.  If upon the final dilution, the Total ACP is >800 U/L and the Non-Prostatic ACP is >800 U/L, report the Prostatic ACP as >800 U/L.

2.  If upon the final dilution, the Total ACP is >800 U/L and the Non-Prostatic ACP is <800 U/L, subtract the Non-Prostatic ACP value from 800 U/L and report the Prostatic ACP as greater than the number just calculated.

3.  Total ACP values generated on control material must also fall within the linear range of the assay.

4.  If you have any comment that would invalidate your acid phosphatase result, e.g. improperly collected, NO numerical result is to be reported.

## 07.59.09  LIMITATIONS OF METHOD

1.  LINEARITY

0-40.0 U/L for Total ACP

0-40.0 U/L for Non-prostatic ACP

2.  NORMAL RANGE

Not established, Pathologist review required.

3.  METHOD SPECIFICITY

a.  S.O. samples are diluted in 3 cc of saline. No addition of stabilizer is allowed on S.O. samples.
b.  Oxalates, fluoride and high serum bilirubin levels inhibit acid phosphatase activity.

c.  Heparin and EDTA cause sample turbidity.

d.  S.O. samples are to remain frozen until analysis can be completed. If the specimen has not been properly frozen attach the comment "specimen not frozen" to the result and note it in the S.O. specimen log book with the original Olympus printouts.

*page 7 of 7*

e. It was determined during method evaluation that protein was needed to recover and measure fully the acid phosphatase activity in the Beckman Dri-Stat user defined method for the Olympus. All S.O. samples will be analyzed as 1:2 dilutions with 5% commercially prepared albumin. This 5% albumin solution has no measurable acid phosphatase activity, and will therefore not contribute to the levels of prostatic acid phosphatase activity being analyzed.

5.   METHOD VALIDATION

Known samples were compared to Beckman LX20 method. See correlation studies, October 2003, for the Olympus AU400e.

## 07.59.10  REFERENCES

1. Textbook of Clinical Chemistry, ed. by N. Tietz, Chp. 5 "Enzymes", pp. 752-754, W.B. Saunders Co., Philadelphia, PA, 1986.
2. Beckman Dri-STAT ® Reagent  P/N 683304 Revision 7/98.

## 07.59.11  MISCELLANEOUS

1. For further information on UDR's, sample programming, and other routine operational procedures on the Olympus, please refer to Olympus's Procedure Manual for the AU400e.

2. For questions regarding validation of this method please refer to the official Method Evaluation packet for TACP and NPAP.

3. Enclosed with this procedure is a description of the User Defined Parameters necessary for the analysis of Total and Non-Prostatic Acid Phosphatase on the Olympus AU400e, using Beckman Dri-Stat Reagents.

P:\BIOCHEM\TOX\ACP-SA.DOC
6/5/2006