

BI-110

**ARCHIVED**

7ЈЈ
7/17/91

9-18-91

Page 1 of 2

## PREPARATION AND USE OF THE ACID PHOSPHATASE TEST

**SCOPE:**    Acid phosphatase is present in semen at high concentrations compared with other body fluids. Therefore, perhaps the most common presumptive test employed in the identification of semen is the assay of seminal fluid prostatic acid phosphatase.

**BACKGROUND INFORMATION:**    F.S. Baechtel, "The Identification and Individualization of Semen Stains," in Forensic Science Handbook Vol. II, Richard Saferstein ed. (Englewood Cliffs: Prentice-Hall, Inc. 1988)    pp. 352-355.

**OPERATION:**

### Reagents:

Solution A:

| | |
|---|---|
| NaCl | 23.0 gm |
| Sodium Acetate | 2.0 gm |
| Glacial Acetic Acid | 0.5 ml |
| Calcium-1-naphthyl Phosphate | 50.0 mg |
| Distilled Water | 90.0 ml |

pH 4.9 - 5.0
Refrigerate

Solution B

| | |
|---|---|
| NaCl | 23.0 gm |
| Sodium Acetate | 2.0 gm |
| Glacial Acetic Acid | 0.5 ml |
| Naphthanil Diazo Blue B | 30.0 mg |
| Distilled Water | 90.0 ml |

Light sensitive - store in a brown bottle
Refrigerate

### Procedure:

1.    Follow stain extraction procedure described in **BI-106 - SAMPLE EXTRACTION FOR SEMEN TESTING.**

BI-110
Page 2 of 2

2.   Transfer one drop of stain extract to a spot plate well and add one drop of Solution A and one drop of Solution B.

3.   The development of a purple color within 2 - 3 minutes presumptively indicates the presence of semen.

**FURTHER**
**INFORMATION:**

1.   Stain extracts yielding negative acid phosphatase test results may still contain significant quantities of semen.

2.   Positive and negative controls must be used for color comparison.



2/16/00

# ARCHIVED

| BI-110-A |
| --- |
|  |
| 7H 4-1-98 | HG 4-1-98 |

Page 1 of 2

## SALIVA DETECTION
### Starch-Iodide Test

**SCOPE:** Saliva stains may be distinguished from other stains by the high concentration of α-amylase, an enzyme which hydrolyses starch. The Starch-Iodide test uses starch hydrolysis to detect amylase activity in stain extracts.

**BACKGROUND INFORMATION:** S.J. Baxter and B. Rees, "The Identification of Saliva in Stains in Forensic Casework," Med. Sci. Law, $\underline{15}$, pp. 37-41 (1975).

**OPERATION:**

**Reagents:**

Starch Solution:
soluble starch    0.1 g
NaCl              0.5 g
Water             100 mL

Heat to dissolve - store at 4° C.

Iodine Solution:
Iodine - $I_2$                   0.013 g
Potassium Iodide - KI    3.3   g
Water                    100   mL

Store at room temperature.

**Procedure:**

1. Extract 1 $cm^2$ portions of all questioned stains, stain substrate controls and a known saliva stain in 1 mL of saline for 15-30 minutes. In addition, place 1 mL of saline in a test tube to use as a control blank.

BI-110-A
Page 2 of 2

2.    Combine equal portions of extracts and starch solution in 10 mm x 75 mm test tubes, stopper, and incubate at 37° C for 30 minutes (usually 2 drops of each).

3.    Combine equal portions of the starch-extract solutions and iodine solution. A dark blue color formation is a negative test.    A light yellow color indicates that amylase is present.    This yellow color can be represented in case notes by the use of the + sign, or the written statements of positive or pos.    No color change can be represented in case notes by the use of the - sign, or the written statements of negative or neg. Intensity of the color change can be represented by the use of numerals 1 through 4.    Where 4 would be the most intense.

**FURTHER**
**INFORMATION:**    If the suspected saliva stain is mixed with proteinaceous material, e.g. vaginal secretions, it is recommended that the Phadebas test (**BI-111 SALIVA DETECTION    Phadebas Test**) be used rather than the Starch-Iodide test.

FORM 004-QA

### REQUEST FOR QUALITY ASSURANCE DOCUMENTATION
### REVISION/REMOVAL

The attached document(s) is(are) to be:

_X_ REVISED    *BI- 110-B*

_____ REMOVED

Reason for Revision/Removal *Remove mandatory testing of substrate Controls (Step 1); correct grammar in Step 3; reformat in Word; add Cautionary statement; change to H₂0 extraction*

Group Supervisors Initials and Date *PCW / 2-8-2000*

Notes:

*BI-110-A*

*3/16/00*

Quality Assurance Coordinators Approval(Initials and Date) *B*

If applicable:    New Number Assigned *BI - 110-B*

Authorization Date *2-15-00*

Implementation Date *2-16-00*

6/99-A