ARCHIVED

MBI-102-C

# EXAMINATION OF SEXUAL ASSAULT EVIDENCE

## 1. REFERENCES:

Biology Section literature file.

## 2. SCOPE AND BASIC PRINCIPLES:

Semen is important physical evidence in sexual assault cases.  After semen-containing stains have been located, the stains can be subjected to genetic marker typing.  Analysis of miscellaneous body fluids is sometimes required.

## 3. APPARATUS AND REAGENTS:

## 4. SAFETY PRECAUTIONS:

Safety measures should be followed as described in **EXAMINATION OF BLOODSTAINED EVIDENCE (MBI-100)** whenever the evidence being examined may contain body fluid stains.

Follow general precautions described in the BCA Laboratory Safety Manual.

## 5. PROCEDURE:

See flow chart on page 2.

## 6. CALCULATIONS:

See specific SOPs.

## 7. QUALITY ASSURANCE:

Appropriate positive and negative controls should be used in all tests.

## 8. COMMENTS:

MBI-102-C
Page 1 of 2

