

BI-102(2)

ARCHIVED

Page 1 of 2

## PREPARATION AND USE OF THE BCIP TEST

**SCOPE:**   Rapid screening of suspected semen stains using cotton swabs and a 5-bromo-4-chloro-3-indolyl phosphate solution to detect prostatic acid phosphatase.

**BACKGROUND INFORMATION:**   F.S. Baechtel, J. Brown and L.D. Terrell, "Presumptive Screening of Suspected Semen Stains In Situ Using Cotton Swabs and Bromochloroindolyl Phosphate to Detect Prostatic Acid Phosphatase Activity," J. For. Sci., 32, pp. 880-887, (1987).

**OPERATION:**

### Reagents:

| | |
|---|---|
| Sodium acetate tri-hydrate | 68 mg |
| Distilled water | 50 ml |
| BCIP Disodium salt | 25 mg |

Dissolve the BCIP in the sodium acetate solution. Keep refrigerated. Light sensitive - store in a dark bottle. BCIP substrate is stable for at least two weeks when stored at 4°C.

### Procedure:

1.   Lightly swab each suspected semen stain two times with one cotton swab wetted with distilled water. Swabs should not be soaking wet; about 100 ul of water is sufficient.

2.   Label test tubes and add only one swab per tube. Test a control water-wetted swab and also a swab of a known semen stain.

3.   Add enough BCIP substrate solution to each test tube to cover the cotton on the swab.

BI-102
Page 2 of 2

4.    Put the test tube rack in a 37°C oven for 15-30 minutes.

-A positive test result is an **aqua** (blue-green) color.  The appearance of any blue color on a swab is recorded as a positive test result.  Because the blue color of hydrolyzed BCIP is insoluble, the test results can be read at any time after the 37°C incubation phase has taken place.  Extremely long incubation times (1 hour +) may increase the incidence of false positive reactions.

-BCIP does not react with blood or saliva, however, it does react with acid phosphatase in human vaginal fluid, and with semen from the dog, sheep, goat, pig, and orangutan.

-The BCIP procedure is 99% accurate in predicting a true negative stain, i.e. one out of 100 negative BCIP tests may be false (would contain acid phosphatase).