

ARCHIVED
6/21/2005

| BI-102-A | |
|---|---|
| | |
| 𝑚𝑚 4-1-98 | 𝐻𝐵 4-1-98 |

Page 1 of 2

## PREPARATION AND USE OF THE BCIP TEST

**SCOPE**: Rapid screening of suspected semen stains using cotton swabs and a 5-bromo-4-chloro-3-indolyl phosphate solution to detect prostatic acid phosphatase.

**BACKGROUND INFORMATION**: F.S. Baechtel, J. Brown and L.D. Terrell, "Presumptive Screening of Suspected Semen Stains In Situ Using Cotton Swabs and Bromochloroindolyl Phosphate to Detect Prostatic Acid Phosphatase Activity," J. For. Sci., 32, pp. 880-887, (1987).

## OPERATION:

### Reagents:

| | |
|---|---|
| Sodium acetate tri-hydrate | 68 mg |
| Distilled water | 50 mL |
| BCIP Disodium salt | 25 mg |

Dissolve the BCIP in the sodium acetate solution. Keep refrigerated. Light sensitive - store in a dark bottle. BCIP substrate is stable for at least two weeks when stored at 4°C.

### Procedure:

1. Lightly swab each suspected semen stain with a cotton swab wetted with distilled water. Swabs should not be soaking wet; about 100 uL of water is sufficient.

2. Label test tubes and add one swab per tube. Test a control water-wetted swab and also a swab of a known semen stain.

3. Add enough BCIP substrate solution to each test tube to cover the cotton on the swab.

BI-102-A
Page 2 of 2

4.  Put the test tube rack in a 37°C oven for 15-30 minutes.

    -A positive test result is an **aqua** (blue-green) color.  The appearance of any blue color on a swab is recorded as a positive test result.  Because the blue color of hydrolyzed BCIP is insoluble, the test results can be read at any time after the 37°C incubation phase has taken place.  Extremely long incubation times (1 hour +) may increase the incidence of false positive reactions.  This **aqua** (blue-green) color can be represented in case notes by the use of the + sign, or the written statements of positive or pos.  No color change can be represented in case notes by the use of the - sign, or the written statements of negative or neg.  Intensity of the color change can be represented by the use of numerals 1 through 4.  Where 4 would be the most intense.

    -BCIP does not react with blood or saliva, however, it does react with acid phosphatase in human vaginal fluid, and with semen from various animals such as dog, sheep, goat, pig, and orangutan.

    -The BCIP procedure is 99% accurate in predicting a true negative stain, i.e. 1 out of 100 negative BCIP tests may be false (would contain acid phosphatase).

    -It is not unusual to obtain false positive test results using the BCIP reagent.