OFFICE OF ATTORNEY GENERAL
CRIME LABORATORY DIVISION

Title:  AP SPOT TEST

Number: <u>DNA-005</u>

Distribution List:

☐  Master Manual

☐  Forensic Section

☐  DNA Unit

Revision Number:  0.6

Revision of SOP replaced by this new SOP:
<u>0.5</u>

Effective Date:
_____

Scope:  To provide a method for screening evidence for the presence of semen for forensic casework.

Edited By: _____          Date: _____

Approved By: _____          Date: _____

Quality Manager: _____          Date: _____

Authorized By: _____          Date: _____

**OFFICE OF ATTORNEY GENERAL**
**CRIME LABORATORY DIVISION**
Forensic Section/DNA Unit
AP Spot Test                                                                                       Version 0.6


REVISION HISTORY LOG
AP SPOT TEST

| REVISION NUMBER | REVISION DATE | AUTHOR (Print Name) | SIGNATURE | COMMENTS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Macintosh HD :Users:sar:Downloads:exhibits:North Dakota DNA-005 AP Spot Test 0.6.docx

**OFFICE OF ATTORNEY GENERAL**
**CRIME LABORATORY DIVISION**
Forensic Section/DNA Unit
AP Spot Test                                                         Version 0.6


## AP SPOT TEST


**SCOPE:**     To provide a method for screening evidence for the presence of semen for forensic casework.


**BACKGROUND INFORMATION:**

The AP Spot (Brentamine) test is a presumptive test for the identification of suspected semen stains.

Prostatic acid phosphates present in seminal fluid liberates naphthol from sodium $\alpha$-naphthyl, and naphthol combines with Brentamine Fast Blue B to form a purple azo dye.

It is a screening test used to determine which items should be further tested for the presence of semen.

Schiff, A. F. 1978. *Reliability of the acid phosphatase test for the identification of seminal fluid.* J Forensic Sci 23 (4): 833–44.


**SAFETY PRECAUTIONS:**

Follow recommended laboratory procedures for biological evidence.

Spray filter paper in a chemical fume hood.


**OPERATION:**

**Equipment and Reagents:**

Filtered Water
SERI AP Spot Test Pre-Mixed Reaction Mix
Filter Paper
Graduate Cylinder
Spray Device
Scale

**OFFICE OF ATTORNEY GENERAL**
**CRIME LABORATORY DIVISION**
Forensic Section/DNA Unit
AP Spot Test                                                               Version 0.6


**PROCEDURE:**

A.    The evidence is first examined visually and with additional light sources to aid in the visualization of stains.

B.    Weigh out approximately 0.52g of AP Spot Test pre-mixed reaction mix and add approximately 20 ml of filtered water.  Prepare the solution fresh each day as needed.

C.    The solution must be tested on a cotton swab containing known semen standard and on a cotton swab without semen to ensure the AP Spot Test solution is working properly prior to using the reagent on evidence.

D.    Place a piece of filter paper moistened with filtered water over the questioned stain or swab in question and press the paper onto the item so that some of the stain will be transferred to the dampened paper.

E.    Spray filter paper in chemical fume hood.  Add enough AP Spot Test solution to cover the suspected stained area on the paper.  Be careful not to soak the filter paper.  Place the filter paper down with the side which came into contact with the stain face up.

F.    A positive result is obtained if a purple coloration appears within approximately ten minutes.  The absence of a purple coloration within this time indicates a negative result.  Record the results on the biological screening worksheet.

G.    Photograph item (include ruler, case number, item number, date, and initials) prior and post sample cutting.  Transfer and save the photograph to G:\Crime Lab\Forensic\Screening photos or the FA object repository.

H.    For presumptively positive stains, take a small cutting approximately 0.5cm X 0.5cm of the stain with a clean scissors (scissors rinsed with EtOH and allowed to dry).  Proceed to the p30/PSA procedure.

I.    For negative stains, take a small cutting approximately 0.5cm X 0.5cm of the stain with a clean scissors (scissors rinsed with EtOH and allowed to dry).  Prepare a Christmas Tree Slide and examine for the presence of spermatozoa.

**OFFICE OF ATTORNEY GENERAL**
**CRIME LABORATORY DIVISION**
Forensic Section/DNA Unit
AP Spot Test                                                                Version 0.6


**REPORT WORDING:**  Statements similar to the following should appear on the report.

     A.     <u>Worksheet Wording (Examples)</u>:
          1.     Christmas Tree slides were prepared for items (list #'s) on DD/MM/YYYY.

     B.     <u>Report Wording (Examples)</u>:
          1.     Negative:    No semen detected.