# TEXAS DEPARTMENT OF PUBLIC SAFETY

**5805 N. LAMAR BLVD. • BOX 4087 • AUSTIN, TX 78773-0001**
**512/424-2000**
www.txdps.state.tx.us



STEVEN C. McCRAW
DIRECTOR
LAMAR BECKWORTH
CHERYL MacBRIDE
DEPUTY DIRECTORS



COMMISSION
ALLAN B. POLUNSKY, CHAIR
C. TOM CLOWE, JR.
ADA BROWN
JOHN STEEN
CARIN MARCY BARTH

November 10, 2010

_Via Email_

Morris H. Moon
Federal Capital Habeas Project
moonmorris@aol.com

RE:    Public Information Request for a copy of the DPS Crime Lab serology manual and reporting procedures (OR # 10-2546)

Dear Mr. Moon:

The Department of Public Safety received your above-referenced request on November 3, 2010.  Please find enclosed the information the Department located in response to your request.  These records are provided to you at no cost.

If you have any questions regarding this request, please submit them in writing via facsimile to (512) 424-5716, via email to OGC.Webmaster@txdps.state.tx.us, via mail to the address in the letterhead, or in person at our offices at 5805 N. Lamar Blvd. in Austin.  Thank you.

Sincerely,

Jennifer C. Cohen
Assistant General Counsel

\\hqogcs001\ORA\2010 requests\10-2546\10-2546 letter to requestor (10-11-10)

_EQUAL OPPORTUNITY EMPLOYER_
COURTESY • SERVICE • PROTECTION

**Standard Operating Procedures**
*DNA*
*Subject: Table of Contents*

DRN: DNA-TOC
*Version: 10*
*Page 1 of 5*

# TABLE OF CONTENTS

**1      Overview**

DNA-01-01    Overview                                                    v.02

DNA-01-01A              Approved Standard Abbreviations List             v.03

**2      Quality Assurance**

DNA-02-01    Personnel                                                   v.04

DNA-02-02    Facilities                                                  v.01

DNA-02-03    Validation                                                  v.02

DNA-02-04    Analytical Controls                                         v.04

DNA-02-05    Response to Contamination                                   v.01

DNA-02-06    Critical Reagents                                           v.04

DNA-02-07    Instruments and Equipment                                   v.04

DNA-02-08    Guidelines for DNA Technical Review                         v.03

**3      Casework Processing**

DNA-03-01    Evidence Handling                                           v.02

DNA-03-02    Physical Evidence Examination                               v.04      R

DNA-03-03    Outsourcing                                                 v.01

**4      Case Screening**

DNA-04-01    Alternate Light Source                                      v.02

DNA-04-02    Presumptive Blood Tests – PHT, TMB, and LMG                 v.02

DNA-04-03    Presumptive Blood Test – Luminol                            v.02

DNA-04-04    Presumptive Semen Test – Acid Phosphatase (AP)              v.01

DNA-04-05    Species Origin Determination – Ouchterlony                  RES 120108

DNA-04-06    Presumptive Species Origin Determination - Hematrace        v.01

DNA-04-07    Body Fluid Stain Extraction                                 v.02

DNA-04-08    Spermatozoa Examination                                     v.02

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Table of Contents*

*DRN: DNA-TOC*
*Version: 10*
*Page 2 of 5*

**4      Case Screening**

DNA-04-09    P30 Identification                                        v.01

DNA-04-10    Presumptive Saliva Test Amylase-Diffusion Method         RES 011110

DNA-04-11    Macroscopic Examination of Hair                          RES 041508


**5      DNA Extraction and Purification**

DNA-05-01    DNA Extraction with Stain Extraction Buffer              v.01

DNA-05-02    DNA Extraction with Digest Buffer                        v.01

DNA-05-03    DNA Extraction with Chelex                               v.01

DNA-05-04    Differential Extraction with TNE                         v.02

DNA-05-05    Differential Extraction with Digest Buffer               v.02

DNA-05-06    Differential Extraction with Chelex                      v.01

DNA-05-07    DNA Extraction and Purification with QIAamp              v.03

DNA-05-08    Concentration and Purification of DNA with Membrane Filtration v.03
             Devices

DNA-05-09    Removal of Mounted Hairs for DNA Analysis                v.00

DNA-05-10    FTA Paper Extraction/Amplification                       v.02

DNA-05-11    PrepFiler DNA Extraction with Tecan Freedom Evo          RESERVED


**6      DNA Quantification**

DNA-06-01    DNA Quantification – Quantifiler                         v.05    R

DNA-06-01A          DNA Quantification – Quantifiler PE MP II         v.02

DNA-06-01B          DNA Quantification – Quantifiler Tecan            v.00    N

DNA-06-02    DNA Quantifiler Duo                                      v.02    R


**7      DNA Analysis**

DNA-07-01    DNA Amplification – Identifiler                          RES 041508

DNA-07-01A          DNA Amplification – Identifiler PE MP II          RES 041508

DNA-07-02    Capillary Electrophoresis                                RES 041508

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Case 2:04-cr-00055-RRE   Document 753-11   Filed 10/17/11   Page 4 of 355

**Standard Operating Procedures**
*DNA*
*Subject: Table of Contents*

DRN: DNA-TOC
*Version: 10*
*Page 3 of 5*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## 7 DNA Analysis

### 7A PCR Amplification System

| | | |
|---|---|---|
| DNA-07A-01 | DNA Amplification – Identifiler | v.03 |
| DNA-07A-01A | DNA Amplification – Identifiler PE MP II | v.02 |
| DNA-07A-01B | DNA Amplification – Identifiler Tecan | v.00   N |
| DNA-07A-02 | DNA Amplification – MiniFiler | v.01 |
| DNA-07A-03 | DNA Amplification – Yfiler | v.01 |

### 7B Genetic Analysis Platform

| | | |
|---|---|---|
| DNA-07B-01 | Capillary Electrophoresis | v.04 |

## 8 Interpretation and Reporting Guidelines

| | | |
|---|---|---|
| DNA-08-01 | STR Interpretation Guidelines | v.05   R |
| DNA-08-02 | Statistical Significance Estimation | v.02   R |
| DNA-08-02A | STR Population Database | v.02 |
| DNA-08-03 | Report Writing Guidelines | v.05   R |
| DNA-08-04 | Guidelines for Counting Examinations for Activity Reports | v.03 |
| DNA-08-05 | CODIS | v.03 |
| DNA-08-06 | Y-STR Interpretation Guidelines | v.02   R |
| DNA-08-07 | Y-STR Statistical Interpretation | v.01 |

## 9 Reagent Preparation

| | | |
|---|---|---|
| DNA-09-01 | Ammonium Hydroxide 5% | RES 120108 |
| DNA-09-02 | AP Test Reagent | v.01 |
| DNA-09-03 | AP Test Reagent Two-Step Method | RES 011110 |
| DNA-09-04 | Chelex 5% and 20% | v.01 |
| DNA-09-05 | Coomassie Blue Destain | RES 120108 |
| DNA-09-06 | Coomassie Blue Stain | RES 120108 |
| DNA-09-07 | Digest Buffer | v.00 |
| DNA-09-08 | DTT - 0.39M/1 M | v.02 |

*Standard Operating Procedures*
*DNA*
*Subject: Table of Contents*

*DRN: DNA-TOC*
*Version: 10*
*Page 4 of 5*

## 9    Reagent Preparation

| | | |
|---|---|---|
| DNA-09-09 | Hepes Buffered Saline | RES 120108 |
| DNA-09-10 | Iodine Solution – Saturated | RES 011110 |
| DNA-09-11 | Leucomalachite Green (LMG) Solution | v.01 |
| DNA-09-12 | Nuclear Fast Red (NFR) Solution | v.01 |
| DNA-09-13 | Phenolphthalin (PHT) Solution | v.01 |
| DNA-09-14 | Phosphate/Amylase Buffer | RES 011110 |
| DNA-09-15 | Picroindigocarmine (PIC) Solution | v.01 |
| DNA-09-16 | Proteinase K Solution | v.01 |
| DNA-09-17 | Sarcosyl Solution – 20% | v.01 |
| DNA-09-18 | Sodium Chloride – 5M | v.00 |
| DNA-09-19 | Sodium Hydroxide – 5N | v.00 |
| DNA-09-20 | Stain Extraction Buffer | v.00 |
| DNA-09-21 | TE Buffer | v.02 |
| DNA-09-22 | Tetramethylbenzidine (TMB) Solution | v.01 |
| DNA-09-23 | TNE Solution | v.01 |
| DNA-09-24 | Veronal Buffer | RES 120108 |
| DNA-09-25 | Commercial Reagents | v.00    N |

## Forms/Worksheets

| | | |
|---|---|---|
| LAB-DNA-01 | Biological Screening Worksheet | v.01 |
| LAB-DNA-02 | Biological Screening Worksheet (Continued) | v.01 |
| LAB-DNA-03 | Hematrace Testing Worksheet | RES 011110 |
| LAB-DNA-04 | Species Origin Determination Worksheet | RES 120108 |
| LAB-DNA-05 | p30/HemaTrace Testing Worksheet | v.01 |
| LAB-DNA-06 | Amylase Assay Worksheet | RES 011110 |
| LAB-DNA-07 | DNA Extraction Worksheet | v.03 |
| LAB-DNA-08 | Amplification Worksheet | v.03 |
| LAB-DNA-09 | Hematrace Reagent Quality Control | v.01 |

Uncontrolled Controlled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: Table of Contents*

*DRN: DNA-TOC*
*Version: 10*
*Page 5 of 5*

**Forms/Worksheets**

| | | |
|---|---|---|
| LAB-DNA-10 | ABAcard Reagent Quality Control | v.01 |
| LAB-DNA-11 | Identifiler Reagent Quality Control | v.04 |
| LAB-DNA-12 | Quantifiler Reagent Quality Control | v.01 |
| LAB-DNA-13 | Quantitation Load Sheet | v.03 |
| LAB-DNA-14 | STR Data Worksheet | v.00 |
| LAB-DNA-15 | CODIS Entry Worksheet | v.00 |
| LAB-DNA-16 | MiniFiler Reagent Quality Control | v.02 |
| LAB-DNA-17 | Quantifiler Duo Reagent Quality Control | v.00 |
| LAB-DNA-18 | Yfiler Reagent Quality Control | v.01 |
| LAB-DNA-19 | Y-STR Data Worksheet | v.00 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Table of Contents*

*DRN: DNA-TOC*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

### Preparer

*James Nichols*                                    Date:    06/02/2010
DNA Advisory Board Chair

### Concurrence

*Zoë M. Smith*                                    Date:    06/02/2010
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| … | | Previous revision history included in archived documents. |
| 05 | 12/01/2008 | Revised:   DNA-01-01A,   DNA-02-01,   DNA-02-03,   DNA-02-04, DNA-02-06,   DNA-02-07,   DNA-02-08,   DNA-03-03,   DNA-04-07, DNA-04-08,   DNA-06-01,   DNA-06-01A,   DNA-07B-01,   DNA-08-01, DNA-08-02A, DNA-08-03, DNA-08-04, DNA-08-05<br><br>Rescinded:   DNA-04-05,   DNA-09-01,   DNA-09-05,   DNA-09-06, DNA-09-09, DNA-09-24, LAB-DNA-04 |
| 06 | 07/01/2009 | Revised:   DNA-02-01,   DNA-02-04,   DNA-02-06,   DNA-02-07, DNA-03-01,   DNA-05-07,   DNA-05-08,   DNA-06-01,   DNA-08-03, LAB-DNA-07, LAB-DNA-08, LAB-DNA-11, LAB-DNA-13, LAB-DNA-16<br><br>New:   DNA-06-02,   DNA-07A-03,   DNA-08-06,   DNA-08-07, LAB-DNA-17, LAB-DNA-18, LAB-DNA-19 |
| 07 | 07/17/2009 | Revised: DNA-06-01 |
| 08 | 01/11/2010 | Revised:   DNA-01-01,   DNA-01-01A,   DNA-02-01,   DNA-02-02, DNA-02-03,   DNA-02-04,   DNA-02-05,   DNA-02-06,   DNA-02-07, DNA-02-08,   DNA-03-02,   DNA-04-01,   DNA-04-02,   DNA-04-03, DNA-04-04,   DNA-04-06,   DNA-04-07,   DNA-04-08,   DNA-04-09, DNA-05-01,   DNA-05-02,   DNA-05-03,   DNA-05-04,   DNA-05-05, DNA-05-06,   DNA-05-07,   DNA-05-08,   DNA-05-10,   DNA-06-01, DNA-06-01A, DNA-06-02, DNA-07A-01, DNA-07A-01A, DNA-07A-02, DNA-07A-03,   DNA-07B-01,   DNA-08-01,   DNA-08-02,   DNA-08-02A, DNA-08-03,   DNA-08-04,   DNA-08-05   DNA-08-06,   DNA-08-07, DNA-09-02,   DNA-09-04,   DNA-09-08,   DNA-09-11,   DNA-09-12, DNA-09-13,   DNA-09-15,   DNA-09-17,   DNA-09-21,   DNA-09-22, LAB-DNA-01,   LAB-DNA-02,   LAB-DNA-05,   LAB-DNA-07, LAB-DNA-08,   LAB-DNA-09,   LAB-DNA-10,   LAB-DNA-11, LAB-DNA-12, LAB-DNA-13, LAB-DNA-16, LAB-DNA-18<br><br>Rescinded:   DNA-04-10,   DNA-09-03,   DNA-09-10,   DNA-09-14, LAB-DNA-03, LAB-DNA-06 |

**Standard Operating Procedures**                    *DRN: DNA-TOC*

*DNA*

*Subject: Table of Contents*

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 09 | 01/14/2010 | Revised: LAB-DNA-07 |
| 10 | 06/07/2010 | Revised:    DNA-03-02,    DNA-06-01,    DNA-06-02,    DNA-08-01, DNA-08-02, DNA-08-03, DNA-08-06,<br><br>New: DNA-06-01B, DNA-07A-01B, DNA-09-25 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Effective Date: 06/07/2010

*Standard Operating Procedures*
*DNA*
*Subject: Overview*

*DRN: DNA-01-01*
*Version: 02*
*Page 1 of 1*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

# OVERVIEW

## 1      DNA Standard Operating Procedures

The DNA Standard Operating Procedures Manual (SOP) specifies analytical procedures and processes for routine examination and analyses of biological evidence and for nuclear DNA testing.  In addition, the SOP incorporates the quality assurance elements necessary to ensure accuracy, reliability, quality, and the uniformity of analyses and reported conclusions.

The DNA discipline is composed of two primary examination processes: biological evidence screening and DNA testing.  Basic screening includes the identification of biological fluids, collection/preservation of relevant stains and collection/preservation of trace evidence. Forensic DNA analysis is conducted on probative biological evidence to identify human genetic markers and to determine possible sources.  The Texas Department of Public Safety (DPS) DNA laboratories participate in the National DNA Index System (NDIS) which contains DNA profiles of convicted offenders and forensic samples.

Abbreviations used with the examination documentation must be from Appendix DNA-01-01A Approved Standard Abbreviations List, a common American English dictionary, or commonly recognized abbreviations.  Additional abbreviations must be defined in the case record.

## 2      Quality Manual

The Laboratory Operations Guide (LOG) is considered the Crime Laboratory Service Quality Manual, which contains both laboratory policy and defines quality assurance processes.

## 3      Training Manual

The training manual contains supplementary materials, reference materials, and resources adequate to ensure competence of forensic scientists in the fields of case screening and DNA analysis.

## 4      Safety Manual

The Laboratory Safety Manual addresses Crime Laboratory Service requirements for safety, exposure control, and chemical hygiene.

## 5      Oversight of DNA Testing Laboratories

A.      The Texas Administrative Code Title 37, Chapter 28, Subchapter F requires the Director of the Texas Department of Public Safety to govern the regulation of CODIS user laboratories located in this state.

B.      DPS is required by state and federal law to maintain compatibility with NDIS which includes following the NDIS procedures prescribed by the FBI and compliance with the FBI DNA audit document (FBI Quality Assurance Standards Audit for Forensic DNA Testing Laboratories).

C.      The Texas DPS DNA Advisory Board (DPS DAB) is the Advisory Board for DNA and has goals and tasks as defined in the Laboratory Operations Guide. The Texas DPS DAB offers recommendations to the Crime Laboratory Service on technical issues related to biological evidence and DNA procedures.

**Standard Operating Procedures**                                    *DRN: DNA-01-01*
*DNA*
*Subject: Overview*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## Preparer

*James Nichols*                                          Date:   12/02/2009
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                           Date:   12/02/2009
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Major revision - Section 1<br><br>Advisory Board 02/28/2008 |
| 02 | 01/11/2010 | Major revision - Section 1<br><br>Minor revision – Section 5<br><br>Advisory Board 10/29/2010 |

**Standard Operating Procedures**
*DNA*
*Subject: Approved Standard Abbreviations List*

*DRN: DNA-01-01A*
*Version: 03*
*Page 1 of 2*

## APPROVED STANDARD ABBREVIATIONS LIST

| | |
|---|---|
| + or pos | positive reaction |
| (-), neg, NR | negative, no reaction, no result |
| 1, 2, 3, 4 | strength of reaction weak to strong, e.g., 4+ for strong positive reaction |
| 0 | none |
| AE | additional evidence |
| ALS | alternate light source, includes Polilight, crime scope, Luma-Lite, etc. |
| AP | acid phosphatase |
| C/N | control negative |
| C/P | control positive |
| D | depleted |
| dIH$_2$O | deionized water |
| Disp | disposition |
| Env | envelope |
| Epi, EC, Ep | epithelial cell |
| F | frozen/retained |
| FTC | found to contain |
| H | human |
| HEM | HemaTrace |
| H/F | heads per field |
| HPF | high-power field (400X) |
| Inc | inconclusive |
| Inj | injection |
| K | known standard sample |
| LMG | leucomalachite green |
| ND | not done |
| NS | no stains seen |
| Obs | observed |
| OL | off-ladder |
| OS | off-scale |
| PHT | phenolphthalein |
| Q | questioned sample |
| QF | Quantifiler |
| QNS | quantity not sufficient (for further analysis) |
| RB | reagent blank |
| S | stained |
| Sec | second |
| SME | sealed manila envelope |

Effective Date: 01/11/2010

Uncontrolled Printed Copy

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Approved Standard Abbreviations List*

*DRN: DNA-01-01A*
*Version: 03*
*Page 2 of 2*

| Sp, SC | sperm cell |
| Sus | suspect |
| T | transferred hair |
| TMB | tetramethylbenzidine |
| TNTC | too numerous to count |
| U | unstained |
| V | victim |
| W, wk | weak reaction |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**                                          *DRN: DNA-01-01A*
*DNA*
*Subject: Approved Standard Abbreviations List*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

### Preparer

*James Nichols*                                         Date:___12/02/2009___
DNA Advisory Board Chair

### Concurrence

*Zoë M. Smith*                                          Date:___12/02/2009___
Quality Assurance

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Major revision<br><br>Advisory Board 02/28/2008 |
| 02 | 12/01/2008 | Major revision<br><br>Advisory Board 10/24/2008 |
| 03 | 01/11/2010 | Major revision<br><br>Advisory Board 10/29/2009 |

**Standard Operating Procedures**
DNA
*Subject: Personnel*

*DRN: DNA-02-01*
*Version: 04*
*Page 1 of 4*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

# PERSONNEL

## 1    Technical Leader

Each DNA laboratory must have an assigned or appointed Technical Leader who is responsible for oversight of training, quality assurance, safety, proficiency testing, technical problem solving, and evaluation of DNA methods used.  The Technical Leader is accountable for the DNA quality assurance program in the laboratory to the extent that they have the authority to initiate, suspend and resume DNA analytical operations for the laboratory or an individual.  The Technical Leader reports to the Quality Manager and/or supervisor.

### 1.1    Technical Leader Responsibilities

A.    Support and promote the management system, communicating the management system and related policies to all employees within their discipline.

1.    Oversee the technical operations of the laboratory.

2.    Act as advisor with respect to technical issues.  Resolve technical problems or issues between casework analyst and reviewer that may be identified in a technical review.

3.    Communicate and investigate conditions or situations in the laboratory that may lead to noncompliance with policy or procedure, and ensure appropriate preventive action and self improvement.

4.    Evaluate and document approval of all validations and methods used by the laboratory and propose new or modified analytical procedures to be used by analysts.

5.    Direct and document an annual review of the quality system as applicable to DNA, including a review of the standard operating procedures.  A system document review will be performed at a DNA Advisory Board Meeting and documented on the Annual Controlled Document Review form (LAB-QA-30).

6.    Review and approve the training, quality assurance and proficiency testing programs in the laboratory.

7.    Review results of all participants in the proficiency testing program and document such review.  Inform the casework CODIS administrator of all non-administrative discrepancies that affect the typing results and/or conclusions at the time of discovery.

8.    Document approval of corrective actions prior to implementation of corrective actions.  Implement and document quality action plans.

9.    Ensure that personnel are adequately trained and qualified for assigned duties, to include continuing education opportunities.

***Standard Operating Procedures***
*DNA*
*Subject: Personnel*

*DRN: DNA-02-01*
*Version: 04*
*Page 2 of 4*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

10. Review the academic transcripts and training records for newly qualified analysts and approve their qualifications prior to independent casework analysis and document such review.

11. Assess a DNA analyst's previous training and ensure it is adequate and documented.

12. Make recommendations for examiner approval to perform independent case work.

13. Review internal and external DNA Audit documents and, if applicable, approve corrective action(s), to ensure that findings, if any, were appropriately addressed; document such review.

14. Approve program for the annual review of scientific literature that documents the analysts' ongoing reading of scientific literature.

15. Document approval of the technical specifications of the outsourcing agreement with a vendor laboratory before it is awarded.  Such documentation shall be maintained by the NDIS participating laboratory.  Document prior approval of the technical specifications of the outsourcing agreement and/or document approval of acceptance of ownership of the DNA data prior to uploading or acceptance of DNA data for upload to or search in CODIS from any vendor laboratory or agency.

16. Complete the FBI sponsored auditor training within one year of appointment, if such training has not been previously obtained.

B. Newly appointed and interim technical leaders shall also be responsible for the documented review of the following:

1. Validation studies and methodologies currently used by the laboratory

2. Educational qualifications and training records of currently qualified analysts

C. Contingency plan for the loss of the Technical Leader

In the event that a technical leader position is vacated, a former technical leader who is qualified under the current DNA Audit document or another current technical leader within the system will be immediately appointed by the Laboratory Director as acting technical leader until a permanent replacement is appointed.  If another technical leader is not available, an analyst qualified to be a technical leader will be appointed as acting technical leader until a permanent replacement is appointed.

## 2    Job Descriptions

The personnel job descriptions for the Crime Laboratory Service are updated periodically and distributed by Human Resources of the Department of Public Safety.  All education, coursework, and experience requirements are listed in the respective job descriptions.

## 3    Training

A. Training will be conducted according to the system-wide training manuals. The DNA training manual references the competency requirements and addresses

***Standard Operating Procedures***
*DNA*
*Subject: Personnel*

*DRN: DNA-02-01*
*Version: 04*
*Page 3 of 4*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

the qualifying examinations for examiner approval. Training beyond what is required in the system-wide training manuals will be performed at the discretion of the Technical Leader and/or supervisor.

B.      Each approved examiner will attend at least eight cumulative hours of continuing education annually in a subject area related to DNA analysis and such attendance will be documented. Programs based on multimedia or internet delivery shall be subject to the approval of the technical leader. Participation in such programs shall be formally recorded and its completion shall be submitted to the technical leader for review and approval. The documentation shall include the time required to complete the program. Each approved examiner is also responsible for ongoing reading of scientific literature and documentation of such.

## 4      Examiner Approval

A.      Examiner approval is required for the following subdisciplines/examinations:

1.   Biological Evidence Screening

2.   DNA Analysis

B.      New technology or methodology requires additional examiner approval. Competency must be demonstrated by the examiner. The Quality Manager and Technical Leader will review and authorize the examiner to use the technology or methodology. The approval documentation should be forwarded to the Quality Assurance Unit for inclusion with the examiner's credential file.

C.      Non-routine examinations which include use of DPS approved procedures not encountered by the examiner during training can only be conducted on casework after competency has been demonstrated on at least five (5) known or previously analyzed samples. The Quality Manager and Technical Leader will review and authorize the examiner to use the technology or methodology. The approval documentation should be forwarded to the Quality Assurance Unit for inclusion with the examiner's credential file.

## 5      Proficiency Testing

A.      Each DNA examiner is required to successfully complete an external proficiency test in DNA analysis (typing and comparison) in each technology performed to the full extent in which they participate in casework twice each year from an approved provider.

B.      One test must be performed in the first six months of the calendar year and the second in the last six months of the calendar year. The interval between consecutive tests must be at least four months and not to exceed eight months. The proficiency-testing interval is based on the date due to the external test provider.

C.      At least one test each calendar year must include body fluid identification.

D.    Examiners routinely utilizing both manual and automated methods shall be proficiency tested in each at least once per year to the full extent in which they participate in casework.

E.    Newly qualified individuals shall enter the external proficiency testing program within six months of the date of their qualification.

F.    Typing of all CODIS core loci shall be attempted for each technology performed.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

***Standard Operating Procedures***                              *DRN: DNA-02-01*
*DNA*
*Subject: Personnel*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## **Preparer**

*James Nichols*                                     Date:___12/02/2009___
DNA Advisory Board Chair

## **Concurrence**

*Zoë M. Smith*                                       Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Major revision – Section 4<br><br>Advisory Board 02/28/2008 |
| 02 | 12/01/2008 | Major revision – Sections 1, 3, 4, and 5<br><br>Advisory Board 10/24/2008 |
| 03 | 07/01/2009 | Major revision – Section 1.1<br><br>Advisory Board 04/06/2009 and 06/02/2009.   Revision of the DNA QAS Effective 07/01/2009. |
| 04 | 01/11/2010 | Major revision – Section 3<br><br>Minor revision – Sections 1.1, 2, and 4<br><br>Advisory Board 10/29/2009 |

*Standard Operating Procedures*
*DNA*
*Subject: Facilities*

*DRN: DNA-02-02*
*Version: 01*
*Page 1 of 2*

*Uncontrolled Copy – Prepared for distribution*
*11/10/2010wy*

# FACILITIES

## 1    Scope

The laboratory will be designed to provide adequate security and minimize contamination. Security, limited controlled access, and system-wide facilities requirements are described in the Laboratory Operations Guide.

## 2    DNA Work Areas

The DNA laboratory will have space for evidence examination, DNA extraction, PCR setup, and amplified DNA product handling, which are designated on a floor plan of the laboratory.

The evidence examination area, DNA extraction area, and PCR setup area will be separate from each other. This can be accomplished by maintaining separate physical spaces for each task or by conducting these tasks at separate times. If conducted in the same space at separate times, the space will be decontaminated between tasks.

The amplified DNA product area will be physically separate from all other areas. The amplified DNA product area will have a door maintained in a closed position.

### 2.1    Evidence examination

The examination of evidence will be performed in an evidence examination area. The tasks performed may include screening, trace evidence collection, body fluid identification, and selection and cutting of stains. Microscopy may also be performed in this area.

### 2.2    DNA Extraction area

DNA extraction, purification, and concentration are performed in a DNA extraction area.

### 2.3    PCR Set-up area

All amplification set-up steps are performed in a PCR set-up area. A laminar flow hood or PCR set-up enclosure designated for amplification set-up may be used.

### 2.4    Amplified DNA product area

The generation and analysis of amplified DNA product will be performed in the amplified DNA product area. Once amplified, no samples will leave the amplified DNA product area unless securely packaged. Equipment, reagents, and supplies in the amplified product area are dedicated to that area and will not be removed unless properly decontaminated. Each removable item will be readily identified as dedicated for use in the amplified DNA product area only.

## 3    Good Laboratory Practices

### 3.1    Prevention and decontamination

A.    The following may be used to remove residual DNA and/or decontaminate surfaces: 10% bleach, a commercial DNA decontaminant, or ethanol.

B.    Wear disposable gloves during all testing. Change gloves frequently and whenever gloves may have become contaminated. Discard gloves when

*Standard Operating Procedures*
*DNA*
*Subject: Facilities*

*DRN: DNA-02-02*
*Version: 01*
*Page 2 of 2*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

leaving a work area. Centrifuge all liquid to the bottom of closed microcentrifuge tubes before opening. A de-capper should be used. Use sterile, disposable pipette tips and microcentrifuge tubes.  Use aerosol-resistant pipette tips while working with any sample that may be DNA typed. Change pipette tips between samples.

C.      In the evidence examination area, clean work surfaces thoroughly at least at the end of each evidence examination session.  Use disposable bench paper whenever possible and change at least at the end of each evidence examination session. Use a clean cutting surface such as a weighing paper or small tablet of paper for each piece of evidence.  Protect supplies of this paper from dust and other particulates or aerosols. Clean instruments (scissors, forceps, etc.) between evidence samples.  Alternatively, use a fresh scalpel blade with each sample. To prevent contamination of other standards or evidence, handle liquid samples such as a blood standard one at a time and with no other evidence open in the immediate work area.

D.      In the DNA extraction area, clean work surfaces thoroughly at least at the end of each DNA extraction session.  Limit talking during sample handling.

E.      In the PCR set-up area, add DNA template last to the PCR set-up tubes to minimize inadvertent transfer between set-up tubes. Limit talking during sample handling. Clean work surfaces thoroughly after use.

F.      In the amplified DNA product area, wear a dedicated, disposable lab coat when handling amplified samples.  Do not wear the lab coat outside the amplified DNA product area.  These lab coats will be disposed of when necessary.  Clean work surfaces thoroughly after use.

**3.2    Cleaning glassware**

1.      Wear gloves when cleaning.

2.      In general, clean glassware after each use with an appropriate detergent and water.  Rinse with deionized or distilled water and allow to air-dry inverted.

3.      Glassware used in the amplified DNA product area will be rinsed thoroughly with water after each use, rinsed in a final rinse of distilled or deionized water, and inverted to air-dry.

4.      Glassware used for DNA analysis may be sterilized by autoclaving.

*Standard Operating Procedures*                                    *DRN: DNA-02-02*
*DNA*
*Subject: Facilities*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## Preparer

*James Nichols*                                         Date:   12/02/2009
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                          Date:   12/02/2009
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Minor revision – Section 2 <br><br> Advisory Board 10/29/2009 |

*Standard Operating Procedures*
*DNA*
*Subject: Validation*

*DRN: DNA-02-03*
*Version: 02*
*Page 1 of 2*

# VALIDATION

## 1    Scope

Validation is the process by which a procedure is evaluated to determine its efficacy and reliability.  Reference LOG-03-06 for laboratory policy regarding validation.

## 2    Practice

### 2.1    Method Validation

A.    The Texas DPS Crime Laboratory Service will not generally perform developmental validations.  If novel methodologies are developed, they will undergo full developmental validation in accordance with the Quality Assurance Standards for Forensic DNA Testing Laboratories prior to use on casework.

B.    Internal validation studies shall include as applicable:  known and non-probative evidence samples or mock evidence samples, reproducibility and precision, sensitivity and stochastic studies, mixture studies, and contamination assessment.  Each laboratory in a multi-laboratory system shall complete site-specific precision, sensitivity and contamination assessment studies.

C.    Internal validation shall define quality assurance parameters and interpretation guidelines, including mixture interpretation as applicable.

D.    Internal validation studies that rely upon another laboratory's developmental validation shall have available the citation and/or publications referencing that validation within the laboratory.

E.    Whenever substantial changes are made to a protocol, it will be subjected to an appropriate internal validation, including evaluation using an appropriate NIST or NIST-traceable reference material when available.  If a procedure is modified such that a protocol change is required, the modified procedure shall be evaluated by comparing the original procedure to the modified procedure.

F.    Software upgrades shall require a performance check.  New software or significant software changes that may impact interpretation or the analytical process shall require a validation prior to implementation.

G.    The Technical Leader is responsible for approving methods used by the laboratory and for proposing new or modified analytical procedures.  Technical Leaders may engage in or direct such activities within their laboratories.  No new or modified method, i.e., any method not already described in the SOP, is to be used without the documented approval of the Texas DPS DNA Advisory Board,  Quality Assurance Coordinator, and Laboratory Director.

### 2.2    NIST Traceability

A.    The laboratory must check its DNA procedures either annually or whenever substantial changes are made to a procedure against an appropriate and available NIST standard reference material (SRM) or certified reference material (CRM) traceable to a NIST standard.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Effective Date: 01/11/2010

*Standard Operating Procedures*
*DNA*
*Subject: Validation*

*DRN: DNA-02-03*
*Version: 02*
*Page 2 of 2*

B.    The laboratory must generate typing results for each technology (e.g., STRs, Y-STRs, mtDNA) performed in the laboratory.

C.    Substantial changes include a change in test kit, platform, software, or methodology.

D.    The Technical Leader shall document approval of the results.

E.    Documentation of the traceability of a CRM will be maintained on-site.

## 3    Literature and Supporting Documentation

Scientific Working Group on DNA Anlaysis Methods (SWGDAM). Revised Validation Guidelines. For Sci Comm. 2004. 6(3), Accessed: October 31, 2008.
http://www.fbi.gov/hq/lab/fsc/backissu/july2004/standards/2004_03_standards02.htm

Quality Assurance Standards for Forensic DNA Testing Laboratories

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

***Standard Operating Procedures***                          *DRN: DNA-02-03*
*DNA*
*Subject: Validation*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Preparer**

*James Nichols*                                      Date:___12/02/2009___
DNA Advisory Board Chair

**Concurrence**

*Zoë M. Smith*                                       Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 12/01/2008 | Major revision – Sections 2 and 3<br><br>Advisory Board 10/24/2008 |
| 02 | 01/11/2010 | Major revision – Section 2.1<br><br>Minor revision – Section 2.2<br><br>Advisory Board 10/29/2009 |

**Standard Operating Procedures**
DNA
*Subject: Analytical Controls*

*DRN: DNA-02-04*
*Version: 04*
*Page 1 of 3*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

# ANALYTICAL CONTROLS

## 1      Scope

Controls are required to assess the effectiveness, accuracy and/or precision of the analytical procedures.  Appropriate controls must be analyzed with each sample or set of samples. Appropriate controls may include, but are not limited to, reagent blanks, negative controls, and positive controls.

## 2      Biological Evidence Screening

The reagents and methods used in screening for body fluids must be tested with controls and documented on the day of use.

## 3      DNA Analysis

### 3.1      Extractions

A.      Process Separation

The extraction of known samples must be performed at a separate time or location from the extraction of evidentiary samples to eliminate the potential for known to unknown sample contamination.  Time and date are documented on the DNA Extraction Worksheet.

B.      Reagent blank

1.    A reagent blank will be prepared for each set of DNA extractions and will contain all reagents used in that extraction process with the exception that it will not contain sample.  It will be extracted concurrently and in the most sensitive volume of the extraction set.

2.    Multiple reagent blanks may be used per extraction set.  All reagent blank requirements will apply to each associated blank except that only one reagent blank must be amplified per primer set and instrument used.  If any reagent blank yields a detectable DNA quantification result, the one with the highest signal must be consumed before any other associated reagent blanks can be used.

3.    A reagent blank per extraction set will be processed through the entire analysis and will be handled in such a way that it will detect contamination during the extraction procedure.  If a sample extract is processed further, the corresponding reagent blank must also be processed in a similar manner.

4.    Multiple extraction procedures will be monitored with a reagent blank for each type or group of extraction reagents used.

5.    Any remaining reagent blank must be retained.

6.    The reagent blank shall be amplified in such a way that it will detect contamination in the most dilute evidence sample.  For example, if 10 µL is the greatest amount of template amplified for any evidence sample in the batch, 10 µL of reagent blank should be used as template during the amplification.

7.    A reagent blank shall be amplified utilizing the same primers and instrument model of the extraction set.

8.     If any sample requires amplification using a second primer set, another associated reagent blank must be amplified with this set if the first has been depleted or does not have sufficient volume remaining.

9.     The reagent blank shall be typed utilizing the same instrument model and most sensitive injection conditions of the extraction set.

10.    The reagent blank must not exhibit a DNA profile.  If a DNA profile is exhibited refer to DNA-02-05 Response to Contamination for resolution.

### 3.2    Quantification Controls

A.     Standards must be used as part of the quantification process.

B.     A quantification blank will be used and will contain all reagents used in the quantification process with the exception that it will not contain sample.

### 3.3    Amplification Controls

A.     Negative control

1.     The negative control will contain all PCR set-up reagents except DNA template.

2.     The negative control will be the last sample processed in the set and will be handled in such a way that it will detect contamination occurring during manual PCR set-up.

3.     The negative control must not exhibit a DNA profile.

4.     If a DNA profile is exhibited refer to DNA-02-05 Response to Contamination for resolution.

B.     Positive control

1.     The positive control tests for proper amplification of samples, as well as ensuring that GeneMapper ID is working properly.

2.     A positive control is included in the amplification kits.

3.     The positive control must exhibit the following appropriate DNA profile:

**Identifiler**

| D8S1179 | D21S11 | D7S820 | CSF1PO | D3S1358 | TH01 | D13S317 | D16S539 | D2S1338 |
|---------|--------|--------|--------|---------|------|---------|---------|---------|
| 13,13 | 30,30 | 10,11 | 10,12 | 14,15 | 8,9.3 | 11,11 | 11,12 | 19,23 |
| D19S433 | vWA | TPOX | D18S51 | Amel | D5S818 | FGA | | |
| 14,15 | 17,18 | 8,8 | 15,19 | X,X | 11,11 | 23,24 | | |

**MiniFiler**

| D13S317 | D7S820 | Amel | D2S1338 | D21S11 | D16S539 | D18S51 | CSF1PO | FGA |
|---------|--------|------|---------|--------|---------|--------|--------|-----|
| 11,11 | 7,12 | X,Y | 20,23 | 28,31 | 9,10 | 12,15 | 11,12 | 24,26 |

Effective Date: 01/11/2010

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Analytical Controls*

*DRN: DNA-02-04*
*Version: 04*
*Page 3 of 3*

**Yfiler**

| DYS456 | DYS389I | DYS390 | DYS389II | DYS458 | DYS19 | DYS385 a/b | DYS393 | DYS391 |
|--------|---------|--------|----------|--------|-------|------------|--------|--------|
| 15 | 13 | 24 | 29 | 17 | 15 | 11, 14 | 13 | 11 |
| DYS439 | DYS635 | DYS392 | Y GATA H4 | DYS437 | DYS438 | DYS448 | | |
| 12 | 24 | 13 | 13 | 15 | 12 | 19 | | |

4.   If the appropriate DNA profile is not exhibited, notify the Technical Leader for assistance in resolution.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**                              *DRN: DNA-02-04*
*DNA*
*Subject: Analytical Controls*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## Preparer

*James Nichols*                                      Date:____12/02/2009____
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                       Date:____12/02/2009____
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue |
| 01 | 04/15/2008 | Minor revision – Section 3.1<br><br>Major revision – Section 3.2<br><br>Advisory Board 02/28/2008 |
| 02 | 12/01/2008 | Major revision – Section 3.1<br><br>Advisory Board 10/24/2008 |
| 03 | 07/01/2009 | Major revision – Sections 3.1 and 3.2<br><br>Advisory Board 04/06/2009 and 06/02/2009.   Implementation of Quantifiler Duo and Y-STRs.   Revision of the DNA QAS Effective 07/01/2009. |
| 04 | 01/11/2010 | Major revision – Section 3<br><br>Advisory Board 10/29/2009 |

Effective Date: 01/11/2010                          Uncontrolled Printed Copy

*Standard Operating Procedures*
*DNA*
*Subject: Response to Contamination*

*DRN: DNA-02-05*
*Version: 01*
*Page 1 of 2*

# RESPONSE TO CONTAMINATION

## 1      Scope

Samples can become contaminated with DNA from the environment, from other samples during sample preparation, or from amplified DNA product from a previous amplification. Reagent blanks and negative amplification controls are used to detect contamination.  For preventative measures refer to DNA-02-02 Facilities.

## 2      Practices

### 2.1    Staff Profiles

All laboratory personnel DNA profiles should be developed and retained by the Technical Leader for the purpose of identifying a possible source of the contamination.

### 2.2    Contamination Assessment

A.      Suspected contamination must be investigated.

B.      If contamination is detected, the analyst must notify the Technical Leader immediately.  The Technical Leader will define and direct the actions taken. Any corrective actions defined on the Quality Action Plan must have the documented approval of the technical leader prior to implementation. Preventative measures taken to minimize reoccurrence of contamination must also be addressed.  The Technical Leader will initiate a Quality Action Plan (LAB-QA-04) in accordance with Quality Action Plans LOG-03-12.

C.      If appropriate, the analyst will work backwards through the sample processing steps to determine at which step contamination may have occurred.

D.      Determining the appropriate actions to be taken will depend upon which step the suspected contamination had occurred or in which sample/control it was observed.  Examples may include the following:

1.   Repeat the typing procedure for the set of samples in which contamination was detected.

2.   If no contamination is present, no further action is required.

3.   If contamination is still evident in the controls or samples, DNA casework may be discontinued immediately until the source of the contamination is uncovered or until the incident is resolved.

4.   Suspected buffers and prepared reagents may be discarded; reagent bottles thoroughly cleaned, decontaminated and autoclaved; and fresh reagents and buffers prepared.

5.   A known sample set may be re-extracted, re-amplified, or re-typed (depending on the nature of the contamination) using fresh reagents.

E.      All documentation pertaining to the contamination incident must be placed in the case folder.  The Technical Leader should also maintain a copy of the supporting documentation related to the resolution of the incident.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: Response to Contamination*

*DRN: DNA-02-05*
*Version: 01*
*Page 2 of 2*

**2.3    Unresolved contamination**

If contamination cannot be resolved, the data affected by the contamination may be interpreted and reported in consultation with the analyst, Technical Leader, and Quality Manager.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*                    *DRN: DNA-02-05*
*DNA*
*Subject: Response to Contamination*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## Preparer

*James Nichols*                                        Date:    12/02/2009
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                         Date:    12/02/2009
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Major revision – Sections 2.2 and 2.3<br><br>Advisory Board 10/29/2009 |

**Standard Operating Procedures**
*DNA*
*Subject: Critical Reagents*

*DRN: DNA-02-06*
*Version: 04*
*Page 1 of 2*

# CRITICAL REAGENTS

## 1    Scope

In order to maintain the quality of the work provided in the DNA section, it is necessary to identify certain reagents as critical.  Critical reagents are those that require testing prior to use on evidentiary samples in order to prevent unnecessary loss of sample.

## 2    Practice

### 2.1    List of Critical Reagents

The following are considered critical reagents:

A.        AmpF*l*STR Identifiler kit.

B.        *Taq* polymerase (individually purchased)

C.        AmpF*l*STR MiniFiler kit.

D.        AmpF*l*STR Yfiler kit.

E.        Quantifiler kit

F.        Quantifiler Duo kit

### 2.2    Quality Control

A.        Each new lot of Identifiler/MiniFiler kits must be subjected to an internal quality control test as outlined below:

1.    The positive amplification control must be analyzed to determine activity.

2.    A negative amplification control must be analyzed to determine purity (i.e., no contamination in reagents).

3.    All reagents in a kit must be used to demonstrate efficacy.

4.    The allelic ladder must be analyzed to determine that all of the appropriate alleles are detected.

B.        Each new lot of Yfiler kits must be subjected to an internal quality control test as outlined below:

1.    The male positive amplification control must be analyzed to determine activity.

2.    The female amplification control must be analyzed to determine sex specificity (i.e. no profile obtained from female DNA)

3.    A negative amplification control must be analyzed to determine purity (i.e., no contamination in reagents).

4.    All reagents in a kit must be used to demonstrate efficacy.

5.    The allelic ladder must be analyzed to determine that all of the appropriate alleles are detected.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

C.    Individually purchased *Taq* polymerase must be subjected to an internal quality control test as outlined for Identifiler kits.

D.    Each new lot of Quantifiler/Quantifiler Duo kits must be subjected to an internal quality control test as outlined below:

1.    The DNA Standard must be diluted to concentrations ranging from 50 ng/μL to 0.023 ng/μL, and a blank according to DNA SOP, Quantifiler (DNA-06-01) or Quantifiler Duo (DNA-06-02).

2.    All reagents in a kit must be used to demonstrate efficacy.

3.    The standard curve(s) must be evaluated according to the DNA SOP, Quantifiler (DNA-06-01) or Quantifiler Duo (DNA-06-02).

4.    The lower limit of detectability must be at least equal to the 0.023 ng/μL standard.

## 3    Records

A logbook shall be maintained for the quality control of all critical reagents.  This logbook shall contain LAB-DNA-11 Identifiler Kit Reagent Quality Control, LAB-DNA-16 MiniFiler Kit Reagent Quality Control, LAB-DNA-18 Yfiler Kit Reagent Quality Control, LAB-DNA-12 Quantifiler Kit Reagent Quality Control, and LAB-DNA-17 Quantifiler Duo Kit Reagent Quality Control including the test date, signature of the analyst performing the quality control, expiration date for lot, lot number, and any supporting documentation necessary to demonstrate the reagent met all of the standards listed above.

If any new lot of critical reagent does not meet the above stated guidelines, it may not be utilized in casework.  All inconsistencies will be documented and reported to the Technical Leader.  Problems that cannot be resolved must be reported to the manufacturer.

***Standard Operating Procedures***                                    *DRN: DNA-02-06*
*DNA*
*Subject: Critical Reagents*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## **Preparer**

*James Nichols*                                              Date:   12/02/2009
DNA Advisory Board Chair

## **Concurrence**

*Zoë M. Smith*                                               Date:   12/02/2009
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Major revision – Sections 2.1, 2.2, and 3<br><br>Advisory Board 02/28/2008 |
| 02 | 12/01/2008 | Major revision – Sections 2.1, 2.2, and 3<br><br>Advisory Board 10/24/2008 |
| 03 | 07/01/2009 | Major revision – Sections 2.1, 2.2, and 3<br><br>Advisory Board 04/06/2009 and 06/02/2009.    Implementation of Quantifiler Duo and Y-STRs. |
| 04 | 01/11/2010 | Minor revision – Sections 2 and 3<br><br>Advisory Board 10/29/2009 |

*Standard Operating Procedures*
*DNA*
*Subject: Instruments and Equipment*

*DRN: DNA-02-07*
*Version: 04*
*Page 1 of 8*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

# INSTRUMENTS AND EQUIPMENT

## 1      Scope

Only validated, properly maintained, calibrated, and performance checked equipment will be used in casework analyses.  For further information refer to LOG 03-07.

If the equipment is of good quality and proven stability, the performance check intervals listed below are generally considered to be the minimum required in each case.  If there is any question concerning the reliability of an instrument or piece of equipment, a performance check should be performed immediately.

Documentation of maintenance, service or calibration must be maintained and be readily available for inspection.

## 2      Critical Instruments and Equipment

### 2.1      List of Critical Instruments and Equipment

A.      Capillary Electrophoresis (CE) Instrument

B.      Thermal Cycler

C.      AB Prism 7500 SDS (sequence detection system)

D.      Thermal Cycler temperature verification system

E.      Robotic Workstation

F.      NIST-traceable Thermometer

G.      Balance

H.      Mechanical Pipettes

### 2.2      CE Instrument

A.      The capillary electrophoresis instrument is used to separate DNA fragments based upon size and fluorescent tags.  All parts must be working properly to ensure accurate and usable results are obtained.

B.      Quality Control Procedure

1.      To ensure the CE instrument is working properly after service engineer maintenance or repair, an allelic ladder and amplification controls must be run and analyzed under normal conditions to ensure all peaks are being called appropriately.  The documentation of the maintenance or repair and the GeneMapper ID data from this run must be printed and placed in the appropriate logbook.

2.      For a single capillary instrument: a new matrix standard must be made approximately every 6 months or as needed for each instrument in the laboratory.

3. For the multiple capillary array instrument: a new spectral must be made annually or as needed for each instrument in the laboratory.

4. Follow the manufacturer's guidelines for making the matrix/spectral and verifying its accuracy. A ladder, positive, and negative control must be run, analyzed and documented in the appropriate logbook.

C. The CE instrument is on a planned maintenance agreement with Applied Biosystems. This plan allows for one planned-maintenance visit per year by an Applied Biosystems Field Service Engineer.

1. After planned maintenance, the following performance check must be performed:

   a) *A new matrix/spectral must be run.*

   b) *An allelic ladder, positive and negative control must be run and analyzed with the new matrix/spectral.*

   c) *The GeneMapper ID data from this run must be printed and placed in the appropriate logbook.*

D. Routine maintenance

1. The instrument components (pump block, syringe, etc.) must be cleaned as needed.

2. Analytical data should be routinely archived and computer maintenance performed as necessary. This must include raw data.

E. Implementation validation for new CE instruments must include the following studies and associated summaries:

1. Precision study comparing at least 10 allelic ladder injections from the same run to justify the +/- 0.5 bp window.

2. Sensitivity (dilution) study.

3. Optimal DNA template range determination.

4. NIST-SRM/NIST-CRM verification.

5. Other appropriate studies as needed.

### 2.3 Thermal Cycler

A. Thermal cyclers automate the polymerase chain reaction (PCR) for amplifying DNA. PCR is a cyclic process that mimics the natural DNA replication process by exponentially increasing the amount of template DNA after each cycle.

B. Quality Control Procedure

1. A performance check consisting of temperature verification, temperature uniformity, and diagnostic tests must be performed annually. Follow manufacturer's instructions for performing these tests.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Instruments and Equipment*

*DRN: DNA-02-07*
*Version: 04*
*Page 3 of 8*

2.  Any variations outside of established parameters will necessitate recalibration or repair of the instrument by the manufacturer or a qualified service technician.

3.  Log sheets will be maintained and available for inspection.

C.  Routine maintenance

1.  The thermal cycler is an instrument that is located in the amplified DNA product area of the laboratory.

2.  The sample block and exterior surfaces should be cleaned as needed.

3.  If the thermal cycler is damaged or not functioning, either the manufacturer or a qualified service technician may repair the instrument.  Any repair must be documented and a performance check must be performed and placed in the appropriate logbook.

D.  Implementation validation for new thermal cyclers must include:

1.  Temperature verification, temperature uniformity, and diagnostic tests.

2.  Amplification and analysis of NIST-SRM/NIST-CRM for concordance.

### 2.4    AB Prism 7500 SDS

A.  The AB Prism 7500 SDS utilizes the PCR process in order to perform quantitation through the use of a halogen lamp which directs light through each well on the reaction plate.  The fluorescence emission data from the wells is captured and the software applies data analysis algorithms to determine the amplifiable DNA quantity.

B.  Quality Control Procedure

1.  A background plate should be run routinely.

2.  The block may be cleaned with 10% bleach or ethanol if elevated background is noted.

C.  The 7500's are on a planned maintenance agreement with Applied Biosystems. This plan allows for one planned-maintenance visit per year by an Applied Biosystems Field Service Engineer.

D.  Routine maintenance

1.  The halogen lamp is good for approximately 2000 hours.

2.  The bulb can be changed by laboratory personnel.

3.  Gloves must be worn when changing the bulb.

4.  Due to the short life of the bulb and the fact that the bulb is on up to four hours after the run has completed, the instrument should only be turned on immediately prior to a run and turned off as soon as the run is finished.  A drop in ROX values can indicate the necessity for bulb replacement.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Instruments and Equipment*

*DRN: DNA-02-07*
*Version: 04*
*Page 4 of 8*

5.  Disk clean-up and defragmentation should be run on the computer hard drive routinely.

6.  If the 7500 SDS is damaged or not functioning, either the manufacturer or a qualified service technician may repair the instrument.  Any repair must be documented and a test plate including standards and a blank must be run and placed in the appropriate logbook.

E.  Implementation validation for new AB Prism 7500 SDS must include:

1.  NIST-SRM or CRM analysis

2.  Sensitivity study

3.  Precision study

4.  Reproducibility study

### 2.5    Robotic Workstations

A.  The robotic workstations are liquid handling robotic platforms capable of transferring liquids for a wide range of sample volumes and a large number of samples.

B.  Quality Control Procedure

1.  Robotic workstations require calibration to enable them to ascertain the correct location of hardware/labware.  Instrument software specific to individual systems allows the user to accomplish this function.  Deck calibration must be performed annually as a performance check and after any maintenance.  It may also be conducted on an as-needed basis.

    a)  *A calibration file must exist for each piece of hardware/labware placed on the deck.*

    b)  *The calibration of new hardware/labware shall be verified prior to use on casework samples.*

C.  Routine Maintenance

1.  The robotic workstations are water-based, liquid displacement systems.  If recommended by the manufacturer, degassed DI water should be used in the system to help control bubbles in the pressure lines and to reduce buildup of minerals in the lines and the hardware.

D.  Validation of a robotic workstation must be conducted.  The studies performed will depend upon the procedure being automated.  Implementation validation may include as appropriate:

1.  NIST-SRM/NIST-CRM analysis

2.  Sensitivity study

3.  Precision study

4.  Reproducibility study

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Case 2:04-cr-00055-RRE    Document 753-11    Filed 10/17/11    Page 39 of 355

*Standard Operating Procedures*
*DNA*
*Subject: Instruments and Equipment*

*DRN: DNA-02-07*
*Version: 04*
*Page 5 of 8*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

5.      Contamination study

6.      Changes to the robot programming after validation which may affect DNA results will require additional validations.

### 2.6    NIST Traceable Thermometer

A.      A NIST traceable thermometer is used to verify the accuracy of thermometers used to monitor set points.

B.      A performance check is required annually and shall consist of external calibration.

### 2.7    Thermal Cycler temperature verification system

A.      A thermal cycler temperature verification system is used to verify the performance of thermal cyclers.

B.      A performance check is required annually and shall consist of external calibration.

### 2.8    Balance

A.      Quality Control Procedure

1.      Balances will be certified by an approved external vendor annually.

2.      Balances shall be cleaned regularly.

3.      When a balance is not performing properly, it will be removed from service and repaired.

4.      All repairs, verifications, and calibration log sheets will be maintained.

B.      Maintenance Procedure

1.      Balances will be located in a suitable area that is not exposed to extreme heat, radiation, drafts, extreme vibration, or corrosive chemicals.

2.      If the balance is moved, its accuracy will be verified prior to use.

### 2.9    Mechanical Pipettes

A.      Some pipettes are dedicated to a specific function, such as those used in the post PCR amplification process.

B.      The operating manual should be consulted for operation instructions prior to utilizing a pipette.

C.      Quality Control Procedure

1.      Pipette delivery volumes may be verified periodically to ensure proper operation.

2.      When a pipette is determined to be performing improperly, it will be returned to the manufacturer, or another qualified repair technician, so that the problem may be identified and corrected.

**Standard Operating Procedures**
*DNA*
*Subject: Instruments and Equipment*

*DRN: DNA-02-07*
*Version: 04*
*Page 6 of 8*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

3. Quality control data should include the type of pipette, volume range, model, and serial number.

4. Any maintenance, verification, and calibration must be documented in the appropriate logbook.

5. If at any time a pipettor has been disassembled, it should be taken out of service until it can be calibrated and/or verified.

D. A performance check is required annually and shall consist of external calibration.

## 3 Other Equipment

The following equipment must be maintained and subjected to quality control measures: water baths, centrifuges, refrigerators/freezers, thermometers, biological hoods, and autoclaves.

### 3.1 Wet or Dry Incubator

A. Quality Control Procedure

1. The temperature should be adjusted to the desired set-point and monitored by an external thermometer.

2. The water in the bath should be clear and clean with no evidence of bacterial/fungal growth or rust. If the water becomes dirty, discard and clean water bath. Replenish with water.

B. Maintenance must be recorded in the appropriate logbook.

### 3.2 Centrifuge

A. The relative centrifugal force can be determined as outlined in the manufacturer's instructions or by the following calculation:

1. Ascertain the spinning radius by measuring the distance from the center of the drive shaft to the most outer part of the centrifuge tube when it is in spinning position.

2. Use the equation $g = 1.118 \times 10^{-5} \times r \times n^2$ where $g$ = relative centrifugal force (RCF); r = spinning radius in centimeters; n = revolutions per minute (RPM)

3. From these relationships, RCF values (i.e., $g$ values) can be easily converted into RPM.

B. Quality Control RPM

1. The speed as measured by a tachometer must correspond to a predictable number on the speed control setting or the digital readout.

2. If the two speeds do not correspond within 10%, the centrifuge must either be replaced or repaired.

3. This quality control procedure is performed annually.

**Standard Operating Procedures**
*DNA*
*Subject: Instruments and Equipment*

*DRN: DNA-02-07*
*Version: 04*
*Page 7 of 8*

4. The tachometer must be verified and the results documented. This may be accomplished either by certification or with ballast operated fluorescent lighting. If a reading of approximately 7200 is not achieved, the tachometer must be recalibrated by an external vendor.

C. The following maintenance procedure should be performed as needed:

1. Centrifuges are not to be operated if they have not been installed properly, been partly dismantled, or the rotor is not installed securely on the rotor shaft.

2. Centrifuge housing, rotor chamber, and rotor accessories should be cleaned as necessary.

### 3.3 Refrigerator/Freezer

A. Refrigerators/freezers used in the laboratory should be capable of maintaining the optimum temperature range required for storing reagents and samples.

B. Quality Control Temperature

1. A thermometer for monitoring the temperature is placed in the upper/lower compartments. The thermometer can sit in oil or water to buffer against rapid temperature swings.

   a) *The refrigerator maintains optimum temperature with the required range of 2 to 8$^o$C.*

   b) *The freezer compartment should maintain a temperature below 0$^o$C and should maintain the temperature storage requirements specified by the manufacturer.*

2. Refrigerators/freezers are monitored during working hours to ascertain that they are functioning. Weekly records of temperature readings are maintained.

3. If the temperature is not being maintained at the prescribed values, verify that the temperature regulation control is at the proper setting and adjust if necessary.

4. The temperature will be rechecked to ensure the temperature is within the acceptable range. It may also be necessary to reduce over-crowding in an effort to increase air circulation in all compartments.

5. If necessary, a technical representative may need to be called for service or the refrigerator/freezer may need to be replaced if corrective action is not adequate.

C. The following maintenance procedure should be performed as needed:

1. Each refrigerator/freezer is maintained in working order and repaired or replaced if necessary.

2. The compartments are kept clean and well organized.

### 3.4 Thermometer

A. All thermometers must be performance checked to ensure the temperature is being accurately measured.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Instruments and Equipment*

*DRN: DNA-02-07*
*Version: 04*
*Page 8 of 8*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

B.        Quality Control Procedure

1.        Thermometers used to monitor set points will be checked with a NIST traceable thermometer annually at the appropriate temperature.  Thermometers that are used strictly to monitor set points (not used to performance check other thermometers) and that come with certification of NIST calibration will not need to be performance checked until the expiration of this certification.  Documentation will be maintained in the appropriate log.

2.        If the thermometer varies greater than $\pm$ 0.5$^{o}$C, then the amount of deviation will be noted and all other readings adjusted by the same amount, and in the same direction.

3.        If the deviation of the thermometer is greater than 2$^{o}$C, then the thermometer must be replaced or repaired by an external vendor.

C.        The following maintenance procedure should be performed as needed on mercury thermometers:

1.        Thermometers are wiped clean to facilitate easy and accurate readings.

2.        It is necessary to examine the thermometers to detect any discontinuities in the mercury column.  If any discontinuities are detected, repair or replace the thermometer.

### 3.5    Biological Hood

A.        Quality Control Procedure

1.        The hood must be re-certified at least once a year and after every filter change or maintenance action or at the operator's discretion.

2.        Maintenance logs must be kept regarding repairs and/or corrective action.

3.        No maintenance should be performed on the interior of the cabinet unless the cabinet has been disinfected.

### 3.6    Autoclave

A.        Quality Control Procedure

1.        Whenever an item is autoclaved, a small piece of autoclave tape should be adhered to the item.

2.        Clean as needed.

B.        Maintenance Procedure

1.        If the autoclave is not functioning properly, a qualified service technician may repair the instrument.

2.        Maintenance logs must be kept regarding repairs and/or corrective action.

3.        Document weight of treated waste in log.

*Standard Operating Procedures*
*DNA*
*Subject: Instruments and Equipment*

*DRN: DNA-02-07*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

### Preparer

*James Nichols*                                     Date:___12/02/2009___
DNA Advisory Board Chair

### Concurrence

*Zoë M. Smith*                                      Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 09/11/2007 | Addition Section 2.1: <u>D. Perkin Elmer Multiprobe II Forensic Workstation (Robotics)</u><br><br>Addition of Section 2.5 |
| 02 | 12/01/2008 | Major revision – Sections 2 and 3<br><br>Advisory Board 10/24/2008 |
| 03 | 07/01/2009 | Major revision – Sections 2.4, 2.5, 2.8, and 2.9<br><br>Advisory Board 04/06/2009 and 06/02/2009. |
| 04 | 01/11/2010 | Major revision – Sections 2.2, 2.3, 2.5, 2.8, 3.1, 3.2, and 3.4<br><br>Minor revision – Sections 2.1 and 2.9<br><br>Advisory Board 10/29/2009 |

**Standard Operating Procedures**
DNA
Subject: Guidelines for Technical Case Review

DRN: DNA-02-08
Version: 03
Page 1 of 3

# GUIDELINES FOR TECHNICAL CASE REVIEW

## 1    Scope

The technical review is a documented review of the case file, biological testing, DNA profiles, reports, and other information, which forms the basis of the scientific conclusion. The individual conducting the technical review shall be or have been an analyst qualified in the methodology being reviewed.

The reviewer shall thoroughly examine the case file to:

A.    Determine whether Texas Department of Public Safety approved and recognized analytical techniques were used.

B.    Inspect the data for quality and validity.

C.    Verify that sufficient documentation is maintained in the case file to support the conclusions derived from the evidence, including evidence inventory, chain-of-custody, and disposition.

D.    Verify the DNA profile(s) selected for CODIS entry.

## 2    Practice

### 2.1    Substance of Technical Review

The following points should be examined during a technical case review.

A.    Case File Documentation/Case Processing

1.    Case notes and data in the file generated by an examiner must be labeled with the case number, the hand written initials of the examiner and the date generated.

2.    Case file must include: data obtained through the analytical process (standards and controls used, observations made, results of tests performed, charts, graphs, photographs, sketches, electropherograms, worksheets, etc. that are used to support the examiner's conclusions), conclusions supported by the case notes and data, the packaging and the condition of the evidence, and pertinent communications.  Verify that the results/conclusions in the final laboratory report are supported by the data, address each tested item or its probative fraction, and that reporting statements the examiner uses in the laboratory report are consistent with DPS reporting guidelines.

3.    It must be prepared in such a manner that another qualified examiner would be able to evaluate and interpret the data and ascertain that sufficient and relevant testing was correctly performed.

4.    The disposition of evidence stain/cuttings must be denoted in the report.

5.    If presumptive tests are performed during biological testing, reagent quality control must be documented for positive and negative controls on the day tests are performed.

B.    Review DNA Analytical Results/ Conditions of Analysis

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

1. A quantitation system must be used by the laboratory such that DNA is quantitated for samples not amplified directly (FTA direct amplification) and that the appropriate amounts of target DNA are used for amplification.

2. *Verify that documentation of GeneMapper ID data reanalysis is present in the case file. GeneMapper ID data reanalysis may be performed at the time of the final technical case review or can be performed on a run by run basis.*

   GeneMapper ID data reanalysis will consist of the following:

   a) *Raw data must be evaluated.*

   b) *Examine ladders, positive control, negative control, and reagent blanks for appropriate results.*

   c) *Examine known and questioned stain electropherograms for concordance with printed results.*

   d) *All appropriate LIZ peaks must be present for all samples and controls.*

   e) *The Relative Fluorescence Units (RFUs) for a sample must be between 100 and 8,192 RFUs, except for Amelogenin.*

   f) *Review data for potential contamination issues.*

   g) *Document reanalysis in the case file.*

3. Each case folder will contain:

   a) *Appropriately completed forms and worksheets,*

   b) *The complete injection list or sample list for each CE instrument run,*

   c) *Electropherograms (all dye colors) from GeneMapper ID for all samples used for interpretation,*

   d) *An electropherogram must be present for each extract that was amplified per kit,*

   e) *Popstats data for probative inclusions.*

4. A table or chart of all allele calls used for comparison must be included in the case file and must match the electropherogram in the file. Inclusions and/or exclusions noted on the STR Data Worksheet must be verified. Review any inconclusive results for compliance with interpretation guidelines.

5. Verify that guidelines for profile interpretation and statistical evaluation are followed.

6. If any samples require reanalysis, documentation must reflect the reasons for the additional analyses and the samples not used should be clearly denoted.

C. Review CODIS Profile(s)

1. Verify that all profiles entered into CODIS are eligible, have the correct DNA types and correct specimen category.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy

*Standard Operating Procedures*
*DNA*
*Subject: Guidelines for Technical Case Review*

*DRN: DNA-02-08*
*Version: 03*
*Page 3 of 3*

2. Compare allele calls to appropriate electropherogram(s) or allele table for concordance.

### 2.2    Identification of potential technical inconsistencies or administrative issues

A.    If the reviewer has identified a potential issue that may require correction, the reviewer and the analyst will discuss it so that final resolution may be achieved.

B.    If the issue is deemed as a significant technical problem, or if resolution cannot be reached, the issue must be discussed with the technical leader and/or quality manager of the laboratory.

## 3    Records

The technical review will be documented on the Evidence Record Sheet.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*                              *DRN: DNA-02-08*
DNA
*Subject: Guidelines for Technical Case Review*

<u>**Preparer**</u>

*James Nichols*                                    Date:___12/02/2009___
DNA Advisory Board Chair

<u>**Concurrence**</u>

*Zoë M. Smith*                                     Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Major revision – Section 2.1 <br><br> Advisory Board 02/28/2008 |
| 02 | 12/01/2008 | Major revision – Sections 1 and 2.1 <br><br> Advisory Board 10/24/2008 |
| 03 | 01/11/2010 | Major revision – Section 2.1 <br><br> Advisory Board 10/29/2009 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Evidence Handling*

*DRN: DNA-03-01*
*Version: 02*
*Page 1 of 2*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

# EVIDENCE HANDLING

## 1    Scope

The purpose of collection and packaging of biological evidence is to preserve it for future analysis, protect it from contamination, and maintain the integrity of the evidence.

## 2    Collection and packaging

A.    Dry evidence items must be kept dry.  This may be accomplished by packaging the evidence in breathable containers, e.g., paper envelopes or sacks.  The DPS Crime Lab Service *Physical Evidence Handbook* details specific collection techniques.

B.    Wet evidence items should be dried at the crime scene when practical.  Wet items should not be folded in such a way as to transfer stains to other areas of the item.

C.    Collected items should be packaged separately.

D.    The evidence package must be marked with the case number and properly sealed.

E.    Special information should be written on the evidence package or outer container to ensure safety of the handler or integrity of the evidence.

F.    Any external evidence container knowingly containing biohazard materials must be marked with a universal biohazard sticker or placed into an appropriately labeled storage area/container.

## 3    Storage of evidence

A.    Biological evidence must be properly stored to preserve biological constituents.

B.    Store sexual assault kits in the refrigerator or at room temperature.  If the sexual assault kit is stored at room temperature, the liquid blood specimen must be removed and stored in the refrigerator, or a sample of the specimen must be dried on FTA paper or cloth substrate.  Blood and urine specimens requiring toxicological screening will be stored in the refrigerator.

C.    Small, dried evidentiary items may be stored frozen depending on available space.

D.    Refrigerate, do not freeze, liquid whole blood specimens.

E.    Store larger items such as clothing, bedding, weapons, and other physical evidence containing stains at room temperature until examined.

F.    Collected cuttings or swabs are considered evidence.  For temporary storage, this evidence should be stored frozen and protected from freezer moisture by a layer of plastic. For long-term storage, this evidence may be stored at room temperature.  A portion of collected cuttings and swabs and DNA extracts will be retained by the laboratory whenever possible.

**Standard Operating Procedures**
*DNA*
*Subject: Evidence Handling*

*DRN: DNA-03-01*
*Version: 02*
*Page 2 of 2*

G.  DNA extracts are considered evidence and will be retained by the laboratory whenever possible.

H.  Amplification products and/or slides prepared by the laboratory are considered work product and not considered evidence unless it is the only remaining sample from that piece of evidence.  Amplification products should be properly discarded after analysis has been completed.

I.  All items considered evidence by the laboratory will be handled according to LOG-05-01.

**4  Intra-agency transfer**

A.  Reference LOG-05-01 for intra-agency transfer procedures.

B.  If screening and evaluation of the evidence has been performed, the evidence will be forwarded according to these procedures:

1.  All known and evidentiary samples should be submitted as dried stains. Known blood standards should be spotted onto FTA paper.

2.  Select a sufficient portion of the evidentiary stain for submission.

3.  All probative swabs and stains should be submitted.

4.  In the event that hairs, bone, teeth, muscle, or other tissues are required for DNA analysis, arrangements should be made between laboratories before transfer. Mounted hairs should remain mounted until transfer to the laboratory to prevent possible contamination.  Soft tissues should be transferred frozen.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## **Preparer**

*R. Greg Hilbig*                                                Date:    06/08/2009
DNA Advisory Board Chair

## **Concurrence**

*Zoë M. Smith*                                                Date:    06/10/2009
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Major revision – Section 3<br><br>Advisory Board 02/28/2008 |
| 02 | 07/01/2009 | Major revision – Section 3<br><br>Advisory Board 04/06/2009. |

*Standard Operating Procedures*
*DNA*
*Subject: Physical Evidence Examination*

*DRN: DNA-03-02*
*Version: 04*
*Page 1 of 7*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

# PHYSICAL EVIDENCE EXAMINATION

## 1    Scope

The laboratory has established unifying documentation and collection procedures for physical evidence examinations. **The initial examiner of an item is primarily responsible for the collection and preservation of evidentiary materials and relevant stains that may be on that item.**

Persistence and transfer studies prove that debris on clothing surfaces is easily lost if garments are handled, shaken, etc. Items being submitted for trace evidence examination must be handled as little as possible to minimize loss of the trace evidence and to limit exposure of the items to contaminants until the trace evidence has been collected and preserved.

The procedures presented are intended to assist the examiner in the inspection of physical evidence.  They are to be used in conjunction with all applicable laboratory policies, good laboratory practice, and proper scientific methodology. The examiner will be given flexibility to determine an appropriate course of action in regard to the collection, preservation, and analysis of evidence to attain the ultimate goal of quality and efficiency.

Documentation must be in such a form that another qualified examiner or supervisor, in the absence of the primary examiner, would be able to evaluate what was done and interpret the data.  The reviewer of the case should be able to determine from the notes that sufficient, relevant, and correct testing methods were used.

## 2    Safety

Use universal precautions when handling evidence. Use a particle mask and/or safety glasses when appropriate. Use appropriate safety measures when handling sharp objects. Appropriate personal protective equipment must be worn during testing.  Clothing may protect unbroken skin; broken skin must be covered.

All firearms should be treated as if loaded. All firearms must be rendered safe prior to handling, marking and/or packaging.

## 3    Related Documents

LAB-06 Laboratory Submission Form

LAB-c22 Evidence Record Sheet

LAB-DNA-01/LAB-DNA-02 Biological Screening Worksheet

## 4    Equipment, Materials, and Reagents

Varies with the type of technique used to collect evidence, including the following:

trace evidence recovery materials

tape and examination paper

etching pencil, scribing tool, or permanent marker

**Standard Operating Procedures**
*DNA*
*Subject: Physical Evidence Examination*

*DRN: DNA-03-02*
*Version: 04*
*Page 2 of 7*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

stereomicroscope, microscope, or magnifying lens

camera

measuring devices

alternate light source

tweezers, scalpel, scissors, probe and other implements as necessary

plastic bags, paper envelopes, or appropriate evidence containers

## 5 Standards and Controls

Respective positive and negative controls will be conducted and documented as required by specific analytical procedures.

## 6 Procedure

### 6.1 Case/Evidence evaluation

A. The results of the examinations may either implicate or exonerate a suspect from involvement in a crime. Because each case is different, only guidelines can be prescribed; the case evaluation should include consultation with the investigator/prosecutor as necessary.

B. An offense report is very helpful in assessing the probative value of the evidentiary material.

C. All communications pertinent to the case evaluation must be documented.

D. Cases should be evaluated to:

1. Determine the quality and quantity of the evidence to be analyzed,

2. Prevent the loss of potentially valuable information,

3. Maximize the meaningful information obtained from the evidence, and

4. Determine if the requested examinations can be performed with the submitted evidence and with the available resources.

E. Some considerations in evaluating the evidence should include:

1. The age of the evidence/case,

2. The storage conditions of the samples prior to submission,

3. Whether stain/smear samples, such as blood, semen, saliva were dried before submission,

4. Whether the evidence is moldy and/or putrefied,

5. Possible dilution of the samples,

6. Whether weapons or other objects require fingerprinting or have been fingerprinted,

**Standard Operating Procedures**
*DNA*
*Subject: Physical Evidence Examination*

*DRN: DNA-03-02*
*Version: 04*
*Page 3 of 7*

7.    Whether all pertinent evidence has been submitted,

8.    Whether the victim(s), suspect(s), or potential witnesses were injured,

9.    The relationship between victim(s), suspect(s), and potential witnesses

10.    The availability and adequacy of suspect and/or victim known samples,

11.    The extent of screening required to obtain a search warrant for suspect known samples,

12.    The analyses that should be run if sample is limited,

13.    Possibility of sample remaining after analysis, and

14.    Possibility and effect of cross-contamination.

**6.2    Evidence Examination**

1.    For cases with a large volume of evidence (excluding sexual assault kits), a maximum of five to ten probative items of evidence should be screened.

2.    It may be necessary to consult with another qualified examiner, the Technical Leader, and/or the supervisor to determine the appropriate analytical approach. How far the examiner proceeds in a particular case will depend on the available sample and what is necessary to answer the question(s) posed.

3.    Retrieve evidence from evidence storage, evidence custodian or another examiner.  Verify that the LAB-06 Laboratory Submission Form and LAB-c22 Evidence Record Sheet are appropriately completed and a chain of custody maintained. Any changes or additions to the form should be initialed and dated. Identify the pertinent forensic question(s). Plan the approach to the case. Evaluate the potential value of evidence relative to the items of evidence submitted for examination.

4.    Wear a lab coat, disposable gloves, and mask as appropriate and change as necessary to insure safety and to avoid contamination of evidentiary items.

5.    Clean and then cover the work surface with clean, unused paper.

6.    At all times during the examination, items from any suspect(s) are kept separate from those of associated victim(s). Whenever possible, items from suspect(s) and items from associated victim(s) are examined in different locations and/or times. Always keep known materials separated from the questioned materials to be searched.

7.    No more than one item of evidence in an unpackaged state is allowed on an examination table at one time unless the items were submitted in the same package.

8.    Note instances where packaging or handling of the evidence creates a potential for contamination. These instances should be brought to the attention of the supervisor, other involved examiners and the investigator. Such instances may preclude the examination of the evidence.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
DNA
Subject: Physical Evidence Examination

DRN: DNA-03-02
Version: 04
Page 4 of 7

9. The case number, item number and examiner initials should be labeled on the packaging. Open the container (avoid breaking previous seals, if possible). Mark inner evidence packages as encountered.

10. Label or tag each item with unique case number and examiner initials. If the evidence is too small to mark, place the evidence in a package then seal and mark the package. Any markings and notations on the evidence should not interfere or obstruct forensically significant areas (e.g. bloodstains).

11. Document the individual items of evidence. Note whether other items were packaged together with the selected item. Visually examine the evidence and document as appropriate:

    a) *A description of the outer evidence packaging and condition of the evidence, especially relevant factors to the preservation of the biological material*

    b) *Physical description such as color, size, material, holes and tears, broken parts, missing parts, or other modifications that make the item appear unusual*

    c) *Manufacturer's identification, serial numbers, or other marks*

    d) *The collection of trace evidence*

    e) *Significant stains, patterned marks, or impressions should be documented in a manner which clearly indicates the location, physical characteristics, relationship to other stains, and results of screening tests*

    f) *Use of microscopes or alternate light sources*

12. Perform and record results of presumptive tests conducted based on the respective analytical approaches as described below.

13. A sufficient number of samples should be collected from an item to represent stains of probative value.

14. Collected samples must be protected from loss or contamination by individually packaging and labeling with case number, item number, unique identifier as applicable, initials, and date.

15. Any collected trace evidence may be packaged separately or with the original item, as long as it is uniquely labeled, sealed, initialed and dated. All original exhibits will be re-packaged in the original container, if possible. The evidence is re-sealed in a manner that would detect tampering.

16. Upon completion of screening, the evidence should be transferred to the submitting agency, evidence storage area, evidence custodian or appropriate examiner.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

### 6.3    Analytical Approaches

The analyst will evaluate the case synopsis, scene, and collected evidence to determine the appropriate course of analysis that should be taken to address the request. The most probative evidence items will be examined first.

A.    Body fluid identification – Blood Examinations

1.    A typical analysis scheme for a bloodstain may include:

   a)    *visual examination*

   b)    *presumptive testing*

   c)    *presumptive human origin testing*

   d)    *preserve the stain, cutting or swab*

   e)    *test for other body fluids if indicated*

2.    How far the examiner proceeds in a particular case will depend on the available sample and on what is necessary to answer the question(s) posed.

B.    Body fluid identification – Semen Examinations

1.    When screening evidence for semen, an alternate light source can be helpful, especially for larger items of clothing or bedding.  An alternate light source also aids in the discovery of some trace fibers. Refer to DNA-04-01 Alternate Light Source for further information.

2.    A typical analysis scheme for a suspected semen stain may include:

   a)    *visual examination*

   b)    *presumptive testing*

   c)    *confirmatory testing*

   d)    *preserve the stain, cutting or swab*

   e)    *test for other body fluids if indicated*

3.    Semen should be confirmed on at least one item.  The only confirmatory test for semen is the microscopic identification of spermatozoa.

4.    Once semen is confirmed on at least one item in the sexual assault kit, it is not necessary to examine other submitted items unless circumstances dictate the need for additional analysis (e.g., multiple assailants or blood).

5.    If an orifice swab has accompanying slides and the AP exam on the swab and sperm search from the corresponding slides are both negative, an appropriate conclusion is no semen detected.

6.    Examination of the victim's panties and/or pants must include a qualitative acid phosphatase test of the crotch area.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

7.  When both presumptive tests for semen are positive, but spermatozoa are not detected to confirm the presence of semen, DNA should be attempted on case-appropriate samples.

C.   Reference Samples

1.  As needed for comparison, record, collect, and uniquely label known sample(s).

2.  Liquid biological samples shall be stored refrigerated until a dried sample is prepared.

D.   Hair

1.  The screening process includes the recognition, collection, and preservation of possible hair and trace evidence.  Assessment of root material or suitability for DNA may be documented.

2.  With any attempt to DNA type a hair root, a result is not assured and, for telogen hairs, not expected. DNA typing of hair is necessarily destructive but may not yield results. Therefore, the evidentiary value of the hair must be carefully evaluated and the potential loss of information weighed before proceeding with DNA analysis. If it is evident that the hair will likely be consumed by analysis, it may be necessary to consult with the investigator and/or prosecutor.  The approval from the investigator and/or prosecutor for the consumption of the hair in the analysis should be documented.

3.  A microscopic comparison or examination of the evidentiary hair must be performed prior to DNA analysis.

E.   DNA analysis

1.  Determining the number of items to be typed for a single case should be done with concern for both the probative value and the need for timely information.  It is recommended that a maximum of five evidentiary stains be subjected to DNA analysis.  Additional items/stains may be analyzed at a later date depending on circumstances of the case.

2.  DNA analysis should be performed on evidence samples in cases for which there is no suspect.  Appropriate forensic DNA profiles should be entered into CODIS.

3.  Whenever possible, at least half of the evidence sample will be preserved for possible re-analysis.  Sample consumption will be evaluated on a case by case basis at the discretion of the analyst.  Sample will only be consumed to gain the most probative information.  Total consumption of the evidence must be documented.

## 7    Interpretation

Respective interpretations will be conducted and documented as required by specific analytical procedures.

***Standard Operating Procedures***
*DNA*
*Subject: Physical Evidence Examination*

*DRN: DNA-03-02*
*Version: 04*
*Page 7 of 7*

## 8    Additional casework processing concerns

A.    If insect activity is present, examine the item carefully on an isolated bench, if possible. The evidence may also be placed in a freezer to curtail the insect activity prior to examination.

B.    If the analyst discovers an item is received in a wet condition, the container should be opened and the object allowed to air dry. This may entail spreading the object out on a flat surface and exposing it to the air for a period of time. The wet items should not be heated nor exposed to direct sunlight.

C.    Care should be exercised not to lose evidentiary materials when attempting to dry the object.

D.    Items that have become foul smelling due to decomposition should be placed in the hood with the exhaust fan running to remove odors and moisture.

E.    Communications with the submitting agency may be in order to ensure evidence is properly submitted in the future.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*                          *DRN: DNA-03-02*
*DNA*
*Subject: Physical Evidence Examination*

## Preparer

*James Nichols*                                    Date:___06/02/2010___
DNA Advisory Board Chair

## Concurrence

*Zoe M. Smith*                                     Date:___06/02/2010___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/27/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 09/11/2007 | Modification Section 6.2 #11: Document~~Describe~~ the individual items of evidence ~~(a sketch and/or photograph may also be included)~~. Note whether other items were packaged together with the selected item. Visually examine the evidence and document as appropriate~~available~~<br><br>Addition Section 6.2 #11a: "A description of the <u>outer</u> evidence packaging…"<br><br>Modification Section 6.2 #11e: Significant stains, patterned marks, or impressions should be documented in a manner which clearly <u>indicates</u>~~describes~~ the location, physical characteristics, relationship to other stains, and results of screening tests<br><br>Move Section 6.2 #11f to #13: A sufficient number of samples should be collected from an item to represent stains of probative value. |
| 02 | 04/15/2008 | Major revision – Section 6.3<br><br>Advisory Board 02/28/2008 |
| 03 | 01/11/2010 | Major revision – Section 6.3<br><br>Advisory Board 10/29/2009 |
| 04 | 06/07/2010 | Major revision – Section 6.3<br><br>Advisory Board 04/29/2010 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

***Standard Operating Procedures***
*DNA*
*Subject: Outsourcing*

*DRN: DNA-03-03*
*Version: 01*
*Page 1 of 2*

## OUTSOURCING TO A CONTRACT LABORATORY

### 1    Scope

The guidelines contained within this document are for the analysis of casework samples by a contract laboratory for which validated procedures exist within the DPS DNA SOP as well as for the acceptance of profiles generated by non-CODIS laboratories for entry into CODIS. The FBI DNA Audit document and NDIS procedures shall be followed.

### 2    Practice

#### 2.1    Acceptance of Data from Non-CODIS Laboratories

A.    The non-CODIS laboratory generating the DNA data must provide documentation that the laboratory is in compliance with the Quality Assurance Standards for Forensic DNA Testing Laboratories and the accreditation requirements of federal and state law.

B.    An agreement must be reached between the DPS Laboratory accepting the profiles for upload to CODIS and the non-CODIS laboratory that generates the DNA data. This agreement must be approved by the Technical Leader of the DPS Laboratory accepting the profiles.

C.    An on-site visit of the non-CODIS laboratory must be conducted prior to beginning of DNA analysis.  The Technical Leader of the DPS Laboratory accepting the profiles or a designated employee of the DPS Laboratory accepting the profiles, who is a qualified or previously qualified DNA analyst in the technology, platform and typing amplification test kit, used to generate the DNA data may perform the on-site visit.

D.    Only profiles analyzed after the date of the agreement will be accepted.

E.    If the agreement extends beyond one year, annual on-site visits must be performed.  Alternatively, on-site visits performed by other NDIS participating laboratories may be accepted, with documented approval of the DPS Laboratory's Technical Leader, if the NDIS participating laboratory conducting the review utilizes the same technology, platform, and typing amplification kit for the generation of DNA data.

#### 2.2    Review of Data

A.    DNA profiles developed by a non-CODIS laboratory shall not be entered or uploaded to CODIS until a documented technical review has been conducted of the case by a qualified DPS DNA analyst.

B.    The analyst conducting the review must be qualified or previously qualified in the technology, platform, and typing amplification kit used to generate the data and participate in the laboratory's proficiency testing program.

C.    All DNA types must be reviewed to verify that they are supported by the raw and/or analyzed data.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Outsourcing*

*DRN: DNA-03-03*
*Version: 01*
*Page 2 of 2*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

D.  All associated controls, internal lane standards, and allelic ladders must be reviewed to verify that the expected results were obtained.

E.  If provided, the final report must be reviewed to verify that the results and conclusions are supported by the data.

F.  The DNA types, CODIS eligibility, and specimen category must be verified for all profiles accepted from the non-CODIS laboratory.

## 2.3    Outsourcing

The following applies to analysis by a contract laboratory of casework samples originally submitted to a Texas DPS Laboratory when validated procedures exist within the DPS DNA SOP.

A.  Outsourcing Agreement

The Technical Leader shall document approval of the technical specifications of the outsourcing agreement with the vendor laboratory before the agreement is awarded. This documentation must be maintained by the DPS laboratory.

B.  Case evaluation

Case evaluation of samples for outsourcing shall be equivalent to that used for samples analyzed in-house.

C.  Shipment

1.  Samples/batches shall be sent by overnight carrier or submitted in person to the contract laboratory and individual cases shall be tracked by bar coding.

2.  A letter will be generated by DPS and sent to the submitting agency informing them that their case has been outsourced to a contract laboratory.

3.  Samples/batches, when received after analysis from the contract laboratory, shall be tracked by barcoding.

D.  Analysis of Outsourced Samples

The contract laboratory shall use DPS approved analysis procedures and analysis methods as stated in the contract unless otherwise mutually agreed upon by DPS and the contract laboratory. Any variation must be approved by DPS.

E.  Reports

Reports received from a contract laboratory shall not be released to the submitting agency or legal system until a technical review, including electronic data analysis, of the case has been conducted by a qualified DPS DNA analyst. A cover letter generated by DPS shall accompany the report from the contract laboratory.

F.  Testimony

Testimony will be provided by the contract laboratory for all analyses performed by the contract laboratory.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

***Standard Operating Procedures***
*DNA*
*Subject: Outsourcing*

*DRN: DNA-03-03*

## Preparer

*Cathy McCord*                                         Date:___11/04/2008___
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                         Date:___11/04/2008___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 10/03/2005 |
| 01 | 12/01/2008 | Major revision – All sections<br><br>Advisory Board 10/24/2008 |

*Standard Operating Procedures*
*DNA*
*Subject: Alternate Light Source*

*DRN: DNA-04-01*
*Version: 02*
*Page 1 of 2*

# ALTERNATE LIGHT SOURCE

## 1     Scope

The Polilight, Luma-Lite, Forensic PAL, Crime-Lite or equivalent lamps are specially designed for detection of forensic stains, fibers, and fingerprints. Commonly called alternate light sources (ALS), these lamps provide intense light of specific wavelengths usually through a hand-held wand.

Untreated, dry bloodstains do not show significant fluorescence.

Most dried semen stains on cloth are detectable visually because their color, off-white or yellow, is different from that of the material on which the semen has been deposited.  On many substrates, however, semen stains are not readily visible.  Under ultraviolet (UV, <400 nm) or near ultraviolet light, semen stains fluoresce.

## 2     Safety

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling. Appropriate personal protective equipment must be worn during evidence handling.  Clothing may protect unbroken skin; broken skin must be covered. Alternate light sources produce intense light, and some are capable of producing light in the ultraviolet range (below 400 nm).  Do not look into the light wand.  Wear UV glasses when using wavelengths below 400 nm.

## 3     Related Documents

DNA-03-02 Physical Evidence Examination

LAB-DNA-01/LAB-DNA-02 Biological Screening Worksheet

## 4     Equipment, Materials, and Reagents

alternate light source (ALS) - e.g., Polilight, Luma-Lite, Forensic PAL, Crime-Lite or equivalent lamp

amber glasses

## 5     Standards and Controls

A known semen stain (positive control) and an unstained non-fluorescent substrate (negative control) shall be examined using the ALS prior to examining evidence.

## 6     Procedure

1.     Follow the manufacturer's instructions for setting the wavelength, turning on, and warming up the lamp.

2.     Put on the amber glasses.

3.     Direct the ALS at the evidence.

4.     Photograph the fluorescence, if desired, using an orange KV-550 barrier filter.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Effective Date: 01/11/2010

*Standard Operating Procedures*
*DNA*
*Subject: Alternate Light Source*

*DRN: DNA-04-01*
*Version: 02*
*Page 2 of 2*

     5.      Document observations.

## 7      Interpretation

Semen stains typically appear fluorescent under ALS.

## 8      Records

Observations and controls shall be recorded on the Biological Screening Worksheet and as necessary, in data notes.

## 9      Literature and Supporting Documentation

Rofin website: http://www.rofinforensic.com.au/index.htm

Payton Scientific website. Online, http://home.att.net/~paytonscientific/page6.html

Forensic PAL Personal Alternate Light Operating Instructions

Baechtel SF. Chapter 7. The identification and individualization of semen stains. Richard Saferstein, ed. Forensic Science Handbook, Volume 2. Prentice-hall, Inc. Englewood Cliffs, New Jersey. 1988. p. 349.

Stoilovic M. Detection of semen and blood stains using Polilight as a light source. For Sci Int. 51. 1991. pp. 289-296.

CrimLite Information Sheet: QCL/80S-NB. Issue 07: December 2006.

Mini-CrimeScope Operation and Maintenance Instructions

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**                               *DRN: DNA-04-01*
*DNA*
*Subject: Alternate Light Source*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## Preparer

*James Nichols*                          Date:        12/02/2009
  DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                           Date:        12/02/2009
  Quality Assurance

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Major revision – Sections 1, 4, and 6<br><br>Advisory Board 02/28/2008 |
| 02 | 01/11/2010 | Major revision – Section 9<br><br>Advisory Board 10/29/2009 |

Effective Date: 01/11/2010

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: Presumptive Blood Tests*

*DRN: DNA-04-02*
*Version: 02*
*Page 1 of 2*

# PRESUMPTIVE BLOOD TESTS – PHT, TMB, AND LMG

## 1    Scope

Catalytic tests for blood are based on the peroxidase-like activity exhibited by the heme group of hemoglobin. For example, colorless phenolphthalin is oxidized to phenolphthalein in the presence of heme and hydrogen peroxide. In a basic solution such as the test reagent, the phenolphthalein is pink. The test is exceedingly sensitive to minute traces of hemoglobin and its derivatives but will produce a false positive reaction in the presence of any of a number of oxidizing substances.  Should a color reaction take place, the result only suggests the presence of blood; the test is therefore a presumptive test.

## 2    Safety

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling. Follow instructions for reagent preparation. Appropriate personal protective equipment must be worn during preparation and use. Clothing may protect unbroken skin; broken skin must be covered.

## 3    Related Documents

DNA-03-02 Physical Evidence Examination

LAB-DNA-01/LAB-DNA-02 Biological Screening Worksheet

## 4    Equipment, Materials, and Reagents

dIH$_2$O

cotton swab(s) and/or filter paper

test reagent

> Phenolphthalin (PHT) solution

> Tetramethylbenzidine (TMB) solution

> Leucomalachite Green (LMG) solution

3-10% hydrogen peroxide – purchased

## 5    Standards and Controls

A positive and negative control must be tested prior to use each day.  An appropriate positive control is a small bloodstain prepared in-house.  Appropriate negative controls include a cotton swab or small fabric swatch tested in the same manner as the unknown.

## 6    Procedure

1.    Rub or scrape a moistened cotton swab or dry folded filter paper over the suspected bloodstain.

2.    Apply one drop of the test reagent (PHT, TMB, or LMG solution).

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Effective Date: 01/11/2010

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: Presumptive Blood Tests*

*DRN: DNA-04-02*
*Version: 02*
*Page 2 of 2*

3.    Observe briefly to identify color change, which is indicative of some false positive reactions.

4.    Add one drop of 3-10% hydrogen peroxide.

5.    Document observations.

## 7    Interpretation

A reaction prior to the addition of hydrogen peroxide may be indicative of a false positive reaction and would be documented as inconclusive.

Appearance of a rapid color change is a presumptive positive result for blood.

Phenolphthalin: colorless $\rightarrow$ bright pink

Tetramethylbenzidine: colorless $\rightarrow$ blue-green

Leucomalachite Green: colorless $\rightarrow$ blue-green

Appearance of no rapid color change is a negative result for blood.

## 8    Records

Test results and controls shall be recorded on the Biological Screening Worksheet and as necessary, in data notes.

## 9    Literature and Supporting Documentation

Lee HC. Chapter 7. Identification and grouping of bloodstains. Richard Saferstein, ed. Forensic Science Handbook, Volume 1. Prentice-Hall, Inc. Englewood Cliffs, New Jersey. 1982, pp. 272-276.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*                    *DRN: DNA-04-02*
*DNA*
*Subject: Presumptive Blood Tests*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## Preparer

*James Nichols*                              Date:_____12/02/2009_____
   DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                               Date:_____12/02/2009_____
   Quality Assurance

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Major revision – Section 7<br><br>Advisory Board 02/28/2008 |
| 02 | 01/11/2010 | Minor revision – Section 9<br><br>Advisory Board 10/29/2009 |

**Standard Operating Procedures**
*DNA*
*Subject: Presumptive Blood Test Luminol*

*DRN: DNA-04-03*
*Version: 02*
*Page 1 of 3*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

# PRESUMPTIVE BLOOD TEST – LUMINOL

## 1    Scope

Catalytic tests for blood are based on the peroxidase-like activity exhibited by the heme group of hemoglobin.  In the case of luminol, the catalytic oxidation of the substrate compound produces light.  Because the reagents are applied as a spray over a large area, the test is primarily used in the visualization of bloodstain patterns. The test is sensitive to at least 100 ppm and perhaps to 0.1 ppm of blood but will produce a false positive reaction in the presence of any of a number of oxidizing substances.  Should a positive reaction take place, the result only suggests the presence of occult blood; the stain is therefore tested further with another presumptive test prior to reporting.

## 2    Safety

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling.  Luminol is an irritant.  Sodium perborate and sodium carbonate are toxic and irritating. Avoid breathing dust; do not get in eyes, on skin, or on clothing.  Avoid breathing sprayed solution. Spray will deposit a light white film on surfaces. Appropriate personal protective equipment must be worn during preparation and use.  Clothing may protect unbroken skin; broken skin must be covered.

## 3    Related Documents

DNA-03-02 Physical Evidence Examination

LAB-DNA-01/LAB-DNA-02 Biological Screening Worksheet

## 4    Equipment, Materials, and Reagents

sodium carbonate

luminol: 5-amino-2,3-dihydro-1,4-phthalazinedione free acid

sodium perborate

$dlH_2O$

spray bottle(s)

3% $H_2O_2$ or 30% $H_2O_2$

## 5    Standards and Controls

A positive and negative control must be tested prior to use each day.  An appropriate positive control is a small bloodstain prepared in-house.  A penny should not be substituted for a known blood control.  Appropriate negative controls include a cotton swab or small fabric swatch tested in the same manner as the unknown.

**Standard Operating Procedures**
*DNA*
*Subject: Presumptive Blood Test Luminol*

*DRN: DNA-04-03*
*Version: 02*
*Page 2 of 3*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## 6       Procedure

### 6.1    Reagent Preparation

The prepared reagents are unstable and must be prepared fresh immediately before use. The components can be measured for transport to the crime scene for preparation prior to use. Reagents A and B can be stored separately at 2-8°C for up to 8 weeks.  If stored, the label must include at a minimum, "Luminol, Reagent A" or "Luminol, Reagent B" as appropriate, initials, and the date prepared.

A.       Method 1

Reagent A - Dissolve 25 g sodium carbonate in 250 mL dIH$_2$O then dissolve 0.5 g luminol.

Reagent B - Dissolve 3.5 g sodium perborate in 250 mL dIH$_2$O.

Working solution – When ready to use, combine equal volumes of A and B. This mixture is stable for about one hour.

B.       Method 2

Reagent A - Dissolve 25 g sodium carbonate in 450 mL dIH$_2$O and then dissolve 0.5 g luminol.

Reagent B -50 mL 3% H$_2$O$_2$, or 5 mL 30% H$_2$O$_2$ added to 45 mL dIH$_2$O.

Working Solution – When ready to use, combine A and B. This mixture is stable for about one hour.

### 6.2    Application of Test

1.    Darken the examination room or crime scene area completely.

2.    Spray working solution.

3.    Document or photograph luminescent areas.

4.    Scale can be established by taking advantage of the false positive reaction produced by copper.  Place a penny in the area to be sprayed or two pennies taped to documented positions on a ruler.

5.    Re-spray as necessary.  The ability to further test the stain decreases with increased or repeated spraying.  Excessive spraying will cause stains to run. Repeated spraying of non-porous surfaces is not suggested.

6.    Photograph with suggested film below.  Wide-angle lens can be used. Open shutter for 1 second to 10 minutes (depending on film used) and spray throughout exposure; do not expect to further test the stain.

a)    *Suggested lenses*

- f/1.2, 50 mm

- f/1.4, 50 mm

---

**Standard Operating Procedures**
*DNA*
*Subject: Presumptive Blood Test Luminol*

*DRN: DNA-04-03*
*Version: 02*
*Page 3 of 3*

*b)    Suggested films*

- Kodak T-Max P3200 Professional Film (fine grain, can be rated up to ASA 12,500 when developed in T-Max developer)

- Tri-X 400 Film (medium grain, rated at ASA 2400 with Diafine developer)

- 2475 High Speed Recording Film (coarse grain, rated at ASA 4000 with DK 50 developer

*c)    Exposure time*

- 1 second to 10 minutes

- Luminescence usually lasts about 30 seconds, so the stain must be re-sprayed periodically to make longer exposures effective. Shutter can be left open during re-spraying.  The first spraying typically produces the most luminescence.

7.    Dispose of excess solutions in regular sink; flush with water.

## 7    Interpretation

Faint to strong luminescence shows oxidation of the luminol reagent and represents a positive presumptive result for blood, however, there must be further testing with another presumptive test prior to reporting.

Negative luminescence is a negative result for blood.

## 8    Records

Test results and controls shall be recorded on the Biological Screening Worksheet and as necessary, in data notes.

## 9    Literature and Supporting Documentation

Lytle LT Chemiluminescence in the visualization of forensic bloodstains. J For Sci. 1978. 23(3), pp. 550-562.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Presumptive Blood Test Luminol*

*DRN: DNA-04-03*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

### Preparer

*James Nichols*                                     Date:_____12/02/2009_____
  DNA Advisory Board Chair

### Concurrence

*Zoë M. Smith*                                      Date:_____12/02/2009_____
  Quality Assurance

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Major revision – Sections 1 and 7<br><br>Advisory Board 02/28/2008 |
| 02 | 01/11/2010 | Minor revision – Section 9<br><br>Advisory Board 10/29/2009 |

*Standard Operating Procedures*
*DNA*
*Subject: Presumptive Semen Test AP*

*DRN: DNA-04-04*
*Version: 01*
*Page 1 of 2*

# PRESUMPTIVE SEMEN TEST- ACID PHOSPHATASE (AP)

## 1 Scope

Acid phosphatase is found in relatively large quantities in semen and its detection is reason to suspect the presence of semen in a body fluid stain. In the following procedure, acid phosphatase is detected by a color-change reaction. Acid phosphatase liberates the phosphate from α-naphthyl phosphate, and the released naphthol combines with tetrazotized o-dianisidine to form a purple azo dye.

The AP test is semi-quantitative. A stronger reaction is more likely to indicate semen. However, because acid phosphatase occurs in other body fluids, most notably vaginal secretions, this is only a presumptive test. The presence of semen in the sample can subsequently be confirmed by identifying spermatozoa.

## 2 Safety

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling. AP test reagent contains a dye that is a suspected carcinogen. The components of the AP test reagent are irritants. Avoid contact and inhalation. Spray only in a chemical fume hood. Appropriate personal protective equipment must be worn during preparation and use. Clothing may protect unbroken skin; broken skin must be covered.

## 3 Related Documents

DNA-03-02 Physical Evidence Examination

LAB-DNA-01/LAB-DNA-02 Biological Screening Worksheet

## 4 Equipment, Materials, and Reagents

dIH$_2$O

cotton swab(s) and/or filter paper

non-porous support and tacks (optional, mapping only)

AP test reagent

chemical fume hood with paper hanger (mapping only)

## 5 Standards and Controls

A positive and negative control must be tested prior to use each day. An appropriate positive control is a small semen stain prepared in-house. Appropriate negative controls include a cotton swab or small fabric swatch tested in the same manner as the unknown.

## 6 Procedure

### 6.1 AP spot test procedure

1. Take a small cutting, blotting, or swabbing of the unknown stain.

2. Apply one or two drops of the AP test reagent.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Uncontrolled Printed Copy

**Standard Operating Procedures**
DNA
*Subject: Presumptive Semen Test AP*

*DRN: DNA-04-04*
*Version: 01*
*Page 2 of 2*

3.  Observe the cutting, blotting, or swabbing for up to 60 seconds for a color change.

4.  Document observations.

### 6.2    AP map procedure

1.  Spread the garment, sheet, shirt, panties, towel or other item flat.

2.  Moisten a sheet or swatch of filter paper with $dIH_2O$. Remove excess water by blotting the moistened paper onto a dry sheet of filter paper.

3.  Lay the moist filter paper over the item or area of the item to be tested. Press the paper firmly against the item at all points of the item's surface. Allow approximately 30 seconds to 5 minutes for any possible acid phosphatase to transfer to the paper.

4.  Mark the position of the paper on the item.

5.  Remove the sheet of filter paper.

6.  Apply the AP reagent from the spot test procedure to the filter paper.

7.  Observe the treated filter paper for up to 60 seconds for a color change.

8.  Document observations.

9.  Discard used filter paper in plastic bag and place in regular trash.

## 7    Interpretation

The appearance of a purple color within 60 seconds indicates the presence of acid phosphatase and is a positive presumptive test for semen. Grade the reaction as 4+, 3+, 2+, 1+, wk+, or negative.

The AP map procedure reflects the location, size and shape of the acid-phosphatase-containing stains.

A negative result indicates acid phosphatase is absent or below the detection threshold.

## 8    Records

Test results and controls shall be recorded on the Biological Screening Worksheet and as necessary, in data notes.

## 9    Literature and Supporting Documentation

Gaensslen RE. Sourcebook in Forensic Serology, Immunology, and Biochemistry. US Department of Justice, National Institute of Justice. 1983. Sections 10.3.2 and 10.3.3.

Stevens J and Thomas F. Alkaline phosphatase: reaction rate analysis at 340 nm. Clin Chem Acta. 1972. 37, pp. 541–543.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Presumptive Semen Test AP*

*DRN: DNA-04-04*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## Preparer

*James Nichols*                                    Date:_____12/02/2009_____
 DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                     Date:_____12/02/2009_____
 Quality Assurance

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Major revision – Sections 1 and 6.1<br>Minor revision – Section 9<br>Advisory Board 10/29/2009 |

**Standard Operating Procedures**
*DNA*
*Subject: Presumptive Species Origin Determination-HemaTrace*

*DRN: DNA-04-06*
*Version: 01*
*Page 1 of 2*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

# PRESUMPTIVE SPECIES ORIGIN DETERMINATION–HEMATRACE

## 1      Scope

This test is designed to be used as a presumptive test for human (primate) origin.  This rapid immunochromatographic test offers extremely high sensitivity and specificity and is capable of detecting trace levels of human hemoglobin.  Due to the extreme sensitivity of this test, trace levels of hemoglobin might be detected occasionally in body fluid samples other than blood (e.g. urine, semen, stool, saliva, vaginal fluid, perspiration). The detection limit has been shown to be 0.05 µg/mL in 10 minutes.  All primate bloods produce positive results.  Positive results may be obtained from whole blood from the domestic ferret.

## 2      Safety

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.  Follow instructions for test execution.  Appropriate personal protective equipment must be worn during testing.  Clothing may protect unbroken skin; broken skin must be covered.

## 3      Related Documents

DNA-03-02 Physical Evidence Examination

LAB-DNA-01/LAB-DNA-02 Biological Screening Worksheet

LAB-DNA-05 p30/HemaTrace Testing Worksheet

LAB-DNA-09 HemaTrace Reagent Quality Control Form

## 4      Equipment, Materials, and Reagents

*OneStep* ABAcard HemaTrace test kit

extraction tubes containing extraction buffer (included in kit)

timer

## 5      Standards and Controls

The lot of ABAcard test devices must be quality control tested using a known blood sample and reagent blank (extraction buffer) prior to first use of the lot.

Each individual test card contains a control line "C".  If the control line "C" does not appear, the test is invalid.

## 6      Procedure

1.      Allow the sample(s) and control(s) to warm to room temperature if they have been refrigerated.

2.      Add bloodstained specimen to a volume of buffer.  The buffer volume may range from 300 µL up to the entire buffer volume in the extraction tube included in the kit depending on stain quantity and quality.

3.      Soak the specimen for at least 1-5 minutes.

**Standard Operating Procedures**
*DNA*
*Subject: Presumptive Species Origin Determination-HemaTrace*

*DRN: DNA-04-06*
*Version: 01*
*Page 2 of 2*

4. Aged bloodstains may be allowed to soak for 30 minutes in the buffer in the extraction tube or soaked in 2-3 drops of 5% $NH_4OH$ for 2-5 minutes to extract the hemoglobin. Allow the $NH_4OH$ to evaporate and add 2-3 drops of the buffer. The pH of the sample must be between 1 and 9 (do not adjust the pH using sodium hydroxide gel).

5. Add 4 drops or 150 µL sample extract to the sample well "S" of the test device.

6. Read test result at 10 minutes. Positive results may be seen as early as 2 minutes. Negative results may not be called without waiting the full 10 minutes.

## 7    Interpretation

A. Two pink lines, one each in the test area "T" and in the control area "C" indicate a positive test and indicates that the human hemoglobin level is at or above 0.05 µg/mL.

B. If there is only one pink line in the control area "C", the test result is negative and may indicate that insufficient human hemoglobin is present or the presence of "high dose hook effect". The presence of "high dose hook effect" may give false negative results due to the presence of high concentration of human hemoglobin in the sample: i.e. undiluted fluid. In such cases the sample may be retested using a 1:100 dilution.

C. If there is no pink line visible in the control area "C", the test is inconclusive.

## 8    Records

The lot of ABAcard test devices and the quality control test results shall be recorded on the HemaTrace Reagent Quality Control Form.

Test results shall be recorded on the HemaTrace Worksheet, Biological Screening Worksheet, and as necessary, in data notes.

A photocopy or photograph of the test card device at the final reading may be prepared.

## 9    Literature and Supporting Documentation

OneStep ABAcard HemaTrace for the forensic identification of human blood product insert.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

***Standard Operating Procedures***                    *DRN: DNA-04-06*
*DNA*
*Subject: Presumptive Species Origin Determination-HemaTrace*

## **Preparer**

*James Nichols*                                    Date:_____12/02/2009_____
  DNA Advisory Board Chair

## **Concurrence**

*Zoë M. Smith*                                     Date:_____12/02/2009_____
  Quality Assurance

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Major revision – Section 3  Minor revision – Title, Sections 4, 5, 8, and 9  Advisory Board 10/29/2009 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: Body Fluid Stain Extraction*

*DRN: DNA-04-07*
*Version: 02*
*Page 1 of 2*

# BODY FLUID STAIN EXTRACTION

## 1    Scope

Possible body fluid stains are removed from the substrate and extracted for testing. The supernatant is used for presumptive testing. It is also used to collect cellular debris from a stain for a spermatozoa examination. Extraction of DNA is described in different protocols and should not be confused with a body fluid stain extraction.

## 2    Safety

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling. Follow instructions for reagent preparation. Appropriate personal protective equipment must be worn during testing. Clothing may protect unbroken skin; broken skin must be covered.

## 3    Related Documents

DNA-03-02 Physical Evidence Examination

DNA-04-08 Spermatozoa Examination

DNA-04-09 P30 Identification

## 4    Equipment, Materials, and Reagents

microcentrifuge tube – 1.5 mL

spin basket

microcentrifuge

vortex – optional

sonicator – optional

$dIH_2O$

## 5    Standards and Controls

None, see related procedures.

## 6    Procedure

1.    In a 1.5 mL microcentrifuge tube, soak a portion of the dried body fluid, stain, or swab in an appropriate volume of extraction solution for at least 10 minutes to overnight.

    a)    *The extraction solution may be $dIH_2O$.*

    b)    *The amount of extraction solution is dependant on the number of analyses to be conducted and the apparent concentration of the stain.*

    c)    *The p30 assay requires 200 µL of extract or extract volume.*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Effective Date: 01/11/2010

d)   *Samples may be vortexed and/or sonicated to increase dissolution of the stain.*

e)   *Degraded stains or stains fixed to fabrics can become increasingly insoluble and may require longer extraction times, e.g., 24 hours.*

f)   *Long extractions should be performed at 2-8°C.*

2.   Remove the substrate from the extraction solution.  Return as much solution as possible from the substrate to the extract.

3.   Collect the cellular debris by centrifugation at 10,000-15,000 x g for 2 to 5 minutes.

4.   Store extract at 2-8°C.

## 7    Interpretation

None

## 8    Records

None

## 9    Literature and Supporting Documentation

None

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Body Fluid Stain Extraction*

*DRN: DNA-04-07*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## Preparer

*James Nichols*                                   Date:        12/02/2009
  DNA Advisory Board Chair

## Concurrence

*Zoe M. Smith*                                    Date:        12/02/2009
  Quality Assurance

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 12/01/2008 | Major revision – Sections 1, 3, 4, 6 and 9<br><br>Advisory Board 10/24/2008 |
| 02 | 01/11/2010 | Major revision – Sections 1 and 3<br><br>Advisory Board 10/29/2009 |

*Standard Operating Procedures*
*DNA*
*Subject: Spermatozoa Examination*

*DRN: DNA-04-08*
*Version: 02*
*Page 1 of 3*

# SPERMATOZOA EXAMINATION

## 1      Scope

Spermatozoa detected in a stain or on a swab confirm the presence of semen.  For spermatozoa examination, material from the stain or swab is fixed to a microscope slide, stained (usually), and examined under the microscope for cells with spermatozoa characteristics.  This procedure uses nuclear fast red (also known as Kernechtrot) and picroindigocarmine. This stain is also called "Christmas tree" because it stains the spermatozoa red and green.

## 2      Safety

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling.  Follow instructions for reagent preparation. Appropriate personal protective equipment must be worn during preparation and use.  Clothing may protect unbroken skin; broken skin must be covered.

## 3      Related Documents

DNA-03-02 Physical Evidence Examination

DNA-04-07 Body Fluid Stain Extraction

LAB-DNA-01/LAB-DNA-02 Biological Screening Worksheet

## 4      Equipment, Materials, and Reagents

microscope slide

$60°C$ incubator (+/- 1$^o$C)

microscope

known spermatozoa slides – optional, prepared in-house

nuclear fast red (NFR)

picroindigocarmine (PIC)

denatured ethanol or methanol

## 5      Standards and Controls

The examiner may refer to known spermatozoa slides for comparison.

## 6      Procedure

1.      Use a smear provided in the sexual assault evidence kit or prepare a smear from a stain or swab using one of the following:

   a)      *Put a drop of sterile water on the slide and smear the sample on the slide to transfer cellular material; or*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Spermatozoa Examination*

*DRN: DNA-04-08*
*Version: 02*
*Page 2 of 3*

> b) *Perform DNA-04-07 Body Fluid Stain Extraction procedure.  Collect the cellular debris from the extract by centrifugation and pipet approximately 1 to 10 µL of the cellular debris from the body fluid extract onto a glass slide.*

2. The slide may be examined stained or unstained; however, a thorough search of a stained slide at a minimum of 400X is required before negative results for spermatozoa can be reported.

3. For staining, follow the procedure below.

   a) *Fix smear by heating the slide at 60°C or dry then pass through a flame.*

   b) *Cover the sample area on the slide with NFR for approximately 15 minutes.  The slide may be placed in a moisture chamber.*

   c) *Wash with distilled water by gentle flooding.*

   d) *Cover the sample area with PIC for up to 15 seconds.*

   e) *Wash and fix by gently flooding the slide with denatured ethanol or methanol.*

   f) *Allow to dry.*

4. Confirm the presence or absence of spermatozoa at a minimum of 400X.

5. Xylene may be added to slide during microscopic examination to facilitate sperm searches.

## 7    Interpretation

A. Record the number of spermatozoa per slide or the average number of spermatozoa per field, the magnification used, and indicate whether stained or unstained. Alternatively, score the number of spermatozoa as the following: 0 = none, 1+ = few in some fields, hard to find, 2+ = some in some fields, easy to find, 3+ = many or some in most fields, 4+ = many in every field.

B. Human spermatozoa are flagellated with a total length of about 50 µm. The spermatozoa cell head generally is oval, flattened at the anterior end, with dimensions about 4.6 µm $\times$ 2.6 µm $\times$ 1.5 µm. The head shape varies from species to species and may be diagnostic.

C. Typical appearance of cellular components after staining

1. Spermatozoa

   acrosome (anterior head) – pink

   posterior head – red

   midpiece – blue-green

   tail – yellowish green

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

---

Effective Date: 01/11/2010

**Standard Operating Procedures**
*DNA*
*Subject: Spermatozoa Examination*

*DRN: DNA-04-08*
*Version: 02*
*Page 3 of 3*

2. Epithelial cells

nucleus - pink to purple

cytoplasm – light green to blue green

## 8      Records

Test results shall be recorded on the Biological Screening Worksheet and as necessary, in data notes.

A photograph of the spermatozoa may be prepared.

## 9      Literature and Supporting Documentation

Oppitz E. Eine neue Färbemethode zum Nachweis der Spermien bei Sittlichkeitsdelikten. Arch Kriminol. 1969. 144, pp. 145-148.

Stone IC. Staining of spermatozoa with Kernechtrot and picroindigocarmine for microscopical identification. Document CIL No. 2. Southwestern Inst Forensic Sci, Criminal Investigation Laboratory (USA). 1972.

Baechtel SF. Chapter 7,The identification and individualization of semen stains. Saferstein R, ed. Forensic Science Handbook, Volume 2. Prentice-hall, Inc., Englewood Cliffs, New Jersey. 1988, p. 357.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: Spermatozoa Examination*

*DRN: DNA-04-08*

### Preparer

*James Nichols*                              Date:_____12/02/2009_____
  DNA Advisory Board Chair

### Concurrence

*Zoë M. Smith*                               Date:_____12/02/2009_____
  Quality Assurance

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 12/01/2008 | Minor revision – Sections 6 and 9 |
| 02 | 01/11/2010 | Major revision – Section 7<br><br>Advisory Board 10/29/2009 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Effective Date: 01/11/2010

Uncontrolled Printed Copy

*Standard Operating Procedures*
*DNA*
*Subject: P30 Identification*

*DRN: DNA-04-09*
*Version: 01*
*Page 1 of 3*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## P30 IDENTIFICATION

### 1    Scope

The cells that line the ducts of the prostate make a protein known as p30 or prostate-specific antigen (PSA).  The protein is secreted into seminal fluid to a concentration of approximately 0.24-5.5 mg/mL.  p30 has been detected in non-prostatic sources such as normal and abnormal breast tissue, various breast fluids (milk, nipple aspirate, cyst fluid), amniotic fluid, and female serum.

p30 is considered to be a presumptive test for semen. The presence of p30 indicates, but does not confirm the presence of semen. Semen can only be confirmed by the presence of spermatozoa.

The ABAcard p30 test is a qualitative detection method specifically designed for forensic presumptive identification of semen.  Sample is added to a sample well where any detectable p30 present in the sample will bind with mobile p30 antibody.  The resultant mobile antigen-antibody complex migrates through an absorbent strip to an area where immobile p30 antibody is bound. The mobile antigen-antibody complex binds to the immobile antibody creating an antibody-antigen-antibody sandwich.  When the p30 concentration in the sample exceeds 4 ng/mL, pink dye particles become visible in the area of immobilized antibody.  The resultant pink band indicates a positive result.

### 2    Safety

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling. Appropriate personal protective equipment must be worn during use. Clothing may protect unbroken skin; broken skin must be covered.

### 3    Related Documents

DNA-03-02 Physical Evidence Examination

DNA-04-07 Body Fluid Stain Extraction

LAB-DNA-01/LAB-DNA-02 Biological Screening Worksheet

LAB-DNA-05 p30\HemaTrace Testing Worksheet

LAB-DNA-10 ABAcard Reagent Quality Control Form

### 4    Equipment, Materials, and Reagents

*OneStep* ABAcard p30 test strips

dIH$_2$O

timer

### 5    Standards and Controls

The lot of ABAcard test devices must be quality control tested using a known semen sample and reagent blank (dIH$_2$O) prior to the first use of the lot.  An aliquot of the dIH$_2$O used to quality control test the kit must be retained in the kit for use as extraction solution.

The examiner may choose to also run a substrate control extracted in the same manner as the suspected semen stain.

Each individual test card contains a control line "C". If the control line "C" does not appear, the test is invalid.

## 6    Procedure

1.    Allow the sample(s) and control(s) to warm to room temperature if they have been refrigerated.

2.    For each sample and control:

   a)    *Perform DNA-04-07 Body Fluid Stain Extraction procedure.*

   b)    *Unwrap an ABAcard device and dropper.*

   c)    *Add 200 µL (8 drops with provided dropper) of sample to the sample well "S" of the device.*

   d)    *Positive results may be called at any time within 10 minutes. Negative results may not be called without waiting a full 10 minutes.*

3.    Samples that produce a negative result but that show strong positive acid phosphatase activity must be diluted 1:100 and re-tested.

## 7    Interpretation

The appearance of a pink line at the "C" (control) area is expected for all tests and must be present. Absence of the "C" line is an inconclusive result. The appearance of a pink line at the "T" (test) area is a positive result and indicates, but does not confirm the presence of semen. The p30 concentration in the applied solution is at least 4 ng/mL, equivalent to approximately a 1:1,000,000 dilution of semen. The absence of a pink line at the "T" area after 10 minutes is a negative result and indicates that semen is absent, below the detection threshold, or above the high dose threshold.

## 8    Records

The lot of ABAcard test devices and the quality control test results shall be recorded on the ABAcard Reagent Quality Control Form.

Evidence and test observations shall be recorded on the p30/HemaTrace Testing Worksheet, Biological Screening Worksheet, and as necessary, in data notes.

A photocopy or photograph of the test card device at the final reading may be prepared.

## 9    Literature and Supporting Documentation

Gaensslen RE. Sourcebook in Forensic Serology, Immunology, and Biochemistry. US Department of Justice, National Institute of Justice. 1983. Sections 10 and14.

Baechtel SF. Chapter 7. The identification and individualization of semen stains. Richard Saferstein, ed. Forensic Science Handbook, Volume 2. Prentice-hall, Inc. Englewood Cliffs, New Jersey. 1988. pp. 364-366.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: P30 Identification*

*DRN: DNA-04-09*
*Version: 01*
*Page 3 of 3*

Abacus Diagnostics. OneStep ABAcard p30 test for the forensic identification of semen. Product insert. 1999.

Benton KA, Donahue JA, and Valadez M, Jr. Analysis of the ABAcard OneStep PSA test for use in the forensic laboratory. Texas Department of Public Safety Crime Laboratory Service. 1998. Unpublished.

Ulutin HC and Pak Y Prostate specific antigen in the female body: Its role in breast cancer prognosis. Radiation Medicine. 2000. 18(5), pp. 273-276.

Yu H. Clinical implications of prostate-specific antigen in men and women. J Gender-Specific Medicine. 2000. 3(2), pp. 45-48, 53.

Diamandis EP and Yu H. Nonprostatic sources of prostate-specific antigen. Urological Clinics of North America. 1997. 24(2), pp. 275-282.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*    *DRN: DNA-04-09*
*DNA*
*Subject: P30 Identification*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## **Preparer**

*James Nichols*                    Date:____12/02/2009____
  DNA Advisory Board Chair

## **Concurrence**

*Zoë M. Smith*                    Date:____12/02/2009____
  Quality Assurance

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Major revision – Sections 1, 3, 7, 8, and 9 |
| | | Minor revision – Sections 4, 5, and 6 |
| | | Advisory Board 10/29/2009 |

**Standard Operating Procedures**
*DNA*
*Subject: DNA Extraction with Stain Extraction Buffer*

*DRN: DNA-05-01*
*Version: 01*
*Page 1 of 3*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

# DNA EXTRACTION WITH STAIN EXTRACTION BUFFER - ORGANIC

## 1      Scope

The procedure uses stain extraction buffer, along with other reagents to digest and extract DNA from a variety of forensic samples, such as, blood, saliva, hair, tissue, bone, and teeth. Extracts are purified using phenol-chloroform-isoamyl alcohol and followed by dialysis and concentration using membrane filtration devices.

## 2      Safety

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.  Follow instructions for reagent preparation.  Perform phenol-chloroform extractions in a chemical fume hood. Appropriate personal protective equipment must be worn during testing.  Clothing may protect unbroken skin; broken skin must be covered.

## 3      Related Documents

DNA-05-08 Concentration and Purification of DNA with Membrane Filtration Devices

LAB-DNA-07 DNA Extraction Worksheet

## 4      Equipment, Materials, and Reagents

scissors, scalpel, tweezers

pipettors and tips

microcentrifuge tubes, 1.5 mL, or spin basket tube

microcentrifuge

vortex

water bath/dry bath incubator ($56^{o}C$ +/- $1^{o}C$)

sterile toothpicks

sterile tissue pulverizer

Stain Extraction Buffer

Proteinase K

0.39M Dithiothreitol

phenol:chloroform:isoamyl alcohol (v/v 25:24:1)

## 5      Standards and Controls

One reagent blank must be processed for each extraction batch as a negative control.

## 6      Procedure

1.      Prepare the sample and place into a labeled microcentrifuge tube.

Note:   The following are recommended amounts for reference samples.  Evidence samples may be in limited supply. The user should add as much evidentiary sample to the tube as possible, up to the quantities specified below, retaining sufficient sample for replicate analysis if possible.  Always use clean scalpel, scissors, or forceps with each sample.

a)   **Blood samples** *(stains or liquid) – approximately 3 mm$^2$ to 1 cm$^2$ bloodstain or 10 to 50 µL whole blood.*

b)   **Saliva samples** *including but not limited to, oral swabs, filter paper, stamps, envelope flaps, cigarette butts, oral contact swab-approximately 1 cm$^2$ stain, 1 cm strip of paper covering end of cigarette butt, 1/3 of a swab up to one whole swab.*

c)   **Hair samples** *- Approximately 1 cm of root end of hair in one tube and optionally a separate tube for a 1 cm portion of the adjacent shaft of each hair may be used as a control. Hairs should be cleaned in sterile dIH$_2$O prior to extraction.*

d)   **Tissue samples** *- including but not limited to skin, muscle, and body organs.  Approximately 3-5 mm$^2$ should be added to tube.   It is helpful to mince the tissue prior to adding stain extraction buffer.*

e)   **Bone and Teeth samples**

i.   *One tooth or approximately 2 cm$^3$ of bone (preferably flat bone in adults- i.e. pelvis, sternum, ribs).*

ii.   *The exterior surface of each sample should be cleaned thoroughly of all debris.  Bones may be sanded using a Dremel tool to remove debris. Teeth may be cleaned with sterile water and bleach unless there are surface fractures.  In which case, only use sterile water to clean the tooth.*

iii.   *Bone and teeth samples are prepared by crushing them into a fine powder.  This can be achieved by using a hydraulic press with a stainless steel chamber that is cleaned with bleach between each sample, or a tissue pulverizer.*

iv.   *Approximately 0.5 g sample will be placed into each 1.5 mL tube (this may take several tubes).*

f)   **Miscellaneous samples** *including but not limited to, items that may contain trace amounts of DNA, such as shed skin cells, sweat, or other body fluids which may contain sufficient quantities of recoverable DNA. Amounts to be used will be at the analyst's discretion.*

2.   Pipette 0.5 mL Stain Extraction Buffer into a 1.5 mL microcentrifuge tube or spin basket tube containing the sample.

*Alternatively, the reagents may be placed into microcentrifuge tubes prior to samples being added.*

*A pause in the procedure is acceptable at this time.*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: DNA Extraction with Stain Extraction Buffer*

*DRN: DNA-05-01*
*Version: 01*
*Page 3 of 3*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

3. Add 10 µL Proteinase K solution. **If processing hair samples, also add 20 µL 0.39M DTT \*.** Mix gently.

4. Incubate at approximately 56$^o$C for at least 1 hour for known samples. Hair samples must digest for a minimum of 6 hours*.

5. For questioned samples, it is recommended that digestion continue for a minimum of 6 hours. Digestion may be performed overnight, but more than 24 hours is not recommended.

   **\*When processing hair samples, a second digestion using 15 µL Proteinase K solution and 20 µL 0.39M DTT is performed overnight after the initial 6 hour digestion.**

6. After digestion, briefly spin tubes. Remove any substrate with clean forceps or with a sterile toothpick. The substrate may be discarded, or if necessary, placed in a spin basket and spun at 10,000-15,000 x g for 5 minutes. Alternatively, the substrate may be left in the tube and spun at 10,000-15,000 x g for 1 minute to force the substrate to the bottom of the tube.

7. Add 0.5 mL phenol-chloroform-isoamyl alcohol to tube. Cap tube and vortex for approximately 15 seconds until an emulsion forms.

8. Spin in centrifuge for 3 to 5 minutes at 10,000-15,000 x g at room temperature to separate the two phases.

9. If necessary, repeat steps 7 and 8, using the aqueous layer (after it has been transferred to a fresh 1.5 mL centrifuge tube) an additional 2-3 times, until the interface is clean and the aqueous layer is clear.

10. Proceed with cleaning and concentrating the DNA sample using DNA-05-08 Concentration and Purification of DNA with Membrane Filtration Devices.

## 7    Interpretation

None

## 8    Records

The extraction method, samples and control(s) shall be recorded on the DNA Extraction Worksheet.

## 9    Literature and Supporting Documentation

FBI Laboratory. PCR-based typing protocols.

Comey C, et al. DNA Extraction Strategies for Amplified Fragment Length Polymorphism Analysis. J For Sci. 1994. 39. pp. 1254-1269.

*Standard Operating Procedures*                                      *DRN: DNA-05-01*
*DNA*
*Subject: DNA Extraction with Stain Extraction Buffer*

## Preparer

*James Nichols*                                          Date:___12/02/2009___
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                            Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Major revision – Section 6<br><br>Minor revision – Sections 1, 3, and 9<br><br>Advisory Board 10/29/2009 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: DNA Extraction with Digest Buffer*

*DRN: DNA-05-02*
*Version: 01*
*Page 1 of 3*

# DNA EXTRACTION WITH DIGEST BUFFER - ORGANIC

## 1      Scope

The procedure uses digest buffer along with other reagents to digest and extract DNA from a variety of forensic samples, such as blood, saliva, hair, tissue, bone, and teeth.  Extracts are purified using phenol-chloroform-isoamyl alcohol and followed by dialysis and concentration using membrane filtration devices.

## 2      Safety

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.  Follow instructions for reagent preparation.  Perform phenol-chloroform extractions in a chemical fume hood. Appropriate personal protective equipment must be worn during testing.  Clothing may protect unbroken skin; broken skin must be covered.

## 3      Related Documents

DNA-05-08 Concentration and Purification of DNA with Membrane Filtration Devices

LAB-DNA-07 DNA Extraction Worksheet

## 4      Equipment, Materials, and Reagents

scissors, scalpel, tweezers

pipettors and tips

microcentrifuge tubes, 1.5 mL, or  spin basket tubes

microcentrifuge

vortex

water bath/dry bath incubator ($56^{o}C$ +/- $1^{o}C$)

sterile toothpicks

sterile tissue pulverizer

Digest Buffer

Proteinase K

1M DTT

phenol:chloroform:isoamyl alcohol (v/v 25:24:1)

## 5      Standards and Controls

One reagent blank must be processed for each extraction batch as a negative control.

## 6      Procedure

1.      Prepare the sample and place into a labeled microcentrifuge tube.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: DNA Extraction with Digest Buffer*

*DRN: DNA-05-02*
*Version: 01*
*Page 2 of 3*

Note:  The following are recommended amounts for reference samples.  Evidence samples may be in limited supply. The user should add as much evidentiary sample to the tube as possible, up to the quantities specified below, retaining sufficient sample for replicate analysis if possible.  Always use clean scalpel, scissors, or forceps with each sample.

a)  **Blood samples** *(stains or liquid) – approximately 3 $mm^2$ to 1 $cm^2$ bloodstain or 10 to 50 µL whole blood.*

b)  **Saliva samples**- *including but not limited to, oral swabs, filter paper, stamps, envelope flaps, cigarette butts, oral contact swab-approximately 1 $cm^2$ stain (including filter paper, stamps, and envelope flaps), 1 cm strip of paper covering end of cigarette butt, 1/3 of a swab up to one whole swab.*

c)  **Hair samples-** *Approximately 1 cm of root end of hair in one tube and optionally a separate tube for a 1 cm portion of the adjacent shaft of each hair may be used as a control. Hairs should be cleaned in sterile $dIH_2O$ prior to extraction.*

d)  **Tissue samples**- *including but not limited to skin, muscle, and body organs.  Approximately 3-5 $mm^2$ should be added to tube.  It is helpful to mince the tissue prior to adding digest buffer.*

e)  **Bone and Teeth samples**

i.  *One tooth or approximately 2 $cm^3$ of bone (preferably flat bone in adults - i.e.  pelvis, sternum, ribs).*

ii.  *The exterior surface of each sample should be cleaned thoroughly of all debris. Bones may be sanded using a Dremel tool to remove debris. Teeth may be cleaned with sterile water and bleach unless there are surface fractures. In which case, only use sterile water to clean the tooth.*

iii.  *Bone and teeth samples are prepared by crushing them into a fine powder.  This can be achieved by using a hydraulic press with a stainless steel chamber that is cleaned with bleach between each sample, or a tissue pulverizer.*

iv.  *Approximately 0.5 g sample will be placed into each 1.5 mL tube (this may take several tubes).*

f)  **Miscellaneous**- *including but not limited to items containing shed skin cells, sweat or other body fluids that may contain sufficient quantities of recoverable DNA. Amounts to be used will be at the analyst's discretion.*

2.  Pipette 0.5 mL Digest Buffer into a 1.5 mL microcentrifuge tube or spin basket tube containing the sample.

*Alternatively, Digest Buffer may be placed into microcentrifuge tubes prior to samples being added.*

*A pause in the procedure is acceptable at this point.*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: DNA Extraction with Digest Buffer*

*DRN: DNA-05-02*
*Version: 01*
*Page 3 of 3*

3.  Add 15 µL Proteinase K solution. **If processing hair samples also add 20 µL 1M DTT***. Mix gently.

4.  Incubate at approximately 56°C for at least 1 hour for known samples. Hair samples must digest for a minimum of 6 hours*.

5.  For questioned samples, it is recommended that digestion continue for a minimum of 6 hours. Digestion may be performed overnight, but more than 24 hours is not recommended.

    **\*When processing hair samples, a second digestion using 15 µL Proteinase K solution and 20 µL 1 M DTT is performed overnight after the initial 6 hour digestion.**

6.  After digestion, briefly spin tubes. Remove any substrate with clean forceps or with a sterile toothpick. The substrate may be discarded, or if necessary, placed in a spin basket and spun at 10,000-15,000 x g for 5 minutes. Alternatively, the substrate may be left in the tube and spun at 10,000-15,000 x g for 1 minute to force the substrate to the bottom of the tube.

7.  Add 0.5 mL phenol-chloroform-isoamyl alcohol to tube. Cap tube and vortex for approximately 15 seconds until an emulsion forms.

8.  Spin in centrifuge for 3 to 5 minutes at 10,000-15,000 x g at room temperature to separate the two phases.

9.  If necessary, repeat steps 7 and 8, using the aqueous layer (after it has been transferred to a fresh 1.5 mL centrifuge tube) an additional 2-3 times, until the interface is clean and the aqueous layer is clear.

10. Proceed with cleaning and concentrating the DNA sample using DNA-05-08 Concentration and Purification of DNA with Membrane Filtration Devices.

## 7    Interpretation

None

## 8    Records

The extraction method, samples, and control(s) shall be recorded on the DNA Extraction Worksheet.

## 9    Literature and Supporting Documentation

Amplitype® User Guide, Version 2, Perkin Elmer 1993.

Sweet D and Hildebrand D. Recovery of DNA from human teeth by cryogenic grinding. J For Sci. 1998. 43(6), pp. 1199-1202

**Standard Operating Procedures**     *DRN: DNA-05-02*
*DNA*
*Subject: DNA Extraction with Digest Buffer*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## Preparer

*James Nichols*                                    Date:____12/02/2009____
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                     Date:____12/02/2009____
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Minor revision – Sections 1, 3, 6, and 9 <br><br> Advisory Board 10/29/2009 |

*Standard Operating Procedures*
*DNA*
*Subject: DNA Extraction with Chelex*

*DRN: DNA-05-03*
*Version: 01*
*Page 1 of 5*

# DNA EXTRACTION WITH CHELEX

## 1      Scope

The procedure uses Chelex 100 chelating resin to extract DNA from forensic samples such as blood, saliva, and hair.  The Chelex method of DNA extraction is rapid and may involve fewer steps than organic methods.  This method produces single-stranded DNA that is suitable for PCR amplification.

The Chelex extraction consists of boiling the sample in a solution containing minute beads of the Chelex chemical.  The boiling breaks open the evidentiary cells, releasing the DNA, and the Chelex binds up most other extraneous materials in the evidentiary sample that might interfere in subsequent analysis.

## 2      Safety

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.  Follow instructions for reagent preparation.  Appropriate personal protective equipment must be worn during testing.  Clothing may protect unbroken skin; broken skin must be covered.

## 3      Related Documents

DNA-05-08 Concentration and Purification of DNA with Membrane Filtration Devices

LAB-DNA-07 DNA Extraction Worksheet

## 4      Equipment, Materials, and Reagents

scissors, scalpel, tweezers

microcentrifuge tubes, 1.5 mL, or spin basket tubes

microcentrifuge

vortex

water bath/dry bath incubator ($56^{o}C$ +/- $1^{o}C$)

sterile toothpicks

sterile tissue pulverizer

microtube rack, i.e. floating rack with lid clamp

large bore pipette tips

pipettors and tips

boiling water bath

hot plate

magnetic stir plate

Boileezers

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Uncontrolled Printed Copy

**Standard Operating Procedures**
DNA
Subject: DNA Extraction with Chelex

DRN: DNA-05-03
Version: 01
Page 2 of 5

1L beaker

5% Chelex

sterile $dIH_2O$

Proteinase K

TE buffer

## 5    Standards and Controls

One reagent blank must be processed for each extraction batch as a negative control.

## 6    Procedure

### 6.1    Blood samples - stains or liquid

1.    Add 3 µL of whole blood or add a bloodstain approximately 3 $mm^2$ to a labeled 1.5 mL microcentrifuge tube.

2.    Add 1 mL sterile $dIH_2O$ or TE to the tube.   Vortex tubes briefly.

*Alternatively, $dIH_2O$ or TE may be placed into microcentrifuge tubes prior to samples being added.*

3.    Incubate at room temperature 15 to 30 minutes.  Vortex tubes for approximately 5 seconds.

4.    Spin in microcentrifuge for 2 to 3 minutes at 10,000-15,000 x g.

5.    Without disturbing the pellet, carefully remove and discard the supernatant, leaving enough behind to cover the pellet without disturbing it.  If the sample is a bloodstain, leave the fabric substrate in the tube with the pellet.  Steps 2-5 may be repeated to remove excess heme.

6.    Add 200 µL 5% Chelex using a large bore pipet tip.

7.    Incubate at approximately $56^oC$ for 30 minutes to 2 hours.

8.    Vortex tubes for 5 to 10 seconds.

9.    Incubate in a boiling water bath for 8 minutes.

10.    Vortex tubes for 5 to 10 seconds.

11.    Spin in a microcentrifuge for 2 to 3 minutes at 10,000-15,000 x g.

12.    Store extracts at $2\text{-}8^oC$ or frozen. Prior to reuse of these samples repeat steps 10 and 11.

### 6.2    Hair samples

1.    Hairs should be cleaned in sterile $dIH_2O$ prior to extraction.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Uncontrolled Printed Copy

*Standard Operating Procedures*
*DNA*
*Subject: DNA Extraction with Chelex*

*DRN: DNA-05-03*
*Version: 01*
*Page 3 of 5*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

2.    Cut approximately 1 cm portion from the root end of the hair and place into a labeled 1.5 mL microcentrifuge tube.  Optional: In a separate labeled tube, add approximately 1 cm of the shaft adjacent to the root of each hair as a control.

3.    To each tube, add 200 µL 5% Chelex using a large bore pipet tip and 2 µL Proteinase K.

*Alternatively, 5% Chelex may be placed into microcentrifuge tubes prior to samples being added.*

4.    Incubate at approximately 56$^{o}$C (at least 6 to 8 hours) or overnight.

5.    Vortex tubes for 5 to 10 seconds.

6.    Incubate in a boiling water bath for 8 minutes.  Check that the hair root is completely immersed in the Chelex solution before boiling.

7.    Vortex tubes for 5 to 10 seconds.

8.    Spin in a microcentrifuge for 2 to 3 minutes at 10,000-15,000 x g.

9.    Store extracts at 2-8$^{o}$C or frozen. Prior to reuse of these samples repeat steps 7 and 8.

### 6.3    Saliva - swabs, filter paper, gauze

1.    Cut approximately 3 mm$^2$ portion of the sample, or dissect into sections, and place into a labeled 1.5 mL microcentrifuge tube.

(steps 2 - 6 are optional)

2.    Add 1 mL sterile dIH$_2$O or TE to tube with sample.

3.    Incubate at room temperature for 15 to 30 minutes.

4.    Twirl the swab with a sterile toothpick for at least 2 minutes to agitate the cells off the substrate.  Remove the swab and toothpick.

5.    Spin in a microcentrifuge for approximately 2 minutes at 10,000-15,000 x g.

6.    Without disturbing the pellet, remove and discard all but ~50 µL of the supernatant.  Re-suspend the pellet in the remaining 50 µL by stirring-a sterile pipet tip may be used.

7.    Add 200 µL 5% Chelex using a large bore pipet tip.  Vortex tubes for approximately 10 seconds.

*Alternatively, 5% Chelex may be placed into microcentrifuge tubes prior to samples being added.*

8.    Incubate at approximately 56$^{o}$C for 30 minutes to 2 hours.  Vortex tubes for approximately 10 seconds.

9.    Incubate in a boiling water bath for 8 minutes.

10.    Vortex tubes for approximately 10 seconds.

**Standard Operating Procedures**
*DNA*
*Subject: DNA Extraction with Chelex*

*DRN: DNA-05-03*
*Version: 01*
*Page 4 of 5*

11. Spin in a microcentrifuge at 10,000-15,000 x g for 2 to 3 minutes.

12. Store extracts at 2-8$^o$C or frozen.  Prior to reuse of these samples repeat steps 10 and 11.

### 6.4 Saliva - cigarette butts

1. Using a sterile scalpel blade or scissors, slice an approximately 5 mm wide strip from the paper covering the cigarette butt in the area which would have been in contact with the mouth.

2. Pull paper slice from cigarette butt, cut into smaller pieces, and put pieces into a labeled 1.5 mL microcentrifuge tube.

3. Add 1 mL 5% Chelex to tube using a large bore pipet tip.  Vortex for approximately 30 seconds.

*Alternatively, 5% Chelex may be placed into microcentrifuge tubes prior to samples being added.*

4. Incubate at approximately 56°C for 30 minutes to 2 hours.

5. Vortex tubes for approximately 30 seconds.

6. Incubate in a boiling water bath for 8 minutes.

7. Vortex tubes for approximately 30 seconds.

8. Spin tubes in a microcentrifuge at 10,000-15,000 x g for 30 seconds.

9. Store extracts at 2-8$^o$C or frozen. Prior to reuse of these samples repeat steps 7 and 8.

### 6.5 Saliva - envelope flaps and stamps

1. Carefully slit open envelope flap with a sterile scalpel blade or carefully remove stamp from the envelope with a sterile scalpel blade.

2. Add 50 µL sterile dIH$_2$O onto a 1 cm$^2$ area of gummed flap or stamp.  Pipet water up and down on this area a few times and transfer fluid to a labeled 1.5 mL microcentrifuge tube.

3. Repeat step 2 for two additional 1 cm$^2$ areas adjacent to area of first extraction. Add each extract to tube containing first extract. Go to step 5.

4. Alternatively, cut a portion of the gummed flap or stamp and place into a labeled 1.5 mL microcentrifuge tube.

5. Add 450 µL 5% Chelex to the pooled extracts using a large bore pipet tip.

*Alternatively, 5% Chelex may be placed into microcentrifuge tubes prior to pooled extracts being added.*

6. Repeat steps 2 through 3 for adjacent 3 cm$^2$ areas if necessary to consume sufficient sample area for testing.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
DNA
Subject: DNA Extraction with Chelex

DRN: DNA-05-03
Version: 01
Page 5 of 5

7. Add 30 µL Proteinase K to each tube. Vortex tubes for approximately 2 seconds.

8. Incubate at approximately $56^o$C for approximately 90 minutes.

9. Vortex tubes for approximately 10 seconds.

10. Incubate samples in a boiling water bath for 8 minutes.

11. Vortex tubes for approximately 10 seconds.

12. Spin in a microcentrifuge at 10,000-15,000 x g for 2-3 minutes.

13. Store extracts at 2-8$^o$C or frozen. Prior to reuse of these samples repeat steps 11 and 12.

## 7      Interpretation

DNA-05-08 Concentration and Purification of DNA with Membrane Filtration Devices may be used to concentrate and clean the DNA sample.

## 8      Records

The extraction method, samples and control(s) shall be recorded on the DNA Extraction Worksheet.

## 9      Literature and Supporting Documentation

PE Applied Biosytems Amp*Fl*STR ProfilerPlus PCR Amplification Kit User's Manual.

Walsh, Sean P, Metzger, David, Higuchi, and Russell. Chelex 100 as a Medium for Simple Extraction of DNA for PCR-Based Typing from Forensic Material. BioTechniques. 1991. 10(4).

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: DNA Extraction with Chelex*

*DRN: DNA-05-03*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## Preparer

*James Nichols*                                           Date:___12/02/2009___
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                           Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Minor revision – Title, Sections 1, 3, 4, 6, 7, and 9<br><br>Advisory Board 10/29/2009 |

Effective Date: 01/11/2010

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: Differential Extraction with TNE*

*DRN: DNA-05-04*
*Version: 02*
*Page 1 of 4*

# DIFFERENTIAL EXTRACTION WITH TNE

## 1    Scope

This method of DNA extraction is appropriate for use on stains or swabs mixed with or originating from seminal fluid containing spermatozoa.  The differential lysis procedure separates the stain components into a sperm fraction and a non-sperm (epithelial cell) fraction.  The DNA fraction extracts are either purified using phenol-chloroform-isoamyl alcohol followed by dialysis and concentration using membrane filtration devices or using QIAamp.

## 2    Safety

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.  Follow instructions for reagent preparation.  Perform phenol-chloroform extractions in a chemical fume hood.  Appropriate personal protective equipment must be worn during testing.  Clothing may protect unbroken skin; broken skin must be covered.

## 3    Related Documents

DNA-04-08 Spermatozoa Examination

DNA-05-07 DNA Extraction/Purification with QIAamp

DNA-05-08 Concentration and Purification of DNA with Membrane Filtration Devices

LAB-DNA-07 DNA Extraction Worksheet

## 4    Equipment, Materials, and Reagents

scissors, scalpel, tweezers

pipettors and tips

microcentrifuge tubes, 1.5 mL, or spin basket tubes

microcentrifuge

vortex

water bath/dry bath incubator ($37^{o}C$ +/- $1^{o}C$)

microscope slides

microscope

sterile toothpicks

nuclear fast red (NFR)

picroindigocarmine (PIC)

Tris/NaCl/EDTA (TNE)

20% Sarcosyl

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: Differential Extraction with TNE*

*DRN: DNA-05-04*
*Version: 02*
*Page 2 of 4*

Proteinase K

0.39 M DTT

phenol:chloroform:isoamyl alcohol (v/v 25:24:1)

Digest buffer

sterile dIH$_2$O

## 5 Standards and Controls

One reagent blank must be processed for each extraction batch as a negative control.

## 6 Procedure

### 6.1 Differential Cell Lysis

1. Swabs should be dissected into pieces of appropriate size and placed into a labeled 1.5 mL microcentrifuge tube.

   a) *¼ to a whole swab*

   b) *0.1 - 0.5 cm$^2$ dried stain*

2. Add the following reagents to the sample:

   400 µL Tris/NaCl/EDTA (TNE)

   25 µL 20% Sarcosyl

   75 µL sterile dIH$_2$O

   5 µL Proteinase K

   505 µL total volume

3. Mix tube contents and incubate at approximately 37$^o$C for at least 2 hours. Ultrasonic agitation for no more than 10 minutes or vortexing may aid in recovery of cellular material.

4. After digestion, briefly spin tubes. Remove any substrate with clean forceps or with a sterile toothpick while retaining as much liquid as possible in the tube. The substrate may be discarded, or if necessary, placed in a spin basket.

5. Centrifuge for 5 minutes at 10,000-15,000 x g.

6. Transfer the supernatant fluid (epithelial cell DNA) to a new labeled 1.5 mL microcentrifuge tube.

Note: Take care not to pipet too near the cell debris in the bottom of the tube to avoid pulling up sperm cells and insure a cleaner epithelial cell fraction.

**A pause in the procedure for this sample is acceptable at this point.**

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Differential Extraction with TNE*

*DRN: DNA-05-04*
*Version: 02*
*Page 3 of 4*

Note: The epithelial cell DNA fraction can be spun an additional time to remove any sperm heads or particles that may not have pelleted during the first spin. Centrifuge supernatant for an additional 5 minutes at 10,000-15,000 x g. A pellet may be visible on the bottom of the tube. Carefully remove liquid and place in the epithelial cell 1.5 mL microcentrifuge tube from step 6 above. The residual pellet from this step may be combined with the pellet from the first centrifugation step.

### 6.2    Sperm Cell Fraction

1.    Resuspend sperm pellet in TNE, digest buffer, or sterile $dIH_2O$. Vortex and centrifuge for 5 minutes at 10,000-15,000 x g. Carefully remove the supernatant and discard. This wash process may be repeated three to five times.

2.    Resuspend sperm pellet in 160 µL TNE. Aliquot 10 µL on microscope slide. Fix slide and stain with NFR/PIC (Christmas tree stain) and examine and record number of spermatozoa per field or the total per slide.

3.    If undigested epithelial cells are present, it may be necessary to repeat the Differential Cell Lysis steps for no more than 45 minutes.

4.    To the sperm pellet resuspended in TNE add:

50 µL 20% Sarcosyl

40 µL 0.39 M DTT

150 µL sterile water

10 µL Proteinase K

400 µL total volume

5.    Mix tube contents and incubate at approximately $37^{o}C$ for at least 2 hours. Samples may be incubated overnight.

6.    Purification of DNA in the sperm and epithelial fraction can be accomplished by utilizing phenol-chloroform-isoamyl alcohol described below or QIAamp spin columns (DNA-05-07 DNA Extraction/Purification with QIAamp).

### 6.3    Phenol-Chloroform-Isoamyl Alcohol Clean-Up of Epithelial and Sperm Cell Fractions

1.    After digestion, briefly spin tubes.

2.    Add 0.5 mL phenol-chloroform-isoamyl alcohol to tube. Cap tube and vortex for approximately 15 seconds until an emulsion forms.

3.    Spin in centrifuge for 5 minutes at 10,000-15,000 x g at room temperature to separate the two phases.

4.    If necessary, repeat steps 2 and 3, using the aqueous layer (after it has been transferred to a fresh 1.5 mL centrifuge tube) an additional 2-3 times, until the interface is clean and the aqueous layer is clear.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

5.    Proceed with cleaning and concentrating the DNA sample using DNA-05-08 Concentration and Purification of DNA with Membrane Filtration Devices.

## 7    Interpretation

None

## 8    Records

The extraction method, samples, and control(s) shall be recorded on the DNA Extraction Worksheet (LAB-DNA-07).

For sperm fractions, the number of spermatozoa per field shall be recorded on the DNA Extraction Worksheet (LAB-DNA-07).

## 9    Literature and Supporting Documentation

Laber TL, O'Connor JM, Iverson JT, Liberty JA, and Bergman DL. Validation of Four Deoxyribonucleic Acid (DNA) Extraction Protocols for DNA Yield and Variation in Restriction Fragment Length Polymorphism (RFLP) Sizes Under Varying Gel Conditions. J For Sci. 1992. 37(2), pp. 404-424.

Von Beroldingen CH, Blake ET, Higuchi R, Sensabaugh GF, and Erlich HA. Applications of PCR to the Analysis of Biological Evidence. Erlich H, ed. PCR Technology: Principles and Applications for DNA Amplification. Stockton Press. New York. 1989. pp. 209-223.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*                                    *DRN: DNA-05-04*
*DNA*
*Subject: Differential Extraction with TNE*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

### Preparer

*James Nichols*                                        Date:   12/02/2009
DNA Advisory Board Chair

### Concurrence

*Zoë M. Smith*                                        Date:   12/21/2009
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Minor revision – Sections 4, 6.2, and 8<br><br>Advisory Board 02/28/2008 |
| 02 | 01/11/2010 | Major revision – Section 1<br><br>Minor revision – Sections 3, 6.2, 6.3, and 9<br><br>Advisory Board 10/29/2009 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

# DIFFERENTIAL EXTRACTION WITH DIGEST BUFFER

## 1      Scope

This method of DNA extraction is appropriate for use on stains or swabs mixed with or originating from seminal fluid containing spermatozoa.  The differential lysis procedure separates the stain components into a sperm fraction and a non-sperm (epithelial cell) fraction.  The DNA fraction extracts are either purified using phenol-chloroform-isoamyl alcohol followed by dialysis and concentration using membrane filtration or using QIAamp.

## 2      Safety

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.  Follow instructions for reagent preparation.  Perform phenol-chloroform extractions in a chemical fume hood.  Appropriate personal protective equipment must be worn during testing.  Clothing may protect unbroken skin; broken skin must be covered.

## 3      Related Documents

DNA-04-08 Spermatozoa Examination

DNA-05-07 DNA Extraction/Purification with QIAamp

DNA-05-08 Concentration and Purification of DNA with Membrane Filtration Devices

LAB-DNA-07 DNA Extraction Worksheet

## 4      Equipment, Materials, and Reagents

scissors, scalpel, tweezers

pipettors and tips

microcentrifuge tubes, 1.5 mL, 2.0 mL, or spin basket tubes

microcentrifuge

vortex

water baths/ovens/dry bath incubators ($56^{o}C$ +/- $1^{o}C$)

sonicator

sterile toothpicks

nuclear fast red (NFR)

picroindigocarmine (PIC)

Digest Buffer

Proteinase K

1M DTT

sterile dIH$_2$O

TE buffer

phenol:chloroform:isoamyl alcohol (v/v 25:24:1)

## 5        Standards and Controls

One reagent blank must be processed for each extraction batch as a negative control.

## 6        Procedure

### 6.1    Body Fluid Extraction

1.  Swabs should be dissected into pieces of appropriate size and placed into a labeled microcentrifuge tube.  Sections which are not to be analyzed immediately should be stored frozen.

    a)    *¼ to a whole swab*

    b)    *0.1 - 0.5 $cm^2$ dried stain*

2.  Suspend the swab or stain in 1 mL sterile TE or sterile $dIH_2O$.  Incubate at room temperature for at least 30 minutes. Ultrasonic agitation for no more than 10 minutes or vortexing may aid in recovery of cellular material.

    *Alternatively, TE may be placed into microcentrifuge tubes prior to samples being added.*

3.  Twirl the swab or fabric with a sterile toothpick for at least 2 minutes to agitate the cells off of the substrate.

4.  Remove the swab or fabric and toothpick.  It is advisable to retain the substrate until microscopic analysis shows that the supernatant contains spermatozoa. Store swab or fabric in a tube.  If spermatozoa are not visible microscopically, re-extract substrate more vigorously.

5.  Centrifuge the sample for 1 minute at 10,000-15,000 x g.

6.  Without disturbing the pellet, remove and discard all but approximately 50 µL (or twice the volume of the pellet, whichever is greater) of the supernatant using a disposable pipette and discard.  Resuspend the pellet in the remaining 50 µL by stirring it with a pipette tip.  *Note:  This pellet contains epithelial cells and sperm cells and is called the cell debris pellet.*

7.  Remove 3 µL of the resuspended sample using a sterile pipette tip and spot on a glass microscope slide for examination using NFR/PIC (Christmas tree) stain.  If epithelial cells are detected, record the number of epithelial cells per field on the DNA extraction worksheet and proceed with the differential cell lysis.  If no epithelial cells are observed, the differential cell lysis procedure may be skipped and proceed with sperm cell lysis.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

### 6.2    Differential Cell Lysis

1.    To the approximately 50 µL resuspended cell debris pellet, add 0.5 mL digest buffer.  Add 15 µL Proteinase K.  Mix gently.  Incubate at approximately 56°C for at least 1 hour to lyse epithelial cells, but for no more than two hours, to reduce lysis of sperm.

2.    Spin the sample in a microcentrifuge for 5 minutes at 10,000-15,000 x g.  Using a 1 mL pipette tip, remove the supernatant to a new microcentrifuge tube to proceed with epithelial DNA isolation.

Note: Take care not to pipet too near the cell debris in the bottom of the tube to avoid pulling up sperm cells and insure a cleaner epithelial cell fraction.

### 6.3    Sperm Cell Fraction

1.    Wash the pellet as follows: Resuspend the pellet in 0.5 mL digest buffer by vortexing briefly.  Spin the sample in a microcentrifuge for 5 minutes at 10,000-15,000 x g.  Using a sterile pipette tip, remove all but approximately 50 µL of the supernatant and discard.

2.    Repeat wash step 1 an additional 1 to 2 times.  *Note: Additional wash steps are recommended when the ratio of sperm to epithelial cells is low.*

3.    Resuspend the pellet in 0.5 mL sterile dIH$_2$O by vortexing briefly.  Spin the sample in a microcentrifuge for 5 minutes at 10,000-15,000 x g.  Using a sterile pipette tip, remove and discard all but approximately 50 µL of the supernatant. Resuspend the pellet in the remaining 50 µL by stirring it with a sterile pipette tip.

4.    Remove 3 µL of the resuspended sample using a sterile disposable pipette tip and spot on a glass microscope slide for examination using NFR/PIC (Christmas tree) stain.  Verify the digestion of the epithelial cells and recovery of spermatozoa.  Record the number of spermatozoa per field on the DNA extraction worksheet. If undigested epithelial cells are present, it may be necessary to repeat the Differential Cell Lysis steps for no more than 45 minutes. At the end of the second non-sperm cell lysis, centrifuge at 10,000-15,000 x g and discard supernatant. Continue with step 1.

5.    Add 0.5 mL digest buffer to the approximately 50 µL resuspended sperm cell pellet.  Add 20 µL 1M DTT and 15 µL Proteinase K.  Incubate at 56°C for at least 1 hour.  Note:  It is recommended that digestion continue for a minimum of 6 hours.  It is appropriate at this point to allow samples to incubate overnight.

6.    Purification of DNA in the sperm and epithelial fraction can be accomplished by utilizing phenol-chloroform-isoamyl alcohol described below or QIAamp spin columns (DNA-05-07 DNA Extraction/Purification with QIAamp).

### 6.4    Phenol-Chloroform-Isoamyl Alcohol Clean-Up of Epithelial and Sperm Cell Fractions

1.    Add 0.5 mL phenol-chloroform-isoamyl alcohol to tube. Cap tube and vortex approximately 15 seconds until an emulsion forms.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

2. Spin in centrifuge for 3-5 minutes at 10,000-15,000 x g to separate the two phases.

3. If necessary, repeat steps 2 and 3, using the aqueous layer (after it has been transferred to a fresh centrifuge tube) an additional 2-3 times, until the interface is clean and the aqueous layer is clear.

4. Proceed with cleaning and concentrating the DNA sample using DNA-05-08 Concentration and Purification of DNA with Membrane Filtration Devices.

## 7   Interpretation

None

## 8   Records

The extraction method, samples, and control(s) shall be recorded on the DNA Extraction Worksheet.

For epithelial cell fractions, the number of epithelial cells per field shall be recorded on the DNA Extraction Worksheet.

For sperm fractions, the number of spermatozoa per field shall be recorded on the DNA Extraction Worksheet.

## 9   Literature and Supporting Documentation

Von Beroldingen CH, Blake ET, Higuchi R, Sensabaugh GF, and Erlich HA. Applications of PCR to the Analysis of Biological Evidence. Erlich H, ed. PCR Technology: Principles and Applications for DNA Amplification. Stockton Press. New York. 1989. pp. 209-223.

Greenspoon SA, Scarpetta MA, Drayton ML, and Turek SA. QIAamp Spin Columns as a Method of DNA Isolation for Forensic Casework. J For Sci. 1998. 43(5), pp. 1024-1030.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*  DRN: DNA-05-05
*DNA*
*Subject: Differential Extraction with Digest Buffer*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## Preparer

*James Nichols*                            Date:____12/02/2009____
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                            Date:____12/21/2009____
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Minor revision – Section 6.3 <br><br> Advisory Board 02/28/2008 |
| 02 | 01/11/2010 | Major revision – Section 1 <br><br> Minor revision – Sections 3, 6.3, 6.4, and 9 <br><br> Advisory Board 10/29/2009 |

**Standard Operating Procedures**
*DNA*
*Subject: Differential Extraction with Chelex*

*DRN: DNA-05-06*
*Version: 01*
*Page 1 of 4*

# DIFFERENTIAL EXTRACTION WITH CHELEX

## 1    Scope

This method of DNA extraction is appropriate for use on stains or swabs mixed with or originating from seminal fluid containing spermatozoa.  The differential lysis procedure separates the stain components into a sperm fraction and a non-sperm (epithelial cell) fraction.

## 2    Safety

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.  Follow instructions for reagent preparation.  Appropriate personal protective equipment must be worn during testing.  Clothing may protect unbroken skin; broken skin must be covered.

## 3    Related Documents

DNA-04-08 Spermatozoa Examination

DNA-05-08 Concentration and Purification of DNA with Membrane Filtration Devices

LAB-DNA-07 DNA Extraction Worksheet

## 4    Equipment, Materials, and Reagents

scissors, scalpel, tweezers

pipettors and tips

microcentrifuge tubes, 1.5 mL

microcentrifuge

vortex

sonicator

water baths/dry bath incubators (56$^{o}$C +/- 1$^{o}$C)

boiling water bath

sterile toothpicks

microscope slides

nuclear fast red (NFR)

picroindigocarmine (PIC)

TE buffer

Proteinase K

1M DTT

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Uncontrolled Printed Copy

5% and 20% Chelex

## 5        Standards and Controls

One reagent blank must be processed for each extraction batch as a negative control.

## 6        Procedure

1.    Swabs should be dissected into pieces of appropriate size and placed into a labeled 1.5 mL microcentrifuge tube.  Use a clean cutting surface for each sample.

    a)    *¼ to a whole swab*

    b)    *0.1 - 0.5 cm$^2$ dried stain*

2.    Suspend the swab or stain in 1 mL sterile TE or sterile dIH$_2$O in a 1.5 mL microcentrifuge tube.  Incubate at room temperature for at least 30 minutes. Ultrasonic agitation or vortexing for a short period of time may aid in recovery of cellular material.

    *Alternatively, TE or sterile dIH$_2$O may be placed into microcentrifuge tubes prior to samples being added.*

3.    Twirl the swab or fabric with a sterile toothpick for at least 2 minutes to agitate the cells off of the substrate.

4.    Remove the swab or fabric and toothpick.  It is advisable to retain the substrate until microscopic analysis shows that the supernatant contains spermatozoa. Store swab or fabric in a tube.  If spermatozoa are not visible microscopically, re-extract substrate more vigorously.

5.    Centrifuge the sample for 1 minute at 10,000-15,000 x g.

6.    Without disturbing the pellet, remove and discard all but approximately 50 µL (or twice the volume of the pellet, whichever is greater) of the supernatant using a disposable pipette and discard.  Resuspend the pellet in the remaining 50 µL by stirring it with a pipette tip.  *Note:  This pellet contains epithelial cells and sperm cells and is called the cell debris pellet.*

7.    Remove 3 µL of the resuspended sample using a sterile disposable pipette tip and spot on a glass microscope slide for examination using NFR/PIC (Christmas tree) stain.  If epithelial cells are detected, record the number of epithelial cells per field on the DNA Extraction Worksheet and proceed with the differential cell lysis.  If no epithelial cells are observed, the differential cell lysis procedure may be skipped and proceed with sperm cell lysis.

## 6.2    Differential Cell Lysis

1.    To the approximately 50 µL resuspended cell debris pellet, add TE to a volume of 200 µL.  Add 2 µL Proteinase K.  Mix gently.  Incubate at approximately 56$^\circ$C for at least 1 hour to lyse epithelial cells, but for no more than two hours, to reduce lysis of sperm.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

2. Centrifuge the sample for 5 minutes at 10,000-15,000 x g. Add 150 µL of the supernatant to 50 µL 20% Chelex. This is the epithelial cell fraction.

Note: Take care not to pipet too near the cell debris in the bottom of the tube to avoid pulling up sperm cells and insure a cleaner epithelial cell fraction.

### 6.3    Sperm Cell Fraction

1. Wash the pellet as follows: Resuspend the pellet in 0.5 mL digest buffer by vortexing briefly. Spin the sample in a microcentrifuge for 5 minutes at 10,000-15,000 x g. Using a sterile pipette tip, remove all but approximately 50 µL of the supernatant and discard.

2. Repeat the wash step an additional 1 to 2 times. *Note: Additional wash steps are recommended when the ratio of sperm to epithelial cells is low.*

3. Resuspend the pellet in 0.5 mL sterile $dIH_2O$ by vortexing briefly. Spin the sample in a microcentrifuge for 5 minutes at 10,000-15,000 x g. Using a sterile pipette tip, remove and discard all but approximately 50 µL of the supernatant. Resuspend the pellet in the remaining 50 µL by stirring it with a sterile pipette tip.

4. Remove 3 µL of the resuspended sample using a sterile disposable pipette tip and spot on a glass microscope slide for examination using NFR/PIC (Christmas tree) stain. Verify the digestion of the epithelial cells and recovery of spermatozoa. Record the number of spermatozoa per field on the DNA extraction worksheet.

5. Add 150 µL 5% Chelex to the approximately 50 µL resuspended sperm cell pellet. Add 7 µL 1M DTT and 2 µL Proteinase K solution. Mix gently. Incubate at approximately $56^{o}C$ for 2 hours.

### 6.4    Sperm Cell and Epithelial Cell Fraction Clean-Up

1. Vortex tubes (sperm and epithelial cell samples) at high speed for 5-10 seconds.

2. Centrifuge for 10-20 seconds at 10,000-15,000 x g.

3. Incubate samples in a boiling water bath for 8 minutes.

4. Vortex tubes at high speed for 5-10 seconds.

5. Centrifuge for 2-3 minutes at 10,000-15,000 x g.

6. Store the samples at $2-8^{o}C$ or frozen.

7. Prior to reuse of the samples, repeat steps 5 and 6.

## 7    Interpretation

Concentration and cleaning of the DNA sample may be performed using DNA-05-08 Concentration and Purification of DNA with Membrane Filtration Devices.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Differential Extraction with Chelex*

*DRN: DNA-05-06*
*Version: 01*
*Page 4 of 4*

## 8      Records

The extraction method, samples, and control(s) shall be recorded on the DNA Extraction Worksheet.

For epithelial cell fractions, the number of epithelial cells per field shall be recorded on the DNA Extraction Worksheet.

For sperm fractions, the number of spermatozoa per field shall be recorded on the DNA Extraction Worksheet.

## 9      Literature and Supporting Documentation

Walsh PS, Metzger DA, and Higuchi R. Chelex 100 as a Medium for Simple Extraction of DNA for PCR-Based Typing from Forensic Material. BioTechniques. 1991. 10(4), pp. 506-513.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Differential Extraction with Chelex*

*DRN: DNA-05-06*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

### Preparer

*James Nichols*                                      Date:____12/02/2009____
DNA Advisory Board Chair

### Concurrence

*Zoë M. Smith*                                       Date:____12/02/2009____
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Minor revision – Title, Sections 3, 4, 6.2, 6.3, 7, and 9<br><br>Advisory Board 10/29/2009 |

Effective Date: 01/11/2010

Uncontrolled Printed Copy

*Standard Operating Procedures*
*DNA*
*Subject: DNA Extraction/Purification with QIAamp*

*DRN: DNA-05-07*
*Version: 03*
*Page 1 of 5*

# DNA EXTRACTION/PURIFICATION WITH QIAAMP

## 1      Scope

This procedure uses the QIAamp DNA Mini Kit to produce a single extract of all nucleic acids from a dried body fluid stain or swab.

The QIAamp silica-gel membrane has an affinity for nucleic acids under certain buffer and temperature conditions.  The membrane is supported in a microcentrifuge tube, which simplifies handling. A body fluid extract is centrifuged through the membrane.  The adsorbed nucleic acids are washed and then eluted. DNA purified using QIAamp ranges in size up to 50 kb, with fragments of approximately 20–30 kb predominating.

This procedure may also be used to remove suspected PCR inhibitors or purify the DNA sample following other extraction or isolation procedures.

## 2      Safety

Buffers AL and AW1 are irritants and are incompatible with bleach. Buffer AW2 contains sodium azide, which is highly toxic and may react explosively with lead and copper drainpipes. Ethanol is an irritant and is flammable. Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling.  Appropriate personal protective equipment must be worn during reagent preparation and use. Clothing may protect unbroken skin; broken skin must be covered.

## 3      Related Documents

DNA-05-04 Differential Extraction with TNE

DNA-05-05 Differential Extraction with Digest Buffer

DNA-05-08 Concentration and Purification of DNA with Membrane Filtration Devices

LAB-DNA-07 DNA Extraction Worksheet

## 4      Equipment, Materials, and Reagents

scissors, scalpel, tweezers

pipettors and tips

microcentrifuge tubes, 1.5 mL or spin basket tubes

spin baskets

microcentrifuge

vortex

water baths/ovens/dry bath incubators ($56^{o}$C +/- $1^{o}$C and $70^{o}$C +/- $1^{o}$C)

QIAamp® DNA Mini Kit, QIAGEN catalog number 51304, 51306, or 51308 for 50, 250, and 1000 preparations respectively. Contains the following:

   QIAamp® spin columns and 2-mL collection tubes

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: DNA Extraction/Purification with QIAamp*

*DRN: DNA-05-07*
*Version: 03*
*Page 2 of 5*

Buffer AL

Buffer ATL

Buffer AW1 concentrate

Buffer AW2 concentrate

Buffer AE (10 mM Tris·HCl, 0.5 mM EDTA, pH 9.0)

Proteinase K (20 mg/mL)

1 M DTT

ethanol, denatured

For hair extraction only:

Stain Extraction Buffer

## 5      Standards and Controls

One reagent blank must be processed for each extraction batch as a negative control.

## 6      Procedure

### 6.1     General

A.        Do not wet the rim of the spin column when transferring liquid.

B.        Do not touch the membrane with the pipette tip.

C.        Prepare reagents and samples.

1.    Equilibrate samples and elution solution to room temperature (20–25$^{o}$C).

2.    Dissolve any precipitate in Buffer ATL by incubating at approximately 56$^{o}$C.

3.    Preheat water baths/ovens/dry bath incubators to approximately 56$^{o}$C and approximately 70$^{o}$C.

### 6.2     DNA Extraction and Cell Lysis

1.    From the evidentiary stain or swab, place into a labeled microcentrifuge tube up to:

a)     *0.1–0.25 cm$^2$ dried bloodstain*

b)     *¼ to a whole saliva swab (buccal, suspected oral contact, etc.)*

c)     *Approximately 1 cm$^2$ saliva stain (filter paper, stamp, envelope flap)*

d)     *Approximately 1 cm strip of paper from outside of cigarette butt*

e)     *Approximately 1 cm root end of hair*

i.      *Rinse hair in sterile dIH$_2$O prior to removing root end.*

Effective Date: 01/11/2010

Uncontrolled Printed Copy

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: DNA Extraction/Purification with QIAamp*

*DRN: DNA-05-07*
*Version: 03*
*Page 3 of 5*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

      *ii.*     *Optional: 1 cm of adjacent hair shaft may also be extracted as a negative control.*

2. For blood and saliva samples:

    *a)*    *Add 200 µL Buffer ATL (approximately 56$^o$C), 8 µL 1M DTT, and 20 µL Proteinase K.*

    *b)*    *Incubate overnight at approximately 56$^o$C or alternatively, at least one hour for reference samples.*

3. For hair samples:

    *a)*    *Add 300 µL stain extraction buffer and 7.5 µL Proteinase K.*

    *b)*    *Incubate 18–24 hours at approximately 56$^o$C.*

4. Briefly spin tubes. Remove and discard the swab or cutting while retaining as much liquid as possible in the tube. Alternatively, spin baskets may be used.

*Alternatively, extraction solutions may be placed into microcentrifuge tubes prior to samples being added.*

### 6.3  QIAamp® DNA Purification

A. Purification of QIAamp extracted samples begins here.

1. Shake Buffer AL.

2. Add 200 µL Buffer AL to liquid in sample tube.

3. Incubate at approximately 70°C for 10 minutes.  Briefly spin tubes.

4. Add 200 µL of denatured ethanol. Vortex vigorously. Briefly spin tubes.

5. Proceed to step D-1.

B. Purification of previously extracted or inhibited samples begins here.

1. Add 200 µl ATL Buffer to DNA extract.

2. Incubate at approximately 56°C for a minimum of 1 hour.

3. Shake Buffer AL

4. Add 200 µL Buffer AL to liquid in sample tube

5. Incubate at approximately 70°C for 10 minutes.  Briefly spin tubes.

6. Add 200 µL of denatured ethanol. Vortex vigorously. Briefly spin tubes.

7. Proceed to step D-1.

C. Purification of differential extractions begins here.

1. Shake Buffer AL.

2. Add 500 µL Buffer AL to liquid in sample tube.

**_Standard Operating Procedures_**
_DNA_
_Subject: DNA Extraction/Purification with QIAamp_

_DRN: DNA-05-07_
_Version: 03_
_Page 4 of 5_

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

3.    Incubate at approximately 70°C for 10 minutes.  Briefly spin tubes.

4.    Add 500 µL of denatured ethanol. Vortex vigorously. Briefly spin tubes.

5.    Proceed to step D-1.

D.    Adsorb nucleic acids to membrane

1.    Transfer tube contents (including any precipitate) to a labeled QIAamp spin column in a collection tube.

2.    Centrifuge at 6000 x g for 1 minute or until all solution has passed through the membrane.

3.    If the entire volume cannot be loaded on the QIAamp spin column in one application, the sample should be transferred and centrifuged as above for the entire sample.  This may require that the collection tube be emptied between spins.

E.    Wash membrane.

1.    Before first use, add denatured ethanol to Buffers AW1 and AW2 according to the directions on the buffer bottles.

2.    Transfer the column to a new collection tube. Add 250 µL Buffer AW1 to the column.

3.    Centrifuge at 6000 x g for 1 minute or until all solution has passed through the membrane.

4.    Add 250 µL Buffer AW2 to the column and centrifuge at 6000 x g for 1 minute.

5.    Centrifuge at 20,000 x g (or maximum speed) for an additional 2 minutes or until all solution has passed through the membrane. No Buffer AW2 should remain in or on the spin column.

F.    Elute nucleic acids from membrane.

1.    Transfer the column to a new, labeled collection tube.

2.    Add 50–200 µL TE or Buffer AE to the column depending on the expected quantity of DNA.  Incubate for 10 minutes at room temperature.

3.    Centrifuge at 6000 x g for 1 minute.

4.    Transfer liquid from collection tube to a labeled storage tube.  The elution step may be repeated with the same recovered sample to increase yield or concentrate the sample with centrifugal microfiltration.

5.    Store samples at 2–8°C or frozen.

## 7    Interpretation

Concentration and cleaning of DNA extract may be performed using DNA-05-08 Concentration and Purification of DNA with Membrane Filtration Devices.

**Standard Operating Procedures**
*DNA*
*Subject: DNA Extraction/Purification with QIAamp*

*DRN: DNA-05-07*
*Version: 03*
*Page 5 of 5*

## 8      Records

The extraction method, samples, and control(s) shall be recorded on the DNA Extraction Worksheet.

## 9      Literature and Supporting Documentation

Scherczinger CA, Bourke MT, Ladd C, and Lee HC. DNA extraction from liquid blood using QIAamp. J. For Sci. 1997. 42(5), pp. 893–896.

Greenspoon S, Scarpetta MA, Drayton ML, and Turek SA. QIAamp spin columns a method of DNA isolation for forensic casework. J For Sci. 1998. 43(5), pp. 1024–1030.

Frégeau CJ, Bowen KL, and Fourney RM. Validation of highly polymorphic fluorescent multiplex short tandem repeat systems using two generations of DNA sequencers. J For Sci. 1999. 44(1), pp. 133–166.

Sinclair K, and McKechnie VM. DNA extraction from stamps and envelope flaps using QIAamp and QIAshredder. J For Sci. 2000. 45(1), pp. 229–230.

Based on: QIAamp DNA Mini Kit and QIAamp DNA Blood Mini Kit Handbook. QIAGEN Inc., Valencia CA. February 2003.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**                    *DRN: DNA-05-07*
*DNA*
*Subject: DNA Extraction/Purification with QIAamp*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## Preparer

*James Nichols*                                        Date:___12/02/2009___
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                         Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Major revision – Section 6.2 <br><br> Advisory Board 02/28/2008 |
| 02 | 07/01/2009 | Major revision – Sections 3, 6.3, and 7 <br><br> Minor revision – Section 9 <br><br> Advisory Board 04/06/2009 and 06/02/2009. |
| 03 | 01/11/2010 | Minor revision – Title, Sections 1, 6.3, and 9 <br><br> Advisory Board 10/29/2009 |

**Standard Operating Procedures**
*DNA*
*Subject: Concentration and Purification of DNA*

*DRN: DNA-05-08*
*Version: 03*
*Page 1 of 3*

# CONCENTRATION AND PURIFICATION OF DNA WITH MEMBRANE FILTRATION DEVICES

## 1    Scope

Approved membrane filtration devices may be used to concentrate, desalt, and clean-up the DNA sample.  The selection of the type of device to be used typically depends on the volume of the sample to be concentrated, the nature/amount of sample, or the extraction procedure used.

## 2    Safety

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.  Appropriate personal protective equipment must be worn during testing. Clothing may protect unbroken skin; broken skin must be covered.

## 3    Related Documents

DNA-05-01 DNA Extraction with Stain Extraction Buffer

DNA-05-02 DNA Extraction with Digest Buffer

DNA-05-03 DNA Extraction with Chelex

DNA-05-04 Differential Extraction with TNE

DNA-05-05 Differential Extraction with Digest Buffer

DNA-05-06 Differential Extraction with Chelex

DNA-05-07 DNA Extraction/Purification with QIAamp

LAB-DNA-07 DNA Extraction Worksheet

## 4    Equipment, Materials, and Reagents

Microcon microconcentrators consists of two components: filtration unit (sample reservoir) and filtrate/recovery tube (YM-30 and YM-100)

microcentrifuge

Centricon/Vivacon consists of three components: filtration unit (sample reservoir), filtrate tube, and conical collection/retentate cup (Centricon-100/Vivacon-100)

variable speed centrifuge with fixed-angle rotor

pipettors and tips

vortex

TE buffer

## 5    Standards and Controls

Extraction reagent blanks must be concentrated as a negative control.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Effective Date: 01/11/2010

**Standard Operating Procedures**
DNA
*Subject: Concentration and Purification of DNA*

*DRN: DNA-05-08*
*Version: 03*
*Page 2 of 3*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## 6    Procedure

### 6.1    General

A.    Do not touch filtration membrane with pipette tip or other object.

B.    The membrane filtration devices are sensitive to centrifugal force.  Excessive g-force may result in leakage or damage to the membrane or device.

C.    The recovery volume should be approximately 10-40 μL.

### 6.2    Centricon Device

1.    Assemble the Centricon unit according to the manufacturer's directions and label each unit.

2.    Add 1.5 mL TE buffer to the upper Centricon reservoir.

3.    Carefully transfer the entire supernatant of the sample without debris and/or resin (approximately 0.5 mL) to the TE in the upper reservoir. Cap with the retentate cup.

4.    Centrifuge at approximately 2,000 x g in a fixed-angle rotor for 10-20 minutes. The effluent in the lower reservoir may be discarded at this time.  The centrifugation time may be increased to reduce the volume if an insufficient amount of filtrate has passed through filter.

5.    If further clean-up is necessary, add another 2 mL TE to the upper reservoir and repeat step 4.

6.    Repeat step 5 an additional time, if necessary.

7.    Collect the concentrated DNA sample by inverting the upper reservoir into the retentate cup and centrifuge at 500 x g for 2-5 minutes.

8.    The sample should be transferred to a labeled microcentrifuge tube.  Store the sample at 2-8$^{o}$C or frozen.

### 6.3    Microcon Device

1.    Assemble the Microcon unit according to the manufacturer's directions and label each unit.

2.    Add up to 500 μL sample to upper reservoir.  Seal with attached cap.

3.    Centrifugation rate should be between 9,300 x g and 14,000 x g for the YM 30 and 500 x g for the YM 100.  Centrifugation time for either unit is approximately 8 minutes.  The centrifugation time may be adjusted to ensure an appropriate amount of filtrate has passed through the filter.  The effluent in the lower reservoir may be discarded at this time.

4.    Optional: Add up to 500 μL TE buffer to the sample reservoir to wash DNA and repeat centrifugation.

**Standard Operating Procedures**
*DNA*
*Subject: Concentration and Purification of DNA*

*DRN: DNA-05-08*
*Version: 03*
*Page 3 of 3*

5.  Collect the concentrated DNA sample by inverting the sample reservoir into a labeled, new sample recovery tube.  Centrifuge for approximately 2-3 minutes at 1000 x g.

6.  Extended centrifugation can lead to dryness.  If this should occur, add at least 10 uL TE buffer to the sample reservoir, agitate gently for 30 seconds, proceed with recovery.

7.  Store the sample at 2-8$^o$C or frozen.

### 6.4    Vivacon Device

1.  Assemble the Vivacon unit according to the manufacturer's directions and label each unit.

2.  Add 1.5 mL TE buffer to the upper Vivacon reservoir.

3.  Transfer the entire supernatant of the sample without debris and/or resin (approximately 0.5 mL) to the TE in the upper reservoir. Cap with the retentate cup.

4.  Centrifuge at approximately 2,500 x g in a fixed-angle rotor for 10-20 minutes. The effluent in the lower reservoir may be discarded at this time.  The centrifugation time may be increased to reduce the volume if an insufficient amount of filtrate has passed through the filter.

5.  If further clean-up is necessary, add another 2 mL TE to the upper reservoir and repeat step 4.

6.  Collect the concentrated DNA sample by inverting the upper reservoir into the retentate cup and centrifuge at 500 x g for 2-5 minutes.

7.  The sample should be transferred to a labeled microcentrifuge tube.  Store the sample at 2-8$^o$C or frozen.

## 7      Interpretation

If there is a significant volume of recovered sample, it may be necessary to repeat the procedure and/or perform DNA-05-07 DNA Extraction/Purification with QIAamp to further clean up sample.

## 8      Records

None

## 9      Literature and Supporting Documentation

Centricon Centrifugal Filter Devices User Guide. Amicon. Revision X. 08/04

Microcon Centrifugal Filter Devices User Guide. Millipore Corporation. Revision M. 06/05

Vivacon 2mL Technical data and operating instructions. Sartorius Stedim Biotech. 06/08.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**                    *DRN: DNA-05-08*
*DNA*
*Subject: Concentration and Purification of DNA*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

### Preparer

*James Nichols*                                    Date:___12/02/2009___
DNA Advisory Board Chair

### Concurrence

*Zoë M. Smith*                                     Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Major revision – Section 6.3<br><br>Minor revision – Section 9<br><br>Advisory Board 02/28/2008 |
| 02 | 07/01/2009 | Major revision –Title, Sections 1, 4, 6.1, 6.4, and 9<br><br>Advisory Board 04/06/2009 and 06/02/2009.    Implementation of Vivacon devices. |
| 03 | 01/10/2010 | Minor revision – Sections 3, 4, 6.2, 6.3, 6.4, and 9<br><br>Advisory Board 10/29/2009 |

Effective Date: 01/11/2010

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: Removal of Mounted Hairs for DNA Analysis*

*DRN: DNA-05-09*
*Version: 00*
*Page 1 of 2*

# REMOVAL OF MOUNTED HAIRS FOR DNA ANALYSIS

## 1    Scope

Hair samples that have been mounted on slides are viable sources of DNA for forensic analysis. This procedure describes the removal of mounted hairs from slides prior to DNA analysis.

## 2    Safety

Tissue samples may contain infective agents.  Use universal precautions during evidence handling.  Follow instructions for reagent preparation.  Gloves must be worn during testing. Clothing may protect unbroken skin; broken skin must be covered. Xylene is flammable and should be used under a chemical fume hood.

## 3    Related Documents

None

## 4    Equipment, Materials, and Reagents

Freezer, liquid nitrogen, or other material used for freezing

scalpel

sterile $dIH_20$

centrifuge tubes or 15 mL conical tubes

Pasteur pipette

xylene

## 5    Standards and Controls

None

## 6    Procedure

1.    Freeze the slide.

2.    Remove the cover slip using a scalpel blade.

3.    Alternatively, crack the coverslip and soak slide in xylene.

4.    Once the coverslip is removed, wash the mounting media away from the hair using a Pasteur pipette filled with xylene.

5.    Wash hair, either in a centrifuge tube or a 15 mL conical tube with absolute ethanol.

6.    Rinse hair with sterile water.

7.    Continue with selected extraction procedure.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**7    Interpretation**

None

**8    Records**

Document in the data notes the removal of the hair from the slide.

**9    Literature**

None

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Effective Date:  03/28/2006

*Standard Operating Procedures*   *DRN: DNA-05-09*
DNA
*Subject: Removal of Mounted Hairs for DNA Analysis*

## **Preparer**

*D. Jody Koehler*   Date:___03/22/2005___
DNA Advisory Board Chair

## **Concurrence**

*Forrest W. Davis*   Date:___03/22/2005___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Effective Date: 03/28/2006

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: FTA Paper Extraction/Amplification*

*DRN: DNA-05-10*
*Version: 02*
*Page 1 of 3*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

# FTA PAPER EXTRACTION/AMPLIFICATION

## 1    Scope

A 1.2 mm punched sample of known whole blood, dried on FTA paper, can be directly amplified. By eliminating the extraction and quantification steps the processing time of these samples can be significantly reduced.  When known liquid blood samples are applied to the FTA treated paper, cell membranes are disrupted and DNA becomes entangled and tightly bound in the FTA matrix. The FTA samples are washed several times prior to amplification to purify the DNA and to remove heme and other inhibitors before amplification.

## 2    Safety

Blood may contain infective agents.  Use universal precautions during evidence handling. Follow instructions for reagent preparation.  Appropriate personal protective equipment must be worn during testing.  Clothing may protect unbroken skin; broken skin must be covered.

## 3    Related Documents

DNA-07A-01 DNA Amplification–Identifiler

LAB-DNA-07 DNA Extraction Worksheet

LAB-DNA-08 Amplification Worksheet

## 4    Equipment, Materials, and Reagents

FTA Card

Harris micro-punch 1.2 mm, with mat

TE buffer

sterile dIH$_2$0

pipettes, adjustable

pipette tips

vortex

decapper

amplification tubes, 0.2 mL

55–60$^o$C oven

## 5    Standards and Controls

One reagent blank control, consisting of an unstained 1.2 mm FTA punched paper in an amplification tube, must be processed for each batch of samples as a negative control.

Follow normal DNA amplification protocol with Identifiler kit using both positive and negative amplification controls.

## 6        Procedure

### 6.1      Preparing the sample

A.        Specimen

1.    Thoroughly mix the liquid blood tube by rocking or tilting.  Pipet or pour approximately 200 µL liquid blood specimen on the FTA paper.

EDTA or other anti-coagulant whole blood specimens are recommended.

2.    Allow the FTA paper to completely dry before processing further.  This will take approximately 2 hours to overnight.

B.        Instructions for using the Harris 1.2 mm micro-punch. The Harris micro-punch is designed for sampling dry media only.

1.    Using a clean 1.2 mm Harris micro-punch, remove a sample of blood, preferably from the middle of the stain, and place it directly into a labeled amplification tube.

a)      *Place the sample media onto the cutting mat.*

b)      *Position the Harris micro-punch tip over the area to sample.*

c)      *Firmly hold the micro-punch above the center lip on the barrel with your thumb and index finger.*

d)      *Hold the barrel below the center lip with the thumb and index finger of your other hand.*

e)      *Gently push the assembly downward onto the sample media, rotating the barrel clockwise and counterclockwise.*

f)      *Lift the barrel up from the sample media.  The sample is stored in the recessed area of the tip.*

g)      *Transfer the sample to a collecting vial and depress the plunger to eject the sample from the tip.*

Note: The micro-punch and mat should be wiped with ethanol or methanol between samples.

2.    Prepare a reagent blank from an unstained portion of FTA paper.

### 6.2      Wash

1.    Add 200 µL $dIH_2O$ or TE to each sample tube and reagent blank control tube. Cap and vortex the sample for 1-2 seconds at low speed.

2.    Allow the tubes to sit for 5 minutes at room temperature with an optional second brief vortex halfway through the incubation.

3.    After the 5 minute incubation vortex the sample.  Carefully remove as much of the supernatant as possible by pipetting.  DO NOT remove the paper punch.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*

*DNA*

*Subject: FTA Paper Extraction/Amplification*

*DRN: DNA-05-10*

*Version: 02*

*Page 3 of 3*

4.  Repeat steps 1-3, 2-4 times, for a total of 3-5 washes.  The last 2-3 washes are performed with TE.

    The paper punch may become spongy and it is not uncommon for the punch to separate into several pieces.

5.  Pipet off the final TE wash. The FTA paper punch may be allowed to air dry by placing the tube with punch in a 55–60°C dry oven.

6.  Add 10 µL TE to each sample tube and reagent blank.

### 6.3    DNA Amplification and CE Analysis

1.  Add 15 µL of PCR amplification mix to each sample tube and reagent blank. Proceed to DNA-07A-01 DNA Amplification-Identifiler for instructions.

2.  Remove any air pocket surrounding the paper punch at the bottom of the tube by flicking or tapping the tube.

3.  Proceed with DNA-07B-01 Capillary Electrophoresis.

## 7    Interpretation

None

## 8    Records

The extraction method, samples, and control(s) shall be recorded on the DNA Extraction Worksheet.

Samples and controls shall be recorded on the Amplification Worksheet.

## 9    Literature and Supporting Documentation

Life Technologies / Gibco BRL package insert for FTA Cards, 10-28-98.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: FTA Paper Extraction/Amplification*

*DRN: DNA-05-10*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

### Preparer

*James Nichols*                                   Date:    12/02/2009
DNA Advisory Board Chair

### Concurrence

*Zoe M. Smith*                                    Date:    12/21/2009
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Minor revision – Sections 3 and 6.3<br><br>Advisory Board 02/28/2008 |
| 02 | 01/11/2010 | Major revision – Section 6.3<br><br>Minor revision – Title, Sections 1, 3, 4, 5, 6.1, and 6.2<br><br>Advisory Board 10/29/2009 |

**Standard Operating Procedures**
*DNA*
*Subject: DNA Quantification-Quantifiler*

*DRN: DNA-06-01*
*Version: 05*
*Page 1 of 5*

# DNA QUANTIFICATION – QUANTIFILER

## 1    Scope

The Quantifiler Human DNA Quantification Kit is designed to quantify the concentration of amplifiable human (and higher primate) DNA in a sample.  The results from the quantification can aid in determining if sufficient amplifiable human DNA is present to proceed with STR analysis and how much sample to use in STR analysis.  The DNA quantification assay combines two 5' nuclease assays which are a target-specific human DNA assay and an internal PCR control (IPC) assay.  Note:  This procedure may be performed using an approved robotic platform.  Please refer to DNA-06-01A for instructions.

## 2    Safety

Body fluids and extracts may contain infective agents. Beyond mild irritation of the skin or eyes, contact with the Quantifiler reagents does not usually cause acute health effects and are not known to cause any significant chronic health effects after prolonged exposure. Use universal precautions during evidence handling.  Follow instructions for reagent preparation. Appropriate personal protective equipment must be worn during reagent preparation and use. Clothing may protect unbroken skin; broken skin must be covered.

## 3    Related Documents

LAB-DNA-07 DNA Extraction Worksheet

LAB-DNA-12 Quantifiler Kit Reagent Quality Control

LAB-DNA-13 Quantitation Load Sheet

## 4    Equipment, Materials, and Reagents

*AB Prism 7500

*96 well optical reaction plates

*optical adhesive covers/applicator

pipettors and pipette tips

vortex

microtubes – 0.5 mL

microcentrifuge

plate centrifuge or salad spinner

*Quantifiler Human DNA Quantification kit

TE buffer

glycogen (optional)

*Precision plate holder 7500

*Only approved vendors for AB 7500 consumables may be used.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: DNA Quantification-Quantifiler*

*DRN: DNA-06-01*
*Version: 05*
*Page 2 of 5*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## 5      Standards and Controls

Human DNA Standard in a three-fold dilution series with eight concentration points ranging from 50 ng/µL to 0.023 ng/µL must be applied in duplicate.  These dilution standards will be used to generate a standard curve in order to calculate the concentration of human DNA applied to each sample well.

One quantification blank consisting of 2 µL TE instead of sample will be applied to one well of the plate as a background control for the quantification procedure. If a result is obtained in this well, it may indicate the need to run a background plate, check the assay setup, software setup, reagents or instrument.

The quantification of reagent blanks is optional.

A quality control check is performed on new lots of Quantifiler Kits prior to use on casework samples.

## 6      Procedure

**NOTE:  It is important that the 96 well reaction plate not come into contact with the counter or any other surface.  It should always be placed into a base plate until loaded into the AB Prism 7500.  This is to minimize the interference caused by dust or other debris adhering to the bottom of the wells and interfering with the optical reading of the wells.**

1.      Prepare the Human DNA Standard dilution series:

| Standard | Concentration (ng/µL) | Example Amounts | Minimum Amounts | Dilution Factor |
|---|---|---|---|---|
| Std. 1 | 50.000 | 50 µL [200 ng/µL stock] + 150 µL $T_{10}E_{0.1}$/glycogen buffer | 10 µL [200 ng/µL stock] + 30 µL $T_{10}E_{0.1}$ buffer | 4X |
| Std. 2 | 16.700 | 50 µL [Std. 1] + 100 µL $T_{10}E_{0.1}$/glycogen buffer | 10 µL [Std. 1] + 20 µL $T_{10}E_{0.1}$ buffer | 3X |
| Std. 3 | 5.560 | 50 µL [Std. 2] + 100 µL $T_{10}E_{0.1}$/glycogen buffer | 10 µL [Std. 2] + 20 µL $T_{10}E_{0.1}$ buffer | 3X |
| Std. 4 | 1.850 | 50 µL [Std. 3] + 100 µL $T_{10}E_{0.1}$/glycogen buffer | 10 µL [Std. 3] + 20 µL $T_{10}E_{0.1}$ buffer | 3X |
| Std. 5 | 0.620 | 50 µL [Std. 4] + 100 µL $T_{10}E_{0.1}$/glycogen buffer | 10 µL [Std. 4] + 20 µL $T_{10}E_{0.1}$ buffer | 3X |
| Std. 6 | 0.210 | 50 µL [Std. 5] + 100 µL $T_{10}E_{0.1}$/glycogen buffer | 10 µL [Std. 5] + 20 µL $T_{10}E_{0.1}$ buffer | 3X |
| Std. 7 | 0.068 | 50 µL [Std. 6] + 100 µL $T_{10}E_{0.1}$/glycogen buffer | 10 µL [Std. 6] + 20 µL $T_{10}E_{0.1}$ buffer | 3X |
| Std. 8 | 0.023 | 50 µL [Std. 7] + 100 µL $T_{10}E_{0.1}$/glycogen buffer | 10 µL [Std. 7] + 20 µL $T_{10}E_{0.1}$ buffer | 3X |

2.    Prepare sufficient Master Mix by using the following amounts:

   a)    *Human Primer Mix*        *10.5 μL per reaction **X** # of samples*

   b)    *PCR Reaction Mix*        *12.5 μL per reaction **X** # of samples*

Additional reactions may be included in your calculations in order to provide excess volume to make up for pipetting loss.

3.    Dispense 23 μL of the master mix into each reaction well.

4.    Add 2 μL of the sample, standard, or TE to the appropriate well.

5.    Seal the reaction plate with the optical adhesive cover using the applicator. Do not touch the portion of the adhesive cover that comes into contact with the reaction wells except with the applicator.

6.    Centrifuge or spin the plate to remove any bubbles in the bottom of the wells.

7.    Place the plate inside the AB Prism 7500 so that well A1 is in the upper-left corner.

8.    Close the AB Prism 7500 tray.

9.    On the plate tab within the AB Prism 7500 SDS software, set up detectors and well identification for all wells to be quantified.

10.   On the instrument tab, confirm the thermal cycler conditions as a two-step cycle with the following parameters:

   1 cycle of 95$^{o}$C for 10 minutes (Stage 1)

   40 cycles of 95$^{o}$C for 15 seconds and 60$^{o}$C for 1 minute (Stage 2)

   The 9600 emulation mode must be selected and the sample volume must be 25 μL.

11.   Save the plate document as an SDS Document (*.sds) file and click the Start button.  The plate will take approximately 1.5 hours to complete.

12.   Analyze plate results.

13.   Turn off AB Prism 7500.

## 7    Interpretation

### 7.1    Threshold cycle (C$_T$)

The threshold cycle (C$_T$) is when the fluorescent signal from the amplification product for each sample increases beyond the value of the threshold setting (which defines the level of detectable fluorescence).  The threshold cycle depends upon the starting template copy number and efficiency of the DNA amplification.  The number of cycles required for a sample to reach the threshold allows the software to determine DNA quantity by comparison to the standard curve.  Therefore the lower the C$_T$ value, the greater the amount of template DNA in the original sample.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Case 2:04-cr-00055-RRE    Document 753-11    Filed 10/17/11    Page 138 of 355

**Standard Operating Procedures**                          DRN: DNA-06-01
*DNA*                                                          *Version: 05*
*Subject: DNA Quantification-Quantifiler*                      *Page 4 of 5*

### 7.2    Standard Curve

The standard curve plots the $C_T$ of the standard dilutions versus the known quantity of the standards.  This produces a regression line by calculating the best fit with the quantification standard data points.  The slope of this regression line indicates the PCR amplification efficiency for the assay.  A slope of -3.3 indicates 100% amplification efficiency.  The $R^2$ value indicates the fit between the standard curve regression line and the individual $C_T$ data points of the quantification standard reactions.  An $R^2$ value of 1 indicates a perfect fit between the regression line and the $C_T$ data points.

The standard curve must be evaluated. Slope values typically fall between -2.9 and -3.3. Values outside of this range may be used with discretion.

The $R^2$ value should be ≥ 0.98. If the $R^2$ value is less than 0.98, further investigation should be undertaken to determine if the quantity values entered for quantification standards in the Well Inspector during plate document setup are correct, the serial dilutions are correct, the loading of reactions for quantification standards, or failure of reactions for the quantification standards.  If, after confirming the well inspector values, one or more of the standards falls significantly outside of the standard curve, it may be omitted from the standard curve analysis using the Well Inspector.

### 7.3    Internal PCR Control (IPC) amplification results

The purpose of the IPC (Internal PCR Control) is to distinguish between true negative sample results and reactions affected by inhibitors, assay setup and chemistry/instrument failures.

| Quantifiler Human (FAM) | Internal Positive Control (VIC) | Interpretation |
|---|---|---|
| Amplification | Amplification | Valid test result |
| No amplification | Amplification | True negative |
| No amplification | No amplification | Invalid test result |
| Amplification (low $C_T$ and high $\Delta R_n$) | No amplification | Disregard IPC result |
| Amplification (high $C_T$ and low $\Delta R_n$) | No amplification | Partial PCR inhibition |

### 7.4    Quantification values

A.      Quantification values > 0 and < 50 ng/μL, as determined by Quantifiler, should be used to determine the amount of template DNA for STR amplification. Quantification values that are ≥50 ng/μL should be interpreted with discretion or diluted and requantified.  Quantification results for samples listed as "undetermined" will fall into two categories, an invalid test or a true negative. An invalid test is typically caused by complete inhibition.  If an invalid test is obtained, the analyst may choose to do the following: proceed directly to STR analysis of the sample or perform additional clean-up of the sample.  If the analyst chooses to proceed straight to STR analysis and no profile is obtained, then additional clean-up is required.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

***Standard Operating Procedures***
*DNA*
*Subject: DNA Quantification-Quantifiler*

*DRN: DNA-06-01*
*Version: 05*
*Page 5 of 5*

B.      A true negative contains no amplifiable DNA and therefore further analysis is not required as long as the extraction volume is ≤ 50 µL. True negative samples must have printed documentation in the case folder to verify the sample is a true negative and not subject to inhibition. Even if reagent blanks give a true negative reading they must be analyzed using STR analysis.

## 8      Records

Quantification results must be retained in the case file.  A copy of the Quantitation Load Sheet (LAB-DNA-13) must be maintained in the laboratory.  The standard curve evaluation must be documented.

DNA sample concentration shall be recorded on the DNA Extraction Worksheet.

Printed documentation of true negative samples must be retained in the case folder if the sample is not carried through amplification.

Quality control of the kit shall be documented on the Quantifiler Kit Reagent Quality Control Form.

## 9      Literature and Supporting Documentation

Quantifiler Human DNA Quantification Kit User's Manual. Applied Biosystems PN 4343895

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: DNA Quantification-Quantifiler*

*DRN: DNA-06-01*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

### Preparer

*James Nichols*                                    Date:    06/02/2010
DNA Advisory Board Chair

### Concurrence

*Zoë M. Smith*                                     Date:    06/02/2010
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 09/11/2007 | Addition Section 1: Note:  This procedure may be performed using an approved robotic platform.  Please refer to DNA-06-01A for instructions. |
| 02 | 12/01/2008 | Major revision – Sections 4, 5, 6, 7.2, 7.4, and 8<br><br>Advisory Board 10/24/2008 |
| 02 | 07/01/2009 | Major revision – Sections 4, 5, 6, and 7.4<br><br>Minor revision – Section 9<br><br>Advisory Board 04/06/2009 and 06/02/2009. |
| 03 | 07/17/2009 | Major revision – Sections 3, 6, 7.2, and 8<br><br>System DNA QAP 07/14/2009 |
| 04 | 01/11/2010 | Major revision – Sections 6 and 7.4<br><br>Minor revision – Title, Sections 1, 2, 3, 4, 5, 7.3, 8, and 9<br><br>Advisory Board 10/29/2009 |
| 05 | 06/07/2010 | Major revision – Sections 7.2 and 8<br><br>Advisory Board 04/29/2010 |

**Standard Operating Procedures**
*DNA*
*Subject: DNA Quantification-Quantifiler/Quantifiler Duo PE MP II*

*DRN: DNA-06-01A*
*Version: 02*
*Page 1 of 4*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

# DNA QUANTIFICATION – QUANTIFILER/QUANTIFILER DUO USING PE MP II

## 1      Scope

The Quantifiler Human DNA Quantification Kit is designed to quantify the concentration of amplifiable human (and higher primate) DNA in a sample.   The results from the quantification can aid in determining if sufficient amplifiable human DNA is present to proceed with STR analysis and how much sample to use in STR analysis.

The Quantifiler Duo DNA Quantification Kit provides a quantitative and qualitative assessment of total human and human male DNA in a single assay.  This can help guide selection of the optimal STR chemistry: Identifiler (autosomal STR), Yfiler (Y-STR), or MiniFiler (optimal for degraded or inhibited samples), and provides the appropriate amount of DNA to amplify in STR analysis.

## 2      Safety

Body fluids and extracts may contain infective agents. Beyond mild irritation of the skin or eyes, contact with the Quantifiler/Quantifiler Duo reagents does not usually cause acute health effects and are not known to cause any significant chronic health effects after prolonged exposure. Use universal precautions during evidence handling.   Follow instructions for reagent preparation. Appropriate personal protective equipment must be worn during reagent preparation and use. Clothing may protect unbroken skin; broken skin must be covered.

## 3      Related Documents

LAB-DNA-07 DNA Extraction Worksheet

LAB-DNA-12 Quantifiler Kit Reagent Quality Control

LAB-DNA-17 Quantifiler Duo Kit Reagent Quality ControlLAB-DNA-13 Quantitation Load Sheet

## 4      Equipment, Materials, and Reagents

Perkin Elmer MPII forensic workstation

Maldi spotting tips (1-10ul)

25ul conductive tips

175ul conductive tips

Reagent reservoir (for TE)

*AB Prism 7500

*96 well optical reaction plates

*optical adhesive covers/ applicator

pipettors and pipette tips

*Standard Operating Procedures*
*DNA*
*Subject: DNA Quantification-Quantifiler/Quantifiler Duo PE MP II*

*DRN: DNA-06-01A*
*Version: 02*
*Page 2 of 4*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

vortex

microtubes – 0.5 mL  and 1.5 mL

microcentrifuge

plate centrifuge or salad spinner

*Quantifiler Human DNA Quantification kit

*Quantifiler Duo DNA Quantification kit

TE buffer

*Precision plate holder 7500

*Only approved vendors for AB 7500 and PE MP II consumables may be used.

## 5    Standards and Controls

The PE MPII is capable of creating the standard dilution series for Quantifiler.  This feature is optional in the programming, which allows the user to either make the standards by hand and place them in the appropriate locations on the deck or allows the robot to perform this function.  If the robot performs this task, it requires the user to place 8 empty microcentrifuge tubes into the appropriate microfuge rack on the deck, and also to place the tube from the Quantifiler kit containing the Human DNA Standard into the appropriate rack position on the deck.  The user should reference the robotic programming for deck locations.

The Quantifiler Duo standard dilution series utilizes the Quantifiler Duo Dilution Buffer as diluent and must be manually prepared.

One quantification blank consisting of TE buffer will be placed into a microcentrifuge tube in the appropriate location on the deck.

The quantification of reagent blanks is not optional when using the robotic platform.

A quality control check is performed on new lots of Quantifiler/Quantifiler Duokits prior to use on casework.

## 6    Procedure

**NOTE:  It is important that the 96 well reaction plate not come into contact with the counter or any other surface.  It should always be placed into a base plate until loaded into the AB Prism 7500.  This is to minimize the interference caused by dust or other debris adhering to the bottom of the wells and interfering with the optical reading of the wells.**

1.    Prepare robot.

   a)    *Ensure there is sufficient degassed DI water for the system.*

   b)    *Perform the system flush/wash to prime the system and to eliminate bubbles in the pressure lines.*

   c)    *Select the appropriate QPCR Test.  The user may run the program using the "Evaluate Test" mode prior to running the test on samples.*

**Standard Operating Procedures**
DNA
*Subject: DNA Quantification-Quantifiler/Quantifiler Duo PE MP II*

*DRN: DNA-06-01A*
*Version: 02*
*Page 3 of 4*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

    d)    *Place all labware on the deck including a disposable reagent trough and new 96 well PCR plate; refer to the Test's deck layout for the appropriate locations.*

    e)    *Place the sample tubes and TE blank tube into the appropriate rack(s) on the deck.*

2.    Fill reagent trough with a suitable volume (about half full) of TE buffer (only if the robot is preparing the dilution standards).

3.    Master Mix preparation

    a)    *Refer to DNA 06-01.6.2 (Quantifiler) or DNA 06-02.6.3 (Quantifiler Duo) for instructions on creating master mix.*

    b)    *If the total number of wells that need Master Mix is an odd number less than 48, make sufficient Master Mix for at least one additional sample.*

    c)    *Divide the Master Mix volume evenly into two 1.5 mL tubes. Place the two tubes of Master Mix into the appropriate locations on the deck.*

4.    DNA Standard dilution series

    a)    *If previously prepared standards are being used or if preparing the standards by hand (refer to DNA 06-01 or DNA 06-02), place the standard dilutions into the appropriate deck locations.*

    b)    *If the robot is to prepare the standard dilution series, place the empty tubes into the appropriate deck locations.*

5.    Verify that all prepared reagents and labware are ready and in the appropriate locations.  Ensure that all lids are removed from the tip boxes and that all obstacles are removed from the deck.

6.    Open all sample tubes and the tube of DNA standard (if necessary).

7.    Click the "Execute Test" button.  Respond to query boxes as necessary.

    a)    *If necessary click "Reset Tip Boxes" and choose "fill" for each box the user wishes to reset.  Verify that all tip boxes match what is listed.*

    b)    *Uncheck the 3 check boxes if standards do not need to be prepared by the robot.*

    c)    *Enter the number of wells to be loaded (including 16 standards and 1 TE blank) in the "Number of Destinations" box.*

    d)    *Enter the total number of samples plus the TE blank in the "Number of Samples" box (this number excludes the standards).*

8.    Click "Start" to begin the procedure and follow the prompts in the text boxes,.

9.    Once the Test is completed, seal the reaction plate with the optical adhesive cover using the applicator. Do not touch the portion of the adhesive cover that comes into contact with the reaction wells except with the applicator.

10.  Centrifuge or spin the plate to remove any bubbles in the bottom of the wells.

11.  Follow the remainder of the procedure for the Quantifiler kit in DNA-06-01 or for the Quantifiler Duo kit in DNA-06-02.

12.  The data generated by the 7500 may be used by the robot during the Normalization and PCR setup program (refer to DNA 07-01A)

## 7    Records

Refer to DNA-06-01 and DNA-06-02 for records information.

## 8    Literature and Supporting Documentation

Quantifiler Human DNA Quantification Kit (Applied Biosystems PN 4343895) User's Manual.

Quantifiler Duo DNA Quantification Kit (Applied Biosystems PN 4391294 Rev. A 1/2008) User's Manual.

Perkin Elmer Multiprobe II Automated Liquid Handling System Operation Manual Volumes 1 and 2 (PE # 7001719).

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**                              *DRN: DNA-06-01A*
*DNA*
*Subject: DNA Quantification-Quantifiler/Quantifiler Duo PE MP II*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## Preparer

*James Nichols*                                    Date:___12/02/2009___
Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                     Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 09/11/2007 | Original Issue |
| 01 | 12/01/2008 | Major revision – Sections 4, 5, and 6<br><br>Advisory Board 10/24/2008 |
| 02 | 01/11/2010 | Major revision – All sections<br><br>Advisory Board 10/29/2009 |

**Standard Operating Procedures**
*DNA*
*Subject: DNA Quantification-Quantifiler Tecan*

*DRN: DNA-06-01B*
*Version: 00*
*Page 1 of 4*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

# DNA QUANTIFICATION – QUANTIFILER USING TECAN

## 1      Scope

The Quantifiler Human DNA Quantification Kit is designed to quantify the concentration of amplifiable human (and higher primate) DNA in a sample.   The results from the quantification can aid in determining if sufficient amplifiable human DNA is present to proceed with STR analysis and how much sample to use in STR analysis.

## 2      Safety

Body fluids and extracts may contain infective agents. Beyond mild irritation of the skin or eyes, contact with the Quantifiler reagents does not usually cause acute health effects and are not known to cause any significant chronic health effects after prolonged exposure. Use universal precautions during evidence handling.  Follow instructions for reagent preparation. Appropriate personal protective equipment must be worn during reagent preparation and use. Clothing may protect unbroken skin; broken skin must be covered.

## 3      Related Documents

LAB-DNA-07 DNA Extraction Worksheet

LAB-DNA-12 Quantifiler Kit Reagent Quality Control

LAB-DNA-13 Quantitation Load Sheet

## 4      Equipment, Materials, and Reagents

Tecan Freedom EVO 150 Platform Combination System

Quantifiler reagent block at 4°C

*50ul Disposable tips with filter (DiTis)

*200ul DiTis with filter

100ml disposable trough

VWR 5ml graduated transport tube

AB Prism 7500

*96 well optical reaction plates

*Optical adhesive covers/ applicator

Pipettors and pipette tips

Vortex

Microtubes – 0.5 mL  and 1.5 mL

Microcentrifuge

Plate centrifuge or salad spinner

---

Case 2:04-cr-00055-RRE    Document 753-11    Filed 10/17/11    Page 147 of 355

**Standard Operating Procedures**                    DRN: DNA-06-01B
*DNA*                                                Version: 00
*Subject: DNA Quantification-Quantifiler Tecan*      Page 2 of 4

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Quantifiler Human DNA Quantification kit

TE buffer

*Precision plate holder 7500

*Only approved vendors for AB 7500 and PE MP II consumables may be used.

## 5      Standards and Controls

The Tecan Freedom EVO is capable of creating the standard dilution series for Quantifiler. Automated standard dilution series creation is the default setting in the software but an option is available to allow the user to use a manually or prior created series and place it in the appropriate locations on the block.  If the robot performs this task, it requires the user to place 8 empty microcentrifuge tubes into the appropriate block locations, and also to place the vial from the Quantifiler kit containing the Human DNA Standard into the appropriate rack position on the deck.  The user should reference the layout provided by the software for appropriate deck and block locations.

One quantification blank consisting of TE buffer will be placed into a microcentrifuge tube in the appropriate location on the carrier.

The quantification of reagent blanks is not optional when using the robotic platform.

A quality control check is performed on new lots of Quantifiler kits prior to use on casework.

## 6      Procedure

**NOTE:  It is important that the 96 well reaction plate not come into contact with the counter or any other surface.  It should always be placed into a base plate until loaded into the AB Prism 7500.  This is to minimize the interference caused by dust or other debris adhering to the bottom of the wells and interfering with the optical reading of the wells.**

1.    Prepare robot.

   a)    *Ensure there is sufficient degassed DI water for the system.*

   b)    *Run Maintenance scripts as appropriate to prime the system and to eliminate bubbles in the pressure lines.*

   i.    *Combination_system_Daily_Startup must be run on the day of use.*

   ii.    *If the instrument was subsequently shut off on the same day daily startup was run, perform the Combination_system_Flush with a flush volume of 50ml.*

   iii.    *If in between applications, perform the Combination_system_Flush2 with a flush volume of 50ml.*

   c)    *Select the appropriate script (such as QuantifilerHuman_tubes Combo).*

   d)    *Prepare the worktable following the layout provided by the software in the Extended View.  Labware necessary includes two racks of 250ul DiTis, four racks of 50ul DiTis, and a 96 well PCR plate.*

**Standard Operating Procedures**
*DNA*
*Subject: DNA Quantification-Quantifiler Tecan*

*DRN: DNA-06-01B*
*Version: 00*
*Page 3 of 4*

e)   *Ensure reagents in the Quantifiler kit contain sufficient volume for the run.*

f)   *Using the AB Reagent block (at 4°C) specific for the Quantifiler Kit, follow the layout provided by the software and load the block with the corresponding reagents and tubes (Human Primer Mix vial, PCR Reaction Mix vial, and empty VWR vial for preparation of the master mix).*

g)   *If previously prepared standards are being used or if preparing the standards by hand (refer to DNA 06-01), place the standard dilutions into the appropriate block locations.*

h)   *If the robot is to prepare the standard dilution series, place the Human DNA Standard (stock) and 8 empty 1.5ml tubes into the appropriate block locations.*

i)   *Add appropriate volume of TE to the TE trough (minimum volume of 6ml) and place it into the appropriate location on the worktable. (This step can be skipped if a previously created standard dilution series is being used.)*

j)   *Place the DNA extracts in the appropriate locations.*

  i.   *Remember to include a NTC (no template control) as a sample.*

k)   *Open all tubes and vials and secure the caps (as appropriate).  Label caps or keep track of which caps go with which tubes.*

l)   *Ensure the safety front panel is closed by pressing on each of the locks on the front of the instrument.*

2.   Verify that all prepared reagents and labware are ready and in the appropriate locations.  Ensure that all tubes are open and that all obstacles are removed from the deck.

3.   Click the "Run" button.  Respond to query boxes as necessary.

a)   *Define the number of samples plus the TE blank and starting labware. The start position should be 1 and the maximum depends on the number of samples being processed with a limit of 80.  (This number excludes the standards.)*

b)   *Record reagent information in the software if necessary. Ensure the Prepare Standards box is checked if the robot will be preparing the standard dilution series.   (Uncheck the box if using previously made standards.)*

c)   *Verify that all labware was loaded on the worktable and confirm by clicking Loaded for each item or Loaded All.  Highlight any particular item to locate it on the worktable figure displayed.*

d)   *The PosID will scan the labware barcodes.  If not using barcodes, click Ignore.*

e)   *Import a sample file or click Edit to enter the sample information.*

4.   Click "Run" to begin the liquid handling procedure.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

5.    Upon completion, click "Run" to end the process. Exit the software first then shut down the instrument by pressing the ON button (if needed).

6.    Remove and properly store all remaining reagents and DNA extracts.

7.    Seal the reaction plate with the optical adhesive cover using the applicator. Do not touch the portion of the adhesive cover that comes into contact with the reaction wells except with the applicator.

8.    Centrifuge or spin the plate to remove any bubbles in the bottom of the wells.

9.    Follow the remainder of the procedure for the Quantifiler kit in DNA-06-01.

10.    The data generated by the 7500 may be used by the robot during the Normalization and PCR setup program (refer to DNA 07A-01 and/or DNA 07A-01B)

## 7    Records

Refer to DNA-06-01 and DNA-06-02 for records information.

## 8    Literature and Supporting Documentation

Quantifiler Human DNA Quantification Kit (Applied Biosystems PN 4343895) User's Manual.

Freedom EVO Operating Manual (Tecan PN 30018631.03 version 4.0).

Freedom EVO HID EVOlution Application Guide (Tecan, Applied Biosystems ID 394918 version 1.1).

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**<u>Preparer</u>**

*James Nichols*                                              Date:   06/02/2010
Advisory Board Chair

**<u>Concurrence</u>**

*Zoë M. Smith*                                               Date:   06/07/2010
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00        | 06/07/2010     | Original Issue                |

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Total Human and Male DNA Quantification-Quantifiler Duo*

*DRN: DNA-06-02*
*Version: 02*
*Page 1 of 6*

# TOTAL HUMAN AND MALE DNA QUANTIFICATION – QUANTIFILER DUO

## 1    Scope

Forensic Scientists routinely encounter a variety of challenging biological samples, many of which contain mixtures of male and female DNA, and/or have been exposed to environmental insults.  Determining the ratio of male to female DNA present in a mixture, and determining the presence of inhibitors helps the analysts select the most appropriate STR chemistry.  The Quantifiler Duo DNA Quantification Kit provides a quantitative and qualitative assessment of total human and human male DNA in a single assay.  This can help guide selection of the optimal STR chemistry: Identifiler (autosomal STR), Yfiler (Y-STR), or MiniFiler (optimal for degraded or inhibited samples), and provides the appropriate amount of DNA to amplify in STR analysis.

The Quantifiler Duo Primer Mix contains primer pairs and probes that simultaneously amplify the ribonuclease P RNA component H1(RPPH1) human target and the sex determining region Y (SRY) male-specific target.  A third primer and probe system along with an Internal PCR Control (IPC) template has been formulated into this reagent creating a triplex reaction.  By amplifying all reactions with the IPC in a single well, the Quantifiler Duo kit enables detection of PCR inhibitors (samples may require additional purification procedures) and allows for the identification of samples that do not contain human DNA. This system also enables detection of minute quantities of human male DNA and provides a reliable estimate of the male to female DNA mixture ratio.  Note:  This procedure may be performed using an approved robotic platform.  Please refer to DNA-06-01A for instructions.

## 2    Safety

Body fluids and extracts may contain infective agents.  Beyond mild irritation of the skin or eyes, contact with the Quantifiler Duo reagents does not usually cause acute health effects and are not known to cause any significant chronic health effects after prolonged exposure.  Use universal precautions during evidence handling.   Follow instructions for reagent preparation.   Appropriate personal protective equipment must be worn during reagent preparation and use. Clothing may protect unbroken skin; broken skin must be covered.

## 3    Related Documents

LAB-DNA-07 DNA Extraction Worksheet

LAB-DNA-13 Quantitation Load Sheet

LAB-DNA-17 Quantifiler Duo Kit Reagent Quality Control

## 4    Equipment, Materials, and Reagents

*Applied Biosystems 7500 Real-Time PCR System and SDS software

*96 well optical reaction plates

*optical adhesive covers/applicator

pipettors and pipette tips

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

vortex

microtubes – 0.5 mL/1.5 mL

microcentrifuge

plate centrifuge or salad spinner

*Quantifiler Duo DNA Quantification kit

TE buffer

*Precision plate holder 7500

*Only approved vendors for AB 7500 consumables may be used.

## 5        Standards and Controls

Quantitation Duo DNA Standard in a three-fold dilution series with eight concentration points ranging from 50 ng/µL to 0.023 ng/µL must be applied in duplicate.  These dilution standards are prepared using the Quantifiler Duo Dilution Buffer as diluent, and are used to generate standard curves for total human and male DNA.  The total human and male standard curves allow for the calculation of total human and male component in each sample well.

One quantification blank consisting of 2 µL of Duo Dilution Buffer instead of sample will be applied to one well of the plate as a background control for the quantification procedure.  If a result is obtained in this well, it may indicate the need to run a background plate, check the assay setup, software setup, reagents or instrument.

The quantification of reagent blanks is optional.

A quality control check is performed on new lots of Quantifiler Duo prior to use on casework samples.

## 6        Procedure

**NOTE:  It is important that the 96 well reaction plate not come into contact with the counter or any other surface.  It should always be placed into a base plate until loaded into the AB Prism 7500.  This is to minimize the interference caused by dust or other debris adhering to the bottom of the wells and interfering with the optical reading of the wells.**

1.        Prepare the Quantitation Duo DNA Standard dilution series.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

2. The following table shows an example of the standards dilution series with concentrations ranging from 50 ng/µL to 0.023 ng/µL (23 pg/µL). When 2.0µL of a sample at the lowest concentration (23 pg/µL) is loaded in a reaction, the well contains approximately 7 diploid human genome equivalents. These equivalents correspond to approximately 14 copies of the Duo Human target locus and approximately 7 copies of the Duo Male target locus (Y chromosome loci are haploid):

| Standard | Concentration (ng/µL) | Example Amounts | Minimum Amounts | Dilution Factor |
|---|---|---|---|---|
| Std. 1 | 50.000 | 50 µL [200 ng/µL Stock] + 150 µL Quantifiler Duo DNA dilution buffer | 10 µL [200 ng/µL Stock] + 30 µL Quantifiler Duo DNA dilution buffer | 4X |
| Std. 2 | 16.700 | 50 µL [Std. 1] + 100 µL Quantifiler Duo DNA dilution buffer | 10 µL [Std. 1] + 20 µL Quantifiler Duo DNA dilution buffer | 3X |
| Std. 3 | 5.560 | 50 µL [Std. 2] + 100 µL Quantifiler Duo DNA dilution buffer | 10 µL [Std. 2] + 20 µL Quantifiler Duo DNA dilution buffer | 3X |
| Std. 4 | 1.850 | 50 µL [Std. 3] + 100 µL Quantifiler Duo DNA dilution buffer | 10 µL [Std. 3] + 20 µL Quantifiler Duo DNA dilution buffer | 3X |
| Std. 5 | 0.620 | 50 µL [Std. 4] + 100 µL Quantifiler Duo DNA dilution buffer | 10 µL [Std. 4] + 20 µL Quantifiler Duo DNA dilution buffer | 3X |
| Std. 6 | 0.210 | 50 µL [Std. 5] + 100 µL Quantifiler Duo DNA dilution buffer | 10 µL [Std. 5] + 20 µL Quantifiler Duo DNA dilution buffer | 3X |
| Std. 7 | 0.068 | 50 µL [Std. 6] + 100 µL Quantifiler Duo DNA dilution buffer | 10 µL [Std. 6] + 20 µL Quantifiler Duo DNA dilution buffer | 3X |
| Std. 8 | 0.023 | 50 µL [Std. 7] + 100 µL Quantifiler Duo DNA dilution buffer | 10 µL [Std. 7] + 20 µL Quantifiler Duo DNA dilution buffer | 3X |

3. Prepare sufficient Master Mix by using the following amounts:

a) *Duo Primer Mix*            *10.5 µL per reaction **X** # of samples*

b) *Duo PCR Reaction Mix*      *12.5 µL per reaction **X** # of samples*

Additional reactions may be included in your calculations in order to provide excess volume to make up for pipetting loss.

4. Dispense 23 µL of the master mix into each reaction well.

5. Add 2 µL of the sample, standard, or Duo Dilution buffer to the appropriate well.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

6. Seal the reaction plate with the optical adhesive cover using the applicator. Do not touch the portion of the adhesive cover that comes into contact with the reaction wells except with the applicator.

7. Centrifuge or spin the plate to remove any bubbles in the bottom of the wells.

8. Place the plate inside the AB Prism 7500 so that well A1 is in the upper-left corner.

9. Close the AB Prism 7500 door.

10. On the plate tab within the AB Prism 7500 SDS software, set up detectors and well identification for all wells to be quantified.

11. On the instrument tab, confirm the thermal cycler conditions as a three-step cycle (Note: a hold step of $50^{o}C$ for 2 minutes has been added for the Duo Kit) with the following parameters:

   1 cycle of $50^{o}C$ for 2 minutes (Stage 1)

   1 cycle of $95^{o}C$ for 10 minutes (Stage 2)

   40 cycles of $95^{o}C$ for 15 seconds and $60^{o}C$ for 1 minute (Stage 3)

   The sample volume should be 25 µL and 9600 emulation mode must be selected.

12. Save the plate document as an SDS Document (*.sds) file and click the Start button. The plate will take approximately 1.5 hours to complete.

13. Analyze plate results.

14. Turn off AB Prism 7500.

## 7    Interpretation

### 7.1    Threshold cycle ($C_T$)

The threshold cycle ($C_T$) is when the fluorescent signal from the amplification product for each sample increases beyond the value of the threshold setting (which defines the level of detectable fluorescence). The threshold cycle depends upon the starting template copy number and efficiency of the DNA amplification. The number of cycles required for a sample to reach the threshold allows the software to determine DNA quantity by comparison to the standard curve. Therefore the lower the $C_T$ value, the greater the amount of template DNA in the original sample.

### 7.2    Standard Curves

The standard curve is a graph of the $C_T$ of quantification standard reactions plotted against the starting quantity of the standards. The software calculates the regression line by calculating the best fit with the quantification standard data points. The slope of this regression line indicates the PCR amplification efficiency for the assay. A slope of close to -3.3 indicates 100% amplification efficiency. The $R^2$ value indicates the fit between the standard curve regression line and the individual $C_T$ data points of the quantification

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Case 2:04-cr-00055-RRE    Document 753-11    Filed 10/17/11    Page 155 of 355

**Standard Operating Procedures**                                    *DRN: DNA-06-02*
*DNA*                                                               *Version: 02*
*Subject: Total Human and Male DNA Quantification-Quantifiler Duo*    *Page 5 of 6*

standard reactions.  An $R^2$ value of 1 indicates a perfect fit between the regression line and the $C_T$ data points.

The standard curves must be evaluated. Slope values typically fall between -3.0 and -3.6 with the Quantifiler Duo kit.  If the slope varies beyond this range, check the assay setup, software setup, reagents or instrument.  Values outside of this range may be used with discretion.

The $R^2$ value should be ≥ 0.98.  If the $R^2$ value is less than 0.98, further investigation should be undertaken to determine:

1.    The correct quantity values entered for quantification standards in the Well Inspector during plate document setup.

2.    The serial dilutions of the quantification standards are correct.

3.    The loading of reactions for quantification standards are correct.

4.    The reactions for one or more of the quantification standards failed.

5.    If, after confirming the well inspector values, one or more of the standards falls significantly outside of the standard curve, it may be omitted from the standard curve analysis using the Well Inspector.

### 7.3    Internal PCR Control (IPC) amplification results

**Valid results:** obtained when amplification is observed in both the Duo Human/Duo Male and the Duo IPC detectors.

| Duo Human (VIC dye) and/or Duo Male (FAM Dye) | Duo IPC (NED Dye) | Interpretation |
|---|---|---|
| No amplification | Amplification | Negative result – no human DNA detected |
| No amplification | No amplification | Invalid result |
| Amplification (low $C_T$ and high $\Delta R_n$) | No amplification or $C_T$ higher than 31 | IPC result inconclusive |
| Amplification (high $C_T$ and low $\Delta R_n$) | No amplification or $C_T$ higher than 31 | PCR inhibition |

### 7.4    Quantification values

A.    Quantification values > 0 and < 50 ng/µL, as determined by Quantifiler Duo, should be used to determine the amount of template DNA for STR amplification.  Quantification values that are ≥50 ng/µL should be interpreted with discretion or diluted and requantified.  Quantification results for samples listed as "undetermined" will fall into two categories, an invalid test or a true negative.  An invalid test is typically caused by complete inhibition.  If an invalid test is obtained, the analyst may choose to do the following: proceed directly to STR analysis of the sample or perform additional clean-up of the sample.  If the analyst chooses to proceed straight to STR analysis and no profile is obtained, then additional clean-up is required.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy



**Standard Operating Procedures**
*DNA*
*Subject: Total Human and Male DNA Quantification-Quantifiler Duo*

*DRN: DNA-06-02*
*Version: 02*
*Page 6 of 6*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

B.      True negative samples must have printed documentation in the case folder to verify the sample is a true negative and not subject to inhibition.  Even if samples give a true negative reading they must be analyzed using autosomal STR analysis.  Y-STR analysis may be performed as appropriate.

### 7.5    Calculating Male:Female DNA Ratio

The Quantifiler Duo Quantification Kit determines the total human and male DNA in a sample.  From these values the female contribution can be deduced and the male to female ratio can be calculated using the following equation:

Male:Female Ratio = 1: (Human DNA-Male DNA)/ Male DNA

All quantities in the above equation are ng/µL.

The ratio determines the extent of the mixture and is useful in determining whether to proceed with autosomal STR (Identifiler$^{TM}$), or Y-STR (Yfiler$^{TM}$) analysis.  The maximum ratio at which meaningful autosomal STR analysis can be expected is approximately 1:50. Male:Female ratios above 1:50 are usually unable to detect the male component using autosomal STR analysis.

## 8      Records

Quantification data must be retained in the case folder.  A copy of the Quantitation Load Sheet (LAB-DNA-13)  must be maintained in the laboratory.  The standard curve (total human and male) evaluation must be documented.

DNA sample concentrations shall be recorded on the DNA Extraction Worksheets.

Printed documentation of true negative samples must be retained in the case folder if the sample is not carried through amplification.

Quality control of the kit shall be documented on the Quantifiler Duo Kit Reagent Quality Control Form.

## 9      Literature and Supporting Documentation

Quantifiler Duo DNA Quantification Kit User's Manual. Applied Biosystems PN 4391294 Rev. B. 04/2008



**Standard Operating Procedures**                      *DRN: DNA-06-02*
DNA
*Subject: Total Human and Male DNA Quantification-Quantifiler Duo*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## <u>Preparer</u>

*James Nichols*                                        Date:___06/02/2010___
DNA Advisory Board Chair

## <u>Concurrence</u>

*Zoë M. Smith*                                         Date:___06/02/2010___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 07/01/2009 | Original Issue |
| 01 | 01/11/2010 | Major revision – Sections 1, 2, 5, 6, and 7.4<br>Minor revision – Title, Sections 4, 7.2, 7.3, 7.5, 8, and 9<br>Advisory Board 10/29/2009 |
| 02 | 06/07/2010 | Major revision – Sections 7.2 and 8<br>Advisory Board 04/29/2010 |

**Standard Operating Procedures**
*DNA*
*Subject: DNA Amplification-Identifiler*

*DRN: DNA-07A-01*
*Version: 03*
*Page 1 of 3*

# DNA AMPLIFICATION–IDENTIFILER

## 1    Scope

This protocol uses the AmpF*l*STR Identifiler PCR Amplification and Typing Kit.   This kit contains primers that are labeled with a light sensitive dye.  Note: This procedure may be performed using an approved robotic platform.   Please refer to DNA-07A-01A for instructions.

## 2    Safety

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.   Follow instructions for reagent preparation.   Appropriate personal protective equipment must be worn during reagent preparation and use.   Clothing may protect unbroken skin; broken skin must be covered.

## 3    Related Documents

LAB-DNA-07 DNA Extraction Worksheet

LAB-DNA-08 Amplification Worksheet

## 4    Equipment, Materials and Reagents

calculator

microcentrifuge

microcentrifuge tubes, 1.5 mL

pipette tips

pipettors, adjustable

tube decapper

vortex

thermal cycler

amplification tubes, 0.2 mL

tube rack

AmpF*l*STR Identifiler PCR Amplification and Typing Kit

TE buffer

## 5    Standards and Controls

A.      AmpF*l*STR Control DNA 9947A must be included with each amplification set. This amplification positive control is supplied with the kit.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Effective Date: 01/11/2010

B.    An amplification negative control must be included with each amplification set. This negative control will consist of all amplification reagents with TE added in place of sample DNA.

## 6    Procedure

| PCR Instrument | Times and Temperatures for Identifiler kit | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Initial Incubation Step | 28 cycles each | | | Final Extension | Final Step |
| | | Melt | Anneal | Extend | | |
| 9700 | $95^{o}$C  11 min. hold | $94^{o}$C  1 min. | $59^{o}$C  1 min. | $72^{o}$C  1 min. | $60^{o}$C  60 min. hold | 4-25$^{o}$C  ∞ hold |

1.    Program thermal cycler according to the chart above.

2.    Label PCR amplification tubes with appropriate information.

3.    Vortex PCR reaction mix, primer set, and AmpliTaq Gold™ and spin tubes briefly in a microcentrifuge to remove any liquid from the caps.

4.    Prepare master mix by adding the following volumes to a 1.5 mL tube:

   a)    Reaction Mix        10.5 µL **X** # of samples

   b)    Ampli*Taq* Gold        0.5 µL **X** # of samples

   c)    Primer Set        5.5 µL **X** # of samples

5.    Mix by vortexing for approximately 5 seconds

6.    Spin briefly in microcentrifuge to remove liquid from cap

7.    Dispense 15 µL of master mix into each amplification tube.

8.    Add appropriate amount of sample DNA to the appropriate amplification tubes not to exceed 10 µL in total sample volume added.  For samples with high concentrations of DNA, dilute with TE buffer to attain the appropriate concentration.

9.    For each amplification set, include a positive control by adding 0.5 ng to 1.0 ng of control DNA to one of the amplification tubes containing the master mix. TE will be used to attain the appropriate dilution if 1.0 ng is not amplified.

10.    For each amplification set, include a negative control by adding 10 µL of TE to one of the amplification tubes containing the master mix.  The negative control should be the last tube set up.

11.    Place the amplification tubes into the thermal cycler and start the appropriate program.

12.    After amplification, remove the tubes from the thermal cycler and store away from light.  Store samples at 2-8$^{o}$C for short periods.  For longer periods, store samples frozen.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: DNA Amplification-Identifiler*

*DRN: DNA-07A-01*
*Version: 03*
*Page 3 of 3*

## 7        Interpretation

None

## 8        Records

Amplification volumes shall be recorded on the DNA Extraction Worksheet.

Sample and control locations on the thermal cycler shall be recorded on the Amplification Worksheet. Amplification kit lot number and expiration date, as well as the thermal cycler identification number shall be recorded on the Amplification Worksheet.

## 9        Literature and Supporting Documentation

Perkin Elmer Applied Biosystems. AmpF*l*STR Identifiler PCR amplification kit users manual, 2001.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy

*Standard Operating Procedures*  
*DNA*  
*Subject: DNA Amplification-Identifiler*

*DRN: DNA-07A-01*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## Preparer

*James Nichols*                                     Date:   12/02/2009   
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                     Date:   12/02/2009   
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 09/11/2007 | Addition Section 1: "…  Note: This procedure may be performed using an approved robotic platform.  Please refer to DNA-07-01A for instructions." |
| 02 | 04/15/2008 | DRN change from DNA-07-01 to DNA-07A-01  Minor revision – Section 1  Advisory Board 02/28/2008 |
| 03 | 01/11/2010 | Major revision – Section 6  Minor revision – Title, Sections 1, 4, 5, and 9  Advisory Board 10/29/2009 |

**Standard Operating Procedures**
*DNA*
*Subject: DNA Amplification-Identifiler PE MP II*

*DRN: DNA-07A-01A*
*Version: 02*
*Page 1 of 4*

# DNA AMPLIFICATION–IDENTIFILERUSING PE MP II

## 1      Scope

This protocol uses the AmpF*l*STR Identifiler PCR Amplification and Typing Kit.    This kit contains primers that are labeled with a light sensitive dye.

## 2      Safety

Body fluids and extracts may contain infective agents.    Use universal precautions during evidence handling.    Follow instructions for reagent preparation.    Appropriate personal protective equipment must be worn during reagent preparation and use.    Clothing may protect unbroken skin; broken skin must be covered.

## 3      Related Documents

LAB-DNA-07 DNA Extraction Worksheet

LAB-DNA-08 Amplification Worksheet

DNA-07A-01 DNA Amplification - Identifiler

## 4      Equipment, Materials and Reagents

Perkin Elmer MPII forensic workstation

8 strip PCR tray caps

Capping tool

Maldi spotting tips (1-10ul)

25ul conductive tips

175ul conductive tips

200ul conductive tips

1000ul conductive tips

96 well dilution plate

Reagent reservoir (for TE)

calculator

microcentrifuge

microcentrifuge tubes, 1.5 mL

pipette tips

pipettors, adjustable

tube decapper

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy

*Standard Operating Procedures*
*DNA*
*Subject: DNA Amplification-Identifiler PE MP II*

*DRN: DNA-07A-01A*
*Version: 02*
*Page 2 of 4*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

vortex

thermal cycler

tube rack

AmpF/STR Identifiler PCR Amplification and Typing Kit

TE buffer

## 5    Standards and Controls

A.    AmpF/STR Control DNA 9947A must be included with each amplification set. This amplification positive control is supplied with the kit.

B.    An amplification negative control must be included with each amplification set. This negative control will consist of all amplification reagents with TE added in place of sample DNA.

C.    Procedure

Note:  Almost every step in the Normalization procedure is based on the information in the EXCEL (.csv) file created from the Quantifiler data, so verify that it is COMPLETELY correct before proceeding. The procedure is also directly linked to the specific rows and columns in this file as originally created. Extreme caution must be used if the layout of this file is changed in any way.

1.    Refer to DNA-07A-01 for further information on Identifiler amplification.

2.    Prepare the robot

a)    *Ensure there is sufficient degassed DI water for the system.*

b)    *Perform the system flush/wash to prime the system and to eliminate bubbles in the pressure lines*

c)    *Select the appropriate Normalization/PCR setup Test. Run the program using the "Evaluate Test" mode prior to running the test on samples to ensure previous run data is cleared.*

d)    *Place all labware on the deck including reagent troughs, a new 96 well PCR plate and a 96 well dilution tray; refer to the Test's deck layout for the appropriate locations.*

3.    Fill reagent troughs with a suitable volume (about half full) of TE buffer.

4.    Place sample tubes into the two rack locations ("SamplePlate","SamplePlate2"). The default method is to start with "SamplePlate" by placing tubes in column 1 BEGINNING AT POSITION E1.  Place the next 8 samples in column 2 of "SamplePlate2".  Continue to alternate the odd columns of "SamplePlate" and even columns of "SamplePlate2" until all sample tubes are in position.  Note:  any samples requiring in excess of 1 mL of TE for normalization may have to either be partially diluted prior to placing the sample on the robot or diluted by hand.

**Standard Operating Procedures**
*DNA*
*Subject: DNA Amplification-Identifiler PE MP II*

*DRN: DNA-07A-01A*
*Version: 02*
*Page 3 of 4*

5.    Verify the location of the sample tubes matches the "Well Number" and "Sample Name" columns from your Excel data file (.csv) created after quantification.

6.    Master Mix preparation (refer to DNA-07A-01 for instructions on creating master mix)

   a)    *Determine how many total tubes will have Master Mix (Number of samples +controls+2 extra).  If this number is an odd number, make sufficient master mix for at least one additional sample.*

   b)    *Divide the Master Mix evenly into two 1.5 mL tubes. Place the tubes into the appropriate locations on the deck.*

7.    Verify the location of the sample tubes matches the "Well Number" and "Sample Name" columns from your Excel data file (.csv) created after quantification.

8.    Place the 9947A DNA positive control from the Identifiler kit into the appropriate location on the deck.

9.    Open all sample tubes and the positive control

10.    Ensure all lids have been removed from the tip boxes and that all obstacles have been removed from the deck.

11.    Click the "Execute Test" button.  Respond to query boxes.

   a)    *If necessary click "Reset Tip Boxes" and choose "fill" for each box the user wishes to reset.*

   b)    *Verify that all tip boxes match what is listed.*

   c)    *Enter the total number of samples to be amplified in the "Number of Samples to Be Dispensed" box.*

   d)    *Use the browse box next to the "Browse for the Input Data File" box. Locate the Excel (.csv) file containing the concentration information obtained from the Quantifiler run.*

   e)    *If necessary, modify the volumes of "TE Diluent for Positive Control" and "Volume of Positive Control" if the default value is not desired.*

   f)    *Input the DNA template amount for the specific CE instrument that will be used for these samples. This amount will determine the dilution amounts in the normalization procedure.  Note: Input DNA template will vary between instruments and possibly over time. Section Supervisors should authorize changes to this value.*

   g)    *Choose "OK" to begin the normalization procedure.*

12.    Seal the amplification plate.

13.    Place the amplification plate into the thermal cycler and start the appropriate program.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy

*Standard Operating Procedures*
*DNA*
*Subject: DNA Amplification-Identifiler PE MP II*

*DRN: DNA-07A-01A*
*Version: 02*
*Page 4 of 4*

14.    After amplification, remove the plate from the thermal cycler and store away from light.    Store samples at 2-8°C for short periods.    For longer periods, store samples frozen.

## 6    Interpretation

None

## 7    Records

Refer to DNA 07A-01 for records information.

## 8    Literature and Supporting Documentation

Perkin Elmer Applied Biosystems. AmpF/STR Identifiler PCR amplification kit users manual, 2001.

Perkin Elmer Multiprobe II Automated Liquid Handling System Operation Manual Volumes 1 and 2  (PE # 7001719)

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Effective Date: 01/11/2010

Uncontrolled Printed Copy

**Standard Operating Procedures**                    *DRN: DNA-07A-01A*
*DNA*
*Subject: DNA Amplification-Identifiler PE MP II*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## Preparer

*James Nichols*                                    Date:    12/02/2009
Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                     Date:    12/02/2009
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 09/11/2007 | Original Issue |
| 01 | 04/15/2008 | DRN change from DNA-07-01A to DNA-07A-01A  Minor revision – Sections 3, 5, and 7  Advisory Board 02/28/2008 |
| 02 | 01/11/2010 | Minor revision – Title, Sections 1, 4, 5, and 8  Advisory Board 10/29/2009 |

Effective Date: 01/11/2010

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: DNA Amplification-Identifiler Tecan*

*DRN: DNA-07A-01B*
*Version: 00*
*Page 1 of 4*

# DNA AMPLIFICATION–IDENTIFILER USING TECAN

## 1    Scope

This protocol uses the AmpF*l*STR Identifiler PCR Amplification and Typing Kit.    This kit contains primers that are labeled with a light sensitive dye.

## 2    Safety

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.   Follow instructions for reagent preparation.   Appropriate personal protective equipment must be worn during reagent preparation and use.   Clothing may protect unbroken skin; broken skin must be covered.

## 3    Related Documents

LAB-DNA-07 DNA Extraction Worksheet

LAB-DNA-08 Amplification Worksheet

DNA-07A-01 DNA Amplification - Identifiler

## 4    Equipment, Materials and Reagents

Tecan Freedom EVO 150 Platform Combination System

Identifiler reagent block at 4°C

*50ul Disposable tips with filter (DiTis)

*200ul DiTis with filter

100ml disposable trough

VWR 5ml graduated transport tube

*96-well reaction plates

*Plate cover

Calculator

Microcentrifuge

Plate centrifuge or salad spinner

Microcentrifuge tubes, 1.5 mL

Pipette tips

Pipettors, adjustable

Tube decapper

Vortex

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: DNA Amplification-Identifiler Tecan*

*DRN: DNA-07A-01B*
*Version: 00*
*Page 2 of 4*

Thermal cycler

AmpF*l*STR Identifiler PCR Amplification and Typing Kit

TE buffer

*Only approved vendors for consumables may be used.

## 5    Standards and Controls

A.    AmpF*l*STR Control DNA 9947A must be included with each amplification set. This amplification positive control is supplied with the kit.

B.    An amplification negative control must be included with each amplification set. This negative control will consist of all amplification reagents with TE added in place of sample DNA.

C.    Procedure

Note:  Almost every step in the Normalization procedure is based on the information in the EXCEL (.csv) file created from the Quantifiler data, so verify that it is COMPLETELY correct before proceeding. The procedure is also directly linked to the specific rows and columns in this file as originally created. Extreme caution must be used if the layout of this file is changed in any way.

1.    Refer to DNA-07A-01 for further information on Identifiler amplification.

2.    Prepare the robot

a)    *Ensure there is sufficient degassed DI water for the system.*

a)    *Run Maintenance scripts as appropriate to prime the system and to eliminate bubbles in the pressure lines.*

i.    *Combination_system_Daily_Startup must be run on the day of use.*

ii.    *If the instrument was subsequently shut off on the same day daily startup was run, perform the Combination_system_Flush with a flush volume of 50ml.*

iii.    *If in between applications, perform the Combination_system_Flush2 with a flush volume of 50ml.*

b)    *Select the appropriate script (such as Identifiler_tubes).*

c)    *Prepare the worktable following the layout provided by the software in the Extended View.  Labware necessary includes two racks of 250ul DiTis, four racks of 50ul DiTis, and 96 well PCR plates.*

d)    *Ensure the AB Reagent block specific for the Identifiler Kit is used. Following the layout provided by the software, load the block with the corresponding reagents and tubes (Primer Set, Reaction Mix, AmpliTaq, and empty VWR vial for preparation of the master mix).  If necessary, dilute the Positive Control and place the dilution on the block in the*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: DNA Amplification-Identifiler Tecan*

*DRN: DNA-07A-01B*
*Version: 00*
*Page 3 of 4*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*appropriate location.  Otherwise, place the 9947A stock solution provided in the kit onto the instrument.*

e) *Add a minimum volume of 60ul TE to a 1.5ml tube (negative control) and place it in the corresponding location on the block.*

f) *Add appropriate volume of TE to the TE trough (minimum volume of 25ml) and place it into the appropriate location on the worktable.*

g) *Place the DNA extracts in the appropriate locations.*

h) *Open all tubes and vials and secure the caps (as appropriate).  Label caps or keep track of which caps go with which tubes.*

i) *Ensure the safety front panel is closed by pressing on each of the locks on the front of the instrument.*

3. Verify that all prepared reagents and labware are ready and in the appropriate locations.  Ensure that all tubes are open and that all obstacles are removed from the deck.

4. Click the "Run" button.  Respond to query boxes as necessary.

a) *Define the number of samples.  The maximum depends on the number of samples being processed with a limit of 88.  (This number excludes the controls.)*

b) *Record reagent information in the software if necessary.*

c) *Verify that all labware was loaded on the worktable and confirm by clicking Loaded for each item or Loaded All.  Highlight any particular item to locate it on the worktable figure displayed.*

d) *The PosID will scan the labware barcodes.  If not using barcodes, click Ignore.*

e) *Import a sample file or click Edit to enter the sample information.  (The sample name must match the sample name in the quantification export file generated by the 7500 SDS.)*

f) *Import the results file(s) generated by the 7500 SDS (.csv file) using the […] button.*

g) *The sample normalization window will show how many samples require processing.  Click on View to see the processing information and make adjustments if necessary.  Here the DNA template amount may be adjusted depending on the CE instrument to be used and its validation data.*

5. Click "Run" to begin the liquid handling procedure.

6. Upon completion, click "Run" to end the process.  Exit the software first then shut down the instrument (if needed) by pressing the ON button.

7. Remove and properly store all remaining reagents and DNA extracts.



Uncontrolled Copy – Prepared for distribution
11/10/2010wy

8.      Seal the amplification plate with an appropriate cover.

9.      Centrifuge or spin the plate to remove any bubbles in the bottom of the wells.

10.     Place the amplification plate into the thermal cycler with a compression pad (if needed) and start the appropriate program.

11.     After amplification, remove the plate from the thermal cycler and store away from light.  Store samples at 2-8$^{o}$C for short periods.  For longer periods, store samples frozen.

## 6      Interpretation

None

## 7      Records

Refer to DNA 07A-01 for records information.

## 8      Literature and Supporting Documentation

Perkin Elmer Applied Biosystems. AmpF/STR Identifiler PCR amplification kit users manual, 2001.

Freedom EVO Operating Manual (Tecan PN 30018631.03 version 4.0).

Freedom EVO HID EVOlution Application Guide (Tecan, Applied Biosystems ID 394918 version 1.1).

**Standard Operating Procedures**    *DRN: DNA-07A-01B*
*DNA*
*Subject: DNA Amplification-Identifiler Tecan*

## Preparer

*James Nichols*                                   Date:___06/02/2010___
Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                    Date:___06/07/2010___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 06/07/2010 | Original Issue |

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: DNA Amplification-MiniFiler*

*DRN: DNA-07A-02*
*Version: 01*
*Page 1 of 3*

# DNA AMPLIFICATION–MINIFILER

## 1    Scope

This protocol uses the AmpF*l*STR MiniFiler PCR Amplification and Typing Kit.   This kit contains primers that are labeled with a light sensitive dye.  Note: This procedure may be performed using an approved robotic platform.

## 2    Safety

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.   Follow instructions for reagent preparation.   Appropriate personal protective equipment must be worn during reagent preparation and use.  Clothing may protect unbroken skin; broken skin must be covered.

## 3    Related Documents

LAB-DNA-07 DNA Extraction Worksheet

LAB-DNA-08 Amplification Worksheet

## 4    Equipment, Materials and Reagents

calculator

microcentrifuge

microcentrifuge tubes, 1.5 mL

pipette tips

pipettors, adjustable

tube decapper

vortex

thermal cycler

amplification tubes, 0.2 mL

tube rack

AmpF*l*STR MiniFiler PCR Amplification and Typing Kit

TE buffer

96 well amplification tray

## 5    Standards and Controls

A.      AmpF*l*STR Control DNA 007 must be included with each amplification set.  This amplification positive control is supplied with the kit.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: DNA Amplification-MiniFiler*

*DRN: DNA-07A-02*
*Version: 01*
*Page 2 of 3*

B.      An amplification negative control must be included with each amplification set. This negative control will consist of all amplification reagents with TE added in place of sample DNA.

## 6      Procedure

| Thermal Cycler | Times and Temperatures for MiniFiler kit | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Initial Incubation Step | 30 cycles each | | | Final Extension | Final Step |
| | | Melt | Anneal | Extend | | |
| 9700 | 95°C 11 min. hold | 94°C 20 sec. | 59°C 2 min. | 72°C 1 min. | 60°C 45 min. hold | 4-25°C ∞ hold |

1.      Program thermal cycler according to the chart above.

2.      Label PCR amplification tubes with appropriate information.

3.      Vortex PCR master mix and primer set (the AmpliTaq Gold™ is in the master mix) and spin tubes briefly in a microcentrifuge to remove any liquid from the caps.

4.      Prepare Reaction Mix by adding the following volumes:

   a)      Master Mix          10 µL **X** # of samples

   b)      Primer Set           5 µL **X** # of samples

**Note:** Include additional reactions in your calculations to provide excess volume for the loss that occurs during reagent transfers.

5.      Mix by vortexing for approximately 5 seconds

6.      Spin briefly in microcentrifuge to remove liquid from cap

7.      Dispense 15 µL of master mix into each amplification tube.

8.      Add appropriate amount of sample DNA to the appropriate amplification tubes not to exceed 10 µL in total sample volume added.  For samples with high concentrations of DNA, dilute with TE buffer to attain the appropriate concentration.

9.      For each amplification set, dilute an appropriately validated amount of positive control (0.1 – 1.0 ng/µl) with TE buffer and add to one of the amplification tubes containing the reaction mix.

10.     For each amplification set, include a negative control by adding 10 µL of TE to one of the amplification tubes containing the reaction mix.  For manual preparation, the negative control should be the last tube set up.

11.     Place the amplification tubes/tray into the thermal cycler and start the appropriate program.

Uncontrolled Printed Copy

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: DNA Amplification-MiniFiler*

*DRN: DNA-07A-02*
*Version: 01*
*Page 3 of 3*

12.  After amplification, remove the tubes from the thermal cycler and store away from light.  Store samples at 2-8$^{\circ}$C for short periods.  For longer periods, store samples frozen.

## 7    Interpretation

None

## 8    Records

Amplification volumes shall be recorded on the DNA Extraction Worksheet.

Sample and control locations on the thermal cycler shall be recorded on the Amplification Worksheet. Amplification kit lot number and expiration date, as well as the thermal cycler identification number shall be recorded on the Amplification Worksheet.

## 9    Literature and Supporting Documentation

Applied Biosystems. AmpF*l*STR MiniFiler PCR amplification kit users manual, 2007.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: DNA Amplification-MiniFiler*

*DRN: DNA-07A-02*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

### Preparer

*James Nichols*                                    Date:___12/02/2009___
DNA Advisory Board Chair

### Concurrence

*Zoë M. Smith*                                    Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 04/15/2008 | Original Issue |
| 01 | 01/11/2010 | Major revision – Section 6<br><br>Minor revision – Title, Sections 1, 4, 5, and 9<br><br>Advisory Board 10/29/2009 |

**Standard Operating Procedures**
*DNA*
*Subject: DNA Amplification-Yfiler*

*DRN: DNA-07A-03*
*Version: 01*
*Page 1 of 3*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

# DNA AMPLIFICATION–YFILER

## 1      Scope

This protocol uses the AmpF*l*STR Yfiler PCR Amplification Kit.   This kit contains primers that are labeled with a light sensitive dye. This procedure may be performed using an approved robotic platform.

## 2      Safety

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.  Follow instructions for reagent preparation.  Appropriate personal protective equipment must be worn during reagent preparation and use.  Clothing may protect unbroken skin; broken skin must be covered.

## 3      Related Documents

LAB-DNA-07 DNA Extraction Worksheet

LAB-DNA-08 Amplification Worksheet

## 4      Equipment, Materials and Reagents

calculator

microcentrifuge

microcentrifuge tubes, 1.5 mL

pipette tips

pipettors, adjustable

tube decapper

vortex

thermal cycler

amplification tubes, 0.2 mL

tube rack

AmpF*l*STR Yfiler PCR Amplification Kit

TE buffer

## 5      Standards and Controls

A.      AmpF*l*STR Control DNA 007 must be included with each amplification set.  This amplification positive control is supplied with the kit. The amount of positive control template amplified should be determined by internal validation studies for each instrument.

B.      AmpF*l*STR Control DNA 9947A is a female negative control supplied with the kit.  **This control needs to be run only with the Quality Control of the kit - not with each amplification set.**

C.      An amplification negative control must be included with each amplification set. This negative control will consist of all amplification reagents with TE added in place of sample DNA.

**Standard Operating Procedures**
*DNA*
*Subject: DNA Amplification-Yfiler*

*DRN: DNA-07A-03*
*Version: 01*
*Page 2 of 3*

## 6    Procedure

| PCR Instrument | Times and Temperatures for Yfiler kit | | | | | |
|---|---|---|---|---|---|---|
| | Initial Incubation Step | 30 cycles each | | | Final Extension | Final Step |
| | | Melt | Anneal | Extend | | |
| 9700 | 95°C 11 min. hold | 94°C 1 min. | 61°C 1 min. | 72°C 1 min. | 60°C 80 min. hold | 4-25°C ∞ hold |

1. Program thermal cycler according to the chart above.

2. Label PCR amplification tubes with appropriate information.

3. Vortex PCR reaction mix, primer set, and AmpliTaq Gold and spin tubes briefly in a microcentrifuge to remove any liquid from the caps.

4. Prepare master mix by adding the following volumes to a 1.5 mL tube:

   a) Reaction Mix        9.2 µL **X** # of samples

   b) Ampli*Taq* Gold      0.8 µL **X** # of samples

   c) Primer Set          5.0 µL **X** # of samples

**Note:** Include additional reactions in your calculations to provide excess volume for the loss that occurs during reagent transfers.

5. Mix by vortexing for approximately 5 seconds

6. Spin briefly in microcentrifuge to remove liquid from cap

7. Dispense 15 µL of master mix into each amplification tube.

8. Add appropriate amount of sample DNA to the appropriate amplification tubes not to exceed 10 µL in total sample volume added. For samples with high concentrations of DNA, dilute with TE buffer to attain the appropriate concentration.

9. For each amplification set, include a positive control by adding 0.5 ng to 1.0 ng of control DNA 007 to one of the amplification tubes containing the master mix. TE will be used to attain the appropriate dilution if 1.0 ng is not amplified.

10. For each amplification set, include a negative control by adding 10 µL of TE to one of the amplification tubes containing the master mix. The negative control should be the last tube set up.

11. Place the amplification tubes into the thermal cycler and start the appropriate program.

12. After amplification, remove the tubes from the thermal cycler and store away from light. Store samples at 2-8°C for short periods. For longer periods, store samples frozen.

## 7    Interpretation

None

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: DNA Amplification-Yfiler*

*DRN: DNA-07A-03*
*Version: 01*
*Page 3 of 3*

## 8        Records

Amplification volumes shall be recorded on the DNA Extraction Worksheet.

Sample and control locations on the thermal cycler shall be recorded on the Amplification Worksheet. Amplification kit lot number and expiration date, as well as the thermal cycler identification number shall be recorded on the Amplification Worksheet.

## 9        Literature and Supporting Documentation

Applied Biosystems. AmpF*l*STR Yfiler PCR amplification kit User's Manual Part Number 4358101 Rev.C. 08/2006.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy

**Standard Operating Procedures**
DNA
*Subject: DNA Amplification-Yfiler*

*DRN: DNA-07A-03*

## Preparer

*James Nichols*                                    Date:___12/02/2009___
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                    Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 07/01/2009 | Original Issue |
| 01 | 01/11/2010 | Minor revision – Title, Sections 1, 4, 5, 6, and 9<br>Advisory Board 10/29/2009 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Effective Date: 01/11/2010

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: Capillary Electrophoresis*

*DRN: DNA-07B-01*
*Version: 04*
*Page 1 of 4*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

# CAPILLARY ELECTROPHORESIS

## 1    Scope

Amplified samples can be analyzed by injection into a CE (Capillary Electrophoresis) Instrument.  An internal lane size standard is loaded with each sample to allow for automatic sizing of the PCR products and to normalize differences in electrophoretic mobility between injections.  GeneMapper ID software automatically analyzes the collected data, and assigns all allele designations.

## 2    Safety

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.  Follow instructions for reagent preparation.  Formamide is harmful if absorbed through the skin and is considered an irritant. POP polymers are considered irritants.  Appropriate personal protective equipment must be worn during reagent preparation and use.  Clothing may protect unbroken skin; broken skin must be covered.

## 3    Related Documents

DNA-08-01 STR Interpretation Guidelines

LAB-DNA-08 Amplification Worksheet

DNA-07A-01 DNA Amplification - Identifiler

DNA-07A-01A DNA Amplification-Identifiler Using PE MP II

DNA-07A-02 DNA Amplification - MiniFiler

DNA-07A-03 DNA Amplification - Yfiler

## 4    Equipment, Materials, and Reagents

The following items or their equivalent may be used:

AB Prism Genetic Analyzer (instrument, computer and appropriate software)

AB Prism Genetic Analyzer capillaries/array

AB Prism Genetic Analyzer sample tubes/septa /plates*

Genetic Analyzer buffer vials/reservoirs/reservoir septa

250 µL, 1.0 mL, and/or 5.0 mL glass syringe

freezer or ice bath

heat block or thermal cycler

GS500 LIZ

AB Prism 10X Genetic Analyzer Buffer w/ EDTA

Matrix Standards 5 dyes

**Standard Operating Procedures**
*DNA*
*Subject: Capillary Electrophoresis*

*DRN: DNA-07B-01*
*Version: 04*
*Page 2 of 4*

Matrix Standard Set DS-33

Hi-DI formamide

Performance Optimized Polymer (POP-4 polymer)

vortex

microcentrifuge tubes -1.5 mL

pipettes

pipette tips

decapper

*Only approved vendors for AB CE consumables may be used.

## 5    Standards and Controls

Appropriate ladders and positive and negative amplification controls must be included with each CE instrument run.  An internal size standard (GS500 LIZ) must be added to each sample.

## 6    Procedure

1.    Set up CE Instrument.

2.    Formamide, internal size standard addition should be as follows:

   a)    ***For 310 Genetic Analyzer****: prepare a master mix of deionized formamide and GS500 LIZ as follows and mix well:*

   i.    *deionized formamide 24.5 µL x # of samples (include controls and ladders)*

   ii.    *GS500 LIZ 0.5 µL x # of samples (include controls and ladders)*

   b)    ***For 3100/3130/3130xl Genetic Analyzer****: prepare a master mix of deionized formamide and GS500 LIZ as follows and mix well:*

   i.    *deionized formamide 8.7 µL x # of samples (include controls and ladders)*

   ii.    *GS500 LIZ 0.3 µL x # of samples (include controls and ladders)*

   Note:    These ratios may be adjusted as necessary, based on validation, to accommodate instrument sensitivity.

3.    Label sample tubes/tray with appropriate information.

4.    Master mix aliquots:

   a)    ***For 310 Genetic Analyzer****: aliquot 25 µL of the deionized formamide/GS500 LIZ master mix into each tube.*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: Capillary Electrophoresis*

*DRN: DNA-07B-01*
*Version: 04*
*Page 3 of 4*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

b) ***For 3100/3130/3130xl Genetic Analyzer****: aliquot 9 µL of the deionized formamide/GS500 LIZ master mix into each well in the 96-well reaction plate*

5.  Sample preparation:

a) ***For 310 Genetic Analyzer****: Add 1.5 µL of PCR product or allelic ladder to the appropriate tube. The analyst has the option of loading between 0.5 µL to 3 µL of sample PCR product; however, 1.5 µL is the required amount for the initial set-up.*

b) ***For 3100/3130/3130xl Genetic Analyzer****: Add 1.0 µL of PCR product or allelic ladder to the appropriate well. The analyst has the option of loading between 0.6 µL to 1.0 µL of sample PCR product; however, 1.0 µL is the required amount for the initial set-up.*

6.  Cover the samples with appropriate septa.

7.  Centrifuge or spin the plate to remove bubbles.

8.  Denature all of the samples at approximately $95^{o}C$ for approximately 3 minutes in a heat block or thermal cycler. Do not exceed 5 minutes.

9.  Immediately chill all of the samples for approximately 3 minutes in the freezer or in an ice-water bath.

10.  Instrument setup

a) ***For 310 Genetic Analyzer****: Set up sample sheets and injection lists on the 310 Genetic Analyzer as instructed. A 5 second injection is required for the initial injection; however, the analyst will be given the option of injecting samples for 2-10 seconds for subsequent injections. Each injection list will also include all appropriate controls and ladders. The analyst will not be allowed the option of loading additional amplified sample and increasing the injection time on the same evidentiary sample injection. Only one of these options may be implemented at one time.*

b) ***For 3100/3130/3130xl Genetic Analyzer****: Complete the plate editor spreadsheet for the wells you have loaded, type a name for the plate and click OK. For each of the columns enter the appropriate data (sample name, dye and module). A 5 second injection is required for the initial injection; however, the analyst will be given the option of injecting samples for 2-10 seconds for subsequent injections. All appropriate controls and ladders will be required for each run.*

11.  Analyze collected data using GeneMapper ID (Analysis range will be set to exclude the primer peak, and the analysis smoothing option will be set to light for all samples).

12.  Print the appropriate documentation.

## 7    Interpretation

Proceed to DNA-08-01 STR Interpretation Guidelines.

**Standard Operating Procedures**
*DNA*
*Subject: Capillary Electrophoresis*

*DRN: DNA-07B-01*
*Version: 04*
*Page 4 of 4*

## 8    Records

A.    At a minimum, case file documentation will consist of the following:

1.    A printout of the complete injection list/ GeneMapper ID project list for each run.

2.    A printout of one electropherogram used in the final interpretation of each sample. If a sample is extracted more than once, a printout of one electropherogram from each extraction is also required.

3.    Document why a sample or ladder injection was not used. Reasons for not using these injections must be noted on the injection list/plate record from Data Collection or the project list from GeneMapper ID.

B.    Documentation will be kept for each CE instrument on the following:

1.    A copy of each new matrix file for the 310.

2.    A copy of the spectral for each capillary of the array for the 3100/3130/3130*xl* (note:  3100/3130/3130*xl* sample files are stored with the spectral applied).

3.    A record of capillary changes

4.    A record of Performance Optimized Polymer 4 (POP-4) lot numbers and expiration dates

5.    A record of GS500 LIZ lot numbers

6.    A copy of the analysis parameters

C.    Run Documentation

1.    All raw data, and associated matrix files, will be electronically archived.  A copy of all archived data will be retained off-site.

2.    Per run, a complete injection list/GeneMapper ID project list, a printout of one representative ladder electropherogram, one positive and one negative control, and reagent blanks will be maintained in a notebook until archived.

## 9    Literature and Supporting Documentation

Applied Biosystems. AmpF*l*STR Identifiler PCR amplification kit user manual, 2001.

AmpF*l*STR MiniFiler  PCR amplification kit user manual, 2007.

Applied Biosystems. AmpF*l*STR Yfiler PCR amplification kit User's Manual Part Number 4358101 Rev.C. 08/2006.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*                                    *DRN: DNA-07B-01*
*DNA*
*Subject: Capillary Electrophoresis*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## **Preparer**

*James Nichols*                                       Date:___12/02/2009___
DNA Advisory Board Chair

## **Concurrence**

*Zoë M. Smith*                                        Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 07/16/2007 | Modification to Section 8, A. regarding case file documentation |
| 02 | 04/15/2008 | DRN change from DNA-07-02 to DNA-07B-01<br><br>Minor revision – Section 3<br><br>Major revision – Sections 6, 8, and 9<br><br>Advisory Board 02/28/2008 |
| 03 | 12/01/2008 | Major revision – Sections 4, 6, and 8<br><br>Advisory Board 10/24/2008 |
| 04 | 01/11/2010 | Major revision – Sections 3, 4, 6, 8, and 9<br><br>Advisory Board 10/29/2009 |

Effective Date: 01/11/2010                          Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: Autosomal STR Interpretation Guidelines*

*DRN: DNA-08-01*
*Version: 05*
*Page 1 of 8*

# AUTOSOMAL STR INTERPRETATION GUIDELINES

## 1    Scope

These guidelines are in place to insure that conclusions are scientifically supported by the analytical data with appropriate standards and controls.  Interpretations are made as objectively and consistently as possible from analyst to analyst.  Interpretation guidelines are based upon validation studies, literature, instrumentation and casework experience.  Not every situation can nor should be covered by a rule.  Situations may occur that require an analyst to vary from the stated guidelines. These situations must be documented and approved by the Technical Leader.

## 2    Related Documents

DNA-02-04 Analytical Controls

DNA-02-08 Guidelines for DNA Technical Review

DNA-07B-01 Capillary Electrophoresis

DNA-08-02 Statistical Significance Estimation

DNA-08-03 Report Writing Guidelines

DNA-08-05 CODIS Guidelines

STR Data Worksheet

## 3    Preliminary Evaluation of Data

The first step in data evaluation is to determine whether the results are of sufficient quality for interpretation purposes using methods appropriate for a CE Instrument.  These criteria have been determined by evaluating data generated by the laboratory.

### 3.1    Analytical thresholds

   A.     All data shall be analyzed at an analytical threshold of 100 RFU (relative fluorescence units).

   B.     The maximum analytical threshold for evaluating STR profiles is 8192 RFU in the raw data, except at the Amelogenin locus.

   C.     If the data exceeds the maximum analytical threshold at any locus except for Amelogenin, the off scale locus must be called inconclusive or the sample reanalyzed using any of the following methods:

   1.    Inject the sample for not less than 2 seconds.

   2.    Add no less than 0.5 µL of amplified product to the formamide /LIZ mixture on the 310 Genetic Analyzer or no less than 0.6 µL of amplified product to the formamide/LIZ mixture on the 3100/3130/3130*xl* Genetic Analyzer.

   3.    Dilute the amplified product in $dIH_2O$ or TE buffer and add the diluted amplified product to the formamide/LIZ mixture.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Uncontrolled Printed Copy

***Standard Operating Procedures***
*DNA*
*Subject: Autosomal STR Interpretation Guidelines*

*DRN: DNA-08-01*
*Version: 05*
*Page 2 of 8*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

4.  Re-amplify the sample with less template DNA.

D.  If the maximum threshold is exceeded for the LIZ size standard, the analyst may use the data as long as any associated pull-up is below threshold and does not interfere with data interpretation.

E.  To increase peak height, the sample may be reanalyzed using one of the following methods:

1.  Inject the sample for up to 10 seconds.

2.  Re-amplify the sample with more or less template DNA.

3.  Add up to 3 µL of sample PCR product to the formamide/LIZ mixture for analysis on the AB 310 Genetic Analyzer.

### 3.2   Internal size standard evaluation

A.  Internal size standards must be run with every sample.

B.  The GS 500 LIZ size standard is used in conjunction with Identifiler, and an analysis range of 75 to 450 bp is required for proper sizing.  MiniFiler requires an analysis range of 65 to 400 bp for proper sizing.

### 3.3   Allelic ladder evaluation

A.  When interpreting Identifiler/MiniFiler results, genotypes are assigned to sample alleles by comparing their sizes to those obtained for the known alleles in the allelic ladders.

B.  At a minimum, one acceptable Identifiler/MiniFiler ladder must be present within each run.

C.  Each ladder used for analysis must have the appropriate number of properly labeled alleles present for each locus when analyzed.

### 3.4   Matrix/Spectral

A.  The Identifiler/MiniFiler kit uses a five dye system which includes 6-FAM, VIC, NED, PET, and LIZ which is used as the internal lane size standard.

B.  Matrix/spectral files vary between instruments, virtual filter sets, and run conditions on a single instrument.  However, the spectral overlap between the dyes is reproducible under constant run conditions.

C.  Matrix/Spectral Failure

1.  A matrix/spectral failure is a result of the instrument's inability to separate dyes (spectral overlap) used to fluorescently label STR products.  This is indicated by multiple unexpected peaks of different dyes under an expected peak (i.e. pull-up) or as an elevation of the baselines for any dye.

2.  On the AB Prism 310, a new matrix may be applied to previously run samples if the original matrix is faulty.

*Standard Operating Procedures*
*DNA*
*Subject: Autosomal STR Interpretation Guidelines*

*DRN: DNA-08-01*
*Version: 05*
*Page 3 of 8*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

3.   On the AB Prism 3100/3130/3130*xl*, samples must be re-injected after a new spectral has been made.

## 4    Data Analysis

### 4.1    GeneMapper ID

A.   Genemapper ID will be set to the advanced mode, which uses an average of all the acceptable ladders in a run to determine the offset values and uses algorithms to assess the size standard.

B.   GeneMapper ID will be set to the default settings for all kit dependent values, with the exception of analysis ranges and threshold values.

C.   Process Quality Values (PQVs) will not be used to replace analyst data interpretation.

D.   Samples from the plate manager or each injection list will be run through GeneMapper ID without manipulation of the imported data or the subsequent results and/or allele designations determined by GeneMapper ID.

### 4.2    Allele Identification

A.   A true allele is defined as any peak that meets established threshold values, falls within a defined size category as determined by GeneMapper ID, and is not an artifact.

B.   Peaks below threshold are considered inconclusive (INC) and are not reportable.

C.   If no peaks for a given locus are detected, that locus is designated as no result (NR).

D.   Stochastic effects or allelic dropout occurs from low levels of DNA template or degraded DNA specimens and may result in false homozygous results if one of the alleles fails to be detected or falls below threshold.

### 4.3    Analytical Controls

Analytical controls must be evaluated according to DNA-02-04 Analytical Controls.

### 4.4    Artifacts

A.   General Guidelines

1.   Artifacts or anomalies may be detected on the electropherogram.  Those that occur within the analysis range must be documented.

2.   If an artifact is reproducible, it is important to try to identify and document the cause for the appearance of the artifact.

3.   Kit-associated artifacts (e.g. dye artifacts) may be documented and loci may be used with Technical Leader approval.

**Standard Operating Procedures**
*DNA*
*Subject: Autosomal STR Interpretation Guidelines*

*DRN: DNA-08-01*
*Version: 05*
*Page 4 of 8*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

B.    Spikes

1.    Spikes are generally present in at least two colors and have the same data points.

2.    If a spike occurs within the allele typing areas and is labeled by GeneMapper ID, the analyst must re-inject that sample.

3.    If a spike occurs in one or more of the controls and the run has ended and is labeled by GeneMapper ID, the analyst may use the data from that run, but the control(s) with the spike must have been shown to type appropriately on another run.

C.    Stutter

1.    A stutter peak is a reproducible minor product peak generally four bases shorter (n-4) than the corresponding main allele peak that is produced during amplification of STR loci.

2.    For single source samples, if a stutter peak exceeds the published percent stutter associated with each locus, the analyst may call that locus inconclusive or document the stutter peak and use the remaining information from that locus with the approval of the Technical Leader.

D.    Minus A

1.    Minus A is a reproducible minor peak one basepair shorter than the main allele peak.

2.    Minus A may occur when too much amplification product is generated.   If this occurs, the analyst may dilute the sample prior to re-running or re-amplify the sample using less template DNA.

E.    Pull-up

1.    Pull-up is the result of dye bleed-through  from one dye lane into another, usually because of off-scale peaks due to amplification of excessive template DNA or when a faulty matrix/spectral is applied to the samples.

2.    One of the following must be performed on samples that exhibit pull-up due to amplification of excessive template DNA:

a)    *Re-inject for a shorter period of time,*

b)    *Dilute and re-run,*

c)    *Re-amplify with less template DNA.*

**4.5    Microvariants and Off-ladder Alleles**

A.    Locus designation will be as assigned by GeneMapper ID for an off-ladder allele that falls between two loci.

B.    The number designation for alleles containing an incomplete repeat unit, falling within the range spanned by the ladder alleles, should include the number of

**Standard Operating Procedures**
*DNA*
*Subject: Autosomal STR Interpretation Guidelines*

*DRN: DNA-08-01*
*Version: 05*
*Page 5 of 8*

complete repeats, and separated by a decimal point, the number of base pairs in the incomplete repeat (i.e., 9.3 for TH01). If an allele falls greater than four base pairs outside the smallest or largest allele at a locus, it will be designated as greater than or less than the appropriate ladder allele (i.e., >11 for TH01).

C.      Off-ladder alleles must be verified by re-injection of the sample or by confirmation in multiple samples.

D.      Off-ladder alleles will be used for comparisons and for statistical calculations using the minimum allele frequency for that locus.

**4.6     Tri-allelic loci**

A.      Occasionally, tri-allelic or three-banded patterns may be observed at a single locus in a profile that would otherwise appear to be single-source in origin. The three peaks seen at the locus may or may not be of equal peak height.

B.      Tri-allelic patterns must be verified by re-injection of the sample or by confirmation in multiple samples.

C.      Tri-allelic loci will be used for comparisons but may not be used for single-source statistical calculations.

## 5      Interpretation of Results

**5.1     General Guidelines**

A.      The nature of the sample, case synopsis, and/or case screening results may indicate the possibility of encountering a mixture profile and the number of potential contributors.

B.      The evidentiary profile must be evaluated to determine if it can be categorized as a single source, mixture, major component, partial, or inconclusive profile. This must be documented on the STR Data Worksheet (LAB-DNA-14).

C.      Partial profiles are those that do not yield results for all loci tested and can be caused by degraded template DNA or low concentrations of template DNA. For samples that contain low template DNA careful consideration of the entire profile must be made.

D.      Inclusions and exclusions are determined by evaluation of the entire DNA profile produced by the loci tested. Identifiler and Minifiler results from the same sample extract may be combined to create more complete profiles for comparison.

E.      It is acceptable for comparisons to be made when one or more of the loci yield inconclusive results. A comparison statement will be based only on loci that yield conclusive results.

F.      The analyst and technical reviewer must be in agreement with the interpretation for inclusions and exclusions. If an agreement cannot be reached, the Technical Leader must be consulted for resolution.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

***Standard Operating Procedures***
*DNA*
*Subject: Autosomal STR Interpretation Guidelines*

*DRN: DNA-08-01*
*Version: 05*
*Page 6 of 8*

**5.2    PCR Interpretation– Single Source Evidentiary Profile**

A.    The following guidelines apply to an evidentiary profile which has been determined to be single source.

1.    Typical single source indicators include:

  *i.    No more than two alleles per locus (with the exception of one tri-allelic locus),*

  *ii.    Balanced peak heights for heterozygous alleles (typically ≥ 70%), and/or*

  *iii.    Sample origin*

B.    Profile determination

Record alleles for each locus as genotypes (i.e. 8,8).

C.    Comparison to Reference Samples

Comparisons will be made between the evidentiary profile and known profiles of possible contributors.

**5.3    PCR Interpretation– Mixture Evidentiary Profile**

A.    General Guidelines

1.    A mixture occurs when two or more individuals contribute biological material to a sample.

  *a)    Typical mixture indicators include:*

  *i.    More than two alleles per locus,*

  *ii.    Stutter peak height ratios greater than expected,*

  *iii.    Significantly imbalanced alleles, and/or*

  *iv.    Sample origin*

2.    The minimum number of contributors to a profile may be determined by the analyst according to the exhibited profile.

3.    Profile determination

  *a)    Record alleles for each locus as phenotypes (i.e. 8).*

  *b)    Analysts shall not disregard peaks labeled by GeneMapper ID on mixture profiles, except for kit associated artifacts.*

B.    Major component profile

1.    The following criteria must be met for determination of a major component profile: Each interpretable locus shows one major contributor meaning no peak from a minor contributor is greater than 30% of the height of the shortest peak from the major contributor with no adjustment made for stutter.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Effective Date: 06/07/2010

**Standard Operating Procedures**
*DNA*
*Subject: Autosomal STR Interpretation Guidelines*

*DRN: DNA-08-01*
*Version: 05*
*Page 7 of 8*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

2.    If the evaluation of the mixture profile results in a clear determination of a major and minor contributor at each locus, then the major component of the mixture profile is considered a single source for the purposes of interpretation and statistical calculations.

3.    Single source interpretation shall not be applied to a minor component profile.

4.    Documentation of the peak height ratios for at least one locus on the electropherogram is required to support a major component determination.

C.    Mixture Interpretation

1.    Prior to making comparisons, determine which loci are conclusive and which are inconclusive.

   a)    *Peaks below the 100 RFU threshold will not be used for interpretation. Peaks above threshold will be used for interpretation.*

   b)    *If there are peaks at or above the 100 RFU threshold, the locus is suitable for comparison.  If there are no peaks at or above the 100 RFU threshold, the locus is inconclusive and will not be used for interpretation.*

2.    For each item, the reference profile of any known contributor may be used to assist the analyst in determining possible allele combinations of unknown contributors.

3.    Compare the known reference profiles to the alleles in the mixture profile to determine inclusion or exclusion.

**5.4    Possible conclusions**

A.    **Exclusion/Excluded** – The alleles obtained for the reference sample are not included in the alleles obtained for the evidentiary sample.  The reference sample is excluded as a possible contributor of the DNA profile obtained from the evidentiary sample.

B.    **Inclusion/Included/Not excluded** – The alleles obtained for the reference sample are included in the alleles obtained for the evidentiary sample at all interpretable loci. The reference sample cannot be excluded as a possible contributor of the DNA profile obtained from the evidentiary sample.

C.    **Inconclusive** – Insufficient data was obtained from the sample to make a reliable comparison.  Inconclusive interpretations may result from, but are not limited to, the following causes:

1.    Insufficient amounts of template DNA which can result in observation of stochastic effects at one or more loci for the sample tested.

2.    Degradation due to environmental or chemical exposure.

3.    Preferential amplification due to the presence of inhibitors or other factors that limit the amplification of larger fragments.

**Standard Operating Procedures**
*DNA*
*Subject: Autosomal STR Interpretation Guidelines*

*DRN: DNA-08-01*
*Version: 05*
*Page 8 of 8*

### 5.5    Discordance between Identifiler and MiniFiler

When results are discordant between Identifiler and MiniFiler, the Technical Leader must be consulted.

## 6    Records

All evidentiary profiles will be documented on the STR Data Worksheet (LAB-DNA-14).

All conclusions will be documented on the STR Data Worksheet (LAB-DNA-14).

## 7    Literature and Supporting Documentation

Butler JM. Forensic DNA Typing: Biology, Technology, and Genetics of STR Markers, 2nd edition. Elsevier Academic Press. 2005.

Applied Biosystems. AmpF/STR Identifiler PCR amplification kit user's manual. 2001.

Applied Biosystems. GeneMapper ID user's manual,

SWGDAM. Short Tandem Repeat (STR) Interpretation Guidelines. For Sci Comm. July, 2000. 2(3).

Applied Biosystems. AmpF/STR MiniFiler PCR amplification kit user's manual, 2007.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

| **Standard Operating Procedures** | *DRN: DNA-08-01* |
|---|---|

*DNA*
*Subject: Autosomal STR Interpretation Guidelines*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## Preparer

*James Nichols*                                    Date:   06/02/2010
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                     Date:   06/02/2010
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 10/01/2007 | Modification Section 5.3, D: 1.  Determine if there are <u>peaks or</u> loci in the mixture profile that are not suitable for comparison <u>purposes</u>., a).~~If peaks at a locus are detected below threshold (other than filtered stutter) these loci may be considered inconclusive (INC)~~<u>Peaks below the 100 RFU threshold will not be used for interpretation.  Peaks above threshold will be used for interpretation</u>., b) <u>If there are peaks at or above the 100 RFU threshold, the locus is suitable for comparison. If there are no peaks at or above the 100 RFU threshold, the locus is inconclusive and will not be used for interpretation.</u>  ~~indications that allelic drop-out may have occurred, that locus may be called inconclusive for comparison.~~ |
| 02 | 04/15/2008 | Minor revision – Sections 2 and 4.1<br><br>Major revision – Sections 3.2, 3.3, 3.4, 4.2, 4.4, and 7<br><br>Advisory Board 02/28/2008 |
| 03 | 12/01/2008 | Minor revision – Section 7<br><br>Major revision – Sections 3.1, 3.4, and 5.1<br><br>Advisory Board 10/24/2008 |
| 04 | 01/11/2010 | Major revision – Title, Sections 3.2, 4.6, 5.1, 5.2, and 5.3<br><br>Minor revision – Sections 3.3, 3.4, 4.1, 4.2, 4.4, 4.5, 4.6, 6, and 7<br><br>Advisory Board 10/29/2009 |
| 05 | 06/07/2010 | Major revision – Section 5.5<br><br>Advisory Board 04/29/2010 |

**Standard Operating Procedures**
*DNA*
*Subject: Autosomal STR Statistical Significance Estimation*

*DRN: DNA-08-02*
*Version: 02*
*Page 1 of 5*

# AUTOSOMAL STR STATISTICAL SIGNIFICANCE ESTIMATION

## 1    Scope

Once a match has been identified and an individual included as a possible source of evidentiary material, the significance of that match is estimated (match probability) to allow investigators, the legal sector, and ultimately a jury of lay persons to place the appropriate emphasis on the conclusion.  Although every locus analyzed is evaluated, some loci may provide no information with regard to a particular comparison.  Because it is the significance of the match that is important, only the matching loci can be taken into account in estimating significance and only after the analyst has determined that the profiles match.  This protocol addresses the different methods of calculating significance, when each is to be applied, and the population data from which they are calculated.

## 2    Related Documents

DNA-08-01 STR Interpretation Guidelines

DNA-08-02A STR Population Database

DNA-08-03 Report Writing Guidelines

## 3    Practices

### 3.1    General Information

A.    Evidentiary stains

For the purpose of calculating statistical significance of a match, all evidentiary stains shall be treated as mixtures unless the DNA profile of the stain fits the criteria for a single source or major component. If the profile fits the criteria for either a single source or a major component of a mixture, the analyst may choose to apply single source significance calculations.

B.    Minimum and null allele frequencies

Minimum allele frequencies are calculated using 5/2N where N is the number of individuals in the population database.  This follows the NRC II recommendation for STR analysis, null allele frequencies are set to 0 (Evett et al. 1996).

C.    Off-ladder alleles

Off-ladder alleles that have been confirmed by re-injection (in the case of STR analysis) or appearance in more than one sample will be used to determine a match and estimate the significance of that match.  The allele frequency will be the calculated minimum allele frequency for the locus/population group.

D.    Tri-allelic loci

Tri-allelic loci that have been confirmed by re-injection (in the case of STR analysis) or appearance in more than one sample will be used to determine a match.  However, the tri-allelic locus will be omitted from the statistical significance calculations for single-source samples.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

E.    Software

1.    The latest available and installable version of the FBI's Popstats software will be configured to use the formulae below to calculate significance estimates.  The Forensic-Single Sample data input option  (Federal Bureau of Investigation. 1997a) will be used for single source significance calculations; the Forensic Mixture Case data input option and the Mixture Formula (Federal Bureau of Investigation. 1997a, 1997b) will be used for mixed source significance calculations.

2.    The probability of inclusion will be calculated and the inverse probability of inclusion will be reported.

F.    Population Databases

1.    Population groups

a)    *The significance estimate calculations use empirically determined allele frequencies for each of the represented population groups. Statistics will be routinely calculated for the Caucasian, Black, and Hispanic population groups.*

b)    *STR allele frequency data for the 13 NDIS core STR loci is also available for Japanese, Chinese, and Vietnamese populations for use at the analyst's discretion (Borys et al., 1999a, 1999b).*

2.    STR allele frequencies

a)    *Population allele frequency tables are found in Appendix DNA-08-02A.*

b)    *Allele frequency data for all thirteen NDIS core STR loci as well as D2S1338 and D19S433 are configured for each Popstats installation in the form of data files.*

c)    *Population data using FBI findings (Budowle et al. 1999) alone are available in the Popstats data files.  However, the analyst will routinely use Texas DPS allele frequency data for all available loci and will configure Popstats accordingly.*

d)    *Texas DPS data for the loci CSF1PO, TPOX, TH01, D16S539, D2S1338 and D19S433 have not been analyzed; therefore, population data presented by the FBI (Budowle et al.. 1999, 2001) will be used for these loci.*

e)    *Frequency estimates for the remaining loci will reflect data collected at the Texas Department of Public Safety CODIS Convicted Offender DNA typing laboratory.  Data for 311 Black, 553 Caucasian, and 358 Hispanic individuals, which were collected as part of the convicted offender typing operation, were analyzed by DPS and reviewed and statistically evaluated by Dr. Bruce Budowle, FBI, for suitability for forensic testing. The TX database was approved for use on casework by the Texas DPS DNA Advisory Board on September 2, 1998.*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Autosomal STR Statistical Significance Estimation*

*DRN: DNA-08-02*
*Version: 02*
*Page 3 of 5*

### 3.2 Estimation of Probability of Inclusion

A.  A statistical estimation will be made on those loci where peak heights are above the interpretation threshold.

B.  Although amelogenin is used for declaration of a match, it is not used in calculation of match significance.

### 3.3 Single Source / Major component Profile Significance Calculation

A.  The single source significance calculation can be applied if the evidentiary profile has been determined to be a single source or major component of a mixture profile.

B.  The calculation will use NRC II Recommendation 4.1 formula from Committee on DNA Technology in Forensic Science: an Update. II. National Research Council (U.S.). Commission on DNA Technology in Forensic Science: an Update. (1996. The Evaluation of Forensic DNA Evidence. National Academy Press, Washington, D.C. p. 122) at a given locus and may be performed using PopStats.

    *a)*    *For each locus the genotypic frequency will be determined as follows:*

    *i.*    *For homozygotes, $f = p^2 + p(1-p)\,\theta$ where $\theta = 0.01$*

    *ii.*    *For heterozygotes, $f = 2pq$*

    *b)*    *For all loci used to identify the match, $F = (f_1 \times f_2 \times f_3 \times f_4 \times \ldots \times f_k)$, where k is the number of loci.*

    *c)*    *The inverse probability = $1/F$*

2.  For partial profiles, the loci used in the statistic will be identified and reported.

C.  Requirements to Use Source Attribution

1.  Statistical estimates must be at least 1 in 306 billion for every population group calculated and

2.  The profiles must match at a minimum of 13 loci.

3.  Identical twins would preclude using source attribution.

4.  If the source of a profile cannot be identified, the approximate population of the world (6.8 billion The US Bureau of the Census 10/09) will be included on the report as a point of reference.

5.  Source attribution is declared when $p \leq 1 - (1-\alpha)^{1/N}$ where p=the adjusted probability, $\alpha = 0.01$ and N = 308 million (the total suspect population which is taken to be the population of the US; US Bureau of the Census estimate 10/09). The adjusted probability p = F x 10 where F is the most conservative estimate of genotype frequency across the populations examined. The increase by a factor of 10 accommodates the NRC II recommendations for uncertainty (p. 156).

$$P \leq 1 - (1 - \alpha)^{1/N}$$

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Autosomal STR Statistical Significance Estimation*

*DRN: DNA-08-02*
*Version: 02*
*Page 4 of 5*

$$F \times 10 \leq 1 - (1 - 0.01)^{1/308,000,000}$$

$$F \leq (1 - (0.99)^{3.25e-9}) \div 10$$

$$F \leq 3.266^{\,e-12}$$

$1/F \geq 306,000,000,000$ or inverse probability of inclusion is 1 in at least 306 billion

### 3.4    Mixture Profile Significance Calculation

A.    The mixture profile significance calculation will be applied if the evidentiary profile has been determined to be a mixture, except for profiles that qualify as a major component.

B.    Statistics will be provided when a probative reference sample cannot be excluded as a possible contributor.

1.    Inconclusive loci will not be used in the statistical evaluation.

2.    For each locus, $f = (p_1 + p_2 + p_3 + p_4 + \ldots + p_k)^2$ where $p$ is the estimated frequency of the allele detected for each allele 1 through k, and k is the number of alleles detected at the locus.

3.    For all loci used to identify the match, $F = (f_1 \times f_2 \times f_3 \times f_4 \times \ldots \times f_k)$, where k is the number of loci.

4.    The inverse *probability* = **1/F**.

C.    The loci used in the statistic will be identified and reported.  If a locus was not used as part of the comparison due to an inconclusive result or no result at the locus on either the evidentiary or reference sample, this must be indicated in the report.

D.    The approximate population of the world will be included in the report.

## 4    Records

Popstats calculations print-out shall be included in the case file.

## 5    Literature and Supporting Documentation

PE Applied Biosystems. AmpflSTR Profiler Plus PCR Amplification Kit User's Manual. Perkin-Elmer Corporation. 1997. pp. 9-25.

Committee on DNA Technology in Forensic Science: an Update. II. National Research Council (U.S.). Commission on DNA Technology in Forensic Science: an Update. The Evaluation of Forensic DNA Evidence. National Academy Press. Washington, D.C. 1996. p. 148.

Evett IW, Gill PD, Scranage JK, and Weir BS. Establishing the robustness of short-tandem-repeat statistics for forensic applications. Am J Hum Genet. 1996. 58. pp. 398-407.

Federal Bureau of Investigation. CODIS Users Guide. Chapter 8, Popstats. 1997a.

Federal Bureau of Investigation. Popstats 5.1 Calculation Specification. 1997b.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy



**Standard Operating Procedures**
*DNA*
*Subject: Autosomal STR Statistical Significance Estimation*

*DRN: DNA-08-02*
*Version: 02*
*Page 5 of 5*

Borys S, Iwamoto R, Miyakoshi J, Carmody G, and Fourney R. Allele frequency distributions for nine STR loci in the Japanese population. J For Sci. 1999a. 44(6), p. 1319.

Borys S, Eisenberg A, Carmody G, and Fourney R. Allele frequencies for nine STR loci in African-American, Chinese, Vietnamese, and Bangladesh populations. J For Sci. 1999b. 44(6), pp. 1316-1318.

Budowle B, Moretti TR, Baumstark AL, Defenbaugh DA, and Keys KM. Population data on the thirteen CODIS core short tandem repeat loci in African Americans, U.S. Caucasians, Hispanics, Bahamians, Jamaicans, and Trinidadians. J For Sci 1999. 44(6), pp. 1277-1286.

Budowle B, Carmody G, Chakraborty R, and Monson K. Source attribution of a forensic DNA profile. For Sci Comm. 2000. 2(3).

Budowle B, et al. Population Data on the STR Loci D2S1338 and D19S433. For Sci Comm. 2001. 3(3).

DNA Advisory Board. Statistical and Population Genetics Issues Affecting the Databases(s). For Sci Comm. 2000. 2(3). U.S. Department of Justice, Federal Bureau of Investigation.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy



**Standard Operating Procedures**                      *DRN: DNA-08-02*
*DNA*
*Subject: Autosomal STR Statistical Significance Estimation*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

### Preparer

*James Nichols*                                      Date:___06/02/2010___
DNA Advisory Board Chair

### Concurrence

*Zoë M. Smith*                                        Date:___06/02/2010___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Major revision – Title, Sections 3.1 and 3.3<br><br>Minor revision – Section 5<br><br>Advisory Board 10/29/2009 |
| 02 | 06/07/2010 | Minor revision – Section 3.3<br><br>Advisory Board 04/29/2010 |

Effective Date:  06/07/2010

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 1 of 65*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## STR POPULATION DATABASE

### 1    Scope

These are the data files used for calculating match significance.  The format is unedited and reflects the requirements of the approved software.  Within each section (Texas, FBI, and Asian), data files are listed alphabetically by locus and then by population group.

### 2    Texas STR Data

The DPS data files for the loci D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, and D7S820 for the Black, Caucasian, and Hispanic populations were created using data collected at the Texas Department of Public Safety CODIS Convicted Offender DNA typing laboratory.  Data for 311 African American, 553 Caucasian, and 358 Hispanic individuals, which were collected as part of the convicted offender typing operation, were analyzed by DPS and reviewed and statistically evaluated by Dr. Bruce Budowle, FBI, for suitability for forensic testing.  Additional documentation is available on request.  The database was approved for use on casework by the Texas DPS DNA Advisory Board and the Crime Laboratory Director on September 2, 1998.

### 2.1    D13S317

D13S317.BLK

```
    Bin      Range (bp)         Count        Fraction
     1       <7-    <7          000           .00000
     2        7-     7          000           .00000
     3        8-     8          000           .02251
     4       8.1-   8.1         000           .00000
     5        9-     9          000           .01125
     6       10-    10          000           .02251
     7       11-    11          000           .31190
     8       12-    12          000           .42122
     9       13-    13          000           .16399
    10       14-    14          000           .04502
    11       15-    15          000           .00161
                               --------      --------
            Totals              622           1.0000

            Minimum allele frequency = .00804
            Null allele frequency = .00000
```

:REM D13S317 allele frequencies for Blacks from the TX DPS database.

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 2 of 65*

D13S317.CAU

```
    Bin    Range (bp)          Count       Fraction
     1      <7-    <7          000          .00181
     2       7-     7          000          .00090
     3       8-     8          000          .11573
     4      8.1-   8.1         000          .00000
     5       9-     9          000          .08228
     6      10-    10          000          .05877
     7      11-    11          000          .29656
     8      12-    12          000          .27577
     9      13-    13          000          .11754
    10      14-    14          000          .04702
    11      15-    15          000          .00362
                              --------     --------
           Totals             1106         1.000

           Minimum allele frequency = .00452
           Null allele frequency = .00000
```

:REM D13S317 allele frequencies for Caucasians from the TX DPS database.

D13S317.HIS

```
    Bin    Range (bp)          Count       Fraction
     1      <7-    <7          000          .00000
     2       7-     7          000          .00000
     3       8-     8          000          .08240
     4      8.1-   8.1         000          .00140
     5       9-     9          000          .21229
     6      10-    10          000          .10475
     7      11-    11          000          .20810
     8      12-    12          000          .22905
     9      13-    13          000          .09218
    10      14-    14          000          .06844
    11      15-    15          000          .00140
                              --------     --------
           Totals             716          1.000

           Minimum allele frequency = .00698
           Null allele frequency = .00000
```

:REM D13S317 allele frequencies for Hispanics from the TX DPS database.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 3 of 65*

## 2.2    D18S51

D18S51.BLK

| Bin | Range (bp) | Count | Fraction |
|-----|-----------|-------|----------|
| 1 | 9- 9 | 000 | .00000 |
| 2 | 10- 10 | 000 | .00643 |
| 3 | 10.2- 10.2 | 000 | .00000 |
| 4 | 11- 11 | 000 | .00804 |
| 5 | 12- 12 | 000 | .05466 |
| 6 | 13- 13 | 000 | .05466 |
| 7 | 13.2- 13.2 | 000 | .00322 |
| 8 | 14- 14 | 000 | .06109 |
| 9 | 14.2- 14.2 | 000 | .00322 |
| 10 | 15- 15 | 000 | .15113 |
| 11 | 16- 16 | 000 | .18489 |
| 12 | 17- 17 | 000 | .15273 |
| 13 | 18- 18 | 000 | .15113 |
| 14 | 19- 19 | 000 | .09646 |
| 15 | 20- 20 | 000 | .04019 |
| 16 | 20.2- 20.2 | 000 | .00161 |
| 17 | 21- 21 | 000 | .01929 |
| 18 | 21.2- 21.2 | 000 | .00322 |
| 19 | 22- 22 | 000 | .00482 |
| 20 | 23- 23 | 000 | .00161 |
| 21 | 24- 24 | 000 | .00161 |
| 22 | 25- 25 | 000 | .00000 |
| 23 | 26- 26 | 000 | .00000 |
| | Totals | 622 | 1.0000 |

Minimum allele frequency = .00804
Null allele frequency = .00000

:REM D18S51 allele frequencies for Blacks from the TX DPS database.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 4 of 65*

D18S51.CAU

```
    Bin      Range (bp)         Count      Fraction
     1       9-     9           000         .00000
     2      10-    10           000         .01175
     3    10.2-  10.2           000         .00000
     4      11-    11           000         .00904
     5      12-    12           000         .16817
     6      13-    13           000         .11664
     7    13.2-  13.2           000         .00000
     8      14-    14           000         .16365
     9    14.2-  14.2           000         .00000
    10      15-    15           000         .14647
    11      16-    16           000         .11121
    12      17-    17           000         .11664
    13      18-    18           000         .07595
    14      19-    19           000         .04430
    15      20-    20           000         .01537
    16    20.2-  20.2           000         .00000
    17      21-    21           000         .01266
    18    21.2-  21.2           000         .00000
    19      22-    22           000         .00542
    20      23-    23           000         .00271
    21      24-    24           000         .00000
    22      25-    25           000         .00000
    23      26-    26           000         .00000
                              --------    --------
             Totals            1106        1.0000
```

Minimum allele frequency = .00452
Null allele frequency = .00000
REM D18S51 allele frequencies for Caucasians from the TX DPS database.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 5 of 65*

D18S51.HIS

| Bin | Range (bp) | Count | Fraction |
|-----|------------|-------|----------|
| 1 | 9- 9 | 000 | .00000 |
| 2 | 10- 10 | 000 | .00279 |
| 3 | 10.2- 10.2 | 000 | .00000 |
| 4 | 11- 11 | 000 | .01117 |
| 5 | 12- 12 | 000 | .11034 |
| 6 | 13- 13 | 000 | .14106 |
| 7 | 13.2- 13.2 | 000 | .00000 |
| 8 | 14- 14 | 000 | .15223 |
| 9 | 14.2- 14.2 | 000 | .00000 |
| 10 | 15- 15 | 000 | .15642 |
| 11 | 16- 16 | 000 | .12849 |
| 12 | 17- 17 | 000 | .13687 |
| 13 | 18- 18 | 000 | .08380 |
| 14 | 19- 19 | 000 | .02654 |
| 15 | 20- 20 | 000 | .02235 |
| 16 | 20.2- 20.2 | 000 | .00000 |
| 17 | 21- 21 | 000 | .00838 |
| 18 | 21.2- 21.2 | 000 | .00000 |
| 19 | 22- 22 | 000 | .00559 |
| 20 | 23- 23 | 000 | .00559 |
| 21 | 24- 24 | 000 | .00279 |
| 22 | 25- 25 | 000 | .00559 |
| 23 | 26- 26 | 000 | .00000 |
|  |  | -------- | -------- |
|  | Totals | 716 | 1.0000 |

```
          Minimum allele frequency = .00698
          Null allele frequency = .00000

 :REM D18S51 allele frequencies for Hispanics from the TX DPS database.
```

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 6 of 65*

## 2.3    D21S11

D21S11.BLK

```
    Bin    Range (bp)          Count       Fraction
     1    24.2- 24.2           000          .00000
     2    24.3- 24.3           000          .00161
     3     25-   25            000          .00000
     4     26-   26            000          .00000
     5     27-   27            000          .05305
     6     28-   28            000          .25723
     7    28.2- 28.2           000          .00000
     8     29-   29            000          .18006
     9    29.2- 29.2           000          .00161
    10    29.3- 29.3           000          .00000
    11     30-   30            000          .19614
    12    30.2- 30.2           000          .01929
    13     31-   31            000          .08039
    14    31.1- 31.1           000          .00000
    15    31.2- 31.2           000          .05466
    16     32-   32            000          .01608
    17    32.1- 32.1           000          .00000
    18    32.2- 32.2           000          .05788
    19     33-   33            000          .00643
    20    33.1- 33.1           000          .00322
    21    33.2- 33.2           000          .02894
    22    33.3- 33.3           000          .00161
    23     34-   34            000          .00965
    24    34.2- 34.2           000          .00322
    25     35-   35            000          .02412
    26    35.2- 35.2           000          .00000
    27     36-   36            000          .00482
    28     38-   38            000          .00000
                               --------     --------
          Totals               622          1.0000

          Minimum allele frequency = .00804
          Null allele frequency = .00000

   :REM D21S11 allele frequencies for Blacks from the TX DPS database.
```

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

D21S11.CAU

| Bin | Range (bp) | Count | Fraction |
|-----|------------|-------|----------|
| 1 | 24.2- 24.2 | 000 | .00000 |
| 2 | 24.3- 24.3 | 000 | .00000 |
| 3 | 25-   25 | 000 | .00000 |
| 4 | 26-   26 | 000 | .00000 |
| 5 | 27-   27 | 000 | .03888 |
| 6 | 28-   28 | 000 | .16275 |
| 7 | 28.2- 28.2 | 000 | .00000 |
| 8 | 29-   29 | 000 | .19259 |
| 9 | 29.2- 29.2 | 000 | .00090 |
| 10 | 29.3- 29.3 | 000 | .00090 |
| 11 | 30-   30 | 000 | .26673 |
| 12 | 30.2- 30.2 | 000 | .02984 |
| 13 | 31-   31 | 000 | .06781 |
| 14 | 31.1- 31.1 | 000 | .00000 |
| 15 | 31.2- 31.2 | 000 | .09765 |
| 16 | 32-   32 | 000 | .02080 |
| 17 | 32.1- 32.1 | 000 | .00000 |
| 18 | 32.2- 32.2 | 000 | .08590 |
| 19 | 33-   33 | 000 | .00090 |
| 20 | 33.1- 33.1 | 000 | .00000 |
| 21 | 33.2- 33.2 | 000 | .02984 |
| 22 | 33.3- 33.3 | 000 | .00000 |
| 23 | 34-   34 | 000 | .00000 |
| 24 | 34.2- 34.2 | 000 | .00362 |
| 25 | 35-   35 | 000 | .00090 |
| 26 | 35.2- 35.2 | 000 | .00000 |
| 27 | 36-   36 | 000 | .00000 |
| 28 | 38-   38 | 000 | .00000 |
| | Totals | 1106 | 1.0000 |

```
Minimum allele frequency = .00452
Null allele frequency = .00000
```

:REM D21S11 allele frequencies for Caucasians from the TX DPS database.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 8 of 65*

D21S11.HIS

| Bin | Range (bp) | Count | Fraction |
|-----|-----------|-------|----------|
| 1 | 24.2- 24.2 | 000 | .00140 |
| 2 | 24.3- 24.3 | 000 | .00000 |
| 3 | 25-   25 | 000 | .00000 |
| 4 | 26-   26 | 000 | .00000 |
| 5 | 27-   27 | 000 | .01536 |
| 6 | 28-   28 | 000 | .07821 |
| 7 | 28.2- 28.2 | 000 | .00000 |
| 8 | 29-   29 | 000 | .20112 |
| 9 | 29.2- 29.2 | 000 | .00279 |
| 10 | 29.3- 29.3 | 000 | .00000 |
| 11 | 30-   30 | 000 | .27374 |
| 12 | 30.2- 30.2 | 000 | .01955 |
| 13 | 31-   31 | 000 | .07123 |
| 14 | 31.1- 31.1 | 000 | .00140 |
| 15 | 31.2- 31.2 | 000 | .12151 |
| 16 | 32-   32 | 000 | .00978 |
| 17 | 32.1- 32.1 | 000 | .00140 |
| 18 | 32.2- 32.2 | 000 | .14665 |
| 19 | 33-   33 | 000 | .00000 |
| 20 | 33.1- 33.1 | 000 | .00000 |
| 21 | 33.2- 33.2 | 000 | .04469 |
| 22 | 33.3- 33.3 | 000 | .00000 |
| 23 | 34-   34 | 000 | .00000 |
| 24 | 34.2- 34.2 | 000 | .00559 |
| 25 | 35-   35 | 000 | .00419 |
| 26 | 35.2- 35.2 | 000 | .00140 |
| 27 | 36-   36 | 000 | .00000 |
| 28 | 38-   38 | 000 | .00000 |
| | Totals | 716 | 1.0000 |

Minimum allele frequency = .00698
Null allele frequency = .00000

:REM D21S11 allele frequencies for Hispanics from the TX DPS database.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

***Standard Operating Procedures***
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 9 of 65*

## 2.4    D3S1358

D3S1358.BLK

| Bin | Range (bp) | | Count | Fraction |
|-----|------|------|-------|----------|
| 1 | <11- | <11 | 000 | .00161 |
| 2 | 11- | 11 | 000 | .00161 |
| 3 | 12- | 12 | 000 | .00804 |
| 4 | 13- | 13 | 000 | .00643 |
| 5 | 14- | 14 | 000 | .08521 |
| 6 | 15- | 15 | 000 | .31672 |
| 7 | 15.2- | 15.2 | 000 | .00322 |
| 8 | 16- | 16 | 000 | .29260 |
| 9 | 17- | 17 | 000 | .21383 |
| 10 | 17.1- | 17.1 | 000 | .00000 |
| 11 | 18- | 18 | 000 | .06913 |
| 12 | 19- | 19 | 000 | .00161 |
| 13 | >19- | >19 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 622 | 1.0000 |

```
        Minimum allele frequency = .00804
        Null allele frequency = .00000
```

:REM D3S1358 allele frequencies for Blacks from the TX DPS database.

D3S1358.CAU

| Bin | Range (bp) | | Count | Fraction |
|-----|------|------|-------|----------|
| 1 | <11- | <11 | 000 | .00090 |
| 2 | 11- | 11 | 000 | .00271 |
| 3 | 12- | 12 | 000 | .00000 |
| 4 | 13- | 13 | 000 | .00271 |
| 5 | 14- | 14 | 000 | .13653 |
| 6 | 15- | 15 | 000 | .27034 |
| 7 | 15.2- | 15.2 | 000 | .00000 |
| 8 | 16- | 16 | 000 | .22242 |
| 9 | 17- | 17 | 000 | .20072 |
| 10 | 17.1- | 17.1 | 000 | .00000 |
| 11 | 18- | 18 | 000 | .15190 |
| 12 | 19- | 19 | 000 | .01175 |
| 13 | >19- | >19 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 1106 | 1.0000 |

```
        Minimum allele frequency = .00452
        Null allele frequency = .00000
```

:REM D3S1358 allele frequencies for Caucasians from the TX DPS database.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Uncontrolled Printed Copy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 10 of 65*

D3S1358.HIS

```
    Bin    Range (bp)          Count        Fraction
     1     <11-   <11          000          .00000
     2      11-    11          000          .00140
     3      12-    12          000          .00140
     4      13-    13          000          .00698
     5      14-    14          000          .07542
     6      15-    15          000          .38687
     7     15.2-  15.2         000          .00000
     8      16-    16          000          .26257
     9      17-    17          000          .16201
    10     17.1-  17.1         000          .00140
    11      18-    18          000          .09218
    12      19-    19          000          .00978
    13     >19-   >19          000          .00000
                             --------      --------
           Totals              716          1.0000


           Minimum allele frequency = .00698
           Null allele frequency = .00000
```

:REM D3S1358 allele frequencies for Hispanics from the TX DPS database.

## 2.5    D5S818

D5S818.BLK

```
    Bin    Range (bp)          Count        Fraction
     1       7-     7          000          .00161
     2       8-     8          000          .06109
     3       9-     9          000          .01768
     4      10-    10          000          .05788
     5      11-    11          000          .22026
     6      12-    12          000          .39550
     7      13-    13          000          .22669
     8      14-    14          000          .01608
     9      15-    15          000          .00322
    10      16-    16          000          .00000
                             --------      --------
           Totals              622          1.0000


           Minimum allele frequency = .00804
           Null allele frequency = .00000
```

:REM D5S818 allele frequencies for Blacks from the TX DPS database.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 11 of 65*

D5S818.CAU

| Bin | Range (bp) | | Count | Fraction |
|-----|-----|-----|-------|----------|
| 1 | 7- | 7 | 000 | .00181 |
| 2 | 8- | 8 | 000 | .00181 |
| 3 | 9- | 9 | 000 | .02893 |
| 4 | 10- | 10 | 000 | .05877 |
| 5 | 11- | 11 | 000 | .39060 |
| 6 | 12- | 12 | 000 | .34539 |
| 7 | 13- | 13 | 000 | .15913 |
| 8 | 14- | 14 | 000 | .01085 |
| 9 | 15- | 15 | 000 | .00271 |
| 10 | 16- | 16 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 1106 | 1.0000 |

Minimum allele frequency = .00452
Null allele frequency = .00000

:REM D5S818 allele frequencies for Caucasians from the TX DPS database.

D5S818.HIS

| Bin | Range (bp) | | Count | Fraction |
|-----|-----|-----|-------|----------|
| 1 | 7- | 7 | 000 | .06425 |
| 2 | 8- | 8 | 000 | .00978 |
| 3 | 9- | 9 | 000 | .05028 |
| 4 | 10- | 10 | 000 | .04888 |
| 5 | 11- | 11 | 000 | .43436 |
| 6 | 12- | 12 | 000 | .26397 |
| 7 | 13- | 13 | 000 | .11732 |
| 8 | 14- | 14 | 000 | .00978 |
| 9 | 15- | 15 | 000 | .00140 |
| 10 | 16- | 16 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 716 | 1.0000 |

Minimum allele frequency = .00698
Null allele frequency = .00000

:REM D5S818 allele frequencies for Hispanics from the TX DPS database.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 12 of 65*

### 2.6    D7S820

D7S820.BLK

| Bin | Range (bp) | | Count | Fraction |
|-----|------|------|-------|----------|
| 1 | 6- | 6 | 000 | .00000 |
| 2 | 6.3- | 6.3 | 000 | .00000 |
| 3 | 7- | 7 | 000 | .00965 |
| 4 | 8- | 8 | 000 | .20096 |
| 5 | 8.2- | 8.2 | 000 | .00000 |
| 6 | 9- | 9 | 000 | .11093 |
| 7 | 10- | 10 | 000 | .34727 |
| 8 | 10.3- | 10.3 | 000 | .00000 |
| 9 | 11- | 11 | 000 | .19936 |
| 10 | 12- | 12 | 000 | .11736 |
| 11 | 13- | 13 | 000 | .01125 |
| 12 | 14- | 14 | 000 | .00322 |
| 13 | 15- | 15 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 622 | 1.0000 |

```
        Minimum allele frequency = .00804
        Null allele frequency = .00000
```

:REM D7S820 allele frequencies for Blacks from the TX DPS database.

D7S820.CAU

| Bin | Range (bp) | | Count | Fraction |
|-----|------|------|-------|----------|
| 1 | 6- | 6 | 000 | .00000 |
| 2 | 6.3- | 6.3 | 000 | .00000 |
| 3 | 7- | 7 | 000 | .02080 |
| 4 | 8- | 8 | 000 | .14738 |
| 5 | 8.2- | 8.2 | 000 | .00000 |
| 6 | 9- | 9 | 000 | .16998 |
| 7 | 10- | 10 | 000 | .26401 |
| 8 | 10.3- | 10.3 | 000 | .00000 |
| 9 | 11- | 11 | 000 | .21429 |
| 10 | 12- | 12 | 000 | .14105 |
| 11 | 13- | 13 | 000 | .03707 |
| 12 | 14- | 14 | 000 | .00542 |
| 13 | 15- | 15 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 1106 | 1.0000 |

```
        Minimum allele frequency = .00452
        Null allele frequency = .00000
```

:REM D7S820 allele frequencies for Caucasians from the TX DPS database.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 13 of 65*

D7S820.HIS

| Bin | Range (bp) | Count | Fraction |
|-----|-----------|-------|----------|
| 1 | 6- 6 | 000 | .00000 |
| 2 | 6.3- 6.3 | 000 | .00000 |
| 3 | 7- 7 | 000 | .01117 |
| 4 | 8- 8 | 000 | .08939 |
| 5 | 8.2- 8.2 | 000 | .00140 |
| 6 | 9- 9 | 000 | .08240 |
| 7 | 10- 10 | 000 | .30307 |
| 8 | 10.3- 10.3 | 000 | .00140 |
| 9 | 11- 11 | 000 | .29609 |
| 10 | 12- 12 | 000 | .17458 |
| 11 | 13- 13 | 000 | .03911 |
| 12 | 14- 14 | 000 | .00140 |
| 13 | 15- 15 | 000 | .00000 |
| | | -------- | -------- |
| | Totals | 716 | 1.0000 |

Minimum allele frequency = .00698
Null allele frequency = .00000

:REM D7S820 allele frequencies for Hispanics from the TX DPS database.

## 2.7    D8S1179

D8S1179.BLK

| Bin | Range (bp) | Count | Fraction |
|-----|-----------|-------|----------|
| 1 | 8- 8 | 000 | .00482 |
| 2 | 9- 9 | 000 | .00482 |
| 3 | 10- 10 | 000 | .02733 |
| 4 | 11- 11 | 000 | .03859 |
| 5 | 12- 12 | 000 | .13183 |
| 6 | 13- 13 | 000 | .20579 |
| 7 | 14- 14 | 000 | .32154 |
| 8 | 15- 15 | 000 | .18006 |
| 9 | 16- 16 | 000 | .07074 |
| 10 | 17- 17 | 000 | .00965 |
| 11 | 18- 18 | 000 | .00322 |
| 12 | 19- 19 | 000 | .00161 |
| | | -------- | -------- |
| | Totals | 622 | 1.0000 |

Minimum allele frequency = .00804
Null allele frequency = .00000

:REM D8S1179 allele frequencies for Blacks from the TX DPS database.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Case 2:04-cr-00055-RRE    Document 753-11    Filed 10/17/11    Page 213 of 355

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 14 of 65*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

D8S1179.CAU

| Bin | Range (bp) | Count | Fraction |
|-----|-----------|-------|----------|
| 1 | 8- 8 | 000 | .01627 |
| 2 | 9- 9 | 000 | .01356 |
| 3 | 10- 10 | 000 | .10398 |
| 4 | 11- 11 | 000 | .08499 |
| 5 | 12- 12 | 000 | .14557 |
| 6 | 13- 13 | 000 | .33363 |
| 7 | 14- 14 | 000 | .18535 |
| 8 | 15- 15 | 000 | .09042 |
| 9 | 16- 16 | 000 | .02351 |
| 10 | 17- 17 | 000 | .00271 |
| 11 | 18- 18 | 000 | .00000 |
| 12 | 19- 19 | 000 | .00000 |
| | | -------- | -------- |
| | Totals | 1106 | 1.0000 |

Minimum allele frequency = .00452
Null allele frequency = .00000

:REM D8S1179 allele frequencies for Caucasians from the TX DPS database.

D8S1179.HIS

| Bin | Range (bp) | Count | Fraction |
|-----|-----------|-------|----------|
| 1 | 8- 8 | 000 | .00559 |
| 2 | 9- 9 | 000 | .00698 |
| 3 | 10- 10 | 000 | .08240 |
| 4 | 11- 11 | 000 | .03771 |
| 5 | 12- 12 | 000 | .13687 |
| 6 | 13- 13 | 000 | .32402 |
| 7 | 14- 14 | 000 | .26117 |
| 8 | 15- 15 | 000 | .12430 |
| 9 | 16- 16 | 000 | .01816 |
| 10 | 17- 17 | 000 | .00279 |
| 11 | 18- 18 | 000 | .00000 |
| 12 | 19- 19 | 000 | .00000 |
| | | -------- | -------- |
| | Totals | 716 | 1.0000 |

Minimum allele frequency = .00698
Null allele frequency = .00000

:REM D8S1179 allele frequencies for Hispanics from the TX DPS database.

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 15 of 65*

### 2.8    FGA

FGA.BLK

| Bin | Range (bp) | Count | Fraction |
|-----|------------|-------|----------|
| 1 | <17- <17 | 000 | .00161 |
| 2 | 17- 17 | 000 | .00000 |
| 3 | 18- 18 | 000 | .00643 |
| 4 | 18.2- 18.2 | 000 | .01125 |
| 5 | 19- 19 | 000 | .08682 |
| 6 | 19.2- 19.2 | 000 | .00322 |
| 7 | 19.3- 19.3 | 000 | .00000 |
| 8 | 20- 20 | 000 | .06109 |
| 9 | 20.2- 20.2 | 000 | .00000 |
| 10 | 21- 21 | 000 | .13987 |
| 11 | 21.2- 21.2 | 000 | .00161 |
| 12 | 22- 22 | 000 | .14630 |
| 13 | 22.2- 22.2 | 000 | .00161 |
| 14 | 23- 23 | 000 | .20257 |
| 15 | 23.2- 23.2 | 000 | .00161 |
| 16 | 23.3- 23.3 | 000 | .00161 |
| 17 | 24- 24 | 000 | .15113 |
| 18 | 24.2- 24.2 | 000 | .00000 |
| 19 | 25- 25 | 000 | .07878 |
| 20 | 26- 26 | 000 | .04662 |
| 21 | 26.2- 26.2 | 000 | .00000 |
| 22 | 27- 27 | 000 | .03055 |
| 23 | 28- 28 | 000 | .01447 |
| 24 | 29- 29 | 000 | .00322 |
| 25 | 30- 30 | 000 | .00161 |
| 26 | >31- >31 | 000 | .00804 |
| | | -------- | -------- |
| | Totals | 622 | 1.0000 |

```
          Minimum allele frequency = .00804
          Null allele frequency = .00000

 :REM FGA allele frequencies for Blacks from the TX DPS database.
```

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 16 of 65*

FGA.CAU

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | <17- <17 | 000 | .00000 |
| 2 | 17- 17 | 000 | .00271 |
| 3 | 18- 18 | 000 | .01537 |
| 4 | 18.2- 18.2 | 000 | .00000 |
| 5 | 19- 19 | 000 | .06148 |
| 6 | 19.2- 19.2 | 000 | .00000 |
| 7 | 19.3- 19.3 | 000 | .00000 |
| 8 | 20- 20 | 000 | .13834 |
| 9 | 20.2- 20.2 | 000 | .00000 |
| 10 | 21- 21 | 000 | .18264 |
| 11 | 21.2- 21.2 | 000 | .00181 |
| 12 | 22- 22 | 000 | .16275 |
| 13 | 22.2- 22.2 | 000 | .00904 |
| 14 | 23- 23 | 000 | .15371 |
| 15 | 23.2- 23.2 | 000 | .00090 |
| 16 | 23.3- 23.3 | 000 | .00000 |
| 17 | 24- 24 | 000 | .14647 |
| 18 | 24.2- 24.2 | 000 | .00090 |
| 19 | 25- 25 | 000 | .07866 |
| 20 | 26- 26 | 000 | .03707 |
| 21 | 26.2- 26.2 | 000 | .00000 |
| 22 | 27- 27 | 000 | .00723 |
| 23 | 28- 28 | 000 | .00090 |
| 24 | 29- 29 | 000 | .00000 |
| 25 | 30- 30 | 000 | .00000 |
| 26 | >31- >31 | 000 | .00000 |
| | | -------- | -------- |
| | Totals | 1106 | 1.0000 |

```
            Minimum allele frequency = .00452
            Null allele frequency = .00000

   :REM FGA allele frequencies for Caucasians from the TX DPS database.
```

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

FGA.HIS

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | <17- <17 | 000 | .00140 |
| 2 | 17- 17 | 000 | .00000 |
| 3 | 18- 18 | 000 | .00559 |
| 4 | 18.2- 18.2 | 000 | .00000 |
| 5 | 19- 19 | 000 | .07682 |
| 6 | 19.2- 19.2 | 000 | .00000 |
| 7 | 19.3- 19.3 | 000 | .00140 |
| 8 | 20- 20 | 000 | .08380 |
| 9 | 20.2- 20.2 | 000 | .00279 |
| 10 | 21- 21 | 000 | .13687 |
| 11 | 21.2- 21.2 | 000 | .00000 |
| 12 | 22- 22 | 000 | .13128 |
| 13 | 22.2- 22.2 | 000 | .00978 |
| 14 | 23- 23 | 000 | .13966 |
| 15 | 23.2- 23.2 | 000 | .00559 |
| 16 | 23.3- 23.3 | 000 | .00000 |
| 17 | 24- 24 | 000 | .15642 |
| 18 | 24.2- 24.2 | 000 | .00000 |
| 19 | 25- 25 | 000 | .13687 |
| 20 | 26- 26 | 000 | .08101 |
| 21 | 26.2- 26.2 | 000 | .00000 |
| 22 | 27- 27 | 000 | .02095 |
| 23 | 28- 28 | 000 | .00698 |
| 24 | 29- 29 | 000 | .00140 |
| 25 | 30- 30 | 000 | .00140 |
| 26 | >31- >31 | 000 | .00000 |
| | | -------- | -------- |
| | Totals | 716 | 1.0000 |

```
            Minimum allele frequency = .00698
            Null allele frequency = .00000

  :REM FGA allele frequencies for Hispanics from the TX DPS database.
```

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

### 2.9    vWA

vWA.BLK

| Bin | Range (bp) | | Count | Fraction |
|-----|------|------|-------|----------|
| 1  | 11- | 11 | 000 | .00804 |
| 2  | 12- | 12 | 000 | .00322 |
| 3  | 13- | 13 | 000 | .01286 |
| 4  | 14- | 14 | 000 | .06913 |
| 5  | 15- | 15 | 000 | .23633 |
| 6  | 16- | 16 | 000 | .21543 |
| 7  | 17- | 17 | 000 | .19936 |
| 8  | 18- | 18 | 000 | .14309 |
| 9  | 19- | 19 | 000 | .07878 |
| 10 | 20- | 20 | 000 | .02733 |
| 11 | 21- | 21 | 000 | .00643 |
| 12 | 22- | 22 | 000 | .00000 |
|    |     |    | -------- | -------- |
|    | Totals | | 622 | 1.000 |

```
Minimum allele frequency = .00804
Null allele frequency = .00000
```

:REM vWA allele frequencies for Blacks from the TX DPS database.

vWA.CAU

| Bin | Range (bp) | | Count | Fraction |
|-----|------|------|-------|----------|
| 1  | 11- | 11 | 000 | .00000 |
| 2  | 12- | 12 | 000 | .00000 |
| 3  | 13- | 13 | 000 | .00271 |
| 4  | 14- | 14 | 000 | .10307 |
| 5  | 15- | 15 | 000 | .11664 |
| 6  | 16- | 16 | 000 | .19892 |
| 7  | 17- | 17 | 000 | .25678 |
| 8  | 18- | 18 | 000 | .19892 |
| 9  | 19- | 19 | 000 | .10669 |
| 10 | 20- | 20 | 000 | .01627 |
| 11 | 21- | 21 | 000 | .00000 |
| 12 | 22- | 22 | 000 | .00000 |
|    |     |    | -------- | -------- |
|    | Totals | | 1106 | 1.0000 |

```
Minimum allele frequency = .00452
Null allele frequency = .00000
```

:REM vWA allele frequencies for Caucasians from the TX DPS database.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 19 of 65*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

```
vWA.HIS
     Bin    Range (bp)         Count      Fraction
      1      11-    11          000         .00140
      2      12-    12          000         .00000
      3      13-    13          000         .00279
      4      14-    14          000         .06006
      5      15-    15          000         .08240
      6      16-    16          000         .32961
      7      17-    17          000         .29888
      8      18-    18          000         .15782
      9      19-    19          000         .05866
     10      20-    20          000         .00838
     11      21-    21          000         .00000
     12      22-    22          000         .00000
                              --------    --------
            Totals            716         1.0000

            Minimum allele frequency = .00698
            Null allele frequency = .00000
```

:REM vWA allele frequencies for Hispanics from the TX DPS database.

## 3    FBI STR Data

The FBI STR data files were created using data presented in: Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999. Population Data on the Thirteen CODIS Core Short Tandem Repeat Loci in African Americans, U.S. Caucasians, Hispanics, Bahamians, Jamaicans, and Trinidadians.  J Forensic Sci 44(6):1277-1286 **AND** Budowle, Bruce et. al. 2001. Population Data on the STR Loci D2S1338 and D19S433. Forensic Science Communications July 2001- Volume 3-Number 3.

### 3.1    CSF1PO

```
CSF1PO.BLK
     Bin    Range (bp)         Count      Fraction
      1       6-     6          000         .00000
      2       7-     7          000         .04286
      3       8-     8          000         .08571
      4       9-     9          000         .03333
      5      10-    10          000         .27143
      6     10.3-  10.3         000         .00000
      7      11-    11          000         .20476
      8      12-    12          000         .30000
      9      13-    13          000         .05476
     10      14-    14          000         .00714
     11      15-    15          000         .00000
                              --------    --------
            Totals            420         1.0000

            Minimum allele frequency = .01190
            Null allele frequency = .00000
```

:REM CSF1PO allele frequencies for Blacks from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 20 of 65*

CSF1PO.CAU

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | 6- | 6 | 000 | .00000 |
| 2 | 7- | 7 | 000 | .00246 |
| 3 | 8- | 8 | 000 | .00493 |
| 4 | 9- | 9 | 000 | .01970 |
| 5 | 10- | 10 | 000 | .25369 |
| 6 | 10.3- | 10.3 | 000 | .00246 |
| 7 | 11- | 11 | 000 | .30049 |
| 8 | 12- | 12 | 000 | .32512 |
| 9 | 13- | 13 | 000 | .07143 |
| 10 | 14- | 14 | 000 | .01478 |
| 11 | 15- | 15 | 000 | .00493 |
| | | | -------- | -------- |
| | Totals | | 406 | 1.0000 |

        Minimum allele frequency = .01232
        Null allele frequency = .00000

:REM CSF1PO allele frequencies for Caucasians from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

CSF1PO.HIS

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | 6- | 6 | 000 | .00000 |
| 2 | 7- | 7 | 000 | .00239 |
| 3 | 8- | 8 | 000 | .00000 |
| 4 | 9- | 9 | 000 | .00718 |
| 5 | 10- | 10 | 000 | .25359 |
| 6 | 10.3- | 10.3 | 000 | .00000 |
| 7 | 11- | 11 | 000 | .26555 |
| 8 | 12- | 12 | 000 | .39234 |
| 9 | 13- | 13 | 000 | .06459 |
| 10 | 14- | 14 | 000 | .00957 |
| 11 | 15- | 15 | 000 | .00478 |
| | | | -------- | -------- |
| | Totals | | 418 | 1.0000 |

        Minimum allele frequency = .01196
        Null allele frequency = .00000

:REM CSF1PO allele frequencies for Hispanics from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 21 of 65*

### 3.2    D13S317

D13S317.BLK

| Bin | Range (bp) |     | Count | Fraction |
|-----|-----------|-----|-------|----------|
| 1   | <7-       | <7  | 000   | .00000   |
| 2   | 7-        | 7   | 000   | .00000   |
| 3   | 8-        | 8   | 000   | .03631   |
| 4   | 8.1-      | 8.1 | 000   | .00000   |
| 5   | 9-        | 9   | 000   | .02793   |
| 6   | 10-       | 10  | 000   | .05028   |
| 7   | 11-       | 11  | 000   | .23743   |
| 8   | 12-       | 12  | 000   | .48324   |
| 9   | 13-       | 13  | 000   | .12570   |
| 10  | 14-       | 14  | 000   | .03631   |
| 11  | 15-       | 15  | 000   | .00279   |
|     |           |     | -------- | -------- |
|     | Totals    |     | 358   | 1.000    |

```
          Minimum allele frequency = .01397
          Null allele frequency = .00000
```

:REM D13S317 allele frequencies for Blacks from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

D13S317.CAU

| Bin | Range (bp) |     | Count | Fraction |
|-----|-----------|-----|-------|----------|
| 1   | <7-       | <7  | 000   | .00000   |
| 2   | 7-        | 7   | 000   | .00000   |
| 3   | 8-        | 8   | 000   | .09949   |
| 4   | 8.1-      | 8.1 | 000   | .00000   |
| 5   | 9-        | 9   | 000   | .07653   |
| 6   | 10-       | 10  | 000   | .05102   |
| 7   | 11-       | 11  | 000   | .31888   |
| 8   | 12-       | 12  | 000   | .30867   |
| 9   | 13-       | 13  | 000   | .10969   |
| 10  | 14-       | 14  | 000   | .03571   |
| 11  | 15-       | 15  | 000   | .00000   |
|     |           |     | -------- | -------- |
|     | Totals    |     | 392   | 1.0000   |

```
          Minimum allele frequency = .01276
          Null allele frequency = .00000
```

:REM D13S317 allele frequencies for Caucasians from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 22 of 65*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

D13S317.HIS

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | <7- | <7 | 000 | .00000 |
| 2 | 7- | 7 | 000 | .00000 |
| 3 | 8- | 8 | 000 | .06650 |
| 4 | 8.1- | 8.1 | 000 | .00000 |
| 5 | 9- | 9 | 000 | .21921 |
| 6 | 10- | 10 | 000 | .10099 |
| 7 | 11- | 11 | 000 | .20197 |
| 8 | 12- | 12 | 000 | .21675 |
| 9 | 13- | 13 | 000 | .13793 |
| 10 | 14- | 14 | 000 | .05665 |
| 11 | 15- | 15 | 000 | .00000 |
| | Totals | | 406 | 1.000 |

```
Minimum allele frequency = .01232
Null allele frequency = .00000
```

:REM D13S317 allele frequencies for Hispanics from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

### 3.3    D16S539

D16S539.BLK

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | 8- | 8 | 000 | .03589 |
| 2 | 9- | 9 | 000 | .19856 |
| 3 | 10- | 10 | 000 | .11005 |
| 4 | 11- | 11 | 000 | .29426 |
| 5 | 12- | 12 | 000 | .18660 |
| 6 | 13- | 13 | 000 | .16507 |
| 7 | 14- | 14 | 000 | .00957 |
| 8 | 15- | 15 | 000 | .00000 |
| | Totals | | 418 | 1.0000 |

```
Minimum allele frequency = .01196
Null allele frequency = .00000
```

:REM D16S539 allele frequencies for African Americans from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 23 of 65*

D16S539.CAU

```
    Bin    Range (bp)          Count      Fraction
     1       8-    8           000         .01980
     2       9-    9           000         .10396
     3      10-   10           000         .06683
     4      11-   11           000         .27228
     5      12-   12           000         .33911
     6      13-   13           000         .16337
     7      14-   14           000         .03218
     8      15-   15           000         .00248
                              --------    --------
            Totals             404         1.0000

            Minimum allele frequency = .01238
            Null allele frequency = .00000
```

:REM D16S539 allele frequencies for Caucasians from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

D16S539.HIS

```
    Bin    Range (bp)          Count      Fraction
     1       8-    8           000         .01683
     2       9-    9           000         .07933
     3      10-   10           000         .17308
     4      11-   11           000         .31490
     5      12-   12           000         .28606
     6      13-   13           000         .10337
     7      14-   14           000         .02404
     8      15-   15           000         .00240
                              --------    --------
            Totals             416         1.0000

            Minimum allele frequency = .01202
            Null allele frequency = .00000
```

:REM D16S539 allele frequencies for Hispanics from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 24 of 65*

### 3.4    D18S51

D18S51.BLK

```
    Bin     Range (bp)          Count      Fraction
     1        9-     9          000         .00556
     2       10-    10          000         .00556
     3     10.2-  10.2          000         .00556
     4       11-    11          000         .00556
     5       12-    12          000         .05833
     6       13-    13          000         .05556
     7     13.2-  13.2          000         .00556
     8       14-    14          000         .06389
     9     14.2-  14.2          000         .00000
    10       15-    15          000         .16667
    11       16-    16          000         .18889
    12       17-    17          000         .16389
    13       18-    18          000         .13056
    14       19-    19          000         .07778
    15       20-    20          000         .05556
    16     20.2-  20.2          000         .00000
    17       21-    21          000         .01111
    18     21.2-  21.2          000         .00000
    19       22-    22          000         .00556
    20       23-    23          000         .00556
    21       24-    24          000         .00556
    22       25-    25          000         .00556
    23       26-    26          000         .00556
                               --------    --------
            Totals              360         1.000

         Minimum allele frequency = .01389
         Null allele frequency = .00000
```

 :REM D18S51 allele frequencies for Blacks from Budowle, B., Moretti, T.
R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 25 of 65*

D18S51.CAU

| Bin | Range (bp) | | Count | Fraction |
|-----|------|------|-------|----------|
| 1 | 9- | 9 | 000 | .01276 |
| 2 | 10- | 10 | 000 | .01276 |
| 3 | 10.2- | 10.2 | 000 | .01276 |
| 4 | 11- | 11 | 000 | .01276 |
| 5 | 12- | 12 | 000 | .12755 |
| 6 | 13- | 13 | 000 | .12245 |
| 7 | 13.2- | 13.2 | 000 | .00000 |
| 8 | 14- | 14 | 000 | .17347 |
| 9 | 14.2- | 14.2 | 000 | .00000 |
| 10 | 15- | 15 | 000 | .12755 |
| 11 | 16- | 16 | 000 | .10714 |
| 12 | 17- | 17 | 000 | .15561 |
| 13 | 18- | 18 | 000 | .09184 |
| 14 | 19- | 19 | 000 | .03571 |
| 15 | 20- | 20 | 000 | .02551 |
| 16 | 20.2- | 20.2 | 000 | .00000 |
| 17 | 21- | 21 | 000 | .00510 |
| 18 | 21.2- | 21.2 | 000 | .00000 |
| 19 | 22- | 22 | 000 | .00255 |
| 20 | 23- | 23 | 000 | .00000 |
| 21 | 24- | 24 | 000 | .00000 |
| 22 | 25- | 25 | 000 | .00000 |
| 23 | 26- | 26 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 392 | 1.0000 |

Minimum allele frequency = .01276
Null allele frequency = .00000

:REM D18S51 allele frequencies for Caucasians from Budowle, B., Moretti,
T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 26 of 65*

D18S51.HIS

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | 9- 9 | 000 | .00493 |
| 2 | 10- 10 | 000 | .00493 |
| 3 | 10.2- 10.2 | 000 | .00493 |
| 4 | 11- 11 | 000 | .01232 |
| 5 | 12- 12 | 000 | .10591 |
| 6 | 13- 13 | 000 | .16995 |
| 7 | 13.2- 13.2 | 000 | .00000 |
| 8 | 14- 14 | 000 | .16995 |
| 9 | 14.2- 14.2 | 000 | .00000 |
| 10 | 15- 15 | 000 | .13793 |
| 11 | 16- 16 | 000 | .11576 |
| 12 | 17- 17 | 000 | .13793 |
| 13 | 18- 18 | 000 | .05172 |
| 14 | 19- 19 | 000 | .03695 |
| 15 | 20- 20 | 000 | .01724 |
| 16 | 20.2- 20.2 | 000 | .00000 |
| 17 | 21- 21 | 000 | .01970 |
| 18 | 21.2- 21.2 | 000 | .00000 |
| 19 | 22- 22 | 000 | .00739 |
| 20 | 23- 23 | 000 | .01232 |
| 21 | 24- 24 | 000 | .01232 |
| 22 | 25- 25 | 000 | .01232 |
| 23 | 26- 26 | 000 | .01232 |
| | | -------- | -------- |
| | Totals | 406 | 1.0000 |

```
          Minimum allele frequency = .01232
          Null allele frequency = .00000
```

:REM D18S51 allele frequencies for Hispanics from Budowle, B., Moretti, T.
R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 27 of 65*

### 3.5    D21S11

D21S11.BLK

```
    Bin    Range (bp)         Count      Fraction
     1     24.2- 24.2         000         .00279
     2     24.3- 24.3         000         .00000
     3       25-   25         000         .00000
     4       26-   26         000         .00279
     5       27-   27         000         .06145
     6       28-   28         000         .21508
     7     28.2- 28.2         000         .00000
     8       29-   29         000         .18994
     9     29.2- 29.2         000         .00279
    10     29.3- 29.3         000         .00000
    11       30-   30         000         .17877
    12     30.2- 30.2         000         .00838
    13       31-   31         000         .09218
    14     31.1- 31.1         000         .00000
    15     31.2- 31.2         000         .07542
    16       32-   32         000         .00838
    17     32.1- 32.1         000         .00000
    18     32.2- 32.2         000         .06983
    19       33-   33         000         .00838
    20     33.1- 33.1         000         .00000
    21     33.2- 33.2         000         .03352
    22     33.3- 33.3         000         .00000
    23       34-   34         000         .00838
    24     34.2- 34.2         000         .00279
    25       35-   35         000         .02793
    26     35.2- 35.2         000         .00000
    27       36-   36         000         .00559
    28       38-   38         000         .00559
                             --------    --------
           Totals            358         1.0000

           Minimum allele frequency = .01397
           Null allele frequency = .00000
```

:REM D21S11 allele frequencies for Blacks from Budowle, B., Moretti, T.
R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 28 of 65*

D21S11.CAU

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | 24.2- 24.2 | 000 | .00510 |
| 2 | 24.3- 24.3 | 000 | .00000 |
| 3 | 25-   25 | 000 | .00000 |
| 4 | 26-   26 | 000 | .00000 |
| 5 | 27-   27 | 000 | .04592 |
| 6 | 28-   28 | 000 | .16582 |
| 7 | 28.2- 28.2 | 000 | .00000 |
| 8 | 29-   29 | 000 | .18112 |
| 9 | 29.2- 29.2 | 000 | .00000 |
| 10 | 29.3- 29.3 | 000 | .00000 |
| 11 | 30-   30 | 000 | .23214 |
| 12 | 30.2- 30.2 | 000 | .03827 |
| 13 | 31-   31 | 000 | .07143 |
| 14 | 31.1- 31.1 | 000 | .00000 |
| 15 | 31.2- 31.2 | 000 | .09949 |
| 16 | 32-   32 | 000 | .01531 |
| 17 | 32.1- 32.1 | 000 | .00000 |
| 18 | 32.2- 32.2 | 000 | .11224 |
| 19 | 33-   33 | 000 | .00000 |
| 20 | 33.1- 33.1 | 000 | .00000 |
| 21 | 33.2- 33.2 | 000 | .03061 |
| 22 | 33.3- 33.3 | 000 | .00000 |
| 23 | 34-   34 | 000 | .00000 |
| 24 | 34.2- 34.2 | 000 | .00000 |
| 25 | 35-   35 | 000 | .00000 |
| 26 | 35.2- 35.2 | 000 | .00255 |
| 27 | 36-   36 | 000 | .00000 |
| 28 | 38-   38 | 000 | .00000 |
| | Totals | 392 | 1.0000 |

```
            Minimum allele frequency = .01276
            Null allele frequency = .00000
```

:REM D21S11 allele frequencies for Caucasians from Budowle, B., Moretti,
T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 29 of 65*

D21S11.HIS

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | 24.2- 24.2 | 000 | .00246 |
| 2 | 24.3- 24.3 | 000 | .00000 |
| 3 | 25- 25 | 000 | .00000 |
| 4 | 26- 26 | 000 | .00000 |
| 5 | 27- 27 | 000 | .00985 |
| 6 | 28- 28 | 000 | .06897 |
| 7 | 28.2- 28.2 | 000 | .00000 |
| 8 | 29- 29 | 000 | .20443 |
| 9 | 29.2- 29.2 | 000 | .00246 |
| 10 | 29.3- 29.3 | 000 | .00000 |
| 11 | 30- 30 | 000 | .33005 |
| 12 | 30.2- 30.2 | 000 | .03202 |
| 13 | 31- 31 | 000 | .06897 |
| 14 | 31.1- 31.1 | 000 | .00000 |
| 15 | 31.2- 31.2 | 000 | .08621 |
| 16 | 32- 32 | 000 | .01232 |
| 17 | 32.1- 32.1 | 000 | .00000 |
| 18 | 32.2- 32.2 | 000 | .13547 |
| 19 | 33- 33 | 000 | .00000 |
| 20 | 33.1- 33.1 | 000 | .00000 |
| 21 | 33.2- 33.2 | 000 | .04187 |
| 22 | 33.3- 33.3 | 000 | .00000 |
| 23 | 34- 34 | 000 | .00000 |
| 24 | 34.2- 34.2 | 000 | .00493 |
| 25 | 35- 35 | 000 | .00000 |
| 26 | 35.2- 35.2 | 000 | .00000 |
| 27 | 36- 36 | 000 | .00000 |
| 28 | 38- 38 | 000 | .00000 |
| | | -------- | -------- |
| | Totals | 406 | 1.0000 |

```
            Minimum allele frequency = .01232
            Null allele frequency = .00000
```

:REM D21S11 allele frequencies for Hispanics from Budowle, B., Moretti, T.
R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 30 of 65*

### 3.6   D3S1358

D3S1358.BLK

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | <11- <11 | 000 | .00476 |
| 2 | 11- 11 | 000 | .00476 |
| 3 | 12- 12 | 000 | .00238 |
| 4 | 13- 13 | 000 | .01190 |
| 5 | 14- 14 | 000 | .12143 |
| 6 | 15- 15 | 000 | .29048 |
| 7 | 15.2- 15.2 | 000 | .00000 |
| 8 | 16- 16 | 000 | .30714 |
| 9 | 17- 17 | 000 | .20000 |
| 10 | 17.1- 17.1 | 000 | .00000 |
| 11 | 18- 18 | 000 | .05476 |
| 12 | 19- 19 | 000 | .00476 |
| 13 | >19- >19 | 000 | .00238 |
| | | -------- | -------- |
| | Totals | 420 | 1.0000 |

```
     Minimum allele frequency = .01190
     Null allele frequency = .00000
```

:REM D3S1358 allele frequencies for Blacks from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

D3S1358.CAU

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | <11- <11 | 000 | .00000 |
| 2 | 11- 11 | 000 | .00000 |
| 3 | 12- 12 | 000 | .00000 |
| 4 | 13- 13 | 000 | .00246 |
| 5 | 14- 14 | 000 | .14039 |
| 6 | 15- 15 | 000 | .24631 |
| 7 | 15.2- 15.2 | 000 | .00000 |
| 8 | 16- 16 | 000 | .23153 |
| 9 | 17- 17 | 000 | .21182 |
| 10 | 17.1- 17.1 | 000 | .00000 |
| 11 | 18- 18 | 000 | .16256 |
| 12 | 19- 19 | 000 | .00493 |
| 13 | >19- 19 | 000 | .00000 |
| | | -------- | -------- |
| | Totals | 406 | 1.0000 |

```
     Minimum allele frequency = .01232
     Null allele frequency = .00000
```

:REM D3S1358 allele frequencies for Caucasians from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 31 of 65*

D3S1358.HIS

| Bin | Range (bp) | | Count | Fraction |
|-----|-----|-----|-----|-----|
| 1 | <11- | <11 | 000 | .00000 |
| 2 | 11- | 11 | 000 | .00000 |
| 3 | 12- | 12 | 000 | .00000 |
| 4 | 13- | 13 | 000 | .00239 |
| 5 | 14- | 14 | 000 | .07895 |
| 6 | 15- | 15 | 000 | .42584 |
| 7 | 15.2- | 15.2 | 000 | .00000 |
| 8 | 16- | 16 | 000 | .26555 |
| 9 | 17- | 17 | 000 | .12679 |
| 10 | 17.1- | 17.1 | 000 | .00000 |
| 11 | 18- | 18 | 000 | .08373 |
| 12 | 19- | 19 | 000 | .01435 |
| 13 | >19- | 19 | 000 | .00239 |
| | | | -------- | -------- |
| | Totals | | 418 | 1.0000 |

```
          Minimum allele frequency = .01196
          Null allele frequency = .00000
```

:REM D3S1358 allele frequencies for Hispanics from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

### 3.7    D5S818

D5S818.BLK

| Bin | Range (bp) | | Count | Fraction |
|-----|-----|-----|-----|-----|
| 1 | 7- | 7 | 000 | .00278 |
| 2 | 8- | 8 | 000 | .05000 |
| 3 | 9- | 9 | 000 | .01389 |
| 4 | 10- | 10 | 000 | .06389 |
| 5 | 11- | 11 | 000 | .26111 |
| 6 | 12- | 12 | 000 | .35556 |
| 7 | 13- | 13 | 000 | .24444 |
| 8 | 14- | 14 | 000 | .00556 |
| 9 | 15- | 15 | 000 | .00000 |
| 10 | 16- | 16 | 000 | .00278 |
| | | | -------- | -------- |
| | Totals | | 360 | 1.000 |

```
          Minimum allele frequency = .01389
          Null allele frequency = .00000
```

:REM D5S818 allele frequencies for Blacks from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 32 of 65*

D5S818.CAU

```
    Bin    Range (bp)           Count        Fraction
     1        7-    7            000           .00000
     2        8-    8            000           .00000
     3        9-    9            000           .03077
     4       10-   10            000           .04872
     5       11-   11            000           .41026
     6       12-   12            000           .35385
     7       13-   13            000           .14615
     8       14-   14            000           .00769
     9       15-   15            000           .00256
    10       16-   16            000           .00000
                                --------      --------
          Totals                 390          1.0000

          Minimum allele frequency = .01282
          Null allele frequency = .00000
```

:REM D5S818 allele frequencies for Caucasians from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

D5S818.HIS

```
    Bin    Range (bp)           Count        Fraction
     1        7-    7            000           .06158
     2        8-    8            000           .00246
     3        9-    9            000           .05419
     4       10-   10            000           .06650
     5       11-   11            000           .42118
     6       12-   12            000           .29064
     7       13-   13            000           .09606
     8       14-   14            000           .00493
     9       15-   15            000           .00246
    10       16-   16            000           .00000
                                --------      --------
          Totals                 406          1.0000

          Minimum allele frequency = .01232
          Null allele frequency = .00000
```

:REM D5S818 allele frequencies for Hispanics from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 33 of 65*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

### 3.8    D7S820

D7S820.BLK

| Bin | Range (bp) | | Count | Fraction |
|-----|------|------|-------|----------|
| 1 | 6- | 6 | 000 | .00000 |
| 2 | 6.3- | 6.3 | 000 | .00000 |
| 3 | 7- | 7 | 000 | .00714 |
| 4 | 8- | 8 | 000 | .17381 |
| 5 | 8.2- | 8.2 | 000 | .00000 |
| 6 | 9- | 9 | 000 | .15714 |
| 7 | 10- | 10 | 000 | .32381 |
| 8 | 10.3- | 10.3 | 000 | .00000 |
| 9 | 11- | 11 | 000 | .22381 |
| 10 | 12- | 12 | 000 | .09048 |
| 11 | 13- | 13 | 000 | .01905 |
| 12 | 14- | 14 | 000 | .00476 |
| 13 | 15- | 15 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 420 | 1.0000 |

```
        Minimum allele frequency = .01190
        Null allele frequency = .00000
```

:REM D7S820 allele frequencies for Blacks from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

D7S820.CAU

| Bin | Range (bp) | | Count | Fraction |
|-----|------|------|-------|----------|
| 1 | 6- | 6 | 000 | .00246 |
| 2 | 6.3- | 6.3 | 000 | .00000 |
| 3 | 7- | 7 | 000 | .01724 |
| 4 | 8- | 8 | 000 | .16256 |
| 5 | 8.2- | 8.2 | 000 | .00000 |
| 6 | 9- | 9 | 000 | .14778 |
| 7 | 10- | 10 | 000 | .29064 |
| 8 | 10.3- | 10.3 | 000 | .00000 |
| 9 | 11- | 11 | 000 | .20197 |
| 10 | 12- | 12 | 000 | .14039 |
| 11 | 13- | 13 | 000 | .02956 |
| 12 | 14- | 14 | 000 | .00739 |
| 13 | 15- | 15 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 406 | 1.0000 |

```
        Minimum allele frequency = .01232
        Null allele frequency = .00000
```

:REM D7S820 allele frequencies for Caucasians from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 34 of 65*

D7S820.HIS

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | 6- 6 | 000 | .00239 |
| 2 | 6.3- 6.3 | 000 | .00000 |
| 3 | 7- 7 | 000 | .02153 |
| 4 | 8- 8 | 000 | .09809 |
| 5 | 8.2- 8.2 | 000 | .00000 |
| 6 | 9- 9 | 000 | .04785 |
| 7 | 10- 10 | 000 | .30622 |
| 8 | 10.3- 10.3 | 000 | .00000 |
| 9 | 11- 11 | 000 | .28947 |
| 10 | 12- 12 | 000 | .19139 |
| 11 | 13- 13 | 000 | .03828 |
| 12 | 14- 14 | 000 | .00478 |
| 13 | 15- 15 | 000 | .00000 |
| | Totals | 418 | 1.0000 |

```
        Minimum allele frequency = .01196
        Null allele frequency = .00000
```

:REM D7S820 allele frequencies for Hispanics from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

### 3.9    D8S1179

D8S1179.BLK

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | 8- 8 | 000 | .00278 |
| 2 | 9- 9 | 000 | .00556 |
| 3 | 10- 10 | 000 | .02500 |
| 4 | 11- 11 | 000 | .03611 |
| 5 | 12- 12 | 000 | .10833 |
| 6 | 13- 13 | 000 | .22222 |
| 7 | 14- 14 | 000 | .33333 |
| 8 | 15- 15 | 000 | .21389 |
| 9 | 16- 16 | 000 | .04444 |
| 10 | 17- 17 | 000 | .00833 |
| 11 | 18- 18 | 000 | .00000 |
| 12 | 19- 19 | 000 | .00000 |
| | Totals | 360 | 1.000 |

```
        Minimum allele frequency = .01389
        Null allele frequency = .00000
```

:REM D8S1179 allele frequencies for Blacks from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 35 of 65*

## D8S1179.CAU

```
    Bin    Range (bp)        Count      Fraction
     1       8-    8         000        .01786
     2       9-    9         000        .01020
     3      10-   10         000        .10204
     4      11-   11         000        .05867
     5      12-   12         000        .14541
     6      13-   13         000        .33929
     7      14-   14         000        .20153
     8      15-   15         000        .10969
     9      16-   16         000        .01276
    10      17-   17         000        .00255
    11      18-   18         000        .00000
    12      19-   19         000        .00000
                                 --------      --------
            Totals             392        1.0000

            Minimum allele frequency = .01276
            Null allele frequency = .00000
```

:REM D8S1179 allele frequencies for Caucasians from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

## D8S1179.HIS

```
    Bin    Range (bp)        Count      Fraction
     1       8-    8         000        .00246
     2       9-    9         000        .00246
     3      10-   10         000        .09360
     4      11-   11         000        .06158
     5      12-   12         000        .12069
     6      13-   13         000        .32512
     7      14-   14         000        .24631
     8      15-   15         000        .11576
     9      16-   16         000        .02463
    10      17-   17         000        .00739
    11      18-   18         000        .00000
    12      19-   19         000        .00000
                                 --------      --------
            Totals             406        1.0000

            Minimum allele frequency = .01232
            Null allele frequency = .00000
```

:REM D8S1179 allele frequencies for Hispanics from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 36 of 65*

### 3.10    FGA

FGA.BLK

| Bin | Range (bp) | Count | Fraction |
|-----|------------|-------|----------|
| 1 | <17- <17 | 000 | .00278 |
| 2 | 17-  17 | 000 | .00278 |
| 3 | 18-  18 | 000 | .00833 |
| 4 | 18.2- 18.2 | 000 | .00833 |
| 5 | 19-  19 | 000 | .05278 |
| 6 | 19.2- 19.2 | 000 | .00278 |
| 7 | 19.3- 19.3 | 000 | .00000 |
| 8 | 20-  20 | 000 | .07222 |
| 9 | 20.2- 20.2 | 000 | .00000 |
| 10 | 21-  21 | 000 | .12500 |
| 11 | 21.2- 21.2 | 000 | .00000 |
| 12 | 22-  22 | 000 | .22500 |
| 13 | 22.2- 22.2 | 000 | .00556 |
| 14 | 23-  23 | 000 | .12500 |
| 15 | 23.2- 23.2 | 000 | .00000 |
| 16 | 23.3- 23.3 | 000 | .00000 |
| 17 | 24-  24 | 000 | .18611 |
| 18 | 24.2- 24.2 | 000 | .00000 |
| 19 | 25-  25 | 000 | .10000 |
| 20 | 26-  26 | 000 | .03611 |
| 21 | 26.2- 26.2 | 000 | .00000 |
| 22 | 27-  27 | 000 | .02222 |
| 23 | 28-  28 | 000 | .01667 |
| 24 | 29-  29 | 000 | .00556 |
| 25 | 30-  30 | 000 | .00278 |
| 26 | >31- >31 | 000 | .00278 |
| | | -------- | -------- |
| | Totals | 360 | 1.000 |

Minimum allele frequency = .01389
Null allele frequency = .00000

:REM FGA allele frequencies for Blacks from Budowle, B., Moretti, T. R.,
Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 37 of 65*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

```
FGA.CAU

    Bin     Range (bp)          Count      Fraction
     1      <17-   <17           000        .00000
     2       17-    17           000        .00000
     3       18-    18           000        .03061
     4      18.2- 18.2           000        .00000
     5       19-    19           000        .05612
     6      19.2- 19.2           000        .00000
     7      19.3- 19.3           000        .00000
     8       20-    20           000        .14541
     9      20.2- 20.2           000        .00255
    10       21-    21           000        .17347
    11      21.2- 21.2           000        .00000
    12       22-    22           000        .18878
    13      22.2- 22.2           000        .01020
    14       23-    23           000        .15816
    15      23.2- 23.2           000        .00000
    16      23.3- 23.3           000        .00000
    17       24-    24           000        .13776
    18      24.2- 24.2           000        .00000
    19       25-    25           000        .06888
    20       26-    26           000        .01786
    21      26.2- 26.2           000        .00000
    22       27-    27           000        .01020
    23       28-    28           000        .00000
    24       29-    29           000        .00000
    25       30-    30           000        .00000
    26      >31-   >31           000        .00000
                              --------    --------
            Totals               392       1.0000

         Minimum allele frequency = .01276
         Null allele frequency = .00000

 :REM FGA allele frequencies for Caucasians from Budowle, B., Moretti, T.
R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.
```

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 38 of 65*

```
FGA.HIS
    Bin     Range (bp)          Count      Fraction
     1      <17-   <17          000        .00000
     2       17-    17          000        .00000
     3       18-    18          000        .00246
     4      18.2- 18.2          000        .00000
     5       19-    19          000        .07882
     6      19.2- 19.2          000        .00000
     7      19.3- 19.3          000        .00000
     8       20-    20          000        .07143
     9      20.2- 20.2          000        .00246
    10       21-    21          000        .13054
    11      21.2- 21.2          000        .00246
    12       22-    22          000        .17734
    13      22.2- 22.2          000        .00493
    14       23-    23          000        .14039
    15      23.2- 23.2          000        .00739
    16      23.3- 23.3          000        .00000
    17       24-    24          000        .12562
    18      24.2- 24.2          000        .00000
    19       25-    25          000        .13793
    20       26-    26          000        .08374
    21      26.2- 26.2          000        .00000
    22       27-    27          000        .03202
    23       28-    28          000        .00246
    24       29-    29          000        .00000
    25       30-    30          000        .00000
    26      >31-   >31          000        .00000
                                --------   --------
            Totals              406        1.0000

            Minimum allele frequency = .01232
            Null allele frequency = .00000

 :REM FGA allele frequencies for Hispanics from Budowle, B., Moretti, T.
 R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.
```

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 39 of 65*

### 3.11   TH01

TH01.BLK

```
Bin     Range (bp)        Count      Fraction
 1        5-     5        000         .00000
 2        6-     6        000         .10952
 3        7-     7        000         .44048
 4        8-     8        000         .18571
 5      8.3-   8.3        000         .00000
 6        9-     9        000         .14524
 7      9.3-   9.3        000         .10476
 8       10-    10        000         .01429
                               --------    --------
          Totals           420        1.0000

        Minimum allele frequency = .01190
        Null allele frequency = .00000
```

:REM TH01 allele frequencies for Blacks from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

TH01.CAU

```
Bin     Range (bp)        Count      Fraction
 1        5-     5        000         .00000
 2        6-     6        000         .22660
 3        7-     7        000         .17241
 4        8-     8        000         .12562
 5      8.3-   8.3        000         .00246
 6        9-     9        000         .16502
 7      9.3-   9.3        000         .30542
 8       10-    10        000         .00246
                               --------    --------
          Totals           406        1.0000

        Minimum allele frequency = .01232
        Null allele frequency = .00000
```

:REM TH01 allele frequencies for Caucasians from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

***Standard Operating Procedures***
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 40 of 65*

TH01.HIS

```
Bin    Range (bp)        Count      Fraction
 1      5-     5         000         .00239
 2      6-     6         000         .23206
 3      7-     7         000         .33732
 4      8-     8         000         .08134
 5      8.3-   8.3       000         .00000
 6      9-     9         000         .10287
 7      9.3-   9.3       000         .24163
 8     10-    10         000         .00239
                       --------    --------
       Totals            418        1.0000

       Minimum allele frequency = .01196
       Null allele frequency = .00000
```

:REM TH01 allele frequencies for Hispanics from Budowle, B., Moretti, T.
R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

### 3.12   TPOX

TPOX.BLK

```
Bin    Range (bp)        Count      Fraction
 1      6-     6         000         .08612
 2      7-     7         000         .02153
 3      8-     8         000         .36842
 4      9-     9         000         .18182
 5     10-    10         000         .09330
 6     11-    11         000         .22488
 7     12-    12         000         .02392
 8     13-    13         000         .00000
                       --------    --------
       Totals            418        1.0000

       Minimum allele frequency = .01196
       Null allele frequency = .00000
```

:REM TPOX allele frequencies for Blacks from Budowle, B., Moretti, T. R.,
Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 41 of 65*

TPOX.CAU

| Bin | Range (bp) | | Count | Fraction |
|-----|-----|-----|-------|----------|
| 1 | 6- | 6 | 000 | .00000 |
| 2 | 7- | 7 | 000 | .00246 |
| 3 | 8- | 8 | 000 | .54433 |
| 4 | 9- | 9 | 000 | .12315 |
| 5 | 10- | 10 | 000 | .03695 |
| 6 | 11- | 11 | 000 | .25369 |
| 7 | 12- | 12 | 000 | .03941 |
| 8 | 13- | 13 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 406 | 1.0000 |

```
            Minimum allele frequency = .01232
            Null allele frequency = .00000
```

:REM TPOX allele frequencies for Caucasians from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

TPOX.HIS

| Bin | Range (bp) | | Count | Fraction |
|-----|-----|-----|-------|----------|
| 1 | 6- | 6 | 000 | .00478 |
| 2 | 7- | 7 | 000 | .00478 |
| 3 | 8- | 8 | 000 | .55502 |
| 4 | 9- | 9 | 000 | .03349 |
| 5 | 10- | 10 | 000 | .03349 |
| 6 | 11- | 11 | 000 | .27273 |
| 7 | 12- | 12 | 000 | .09330 |
| 8 | 13- | 13 | 000 | .00239 |
| | | | -------- | -------- |
| | Totals | | 418 | 1.0000 |

```
            Minimum allele frequency = .01196
            Null allele frequency = .00000
```

:REM TPOX allele frequencies for Hispanics from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 42 of 65*

### 3.13   vWA

vWA.BLK

| Bin | Range (bp) | | Count | Fraction |
|-----|-----|-----|-------|----------|
| 1 | 11- | 11 | 000 | .00278 |
| 2 | 12- | 12 | 000 | .00000 |
| 3 | 13- | 13 | 000 | .00556 |
| 4 | 14- | 14 | 000 | .06667 |
| 5 | 15- | 15 | 000 | .23611 |
| 6 | 16- | 16 | 000 | .26944 |
| 7 | 17- | 17 | 000 | .18333 |
| 8 | 18- | 18 | 000 | .13611 |
| 9 | 19- | 19 | 000 | .07222 |
| 10 | 20- | 20 | 000 | .02778 |
| 11 | 21- | 21 | 000 | .00000 |
| 12 | 22- | 22 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 360 | 1.000 |

```
        Minimum allele frequency = .01389
        Null allele frequency = .00000
```

:REM vWA allele frequencies for Blacks from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

vWA.CAU

| Bin | Range (bp) | | Count | Fraction |
|-----|-----|-----|-------|----------|
| 1 | 11- | 11 | 000 | .00000 |
| 2 | 12- | 12 | 000 | .00000 |
| 3 | 13- | 13 | 000 | .00510 |
| 4 | 14- | 14 | 000 | .10204 |
| 5 | 15- | 15 | 000 | .11224 |
| 6 | 16- | 16 | 000 | .20153 |
| 7 | 17- | 17 | 000 | .26276 |
| 8 | 18- | 18 | 000 | .22194 |
| 9 | 19- | 19 | 000 | .08418 |
| 10 | 20- | 20 | 000 | .01020 |
| 11 | 21- | 21 | 000 | .00000 |
| 12 | 22- | 22 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 392 | 1.0000 |

```
        Minimum allele frequency = .01276
        Null allele frequency = .00000
```

:REM vWA allele frequencies for Caucasians from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 43 of 65*

Uncontrolled Copy - Prepared for distribution 11/10/2010wy

```
vWA.HIS
    Bin     Range (bp)          Count       Fraction
     1       11-   11           000          .00246
     2       12-   12           000          .00000
     3       13-   13           000          .00000
     4       14-   14           000          .06158
     5       15-   15           000          .07635
     6       16-   16           000          .35961
     7       17-   17           000          .22167
     8       18-   18           000          .19458
     9       19-   19           000          .07143
    10       20-   20           000          .01232
    11       21-   21           000          .00000
    12       22-   22           000          .00000
                             --------      --------
             Totals            406          1.0000


             Minimum allele frequency = .01232
             Null allele frequency = .00000
```

:REM vWA allele frequencies for Hispanics from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

## 3.14   D2S1338

D2S1338.BLK

```
    Bin     Range (bp)          Count       Fraction
     1       16-   16           000          .04491
     2       17-   17           000          .10180
     3       18-   18           000          .06587
     4       19-   19           000          .13772
     5       20-   20           000          .06287
     6       21-   21           000          .15269
     7       22-   22           000          .13772
     8       23-   23           000          .09880
     9       24-   24           000          .09281
    10       25-   25           000          .08383
    11       26-   26           000          .02096
    12       27-   27           000          .00000
                             --------      --------
             Totals            334          1.0000


             Minimum allele frequency = .00749
             Null allele frequency = .00000
```

:REM D2S1338 allele frequencies for Blacks from Budowle, B. et. al. 2001 Population data on the STR Loci D2S1338 and D19S433. Forensic Science Communications July 2001, Volume 3, Number 3

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 44 of 65*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## D2S1338.CAU

```
Bin     Range (bp)        Count      Fraction
 1       16-   16         000         .02961
 2       17-   17         000         .19408
 3       18-   18         000         .05263
 4       19-   19         000         .14474
 5       20-   20         000         .15461
 6       21-   21         000         .01974
 7       22-   22         000         .02961
 8       23-   23         000         .13487
 9       24-   24         000         .12171
10       25-   25         000         .09539
11       26-   26         000         .02303
12       27-   27         000         .00000
                        --------    --------
        Totals           304         1.0000


        Minimum allele frequency = .00822
        Null allele frequency = .00000
```

:REM D2S1338 allele frequencies for Caucasians from Budowle, B. et. al.
2001 Population data on the STR Loci D2S1338 and D19S433. Forensic Science
Communications July 2001, Volume 3, Number 3

## D2S1338.HIS

```
Bin     Range (bp)        Count      Fraction
 1       16-   16         000         .01761
 2       17-   17         000         .22183
 3       18-   18         000         .04225
 4       19-   19         000         .26056
 5       20-   20         000         .14085
 6       21-   21         000         .01056
 7       22-   22         000         .07042
 8       23-   23         000         .12324
 9       24-   24         000         .06690
10       25-   25         000         .03873
11       26-   26         000         .00704
12       27-   27         000         .00000
                        --------    --------
        Totals           284         1.0000


        Minimum allele frequency = .00880
        Null allele frequency = .00000
```

:REM D2S1338 allele frequencies for Hispanics from Budowle, B. et. al.
2001 Population data on the STR Loci D2S1338 and D19S433. Forensic Science
Communications July 2001, Volume 3, Number 3

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 45 of 65*

### 3.15   D19S433

D19S433.BLK

```
Bin     Range (bp)        Count      Fraction
 1        9-    9          000        .00000
 2       10-   10          000        .01497
 3       11-   11          000        .06886
 4       12-   12          000        .11377
 5      12.2- 12.2         000        .08084
 6       13-   13          000        .29641
 7      13.2- 13.2         000        .05090
 8       14-   14          000        .19760
 9      14.2- 14.2         000        .05389
10       15-   15          000        .03892
11      15.2- 15.2         000        .03892
12       16-   16          000        .02096
13      16.2- 16.2         000        .01796
14      17.2- 17.2         000        .00299
15      18.2- 18.2         000        .00299
                        --------   --------
         Totals           334        1.0000
```

         Minimum allele frequency = .00749
         Null allele frequency = .00000

:REM D19S433 allele frequencies for Blacks from Budowle, B. et. al. 2001
Population data on the STR Loci D2S1338 and D19S433. Forensic Science
Communications July 2001, Volume 3, Number 3


D19S433.CAU

```
Bin     Range (bp)        Count      Fraction
 1        9-    9          000        .00000
 2       10-   10          000        .00000
 3       11-   11          000        .00000
 4       12-   12          000        .10855
 5      12.2- 12.2         000        .00658
 6       13-   13          000        .28289
 7      13.2- 13.2         000        .02632
 8       14-   14          000        .33553
 9      14.2- 14.2         000        .00329
10       15-   15          000        .13487
11      15.2- 15.2         000        .02632
12       16-   16          000        .04276
13      16.2- 16.2         000        .02632
14      17.2- 17.2         000        .00329
15      18.2- 18.2         000        .00329
                        --------   --------
         Totals           304        1.0000
```

         Minimum allele frequency = .00822
         Null allele frequency = .00000

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 46 of 65*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

```
:REM D19S433 allele frequencies for Caucasians from Budowle, B. et. al.
2001 Population data on the STR Loci D2S1338 and D19S433. Forensic Science
Communications July 2001, Volume 3, Number 3
```

D19S433.HIS

```
   Bin     Range (bp)          Count       Fraction
    1        9-     9          000          .00352
    2       10-    10          000          .00000
    3       11-    11          000          .00352
    4       12-    12          000          .05634
    5     12.2-  12.2          000          .02113
    6       13-    13          000          .16197
    7     13.2-  13.2          000          .10915
    8       14-    14          000          .32042
    9     14.2-  14.2          000          .04577
   10       15-    15          000          .11972
   11     15.2-  15.2          000          .08099
   12       16-    16          000          .04225
   13     16.2-  16.2          000          .03521
   14     17.2-  17.2          000          .00000
   15     18.2-  18.2          000          .00000
                               --------     --------
            Totals             284          1.0000

         Minimum allele frequency = .00880
         Null allele frequency = .00000
```

```
:REM D19S433 allele frequencies for Hispanics from Budowle, B. et. al.
2001 Population data on the STR Loci D2S1338 and D19S433. Forensic Science
Communications July 2001, Volume 3, Number
```

## 4    ASIAN STR Data

The data files for the loci D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, and D7S820 for the Chinese and Vietnamese populations were created using data presented in: Borys, S., A. Eisenberg, G. Carmody, and R. Fourney. 1999. Allele frequencies for nine STR loci in African-American, Chinese, Vietnamese, and Bangladesh populations. J Forensic Sci 44(6):1316-1318.

The data files for the loci D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, and D7S820 for the Japanese population were created using data presented in: Borys, S., R. Iwamoto, J. Miyakoshi, G. Carmody, and R. Fourney. 1999. Allele frequency distributions for nine STR loci in the Japanese population. J Forensic Sci 44(6):1319.



**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 47 of 65*

### 4.1    D13S317

D13S317.CHI

```
    Bin     Range (bp)          Count      Fraction
     1       <7-   <7           000        .00000
     2        7-    7           000        .00000
     3        8-    8           000        .26000
     4       8.1-  8.1          000        .00000
     5        9-    9           000        .14000
     6       10-   10           000        .18000
     7       11-   11           000        .19000
     8       12-   12           000        .15000
     9       13-   13           000        .06000
    10       14-   14           000        .02000
    11       15-   15           000        .00000
                                --------   --------
             Totals             100        1.000

             Minimum allele frequency = .05000
             Null allele frequency = .00000
```

:REM D13S317 allele frequencies for Chinese from Borys, S., et al. 1999.

D13S317.JAP

```
    Bin     Range (bp)          Count      Fraction
     1       <7-   <7           000        .00000
     2        7-    7           000        .00300
     3        8-    8           000        .27900
     4       8.1-  8.1          000        .00000
     5        9-    9           000        .12500
     6       10-   10           000        .10500
     7       11-   11           000        .23000
     8       12-   12           000        .19800
     9       13-   13           000        .04400
    10       14-   14           000        .01700
    11       15-   15           000        .00000
                                --------   --------
             Totals             344        1.000

             Minimum allele frequency = .01453
             Null allele frequency = .00000
```

:REM D13S317 allele frequencies for Japanese from Borys, S., et al. 1999.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 48 of 65*

D13S317.VET

| Bin | Range (bp) | | Count | Fraction |
|-----|------|------|-------|----------|
| 1 | <7- | <7 | 000 | .00000 |
| 2 | 7- | 7 | 000 | .00000 |
| 3 | 8- | 8 | 000 | .38000 |
| 4 | 8.1- | 8.1 | 000 | .00000 |
| 5 | 9- | 9 | 000 | .09000 |
| 6 | 10- | 10 | 000 | .13000 |
| 7 | 11- | 11 | 000 | .23000 |
| 8 | 12- | 12 | 000 | .14000 |
| 9 | 13- | 13 | 000 | .02000 |
| 10 | 14- | 14 | 000 | .01000 |
| 11 | 15- | 15 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 100 | 1.000 |

```
        Minimum allele frequency = .05000
        Null allele frequency = .00000
```

:REM D13S317 allele frequencies for Vietnamese from Borys, S., et al.
1999.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 49 of 65*

## 4.2    D18S51

D18S51.CHI

```
    Bin     Range (bp)        Count       Fraction
     1        9-     9        000          .00000
     2       10-    10        000          .00000
     3      10.2-  10.2       000          .00000
     4       11-    11        000          .00000
     5       12-    12        000          .02000
     6       13-    13        000          .14000
     7      13.2-  13.2       000          .00000
     8       14-    14        000          .18000
     9      14.2-  14.2       000          .00000
    10       15-    15        000          .31000
    11       16-    16        000          .11000
    12       17-    17        000          .07000
    13       18-    18        000          .05000
    14       19-    19        000          .04000
    15       20-    20        000          .02000
    16      20.2-  20.2       000          .00000
    17       21-    21        000          .03000
    18      21.2-  21.2       000          .00000
    19       22-    22        000          .00000
    20       23-    23        000          .02000
    21       24-    24        000          .01000
    22       25-    25        000          .00000
    23       26-    26        000          .00000
                            --------     --------
            Totals           100          1.0000

            Minimum allele frequency = .05000
            Null allele frequency = .00000
```

:REM D18S51 allele frequencies for Chinese from Borys, S., A. Eisenberg,
G. Carmody, and R. Fourney. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 50 of 65*

D18S51.JAP

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | 9- 9 | 000 | .00000 |
| 2 | 10- 10 | 000 | .00300 |
| 3 | 10.2- 10.2 | 000 | .00000 |
| 4 | 11- 11 | 000 | .00600 |
| 5 | 12- 12 | 000 | .04900 |
| 6 | 13- 13 | 000 | .19800 |
| 7 | 13.2- 13.2 | 000 | .00000 |
| 8 | 14- 14 | 000 | .21500 |
| 9 | 14.2- 14.2 | 000 | .00000 |
| 10 | 15- 15 | 000 | .20600 |
| 11 | 16- 16 | 000 | .12200 |
| 12 | 17- 17 | 000 | .05200 |
| 13 | 18- 18 | 000 | .04700 |
| 14 | 19- 19 | 000 | .03200 |
| 15 | 20- 20 | 000 | .02600 |
| 16 | 20.2- 20.2 | 000 | .00000 |
| 17 | 21- 21 | 000 | .01700 |
| 18 | 21.2- 21.2 | 000 | .00000 |
| 19 | 22- 22 | 000 | .00300 |
| 20 | 23- 23 | 000 | .01500 |
| 21 | 24- 24 | 000 | .00300 |
| 22 | 25- 25 | 000 | .00600 |
| 23 | 26- 26 | 000 | .00000 |
| | | -------- | -------- |
| | Totals | 344 | 1.0000 |

```
         Minimum allele frequency = .01453
         Null allele frequency = .00000
```

:REM D18S51 allele frequencies for Japanese from Borys, S., R. Iwamoto, J. Miyakoshi, G. Carmody, and R. Fourney. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 51 of 65*

D18S51.VET

| Bin | Range (bp) | Count | Fraction |
|-----|------------|-------|----------|
| 1 | 9- 9 | 000 | .00000 |
| 2 | 10- 10 | 000 | .00000 |
| 3 | 10.2- 10.2 | 000 | .00000 |
| 4 | 11- 11 | 000 | .00000 |
| 5 | 12- 12 | 000 | .07000 |
| 6 | 13- 13 | 000 | .19000 |
| 7 | 13.2- 13.2 | 000 | .00000 |
| 8 | 14- 14 | 000 | .21000 |
| 9 | 14.2- 14.2 | 000 | .00000 |
| 10 | 15- 15 | 000 | .19000 |
| 11 | 16- 16 | 000 | .16000 |
| 12 | 17- 17 | 000 | .04000 |
| 13 | 18- 18 | 000 | .05000 |
| 14 | 19- 19 | 000 | .02000 |
| 15 | 20- 20 | 000 | .01000 |
| 16 | 20.2- 20.2 | 000 | .00000 |
| 17 | 21- 21 | 000 | .03000 |
| 18 | 21.2- 21.2 | 000 | .00000 |
| 19 | 22- 22 | 000 | .01000 |
| 20 | 23- 23 | 000 | .00000 |
| 21 | 24- 24 | 000 | .00000 |
| 22 | 25- 25 | 000 | .02000 |
| 23 | 26- 26 | 000 | .00000 |
| | | -------- | -------- |
| | Totals | 100 | 1.0000 |

Minimum allele frequency = .05000
Null allele frequency = .00000

:REM D18S51 allele frequencies for Vietnamese from Borys, S., A.
Eisenberg, G. Carmody, and R. Fourney. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 52 of 65*

## 4.3   D21S11

D21S11.CHI

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | 24.2- 24.2 | 000 | .00000 |
| 2 | 24.3- 24.3 | 000 | .00000 |
| 3 | 25- 25 | 000 | .00000 |
| 4 | 26- 26 | 000 | .00000 |
| 5 | 27- 27 | 000 | .00000 |
| 6 | 28- 28 | 000 | .08000 |
| 7 | 28.2- 28.2 | 000 | .00000 |
| 8 | 29- 29 | 000 | .27000 |
| 9 | 29.2- 29.2 | 000 | .00000 |
| 10 | 29.3- 29.3 | 000 | .00000 |
| 11 | 30- 30 | 000 | .23000 |
| 12 | 30.2- 30.2 | 000 | .01000 |
| 13 | 31- 31 | 000 | .07000 |
| 14 | 31.1- 31.1 | 000 | .00000 |
| 15 | 31.2- 31.2 | 000 | .10000 |
| 16 | 32- 32 | 000 | .02000 |
| 17 | 32.1- 32.1 | 000 | .00000 |
| 18 | 32.2- 32.2 | 000 | .18000 |
| 19 | 33- 33 | 000 | .01000 |
| 20 | 33.1- 33.1 | 000 | .00000 |
| 21 | 33.2- 33.2 | 000 | .02000 |
| 22 | 33.3- 33.3 | 000 | .00000 |
| 23 | 34- 34 | 000 | .00000 |
| 24 | 34.2- 34.2 | 000 | .00000 |
| 25 | 35- 35 | 000 | .00000 |
| 26 | 35.2- 35.2 | 000 | .00000 |
| 27 | 36- 36 | 000 | .00000 |
| 28 | 38- 38 | 000 | .00000 |
| | | -------- | -------- |
| | Totals | 100 | 1.0000 |

```
        Minimum allele frequency = .02000
        Null allele frequency = .00000
```

:REM D21S11 allele frequencies for Chinese from Borys, S., A. Eisenberg,
G. Carmody, and R. Fourney. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 53 of 65*

D21S11.JAP

| Bin | Range (bp) | Count | Fraction |
|-----|-----------|-------|----------|
| 1 | 24.2- 24.2 | 000 | .00000 |
| 2 | 24.3- 24.3 | 000 | .00000 |
| 3 | 25-   25 | 000 | .00000 |
| 4 | 26-   26 | 000 | .00000 |
| 5 | 27-   27 | 000 | .00000 |
| 6 | 28-   28 | 000 | .04700 |
| 7 | 28.2- 28.2 | 000 | .00600 |
| 8 | 29-   29 | 000 | .21500 |
| 9 | 29.2- 29.2 | 000 | .00300 |
| 10 | 29.3- 29.3 | 000 | .00000 |
| 11 | 30-   30 | 000 | .36300 |
| 12 | 30.2- 30.2 | 000 | .00000 |
| 13 | 31-   31 | 000 | .09600 |
| 14 | 31.1- 31.1 | 000 | .00000 |
| 15 | 31.2- 31.2 | 000 | .06400 |
| 16 | 32-   32 | 000 | .02300 |
| 17 | 32.1- 32.1 | 000 | .00000 |
| 18 | 32.2- 32.2 | 000 | .12500 |
| 19 | 33-   33 | 000 | .00300 |
| 20 | 33.1- 33.1 | 000 | .00000 |
| 21 | 33.2- 33.2 | 000 | .04900 |
| 22 | 33.3- 33.3 | 000 | .00000 |
| 23 | 34-   34 | 000 | .00300 |
| 24 | 34.2- 34.2 | 000 | .00300 |
| 25 | 35-   35 | 000 | .00000 |
| 26 | 35.2- 35.2 | 000 | .00000 |
| 27 | 36-   36 | 000 | .00000 |
| 28 | 38-   38 | 000 | .00000 |
| | Totals | 344 | 1.0000 |

Minimum allele frequency = .01453
Null allele frequency = .00000

:REM D21S11 allele frequencies for Japanese from Borys, S., R. Iwamoto, J. Miyakoshi, G. Carmody, and R. Fourney. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 54 of 65*

D21S11.VET

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | 24.2- 24.2 | 000 | .00000 |
| 2 | 24.3- 24.3 | 000 | .00000 |
| 3 | 25- 25 | 000 | .00000 |
| 4 | 26- 26 | 000 | .00000 |
| 5 | 27- 27 | 000 | .02000 |
| 6 | 28- 28 | 000 | .04000 |
| 7 | 28.2- 28.2 | 000 | .00000 |
| 8 | 29- 29 | 000 | .26000 |
| 9 | 29.2- 29.2 | 000 | .02000 |
| 10 | 29.3- 29.3 | 000 | .00000 |
| 11 | 30- 30 | 000 | .26000 |
| 12 | 30.2- 30.2 | 000 | .01000 |
| 13 | 31- 31 | 000 | .06000 |
| 14 | 31.1- 31.1 | 000 | .00000 |
| 15 | 31.2- 31.2 | 000 | .06000 |
| 16 | 32- 32 | 000 | .05000 |
| 17 | 32.1- 32.1 | 000 | .00000 |
| 18 | 32.2- 32.2 | 000 | .14000 |
| 19 | 33- 33 | 000 | .02000 |
| 20 | 33.1- 33.1 | 000 | .00000 |
| 21 | 33.2- 33.2 | 000 | .05000 |
| 22 | 33.3- 33.3 | 000 | .00000 |
| 23 | 34- 34 | 000 | .00000 |
| 24 | 34.2- 34.2 | 000 | .01000 |
| 25 | 35- 35 | 000 | .00000 |
| 26 | 35.2- 35.2 | 000 | .00000 |
| 27 | 36- 36 | 000 | .00000 |
| 28 | 38- 38 | 000 | .00000 |
| | Totals | 100 | 1.0000 |

```
            Minimum allele frequency = .02000
            Null allele frequency = .00000
```

:REM D21S11 allele frequencies for Vietnamese from Borys, S., A.
Eisenberg, G. Carmody, and R. Fourney. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 55 of 65*

### 4.4     D3S1358

D3S1358.CHI

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | <11- | <11 | 000 | .00000 |
| 2 | 11- | 11 | 000 | .00000 |
| 3 | 12- | 12 | 000 | .00000 |
| 4 | 13- | 13 | 000 | .02000 |
| 5 | 14- | 14 | 000 | .01000 |
| 6 | 15- | 15 | 000 | .30000 |
| 7 | 15.2- | 15.2 | 000 | .00000 |
| 8 | 16- | 16 | 000 | .38000 |
| 9 | 17- | 17 | 000 | .23000 |
| 10 | 17.1- | 17.1 | 000 | .00000 |
| 11 | 18- | 18 | 000 | .05000 |
| 12 | 19- | 19 | 000 | .01000 |
| 13 | >19- | >19 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 100 | 1.0000 |

```
        Minimum allele frequency = .05000
        Null allele frequency = .00000
```

:REM D3S1358 allele frequencies for Chinese from Borys, S., et al. 1999.

D3S1358.JAP

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | <11- | <11 | 000 | .00000 |
| 2 | 11- | 11 | 000 | .00000 |
| 3 | 12- | 12 | 000 | .00000 |
| 4 | 13- | 13 | 000 | .00300 |
| 5 | 14- | 14 | 000 | .02900 |
| 6 | 15- | 15 | 000 | .38700 |
| 7 | 15.2- | 15.2 | 000 | .00000 |
| 8 | 16- | 16 | 000 | .29900 |
| 9 | 17- | 17 | 000 | .21200 |
| 10 | 17.1- | 17.1 | 000 | .00000 |
| 11 | 18- | 18 | 000 | .06700 |
| 12 | 19- | 19 | 000 | .00300 |
| 13 | >19- | >19 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 344 | 1.0000 |

```
        Minimum allele frequency = .01453
        Null allele frequency = .00000
```

:REM D3S1358 allele frequencies for Japanese from Borys, S., et al. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 56 of 65*

D3S1358.VET

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | <11- | <11 | 000 | .00000 |
| 2 | 11- | 11 | 000 | .00000 |
| 3 | 12- | 12 | 000 | .01000 |
| 4 | 13- | 13 | 000 | .00000 |
| 5 | 14- | 14 | 000 | .03000 |
| 6 | 15- | 15 | 000 | .35000 |
| 7 | 15.2- | 15.2 | 000 | .00000 |
| 8 | 16- | 16 | 000 | .31000 |
| 9 | 17- | 17 | 000 | .25000 |
| 10 | 17.1- | 17.1 | 000 | .00000 |
| 11 | 18- | 18 | 000 | .05000 |
| 12 | 19- | 19 | 000 | .00000 |
| 13 | >19- | >19 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 100 | 1.0000 |

Minimum allele frequency = .05000
Null allele frequency = .00000

:REM D3S1358 allele frequencies for Vietnamese from Borys, S., et al. 1999.

### 4.5    D5S818

D5S818.CHI

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | 7- | 7 | 000 | .04000 |
| 2 | 8- | 8 | 000 | .00000 |
| 3 | 9- | 9 | 000 | .07000 |
| 4 | 10- | 10 | 000 | .18000 |
| 5 | 11- | 11 | 000 | .29000 |
| 6 | 12- | 12 | 000 | .22000 |
| 7 | 13- | 13 | 000 | .19000 |
| 8 | 14- | 14 | 000 | .00000 |
| 9 | 15- | 15 | 000 | .00000 |
| 10 | 16- | 16 | 000 | .01000 |
| | | | -------- | -------- |
| | Totals | | 100 | 1.0000 |

Minimum allele frequency = .05000
Null allele frequency = .00000

:REM D5S818 allele frequencies for Chinese from Borys, S., et al. 1999.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 57 of 65*

D5S818.JAP

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | 7- | 7 | 000 | .00000 |
| 2 | 8- | 8 | 000 | .00600 |
| 3 | 9- | 9 | 000 | .06700 |
| 4 | 10- | 10 | 000 | .21800 |
| 5 | 11- | 11 | 000 | .31700 |
| 6 | 12- | 12 | 000 | .21500 |
| 7 | 13- | 13 | 000 | .15700 |
| 8 | 14- | 14 | 000 | .01700 |
| 9 | 15- | 15 | 000 | .00300 |
| 10 | 16- | 16 | 000 | .01000 |
| | | | -------- | -------- |
| | Totals | | 344 | 1.0000 |

    Minimum allele frequency = .01453
    Null allele frequency = .00000

:REM D5S818 allele frequencies for Japanese from Borys, S., et al. 1999.

D5S818.VET

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | 7- | 7 | 000 | .03000 |
| 2 | 8- | 8 | 000 | .00000 |
| 3 | 9- | 9 | 000 | .07000 |
| 4 | 10- | 10 | 000 | .23000 |
| 5 | 11- | 11 | 000 | .27000 |
| 6 | 12- | 12 | 000 | .20000 |
| 7 | 13- | 13 | 000 | .20000 |
| 8 | 14- | 14 | 000 | .00000 |
| 9 | 15- | 15 | 000 | .00000 |
| 10 | 16- | 16 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 100 | 1.0000 |

    Minimum allele frequency = .05000
    Null allele frequency = .00000

:REM D5S818 allele frequencies for Vietnamese from Borys, S., et al. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 58 of 65*

## 4.6    D7S820

D7S820.CHI

| Bin | Range (bp) | Count | Fraction |
|-----|-----------|-------|----------|
| 1 | 6-    6 | 000 | .00000 |
| 2 | 6.3-  6.3 | 000 | .00000 |
| 3 | 7-    7 | 000 | .01000 |
| 4 | 8-    8 | 000 | .14000 |
| 5 | 8.2-  8.2 | 000 | .00000 |
| 6 | 9-    9 | 000 | .03000 |
| 7 | 10-   10 | 000 | .18000 |
| 8 | 10.3- 10.3 | 000 | .00000 |
| 9 | 11-   11 | 000 | .38000 |
| 10 | 12-   12 | 000 | .22000 |
| 11 | 13-   13 | 000 | .04000 |
| 12 | 14-   14 | 000 | .01000 |
| 13 | 15-   15 | 000 | .00000 |
| | Totals | 100 | 1.0000 |

```
    Minimum allele frequency = .05000
    Null allele frequency = .00000
```

:REM D7S820 allele frequencies for Chinese from Borys, S., et al. 1999.

D7S820.JAP

| Bin | Range (bp) | Count | Fraction |
|-----|-----------|-------|----------|
| 1 | 6-    6 | 000 | .00000 |
| 2 | 6.3-  6.3 | 000 | .00000 |
| 3 | 7-    7 | 000 | .00300 |
| 4 | 8-    8 | 000 | .11900 |
| 5 | 8.2-  8.2 | 000 | .00000 |
| 6 | 9-    9 | 000 | .04100 |
| 7 | 10-   10 | 000 | .19800 |
| 8 | 10.3- 10.3 | 000 | .00000 |
| 9 | 11-   11 | 000 | .34300 |
| 10 | 12-   12 | 000 | .25000 |
| 11 | 13-   13 | 000 | .04100 |
| 12 | 14-   14 | 000 | .00600 |
| 13 | 15-   15 | 000 | .00000 |
| | Totals | 344 | 1.0000 |

```
    Minimum allele frequency = .01453
    Null allele frequency = .00000
```

:REM D7S820 allele frequencies for Japanese from Borys, S., et al. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 59 of 65*

D7S820.VET

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | 6- | 6 | 000 | .00000 |
| 2 | 6.3- | 6.3 | 000 | .00000 |
| 3 | 7- | 7 | 000 | .02000 |
| 4 | 8- | 8 | 000 | .16000 |
| 5 | 8.2- | 8.2 | 000 | .00000 |
| 6 | 9- | 9 | 000 | .08000 |
| 7 | 10- | 10 | 000 | .17000 |
| 8 | 10.3- | 10.3 | 000 | .00000 |
| 9 | 11- | 11 | 000 | .30000 |
| 10 | 12- | 12 | 000 | .18000 |
| 11 | 13- | 13 | 000 | .06000 |
| 12 | 14- | 14 | 000 | .02000 |
| 13 | 15- | 15 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 100 | 1.0000 |

```
        Minimum allele frequency = .05000
        Null allele frequency = .00000
```

:REM D7S820 allele frequencies for Vietnamese from Borys, S., et al. 1999.

### 4.7    D8S1179

D8S1179.CHI

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | 8- | 8 | 000 | .00000 |
| 2 | 9- | 9 | 000 | .00000 |
| 3 | 10- | 10 | 000 | .21000 |
| 4 | 11- | 11 | 000 | .16000 |
| 5 | 12- | 12 | 000 | .07000 |
| 6 | 13- | 13 | 000 | .17000 |
| 7 | 14- | 14 | 000 | .14000 |
| 8 | 15- | 15 | 000 | .17000 |
| 9 | 16- | 16 | 000 | .06000 |
| 10 | 17- | 17 | 000 | .02000 |
| 11 | 18- | 18 | 000 | .00000 |
| 12 | 19- | 19 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 100 | 1.0000 |

```
        Minimum allele frequency = .05000
        Null allele frequency = .00000
```

:REM D8S1179 allele frequencies for Chinese from Borys, S., et al. 1999.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 60 of 65*

## D8S1179.JAP

| Bin | Range (bp) | Count | Fraction |
|-----|-----------|-------|----------|
| 1 | 8- 8 | 000 | .00000 |
| 2 | 9- 9 | 000 | .00900 |
| 3 | 10- 10 | 000 | .11000 |
| 4 | 11- 11 | 000 | .13400 |
| 5 | 12- 12 | 000 | .10800 |
| 6 | 13- 13 | 000 | .24400 |
| 7 | 14- 14 | 000 | .21800 |
| 8 | 15- 15 | 000 | .11900 |
| 9 | 16- 16 | 000 | .04700 |
| 10 | 17- 17 | 000 | .00900 |
| 11 | 18- 18 | 000 | .00300 |
| 12 | 19- 19 | 000 | .00000 |
| | Totals | 344 | 1.0000 |

```
Minimum allele frequency = .01453
Null allele frequency = .00000
```

:REM D8S1179 allele frequencies for Japanese from Borys, S., et al. 1999.

## D8S1179.VET

| Bin | Range (bp) | Count | Fraction |
|-----|-----------|-------|----------|
| 1 | 8- 8 | 000 | .00000 |
| 2 | 9- 9 | 000 | .00000 |
| 3 | 10- 10 | 000 | .11000 |
| 4 | 11- 11 | 000 | .17000 |
| 5 | 12- 12 | 000 | .16000 |
| 6 | 13- 13 | 000 | .17000 |
| 7 | 14- 14 | 000 | .14000 |
| 8 | 15- 15 | 000 | .14000 |
| 9 | 16- 16 | 000 | .10000 |
| 10 | 17- 17 | 000 | .01000 |
| 11 | 18- 18 | 000 | .00000 |
| 12 | 19- 19 | 000 | .00000 |
| | Totals | 100 | 1.0000 |

```
Minimum allele frequency = .05000
Null allele frequency = .00000
```

:REM D8S1179 allele frequencies for Vietnamese from Borys, S., et al. 1999.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 61 of 65*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

### 4.8    FGA

FGA.CHI

| Bin | Range (bp) | | Count | Fraction |
|-----|------|------|-------|----------|
| 1  | <17- | <17  | 000 | .00000 |
| 2  | 17-  | 17   | 000 | .01000 |
| 3  | 18-  | 18   | 000 | .04000 |
| 4  | 18.2-| 18.2 | 000 | .00000 |
| 5  | 19-  | 19   | 000 | .09000 |
| 6  | 19.2-| 19.2 | 000 | .00000 |
| 7  | 19.3-| 19.3 | 000 | .00000 |
| 8  | 20-  | 20   | 000 | .01000 |
| 9  | 20.2-| 20.2 | 000 | .00000 |
| 10 | 21-  | 21   | 000 | .11000 |
| 11 | 21.2-| 21.2 | 000 | .01000 |
| 12 | 22-  | 22   | 000 | .20000 |
| 13 | 22.2-| 22.2 | 000 | .00000 |
| 14 | 23-  | 23   | 000 | .21000 |
| 15 | 23.2-| 23.2 | 000 | .00000 |
| 16 | 23.3-| 23.3 | 000 | .00000 |
| 17 | 24-  | 24   | 000 | .19000 |
| 18 | 24.2-| 24.2 | 000 | .00000 |
| 19 | 25-  | 25   | 000 | .07000 |
| 20 | 26-  | 26   | 000 | .05000 |
| 21 | 26.2-| 26.2 | 000 | .00000 |
| 22 | 27-  | 27   | 000 | .00000 |
| 23 | 28-  | 28   | 000 | .00000 |
| 24 | 29-  | 29   | 000 | .00000 |
| 25 | 30-  | 30   | 000 | .00000 |
| 26 | >31- | >31  | 000 | .00000 |
|    |      |      | -------- | -------- |
|    | Totals |    | 100 | 1.0000 |

```
            Minimum allele frequency = .05000
            Null allele frequency = .00000

 :REM FGA allele frequencies for Chinese from Borys, S., et al. 1999.
```

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 62 of 65*

```
FGA.JAP
    Bin    Range (bp)         Count      Fraction
     1     <17-   <17          000        .00000
     2      17-    17          000        .00300
     3      18-    18          000        .03500
     4     18.2-  18.2         000        .00000
     5      19-    19          000        .05800
     6     19.2-  19.2         000        .00000
     7     19.3-  19.3         000        .00000
     8      20-    20          000        .09600
     9     20.2-  20.2         000        .00000
    10      21-    21          000        .14800
    11     21.2-  21.2         000        .00000
    12      22-    22          000        .17700
    13     22.2-  22.2         000        .00000
    14      23-    23          000        .25600
    15     23.2-  23.2         000        .00300
    16     23.3-  23.3         000        .00000
    17      24-    24          000        .11600
    18     24.2-  24.2         000        .00000
    19      25-    25          000        .07300
    20      26-    26          000        .02600
    21     26.2-  26.2         000        .00000
    22      27-    27          000        .00300
    23      28-    28          000        .00000
    24      29-    29          000        .00300
    25      30-    30          000        .00000
    26     >31-   >31          000        .00000
                             --------    --------
           Totals             344        1.0000

           Minimum allele frequency = .01453
           Null allele frequency = .00000

 :REM FGA allele frequencies for Japanese from Borys, S., et al. 1999.
```

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 63 of 65*

FGA.VET

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | <17- <17 | 000 | .00000 |
| 2 | 17- 17 | 000 | .01000 |
| 3 | 18- 18 | 000 | .02000 |
| 4 | 18.2- 18.2 | 000 | .00000 |
| 5 | 19- 19 | 000 | .09000 |
| 6 | 19.2- 19.2 | 000 | .00000 |
| 7 | 19.3- 19.3 | 000 | .00000 |
| 8 | 20- 20 | 000 | .08000 |
| 9 | 20.2- 20.2 | 000 | .00000 |
| 10 | 21- 21 | 000 | .09000 |
| 11 | 21.2- 21.2 | 000 | .01000 |
| 12 | 22- 22 | 000 | .27000 |
| 13 | 22.2- 22.2 | 000 | .00000 |
| 14 | 23- 23 | 000 | .15000 |
| 15 | 23.2- 23.2 | 000 | .02000 |
| 16 | 23.3- 23.3 | 000 | .00000 |
| 17 | 24- 24 | 000 | .10000 |
| 18 | 24.2- 24.2 | 000 | .01000 |
| 19 | 25- 25 | 000 | .06000 |
| 20 | 26- 26 | 000 | .05000 |
| 21 | 26.2- 26.2 | 000 | .00000 |
| 22 | 27- 27 | 000 | .03000 |
| 23 | 28- 28 | 000 | .00000 |
| 24 | 29- 29 | 000 | .00000 |
| 25 | 30- 30 | 000 | .00000 |
| 26 | >31- >31 | 000 | .00000 |
| | | -------- | -------- |
| | Totals | 100 | 1.0000 |

```
            Minimum allele frequency = .05000
            Null allele frequency = .00000
```

:REM FGA allele frequencies for Vietnamese from Borys, S., et al. 1999.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 64 of 65*

### 4.9    vWA

vWA.CHI

| Bin | Range (bp) | | Count | Fraction |
|-----|-----|-----|-----|-----|
| 1 | 11- | 11 | 000 | .00000 |
| 2 | 12- | 12 | 000 | .00000 |
| 3 | 13- | 13 | 000 | .00000 |
| 4 | 14- | 14 | 000 | .30000 |
| 5 | 15- | 15 | 000 | .03000 |
| 6 | 16- | 16 | 000 | .21000 |
| 7 | 17- | 17 | 000 | .18000 |
| 8 | 18- | 18 | 000 | .19000 |
| 9 | 19- | 19 | 000 | .08000 |
| 10 | 20- | 20 | 000 | .01000 |
| 11 | 21- | 21 | 000 | .00000 |
| 12 | 22- | 22 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 100 | 1.0000 |

```
        Minimum allele frequency = .05000
        Null allele frequency = .00000
```

:REM vWA allele frequencies for Chinese from Borys, S., et al. 1999.

vWA.JAP

| Bin | Range (bp) | | Count | Fraction |
|-----|-----|-----|-----|-----|
| 1 | 11- | 11 | 000 | .00000 |
| 2 | 12- | 12 | 000 | .00000 |
| 3 | 13- | 13 | 000 | .00000 |
| 4 | 14- | 14 | 000 | .18600 |
| 5 | 15- | 15 | 000 | .03500 |
| 6 | 16- | 16 | 000 | .16900 |
| 7 | 17- | 17 | 000 | .29700 |
| 8 | 18- | 18 | 000 | .20600 |
| 9 | 19- | 19 | 000 | .09000 |
| 10 | 20- | 20 | 000 | .01500 |
| 11 | 21- | 21 | 000 | .00300 |
| 12 | 22- | 22 | 000 | .00000 |
| | | | -------- | -------- |
| | Totals | | 344 | 1.0000 |

```
        Minimum allele frequency = .01453
        Null allele frequency = .00000
```

:REM vWA allele frequencies for Japanese from Borys, S., et al. 1999.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: STR Population Database*

*DRN: DNA-08-02A*
*Version: 02*
*Page 65 of 65*

```
vWA.VET
    Bin     Range (bp)          Count       Fraction
     1      11-   11            000          .00000
     2      12-   12            000          .00000
     3      13-   13            000          .00000
     4      14-   14            000          .22000
     5      15-   15            000          .01000
     6      16-   16            000          .14000
     7      17-   17            000          .29000
     8      18-   18            000          .24000
     9      19-   19            000          .07000
    10      20-   20            000          .03000
    11      21-   21            000          .00000
    12      22-   22            000          .00000
                                --------     --------
            Totals              100          1.0000

            Minimum allele frequency = .05000
            Null allele frequency = .00000

:REM vWA allele frequencies for Vietnamese from Borys, S., et al. 1999.
```

## 5 Literature and Supporting Documentation

PE Applied Biosystems. AmpflSTR Profiler Plus PCR Amplification Kit User's Manual. Perkin-Elmer Corporation. 1997. pp. 9-25.

Committee on DNA Technology in Forensic Science: an Update. II. National Research Council (U.S.). Commission on DNA Technology in Forensic Science: an Update. 1996. The Evaluation of Forensic DNA Evidence. National Academy Press, Washington, D.C. p. 148.

Evett IW, Gill PD, Scranage JK, and Weir BS. Establishing the robustness of short-tandem-repeat statistics for forensic applications. Am J Hum Genet. 1996. 58, pp. 398-407.

Federal Bureau of Investigation. 1997a. CODIS Users Guide, Chapter 8, Popstats.

Federal Bureau of Investigation. 1997b. Popstats 5.1 Calculation Specification.

Borys S, Iwamoto R, Miyakoshi J, Carmody G, and Fourney R. Allele frequency distributions for nine STR loci in the Japanese population. J For Sci. 1999a. 44(6), p.1319.

Borys S, Eisenberg A, Carmody G, and Fourney R. Allele frequencies for nine STR loci in African-American, Chinese, Vietnamese, and Bangladesh populations. J For Sci. 1999b. 44(6), p. 1316-1318.

Budowle B, Moretti TR, Baumstark AL, Defenbaugh DA, and Keys KM. Population data on the thirteen CODIS core short tandem repeat loci in African Americans, U.S. Caucasians, Hispanics, Bahamians, Jamaicans, and Trinidadians. J For Sci. 1999. 44(6), p. 1277-1286.

Budowle B, and et. al. Population Data on the STR Loci D2S1338 and D19S433. For Sci Comm. July, 2001. 3(3).

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*    *DRN: DNA-08-02A*
*DNA*
*Subject: STR Population Database*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## Preparer

*James Nichols*                                    Date:___12/02/2009___
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                     Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 12/01/2008 | Minor revision – Sections 3.7, 3.14, 4.5, and 5<br><br>Advisory Board 10/24/2008 |
| 02 | 01/11/2010 | Minor revision – Section 5<br><br>Advisory Board 10/29/2009 |

**Standard Operating Procedures**
*DNA*
*Subject: Report Writing Guidelines*

*DRN: DNA-08-03*
*Version: 05*
*Page 1 of 10*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

# REPORT WRITING GUIDELINES

## 1      Scope

The laboratory report must communicate both the analytical results and the conclusions of the examiner, conveying the essence of the expert testimony in court. The notes and other documentation must support the conclusions of the examiner. Decisions may be made by police officers, attorneys and the courts based on the report alone without examiner clarification, so the report should be able to stand alone.

The report must contain the information required in the Laboratory Operations Guide (LOG 04-02) and the FBI DNA Quality Assurance Audit Document. DRAGNet reports are compliant with these requirements for proper format.

Typical casework reporting should follow the recommended reporting statements, as appropriate.   It is recognized that not every situation can be represented by these statements and that it may be necessary to modify the statements to accurately reflect the results.

## 2      Biological Evidence Screening

### 2.1     Requirements

A.      List of items submitted including sub-items. Sub-items should not be listed if package is unopened.

B.      Report the results for all items examined.

C.      Indicate in report all items not examined.

D.      Indicate in report if trace evidence was collected.

E.      Indicate disposition of evidentiary items and collected samples in a separate section at the end of the report. Exceptions may be made with the approval of the Technical Leader.

### 2.2     Blood examinations

A.      **No visible blood, no presumptive tests performed**

"No visible bloodstains were observed on **[item]**."

"No stains having the appearance of blood were observed on **[item]**."

"No blood was observed on **[item]**."

"Stains having the appearance of blood were not observed on **[item]**."

"Blood was not observed on **[item]**."

B.      **Negative presumptive test(s)**

"No blood was detected on **[item]**."

"A presumptive test for the presence of blood was negative on **[item]**."

***Standard Operating Procedures***
*DNA*
*Subject: Report Writing Guidelines*

*DRN: DNA-08-03*
*Version: 05*
*Page 2 of 10*

"No detectable bloodstains were found on **[item]**."

"Blood was not detected on **[item]**."

### C.　　　**Positive presumptive test(s)**

"A presumptive test indicates the presence of blood on **[item]**."

"Apparent blood was detected on **[item]**."

"A presumptive test for the presence of blood was positive on **[item]**."

### D.　　　**Positive Hematrace test**

"Apparent human blood was detected on **[item].**"

### E.　　　**Negative Hematrace test**

"No human blood was detected on **[item]**."

"Human blood was not detected on **[item]**."

## 2.3　　**Semen examinations**

### A.　　　**Negative alternate light source**

"No stains having the appearance of semen were observed on **[item]**."

"Stains having the appearance of semen were not observed on **[item]**."

### B.　　　**Negative AP screening**

"There were no indications of semen on **[item]**."

"A presumptive test for the presence of semen was negative on **[item]**."

"No acid phosphatase, a nonspecific constituent of semen, was detected on **[item]**."

"Acid phosphatase, a nonspecific constituent of semen, was not detected on **[item]**."

### C.　　　**Positive AP, no further testing**

"Apparent semen was detected on **[item]**."

"Semen was indicated but not confirmed on **[item]**."

"Acid phosphatase, a nonspecific constituent of semen, was detected on **[item]**."

### D.　　　**Negative AP and negative sperm (orifice swabs and/or corresponding slides)**

"No semen was detected on the **[orifice]** swab **[specimen]**."

"Semen was not detected on the **[orifice]** swab **[specimen]**."

### E.　　　**Positive AP, negative sperm, negative p30**

"No semen was detected on **[item]**."

Effective Date: 06/07/2010

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

***Standard Operating Procedures***
*DNA*
*Subject: Report Writing Guidelines*

*DRN: DNA-08-03*
*Version: 05*
*Page 3 of 10*

"Semen was not detected on **[item]**."

"A presumptive test for semen was positive on [item]. However, spermatozoa (semen specific constituents) were not detected. Therefore, we cannot confirm the presence of semen. "

"Semen was indicated on [item]; however, no spermatozoa were detected to confirm the presence of semen."

F.    **Negative or positive AP, positive sperm**

"Spermatozoa were detected on **[item]**, confirming the presence of semen."

"Spermatozoa, semen specific constituents, were detected on **[item]**."

"Semen was detected on **[item]**."

G.    **Positive AP, negative sperm, positive p30**

"Presumptive tests for semen were positive on [item]. However, spermatozoa (semen specific constituents) were not detected. Therefore, we cannot confirm the presence of semen."

"Acid phosphatase and p30 (nonspecific constituents of semen) were detected on [item]. However, spermatozoa (semen specific constituents) were not detected. Therefore, we cannot confirm the presence of semen."

"Semen was indicated but not confirmed on [item]."

"Semen was indicated on [item]; however, no spermatozoa were detected to confirm the presence of semen."

**2.4    Significant location and/or amount of stain**

A.    In some circumstances it may be useful to provide narrative observations of location and/or amount of stain. Various statements of observation may be combined with screening test results as appropriate.

B.    Examples:

"Item 5 (suspect's shirt) contained small stains of apparent blood on the lower front of the shirt.  Two stains were selected for further testing."

"A minute stain having the appearance of blood and positive to a presumptive test for the presence of blood was present on the right cuff of the shirt."

**2.5    Species (human) origin determination by Quantifiler/Quantifiler Duo**

The Quantifiler/Quantifiler Duo kits are designed to aid in the determination of the presence and amount of amplifiable human (and higher primate) DNA.

A.    **Negative Quantifiler**

"No human DNA was detected on **[item]**."

"Human DNA was not detected on **[item]**."

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Report Writing Guidelines*

*DRN: DNA-08-03*
*Version: 05*
*Page 4 of 10*

**[Presumptive statement]** "However, this stain did not respond to human origin testing."

B.       **Positive Quantifiler**

"Human DNA was detected on **[item]**."

### 2.6    Human Male DNA determination by Quantifiler Duo

The Quantifiler Duo kit is designed to aid in the determination of the presence and amount of amplifiable human (and higher primate) and male DNA.

A.       **Negative Quantifiler Duo Male Quantification**

"No human male DNA was detected on **[item]**."

"Human male DNA was not detected on **[item]**."

B.       **Positive Quantifiler Duo Male Quantification**

"Human male DNA was detected on **[item]**."

### 2.7    Trace Collection

Evidence is processed for hair/fiber collection and no examination is performed.

"Items 1-4 have been processed for the collection of trace evidence.  No further analysis was conducted at this time."

"Trace evidence was collected from items 1-4.  The collected trace evidence has been packaged with the evidence.  No further analysis was conducted at this time."

"The presence of probative DNA evidence may not require that the preserved trace evidence be examined."

## 3      Autosomal DNA Analysis

### 3.1    Reporting Requirements

A.       List items analyzed for DNA

B.       Description of DNA technology

1.    DNA extraction

2.    Differential extractions, if performed

3.    Analyzed by STR Analysis

C.       List loci analyzed

D.       DNA results for all samples on which DNA analysis is conducted are required to be reported, with the exception of non-probative epithelial cell fractions.

E.       When DNA comparisons are made the interpretation/conclusions will be reported in the "Results of Analysis and Interpretation" section of the report.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Report Writing Guidelines*

*DRN: DNA-08-03*
*Version: 05*
*Page 5 of 10*

F.    Statistical significance estimate

1.    The statistical estimate may be expressed as either numbers truncated to the last significant digit as generated by Popstats or words for the Caucasian, Black, and Hispanic population groups.

2.    Statistical significance estimate reporting options

a)    *A significance statement for each inclusion must be in the report.*

b)    *A significance statement for the inclusion(s) believed, in the opinion of the analyst, to be the most important and a statement that statistics are available upon written request will be included in the report. Calculations must have been performed prior to issuance of the report.*

c)    *There are no significance statement(s) for any inclusion and a statement that statistics are available upon written request. Calculations must have been performed prior to issuance of the report.*

d)    *Significance statements are not required to be reported for non-probative profiles. For example, suspect's profile on suspect's clothing.*

G.    Disposition of evidentiary items on which DNA analysis was performed will be included in a separate section at the end of the report. Evidentiary items depleted during analysis must be noted in the disposition.

**3.2    Exclusion**

"The **[partial]** DNA profile from **[Item 1, stain 1]** is not consistent with the DNA profile of **[Person A]. [Person A]** is excluded as a contributor to this profile."

**OR**

"The **[partial]** DNA profile from **[Item 1, stain 1]** is consistent with a mixture. **[Person A]** is excluded as a contributor to this profile."

**3.3    Inclusion - Single Source**

A.    Statements of Inclusion

"The **[partial]** DNA profile from **[Item 1, stain 1]** is consistent with the DNA profile of **[Person A]. [Person A cannot be excluded as the contributor of the profile at the following loci: D8S1179, D21S11, D7S820, CSF1PO, D3S1358, TH01, D13S317, D16S539, D2S1338, D19S433, vWA, TPOX, D18S51, Amelogenin, D5S818, and FGA. At these loci,]** The probability of selecting an unrelated person at random who could be the source of this DNA profile is approximately 1 in _ for Caucasians, 1 in _ for Blacks, and 1 in _ for Hispanics."

If source attribution criteria is met, report the following:

"To a reasonable degree of scientific certainty, **[Person A]** is the source of this profile (excluding identical twins)."

If source attribution criteria is not met, report the following:

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: Report Writing Guidelines*

*DRN: DNA-08-03*
*Version: 05*
*Page 6 of 10*

"The approximate world population is 6.8 billion."

### 3.4   Inclusion - Major Component

A.      Reporting Statement

"The **[partial]** DNA profile from **[Item 1, stain 1]** is consistent with a mixture**.**"

**OR**

"The **[partial]** DNA profile from **[Item 1, stain 1]** is consistent with a mixture from **[Person A and Person B] [or Person C and some unknown individual...]**. **[Person A]** cannot be excluded as the contributor of the major component in this profile. **[…at the loci D8S1179, D21S11, D7S820, CSF1PO, D3S1358, TH01, D13S317, D16S539, D2S1338, D19S433, vWA, TPOX, D18S51, Amelogenin, D5S818, and FGA. At these loci,]**. The probability of selecting an unrelated person at random who could be the source of the major component in this profile is approximately 1 in _ for Caucasians, 1 in _ for Blacks, and 1 in _ for Hispanics."

If source attribution criteria is met, report the following:

"To a reasonable degree of scientific certainty, **[Person A]** is the source of the major component of this profile (excluding identical twins)."

If source attribution criteria is not met, report the following:

"The approximate world population is 6.8 billion."

### 3.5   Inclusion - Mixture

A.      Reporting Statement

"The **[partial]** DNA profile from **[Item 1, stain 1]** is consistent with a mixture**.**"

**OR**

"The **[partial]** DNA profile from **[Item 1, stain 1]** is consistent with a mixture from **[Person A and Person B] [or Person C and some unknown individual…].**"

**AND**

**"[Person A cannot be excluded as a contributor to the profile at the loci D8S1179, D21S11, D7S820, CSF1PO, D3S1358, TH01, D13S317, D16S539, D2S1338, D19S433, vWA, TPOX, D18S51, Amelogenin, D5S818, and FGA. At these loci,]** The probability of selecting an unrelated person at random who could be a contributor to this profile is approximately 1 in _ for Caucasians, 1 in _ for Blacks, and 1 in _ for Hispanics. The approximate world population is 6.8 billion."

### 3.6   Alternate Reference Samples

When no standard reference samples are available, alternate reference samples yielding a single source profile may be used.   When compared to an evidentiary profile, the appropriate prescribed reporting statement will be modified to read:

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Report Writing Guidelines*

*DRN: DNA-08-03*
*Version: 05*
*Page 7 of 10*

"The **[partial]** DNA profile from **[Item 1, stain 1]** is consistent with the DNA profile of **[alternate reference]**. Assuming **[Person A]** is the source of the **[alternate reference]**, **[Person A]** cannot be excluded…"

**OR**

"The **[partial]** DNA profile from **[Item 1, stain 1]** is not consistent with the DNA profile of **[alternate reference]**. Assuming **[Person A]** is the source of the **[alternate reference]**, **[Person A]** is excluded…"

### 3.7 DNA Profiles and CODIS

A.    Profile suitable for CODIS

"A **[partial]** DNA profile obtained from **[Item] [foreign to Person A]** has been entered into the Combined DNA Index System (CODIS).

B.    Profile not suitable for CODIS

"The **[partial]** DNA profile obtained from **[Item]** was determined to be unsuitable for entry into the Combined DNA Index System (CODIS)."

### 3.8 No comparison lack of known

"The **[partial]** DNA profile from **[Item 1, stain 1]** is consistent with an unknown **[male]** individual. If DNA comparisons are required, please submit a known blood or saliva sample [**from any potential contributors**].

### 3.9 Inconclusive/Uninterpretable Results

"No DNA profiles were obtained from **[Item 1, stain 1]**.

"No interpretable DNA profiles were obtained from **[Item 1, stain 1]**.

"The DNA result from **[Item 1, stain 1]** was inconclusive.

### 3.10 Complexity of results

"Due to the potential number of contributors, no interpretations will be made for the DNA profile obtained from **[Item 1, stain 1]**."

"Due to the complexity of this profile, no conclusions can be drawn as to whether **[Person A]** could be a contributor to the DNA profile from **[Item 1, stain 1]**."

## 4 Y-STR DNA Analysis

### 4.1 Requirements

A.    List items analyzed

B.    Description of DNA technology

1.    DNA extraction

2.    Differential extractions, if performed

3.    Analyzed by Y-STR Analysis

*Uncontrolled Copy – Prepared for distribution 11/10/2010wy*

*Standard Operating Procedures*
*DNA*
*Subject: Report Writing Guidelines*

*DRN: DNA-08-03*
*Version: 05*
*Page 8 of 10*

C.    List loci analyzed

D.    DNA results for all samples on which DNA analysis is conducted are required to be reported.

E.    When DNA comparisons are made the interpretation/conclusions will be reported in the "Results of Analysis and Interpretation" section of the report.

F.    Statistical interpretation.

1.    The statistical interpretation will be reported for the profile frequency estimation using the counting method as generated by the Consolidated U.S. Y-STR Database online search tool (http://usystrdatabase.org).  The profile count will be reported as a statement regarding observations in the database and expressed as numbers truncated to the last significant digit.

2.    Statistical interpretation reporting options

   *a)    A statistical interpretation statement for single source and major components inclusions must be in the report.*

   *b)    Statistical interpretation statements are not required to be reported for non-probative profiles or for mixtures where the major and minor contributors cannot be distinguished.*

G.    Disposition of evidentiary items on which Y-STR analysis was performed will be included in a separate section at the end of the report.  Evidentiary items depleted during analysis must be noted in the disposition.

## 4.2    Y-STR Analysis

A.    Exclusion

"The **[partial]** Y-STR profile from **[Item 1, stain 1]** is not consistent with the Y-STR profile of **[Person A]. [Person A is excluded as a contributor to this profile.]**  In addition, all paternally-related male relatives are excluded as contributors to this profile."

**OR**

"The **[partial]** Y-STR profile from **[Item 1, stain 1]** is consistent with a mixture. **[Person A is excluded as a contributor to this profile.]** In addition, all paternally-related male relatives are excluded as contributors to this profile"

B.    Inclusion

1.    Single source

"The **[partial]** Y-STR profile from **[Item 1, stain 1]** is consistent with the Y-STR profile of **[Person A]**.  **[Person A cannot be excluded as the contributor of the male DNA profile at the following loci: DYS456, DYS389I, DYS390, DYS389II, DYS458, DYS19, DYS385 a/b, DYS393, DYS391, DYS439, DYS635, DYS392, Y GATA H4, DYS437, DYS438, and DYS448. At these loci,…]** The selected profile is found in _ of _____ **total** individuals within the database.  In addition, any paternally-

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: Report Writing Guidelines*

*DRN: DNA-08-03*
*Version: 05*
*Page 9 of 10*

related male relatives cannot be excluded as being the source of this male DNA profile.

2.    Major Component of a Mixture

"The **[partial]** Y-STR profile from **[Item 1, stain 1]** is consistent with a mixture from **[Person A and Person B] [or Person C and some unknown individual…]. [Person A cannot be excluded as the contributor of the major component in the male DNA profile at the loci: DYS456, DYS389I, DYS390, DYS389II, DYS458, DYS19, DYS385 a/b, DYS393, DYS391, DYS439, DYS635, DYS392, Y GATA H4, DYS437, DYS438, and DYS448. At these loci,…]** The selected  profile is found in _ of _____ **total** individuals within the database.  In addition, any paternally-related male relatives cannot be excluded as the source of the major component of this male DNA profile**."**

3    Inclusion of a mixture whereby major and minor contributors cannot be distinguished

"The **[partial]** Y-STR profile from **[Item 1, stain 1]** is consistent with a mixture"

**OR**

"The **[partial]** Y-STR profile from **[Item 1, stain 1]** is consistent with a mixture from **[Person A and Person B] [or Person C and some unknown individual…].**"

**AND**

"**[Person A cannot be excluded as a contributor to the profile at the loci: DYS456, DYS389I, DYS390, DYS389II, DYS458, DYS19, DYS385 a/b, DYS393, DYS391, DYS439, DYS635, DYS392, Y GATA H4, DYS437, DYS438, and DYS448]**.  In addition, any paternally-related male relatives cannot be excluded as a contributor to this male DNA profile."

C.    Alternate Reference Samples

When no standard reference samples are available, alternate reference samples may be used as long as they exhibit a single source Y-STR profile. When compared to an evidentiary profile, the appropriate prescribed reporting statement will be modified to read:

"The **[partial]**  Y-STR profile from **[Item 1, stain 1]** is consistent with the Y-STR profile of **[alternate reference]**. Assuming **[Person A]** is the source of the **[alternate reference]**, **[Person A]** cannot be excluded.  In addition, any paternally-related male relatives cannot be excluded as a contributor to this male DNA profile**."**

**OR**

"The **[partial]** Y-STR profile from **[Item 1, stain 1]** is not consistent with the Y-STR profile of **[alternate reference]**. Assuming **[Person A]** is the source of the **[alternate reference]**, **[Person A]** is excluded…  In addition, all paternally-related male relatives are excluded as contributors to this male DNA profile."

D.    Inconclusive/Uninterpretable Results

"No Y-STR profiles were obtained from **[Item 1, stain 1]**."

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: Report Writing Guidelines*

*DRN: DNA-08-03*
*Version: 05*
*Page 10 of 10*

"No interpretable Y-STR profiles were obtained from **[Item 1, stain 1]**."

"The Y-STR result from **[Item 1, stain 1]** was inconclusive."

E.    Complexity of results

"Due to the potential number of contributors, no interpretations will be made for the Y-STR profile obtained from **[Item 1, stain 1]**."

"Due to the complexity of this profile, no conclusions can be drawn as to whether **[Person A]** could be a contributor to the Y-STR profile from **[Item 1, stain 1]**."

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Report Writing Guidelines*

*DRN: DNA-08-03*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## Preparer

*James Nichols*                          Date:   06/02/2010
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                           Date:   06/02/2010
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Major revision – Section 2.8<br><br>Advisory Board 02/28/2008 |
| 02 | 12/01/2008 | Major revision – Sections 2.2, 2.3, 2.5, 2.6, and 2.7<br><br>Advisory Board 10/24/2008 |
| 03 | 07/01/2009 | Major revision – Sections 2.6, 2.7, 2.8, 3, 3.1, 3.6, 3.7, and 4<br><br>Advisory Board 04/06/2009 and 06/02/2009.   Implementation of Quantifiler Duo and Y-STRs. |
| 04 | 01/11/2010 | Major revision – Sections 2.3, 2.4, 3.1, 3.3, 3.4, 3.5 and 4.1<br><br>Minor revision – Sections 2.2. and 2.5<br><br>Advisory Board 10/29/2009 |
| 05 | 06/07/2010 | Major revision – Sections 3.2 through 3.8, and 4.2<br><br>Minor revision – Section 4.1<br><br>Advisory Board 04/29/2010 |

**Standard Operating Procedures**
*DNA*
*Subject: Guidelines for Counting Examinations*

*DRN: DNA-08-04*
*Version: 03*
*Page 1 of 3*

# GUIDELINES FOR COUNTING EXAMINATIONS FOR ACTIVITY REPORTS

## 1    Scope

Serology/DNA examinations are counted and tracked for management activity reports in DRAGNet according to the following guidelines.

## 2    Practices

### 2.1    Items Screened

A.    **Number of Items Screened** – An item handled, labeled and initialed for documentation, and examined for items of evidentiary value should be counted as one item. Examples of one item include: a bloody shirt from which fibers, bloodstains, and paint have been removed, a vaginal smear, a vaginal swab, etc.

B.    **Number of Screening Exams** – Testing or exams performed in the lab on the items screened. It answers the question, "How many exams did you perform on the item screened?" Each test performed counts as one exam. For example, a thorough visual inspection, microscopic examinations, tapelifting (or trace evidence collection of) an item, each presumptive test performed, alternate light source examination, etc. each count as one exam.

### 2.2    Stains Examined and Species Origin

Do not count the number of extractions, dilutions, or readings of the test. These exams should be included in the Number of Screening Exams category.

A.    **Bloodstains** – Count the number of stains or swabs that tested presumptive positive or positive for blood.

B.    **Semen stains** – Count the number of positive presumptive tests, positive sperm exams, and positive p30 exams.

C.    **Still Needs DNA Analysis** - Check this box if the case requires DNA analysis. Note - the analyst does not have to uncheck the box following DNA analysis.

### 2.3    DNA Sources

A.    **Tissue** – Count the bloodstains or other tissue samples (blood, organs, flesh, etc.) that were analyzed for DNA.

B.    **Hair** – Count the number of hairs and shafts that were analyzed for DNA.

C.    **Semen** – Count the number of semen stains that were analyzed for DNA.

D.    **Skeletal** – Count the number of teeth or bone samples that were analyzed for DNA.

E.    **Other** – Count other evidentiary materials that were analyzed for DNA that do not fit any other DNA category.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Guidelines for Counting Examinations*

*DRN: DNA-08-04*
*Version: 03*
*Page 2 of 3*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

### 2.4    STR Exams

This number includes exams used to determine DNA type using STR analysis. Count: 1 for each <u>sample</u> extracted; 1 for each quantification; 1 for each amplification; and 1 for each injection. Do not count injection setup, controls, or allelic ladders.

### 2.5    DNA Report Tracking

On any given case, you may have an entry all, none, or multiple categories. If a DNA type comparison is inconclusive, do not consider it when completing this section. Do not return and edit this section if a subsequent report changes the way you answered the questions. These apply to this report as written.

A.    **Exclusions** – Enter the number of suspects excluded using the DNA profiles discussed in this report.

B.    **Inclusions** –Enter the number of suspects that were not excluded using the DNA profiles discussed in this report.

C.    **Non-Suspect Cases** – Check the box if no sample from the suspect was run for this report.

D.    **CODIS should be entered** – Check this box if items will be processed for CODIS entry.

E.    **CODIS has been entered** – Check this box after the DNA profiles obtained for this report will be entered into CODIS.

### 2.6    Table Summary

| Exam Category | Items included |
|---|---|
| Number of Items Screened | The number of items inspected for anything of evidentiary value. This would not include anything labeled just for identification purposes. |
| Number of Screening Examinations | 1 for complete documentation<br><br>1 for each presumptive test<br><br>1 for each microscopic or stereoscopic evaluation<br><br>1 for trace evidence collection |
| Blood stains | 1 for each stain that tests presumptive positive or positive for blood<br><br>Do not count controls |
| Semen stains | 1 for each swab/stain giving positive presumptive test for semen<br><br>1 for each swab/stain giving positive confirmatory test for semen<br><br>Do not count controls |

**Standard Operating Procedures**
*DNA*
*Subject: Guidelines for Counting Examinations*

*DRN: DNA-08-04*
*Version: 03*
*Page 3 of 3*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

| Exam Category | Items included |
|---|---|
| Tissue | 1 for each blood sample analyzed for DNA |
| | 1 for each saliva sample analyzed for DNA |
| | 1 for each organ sample analyzed for DNA |
| | 1 for each flesh sample analyzed for DNA |
| Hair | 1 for each hair analyzed for DNA |
| Semen | 1 for each semen stain or swab analyzed for DNA |
| Skeletal | 1 for each tooth analyzed for DNA |
| | 1 for each bone or fragment analyzed for DNA |
| Other | 1 for each item analyzed for DNA that does not fit in the other DNA categories |
| STR Examinations | 1 for each sample extracted |
| | 1 for each quantification |
| | 1 for each amplification |
| | 1 for each injection |
| | Do not count injection setup or controls (including allelic ladder). |
| Suspect Exclusion | Count the number of suspects excluded |
| Suspect Inclusion | Count the number of suspects included |
| Non-Suspect case | Check if no sample from the suspect was run for this report. |
| CODIS should be entered | Check if the samples should be analyzed for CODIS |
| CODIS has been entered | Check when the samples will be entered into CODIS |

*Standard Operating Procedures*    *DRN: DNA-08-04*
*DNA*
*Subject: Guidelines for Counting Examinations*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## **Preparer**

*James Nichols*                                          Date:___12/02/2009___
DNA Advisory Board Chair

## **Concurrence**

*Zoe M. Smith*                                          Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Major revision – Sections 2.2 and 2.6<br><br>Advisory Board 02/28/2008 |
| 02 | 12/01/2008 | Major revision – Sections 2.2, and 2.6<br><br>Advisory Board 10/24/2008 |
| 03 | 01/11/2010 | Major revision – Sections 2.2, and 2.6<br><br>Advisory Board 10/29/2009 |

**Standard Operating Procedures**
*DNA*
*Subject: CODIS*

*DRN: DNA-08-05*
*Version: 03*
*Page 1 of 5*

# CODIS (COMBINED DNA INDEX SYSTEM)

## 1    Scope

The policies regarding the entry, searching, and reporting of DNA profiles in CODIS are included in this guideline.

The DNA Identification Act of 1994 as amended included provisions establishing the FBI's Combined DNA Index System, a national DNA database program.

Texas CODIS law allows for the inclusion in our state database of authorized samples legally obtained in the investigation of a crime.  The law further allows for the inclusion of voluntarily submitted samples.

## 2    Responsibility

Each laboratory must have at least one DNA staff member assigned or appointed as the casework **CODIS Administrator** and a designated alternate.  The casework CODIS Administrator shall be or have been a current or previously qualified casework DNA analyst and shall participate in the FBI sponsored training in CODIS software within six months of assuming casework CODIS administrator duties, unless previously attended.  The casework CODIS Administrator shall successfully complete the FBI sponsored auditor training within one year of assuming Administrator duties, unless previously attended.  A laboratory shall not upload DNA profiles to NDIS in the event that the casework CODIS Administrator position is unoccupied. The casework CODIS Administrator shall be responsible for the following:

- administration of the laboratory's local CODIS network.

- scheduling and documentation of the CODIS computer training of casework analysts.

- assurance that the security and quality of data stored in CODIS is in accordance with state and/or federal law and NDIS operational procedures.

- assurance that matches are dispositioned in accordance with NDIS operational procedures.

- authority to terminate an analyst's or laboratory's participation in CODIS until the reliability and security of the computer data can be assured in the event an issue with the data is identified.

## 3    Practices

### 3.1    Laboratory Operation

A.    The State CODIS Manager has the authority to terminate the laboratory's participation in CODIS in the event of a problem until the reliability of the data can be assured.  This termination authority applies to all of the Local CODIS sites that are under the jurisdiction of the State CODIS Manager.

B.    The records in the CODIS database are confidential and not subject to open records disclosure under Texas Government Code Chapter 552.  A record includes both the profile and the identity of the individual whose profile is in the

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: CODIS*

*DRN: DNA-08-05*
*Version: 03*
*Page 2 of 5*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

database.  Neither the profile nor the identity of the individual whose profile is in the database will be released except to a criminal justice agency for law enforcement identification purposes, for a judicial proceeding, if otherwise admissible under law, or for criminal defense purposes to a defendant if related to the case in which the defendant is charged.

C.      Autosearch should be run after new profiles are entered into CODIS or a minimum of weekly if new profiles are entered frequently.

D.      Match messages should be checked and dispositioned at least weekly.  SDIS searches and NDIS searches will ordinarily be performed weekly. Match messages should be available the following business day.

E.      Backups should be performed after entry of new profiles into CODIS or a minimum of weekly if new profiles are entered frequently. Two backups should be generated with one copy stored off-site.

### 3.2    Case Evaluation

A.      All cases containing biological evidence should be evaluated for possible entry into CODIS.   Appropriate evidence stains should be fully characterized for inclusion into the appropriate index for CODIS.

B.      The set of core loci required for participation in NDIS is as follows: D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, TH01, TPOX, and CSF1PO.

C.      Required number of Loci

1.      LDIS (Local DNA Index System) does not require a minimum number of loci for searching.

2.      SDIS (State DNA Index System) requires a minimum of 7 loci (not including Amelogenin) for searching.

3.      NDIS (National DNA Index System) requires that all 13 core loci be attempted and will accept specimens with data for 10 core loci (not including Amelogenin) for searching.  Amelogenin is accepted at NDIS although not searched.

### 3.3    Profile Identification and Case Documentation

A.      Specimen identification for DPS cases will include the case number and item number.  The item description may also be included.

B.      Each profile entered into CODIS should be reviewed on the computer by a second analyst to confirm the correct DNA types, correct specimen category, and specimen eligibility.  This review will be reflected in the documentation in the case folder.

C.      Appropriate evidence profiles with all single source loci will be entered in the "Forensic Unknown" Index.

**Standard Operating Procedures**
*DNA*
*Subject: CODIS*

*DRN: DNA-08-05*
*Version: 03*
*Page 3 of 5*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

D.        Forensic Mixture Profiles

1.        Before upload into CODIS, the number of potential candidates it will match at moderate stringency every time the particular profile is searched at NDIS should be considered and evaluated.

2.        The following should be applied to determine the suitability of forensic mixture profiles.

   a)       *The minimum requirement of 10 CODIS core STR loci (not including Amelogenin) with data will be applied to mixture profiles.*

   b)       *Forensic mixture DNA profiles submitted to NDIS shall have up to four alleles at a maximum of four core loci, any of the remaining nine core loci shall have no more than two alleles at each locus.*

   c)       *If the profile of interest can be reliably and completely extracted from a mixture profile, ONLY that portion of the mixture will be entered into LDIS/SDIS/NDIS.  This extraction will be conducted by an evaluation of the alleles at each locus.  Visual examinations, peak height ratios, and/or subtraction of known contributors may be used in this evaluation...  If the profile is a "clean" profile of one individual, then the profile should be entered into the "Forensic unknown" index.*

E.        Suspect Known

1.        A suspect profile will be entered in the "Suspect Known" index if the sample was:

   a)       *obtained legally;*

   b)       *originally collected for the investigation of a crime;*

   c)       *a biological sample from a suspect in a criminal investigation;*

   d)       *DNA typed for comparison to evidence in a submitted case; and*

   e)       *not typed solely for the purpose of eliminating a non-suspect (e.g., consensual sex partner).*

2.        Suspect knowns will be regularly searched against the forensic database at the local level and will be regularly uploaded to SDIS.  Suspect profiles will be identified in the database by the case number and sample designation and not include the name of the individual.

3.        All suspect profiles remain the property and responsibility of the submitting local laboratory.

4.        Any suspect known profile will be expunged from the database if court ordered to do so.

*Standard Operating Procedures*
*DNA*
*Subject: CODIS*

*DRN: DNA-08-05*
*Version: 03*
*Page 4 of 5*

### 3.4    CODIS Reporting

A.    CODIS Entry

1.    A report needs to be generated to the investigative official reporting the CODIS entry of "Forensic Unknowns", "Forensic Mixtures", or "Suspect Knowns". This can be accomplished by incorporating the CODIS information into the report containing DNA results or by the generation of a letter containing only CODIS entry information. The investigative official must be notified when profiles are deleted from CODIS.

B.    One Time Searches

Profiles searched as a one time event must have a report generated stating the results of the search. The report may be in the form of an e-mail notification or phone note.

C.    Searches generating positive associations.

Searches that generate positive associations of value must be reported. This would not include positive associations dispositioned as conviction match or investigative information.

D.    Forensic Hits (Case To Case Hits)

1.    A letter will be generated from each laboratory involved with a case to case hit. The letter will include specific case information along with contact information for all investigating officers involved in any of the cases.

2.    Statement(s)

"During a search of the CODIS database, a match occurred between the DNA profiles generated from **[Item #] [submitting agency] [agency case number]** and **[Item #]** of your case referenced above.

The purpose of this report is to inform you of a possible investigative lead.

Please contact **[name]** of **[agency]** for more information concerning this investigative lead.

If the Texas Department of Public Safety Crime Laboratory Service can be of any further assistance, please contact this laboratory."

E.    Offender Hits

1.    A copy of the case report and contact information for the case investigator shall be sent to the State CODIS Manager.

2.    A report will be generated by the State CODIS Manager after confirmation of the Offender profile by the CODIS laboratory in Austin.

3.    A new sample from the Offender should be obtained and analyzed in the laboratory that entered the forensic profile.

4.    Follow up of any match between an offender profile and a forensic profile is the responsibility of the local laboratory that submitted the matching profile.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*  
*DNA*  
*Subject: CODIS*

*DRN: DNA-08-05*  
*Version: 03*  
*Page 5 of 5*

Uncontrolled Copy – Prepared for distribution  
11/10/2010wy

5.    The State CODIS Manager is responsible for notification of management and the DPS Public Information Office of the offender match.

F.    Case to Suspect Known Hits (Forensic Hits)

1.    Matches between suspect profiles and previously unlinked forensic profiles provide an investigative lead and may be sufficient probable cause for suspicion.

2.    Suspect profile, if appropriate, may be verified with a newly collected suspect sample.

3.    Follow-up of any match between a suspect profile and a forensic profile, whether identified at the local or state level, is the responsibility of the local laboratories that submitted the matching profiles and will be initiated by the laboratory that submitted the forensic profile.

4.    A letter will be generated from each laboratory involved with a case to suspect known hit.  The letter will include specific case information along with contact information for all investigating officers involved in any of the cases.

5.    Statement(s)

"During a search of the CODIS database, a match occurred between the DNA profiles generated from **[item #] [submitting agency] [agency case number]** and **[item #]** of your case referenced above.

The purpose of this report is to inform you of a possible investigative lead related to **[suspect],** submitting agency **[agency case number].**

If DNA comparisons are needed in this case, please submit a known blood sample from the above individual in a purple top tube.

If the Texas Department of Public Safety Crime Laboratory Service can be of any further assistance, please contact this laboratory."

## 4    Records

Documentation of each CODIS entry will be maintained in the appropriate case folder.

*Standard Operating Procedures*                                    *DRN: DNA-08-05*
*DNA*
*Subject: CODIS*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## Preparer

*James Nichols*                                          Date:___12/02/2009___
DNA Advisory Board Chair

## Concurrence

*Zoe M. Smith*                                           Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 07/16/2007 | Modification Section 3.3, D, 2, c: "This extraction ~~will~~can be conducted by an evaluation of the alleles at each locus.  Visual examinations, peak height ratios, and/or subtraction of known contributors may be used in this evaluation.~~visual or quantitative interpretation of the alleles in each locus.~~." |
| 02 | 12/01/2008 | Minor revision – Section 3.1<br><br>Major revision – Sections 2, 3.3, and 3.4<br><br>Advisory Board 10/24/2008 |
| 03 | 01/11/2010 | Major revision – Sections 3.3 and 3.4<br><br>Minor revision – Sections 2 and 3.2<br><br>Advisory Board 10/29/2009 |

***Standard Operating Procedures***
*DNA*
*Subject: Y-STR Interpretation Guidelines*

*DRN: DNA-08-06*
*Version: 02*
*Page 1 of 6*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

# Y-STR INTERPRETATION GUIDELINES

## 1      Scope

These guidelines are in place to insure that conclusions are scientifically supported by the analytical data with appropriate standards and controls.   Interpretations are made as objectively and consistently as possible from analyst to analyst.  Situations may occur that require an analyst to vary from the stated guidelines. These situations must be documented and approved by the Technical Leader.

Y chromosome markers represent "lineage markers." They are passed down through the paternal line without changing (except for mutational events).

## 2      Related Documents

DNA-07B-01 Capillary Electrophoresis

DNA-08-03 Report Writing Guidelines

Y-STR Data Worksheet

## 3      Preliminary Evaluation of Data

The first step in data evaluation is to determine whether the results are of sufficient quality for interpretation purposes using methods appropriate for a CE Instrument.  These criteria have been determined by evaluating data generated by the laboratory.

### 3.1      Analytical thresholds

A.      All data shall be analyzed at an analytical threshold of 100 RFU (relative fluorescence units).

B.      The maximum analytical threshold for evaluating Y-STR profiles is 8192 RFU in the raw data.

C.      If the data exceeds the maximum analytical threshold at any locus, the off scale locus must be called inconclusive or the sample reanalyzed using any of the following methods:

1.      Inject the sample for not less than 2 seconds.

2.      Dilute the amplified product in dIH$_2$O or TE buffer and add the diluted amplified product to the formamide/LIZ mixture.

3.      Re-amplify the sample with less template DNA.

D.      If the maximum threshold is exceeded for the LIZ size standard, the analyst may use the data as long as any associated pull-up is below threshold and does not interfere with data interpretation.

E.      To increase peak height, the sample may be reanalyzed using one of the following methods:

1.      Inject the sample for up to 10 seconds.

---

Effective Date: 06/07/2010

Uncontrolled Printed Copy

***Standard Operating Procedures***
*DNA*
*Subject: Y-STR Interpretation Guidelines*

*DRN: DNA-08-06*
*Version: 02*
*Page 2 of 6*

2.     Re-amplify the sample with more or less template DNA.

### 3.2    Internal size standard evaluation

A.     Internal size standards must be run with every sample.

B.     The GS 500 LIZ size standard is used in conjunction with Yfiler, and all peaks between 75 and 400 bp are required for proper sizing.

### 3.3    Allelic ladder evaluation

A.     When interpreting Yfiler results, haplotypes are assigned to sample alleles by comparing their sizes to those obtained for the known alleles in the allelic ladders.

B.     At a minimum, one acceptable Yfiler ladder must be present within each run.

C.     Each ladder used for analysis must have the appropriate number of properly labeled alleles present for each locus when analyzed.

### 3.4    Matrix/Spectral

A.     The Yfiler kit uses a five dye system which includes 6-FAM, VIC, NED, PET, and LIZ which is used as the internal lane size standard.

B.     Matrix/spectral files vary between instruments, virtual filter sets, and run conditions on a single instrument.  However, the spectral overlap between the dyes is reproducible under constant run conditions.

## 4    Data Analysis

### 4.1    GeneMapper ID

A.     Genemapper ID will be set to use the advanced mode, which uses an average of all the acceptable ladders in a run to determine the offset values and uses algorithms to assess the size standard.

B.     All other values for Genemapper ID will be set to the parameters described in the Applied Biosystems Y-filer User's Manual and the User Bulletin dated November 30, 2004 settings. The analysis range varies for each run.

C.     Process Quality Values (PQVs) will not be used to replace analyst data interpretation.

D.     Samples from the plate manager or each injection list will be run through GeneMapper ID without manipulation of the imported data or the subsequent results and/or allele designations determined by GeneMapper ID.

### 4.2    Allele Identification

A.     True alleles are defined as any peak that meets established threshold values, which is clearly visible above baseline noise, is of a size that falls within a defined category as determined by GeneMapper ID, and is not an artifact.

B.     Peaks below threshold are considered inconclusive (INC) and are not reportable.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Y-STR Interpretation Guidelines*

*DRN: DNA-08-06*
*Version: 02*
*Page 3 of 6*

C.      If no peaks for a given locus are detected, that locus is designated as no result (NR).

### 4.3    Analytical Controls

Analytical controls must be evaluated.

### 4.4    Artifacts

A.      General Guidelines

1.    Artifacts or anomalies may be detected on the electropherogram. These may include, but are not limited to, the following: pull-up, stutter, incomplete nontemplate nucleotide addition, and nonspecific female DNA amplification. Those that occur within the analysis range must be documented.

2.    If an artifact is reproducible, it is important to try to identify and document the cause for the appearance of the artifact.

3.    Kit-associated artifacts (e.g. dye artifacts) may be documented and loci may be used with Technical Leader approval.

B.      Spikes

1.    Spikes are generally present in at least two colors and have the same data points.

2.    If a spike occurs within the allele typing areas and is labeled by GeneMapper ID, the analyst must re-inject that sample.

3.    If a spike occurs in one or more of the controls and the run has ended and is labeled by GeneMapper ID, the analyst may use the data from that run, but the control(s) with the spike must have been shown to type appropriately on another run.

C.      Stutter

1.    A stutter peak is a reproducible minor product peak generally four bases shorter (n-4) than the corresponding main allele peak that is produced during amplification of Y-STR loci.

2.    For single source samples, if a stutter peak exceeds the published percent stutter associated with each locus, the analyst may call that locus inconclusive or document the stutter peak and use the remaining information from that locus with the approval of the Technical Leader.

D.      Minus A

1.    Minus A is a reproducible minor peak one basepair shorter than the main allele peak.

2.    Minus A may occur when too much amplification product is generated.   If this occurs, the analyst may dilute the sample prior to re-running or re-amplify the sample using less template DNA.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Y-STR Interpretation Guidelines*

*DRN: DNA-08-06*
*Version: 02*
*Page 4 of 6*

E.       Pull-up

1.       Pull-up is the result of dye bleed-through from one dye lane into another, usually because of off-scale peaks due to amplification of excessive template DNA or when a faulty matrix/spectral is applied to the samples.

2.       One of the following must be performed on samples that exhibit pull-up due to amplification of excessive template DNA:

   *a)*       *Re-inject for a shorter period of time,*

   *b)*       *Dilute and re-run,*

   *c)*       *Re-amplify with less template DNA.*

### 4.5   Microvariants and Off-ladder Alleles

A.       Locus designation will be as assigned by GeneMapper ID for an off-ladder allele that falls between two loci.

B.       The number designation for alleles containing an incomplete repeat unit, falling within the range spanned by the ladder alleles, should include the number of complete repeats, and separated by a decimal point, the number of base pairs in the incomplete repeat.   If an allele falls greater than four base pairs outside the smallest or largest allele at a locus, it will be designated as greater than or less than the appropriate ladder allele.

C.       Off-ladder alleles must be verified by re-injection of the sample or by confirmation in multiple samples.

## 5       Interpretation of Results

### 5.1   General Guidelines

A.       The nature of the sample, case synopsis, and/or case screening results may indicate the possibility of encountering a mixture profile and the number of potential contributors.

B.       The evidentiary profile must be evaluated to determine if it can be categorized as a single source, mixture, partial, or inconclusive profile.

C.       Inclusions and exclusions are determined by evaluation of the entire DNA profile produced by the loci tested.

D.       It is acceptable for comparisons to be made when one or more of the loci yield inconclusive results. A comparison statement will be based only on loci that yield conclusive results.

E.       The analyst and technical reviewer must be in agreement with the interpretation for inclusions and exclusions.  If an agreement cannot be reached, the Technical Leader must be consulted for resolution.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Case 2:04-cr-00055-RRE    Document 753-11    Filed 10/17/11    Page 291 of 355

*Standard Operating Procedures*    DRN: DNA-08-06
*DNA*    *Version: 02*
*Subject: Y-STR Interpretation Guidelines*    *Page 5 of 6*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

### 5.2    PCR Interpretation– Apparent Single Male Contributor

The following guidelines apply to an evidentiary profile that is considered to represent a single male haplotype

A.    Typical single source indicators include:

1.    no more than one allele per locus (Exception: no more than two alleles at DYS385).

2.    sample origin

B.    Profile determination

Record alleles for each locus as haplotypes (i.e. 8).

C.    Comparison to Reference Samples

Comparisons will be made between the evidentiary profile and known profiles of possible contributors.

### 5.3    PCR Interpretation– Mixture Evidentiary Profile

A.    General Guidelines

1.    A  Y-STR mixture occurs when two or more males contribute haplotypes to a sample.

2.    Profile determination

*a)    Record alleles for each locus.*

*b)    Analysts shall not disregard peaks labeled by GeneMapper ID on mixture profiles, except for kit associated artifacts.*

B.    Mixture Interpretation

1.    **Mixtures with Major/Minor Male Contributors:** a sample may be considered to consist of a mixture of major and minor contributors if a distinct contrast in signal intensity exists among the alleles. If the smaller peak is less than 40% of the larger peak, the major and minor contributors can usually be distinguished.

2.    **Mixtures with a Known Male Contributor(s):** In some cases, when one of the male contributors (e.g., the victim) is known, the genetic profile of the unknown male contributor may be inferred. Depending on the profiles in the specific instance, this can be accomplished by subtracting the contribution of the known male donor from the mixed profile.

3.    **Mixtures with Indistinguishable Male Contributors:** When major or minor male contributors cannot be distinguished because of similarity in signal intensities or the presence of shared or masked alleles, individual males may still be included or excluded as possible contributors.

*Standard Operating Procedures*
*DNA*
*Subject: Y-STR Interpretation Guidelines*

*DRN: DNA-08-06*
*Version: 02*
*Page 6 of 6*

### 5.4    Possible conclusions

A.    **Exclusion/Excluded** – The alleles obtained for the reference haplotype are not included in the alleles obtained for the evidentiary Y-STR profile.  The reference male is excluded as a possible contributor of the Y-STR DNA profile obtained from the evidentiary sample.

B.    **Inclusion/Included/Not excluded** – The alleles obtained for the reference haplotype are included in the alleles obtained for the evidentiary Y-STR profile at all interpretable loci. The reference male cannot be excluded as a possible contributor of the Y-STR DNA profile obtained from the evidentiary sample.

C.    **Inconclusive** – Insufficient Y-STR data was obtained from the sample to make a reliable comparison.

## 6    Records

All Y-STR evidentiary profiles will be documented on the Y-STR Data Worksheet.

All Y-STR comparisons will be documented on the Y-STR Data Worksheet.

## 7    Literature and Supporting Documentation

Butler JM. Forensic DNA Typing: Biology, Technology, and Genetics of STR Markers, 2nd edition. Elsevier Academic Press. 2005.

Applied Biosystems. AmpF/STR Yfiler PCR Amplification Kit User's Manual. 08/2006.

Applied Biosystems. GeneMapper ID User's Manual.

SWGDAM. Y-chromosome Short Tandem Repeat (Y-STR) Short Tandem Repeat Interpretation Guidelines. For Sci Comm. 2009. 11(1).

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

***Standard Operating Procedures***                    *DRN: DNA-08-06*
*DNA*
*Subject: Y-STR Interpretation Guidelines*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## Preparer

*James Nichols*                                          Date:___06/02/2010___
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                           Date:___06/07/2010___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 07/01/2009 | Original Issue |
| 01 | 01/11/2010 | Minor revision –Sections 3.2, 3.3, 3.4, 4.1, 4.2, 5.3 and 7  Advisory Board 10/29/2009 |
| 02 | 06/07/2010 | Major revision – Sections 4.4 and 4.5  Advisory Board 04/29/2010 |

Effective Date: 06/07/2010                        Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: Y-STR Statistical Interpretation*

*DRN: DNA-08-07*
*Version: 01*
*Page 1 of 2*

# Y-STR STATISTICAL INTERPRETATION

## 1    Scope

Y-STR loci are located on the nonrecombining part of the Y-chromosome and, therefore, should be considered linked as a single locus.  Statistical calculations for a random match probability cannot involve the product rule because of the linkage.  A Y-STR database must consist of haplotype frequencies rather than allele frequencies. The basis for haplotype frequency estimation is the counting method.

While Y chromosome DNA exclusions can aid forensic investigations, a match between a suspect and the evidence only means that the individual in question could have contributed the forensic stain, as could any male from the same paternal lineage.

## 2    Related Documents

DNA-08-03 Report Writing Guidelines

DNA-08-06 Y-STR Interpretation Guidelines

## 3    Counting Method for Frequency estimation

The basis for the haplotype frequency estimation is the counting method. According to the Scientific Working Group on DNA Analysis Methods, reporting a haplotype count without a confidence interval is acceptable as a factual statement regarding observations in the database.  Our laboratory system will use the consolidated U.S. Y-STR database, and will report the number of times a haplotype has been seen in the total database.  Caucasian, African American, Hispanic, Asian, and Native American databases are also available.

The consolidated U.S. Y-STR database can be located on the internet at the following address: http://usystrdatabase.org  This database is a searchable listing of 11 to 17 locus Y-STR haplotypes.  The project is funded by the National Institute of Justice and managed by the National Center for Forensic Science (NCFS) in conjunction with the University of Central Florida.

## 4    Interpretation

On single source samples and on mixtures where a major contributor can be deduced, our laboratory will report the haplotype count, without a confidence interval, as a factual statement regarding observations in the database.

On mixtures with indistinguishable male contributors our laboratory will report individual males included or excluded as contributors. The statistical significance of the inclusion will not be reported for mixtures where major and minor contributors cannot be distinguished.

## 5    Records

A print-out of the Y-STR haplotype and the count summation stating the number of times the haplotype is seen in each of the relevant databases will be included in the case file.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Y-STR Statistical Interpretation*

*DRN: DNA-08-07*
*Version: 01*
*Page 2 of 2*

## 6    Literature and Supporting Documentation

Butler JM. Forensic DNA Typing: Biology, Technology, and Genetics of STR Markers, 2nd edition. Elsevier Academic Press. 2005.

SWGDAM. Y-chromosome Short Tandem Repeat (Y-STR) Interpretation Guidelines. For Sci Comm. 2009. 11(1).

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

### Preparer

*James Nichols*                                    Date:    12/02/2009
DNA Advisory Board Chair

### Concurrence

*Zoë M. Smith*                                    Date:    12/02/2009
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 07/01/2009 | Original Issue |
| 01 | 01/11/2010 | Minor revision – Section 6<br><br>Advisory Board 10/29/2009 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: AP Test Reagent*

*DRN: DNA-09-02*
*Version: 01*
*Page 1 of 2*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## AP TEST REAGENT

### 1      Scope

Acid phosphatase (AP) test reagent undergoes a color change in the presence of acid phosphatase, which is found in highest concentration in semen.  Instructions for use and interpretation are in DNA04-04 Presumptive Semen Test-Acid Phosphatase.  AP test reagent may be purchased.

### 2      Specification

AP

### 3      Safety

α-naphthyl acid phosphate, o-dianisidine, sodium acetate and Aerosol 22 are irritants. Avoid contact and inhalation. o-dianisidine is a suspected carcinogen. Avoid contact and inhalation; use powder only in a chemical fume hood. Acetic acid causes burns and is extremely destructive to tissues of the upper respiratory tract, eyes, and skin. Use only in a chemical fume hood.  Appropriate personal protective equipment must be used during preparation and use.  Clothing may protect unbroken skin; broken skin must be covered.

### 4      Special Equipment and Supplies

mortar and pestle

stir plate

darkened container for storage

funnel and filter paper

### 5      Reagents

| | |
|---|---|
| dlH$_2$O | 1000 mL |
| α-naphthyl acid phosphate calcium or disodium salt (Sigma N7250) | 2 g |
| Aerosol 22 (detergent, Sigma A9753) | 1 mL |
| o-dianisidine, tetrazotized (C.I. 37235, Sigma D9805) | 4 g |
| acetic acid (glacial) | 5 mL |
| sodium acetate, trihydrate | 20 g |
| sodium chloride | 210 g |

### 6      Procedure

1.      Add 1 L dlH$_2$O into a beaker. Pour ~10 mL of this water into a small beaker.

2.      Place 2 g α-naphthyl acid phosphate in the mortar.  Thoroughly grind the powder with the 1 mL Aerosol 22 and the water from the small beaker. Set aside.

Uncontrolled Printed Copy

*Standard Operating Procedures*
*DNA*
*Subject: AP Test Reagent*

*DRN: DNA-09-02*
*Version: 01*
*Page 2 of 2*

3. On a stir plate, add one at a time to the large beaker of water 4 g o-dianisidine, 5 mL acetic acid, 20 g sodium acetate, and 210 g sodium chloride.

4. When completely dissolved, add the α-naphthyl acid phosphate solution from step 2.

5. Continue stirring for about 30 minutes. Let stand at room temperature for about 1 hour.

6. Filter through filter paper.

## 7    Storage, Expiration, and Disposal

The solution will initially be dark purple but will change to the characteristic clear amber after standing and filtration. Minimum labeling includes specification above, initials, and date prepared. Store in a darkened container. AP test reagent can be stored at 2-8$^{o}$C for one year. The precipitate that forms after several days does not affect sensitivity. Dispose in regular sink, flush with water. Discard used filter paper in trash.

## 8    Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

## 9    Literature and Supporting Documentation

Kind SS. The use of acid phosphatase in searching for seminal stains. J Criminal Law, Criminology, and Police Science. 1957. 47(5), pp. 597-600.

Smith C. An acid phosphatase reagent for use in searching large areas for seminal stains. Unpublished. 1979.

Uncontrolled Copy - Prepared for distribution
11/10/2010wy

### Preparer

*James Nichols*                                    Date:    12/02/2009
DNA Advisory Board Chair

### Concurrence

*Zoë M. Smith*                                    Date:    12/02/2009
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Minor revision – Section 9<br><br>Advisory Board 10/29/2009 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Chelex Solution*

*DRN: DNA-09-04*
*Version: 01*
*Page 1 of 2*

# CHELEX SOLUTION, 5% AND 20% W/V

## 1        Scope

Chelex is a chelating resin that has a high affinity for polyvalent metal ions.  The Chelex resin is composed of styrene divinylbenzene copolymers containing paired iminodiacetate ions, which act as chelating groups.  The Chelex solutions are used in DNA extraction procedures.

## 2        Specification

5% Chelex or 20% Chelex

## 3        Safety

Explosive when mixed with oxidizing substances.  Do not mix with oxidizing substances. Avoid contact with skin and eyes. Appropriate personal protective equipment must be worn during preparation and use. Clothing may protect unbroken skin; broken skin must be covered.

## 4        Special Equipment and Supplies

stir plate and bar

sterile beaker or bottle

## 5        Reagents

Chelex 100 Resin (100-200 mesh, sodium form, biotech grade)

sterile dIH$_2$O

## 6        Procedure

### 6.1      5% w/v

1.      Weigh out 5 g Chelex 100 Resin into a sterile bottle or beaker with a stirring bar.

2.      Add 100 mL sterile dIH$_2$O.

### 6.2      20% w/v

1.      Weigh out 20 g Chelex 100 Resin into a sterile bottle or beaker with a stirring bar.

2.      Add 100 mL sterile dIH$_2$O.

3.      20% Chelex can be diluted to 5% Chelex with sterile dIH$_2$O.

## 7        Storage, Expiration, and Disposal

Store tightly closed and refrigerated.  Minimum labeling includes specification above, initials, and date prepared.  Chelex 5% and 20% can be stored at 2-8$^o$C one year.  May be made up in smaller quantities on the day of use.  Discard in regular sink, flush with water.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Chelex Solution*

*DRN: DNA-09-04*
*Version: 01*
*Page 2 of 2*

## 8    Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: Chelex Solution*

*DRN: DNA-09-04*

## Preparer

*James Nichols*                                    Date:___12/02/2009___
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                     Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Minor revision – Title, Section 1, 2, 5, 6, and 7 <br><br> Advisory Board 10/29/2009 |

---

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: Digest Buffer*

*DRN: DNA-09-07*
*Version: 00*
*Page 1 of 1*

# DIGEST BUFFER (SPERM WASH SOLUTION) PH 7.5

## 1      Scope

Digest buffer (10mM Tris-HCl, 10mM EDTA, 50mM NaCl, 2% SDS) is used in organic DNA extraction procedures in combination with other reagents.  The chemicals in digest buffer are identical to the sperm wash solution used in washing sperm cells during differential extraction procedures.

## 2      Specification

Digest buffer or Sperm wash

## 3      Safety

Tris-HCl and EDTA solutions are irritants. 20% SDS is toxic and an irritant.  Appropriate personal protective equipment must be worn during preparation and use.  Clothing may protect unbroken skin during use; broken skin must be covered.

## 4      Special Equipment and Supplies

sterile glassware

## 5      Reagents

| | |
|---|---|
| 1 M Tris-HCl, pH 7.5, ultra pure grade | 1 mL |
| 0.5 M EDTA, pH 8.0, ultra pure grade | 2 mL |
| 5 M NaCl, ultra pure grade | 1 mL |
| 20% SDS (sodium dodecyl sulfate), ultra pure grade | 10 mL |
| sterile dIH$_2$O | 86 mL |

## 6      Procedure

1.     Mix together the following: 1 mL Tris-HCl, 2 mL EDTA, 1 mL NaCl, 10 mL 20% SDS, and 86 mL sterile dIH$_2$0.

2.     As necessary, aliquot into sterile tubes for long term storage and to prevent possible contamination.

## 7      Storage, Expiration, and Disposal

Store tightly closed at room temperature.  Minimum labeling includes specification above, initials, and date prepared.  Digest buffer or sperm wash can be stored for one year. Discard in regular sink, flush with water.

## 8      Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*    DRN: DNA-09-07
*DNA*
*Subject: Digest Buffer*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## Preparer

*D. Jody Koehler*    Date:____03/22/2005____
DNA Advisory Board Chair

## Concurrence

*Forrest W. Davis*    Date:____03/22/2005____
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|---------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |

---

Effective Date:  03/28/2006    Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: DTT 0.39M/1M*

*DRN: DNA-09-08*
*Version: 02*
*Page 1 of 2*

## DTT, 0.39M/1 M

### 1    Scope

DTT (dithiothreitol) is a reducing agent used in DNA extraction buffers to allow lysis of cells with thiol-rich membrane proteins, such as spermatozoa. Instructions for use and interpretation are in the test procedures for extraction.

### 2    Specification

DTT, 1M

DTT, 0.39M

### 3    Safety

Dithiothreitol is an irritant.  It is incompatible with bases, oxidizing and reducing agents, and alkali metals and may decompose on exposure to moisture. Appropriate personal protective equipment must be worn during preparation and use. Clothing may protect unbroken skin during use; broken skin must be covered.

### 4    Special Equipment and Supplies

microcentrifuge tubes

sterile glassware

### 5    Reagents

dithiothreitol (DTT), molecular biology grade

sterile $dIH_2O$

### 6    Procedure

#### 6.1    0.39M DTT

1.    Dissolve 601.2 mg DTT and bring to 10 mL with sterile $dIH_2O$.

2.    As necessary, aliquot into sterile tubes for long term storage and to prevent possible contamination.

3.    Do not autoclave.

#### 6.2    1M DTT

1.    Dissolve 1.54 g DTT in 10 mL sterile $dIH_2O$.

2.    As necessary, aliquot into sterile microcentrifuge tubes for long term storage and to prevent possible contamination.

3.    Do not autoclave.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

***Standard Operating Procedures***
*DNA*
*Subject: DTT 0.39M/1M*

*DRN: DNA-09-08*
*Version: 02*
*Page 2 of 2*

## 7        Storage, Expiration, and Disposal

Store in tightly closed microcentrifuge tubes and place tubes in a storage container in the freezer.  Label storage container with specification, initials, and date prepared.  Label tubes to link them to storage container.  Store aliquots frozen for up to two years.  Thaw tubes as needed and discard unused portion.

## 8        Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

## 9        Literature and Supporting Documentation

Budowle B, Smith J, Moretti T, and DiZinno J. DNA typing protocols: molecular biology and forensic analysis. Eaton Publishing. Natick, MA. 2000.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

***Standard Operating Procedures***
*DNA*
*Subject: DTT 0.39M/1M*

*DRN: DNA-09-08*

## Preparer

*James Nichols*                                          Date:___12/02/2009___
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                          Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Minor revision – Section 4, 6.2, and 7<br><br>Advisory Board 02/28/2008 |
| 02 | 01/11/2010 | Minor revision – Section 9<br><br>Advisory Board 10/29/2009 |

**Standard Operating Procedures**
*DNA*
*Subject: LMG Solution*

*DRN: DNA-09-11*
*Version: 01*
*Page 1 of 2*

# LEUCOMALACHITE GREEN (LMG) SOLUTION

## 1      Scope

Leucomalachite green (LMG) solution is used for presumptive blood identification because it oxidizes to blue-green malachite green in the presence of heme and hydrogen peroxide.

## 2      Specification

LMG

## 3      Safety

Leucomalachite green is an irritant; avoid contact or inhalation. Glacial acetic acid is corrosive, combustible, and causes severe burns. Avoid contact with or inhalation of powdered zinc. Solid reagents must be handled in a chemical fume hood. Appropriate personal protective equipment must be worn during preparation and use. Clothing may protect unbroken skin during use; broken skin must be covered.

## 4      Special Equipment and Supplies

hot plate

fume hood

## 5      Reagents

| | |
|---|---|
| leucomalachite green | 1 g |
| $dIH_2O$ | 150 mL |
| glacial acetic acid | 100 mL |
| powdered zinc | 5 g |

## 6      Procedure

1.   Dissolve 1.0 g leucomalachite green in 150 mL $dIH_2O$.

2.   Slowly add 100 mL glacial acetic acid, swirling to mix.

3.   Boil solution with 5 g powdered zinc until colorless.  It may be necessary to add powdered zinc periodically throughout reagent storage to retain a colorless solution.

## 7      Storage, Expiration, and Disposal

Minimum labeling includes specification above, initials, and date prepared. LMG solution can be stored at 2-8$^o$C for one year.  Discard LMG solution in regular sink, flush with water.

Powdered zinc in contact with limited amounts of water liberates hydrogen, an extremely flammable gas.  Store dry, and keep residues thoroughly wet until disposal.  Either carefully dry zinc residue in a chemical fume hood and dispose of in a container to keep dry or dispose in a container to keep very wet.  Do not dispose of damp residue in the trash where generated heat could cause a fire.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

***Standard Operating Procedures***
*DNA*
*Subject: LMG Solution*

*DRN: DNA-09-11*
*Version: 01*
*Page 2 of 2*

## 8      Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

## 9      Literature and Supporting Documentation

Lee HC. Chapter 7, Identification and grouping of bloodstains. Saferstein R, ed. Forensic Science Handbook, Volume 1. Prentice-Hall, Inc. Englewood Cliffs, New Jersey. 1982. p. 273.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: LMG Solution*

*DRN: DNA-09-11*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## Preparer

*James Nichols*                                     Date:    12/02/2009
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                      Date:    12/02/2009
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Minor revision – Section 9<br><br>Advisory Board 10/29/2009 |

Effective Date: 01/11/2010

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: NFR Solution*

*DRN: DNA-09-12*
*Version: 01*
*Page 1 of 2*

# NUCLEAR FAST RED SOLUTION (NFR)

## 1    Scope

Nuclear fast red solution is used with picroindigocarmine in the staining of microscopic slides for spermatozoa examination.  This reagent may be purchased.

## 2    Specification

Nuclear Fast Red solution or NFR

## 3    Safety

Aluminum sulfate and nuclear fast red are irritants and may be harmful by inhalation, ingestion, or skin absorption. Solid reagents must be handled in a chemical fume hood. Appropriate personal protective equipment must be worn during preparation and use. Clothing may protect unbroken skin; broken skin must be covered.

## 4    Special Equipment and Supplies

hot plate

stir plate

funnel and filter paper

## 5    Reagents

| | |
|---|---|
| aluminum sulfate $Al_2(SO_4)_3$ | 5 g |
| nuclear fast red | 0.1 g |
| $dIH_2O$ | 100 mL |

## 6    Procedure

1.    Dissolve 5 g aluminum sulfate in 100 mL hot $dIH_2O$.

2.    Add 0.1 g nuclear fast red and stir to dissolve.

3.    Allow to cool. Filter.

## 7    Storage, Expiration, and Disposal

Minimum labeling includes specification above, initials, and date prepared.  NFR can be stored at 2-8$^o$C or at room temperature for one year. Dispose in regular sink, flush with water.

## 8    Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: NFR Solution*

*DRN: DNA-09-12*
*Version: 01*
*Page 2 of 2*

**9      Literature and Supporting Documentation**

Stone IC. Staining of spermatozoa with Kernechtrot and picroindigocarmine for microscopical identification. Southwestern Inst For Sci. Criminal Investigation Laboratory (USA). Document CIL No. 2. 1972.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: NFR Solution*

*DRN: DNA-09-12*

## Preparer

*James Nichols*                                          Date:___12/02/2009___
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                          Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Major revision –Section 1

Minor revision – Section 9

Advisory Board 10/29/2009 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: PHT Solution*

*DRN: DNA-09-13*
*Version: 01*
*Page 1 of 2*

# PHENOLPHTHALIN (PHT) SOLUTION

## 1    Scope

Phenolphthalin (PHT) solution is used for presumptive blood identification because it oxidizes to pink phenolphthalein in the presence of heme and hydrogen peroxide.  This reagent may be purchased.

## 2    Specification

PHT

## 3    Safety

Phenolphthalin is an irritant. Phenolphthalein may be carcinogenic and may cause reproductive disorders. Potassium hydroxide is corrosive. Ethanol is highly flammable. Avoid contact with or inhalation of powdered zinc. Solid reagents must be handled in a chemical fume hood. Appropriate personal protective equipment must be worn during preparation and use.  Clothing may protect unbroken skin during use; broken skin must be covered.

## 4    Special Equipment and Supplies

fume hood

dark bottle for storage

## 5    Reagents

| | |
|---|---|
| phenolphthalein | 2 g |
| potassium hydroxide | 20 g |
| dIH$_2$O | 100 mL |
| powdered zinc | 20 g |
| ethanol | 4/5 total volume of desired working solution |

## 6    Procedure

1.    Dissolve 2 g phenolphthalein and 20 g potassium hydroxide in 100 mL dIH$_2$O.

2.    Reflux with 20 g powdered zinc until solution is colorless (2-3 hours).

3.    Decant solution into dark bottle with a small amount of zinc.  This is the PHT stock solution.

4.    Prepare PHT working solution by mixing one part PHT stock solution with four parts ethanol.

## 7    Storage, Expiration, and Disposal

Minimum labeling includes specification above, initials, and date prepared. PHT stock and working solutions can be stored at 2-8$^o$C for one year.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

*Standard Operating Procedures*
*DNA*
*Subject: PHT Solution*

*DRN: DNA-09-13*
*Version: 01*
*Page 2 of 2*

Powdered zinc in contact with limited amounts of water liberates hydrogen, an extremely flammable gas.  Store dry, and keep residues thoroughly wet until disposal.  Either carefully dry zinc residue in a chemical fume hood and dispose of in a container to keep dry or dispose in a container to keep very wet.  Do not dispose of damp residue in the trash where generated heat could cause a fire.

Discard PHT working solution in sink, flush with water.  Dispose of PHT stock solution in sink, flush with copious amounts of water.

## 8      Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

## 9      Literature and Supporting Documentation

Lee HC. Chapter 7, Identification and grouping of bloodstains. Saferstein R, ed. Forensic Science Handbook, Volume 1. Prentice-Hall, Inc. Englewood Cliffs, New Jersey. 1982. p. 273.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: PHT Solution*

*DRN: DNA-09-13*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## Preparer

*James Nichols*                                     Date:___12/02/2009___
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                      Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Major revision –Section 1<br>Minor revision – Section 9<br>Advisory Board 10/29/2009 |

Uncontrolled Printed Copy

*Standard Operating Procedures*
*DNA*
*Subject: PIC Solution*

*DRN: DNA-09-15*
*Version: 01*
*Page 1 of 2*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## PICROINDIGOCARMINE (PIC)

### 1    Scope

Picroindigocarmine solution is used with nuclear fast red in the staining of microscopic slides for spermatozoa examination.  This reagent may be purchased.

### 2    Specification

Picroindigocarmine or PIC

### 3    Safety

Picric acid is flammable, toxic, and explosive when dry; keep container tightly closed and ensure sufficient water coverage. Avoid contact with metals; forms very sensitive explosive metallic compounds. Contact of picric acid with concrete floors may form the friction-sensitive calcium salt. Indigocarmine is an irritant and may be harmful by inhalation, ingestion, or skin absorption. Reagents must be handled in a chemical fume hood. Appropriate personal protective equipment must be worn during preparation and use. Clothing may protect unbroken skin; broken skin must be covered.

### 4    Special Equipment and Supplies

stir plate

funnel and filter paper

ceramic spatula

### 5    Reagents

| | |
|---|---|
| indigocarmine | 1 g |
| picric acid | 4 g ~ Use a ceramic spatula! |
| dIH$_2$O | 300 mL |

### 6    Procedure

1.    Use 300 mL purchased saturated picric acid solution or prepare saturated picric acid solution by letting 4 g picric acid stand overnight in 300 mL dIH$_2$O.

2.    Dissolve 1 g indigocarmine in 300 mL saturated picric acid solution.

3.    Filter. Thoroughly rinse picric acid solution from filter paper after use and prior to disposal.

### 7    Storage, Expiration, and Disposal

Minimum labeling includes specification above, initials, and date prepared.  PIC can be stored at 2-8$^{o}$C or at room temperature for one year. Dispose in regular sink, flush with copious water.

**Standard Operating Procedures**
*DNA*
*Subject: PIC Solution*

*DRN: DNA-09-15*
*Version: 01*
*Page 2 of 2*

## 8      Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

## 9      Literature and Supporting Documentation

Stone IC. Staining of spermatozoa with Kernechtrot and picroindigocarmine for microscopical identification. Southwestern Inst For Sci, Criminal Investigation Laboratory (USA). Document CIL No. 2. 1972.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: PIC Solution*

*DRN: DNA-09-15*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## Preparer

*James Nichols*                                    Date:___12/02/2009___
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                                     Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Major revision –Section 1<br><br>Minor revision – Section 9<br><br>Advisory Board 10/29/2009 |

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: Proteinase K Solution (10 mg/mL)*

*DRN: DNA-09-16*
*Version: 01*
*Page 1 of 1*

# PROTEINASE K SOLUTION (10 mg/mL)

## 1    Scope

Proteinases are protein and peptide splitting enzymes.  Proteinase K (10 mg/mL) in combination with other reagents is used in DNA extraction procedures.  The source of Proteinase K is from *Tritirachium album*. This reagent may be purchased.

## 2    Specification

Pro K or PK

## 3    Safety

Proteinase K and solutions of Proteinase K can be irritating to mucous membranes. Avoid inhalation and skin contact.  Appropriate personal protective equipment must be worn during preparation and use.  Clothing may protect unbroken skin during use; broken skin must be covered.

## 4    Special Equipment and Supplies

microcentrifuge tubes

sterile glassware

## 5    Reagents

Proteinase K, molecular biology grade              100 mg

sterile dIH$_2$O                                            10 mL

## 6    Procedure

1.    Dissolve 100 mg Proteinase K in 10 mL sterile dIH$_2$O.

2.    As necessary, aliquot into sterile tubes for long term storage and to prevent possible contamination.

## 7    Storage, Expiration, and Disposal

Store in tightly closed microcentrifuge tubes and place tubes in a storage container in the freezer.  Label storage container with specification, initials, and date prepared.  Label tubes to link them to storage container.  Store aliquots frozen for up to two years. Thaw tubes as needed for appropriate number of extractions and discard unused portion.

## 8    Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Effective Date: 04/15/2008

## **Preparer**

*Cathy McCord*                                             Date:    03/31/2008
DNA Advisory Board Chair

## **Concurrence**

*Zoë M. Smith*                                             Date:    03/31/2008
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Minor revision – Sections 4 and 7<br><br>Advisory Board 02/28/2008 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Sarcosyl Solution 20%*

*DRN: DNA-09-17*
*Version: 01*
*Page 1 of 1*

# SARCOSYL SOLUTION, 20% W/V

## 1    Scope

Sarcosyl, N-lauroylsarcosine ($C_{15}H_{28}NNaO_3$), solution is used in an organic differential DNA extraction procedure in combination with other reagents.   The solution is used as a detergent and foaming agent.  This reagent may be purchased.

## 2    Specification

20% Sarcosyl

## 3    Safety

May be harmful if inhaled, ingested, or absorbed through the skin.  Avoid contact and inhalation.  Appropriate personal protective equipment must be worn during preparation and use.  Clothing may protect unbroken skin during use; broken skin must be covered.

## 4    Special Equipment and Supplies

analytical filter unit, 0.45 µm, 150 mL

vacuum pump or apparatus

sterile microcentrifuge tubes

## 5    Reagents

| | |
|---|---|
| N-lauroylsarcosine, sodium salt, molecular biology grade | 20 g |
| sterile dIH$_2$O | 100 mL |

## 6    Procedure

1.    Add 20 g N-lauroylsarcosine in 100 mL sterile dIH$_2$O.

2.    Mix thoroughly until powder is in solution.

3.    Sterilize by passage through a 0.45 µm analytical filter. Filtration may be facilitated by use of a vacuum apparatus.

4.    As necessary, aliquot into sterile microcentrifuge tubes for long term storage and to prevent possible contamination.

## 7    Storage, Expiration, and Disposal

Store tightly closed at room temperature.  Minimum labeling includes specification above, initials, and date prepared.  20% Sarcosyl can be stored for one year.  Discard in regular sink, flush with water.

## 8    Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**    *DRN: DNA-09-17*
*DNA*
*Subject: Sarcosyl Solution 20%*

## Preparer

*James Nichols*                            Date:___12/02/2009___
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                             Date:___12/02/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Major revision –Section 1 <br><br> Advisory Board 10/29/2009 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Sodium Chloride 5M*

*DRN: DNA-09-18*
*Version: 00*
*Page 1 of 1*

## SODIUM CHLORIDE, 5M

### 1 Scope

Sodium chloride is a salt that is used in making Digest Buffer and TNE solution for differential extractions. This reagent may be purchased.

### 2 Specification

NaCl, 5M

### 3 Safety

Sodium chloride is an irritant. Appropriate personal protective equipment must be worn during preparation and use. Clothing may protect unbroken skin; broken skin must be covered.

### 4 Special Equipment and Supplies

glassware

stir plate

### 5 Reagents

sodium chloride (NaCl)                    292.2 g

sterile dIH$_2$O                    800 mL

### 6 Procedure

1.    Dissolve 292.2 g NaCl to 800 mL dIH$_2$O.

2.    Adjust the final volume to 1.0 L with dIH$_2$O.

3.    Autoclave as necessary.

### 7 Storage, Expiration, and Disposal

Store tightly closed. Minimum labeling includes specification above, initials, and date prepared. NaCl can be stored at room temperature for five years. Follow expiration date on purchased reagent. Discard in regular sink, flush with copious amounts of water.

### 8 Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: Sodium Chloride 5M*

*DRN: DNA-09-18*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

### Preparer

*D. Jody Koehler*                                       Date:___03/22/2005___
DNA Advisory Board Chair

### Concurrence

*Forrest W. Davis*                                      Date:___03/22/2005___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|---------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |

**Standard Operating Procedures**
*DNA*
*Subject: Sodium Hydroxide 5N*

*DRN: DNA-09-19*
*Version: 00*
*Page 1 of 1*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

# SODIUM HYDROXIDE, 5N

## 1    Scope

Sodium hydroxide is used to adjust pH of solutions. This reagent may be purchased.

## 2    Specification

NaOH, 5N

## 3    Safety

Sodium hydroxide is corrosive, causes burns, and is exothermic in water. It is incompatible with strong acids, strong oxidizing agents, and organic materials. Keep container tightly closed and never add water to sodium hydroxide. Appropriate personal protective equipment must be worn during preparation and use. Clothing may protect unbroken skin; broken skin must be covered.

## 4    Special Equipment and Supplies

stir plate

## 5    Reagents

| | |
|---|---|
| sodium hydroxide, pellets (NaOH) | 100 g |
| sterile dIH$_2$O | 400 mL |

## 6    Procedure

1.    Add 100 g NaOH to 400 mL sterile dIH$_2$O.

2.    Stir to dissolve.  Allow to cool.

3.    Adjust the final volume to 500 mL with sterile dIH$_2$O.

4.    Mix thoroughly.

## 7    Storage, Expiration, and Disposal

Store tightly closed. Minimum labeling includes specification above, initials, and date prepared. NaOH, 5N, can be stored at room temperature for five years.  To discard, flush in sink with copious amounts of water.

## 8    Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

**Standard Operating Procedures**                    *DRN: DNA-09-19*
*DNA*
*Subject: Sodium Hydroxide 5N*

### Preparer

*D. Jody Koehler*                                        Date:___03/22/2005___
DNA Advisory Board Chair

### Concurrence

*Forrest W. Davis*                                       Date:___03/22/2005___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: Stain Extraction Buffer*

*DRN: DNA-09-20*
*Version: 00*
*Page 1 of 2*

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

# STAIN EXTRACTION BUFFER

## 1      Scope

Stain extraction buffer (10mM Tris, 100 mM NaCl, 39 mM DTT, 10 mM EDTA, 2% SDS) is used to lyse cells and digest proteinaceous materials during the isolation of nucleic acids. This buffer contains DTT when complete.

## 2      Specification

Stain Extraction Buffer or SEB

## 3      Safety

Tris base is an irritant. Dithiothreitol is an irritant, is incompatible with bases, oxidizing and reducing agents, and alkali metals, and may decompose on exposure to moisture. Sodium dodecyl sulfate is toxic, is fetotoxic, is an irritant and is incompatible with strong oxidizing agents. Hydrochloric acid is corrosive, is toxic by inhalation, causes burns, and reacts violently in water. It is incompatible with bases, amines, alkali metals, copper, and aluminum. Never add water to hydrochloric acid. Use concentrated hydrochloric acid only in a chemical fume hood. Appropriate personal protective equipment must be worn during preparation and use. Clothing may protect unbroken skin during use; broken skin must be covered.

## 4      Special Equipment and Supplies

stir plate

pH paper

sterile glassware and stir bar

## 5      Reagents

| | |
|---|---|
| Tris base (*Tris* (hydroxymethyl) aminomethane) | 1.21 g |
| sodium chloride (NaCl) | 5.84 g |
| sterile dIH$_2$O | ~500 mL |
| EDTA solution, 0.5M | 20 mL |
| 20% w/v SDS | 100 mL |
| hydrochloric acid, concentrated (HCl) to pH | |
| dithiothreitol (DTT), molecular biology grade | 6.02 g |

Uncontrolled Printed Copy

*Standard Operating Procedures*
*DNA*
*Subject: Stain Extraction Buffer*

*DRN: DNA-09-20*
*Version: 00*
*Page 2 of 2*

## 6    Procedure

1.    Dissolve 1.21 g Tris base, 5.84 g NaCl, and 6.02 g DTT in 500 mL sterile dIH$_2$O.

2.    Add 20 mL 0.5 M EDTA solution and 100 mL 20% w/v SDS.

3.    Adjust the pH to 8.0 (± 0.2) with HCl.

4.    Bring to a final volume of 1 L with sterile dIH$_2$O.

5.    If DTT not already incorporated into the reagent, add 6.02 g DTT prior to use.

6.    Solution with DTT must be aliquoted in single-use volumes into tubes and stored frozen.

7.    Do not autoclave.

## 7    Storage, Expiration, and Disposal

Store tightly closed. Minimum labeling includes specification above, initials, and date prepared. Stain Extraction Buffer without DTT can be stored at room temperature for one year. Stain Extraction Buffer with DTT can be stored frozen for two years.  Discard unused portion of thawed buffer in regular trash. Discard buffer without DTT in regular sink, flush with water.

## 8    Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

*Standard Operating Procedures*     *DRN: DNA-09-20*
*DNA*
*Subject: Stain Extraction Buffer*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

### Preparer

*D. Jody Koehler*                                Date:   03/22/2005
DNA Advisory Board Chair

### Concurrence

*Forrest W. Davis*                               Date:   03/22/2005
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |

Effective Date:  03/28/2006                    Uncontrolled Printed Copy

**Standard Operating Procedures**
*DNA*
*Subject: TE Buffer*

*DRN: DNA-09-21*
*Version: 02*
*Page 1 of 1*

## TE BUFFER, 10mM/0.1mM, pH 8.0

### 1    Scope

TE Buffer (10 mM/0.1 mM, pH 8.0) contains a common buffering agent for nucleic acid analysis as well as EDTA to chelate DNAases.

### 2    Specification

TE

### 3    Safety

Tris-HCl and EDTA solutions are irritants. Appropriate personal protective equipment must be worn during preparation and use.  Clothing may protect unbroken skin during use; broken skin must be covered.

### 4    Special Equipment and Supplies

sterile glassware

### 5    Reagents

Tris-HCl, 1 M, pH 8.0                10 mL

EDTA solution, 0.5M                200 $\mu$L

sterile dIH$_2$O                990 mL

### 6    Procedure

1.    Add 10 mL 1 M Tris-HCl and 200 µL 0.5 M EDTA to 990 mL sterile dIH$_2$O.

2.    Mix thoroughly.

3.    As necessary, aliquot into sterile tubes for long term storage and to prevent possible contamination.

4.    Autoclave if not using sterile dIH$_2$O and sterile glassware. .

### 7    Storage, Expiration, and Disposal

Store tightly closed. Minimum labeling includes specification above, initials, and date prepared. TE can be stored at room temperature or 2-8°C for one year. Discard in regular sink, flush with water.

### 8    Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

***Standard Operating Procedures***    *DRN: DNA-09-21*
*DNA*
*Subject: TE Buffer*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## **Preparer**

*James Nichols*                              Date:___12/30/2009___
DNA Advisory Board Chair

## **Concurrence**

*Zoë M. Smith*                               Date:___12/30/2009___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Minor revision – Title and Sections 1 and 6<br><br>Advisory Board 02/28/2008 |
| 02 | 01/11/2010 | Major revision – Title and Section 1<br><br>Clarification |

Effective Date: 01/11/2010

Uncontrolled Printed Copy

***Standard Operating Procedures***
*DNA*
*Subject: TMB Solution*

*DRN: DNA-09-22*
*Version: 01*
*Page 1 of 1*

# TETRAMETHYLBENZIDINE (TMB) SOLUTION

## 1    Scope

Tetramethylbenzidine (TMB) solution is used for presumptive blood identification because it oxidizes to a blue-green form in the presence of heme and hydrogen peroxide.

## 2    Specification

TMB

## 3    Safety

Tetramethylbenzidine is a mutagen and an irritant; avoid contact with metals. Glacial acetic acid is corrosive, combustible, and causes severe burns. Ethanol is highly flammable. Appropriate personal protective equipment must be worn during preparation and use. Clothing may protect unbroken skin during use; broken skin must be covered.

## 4    Special Equipment and Supplies

None

## 5    Reagents

| | |
|---|---|
| 3, 3', 5, 5' – tetramethylbenzidine | 20 mg |
| Ethanol | 10 mL |
| glacial acetic acid | 5 drops |

## 6    Procedure

1.    Dissolve 20 mg tetramethylbenzidine in 10 mL ethanol.

2.    Add 5 drops glacial acetic acid and swirl to mix.

## 7    Storage, Expiration, and Disposal

Minimum labeling includes specification above, initials, and date prepared. TMB solution can be stored at 2-8°C for one year.  Dispose of TMB solution by flushing in regular sink with excess water.

## 8    Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

## 9    Literature and Supporting Documentation

Lee HC. Chapter 7, Identification and grouping of bloodstains. Saferstein R, ed. Forensic Science Handbook, Volume 1. Prentice-Hall, Inc. Englewood Cliffs, New Jersey. 1982. p. 273.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

**Preparer**

*James Nichols*                              Date:____12/02/2009____
DNA Advisory Board Chair

**Concurrence**

*Zoë M. Smith*                               Date:____12/02/2009____
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|----------------|-------------------------------|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 01/11/2010 | Minor revision – Section 9 <br><br> Advisory Board 10/29/2009 |

**Standard Operating Procedures**
*DNA*
*Subject: TNE Solution*

*DRN: DNA-09-23*
*Version: 01*
*Page 1 of 2*

## TNE SOLUTION, PH 8.0

### 1    Scope

TNE (10 mM Tris, 100 mM NaCl, 1 mM EDTA, pH 8.0) solution is used in an organic differential DNA extraction procedure in combination with other reagents.

### 2    Specification

TNE

### 3    Safety

Tris base may be an irritant to skin, eyes, and mucous membranes.  NaCl is an irritant to eyes, respiratory system and skin.  EDTA is an irritant.  Appropriate personal protective equipment must be worn during preparation and use.  Clothing may protect unbroken skin during use; broken skin must be covered.

### 4    Special Equipment and Supplies

sterile glassware

pH paper

### 5    Reagents

| | |
|---|---|
| Tris-HCl, 1 M, pH 8.0 | 10 mL |
| NaCl, 5 M | 20 mL |
| EDTA, 0.5 M | 2 mL |
| NaOH or HCl | to adjust pH |
| sterile dIH$_2$O | to 1L volume (~968 mL) |

### 6    Procedure

1.    Add 10 mL 1 M Tris (pH 8.0), 20 mL 5 M NaCl, and 2 mL 0.5 M (pH 8.0) EDTA to 848 mL sterile dIH$_2$O.

2.    Titrate to pH 8.0 using either NaOH or HCl.

3.    Bring to final volume of 1 L with sterile dIH$_2$O

4.    Autoclave solution if sterile water and glassware not used.

5.    As necessary, aliquot into sterile tubes for long term storage and to prevent possible contamination.

### 7    Storage, Expiration, and Disposal

Store tightly closed.  Minimum labeling includes specification above, initials, and date prepared.  TNE Solution can be stored at room temperature or at 2-8$^o$C for one year. Discard in regular sink, flush with water.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

**Standard Operating Procedures**
*DNA*
*Subject: TNE Solution*

*DRN: DNA-09-23*
*Version: 01*
*Page 2 of 2*

## 8      Records

Lot numbers of chemicals used to prepare the reagent, date of preparation, and preparer's initials are recorded in the appropriate reagent logbook.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

***Standard Operating Procedures***          *DRN: DNA-09-23*
*DNA*
*Subject: TNE Solution*

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

## Preparer

*Cathy McCord*                              Date:   03/31/2008
DNA Advisory Board Chair

## Concurrence

*Zoë M. Smith*                              Date:   03/31/2008
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|---|---|---|
| 00 | 03/28/2006 | Original Issue; Revision of document 05/17/2005 |
| 01 | 04/15/2008 | Major revision – Sections 5 and 6 <br><br> Advisory Board 02/28/2008 |

*Standard Operating Procedures*
*DNA*
*Subject: Commercial Reagents*

*DRN: DNA-09-25*
*Version: 00*
*Page 1 of 1*

## COMMERCIAL REAGENTS

### 1      Scope

The following policy will apply to commercial reagents having no expiration date provided by the manufacturer.

### 2      Practice

Reagents that do not have expiration dates provided by the manufacturer shall be assigned an expiration date five years from the date when the reagent is opened. This expiration date may be extended at one year intervals thereafter provided that the reagent is performance checked and the reagents are being stored according to the manufacturer's guidelines. A letter from the manufacturer may also be used to extend the expiration date.

The expiration date for dry chemicals will be indefinite.

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

## **Preparer**

*James Nichols*                                         Date:___06/02/2010___
DNA Advisory Board Chair

## **Concurrence**

*Zoë M. Smith*                                          Date:___06/02/2010___
Quality Assurance Specialist

| Version # | Effective Date | Brief Description of Change(s) |
|-----------|---------------|-------------------------------|
| 00 | 06/07/2010 | Original Issue |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIME LABORATORY

**Biological Screening Worksheet**
LAB-DNA-01 Rev.01 (01/2010)

☐ NOT AVAILABLE
DATE OF OFFENSE: _____
RACE OF VICTIM:          White  Black  Hispanic  Other
RACE OF SUSPECT(S)   White  Black  Hispanic  Other
TYPE OF CONTACT:  VAGINAL  ORAL  RECTAL
CLOTHING WORN:  BEFORE  AFTER  BOTH
PRIOR SEX CONTACT: ____HOURS ____DAYS
EXAM TIME LAPSE: _____HOURS
DR. REPORT SPERM:     YES   NO   UNKNOWN
VICTIM MENSTRUATING:  YES   NO   UNKNOWN

Lab Case # _____

Analyst _____

Date _____

| TMB, PHT, LMG | AP | ALS |
|---|---|---|
| (+)☐ | (+)☐ | (+)☐ |
| (−)☐ | (−)☐ | (−)☐ |

| # | ITEM | ☐ TMB ☐ PHT ☐ LMG | HUMAN | ALS | AP | SPERM ≥400X (S) | P30 | DNA EXT DISP | STAIN DISP | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |  |

Uncontrolled Copy – Prepared for distribution

11/10/2010wy

Uncontrolled Printed Copy

TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIME LABORATORY

Lab Case #

Analyst

**Biological Screening Worksheet Continuation**
LAB-DNA-02 Rev.01 (01/2010)

Date

| TMB, PHT, LMG | AP | ALS |
|---|---|---|
| (+) ☐ | (+) ☐ | (+) ☐ |
| (−) ☐ | (−) ☐ | (−) ☐ |

| # | ITEM | ☐ TMB<br>☐ PHT<br>☐ LMG | HUMAN | ALS | AP | SPERM ≥400X (S) | P30 | DNA EXT DISP | STAIN DISP | NOTES |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Uncontrolled Copy - Prepared for distribution

11/10/2010wy

Uncontrolled Printed Copy

TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIME LABORATORY

Lab Case # _____

Analyst _____

## P-30/HemaTrace Testing Worksheet
LAB-DNA-05 Rev.01 (01/2010)

Date _____

☐ p30                    Lot# _____

☐ HemaTrace        Expiration Date _____

**Results**

| | Case # / Item # | "C" line present | "T" line present |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy

TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIME LABORATORY

Lab Case # _____

Analyst _____

## DNA Extraction Worksheet

LAB-DNA-07 Rev.03 (01/2010)

Date/Time _____

Qiagen ☐
Organic ☐
Chelex ☐
PrepFiler ☐

Temp. _____ (°C)

Automated Extraction ☐

*Additional clean-up steps must be noted*

| # | Case # / Item # | µL orig. vol.* | Cells/Field ≥400X (S) epi*/sp | ng/µL Human | ng/uL Male | Volume Amplified (µL) Identifiler | Yfiler | Minifiler | Comments |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |
|   |   |   |   |   |   |   |   |   |   |

Uncontrolled Copy – Prepared for distribution

11/10/2010wy

Uncontrolled Printed Copy



TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIME LABORATORY

## Amplification Worksheet
LAB-DNA-08 Rev.03 (01/2010)

Lab Case # _____

Analyst _____

Date _____

☐ Identifiler          Kit Lot # _____

☐ MiniFiler        Kit Expiration Date _____          Automated Setup   ☐

☐ Yfiler            Thermal Cycler # _____

| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | | | | | | | | | | | |
| B | | | | | | | | | | | | |
| C | | | | | | | | | | | | |
| D | | | | | | | | | | | | |
| E | | | | | | | | | | | | |
| F | | | | | | | | | | | | |
| G | | | | | | | | | | | | |
| H | | | | | | | | | | | | |

Notes:

**KEY:**

| **Case Number** |
| **Item Number** |
| * µl Sample (optional) |
| * ng Sample (optional) |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy



TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIME LABORATORY

## HemaTrace Reagent Quality Control
LAB-DNA-09 Rev.01 (01/2010)

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Source:  **ABACUS DIAGNOSTICS**

Lot Number: _____ Expiration Date:_____

*Each lot of HemaTrace test kits must be quality control tested prior to use in testing for the presence of human hemoglobin in biological evidence.*

Quality Control Test Procedure:
Record the lot number.  Dilute known blood to a 1:100 dilution (in-house) for a positive control. Use the same extraction buffer as a negative control for this quality control test.  Test for the presence of human hemoglobin according to the SOP.  Interpret the results according to the SOP and record below.  Evaluate results and indicate approval by signature below.

1:100 BLOOD SOURCE:_____

Results for Each Control:

|   |                   | "C" line present | "T" line present |
|---|-------------------|------------------|------------------|
| 1 | EXTRACTION BUFFER |                  |                  |
| 2 | 1:100 BLOOD       |                  |                  |

The "C" line was present in both controls, and the "T" line was present for the 1:100 blood but not for the extraction solution alone. This lot of HemaTrace Test Kits passed the quality control test.

Signature_____    Date_____

Uncontrolled Printed Copy



TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIME LABORATORY

## ABAcard Reagent Quality Control
LAB-DNA-10 Rev.01 (01/2010)

Source: **ABACUS DIAGNOSTICS**

Lot Number: _____ Expiration Date: _____

*Each lot of ABAcard devices must be quality control tested prior to use in testing for the presence of p30 in biological evidence.*

Quality Control Test Procedure: Record the lot number.  Freshly dilute 1 µl of a 1:50 dilution of known semen (purchased or in-house) in 2000 µl of $dIH_2O$ for a positive control.  Use the same $dIH_2O$ as a negative control for this quality control test.  Test for the presence of p30 according to the SOP.  Interpret the results according to the SOP and record below.  Evaluate results and indicate approval by signature below.

1:50 SEMEN SOURCE: _____

1:50 SEMEN LOT: _____

Results for Each Control:

|   |                                    | "C" line present | "T" line present |
|---|------------------------------------|------------------|------------------|
| 1 | Water Used To Make Semen Dilution  |                  |                  |
| 2 | 1:100,000 Semen                    |                  |                  |

The "C" line was present in both controls, and the "T" line was present for the 1:100,000 semen but not for the dilution water alone. This lot of ABAcard Test Devices passed the quality control test.

Signature_____ Date_____

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy



TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIME LABORATORY

## Identifiler Reagent Quality Control

LAB-DNA-11 Rev.04 (01/2010)

Kit Source: **APPLIED BIOSYSTEMS**

Lot Number: _____ Expiration Date: _____

This shipment of Identifiler kits was received with:

satisfactory / unsatisfactory coolant          Initials/Date_____

satisfactory / unsatisfactory packaging        Initials/Date_____

*Each new lot of Identifiler kit must be quality control tested prior to its use on evidentiary or case work reference samples.*

Quality Control Test Procedure:
Record all lot numbers.  Set up, amplify, and analyze a positive control and negative amplification control according to the SOP using all kit reagents including allelic ladder.  Evaluate the results according to the SOP.
Evaluate results and indicate approval by signature below.

| Kit components | Lot Number | Expiration Date | Date Tested |
|---|---|---|---|
| PCR Reagents | | | |
| AmpliTaq Gold Polymerase | | | |
| Allelic Ladder | | | |

ATTACH COPY OF ALLELIC LADDER, POSITIVE CONTROL AND NEGATIVE CONTROL

The positive amplification control, negative amplification control, and allelic ladder performed as expected and met criteria for acceptance as specified in the DNA fragment analysis protocol.  In addition, review of GeneMapper ID data for analysis of the negative amplification control showed no indications of contamination. This lot of Applied Biosystems Identifiler kits passed the quality control test.

Signature_____          Date_____

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy



TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIME LABORATORY

## Quantifiler Reagent Quality Control
LAB-DNA-12 Rev.01 (01/2010)

Kit Source:  **APPLIED BIOSYSTEMS**

Lot Number: _____Expiration Date:_____

This shipment of Quantifiler kits was received with:

satisfactory / unsatisfactory coolant          Initials/Date_____

satisfactory / unsatisfactory packaging       Initials/Date_____

Quality Control Test Procedure: Record all lot numbers.  Set up and quantitate the dilution series with the concentrations ranging from 50 ng/µL to 0.023 ng/µL according to the SOP using all kit reagents.  Evaluate results according to the SOP and indicate approval by signature below.

| Kit Reagents | Lot Number | Expiration Date | Date Tested |
|---|---|---|---|
| Human Primer Mix | | | |
| PCR Reaction Mix | | | |
| Human DNA Standard | | | |

The lower limit of detectability for this kit must be at least equal to the 0.023 ng/µL dilution standard.
The Human Primer Mix, PCR Reaction Mix and Human DNA Standard performed as expected and met criteria for acceptance as specified in the DNA Quantifiler protocol.  This lot of Applied Biosystems Quantifiler kits passed the quality control test.

ATTACH PRINTOUT OF THE STANDARD CURVE.

Signature_____    Date_____

Uncontrolled Copy – Prepared for distribution 11/10/2010wy



TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIME LABORATORY

Lab Case # _____

Analyst _____

**Quantitation Load Sheet**

LAB-DNA-13  Rev.03 (01/2010)

Date _____

☐ Quantifiler
☐ Quantifiler Duo

Kit Lot # _____

Kit Expiration Date _____

7500 # _____

Automated Setup    ☐

|   | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 |
|---|---|---|---|---|---|---|---|---|---|----|----|----|
| A |   |   |   |   |   |   |   |   |   |    |    |    |
| B |   |   |   |   |   |   |   |   |   |    |    |    |
| C |   |   |   |   |   |   |   |   |   |    |    |    |
| D |   |   |   |   |   |   |   |   |   |    |    |    |
| E |   |   |   |   |   |   |   |   |   |    |    |    |
| F |   |   |   |   |   |   |   |   |   |    |    |    |
| G |   |   |   |   |   |   |   |   |   |    |    |    |
| H |   |   |   |   |   |   |   |   |   |    |    |    |

Notes:

**KEY:**

| **Case Number** |
|---|
| **Item Number** |

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy

TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIME LABORATORY

**STR Data Worksheet**

LAB-DNA-14  Rev.00 (09/2007)

Lab Case # _____

Analyst _____

Date _____

( )=Weaker Alleles        NR=No Reaction        ND=Not Done        INC=Inconclusive

| Item # | D8S1179 | D21S11 | D7S820 | CSF1PO | D3S1358 | TH01 | D13S317 | D16S539 | D2S1338 | D19S433 | vWA | TPOX | D18S51 | AMEL | D5S818 | FGA |
|--------|---------|--------|--------|--------|---------|------|---------|---------|---------|---------|-----|------|--------|------|--------|-----|
|        |         |        |        |        |         |      |         |         |         |         |     |      |        |      |        |     |
|        |         |        |        |        |         |      |         |         |         |         |     |      |        |      |        |     |
|        |         |        |        |        |         |      |         |         |         |         |     |      |        |      |        |     |
|        |         |        |        |        |         |      |         |         |         |         |     |      |        |      |        |     |
|        |         |        |        |        |         |      |         |         |         |         |     |      |        |      |        |     |
|        |         |        |        |        |         |      |         |         |         |         |     |      |        |      |        |     |
|        |         |        |        |        |         |      |         |         |         |         |     |      |        |      |        |     |
|        |         |        |        |        |         |      |         |         |         |         |     |      |        |      |        |     |
|        |         |        |        |        |         |      |         |         |         |         |     |      |        |      |        |     |
|        |         |        |        |        |         |      |         |         |         |         |     |      |        |      |        |     |

**Conclusions:**

Uncontrolled Copy – Prepared for distribution

11/10/2010wy

Uncontrolled Printed Copy



TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIME LABORATORY
## CODIS Entry Worksheet
LAB-DNA-15  Rev.00 (09/2007)

**Specimen ID:**

**Specimen Category:**

**Source Identified:**

**Partial Profile:**

| LOCUS | ALLELES |
|---|---|
| D8S1179 | |
| D21S11 | |
| D7S820 | |
| CSF1PO | |
| D3S1358 | |
| TH01 | |
| D13S317 | |
| D16S539 | |
| D2S1338 | |
| D19S433 | |
| vWA | |
| TPOX | |
| D18S51 | |
| Amelogenin | |
| D5S818 | |
| FGA | |

**"+" indicates designated allele**

Analyst _____    Date _____

Reviewing Analyst _____    Date _____

CODIS Entry Analyst _____    Date _____

CODIS 2nd Read Analyst _____    Date _____

Comments:

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy



TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIME LABORATORY

## MiniFiler Reagent Quality Control
LAB-DNA-16  Rev.02 (01/2010)

Kit Source:  **APPLIED BIOSYSTEMS**

Lot Number: _____ Expiration Date: _____

This shipment of MiniFiler kits was received with:

satisfactory / unsatisfactory coolant          Initials/Date_____

satisfactory / unsatisfactory packaging        Initials/Date_____

*Each new lot of MiniFiler kit must be quality control tested prior to its use on evidentiary or case work reference samples.*

Quality Control Test Procedure:
Record all lot numbers.  Set up, amplify, and analyze a positive control and negative amplification control according to the SOP using all kit reagents including allelic ladder.  Evaluate the results according to the SOP.
Evaluate results and indicate approval by signature below.

| Kit components | Lot Number | Expiration Date | Date Tested |
|---|---|---|---|
| Master Mix | | | |
| Primer Mix | | | |
| Positive Control | | | |
| Allelic Ladder | | | |

ATTACH COPY OF ALLELIC LADDER, POSITIVE CONTROL AND NEGATIVE CONTROL

The positive amplification control, negative amplification control, and allelic ladder performed as expected and met criteria for acceptance as specified in the DNA fragment analysis protocol.  In addition, review of GeneMapper ID data for analysis of the negative amplification control showed no indications of contamination. This lot of Applied Biosystems MiniFiler kits passed the quality control test.

Signature_____  Date_____

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy



TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIME LABORATORY

## Quantifiler Duo Reagent Quality Control
LAB-DNA-17  Rev.00 (07/2009)

Kit Source:  **APPLIED BIOSYSTEMS**

Lot Number: _____ Expiration Date:_____

This shipment of Quantifiler Duo kits was received with:

satisfactory / unsatisfactory coolant          Initials/Date_____

satisfactory / unsatisfactory packaging        Initials/Date_____

*Each new lot of Quantifiler Duo kit must be quality control tested prior to its use on evidentiary or case work reference samples.*

Quality Control Test Procedure: Record all lot numbers.  Set up and quantitate the dilution series with the concentrations ranging from 50 ng/μL to 0.023 ng/μL according to the SOP using all kit reagents.  Evaluate results according to the SOP and indicate approval by signature below.

| Kit Reagents | Lot Number | Expiration Date | Date Tested |
|---|---|---|---|
| Duo Primer Mix | | | |
| Duo PCR Reaction Mix | | | |
| Duo DNA Standard | | | |
| Duo DNA Dilution Buffer | | | |

The lower limit of detectability for this kit must be at least equal to the 0.023 ng/μL dilution standard.
The Duo Primer Mix, Duo PCR Reaction Mix, Duo DNA Standard, and Duo DNA Dilution Buffer performed as expected and met criteria for acceptance as specified in the DNA Quantifiler Duo protocol.  This lot of Applied Biosystems Quantifiler Duo kits passed the quality control test.

ATTACH PRINTOUTS OF THE STANDARD CURVES.

Signature_____ Date_____

Uncontrolled Copy – Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy



TEXAS DEPARTMENT OF PUBLIC SAFETY
CRIME LABORATORY

## Yfiler Reagent Quality Control
LAB-DNA-18 Rev.01 (01/2010)

Kit Source: **APPLIED BIOSYSTEMS**

Lot Number: _____ Expiration Date:_____

This shipment of Yfiler kits was received with:

satisfactory / unsatisfactory coolant          Initials/Date_____

satisfactory / unsatisfactory packaging          Initials/Date_____

*Each new lot of Yfiler kit must be quality control tested prior to its use on evidentiary or case work reference samples.*

Quality Control Test Procedure:
Record all lot numbers.  Set up, amplify, and analyze a positive control, negative amplification control, **and a negative female 9947A control (10 µL of the 10 ng/µL sample)** according to the SOP using all kit reagents including allelic ladder.  Evaluate the results according to the SOP, and indicate approval by signature below.

| Kit components | Lot Number | Expiration Date | Date Tested |
|---|---|---|---|
| PCR Reagents | | | |
| AmpliTaq Gold Polymerase | | | |
| Allelic Ladder | | | |

ATTACH COPY OF ALLELIC LADDER, POSITIVE CONTROL AND NEGATIVE CONTROLS

The positive amplification DNA control 007, negative amplification control, negative female 9947A (10 ng/µL) control, and allelic ladder performed as expected and met criteria for acceptance as specified in the DNA fragment analysis protocol.  This lot of Applied Biosystems Yfiler kits passed the quality control test.

Signature_____ Date_____

Uncontrolled Copy – Prepared for distribution
11/10/2010wy

Uncontrolled Printed Copy

TEXAS DEPARTMENT OF PUBLIC SAFETY

CRIME LABORATORY

Lab Case # _____

Analyst _____

Date _____

## Y-STR Data Worksheet
LAB-DNA-19  Rev.00 (07/2009)

( )=Weaker Alleles　　　　NR=No Reaction　　　　ND=Not Done　　　　INC=Inconclusive

| Item # | DYS456 | DYS389I | DYS390 | DYS389II | DYS458 | DYS19 | DYS385 | DYS393 | DYS391 | DYS439 | DYS635 | DYS392 | Y GATA | DYS437 | DYS438 | DYS448 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

**Conclusions:**

Uncontrolled Copy  Prepared for distribution 11/10/2010wy

Uncontrolled Printed Copy