# PENNSYLVANIA STATE POLICE LABORATORY SYSTEM

# SEROLOGY PROCEDURES MANUAL

## TABLE OF CONTENTS

Section 1.    **ADMINISTRATIVE** ................................................................1-1

      A.  Introduction...............................................................1-2

      B.  Serological Testing Policy ....................................................1-2

      C.  General References ......................................................1-5

Section 2.    **BLOOD IDENTIFICATION PROCEDURES** .....................................2-1

      A.  Presumptive Tests.......................................................2-2

         1. Phenolphthalein ....................................................2-2
         2. Luminol ..........................................................2-3

      B.  Confirmatory Tests .....................................................2-5

         1. Takayama........................................................2-5
         2. Modified Takayama ...............................................2-6

Section 3.    **ORIGIN DETERMINATION PROCEDURES** ....................................3-1

      A.  Ring Precipitin Procedure.................................................3-2

      B.  Ouchterlony Double Diffusion Procedure .....................................3-3

Section 4.    **BLOOD GENETIC MARKER PROCEDURES** ...................................4-1

      A.  Group I Esterase (EsD), Phosphoglucomutase (PGM).......................4-2

      B.  Group II, Adenosine Deaminase (ADA), Erythrocyte Acid ......................
         Phosphatase (EAP) and Adenylate Kinase (AK).............................4-8

      C.  Phosphoglucomutase Subtyping (PGMst) by Agarose Gel Electrophoresis....4-14

      D.  Double Origin Electrophoresis, Adenosine Deaminase (ADA),
         Adenylate Kinase (AK) ..............................................4-17

      E.  Phosphoglucomutase Subtyping (PGMst) Analysis by Isoelectric Focusing....4-21

      F.  Phosphoglucomutase Subtype (PGMst) and Erythrocyte
         Acid Phophatase (EAP) by Isoelectric Focusing .............................4-26

      G.  Erythrocyte Acid Phosphatase (EAP) by Isoelectric Focusing .........................4-31

      H.  Group-Specific Component (Gc) Subtyping by Isoelectric Focusing.................4-35

TABLE OF CONTENTS                                                                Page T-3

Section 5.    **SEMEN IDENTIFICATION PROCEDURES**.......................................................5-1

    A.  Acid Phosphatase (SERI AP).................................................................5-2

    B.  Acid Phosphatase (Diazo Red) .............................................................5-3

    C.  Choline (Florence Test)........................................................................5-4

    D.  Christmas Tree Stain (Kernechtrot-Picroindigocarmine Differential Stain).........5-5

    E.  Phase Contrast Microscopy .................................................................5-6

    F.  Identification of P-30 by Ouchterlony Double Diffusion .......................5-8

    G.  Identification of P-30 by Crossover Electrophoresis............................5-9

Section 6.    **SEMEN GENETIC MARKER PROCEDURES**.....................................6-1

    A.  PGM and PGM Subtyping of Seminal Material ...................................6-2

Section 7.    **SALIVA DETECTION PROCEDURE**...................................................7-1

    A.  Detection of Amylase ...........................................................................7-2

Section 8.    **URINE DETECTION PROCEDURES** ..................................................8-1

    A.  Creatinine Test.....................................................................................8-2

    B.  DMAC....................................................................................................8-3

    C.  Urea Test...............................................................................................8-4

Section 9.    **FECAL MATERIAL DETECTION PROCEDURE** .................................9-1

    A.  Urobilinogen Test .................................................................................9-2

Section 10.   **MISCELLANEOUS PREPARATIONS AND PROCEDURES**..........................10-1

    A.  Preparation of 3% Hydrogen Peroxide Solution ...............................10-2

    B.  Preparation of Saturated Glucose Solution .......................................10-2

    C.  Preparation of 10% Sodium Hydroxide Solution ...............................10-2

    D.  Preparation of Normal Saline .............................................................10-3

    E.  Preparation of Coomassie Blue Staining Solution.............................10-3

    F.  Formulation Substitutions for Group I Pre-Mixed Reagents .............10-4

    G.  Formulation Substitutions for Group II Pre-Mixed Reagents ............10-4

H.  Formulation Substitutions for Phosphoglucomutase  Subtyping Pre-Mixed
    Reagents ............................................................................................... 10-5

# PENNSYLVANIA STATE POLICE
# SEROLOGY PROCEDURES MANUAL

# SECTION 1

# ADMINISTRATIVE

## A.    INTRODUCTION

The main responsibility of the Serology Section is to identify and characterize physiological fluids and stains and to compare those results to known standards through genetic marker analysis. Conclusions with respect to inclusion or exclusion of an individual or individuals may be drawn based on this type of analysis.

This manual is a guideline for the screening and analysis of physiological stains for comparison to standards.  Every forensic case is unique and must be treated on an individual basis. The evidence is analyzed to obtain the most valuable information while taking the unique circumstances of each case into account.  This task sometimes requires ingenuity in the analytical approach used, the modification of an existing technique, or the search for a new method to provide thorough analysis of the available evidence.

The analytical methods outlined in the Pennsylvania State Police Laboratory System Serology Procedures Manual provide a sound framework upon which an analyst can build.  This manual is not designed to be an all-inclusive collection of procedures for the analyst.  It is, instead, a presentation of methods that are employed by practicing forensic serologists.

Forensic science is a multidisciplinary profession.  The body of knowledge, which comprises forensic science, is a collection of overlapping techniques adapted from formal disciplines comprised of the physical and natural sciences.  Forensic science methodology has evolved over the past several decades due to the thousands of ongoing contributions made by scientists.  In many cases, the original sources of forensic methods are lost in antiquity.   For others, the general techniques belong to the public domain and can be found in any basic textbook concerning forensic science.

Every effort has been made to give recognition to the authors of specific techniques. Because many of the general methods found in this manual are adapted from general laboratory procedures commonly practiced by forensic scientists, it is neither practical nor possible to cite the thousands of references which deserve credit for contributing to the methods currently practiced in forensic science laboratories.

To those scientists who have contributed to the knowledge of forensic science contained herein, we extend collective recognition and gratitude to all.

Manufacturer references do not indicate endorsement by the Pennsylvania State Police. These are listed in some procedures for easy reference.  Alternative sources may be substituted.

## B.    SEROLOGICAL TESTING POLICY

1.    Physiological Fluids/Stains

a.    Whole Blood Specimens

1)    Blood standards from homicides, attempted homicides, and suspicious deaths should be plated onto cloth patches within two (2) working days after receipt (preferably within five (5) days of collection).  To avoid mix-up when plating blood specimens, only one (1) blood sample should be plated at a time.  If multiple submissions require that more than one sample be drying at a time in a particular

location (i.e. in the same biohazard hood), the laboratory number and subject's name should be written directly on an unstained area of the patch(es).

2)      In addition, to avoid extraneous banding in the isoelectric focusing procedure for PGM subtype, it is recommended that a standard blood sample collected in EDTA be centrifuged and the resulting cells washed 5 times with saline. Upon removing the last saline wash, the remaining cells should be used to produce a "washed cell" patch.

3)      Blood standards from all other cases are typed and plated as circumstances warrant.

4)      Blood grouping and/or genetic marker analysis are performed when necessary and may include, but are not limited to the following: EsD, PGM, EAP, ADA, AK, PGM subtype and Gc subtype.

Alternate procedures are sometimes employed so that sensitivity is optimized or so that use of time is economized.

b.      Bloodstains

1)      When there is sufficient sample available and case circumstances warrant, presumptive, confirmatory and species origin tests should be performed on a bloodstain. It should be noted that presumptive tests, as a general rule, are more sensitive than confirmatory tests (e.g. takayama). Therefore, if the presumptive test is positive and sample amount allows further analysis, a negative result for the confirmatory test shall not preclude testing for species origin.

In addition, DNA testing provides species origin information. If sample size is limited and DNA analysis warranted, it is incumbent on the serologist to halt analysis after a positive presumptive test, if further analysis by the serologist would expend the sample and thereby prevent the possibility of future DNA testing.

2)      Blood grouping and/or genetic marker analysis are performed when necessary and may include, but are not limited to the following: EsD, PGM, EAP, ADA, AK, PGM subtype and Gc subtype.

Note:   Genetic Marker Analysis on probative stains is performed using the system(s) necessary to include or exclude an individual as a link to a victim or crime scene. It is incumbent on the analyst to avoid needless expenditure of evidence so that future analysis (e.g. DNA) remains an option.

3)      Alternate procedures are sometimes employed so that sensitivity is optimized or so that use of time is economized.

4)      The determination of other species of origin (i.e animal) is conducted when necessary.

    c.    Semen

        1)    Semen, when detected presumptively, is identified either by visualizing spermatozoa or by the identification of P-30.

        2)    Semen grouping and/or genetic marker analysis are performed when necessary and may include: PGM and PGM subtyping.

            Note:   Genetic Marker Analysis on probative stains is performed using the system(s) necessary to include or exclude an individual as a link to a victim or crime scene.  It is incumbent on the analyst to avoid needless expenditure of evidence so that future analysis (e.g. DNA) remains an option.

    d.    Saliva

        1)    Saliva is indicated by a positive amylase test.

    e.    Urine

        1)    Urine is indicated by a positive test for a characteristic component of urine (i.e. urea, creatinine).

            Note: For cases where the detection of urine is crucial to the investigation (e.g. aggravated harassment by a prisoner), it is strongly recommended that a minimum of two (2) tests for the presence of urine yield positive results before reporting its detection.

    f.    Feces or Fecal Material

        1)    Feces or fecal material is indicated by odor or color or visual appearance and by a positive urobilinogen test.

2.    Proficiency

    All scientists conducting serological analyses must demonstrate competency in this area by successfully passing competency tests during the training period. Subsequent proficiency testing shall follow the guidelines established in the PSP Laboratory System Quality Assurance and Serology Proficiency Manuals.

3.    Bloodstain Pattern Analysis (BPA)

    a.    BPA is performed and documented using any or all of the following: photography, video, xerography/photocopying and/or sketches by the analyst.

    b.    The analyst will generate a report of his/her conclusions upon peer review of a second appropriately trained analyst.

c.    Two (2) BPA analysts must be present at a crime scene.

4.    Future Changes to the PSP Laboratory System Serology Procedures Manual

a.    Changes to this manual (i.e. additions or deletions) must follow the guidelines established in the PSP Laboratory System Quality Assurance Manual.

## C.    GENERAL REFERENCES

DeForest, P.R., Gaensslen, R.E., and H.C. Lee, Forensic Science: An Introduction to Criminalistics, McGraw-Hill, Inc., New York, NY, 1983.

Saferstein, R., Criminalistics - An Introduction to Forensic Science, Prentice Hall, Inc., Englewood Cliffs, NJ, 1977.

Saferstein, R., ed., Forensic Science Handbook, Volumes 1, 2, and 3, Prentice-Hall, Inc.,Englewood Cliffs, NJ, 1982, 1988, 1993.

Race, R.R., and Sanger, R., Blood Groups in Man, 6th ed., Blackwell Scientific Publications, Oxford, England, 1975.

Issitt, P.D. and Issitt, C.H., Applied Blood Group Serology, 3rd ed., Montgomery Scientific Publications, Miami, FL, 1985.

Technical Manual, 8th ed., American Association of Blood Banks, Washington, D.C., 1981.

Clausen, J., ed., Immunochemical Techniques for the Identification and Estimation of Macromolecules, 2nd ed., Vol. 1, Part III of "Laboratory Techniques in Biochemistry and Molecular Biology," Elsevier/North-Holland Biomedical Press, Amsterdam, The Netherlands, 1981.

Ouchterlony, O., Handbook of Immunodiffusion and Immunoelectrophoresis, Ann Arbor Science Publishers, Inc. Ann Arbor, MI, 1968.

Biology Methods Manual, Metropolitan Police Forensic Science Laboratory, London, England, 1978.

Gaensslen, R.E., Sourcebook in Forensic Serology, Immunology and Biochemistry, U.S. Government Printing Office, Washington, D.C., 1983.

Illinois State Police Laboratory Serology Procedures Manual, 1986.

FBI Laboratory Serology Unit Protocol Manual, 1989.

"Blood Group Antigens and Antibodies as Applied to the ABO and Rh Systems," Ortho Diagnostics, 1969.

Harris, H. and Hopkinson, D.A., Handbook of Enzyme Electrophoresis in Human Genetics, American Elsevier Publishing Co., Inc., New York, NY, 1976.

Harris, H. The Principles of Human Biochemical Genetics, American Elsevier Publishing
      Co., Inc., New York, NY, 1970.

Lee, H.C., and Gaennsslen, R.E., Advances in Forensic Science, Volume 1, Biomedical
      Publications, Foster City, CA, 1985.

Righetti, P.G., Isoelectric Focusing:  Theory, Methodology and Applications, Elsevier
      Biomedical Press, NY, 1983.

Culliford, Bryan J., The Examination and Typing of Bloodstains in the Crime Laboratory,
      U.S. Department of Justice, Law Enforcement Administration, 1971.

MacDonnell, Herbert Leon,"Flight Characteristics and Stain Patterns of Human Blood",
      U.S. Department of Justice, Law Enforcement Administration, 1971.

MacDonnell, Herbert Leon, Bloodstain Patterns, Golos Printing, Corning, NY, 1993.

Eckert, William G. and James, Stuart H., Interpretation of Bloodstain Evidence at Crime
      Scenes, Elsevier Science Publishing Co. Inc., New York, NY, 1989.

Bevel, Tom and Gardner, Ross M., Bloodstain Pattern Analysis: With an Introduction to
      Crime Scene Reconstruction, CRC Press LLC, Boca Raton, FL, 1997.

# PENNSYLVANIA STATE POLICE
# SEROLOGY PROCEDURES MANUAL

## SECTION 2

# BLOOD IDENTIFICATION PROCEDURES

## A.    PRESUMPTIVE TESTS

### 1.    Phenolphthalein

**Principle**

This oxidative test for the presumptive detection of blood is based on the catalytic activity of the heme group of hemoglobin.

**Materials**

1.    Phenolphthalein
2.    Sodium or Potassium Hydroxide
3.    Zinc, granular
4.    $dH_2O$
5.    Glass boiling beads
6.    Ethanol, 95%
7.    3% Hydrogen Peroxide (see Miscellaneous Preparations and Procedures)
8.    Cotton applicator swabs

**Reagent Preparation**

1.    Place 2 g phenolphthalein, 20 g NAOH (or KOH), 20 g zinc granules and 100 mL distilled water in a 500 mL round bottomed flask and add glass boiling beads. Secure to a reflux apparatus. (This solution is 2% phenolphthalein.)
2.    Gently reflux 2 to 4 hours, or until resulting solution is colorless, to reduce the phenolphthalein to phenolphthalin.
3.    Store stock solution refrigerated over zinc granules in an amber container.
4.    The working solution is prepared as a 1:5 dilution with ethanol. (5 mL stock plus 20 mL ethanol is a convenient mixture.)

**Procedure**

1.    Sample a questioned stain by lightly rubbing with a cotton swab moistened with $dH_2O$.
2.    Add a single drop of the phenolphthalein working solution to the swab and observe to detect any oxidative contaminants that may be present.
3.    Add a single drop of 3% hydrogen peroxide and observe carefully to detect any pink color that usually develops within 10 to 15 seconds as a positive result.

**Interpretation**

1.    Appearance of the distinct pink color on the swab is indicative of, but not proof positive of, the presence of blood.  A pink color forming after one minute should not be considered as a positive result, as auto-oxidation can occur in air and light.

**Quality Control**

1.    Reagent reliability is checked when the reagent is in use by running it against both positive (e.g. known blood) and negative controls.

**Reference**

A modification of that given in:

Gradwohl's Legal Medicine, Francis E. Camps, ed., Williams and Wilkins Company,
     Baltimore, MD, 1968, pp.190-191.

**2.      Luminol**

**Principle**

This presumptive test for blood relies on the hemoglobin enhancement of luminol to
produce a chemiluminescence in an alkaline solution.

**Materials**

1.      Luminol, 5-amino-2,3-Dihydro-1,4Phthalazinedione, (Fisher Scientific Company,
        #0 1141-5 or Kodak 3606)
2.      Sodium Hydroxide (NaOH)
3.      $dH_2O$
4.      30% Hydrogen Peroxide ($H_2 O_2$) (see Miscellaneous Preparations and
        Procedures.)

NOTE: Luminol is also referred to as 3-aminophthalhydrazide.

**Reagent Preparation**

1.      (Solution 1) In a plastic (nonmetallic) container, dissolve 0.071 g luminol in 12.5
        mL of 0.4 N Sodium Hydroxide dilute to 100 mL with $dH_2O$.
2.      (Solution 2) Dissolve 2.0 g of Sodium Hydroxide in 100 mL of $dH_2O$. (This is a 0.4
        N NaOH).
3.      (Solution 3) Mix 2 mL of 30% Hydrogen Peroxide in $dH_2O$ and dilute to 100 mL
        with $dH_2O$.
4.      (Working Solution) Mix 10 mL of Solution 1, 10 mL of Solution 2 and 10 mL of
        Solution 3 and dilute this mixture to 100 mL with $dH_2O$. Prepare fresh daily.

**Procedure**

1.      Using a spray bottle, mist the above mixture over areas where blood is suspected.
        Since optimum visibility of the reaction requires total darkness, the area should be
        darkened immediately after misting. In situations where luminescence is short-
        lived, respraying may be helpful.
2.      As soon as the luminescence is observed, the area should be photographed and
        marked to facilitate later observations and/or sample collection.
3.      One of the most common applications of the reagent is by spraying or misting
        crime scene areas where blood is suspected but not seen. An alternative
        procedure would employ swabbing a suspected area with a moistened cotton
        swab and misting the swab with the reagent or testing with a single drop of the
        reagent applied from a dropper bottle.

**Interpretation**

1.   Luminol is used where blood is suspected but not visible.
2.   Because luminol tends to have more false positives than phenolphthalein, it is strongly recommended when a positive result is achieved with luminol that the stain be further tested with phenolphthalein.
3.   CAUTION:  When stains are visible, alternative sampling/screening methods should be employed.  Application of luminol to a stain will adversely affect subsequent analysis of blood enzymes although DNA analysis may still be performed.
4.   Luminescence (blue-white) indicates a positive result and should be observed almost immediately (within 3 to 5 seconds), provided that the area is darkened immediately after reagent application.  Ambient lighting makes this observation impossible.  Duration of luminescence will depend on the quantity of blood present and may last as long as one to two minutes.  In some cases, the photography of results is suggested.

**Quality Control**

1.   The mixed luminol reagent shall be tested with both positive (e.g. known blood) and negative controls prior to its use.

**References**

A modification of that given in:

Gradwohl's Legal Medicine, Francis E. Camps, ed., Williams and Wilkins
    Company, Baltimore, MD, 1968, p. 191.

Lytle, L.T. and Hedgecock, D.G., "Chemiluminescence in the Visualization of
    Forensic Bloodstains," Journal of Forensic Science, Vol. 23, 1978, pp. 550-562.

Proescher, L. and Moody, A.M., "Detection of Blood by Means of
    Chemiluminescence," Journal of Laboratory and Clinical Medicine, Vol. 24,1939,
    pp. 1183-1189.

Zweidinger, R.A., Lytle, L.T., and C.G. Pitt, "Photography of Bloodstains
    Visualized by Luminol", Journal of Forensic Science, Vol. 18, 1973, pp.296-302.

Grispino, R.R.J., "The Effect of Luminol on the Serological Analysis of Dried
    Human Bloodstains", Crime Lab Digest, Vol. 17 1990, pp. 13-23.

Duncan, G.T., Seiden, H., Vallee, L., and Ferraro, D., "Effects of Superglue, other
    Fingerprint Developing Agents, and Luminol on Bloodstain Analysis", Journal of
    the Association of Official Analytical Chemists, Vol. 69, 1986, pp. 677-680.

BLOOD IDENTIFICATION PROCEDURES                                              Page 2-5

**B.    CONFIRMATORY TESTS**

**1.    Takayama**

**Principle**

This confirmatory test for the presence of blood relies on the presence of hemoglobin to form insoluble red crystals when the heme moiety combines with pyridine.

**Materials**

1.    Saturated D-glucose solution (see Miscellaneous Preparations and Procedures)
2.    10% Sodium Hydroxide (NaOH) solution, (see Miscellaneous Preparations and Procedures)
3.    Pyridine (Fisher Scientific Company, # P-368)
4.    $dH_2O$

**Reagent Preparation**

1.    In a clean, amber-colored bottle, mix 1 part each saturated D-glucose solution, 10% sodium hydroxide solution, and pyridine and add to 2 parts $dH_2O$.
2.    This solution may be made daily.

**Procedure**

1.    Place a small portion (thread, scraping, cutting, etc.) of the suspected stain/crust, etc. on a slide and cover with a fragment of a cover slip.
2.    Allow the reagent to flow under the cover slip, covering the questioned material. Avoid excess reagent.
3.    Place the slide on a slide warmer or in a heated water bath for a short time. The development of a pink color in and around the sample usually accompanies the reaction.

**Interpretation**

1.    A positive test is indicated by the observation of pink feathery and branched crystals of pyridine ferroprotoporphyrin.  The use of 100 X magnification is usually adequate but higher magnification may be helpful in some cases.
2.    Formation of the pyridine ferroprotoporphyrin (Takayama crystals) confirms the presence of heme in the stain and may be detected in whole blood diluted 1:16 +/- one double dilution.
3.    Both high magnification and focusing to view through the depth of the sample are often helpful to locate small crystals or those that are hidden within the fibers of a fabric sample.
4.    Extended periods of time may be required after heating to allow for crystal development.  Crystal development may also be enhanced by short periods (5 to 10 minutes) of refrigeration at 4 C or freezing at -20 degrees C.
5.    Crystal morphology may be altered slightly in decomposing blood (plates and/or needles).

### Quality Control

1.      Reagent reliability is checked when the reagent is in use by running it against a positive (e.g. known blood) and negative control.

### References

Condon, F.E. and Meislick, Herbert, Introduction to Organic Chemistry, Holt, Rinehart and Winston, Inc., New York, NY, 1960.

Gradwohl's Legal Medicine, Francis E. Camps, ed., Williams and Wilkins Company, Baltimore, MD, 1968.

Gaensslen, R.E., Sourcebook in Forensic Serology, Immunology and Biochemistry, U.S. Government Printing Office, Washington, D.C., 1983.

### 2.      Modified Takayama

### Principle

This confirmatory test for the presence of blood relies on the presence of hemoglobin to form insoluble red crystals when the heme moiety combines with pyridine.

### Materials

1.      D-glucose (Fisher Scientific Company, # D-16)
2.      Sodium Hydroxide (NaOH) (Mallinckrodt, Inc. # 7708)
3.      Pyridine (Fisher Scientific Company, # P-368)
4.      Dithiothreitol (Sigma Chemical Company, # D-9163)

### Reagent Preparation

1.      Prepare saturated D-glucose solution by dissolving 500 mg D-glucose in 500 mL-heated $dH_2O$.
2.      Prepare 10% sodium hydroxide (NaOH) solution by dissolving 5 mg sodium hydroxide in 500 $\mu$L $dH_2O$.
3.      Prepare 0.05 M dithiothreitol solution (Cleland's reagent) by dissolving 7.7 mg dithiothreitol in 1000 $\mu$l $dH_2O$.
4.      In a clean, amber-colored dropper bottle, mix 500 $\mu$l saturated D-glucose solution, 500 $\mu$l 10% sodium hydroxide, 500 $\mu$l pyridine and 1000 $\mu$l Cleland's reagent.
5.      This solution is made up daily.

### Procedure

1.      Place a small portion (thread, scraping, cutting, etc.) of the suspected stain/crust, etc. on a slide and cover with a fragment of a cover slip.
2.      Allow the reagent to flow under the cover slip, covering the questioned material. Avoid excess reagent.

**Interpretation**

1.    A positive test is indicated by the observation of pink feathery and branched crystals of pyridine ferroprotoporphyrin.  The use of 100 X magnification is usually adequate but higher magnification may be helpful in some cases.
2.    Formation of the pyridine ferroprotoporphyrin (Takayama crystals) confirms the presence of heme in the stain and may be detected in whole blood diluted 1:16 +/- one double dilution.
3.    High magnification or crossed polars, and focusing to view through the depth of the sample are often helpful to locate small crystals or those that are hidden within the fibers of a fabric sample.
4.    Crystal morphology may be altered slightly in decomposing blood (plates and/or needles).

**Quality Control**

1.    Reagent reliability is checked when the reagent is in use by running it against both positive (e.g. known blood) and negative controls.

**References**

Condon, F.E. and Meislick, Herbert, Introduction to Organic Chemistry, Holt, Rinehart and Winston, Inc., New York, NY, 1960.

Gradwohl's Legal Medicine, Francis E. Camps, ed., Williams and Wilkins Company, Baltimore, MD, 1968.

Gaensslen, R.E., Sourcebook in Forensic Serology, Immunology and Biochemistry, U.S. Government Printing Office, Washington, D.C., 1983.

Hatch, A.L., "A Modified Reagent for the Confirmation of Blood," Journal of Forensic Sciences, JFSCA, Vol. 38, No. 6, November 1993, pp. 1502-1506.

# PENNSYLVANIA STATE POLICE SEROLOGY PROCEDURES MANUAL

## SECTION 3

## ORIGIN DETERMINATION PROCEDURES

## A.    RING PRECIPITIN PROCEDURE

### Principle

The Ring Test is a simple, rapid and sensitive application of the precipitin reaction.  The interaction of antigen extract layered over antiserum allows a visible interfacial precipitin line in a positive result.  It is often of value in cases where there is a very limited amount of blood or an expeditious result is required.

### Materials

1.    Anti-human serum of high titer and specificity (commercial source).
2.    Bloodstain extracts in buffered saline of known identity to serve as controls/normal sera.
3.    Buffered saline (Scientific Products # B3157-12A).
4.    Test tubes, 10 x 75 and 6 x 50 mm.
5.    Pasteur Pipettes (modified).

### Procedure

1.    Extract bloodstained cuttings of minimum size in saline or other appropriate extraction media in a test tube at room temperature.  Cutting size and saline volume may be adjusted slightly if necessary according to stain density and size.  Extraction time will depend on the condition and concentration of the stain (may require minutes or hours - warming at or near 37° C may help).  Overnight extraction should be done under refrigeration to prevent evaporation and microbial action.
2.    Place a small amount of antiserum in a 6 x 50 mm inclined precipitin tube by allowing it to flow down the side.
3.    Carefully add a similar volume of extract in the same manner, such that it layers itself over the antiserum.
4.    Slowly right the tube and allow at least one (1) but not more than thirty (30) minutes for a reaction to occur at room temperature.
5.    Observe the precipitin band at the interface of the two fluids using oblique light.

Note:    Clean glassware is essential - unnecessary agitation should be avoided. Good technique results in a fine, sharp precipitin line, although fatty stain extracts may result in a foggy preparation that will give a diffuse band at the interface or obscure the band completely.

### Interpretation

1.    Positive results are evident as precipitin bands read with the tube held in a beam of oblique light to observe any precipitate (precipitin line) occurring at the antiserum-extract interface.  Carefully tipping the tube may assist in observing the line.  Avoid excess agitation.
2.    It is important to strive for uniform protein concentration in extracts.  While extract color is hardly quantitative, it is often the most feasible means of evaluating the extracts.

### Quality Control

1.  When the antisera is in use, reagent reliability is checked by running it against a positive (e.g. appropriate commercially prepared known whole serum or known blood extract) and negative controls.
2.  Whenever possible, the questioned stain extract should be tested concurrently with an unstained substrate control from the stained item.
3.  Each lot number of antisera shall be checked against the known serum of the host animal. In addition, each lot number of antisera should be tested for specificity against a standard panel of bloodstain extracts from non-homologous sources (if not done by the manufacturer).
4.  Each lot number of known whole serum shall be checked for reactivity against the appropriate antisera.

### References

Gaensslen, R.E., Sourcebook in Forensic Serology,Immunology and Biochemistry, U.S. Government Printing Office, Washington, D.C., 1983.

Lee, H.C., "Identification and Grouping of Bloodstains," in Forensic Science Handbook, R. Saferstein, ed., Prentice Hall, Englewood Cliffs, NJ, 1984, pp. 284-296.


B.       **OUCHTERLONY DOUBLE DIFFUSION PROCEDURE**

### Principle

Antigen and antibody reactants are allowed to diffuse toward each other through a gel medium to produce visible precipitin arcs to permit antigen identification.

### Materials

1.       Agar
2.       Petri dishes (55 mm O.D.)
3.       Saline
4.       Appropriate antisera
5.       Bloodstain extracts of known identity/normal sera
6.       Gel punch
7.       Well pattern template
8.       $dH_2O$

### Reagent Preparation

1.   Gel Plates
     a.       Prepare a 1% agar suspension and bring to a boil.
     b.       Pipette 3.0 mL of the hot agar suspension into each Petri dish.
     c.       Allow the dishes to cool and refrigerate at or near 4° C.
     d.       Punch wells into the gel by using well patterns appropriate for the situation at hand. (i.e., six-well or five-well rosettes with a center well – see "Interpretation").

2.      Preparation of Stain Extracts:
   a.      Extract bloodstained cuttings of minimum size in saline or other appropriate extraction media in a test tube at room temperature.  Cutting size and saline volume may be adjusted slightly if necessary according to stain density and size.  Extraction time will depend on the condition and concentration of the stain (may require minutes or hours - warming at or near 37° C may help).  Overnight extraction should be done under refrigeration to prevent evaporation and microbial action.
   b.      Add a portion of the neat stain extract to the appropriate wells of the gel plate. Avoid diluting all of the neat extract whenever possible.

## Procedure

1.      Before any samples are added to the gels, the placement of stain extracts and controls relative to the positions of antisera should be determined to result in maximum information being derived from the run.  Various well patterns are available.
2.      Place an amount of the diluted stain extracts or cutting, antisera and controls in appropriate wells of the gel.  Stain extracts should also be tested against a normal (non-immune) serum from host animal species.
3.      Incubate the gel plates at or near 37° C for 4 to 8 hours or room temperature overnight (see "Interpretation").
4.      Read and interpret results by viewing the gels with oblique transmitted light.

## Interpretation

1.      Positive results occur as precipitin arcs between antisera and stain extract (antigens) wells.  Common origin is indicated by a fusion of precipitin bands of questioned extracts and known standards in adjacent wells.

## Quality Control

1.      When the antisera is in use reliability is checked by running it against a positive (e.g. appropriate commercially prepared known whole serum or known blood extract) and negative controls.
2.      Whenever possible, the questioned stain extract should be tested concurrently with an unstained substrate control from the stained item.
3.      Each lot number of antisera shall be checked against the known serum of the host animal.  In addition, each lot number of antisera should be tested for specificity against a standard panel of bloodstain extracts from non-homologous sources (if not already done by the manufacturer).
4.      Each lot number of known whole serum shall be checked for reactivity against the appropriate antisera.

**References**

Gaensslen, R.E., <u>Sourcebook in Forensic Serology,Immunology and Biochemistry</u>, U.S. Government Printing Office, Washington, D.C., 1983.

Lee, H.C., "Identification and Grouping of Bloodstains," in <u>Forensic Science Handbook</u>, R. Saferstein, ed., Prentice Hall, Englewood Cliffs, NJ, 1982, pp. 284-296.

# PENNSYLVANIA STATE POLICE
# SEROLOGY PROCEDURES MANUAL

# SECTION 4

# BLOOD GENETIC MARKER PROCEDURES

BLOOD GENETIC MARKER PROCEDURES                                      Page 4-2

**A.     GROUP I Esterase (EsD), Phosphoglucomutase (PGM)**

**Principle**

Polymorphic enzymes are separated in a gel medium based on electric charge differences.  Enzyme bands are visualized using an overlay containing appropriate substrates needed for the each enzymatic reaction.  Upon completion of the reaction, the resulting bands are interpreted as specific enzyme types.  These types are used to profile identified biological stains submitted as items of evidence and are ultimately compared to the profile of known standards.  This procedure allows for the simultaneous separation and typing of the enzymes Esterase-D (EsD) and Phosphoglucomutase (PGM).

**Materials**

1.     Group I tank buffer concentrate (SERI B101)
2.     Agarose  Type V (Sigma A-3768) or SERI ES Agarose
3.     Cleland's Reagent (BP172-25 Fisher BioTech)
4.     Cotton thread
5.     EsD Reaction Buffer (SERI B110)
6.     Reaction A buffer (SERI B108)
7.     4-Methylumbelliferyl acetate (SERI R506)
8.     3 mm Whatman filter paper
9.     PGM PMR (SERI R585)
10.    Glucose-6-phosphate Dehydrogenase (SERI R582)
11.    Group I Standard (SERI R550)
             EsD 2-1
             PGM 2-1
12.    20 cm x 20 cm glass plate with 1 mm thick borders
13.    Applicator strip or metal slot cutter
14.    Purified agar
15.    Horizontal electrophoresis tank with buffer chambers and refrigerated cooling platen
16.    Power supply, adjustable up to 500V
17.    Cooling bath to 5°C
18.    Sponge bridges

**Reagent Preparation**

NOTE: The above pre-mixed commercially prepared reagents have been listed in this procedure for convenience purposes.  Formulations for the reagents can be found in the Miscellaneous Preparations and Procedures Section of this manual.

1.     Tank buffer: Dilute tank buffer concentrate 1:10 with $dH_2O$.  Adjust pH if necessary.  Discard after four uses.
2.     Gel buffer: Dilute tank buffer 1:15 with $dH_2O$.
3.     Cleland's Reagent: Add 7.7 mg of dl-dithiothreitol to 1 mL $dH_2O$.  Prepare fresh.
4.     Gel Preparation: Prepare a 1% (W/V) gel by dissolving 0.9 g of Type V Agarose in 90 mL of gel buffer (or 2% SERI ES).  Bring the mixture to boiling by heating in an Erlenmeyer flask ensuring the entire agar is dissolved.  Pour the mixture onto the 20 cm x 20 cm glass plate and immediately level to a 1 mm gel by using a gel

scraper.  Allow the gel to solidify, then place gel plate on the electrophoresis tank cooling platen for at least ten minutes.

5.  EsD Reaction Buffer: Dilute EsD Reaction Buffer concentrate 1:10 with $dH_2O$. Adjust pH, if necessary.

6.  PGM Reaction Buffer: Dilute Reaction A buffer concentrate 1:10 with $dH_2O$. Adjust pH, if necessary.

7.  EsD Reaction Mixture:

> 4-Methylumbelliferyl acetate* 4mg
> EsD Reaction Buffer   15mL

*Dissolve 4mg MUA in a few drops of acetone before adding to the reaction buffer.

8.  PGM Reaction Mixture – Combine the following:

> 67.5 mg PGM PMR
> 30 µL Glucose-6-phosphate dehydrogenase
> 15 mL  PGM Reaction Buffer

Add the above mixture to 15 mL of a 2% agar solution at approximately 55°C.

## Procedure

1.  Prepare a 1 mm thick gel, 1% Type V agarose as outlined in the "Reagent Preparation".

2.  Position the origin 3.0 cm from the cathode end of the gel.

3.  Cut application slots into the gel using the slot cutter.  Alternately, the origin may be blotted twice with strips of filter paper 1.5 cm wide with the silicone applicator strip then pressed gently into place at the origin.

4.  Prepare the samples as follows:

    For extract application – Soak small cuttings (approx. 3 mm x 3 mm) in a drop of Cleland's Reagent.  Separate the extract from the cuttings by centrifuging the samples in microspin baskets.  Extract blood crusts the same way but without centrifugation.  For stain application – cut thin strips or threads of stain and soak in a minimum amount of Cleland's Reagent.

5.  Apply the samples as follows making sure to include appropriate standards:

    Extracts – Pipet a 10 µL sample of the stain extract into the appropriate well in the applicator strip and allow to absorb into the gel for 15 minutes.  Blot any remaining liquid on the surface of the gel with a strip of filter paper and remove the applicator strip.  Stains – Insert threads directly into slots cut into gel.

6.  Pour the tank buffer into the buffer chambers of the electrophoresis tank.  Place the gel plate on the cooling platen of the electrophoresis tank.  (The platen temperature should be approximately 5°C).  Place one end of a sponge bridge along the cathode edge of the gel (covering approximately 1 cm) and extend the opposite end of the sponge bridge into the buffer chamber.  Repeat with a second sponge for the anode edge of the gel.

7.  Run the electrophoresis for approximately 3 hours at 300-350V.

8.  Remove the gel plate from the tank and remove excess moisture.

9.  Prepare the EsD Reaction Mixture and saturate a 10 x 20 cm section of Whatman paper.  Align the long edge of the Whatman paper with the origin and lay the paper onto the gel towards the anode ensuring there are no air bubbles under the paper.

10.  Incubate at or near 37°C for 15-20 minutes.  Read EsD under long wave UV light. Interpret and record results.  Mark the gel at the EsD 2 band.  Remove the filter paper before pouring the PGM Reaction Mixture.

11.  Position overlay borders to cover an area from the marked EsD 2 band to the origin.  Prepare the PGM Reaction Mixture and overlay onto this area.

12. Incubate at or near 37°C for approximately 30 minutes. Interpret and record results.
13. NOTE: During enzyme development, prolonged incubation may be used in order to further develop weak results.

**Interpretation**

1. EsD isozymes are produced by multiple alleles at a single locus. The three common phenotypes are EsD 1, EsD 2-1, and EsD 2.
2. EsD 2 phenotype has the greatest mobility, and is therefore easily distinguished. In the EsD 1 phenotype the cathodal band is the most intense band. In the EsD 2-1 phenotype the hybrid band is the most intense band.
3. As bands begin to lose intensity, care must be taken in distinguishing EsD 1, and EsD 2-1 phenotypes. A comparison must be made of the intensities between the hybrid band and cathodal band.
4. The $PGM_1$ locus has two (2) alleles and determines the a, b, c, and d isozyme bands of the three common phenotypes 1, 2-1, and 2. PGM 1 has bands "a" and "c". PGM 2 has bands "b" and "d". The heterozygote PGM 2-1 has the four bands "a", "b", "c", and "d".
5. There are various conditions that may effect PGM results:
   a. Post-mortem blood samples should be viewed within 5-10 minutes.
   b. Effects of Age:
      1) Enhancement of Activity - usually accompanied by considerable bacterial growth
      2) Loss of Activity – due to age of sample or storage conditions
      3) Development of a diffuse band in the "d" region. This pseudo "d" band is positioned slightly anodic to the true "d" isozyme.
   c. Vaginal secretions sometimes contain PGM in detectable amounts. This should be taken into consideration when interpreting PGM results as a mixture of vaginal and seminal fluids may be present.
   d. Effects of the stain substrate.
6. See Figures 6.1, 6.2 and 6.3.
7. The following population statistics have been reported in the Journal of Forensic Sciences, Vol. 23, No. 3, July 1978, page 577.

**ESTERASE D (EsD)**

| Type | White (%) | Black (%) | Chicano/Amer. (%) | Asian (%) |
|------|-----------|-----------|-------------------|-----------|
| 1-1 | 79.5 | 83.6 | 73.9 | 41.6 |
| 2-1 | 19.3 | 16.0 | 23.8 | 44.2 |
| 2-2 | 1.2 | 0.4 | 2.3 | 14.2 |

## PHOSPHOGLUCOMUTASE (PGM)

| Type | White (%) | Black (%) | Chicano/Amer. (%) | Asian (%) |
|------|-----------|-----------|-------------------|-----------|
| 1-1  | 58.9      | 66.2      | 58.7              | 59.0      |
| 2-1  | 35.6      | 29.5      | 34.7              | 35.0      |
| 2-2  | 5.4       | 4.0       | 6.2               | 5.6       |

## ESTERASE D (EsD) AGAROSE GEL ELECTROPHORESIS



**Figure 6.1**

## PHOSPHOGLUCOMUTASE (PGM) GROUP I AGAROSE GEL ELECTROPHORESIS



**Figure 6.2**

## PATTERNS OF VARIOUS PGM TYPES



Patterns of Various PGM Types.  (Reprinted from Hopkinson and Harris, Ann. Hum. Genet. 1966, 30: 167)

**Figure 6.3**

(Reprinted from Hopkinson and Harris, Ann. Hum. Genet. 1966, 30: 167)

### Quality Control

1.    For reference purposes, known standards of EsD 2-1 and PGM 2-1 must be run on a Group I  electrophoresis plate.

### References

Wraxall, B. and Stolorow, M., Journal of Forensic Sciences, Vol. 31, No. 4, October 1986, pp. 1439-1449.

Biology Methods Manual, Metropolitan Police Forensic Science Laboratory

The Examination and Typing of Bloodstains in the Crime Laboratory, B. J. Culliford

Hopkinson and Harris, Ann. Hum. Genetics, 1966, 30:167

**B.    GROUP II, ADENOSINE DEAMINASE (ADA), ERYTHROCYTE ACID PHOSPHATASE (EAP) AND ADENYLATE KINASE (AK)**

### Principle

Polymorphic enzymes are separated in a gel medium based on electric charge differences. Enzyme bands are visualized using an overlay containing appropriate substrates needed for each enzymatic reaction.  Upon completion of the reaction, the resulting bands are interpreted as specific enzyme types.  These types are used to profile identified biological stains submitted as items of evidence and are ultimately compared to the profile of known standards.  This procedure allows for the simultaneous separation and typing of the enzymes Adenosine Deaminase (ADA), Erythrocyte Acid Phosphatase (EAP) and Adenylate Kinase (AK).

### Materials

1.     Group II/PGM sub gel buffer concentrate (SERI B103)
2.     Group II/PGM sub tank buffer powder (SERI B102)
3.     Starch, hydrolyzed
4.     Cleland's reagent (BP172-25 Fisher BioTech)
5.     Cotton thread
6.     EAP Reaction buffer (SERI B111)
7.     ADA Reaction buffer (SERI B113)
8.     Reaction A buffer (SERI B108)
9.     4-methylumbelliferyl phosphate (MUP) (Sigma M-8883)
10.    3 mm Whatman filter paper
11.    Xanthine Oxidase (SERI R631)
12.    Nucleoside Phosphorylase (SERI R578)
13.    ADA PMR (SERI R586)
14.    G6PD + Hexokinase (SERI R584)
15.    AK PMR (SERI R587)
16.    Group II standards (at minimum)
           ADA 2-1
           EAP BA
           AK 2-1
       Note:  SERI R551 Group II standards sold as a set:
           Std A - EAP BA, ADA 2-1
           Std B - EAP CB, AK 2-1
17.    20 cm x 20 cm glass plate with 2 mm thick borders
18.    Slot cutter
19.    Purified agar
20.    Horizontal electrophoresis tank with buffer chambers and refrigerated cooling platen
21.    Power supply adjustable to 500V
22.    Cooling bath to 5°C
23.    Sponge bridges

**Preparation of Reagents**

NOTE: The above pre-mixed commercial reagents have been listed in this procedure for convenience purposes.  Formulations for the reagents can be found in the Miscellaneous Preparations and Procedures Section of this manual.

1.    Gel Buffer: Dilute gel buffer concentrate 1:10 with $dH_2O$.  Adjust pH, if necessary.
2.    Tank Buffer: Dissolve 1 packet of tank buffer powder in 1 liter of $dH_2O$.  Adjust pH, if necessary.  Discard after four uses.
3.    Gel Preparation: To prepare a 20 cm x 20 cm starch gel, add enough starch to 100 mL of Gel Buffer to produce a 10% (W/V) gel.  (The amount of starch needed is determined by the conversion factor found upon each bottle of reagent).  Bring the mixture to a boil by heating in a 500 mL Erlenmeyer flask.  After boiling, degas the gel by using a vacuum pump drawing approximately 15 psi pressure and then pour onto the gel plate.  The starch solution is immediately leveled to a 2 mm gel by using the gelscraper.
4.    EAP Reaction Buffer: Dilute EAP reaction buffer concentrate 1:10 with $dH_2O$.  Adjust pH, if necessary.
5.    AK Reaction Buffer: Dilute Reaction A buffer concentrate 1:10 with $dH_2O$. Adjust pH, if necessary.
6.    ADA Reaction Buffer: Dilute ADA Reaction buffer concentrate 1:10 with $dH_2O$.  Adjust pH, if necessary.
7.    EAP Reaction Mixture – Dissolve 4 mg MUP in 15 mL reaction buffer.
8.    ADA Reaction Mixture – Combine the following:

|  |  |
|---|---|
| 40 µL | Xanthine Oxidase |
| 40 µL | Nucleoside Phosphorylase |
| 30 mg | ADA PMR |
| 15 mL | ADA Reaction Buffer |

Add the above mixture to 15 mL of a 2% agar solution at approximately 55°C.
9.    AK Reaction Mixture – Combine the following:

|  |  |
|---|---|
| 30 µL | G6PD + Hexokinase |
| 52.5 mg | AK PMR |
| 15 mL | AK Reaction Buffer |

Add the above mixture to 15 mL of a 2% agar solution at approximately 55°C.
10.   Optional: To prepare a bulk quantity of a 2% agar solution to be used in the above reaction mixtures, add 4 g of purified agar to 200 mL of $dH_2O$.  Bring to boiling in a 500 mL Erlenmeyer flask.  Transfer to a 250 mL flask with a rubber stopper.  Store at 60°C.

**Procedure**

1.    Prepare a 2 mm thick gel, 10% (W/V) Hydrolyzed Starch as outlined in the "Reagent Preparation".
2.    Position the origin 5.5 to 6.0 cm from the cathode end of the gel.
3.    Cut application slots into the gel by using the slot cutter.
4.    Prepare the samples as follows:
      For lysates – Combine two (2) drops of neat lysate with 0.05 M Cleland's Reagent solution.  Soak mixture onto three (3) to four (4) cotton threads.
      For stains – Cut thin strips or threads of the stain and soak in a minimum amount of a 0.01 M Cleland's Reagent solution.
5.    Apply the samples to slots cut into the gel along with appropriate standards.

6.      Pour the tank buffer into the buffer chambers of the electrophoresis tank.
7.      Place the gel plate on the cooling platen of the electrophoresis tank. (The platen temperature should be approximately 4-5°C). Place one end of a sponge bridge along the cathode edge of the gel (covering approximately 1 cm) and extend the opposite end of the sponge bridge into the buffer chamber. Repeat with a second sponge bridge for the anode edge of the gel.
8.      Run the electrophoresis for approximately 16 hours (overnight), at 150V (7.5 V/cm).
NOTE: Voltage can be varied to accommodate work schedules as long as 2400-volt hours are used.
9.      Remove gel plate from tank and remove excess moisture.
10.     Prepare EAP Reaction Mixture and saturate a 13 x 20 cm section of Whatman paper. Align the long edge of the Whatman paper with the cathode end of the gel and lay the paper onto the gel 13 cm towards the anode.
11.     Position overlay borders on the exposed anodic portion of the gel. Prepare ADA Reaction Mixture and cover remaining anodic portion of gel with this mixture.
12.     Incubate at or near 37°C for 30 to 45 minutes. Cover ADA Reaction Mixture with black glass. Read EAP under long wavelength UV light. Interpret and record results. Remove filter paper before pouring the AK Reaction Mixture.
13.     Position overlay borders to cover an area of the gel 1 cm anodic of origin to cathode. Prepare the AK Reaction Mixture and overlay onto this area.
14.     Incubate at or near 37°C for approximately 30 minutes. Interpret and record results.
15.     NOTE: During enzyme development, prolonged incubation may be used in order to further develop weak results.

**Interpretation**

1.      See Figures 6.4, 6.5 and 6.6.
2.      Bacterial contamination of samples may result in a "streaking" of any Group II isozyme pattern. Interpretation can only be made when distinct bands are present.
3.      The following population statistics have been reported in the Journal of Forensic Sciences, Vol. 23, No. 3, July 1978, page 577.

## ERYTHROCYTE ACID PHOSPHATASE (EAP)

| Type | White (%) | Black (%) | Chicano/Amer. (%) | Asian (%) |
|------|-----------|-----------|-------------------|-----------|
| AA   | 10.8      | 5.6       | 6.7               | 5.2       |
| BA   | 42.1      | 31.4      | 35.8              | 35.6      |
| BB   | 39.3      | 60.2      | 53.5              | 59.2      |
| CA   | 3.3       | 0.2       | 1.6               | 0.0       |
| CB   | 4.3       | 1.3       | 2.2               | 0.0       |
| CC   | 0.2       | 0.1       | 0.0               | 0.0       |

## ADENOSINE DEAMINASE (ADA)

| Type | White (%) | Black (%) | Chicano/Amer. (%) | Asian (%) |
|------|-----------|-----------|-------------------|-----------|
| 1-1  | 90.0      | 97.8      | 93.8              | 95.2      |
| 2-1  | 9.8       | 2.2       | 5.9               | 4.6       |
| 2-2  | 0.2       | 0.0       | 0.3               | 0.2       |

## ADENYLATE KINASE (AK)

| Type | White (%) | Black (%) | Chicano/Amer. (%) | Asian (%) |
|------|-----------|-----------|-------------------|-----------|
| 1-1  | 92.7      | 98.4      | 95.6              | 99.8      |
| 2-1  | 7.1       | 1.6       | 4.3               | 0.2       |
| 2-2  | 0.1       | 0.0       | 0.1               | 0.0       |



**Figure 6.4**



**Figure 6.5**

BLOOD GENETIC MARKER PROCEDURES                                                    Page 4-13



**Figure 6.6**

## Quality Control

1.      For reference purposes, known standards of EAP types BA and CB, ADA 2-1, and AK 2-1 must be run on a Group II electrophoresis plate.

## References

Serological Research Institute, 1450 53rd Street, Emeryville, CA  94608

Wraxall, B.G.D., and Stolorow, M.D., "Recent Advances in Electrophoretic Techniques of Bloodstain Analysis", presented at the 30th Annual Meeting of the American Academy of Forensic Sciences, St. Louis, MO, February 23, 1978.

**C.    PHOSPHOGLUCOMUTASE SUBTYPING (PGMst) BY AGAROSE GEL ELECTROPHORESIS**

### Principle

Polymorphic enzymes are separated in a gel medium based on electrical charge differences.  Enzyme bands are visualized using an overlay containing appropriate substrates needed for an enzymatic reaction.  Upon completion of the reaction, the resulting bands are interpreted as specific enzyme types.  These types are used to profile identified biological stains submitted as items of evidence and are ultimately compared to the profile of known standards.  This procedure allows for the separation and typing of the subtypes of the enzyme Phosphoglucomutase (PGM) by agarose gel electrophoresis.

### Materials

1.    Group II/PGM subtype tank buffer (SERI B102)
2.    Group II/PGM subtype gel buffer (SERI B103)
3.    Agarose (Sigma Type I, Low EEO or SERI E10)
4.    Cleland's Reagent (0.05 M Dithiothreitol)
5.    Purified Agar
6.    PGM subtype/6PGD Reaction Buffer (SERI B115)
7.    PGM subtype PMR (SERI R592)
8.    Glucose-6-Phosphate Dehydrogenase (SERI R582)
9.    Blood standard prepared to exhibit $2^+$, $2^-$, $1^+$, and $1^-$ isozymes (SERI 4 band control (R554)
10.   20 cm x 20 cm glass plate with 1 mm thick border
11.   Silicone applicator strip (Serva)
12.   Microcentrifuge tubes with forensic spin baskets
13.   Power supply, adjustable up to at least 500V
14.   Horizontal Electrophoresis Tank, with buffer tanks and refrigerated cooling platen
15.   Sponge bridges
16.   Cooling bath to 5°C

### Reagent Preparation

NOTE: The above pre-mixed commercial reagents have been listed in this procedure for convenience purposes.  Formulations for the reagents can be found in the Miscellaneous Preparations and Procedures Section for this manual.

1.    Tank Buffer: Dissolve one packet of Group II/PGM subtype tank buffer in 1 liter of $dH_2O$.  Adjust pH, if necessary.
2.    Gel Buffer: Dilute Group II/PGM subtype gel buffer concentrate 1:10 with $dH_2O$ (50 mL of buffer to 450 mL $dH_2O$).  Adjust pH, if necessary.
3.    Cleland's Reagent: Dissolve 7.7 mg of dithiothreitol in 1 mL $dH_2O$.  Prepare fresh weekly.
       Gel Preparation: Prepare a 1% (W/V) gel by dissolving 0.7 g of Type I Agarose in 70 mL of gel buffer.  Bring the mixture to boiling by heating in an Erlenmeyer flask ensuring the entire agar is dissolved.  Pour the mixture onto a 20 cm x 20 cm gel plate and immediately level to a 1 mm gel by using a gel scraper.  Allow the gel to solidify, then place gel plate on the electrophoresis tank cooling platen for at least ten minutes.

4.    Reaction Buffer: Dilute PGM subtype/6PGD reaction buffer concentrate 1:10 with dH$_2$O. Adjust pH, if necessary.
5.    Reaction Mixture – Combine the following:
67.5 mg PGM subtype PMR
30 µL Glucose-6-phosphate dehydrogenase
15 mL PGM subtype/6PGD Reaction Buffer
Add the above mixture to 15 mL of a 2% agar solution at approximately 55°C.

**Procedure**

1.    Prepare a 1 mm thick gel, 1% Type I agarose as outlined in the "Reagent Preparation".
2.    Position the origin at the midpoint of the gel.
3.    Blot the origin twice with strips of filter paper 1.5 cm wide, then place the applicator strip on the origin and gently press into place. Alternately, application slots may be cut into the gel using a slot cutter.
4.    Prepare the samples as follows:
For extract application – Soak small cuttings (approx. 3 mm x 3 mm) in a drop of Cleland's Reagent. Separate the extract from the cuttings by centrifuging the samples in microspin baskets. Extract blood crusts the same way but without centrifugation. For stain application – Cut thin strips or threads of stain and soak in a minimal amount of Cleland's Reagent.
5.    Apply the samples as follows making sure to include appropriate standards:
Extracts – Pipet a 10µL sample of the stain extract into the appropriate well in the applicator strip and allow to absorb into the gel for 15 minutes. Blot any remaining liquid on the surface of the gel with a strip of filter paper and remove applicator strip.
Stains – Insert threads directly into slots cut into the gel.
6.    Pour the tank buffer into the buffer chambers of the electrophoresis tank. Place the gel plate on the cooling platen of the electrophoresis tank. (The platen temperature should be approximately 5°C). Place one end of a sponge bridge along the cathode edge of the gel (covering approximately 1 cm) and extend the opposite end of the sponge bridge into the buffer chamber. Repeat with a second sponge for the anode edge of the gel.
7.    Run the electrophoresis for approximately 4 hours, at 400V.
8.    Remove the gel plate from the tank and remove excess moisture.
9.    Position overlay borders to mark off an area from the origin to 7 cm toward the cathode end of the gel. Prepare the PGM subtype Reaction Mixture and overlay onto this area. Incubate at or near 37° C for approximately 30 minutes. Interpret and record results.
10.    NOTE: During enzyme development, prolonged incubation may be used in order to further develop weak results.

**Interpretation of Results**

1.    A blue band on a light background indicates the presence of an enzyme band. The PGM subtype phenotype can be determined by observing the location of the band (or bands) present in the questioned samples and comparing them to the 4 band control.
2.    See Figure 6.7.

BLOOD GENETIC MARKER PROCEDURES                                      Page 4-16

| ORIGIN | CONTROL | 2+ | 2+2- | 2- | 1+ | 1+1- | 1- | 2+1+ | 2+1- | 2-1+ | 2-1- |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Secondary Banding | — | — | — | — | — | — | — | — | — | — | — |
| 2+ | — | — | — | | | | | — | — | | |
| 2- | — | | — | — | | | | | | — | — |
| 1+ | — | | | | — | — | | — | | — | |
| 1- | — | | | | | — | — | | — | | — |

**Figure 6.7**

### Notes

1.    Depending on the pH and the EEO of the support medium, some secondary PGM banding may appear between the origin and the PGM $2^+$ isozyme.  The secondary banding should not be confused with the $2^+$ isozyme when interpreting the band patterns.  The used of adequate controls should prevent any problems with interpretation.
2.    The pH of the buffers and the EEO of the agarose are critical for successful performance of the procedure.
3.    Gel shrinkage from the anode is seen during these runs.  It has no effect on the analysis unless it moves past the origin.  This should not happen in the designated 4 hour run time.
4.    To assist in the interpretation, the 4 band control should be run in several positions on each run.
5.    Prolonged incubation times (even overnight) may facilitate interpretation of weak samples.

### Quality Control

1.    For references purposes, a known standard representing the PGM 1+, 1-, 2+ and 2- bands must be run on a PGM subtype electophoresis plate.

### References

Wraxall, Brian "Bloodstain Analysis System Procedures Manual", Forensic Science Foundation, Rockville, MD  1977-1978

Gaensslen, R.E., Sourcebook in Forensic Serology, Immunology and Biochemistry, Unit IX, U.S. Government Printing Office, Washington, D.C., 1983

**D.    DOUBLE ORIGIN ELECTROPHORESIS, ADENOSINE DEAMINASE (ADA), ADENYLATE KINASE (AK)**

### Principle

Polymorphic enzymes are separated in a gel medium based on electrical charge differences.  Enzyme bands are visualized using an overlay containing appropriate substrates needed for each enzymatic reaction.  Upon completion of the reaction, the resulting bands are interpreted as specific enzyme types.  These types are used to profile identified biological stains submitted as items of evidence and are ultimately compared to the profile of known standards.  This procedure allows for the simultaneous separation and typing of the enzymes Adenosine Deaminase (ADA) and Adenylate Kinase (AK).

### Materials

1.    Group II/PGM subtype tank buffer (SERI B102)
2.    Group II/PGM subtype gel buffer (SERI B103)
3.    Agarose (Sigma Type I,  Low EEO or SERI E10)
4.    Cleland's Reagent (0.05 M Dithiothreitol)
5.    Purified Agar
6.    ADA Reaction Buffer (SERI B113)
7.    Reaction A buffer (SERI B108)
8.    Xanthine Oxidase (SERI R631)
9.    Nucleoside Phosphorylase (SERI R578)
10.   ADA PMR (SERI R586)
11.   G-6-PD + Hexokinase (SERI R584)
12.   AK PMR (SERI R587)
13.   Group II Standard (SERI R551)
14.   20 cm x 20 cm glass plate with 1 mm thick border
15.   dH$_2$O
16.   Whatman #1 filter paper
17.   Sponge bridges
18.   Silicone applicator strips (2)
19.   Cooling bath to 5°C
20.   Power supply adjustable up to at least 500V
21.   Horizontal Electrophoresis tank, with buffer tanks and refrigerated cooling platen

### Reagent Preparation

NOTE: The above pre-mixed commercially prepared reagents have been listed in this procedure for convenience purposes.  Formulations for the reagents can be found in the Miscellaneous Preparations and Procedures Section of this manual.

1.    Gel Buffer: Dilute gel buffer concentrate 1:10 with dH$_2$O.  Adjust pH, if necessary.
2.    Tank Buffer: Dissolve 1 packet of tank buffer powder in 1 liter of dH$_2$O.  Adjust pH, if necessary.  Discard after four uses.
3.    Cleland's Reagent: Dissolve 7.7 mg of dithiothreitol in 1 mL dH$_2$O.  Prepare fresh weekly.
4.    Gel preparation: Prepare a 1% (W/V) gel by dissolving 0.7 g of Type I Agarose in 70 mL of gel buffer.  Bring the mixture to boiling by heating in an Erlenmeyer flask ensuring the entire agar is dissolved.  Pour the mixture onto a 20 cm x 20 cm gel

plate and immediately level to a 1 mm gel by using a gel scraper. Allow the gel to solidify, then place gel plate on the electrophoresis tank cooling platen for at least ten minutes.

5.  ADA Reaction Buffer: Dilute ADA Reaction buffer concentrate 1:10 with $dH_2O$. Adjust pH, if necessary.

6.  AK Reaction Buffer: Dilute Reaction A buffer concentrate 1:10 with $dH_2O$. Adjust pH, if necessary.

7.  ADA Reaction Mixture – Combine the following:

| 25 µL | Xanthine Oxidase |
|---|---|
| 25 µL | Nucleoside Phosphorylase |
| 20 mg | ADA PMR |
| 20 mL | ADA Reaction Buffer |

Add the above mixture to 20 mL of 2% agar solution at approximately 55°C.

8.  AK Reaction Mixture – Combine the following:

| 25 µL | G6PD + Hexokinase |
|---|---|
| 35 mg | AK PMR |
| 20 mL | AK Reaction Buffer |

Add the above mixture to 20 mL of a 2% agar solution at approximately 55°C.

## Procedure

1.  Prepare a 1 mm thick gel, 1% Type I agarose, as outlined in the "Reagent Preparation".

2.  Position the ADA origin 7 cm from the anode end and the AK origin 13 cm from the anode end of the gel.

3.  Blot both origins twice with strips of filter paper 2 cm wide then place an applicator strip on each origin and gently press into place avoiding any air bubbles between the strip and the gel.

4.  Prepare the samples as follows:
    Take two 0.5 x 0.5 cm sample cuttings from each sample. Divide these cuttings into quarters and eighths and place the pieces into two small separate microfuge tubes. Make sure the sample is situated at the bottom of the tube so that it will be covered by the extraction solution. Add 20-25 µL of $dH_2O$ to one set of cuttings and 20-25 µL of 0.05 M Cleland's Reagent to the other, making sure the cuttings are immersed in the extraction solution. Allow the cuttings to extract for 30-45 minutes. Following the extraction, place the cuttings in a filter basket and centrifuge for one minute. After centrifugation, the filter basket containing the cuttings may be discarded.

5.  Apply the samples as follows making sure to include the appropriate standards:
    Pipet 7 µL of each Cleland's extract into wells as the 7 cm origin (these are for ADA) and 7µL of each water extract into wells at the 13 cm origin (these are for AK). Allow these extracts to absorb into the gel for ten minutes. Blot any remaining liquid on the surface of the gel with a strip of filter paper and remove the applicator strips.

6.  Pour the tank buffer into the buffer chambers of the electrophoresis tank. (The platen temperature should be approximately 4°C). Place one end of a sponge bridge along the cathode edge of the gel (covering approximately 1 cm) and extend the opposite end of the sponge bridge into the buffer chamber. Repeat with a second sponge for the anode edge of the gel.

7.  Run the electrophoresis for approximately 90 minutes, at 350V (60 mAmps/plate). Check the plate after 60 minutes to determine where the hemoglobin line is

located.  Do not permit the first hemoglobin line to migrate into the 7 cm origin.
Adjust time accordingly.

8.      Preparation of Assay:

Adenosine Deaminase (ADA) Assay:

Prepare the ADA reaction overlay as described in the reaction mixture section and place in a mold situated immediately anodic to the 7 cm origin to cover the remainder of the plate to the anode.

Adenylate Kinase (AK) Assay:

Prepare the AK reaction overlay as described in the reaction mixture section and place in a mold situated immediately cathodic of the 13 cm origin to cover the remainder of the plate to the cathode.

After the overlays have set, cover both overlays with opaque masks and incubate the plate in the dark at or near 37° C for thirty minutes.  Remove the plate from the incubator and read the ADA and AK utilizing transmitted fluorescent light.  If the ADA and AK are not fully developed, the plate may be returned to the incubator for further development.

**Note**

When preparing the ADA and AK overlays, the enzymes are heat labile and should not be added to the overlay mixture until it has cooled to approximately 55°C.  Gelation occurs at approximately 45°C.  Therefore, after adding the enzyme, thorough mixing and pouring of the overlay must be done rapidly.

**Interpretation**

See Figures 6.8 and 6.9



**Figure 6.8**



**Figure 6.9**

**Quality Control**

1.    For reference purposes, at minimum, known standards of ADA 2-1 and AK 2-1 should be run on this electrophoresis plate.

**Reference**

Murch, R.S., Gambel, A.M., and Kearney, J.J., "A Double Origin Electrophoretic Method for the Simultaneous Separation of Adenosine Deaminase, Adenylate Kinase, and Carbonic Anhydrase II," Journal of Forensic Sciences, JFSCA, Vol. 31, No. 4, Oct. 1986, pp. 1349-1356.

**E.    PHOSPHOGLUCOMUTASE SUBTYPING (PGMst) ANALYSIS BY ISOELECTRIC FOCUSING**

### Principle

Polymorphic enzymes are separated in a gel medium based on differences in isoelectric point.  Enzyme bands are visualized using an overlay containing appropriate substrates needed for an enzymatic reaction.  Upon completion of the reaction, the resulting bands are interpreted as specific enzyme types.  These types are used to profile identified biological stains submitted as items of evidence and are ultimately compared to the profile of known standards.  This procedure allows for the separation and typing of the subtypes of the enzyme Phosphoglucomutase (PGM) by isoelectric focusing on a polyacrylamide gel.

### Materials

1.    Acrylamide (Fisher 01066)
2.    N,N'- Methylene-bis-acrylamide (Sigma M-7279)
3.    Ampholines (pH 5-7) (Pharmacia BioTech 80-1125-91)
4.    EPPS (N-[2-Hydroxyethyl] piperazine-N'-[3-propanesulfonic acid])
5.    Ammonium Persulfate (Fisher A682)
6.    TEMED (N,N,N,N – Tetramethylethylenediamine) (Sigma T-8133)
7.    .05 M Clelands (dl-Dithiothreitol DTT)
8.    .20 M NaOH
9.    .05 M $H_3PO_4$
10.   Electrofocusing electrode wicks
11.   Application tabs approximately 0.5 cm x 0.5 cm
12.   PGMst Reaction Buffer (SERI B115)
13.   Glucose-6-Phosphate Dehydrogenase (SERI R582)
14.   PGMst PMR (SERI R592)
15.   Purified agar
16.   Methacryloxpropyltrimethoxysilane (Bind Silane)
17.   Methanol
18.   Electrical tape (7mil) and automotive pinstriping tape (4 mil)
19.   Gel bond film
20.   PGM 4-Band Standard (SERI R554)
21.   Glass plates
22.   Power supply, adjustable to 2500V
23.   Cooling bath to 5°C
24.   LKB tank

### Reagent Preparation

NOTE: Any pre-mixed commercially prepared reagents have been listed in this procedure for convenience purposes.  Formulations for the reagents can be found in the Miscellaneous Preparations and Procedures Section of this manual.

1.    Acrylamide stock solution: (Store at approx. 4°C for not more than two weeks.)

|  | Large Batch | Small Batch |
|---|---|---|
| Acrylamide | 14.55 g | (2.91 g) |
| Bis-acrylamide | 0.45 g | (90 mg) |

Dissolve the above components in 30 mL (6 mL) of $dH_2O$. Filter solution and bring up to a volume of 50 mL (10 mL) with $dH_2O$.

NOTE: A commercially prepared acrylamide/bisacrylamide solution representing similar proportions may be substituted for the acrylamide stock solution.

2.    Gel plate preparation:
 a.    Silanize a clean plate by dipping it in bind silane (500 µL of bind silane in 250 mL of methanol) for thirty seconds. Remove from the solution and allow to dry.
 b.    After the plate is dry, prepare a gel plate by applying a 7 mil (approximately 0.2 mm) and 4 mil thickness of tape around the edge of the plate or use a gel bond border over petroleum jelly around the edge of the plate.
 c.    Prepare a cover plate by placing a pool of water on a second glass plate. Place a sheet of gel bond large enough to cover the entire glass plate onto the plate with the hydrophilic side next to the glass. The hydrophobic side of gel bond allows water to bead and run off and should now be exposed. Use a roller to squeeze out the excess water between the gel bond and the cover plate. Dry the excess water from the surface of the gel bond and plate.
 d.    Place the gel solution on one end of the gel plate. Slowly lower the cover plate onto the gel plate so that the gel bond is in contact with the gel solution (as lowering a coverslip onto a microscope slide). Place several glass plates on top of the cover plate to improve the seal. Allow the gel to polymerize overnight at room temperature. Following polymerization, the cover plate can be removed and the gel used.
  NOTE: Place the silanized plate on a paper towel since the excess acrylamide will leak out and capillary action will draw it under the plate, polymerizing the plate to the table.
 e.    The plate may be sealed in plastic and stored in the refrigerator for later use.
3.    Gel Solution:

| | |
|---|---|
| Acylamide stock solution | 1.33 mL |
| $dH_2O$ | 5.60 mL |
| Ampholines (pH 5-7) | 0.80 mL |
| EPPS | 95 mg |
| Ammonium persulfate | 5.5 mg |

Thoroughly mix the above components and degas for one minute under vacuum. Swirl gently while degassing. After degassing add 5.5 µL of TEMED and swirl gently.
NOTE: The gel will polymerize within five minutes following the addition of the TEMED; therefore, be prepared to gently mix and pour the gel on the gel plate.
4.    PGMst Reaction Buffer: Dilute PGMst Reaction Buffer concentrate 1:10 with $dH_2O$. Adjust pH, if necessary.
5.    PGMst Reaction mixture:

| | |
|---|---|
| PGMst PMR | 96 mg |
| G-6-PD | 25 µL |
| PGMst Reaction Buffer | 20 mL |

Add the above to 20 mL of a 2% agar solution at approximately 55°C.

**Procedure**

1.  Use a 0.5 cm x 0.5 cm cutting from the stain and divide this into smaller sections and place into a small tube. Add approximately 50 µL 0.05 M DTT to each sample depending on the quality of the stain (i.e., the less concentrated the stain the less DTT should be used). Make sure that the sample is completely immersed. Extract for a minimum of 30 minutes at room temperature.

2.  Prefocusing: Remove the gel plate and place on a thin layer of water on the cooling platen and absorb the excess water. Make sure that there are no air bubbles between the plate and the platen. Place a 10 cm long wick, which has been absorbed with 0.2 M NaOH (cathodic wick) and lightly blotted, lengthwise along on edge of the gel in a straight line. Make sure the wick is in contact with the gel at all points. Absorb a second wick with 0.05 M H $H_3PO_4$ (anodic wick) and blot. Place this wick along the parallel side, making sure that the interwick distance is 8 cm. Overlay the electrode holder so that the cathode (NaOH) wick is in contact with the black (-) electrode and the anode ($H_3PO_4$) wick is in contact with the red (+) electrode. Turn the voltage (0-500 scale) and amperage controls (0-20 mAmp scale) to maximum and wattage to zero (or slightly toward maximum). Turn on power and press "start". Adjust the wattage until the voltage gauge reads 250V. Prefocus the gel at this wattage setting for 25 minutes. If the initial voltage cannot be maintained, check the following:

    a.  Ensure that the electrodes are in contact with the wicks.
    b.  Ensure that the safety arms are in contact with the copper junction in the lid.
    c.  Ensure the leads are plugged securely into the power unit.
    d.  Use a pencil eraser to remove oxidation products on the metal strips on the lid and on the contact between the electrode.

3.  Application of sample: Turn off the power following the prefocus period. Absorb the extracts using 0.5 cm x 0.5 cm applicator tabs and place them in a straight line 0.5-1.0 cm from the anode wick. If the extract is dilute, double tabs (one on top of the other) should be used. Control consists of PGM 4-Band standard place before and after each four (or five) samples.

4.  Time and voltage schedule for focusing:

    |                      | Initial Voltage (V) | Time (min.) |
    |----------------------|--------------------:|:-----------:|
    | Prefocus             | 250                 | 25          |
    | Stop (apply tabs)    |                     |             |
    | Run                  | 500                 | 10          |
    | Stop (remove tabs)   |                     |             |
    | Run                  | 1100                | 30          |
    | Run                  | 1900                | 10          |
    | Run                  | 2300                | 5           |
    | Stop                 |                     |             |

5.  Remove the gel from the platen and gently remove the wicks from the gel. Prepare the reaction mixture and pour it into a border on the plate from the origin to the cathode edge or just over the visible hemoglobin bands. Let the overlay harden and incubate at or near 37°C for 15-20 minutes. (Post-mortem bloods should be viewed within 5-10 minutes.)

BLOOD GENETIC MARKER PROCEDURES                                    Page 4-24

**Interpretation**

1.    See Figure 6.10.
2.    The following population statistics have been observed (Serological Research
      Institute Advanced Electrophoresis Course Manual).

| Type | White (%) | California Black (%) | California Mex./Amer. (%) |
|------|-----------|----------------------|---------------------------|
| 1+1+ | 39.6 | 43.6 | 26.8 |
| 1+1- | 16.7 | 18.6 | 25.1 |
| 1-1- | 2.7 | 2.6 | 7.8 |
| 2+1+ | 23.1 | 23.1 | 11.5 |
| 2-1+ | 6.8 | 4.5 | 11.0 |
| 2+1- | 3.7 | 4.5 | 6.3 |
| 2-1- | 1.8 | 0.6 | 5.2 |
| 2+2+ | 2.9 | 1.9 | 1.7 |
| 2+2- | 2.2 | 0.0 (1.2) | 2.9 |
| 2-2- | 0.5 | 1.3 | 1.7 |



**Figure 6.10**

**Quality Control**

1.    For reference purposes, a known standard representing the PGM 1+, 1-, 2+, and 2- bands must be run on a PGM subtype isoelectric focusing plate.

**References**

Budowle, B., "Phosphoglucomutase-1 Subtyping of Human Bloodstains on Ultra Thin-Layer Polyacrylamide Gel", Electrophoresis, Vol. 5, 1984, pp. 165-167

Budowle, B., Murch, R.S., Davidson, L.C., Gambel, A.M., and Kearney, J.J., "Subtyping Phosphoglucomutase-1 in Semen Stains and Bloodstains: A Report on the Method", J. Forensic Sciences, Vol. 31, 1986, pp. 1341-1348.

**F.    PHOSPHOGLUCOMUTASE SUBTYPE (PGMst) AND ERYTHROCYTE ACID PHOSPHATASE (EAP) BY ISOELECTRIC FOCUSING**

**Principle**

Polymorphic enzymes are separated in a gel medium based on differences in isoelectric point. Enzyme bands are visualized using an overlay containing appropriate substrates needed for each enzymatic reaction. Upon completion of the reaction, the resulting bands are interpreted as specific enzyme types. These types are used to profile identified biological stains submitted as items of evidence and are ultimately compared to the profile of known standards. This procedure allows for the simultaneous separation and typing of the enzyme Erythrocyte Acid Phophatase (EAP) and the subtypes of the enzyme Phosphoglucomutase (PGM) and by isoelectric focusing on a polyacrylamide gel.

**Materials**

1.    Acrylamide (Fisher 01066)
2.    Bis-acrylamide (Sigma M-7279).
3.    Ampholines (5-7 pH range) (Pharmacia BioTech 80-1125-91)
4.    EPPS (N-[2-Hydroxyethyl] piperazine-N'-[3-propanesulfonic acid])
5.    Ammonium Persulfate (Fisher A682)
6.    TEMED (Sigma T-8133 N, N, $N_1$, $N^1$-Tetramethylethylenediamine
7.    .20 M NaOH
8.    .05 M $H_3PO_4$
9.    .05 M Clelands (Fisher BioTech BP172-25) (dithioerythritol)
10.    Wicks
11.    Application tabs, approximately 0.5 cm x 0.5 cm
12.    Cellulose acetate membrane (CAM) (5 cm wide) (Sartorius 11200-50-360-G)
13.    4-Methylumbelliferyl phosphate (MUP) (Sigma M-8883)
14.    EAP Reaction Buffer (SERI B111)
15.    Moisture chamber
16.    Ammonium hydroxide
17.    PGMst reaction buffer (SERI B115)
18.    G6PD for PGMst (SERI R582)
19.    PGMst PMR (SERI R592)
20.    Purified agar

21.    Gel bond gasket and cover sheet
22.    Methacryloxypropyltrimethoxysilane (Bind Silane)
23.    Methanol
24.    Petroleum jelly
25.    Two 10 cm x 20 cm glass plates
26.    Power supply adjustable to 2500V
27.    Cooling bath to 5°C
28.    LKB tank
29.    PGM 4-Band Standard (SERI R554)
30.    EAP Standard (type BA)

## Reagent Preparation

NOTE: Any pre-mixed commercially prepared reagents have been listed in this procedure for convenience purposes. Formulations for the reagents can be found in the Miscellaneous Preparations and Procedures Sections on this manual.

1.    Cleland's Extract: Dissolve .0154 g of dithioerythritol in 2 mL of $dH_2O$. Store in a clear dropper bottle in the refrigerator.

2.    Acrylamide stock solution: (Store at approx. 4°C for not more than two weeks.)

|                  | Large batch | Small batch |
|------------------|-------------|-------------|
| Acrylamide       | 14.55 g     | (2.91 g)    |
| Bis-acrylamide   | 0.45 g      | (90 mg)     |

Dissolve the above components in 30 mL (6 mL) of $dH_2O$. Filter solution and bring up to a volume of 50 mL (10 mL) with $dH_2O$.

NOTE: A commercially prepared acrylamide/bisacrylamide solution representing similar proportions may be substituted for the acrylamide stock solution.

3.    Silane Preparation: Dissolve 500 µL of bind silane in 250 mL of methanol. (Solution may be stored in refrigerator).

4.    Gel Solution:

| Acrylamide Stock Solution | 1.83 mL |
|---------------------------|---------|
| Ampholines (5-7)          | 1.1 mL  |
| $dH_2O$                   | 7.7 mL  |
| EPPS                      | 130 mg  |
| Ammonium Persulfate       | 7.5 mg  |

Thoroughly mix the above components, then degas for 30 – 60 seconds. Swirl gently while degassing. Add 7.5 µL of TEMED and swirl. Pour this solution onto the bordered silanized plate and cover with the flap plate. See plate preparation for the technique.

5.    EAP Reaction Buffer: Dilute EAP Reaction Buffer concentrate 1:10 with $dH_2O$. Adjust pH, if necessary.

6.    EAP Reaction Mixture:

| 4-methylumbelliferyl phosphate | 6 mg  |
|--------------------------------|-------|
| Reaction Buffer                | 15 mL |

7.    PGMst Reaction Buffer: Dilute PGMst Reaction Buffer concentrate 1:10 with $dH_2O$. Adjust pH, if necessary.

8.    PGMst Reaction Mixture:
        PGMst PMR                    96 mg
        G6PD                          40 µL
        PGMst Reaction Buffer       20 mL
    Add the above to 20 mL of a 2% agar solution at approximately 55°C.

**Procedure**

1.    Gel Plate Preparation: Silanize a clean glass plate by dipping it in bind silane (500 µL of bind silane in 250 mL methanol) for thirty seconds.  Remove from the solution and allow to dry.  After the plate is dry, apply a thin film of petroleum jelly around the outside edge of the plate.  Place the gel bond border over the petroleum jelly and press down.  The borders will vary in size depending upon the interwick distance required for the enzyme to be detected.  The borders are made by removing enough of the inside of the gel bond to give the proper interwick distance.

2.    Cover Plate Preparation: Prepare a cover in the following manner.  Place a pool of water on the second glass plate.  Place a second sheet of gel bond large enough to cover the entire plate onto the plate with the hydrophilic side next to the glass.  Smooth out any air bubbles.  The hydrophobic side of gel bond allows water to bead and run off.

3.    Flap Technique: After the components of the gel mixture are combined, pour it onto the bordered silanized plate.  Try to keep the solution evenly spread across one end of the plate.  Take the cover flap plate with the hydrophobic side toward the solution and place it on the end of the plate with the gel solution.  Once the cover flap is completely lowered, allow it to polymerize for one hour.
    NOTE: Place the silanized plate on paper towels since any excess acrylamide will leak out and capillary action will draw it under the plate, polymerizing the plate to the table. Avoid any heating of the gel during polymerization.

4.    Sample Preparation:
    a.    The cutting is dependent on the quality of the stain.  For well-stained items, approximately 0.5 cm x 0.5 cm of stain is sufficient.  Place into a microcentrifuge tube and add one to two drops of extraction buffer (.05 M Cleland's Reagent [or dH$_2$O if typing for PGM only]).  Samples from heavily soiled items, seminal stains, or a deceased individual's whole blood sample may be centrifuged.
    b.    After the plate has polymerized, carefully remove the top plate to expose the gel.  Care should be taken not to allow the top plate to recontact the gel once removal has started.  This can cause gel distortion.
    c.    Cut the wicks to the length of the gel surface.  Care should be taken not to cut the wicks too long.  Wicks that are too long can cause the plate to short out.
    d.    Place the gel on the cooling platen.  After wetting the wicks in the appropriate buffer solutions, place them on opposite edges of the gel.  Place the electrodes over the wicks and prefocus.  Interwick distance is 8 cm.

5.    Buffer solutions:
        Cathode   0.20 M NaOH blot lightly
        Anode      0.05 M H$_3$PO4

6. Run Parameters:
   a. Turn watts and ampere scale to maximum. Set the voltage scale to 250V. Turn on power pack and prefocus for 25 minutes.
   b. Stop run, apply sample tabs. Sample tabs are obtained from LKB. They are cut in half and dipped in the sample extract, then placed on the gel so the back portion of the tab is 1 cm from the anode wick. The four-band standard should be placed on the gel in every fourth or fifth position.
   c. Set voltage at 500V and run for ten minutes.
   d. Stop and remove tabs.
   e. Run at 1100V for 30 minutes.
   f. Run at 1900V for ten minutes.
   NOTE: If developing for PGM subtype only, continue the electrophoresis for an additional 5 minutes at 2300V, then skip to step 8 for overlay procedure.
7. Procedure to develop for EAP:
   a. Cut a piece of cellulose acetate membrane (CAM) long enough to cover the length of the gel.
   b. By capillary action, absorb the EAP reaction mixture onto the sheet of CAM.
   c. Place the CAM on the gel from the hemoglobin toward the anode.
   d. Allow the CAM to remain in contact with the gel for three minutes. Remove the CAM and place it on a clean glass plate. At this point, the side that was against the gel is now open to the air.
   e. Take the CAM on the glass plate and invert it in a moisture chamber and place in a 37°C. oven for 15 minutes.
   f. CAM can be fumed several times with concentrated $NH_4OH$ while reading under ultraviolet light.
8. To develop for the PGM subtype:
   a. Apply borders to the plate.
   b. For a 10 cm X 20 cm plate prepare the PGMst reaction mixture listed earlier and pour over the plate between the borders.
   c. Incubate at or near 37°C until able to be interpreted.

**Interpretation**

1.    See Figures 6.11 and 6.12.



**Figure 6.11**



**Figure 6.12**

**Quality Control**

1.      For reference purposes, known standards representing the PGM 1+, 1-, 2+ and 2- bands and the EAP types BA and CB must be run on a PGM subtype/EAP isoelectric focusing plate.

**Reference**

Master of Science in Forensic Chemistry Program offered by the University of Pittsburgh in conjunction with Allegheny County Crime Laboratory, Pittsburgh, Pennsylvania

**G.      ERYTHROCYTE ACID PHOSPHATASE (EAP) BY ISOELECTRIC FOCUSING**

**Principle**

Polymorphic enzymes are separated in a gel medium based on differences in isoelectric point. Enzyme bands are visualized using an overlay containing appropriate substrates needed for each enzymatic reaction. Upon completion of the reaction, the resulting bands are interpreted as specific enzyme types. These types are used to profile identified biological stains submitted as items of evidence and are ultimately compared to the profile of known standards. This procedure allows for the simultaneous separation and typing of the enzyme Erythrocyte Acid Phosphatase (EAP) isoelectric focusing on a polyacrylamide gel.

**Materials**

1.      Acrylamide  (Fisher 01066)
2.      Bis-acrylamide (Sigma M-7279)
3.      Ampholines (5-7 pH range) (Pharmacia BioTech 80-1125-91)
4.      EPPS (N-[2-Hydroxyethyl] piperazine-N'-[3-propanesulfonic acid])
5.      Ammonium Persulfate (Fisher A682)
6.      TEMED (Sigma T-8133 N, N, $N_1$, $N^1$-Tetramethylethylenediamine
7.      .20 M NaOH
8.      .05 M $H_3PO_4$
9.      .05 M Clelands (Fisher BioTech BP172-25). (dithioerythritol)
10.     Wicks
11.     Application tabs, approximately 0.5 cm x 0.5 cm
12.     Cellulose acetate membrane (CAM) (5 cm wide) (Sartorius 11200-50-360-G)
13.     4-Methyllumbelliferyl phosphate (MUP) (Sigma M-8883)
14.     EAP Reaction Buffer (SERI B111)
15.     Moisture chamber
16.     Ammonium hydroxide
17.     Methacryloxypropyltrimethoxysilane (Bind Silane)
18.     Methanol
19.     Electrical tape, 7 mil thickness
20.     Gel bond film
21.     Group II Standard (SERI R551)
22.     Petroleum jelly
23.     Glass plates
24.     Power supply adjustable to 2500V

25.    Cooling bath to 5°C
26.    LKB tank

**Reagent Preparation**

NOTE: Any pre-mixed commercially prepared reagents have been listed in this procedure for convenience purposes.  Formulations for the reagents can be found in the Miscellaneous Preparations and Procedures Section of this manual.

1.    Acrylamide stock solution: (Store at approx. 4°C for not more than two weeks).

|                  | Large batch | Small batch |
|------------------|-------------|-------------|
| Acrylamide       | 14.55 g     | (2.91 g)    |
| Bis-acrylamide   | 0.45 g      | (90 mg)     |

Dissolve the above components in 30 mL (6 mL) of $dH_2O$.  Filter solution and bring up to a volume of 50 mL (10 mL) with $dH_2O$.

NOTE : A commercially prepared  acrylamide/bisacrylamide solution representing similar proportions may be substituted for the acrylamide stock solution.

2.    Gel plate preparation:
   a.    Silanize a clean plate by dipping it in bind silane (500 µL of bind silane in 250 mL of methanol) for thirty seconds.  Remove from the solution and allow to dry.
   b.    After the plate is dry, apply a 7 mil (approx. 0.2 mm) thickness of electrical tape around the edge of the plate or use a gel bond border over petroleum jelly around the edge of the plate.  This is the gel plate.
   c.    Prepare a cover plate by placing a pool of water on a second glass plate. Place a sheet of gel bond large enough to cover the entire glass plate on to the plate with the hydrophilic side next to the glass.  The hydrophobic side of gel bond allows water to bead and run off and should now be exposed. Use a roller to squeeze out the excess water between the gel bond and the cover plate.  Dry the excess water from the surface of the gel bond and plate.
   d.    Place the gel solution on one end of the gel plate.  Slowly lower the cover plate onto the gel plate so that the gel bond is in contact with the gel solution (as lowering a coverslip onto a microscope slide).  Place five glass plates on top of the cover plate to improve the seal.  Allow the gel to polymerize overnight at room temperature.  Following polymerization, the cover plate can be removed and the gel used.
   NOTE: Place the silanized plate on a paper towel since the excess acrylamide will leak out and capillary action will draw it under the plate, polymerizing the plate to the table.
   e.    The plate may be sealed in plastic and stored in the refrigerator for later use.
3.    Gel solution:

| Acrylamide stock solution | 1.33 mL |
|---------------------------|---------|
| $dH_2O$                   | 5.60 mL |
| Ampholines (pH 5-7)       | 0.80 mL |
| Ammonium Persulfate       | 5.5 mg  |

Thoroughly mix the above components and degas for one minute under vacuum. Swirl gently while degassing. After degassing add 5.5 µL of TEMED and swirl gently.

NOTE: The gel will polymerize within five minutes following the addition of the TEMED; therefore, be prepared to gently mix and pour the gel on the gel plate.

4.  EAP Reaction Buffer: Dilute the EAP Reaction Buffer concentrate 1:10 with $dH_2O$. Adjust pH, if necessary.

5.  EAP Reaction mixture:

| | |
|---|---|
| 4-Methylumbelliferyl phosphate | 4 mg |
| Reaction buffer | 10 mL |

**Procedure**

1.  Use a 0.5 cm x 0.5 cm cutting from the stain and divide this into smaller sections and place into a small tube. Add approximately 50 µL 0.05 M DTT to each sample depending on the quality of the stain (i.e., the less concentrated the stain the less DTT should be used). Make sure that the sample is completely immersed. Extract for a minimum of 30 minutes at room temperature.

2.  Prefocusing:

    a.  Remove the gel plate and place on a thin layer of water on the cooling platen and absorb the excess water. Make sure that there are no air bubbles between the plate and the platen. Place a 10 cm long wick, which has been absorbed with 0.2 M NaOH (cathodic wick) and lightly blotted, lengthwise along one edge of the gel in a straight line. Make sure the wick is in contact with the gel at all points. Absorb a second wick with 0.05 M $H_3PO_4$ (anodic wick) and blot. Place this wick along the parallel side, making sure that the interwick distance is 7-8 cm. Overlay the electrode holder so that the cathode (NaOH) wick is in contact with the black (-) electrode and the anode ($H_3PO_4$) wick is in contact with the red (+) electrode.

    b.  Turn the voltage (0-500 scale) and amperage controls (0-20 mAmp scale) to maximum and wattage to zero (or slightly toward maximum). Turn on power and press "start". Adjust the wattage until the voltage gauge reads 250V. Prefocus the gel at this wattage setting for 8 minutes. If the initial voltage cannot be maintained, check the following:

        1.  Ensure that the electrodes are in contact with the wicks.
        2.  Ensure that the safety arms are in contact with the copper junction in the lid.
        3.  Ensure the leads are plugged securely into the power unit.
        4.  Use a pencil eraser to remove oxidation products on the metal strips on the lid and on the contact between the electrode plate and the lid.

3.  Application of sample:

    Turn off the power following the prefocus period. Absorb the extracts using 0.5 cm x 0.5 cm applicator tabs and place them in a straight line 0.5-1.0 cm from the anode wick. If the extract is dilute, double tabs (one on top of the other) should be used.

4.  Time and voltage schedule for focusing:

| | Initial Voltage (V) | Time (min.) |
|---|---|---|
| Prefocus | 250 | 8 |
| Stop (apply tabs) | | |

| Run | 500 | 4 |
| Stop (remove tabs) | | |
| Run | 1100 | 14 |
| Run | 1900 | 2 |
| Run | 2300 | 2 |
| Stop | | |

5.    Remove the gel from the platen and gently remove the wicks from the gel. Saturate a cellulose acetate overlay with the EAP reaction mixture.  Blot the overlay to absorb excess reaction mixture (to minimize diffusion) and overlay on the gel from the cathode wick toward the anode wick.  Try to prevent air bubbles from forming between the overlay and the gel.  Cover with a second plate (to minimize evaporation) and incubate at or near 37°C for 15 minutes.  Following incubation, remove the cover plate and read gel by long wavelength UV light.  Be sure to use a UV absorbing shield when viewing plates.  Fuming with $NH_4OH$ vapors in moisture chamber either or with an atomizer may enhance bands.

### Interpretation

1.    See Figure 6.13.



**Figure 6.13**

### Quality Control

1.    For reference purposes, known standards of EAP – types BA and CB must be run on an EAP isoelectric focusing plate.

### References

Budowle, B., "Rapid Electrofocusing of Erythrocyte Acid Phosphatase," Electrophoresis, 5, (1984), pp. 254-255

Brewer, G.J., Bowbeer, D.R., and Tashian, R.E., "The Electrophoretic Phenotypes of Red Cell Phosphoglucomutase Adenylate Kinase and Acid Phosphatase in the American Negro," Acta Genet. Stat. Med., Vol. 17, 1967, pp 97-103

Budowle, B., Sundaram, S., and Wenk, R., "Population Data on the Forensic Genetic Markers: Phosphoglucomutase-1, Esterase D, Erythrocyte Acid Phosphatase and Glyoxylase-I,"Forensic Science International, 28 (1985), pp. 77-81

Gaensslen, R.E., Sourcebook in Forensic Serology, Immunology and Biochemistry, U.S. Government Printing Office, Washington, D.C., August 1983

Gaensslen, R.E., Bell, S., and Lee H., "Distributions of Genetic Markers in United States Populations: II.  Isoenzyme Systems," Journal of Forensic Sciences, Vol. 32, No. 5, Sept. 1987, pp. 1348-1381

Morh, R., S., and Budowle, B., "Evaluation of Erythrocyte Acid Phosphatase Typing by Isoelectric Focusing Using Forensic Casework Samples", in "Procedures of the International Symposium on the Forensic Applications of Electrophoresis", (1984), pp.163-164

## H.    GROUP-SPECIFIC COMPONENT (Gc) SUBTYPING BY ISOELECTRIC FOCUSING

### Principle

Group-specific component (Gc; vitamin D binding protein) is subtyped in extracts of bloodstains by isoelectric focusing in ultrathin-layer polyacrylamide gels using narrow-range ampholytes (pH 4.5 to 5.4) with BES as a separator.  The phenotypes are detected by immunoprinting with cellulose acetate membranes soaked with Gc-specific antiserum, followed by washing and staining with Coomassie blue.

### Materials

1.    Power supply, adjustable up to at least 2700V (EC600)
2.    Cooled isoelectric focusing platen (LKB Ultrophor)
3.    Acetic acid
4.    Acrylamide
5.    Ammonium persulfate
6.    Ampholytes, pH 4.5-5.4 (Pharmacia Pharmalyte)
7.    Aspartic acid
8.    BES: (N, N-bis[2-hydroxyethyl]-2-aminoethanesulfonic acid) Sigma B9879 (free acid)
9.    Cellulose acetate membrane (CAM) (Sartorius 11200-50-360-G)
10.    Coomassie Blue
11.    Electrofocusing electrode strips (wicks) (Pharmacia 18-1004-40)
12.    Electrofocusing sample application pieces (tabs) (Pharmacia-LKB 1850-901)
13.    Gc Three-band standard: Seri R549 Gci 21F1S
14.    GelBond, approx. 11 x 13 cm (FMC)
15.    Glass plates, 10 x 12 cm
16.    Goat anti-human Gc (Atlantic Antibodies 80287)
17.    Methacryloxypropyltrimethoxysilane ("Bind-Silane", Sigma M-6514)
18.    N, N'-Methylene-bis-acrylamide (Bis-acrylamide)
19.    Sodium chloride
20.    Sodium hydroxide

21.    TEMED: N, N, N', N'-Tetramethylethylenediamine
22.    Urea
23.    Petroleum jelly
24.    Vinyl electrical tape, 7 mil thickness

**Reagent Preparation**

1.    Acrylamide Stock Solution:

|                    | Large batch | Small batch |
|--------------------|-------------|-------------|
| Acrylamide         | 14.55 g     | 2.91 g      |
| Bis-acrylamide     | 0.45 g      | 90 mg       |
| Water              | 30 mL       | 6 mL        |
| Filter and bring to| 50 mL       | 10 mL       |

Store refrigerated for not more than two weeks.

NOTE: A commercially prepared acrylamide/bisacrylamide solutions representing similar proportions may be substituted for the acrylamide stock solution.

2.    Anode Electrode Buffer: Saturated aspartic acid.  Mix 3 g aspartic acid with 450 mL water; refrigerate.  Some aspartic acid will remain undissolved.
3.    Bind-Silane Solution, 0.2% solution in methanol.  Refrigerate.
4.    Cathode Electrode Buffer: 0.2 N NaOH.  Dissolve 8 g NaOH in one liter of water. Store in a plastic bottle.
5.    Coomassie Blue staining solution, 0.1%: Dissolve 0.1 g Coomassie Blue in 100 mL.  Destain Solution.  Store in a brown bottle.
6.    Destain Solution: 5:1:5 water/acetic acid/methanol.
7.    Saline, 0.85% NaCl. Refrigerate.
8.    6M Urea: Dissolve 0.36 g urea in 0.73 mL water.  Prepare on the day of use.

**Procedure**

1.    Preparation of Plates:
      a.    Silanize a clean glass plate (10 x 12 cm) by dipping it in 0.2% BindSilane for 30 seconds; remove, allow to air dry, wipe with a Kimwipe.
      b.    Prepare a gasket of thickness at least 0.2 mm but no more than 0.5 mm by one of the following procedures:
            1.    GelBond/petroleum jelly procedure: Cut a frame of GelBond with the same outer dimensions (10 x 12 cm) as the glass plate of width approximately 5 mm.  Place a film of petroleum jelly around the outer edge of the plate.  Place the GelBond gasket on top of the petroleum jelly layer, and check to see that a continuous seal is present between the gasket and the gel plate.
            2.    Electrical tape procedure: Prepare a gasket around the edges of the plate using two or three strips of electrical tape cut to a width of approximately 5 mm.  This produces a thickness of 0.35 or 0.5 mm; the optimal thickness is chosen to minimize drying and burning of the gel during electrophoresis.
      c.    Cover plate: Place a few drops of water on an untreated 10 x 12 cm glass plate, and place an 11 x 13 cm piece of GelBond, hydrophilic side down, on the cover plate.  Use a roller to squeeze out excess water between the GelBond and the cover plate.

     d.    Prepare the gel solution:

| | |
|---|---|
| Acrylamide stock solution | 1.33 mL |
| Water | 5.6 mL |
| Ampholytes, pH 4.5-5.4 | 0.8 mL |
| BES | 171 mg |
| Ammonium persulfate | 5.5 mg |

    Mix the de-gas under vacuum. Then add 5.5 µL of TEMED, mix gently, and pour the gel onto one end of the plate. Slowly lower the cover plate onto the gel plate so that the hydrophobic surface of the GelBond is in contact with the gel solution. Place four glass plates on top of the cover plate and allow the gel to polymerize overnight at room temperature before use.

2. Sample Preparation: Take 5 x 10 mm cuttings from each stain. Gc, a serum component, tends to be concentrated at the edges rather than at the center of bloodstains. Extract stain with 40 µL of 6 M urea for at least 30 minutes at room temperature. Reconstitute 21F1S standard as per manufacturer's instructions. Prepare a dilution (x 10 to x 15) of the 21F1S standard in 6 M urea.

3. Electrophoresis:

    a.    Separate the gel plate from the cover plate and remove the gasket. Place plate on cooling platen on a thin layer of water. Absorb any excess water. Orient the plate so that the voltage gradient is along the longer dimension of the gel.

    b.    Soak a wick, approximately 9.5 cm long, in saturated aspartic acid solution, blot, and place along the anodic edge of the gel. Soak a second wick in 0.2 N NaOH, blot, and place along the cathodic edge of the gel, so that the interwick distance is approximately 9.5 cm. Place the electrodes over the wicks and close the safety lock on the cover.

    c.    If desired, adjust the voltage by the following: Set the voltage (V) scale to the 0 to 500 range, and turn the voltage control knob to the maximum setting. Set the Amperage (mA) scale to the 1 to 20 range, and turn the mA control knob to the maximum setting. Set the Wattage (power, W) scale to the 0 to 20 range, and turn the W control knob to approximately one-quarter of full scale. Turn on the power and press "start". Adjust the W control until the V gauge reads 250V. Prefocus and focus as indicated below, with each step at constant power.

    d.    To apply samples, turn off the power following the prefocus period. Absorb the extracts onto 3 x 5 mm sample application pieces. For dilute samples, use double tabs. Place the samples in a straight-line 1.0 cm from the cathode wick. Intersperse stain extracts with 21F1S controls. Refer to the attached illustration (Figure 1) for orientation of wicks and tabs.

    e.    At the time indicated below, a new cathode wick, saturated with 0.2 N NaOH, is applied to the gel 7.0 cm from the anode wick.

    f.    Time and initial voltage schedule for focusing:

| | Initial Voltage (V) | Time (min.) |
|---|---|---|
| Prefocus | 250 | 25 |
| Stop (apply tabs) | | |
| Focus | 500 | 10 |
| Focus | 1100 | 10 |
| Stop (remove tabs) | | |
| Focus | 1500 | 10 |

| Stop (apply new cathode wick, 7 cm from anode) | | |
|---|---|---|
| Focus | 1500 | 20* |
| Focus | 1900 | 20 |
| Focus | 2300 | 20 |
| Focus | 2700 | 10 (if needed) |

\* At this time, the CAM overlay should be prepared.

4.  Immunofixation for Detection of Gc Subtypes:

    a.  Preparation of Cellulose Acetate (CAM) overlay.  After re-starting electrophoresis after placing the new cathode wick, the cellulose acetate membrane is prepared by cutting a piece of CAM 5 x 10 cm.  Mix a 1:2 or 1:4 dilution of the anti-Gc in saline. (0.3 mL antiserum with 0.6 mL of saline or 0.25 mL antiserum to 0.75 mL of saline).  Using forceps to handle the CAM, completely saturate the CAM with the diluted antiserum.  Allow the membrane to dry on filter paper for 5 – 60 minutes at room temperature depending on sample strength.

    b.  Immunoprinting.  After focusing is complete, turn off the power and slide the wicks off the gel.  Mark the CAM by snipping off one corner.  Lay the CAM carefully on the gel surface using a rolling motion to prevent air bubbles between the gel surface and the membrane.  Position the membrane approximately equidistant between the electrode wicks.  Even contact between the gel and CAM is crucial.  Place a glass cover plate and weight (an additional glass plate) over the CAM. Leave in place, on the cooling platen, for 5 – 60 minutes depending on strength of samples.

    c.  Remove the membrane from the gel, rinse to remove any gel that might adhere, and wash for 5 – 60 minutes in three changes of cold 0.85% saline. Wash the membrane with water for one minute, then stain with 0.1% Coomassie blue for 15 minutes.  Remove membrane from stain, rinse with water, and destain with destaining solution for 10 minutes or until desired contrast is obtained.  The CAM will retain some background stain. The stained membrane may be stored in water, or may be washed with water, air-dried, and stored in a clear plastic sleeve.

**Interpretation**

1.  Population statistics (FBI):

| Gc Subtype | White (%) | Black (%) |
|---|---|---|
| 1F | 3.1 | 50.2 |
| 1S | 33.6 | 2.9 |
| 2 | 5.8 | 0.8 |
| 1F-1S | 20.4 | 24.1 |
| 2-1F | 8.5 | 12.9 |
| 2-1S | 28.0 | 3.1 |
| 1F-1A1 | | 1.9 |
| 1S-1A1 | | 0.5 |
| 2-1A1 | | 0.2 |

2.  See Figure 6.14 for IEF plate for Gc and Figure 6.15 for Group Specific Component (Gc) subtypes.

BLOOD GENETIC MARKER PROCEDURES                                    Page 4-39



Figure 6.14



Figure 6.15

**Quality Control**

1.    For reference purposes, a known standard representing the Gc 2, 1F and 1S
      bands must be run on a Gc subtype isoelectric focusing plate.  Due to the close
      isoelectric focusing points of the 1F and 1S, these standards should be
      interspersed several times on the plate (typically every third sample).

2.    The anti-Gc is checked for reliability by observing a reaction with the known Gc
      standards.

**References**

Budowle, B. (1987) A method for subtyping group-specific component in bloodstains. Forensic Science International 33: 187-196

FBI Laboratory (1/1/91) Procedures for detection of protein/enzyme markers

# PENNSYLVANIA STATE POLICE
# SEROLOGY PROCEDURES MANUAL

## SECTION 5

## SEMEN IDENTIFICATION PROCEDURES

## A.    ACID PHOSPHATASE (SERI AP)

### Principle

Seminal acid phosphatase is detected in stains of seminal origin through its hydrolysis of the Brentamine dye in an alpha naphthyl phosphate substrate to an insoluble, stable violet product.

### Materials

1.    Acid Phosphatase Spot Test Reagent (SERI, catalog #R558)
2.    $dH_2O$
3.    Culture tubes
4.    White multi-welled spot plates
5.    Standard seminal material

### Reagent Preparation

Add 0.26 g of AP Spot Test Reagent to 10 mL of $dH_2O$.  Smaller quantities can be prepared.  It is recommended that this reagent be made fresh daily.

### Procedure

1.    A small cutting (2 mm x 2 mm) of the suspected stain is placed in a culture tube with one or two drops of $dH_2O$ and allowed to extract for at least one minute.
2.    Place a drop of the test reagent in the white spot plate and add a drop of the stain extract.
3.    Alternatively, a drop of the reagent may be placed directly on the cutting that has been placed on a paper towel.

### Interpretation

1.    A dark violet-purple color that appears within ninety (90) seconds is a positive indication that seminal acid phosphatase may be present in the stain.

### Notes

2.    View with suspicion any color reactions that appear after ninety (90) seconds.  Vaginal secretions may give a slow positive reaction that may be misinterpreted.
3.    Extractions should be made with $dH_2O$ and not saline.  The salt from the saline gives a bright yellow color that may interfere with a weak reaction.

### Quality Control

1.    Reagent reliability is checked when the reagent is in use by running it against both positive (e.g. known semen) and negative controls.

### References

Package Insert, Acid Phosphatase Spot Test, SERI catalog #R558, Serological Research Institute, Richmond, CA

Gaensslen, R.E., Sourcebook in Forensic Serology, Immunology and Biochemistry, U.S. Government Printing Office, Washington, D.C., 1983

### B.    ACID PHOSPHATASE (DIAZO RED)

### Principle

The presence of acid phosphatase in a stain by the cleavage of an inorganic phosphate from alpha naphthyl phosphate to form alpha naphthol phenol. The alpha naphthol phenol couples with an azodye to give a red precipitate.

### Materials

1.    Sodium Acetate
2.    1% Acetic Acid (1 mL glacial acetic in 100 mL dH$_2$O)
3.    Calcium alpha-naphthyl phosphate
4.    Fast Red RC Diazotized Salt
5.    Known seminal standard (positive control)

### Preparation of Reagents

1.    Prepare the buffer by dissolving two (2) g of sodium acetate in 100 mL of 1% acetic acid.
2.    To a culture tube of buffer, add equal amounts of calcium alpha-naphthyl phosphate and Fast Red RC Diazotized salt. (A spatula tip full of each).

### Procedure

1.    Cut a small section, approximately 3 mm x 3 mm, of the positive control and place it in one of the wells of a spot plate.
2.    Add one (1) to two (2) drops of the buffered solution.
3.    Gently agitate the sample by moving the spot plate back and forth.
4.    Cut a small section of the questioned stain or swab, place it in a clean well of the spot plate, and repeat #2 and #3.
5.    Observe the sample (stain) for approximately one (1) minute.

### Interpretation

1.    A positive reaction is the formation of a deep red colored precipitate within one (1) minute.
2.    Acid phosphatase is present in semen in substantially greater quantities than in any other body fluids. Its presence in a stain indicates the need for confirmation analysis of semen.

3.  The results are read qualitatively as positive (formation of a red colored precipitate) or negative (no formation of a red colored precipitate). If the results are inconclusive, a confirmatory test should still be performed. For example, the late development of a red colored solution without a precipitate is an inconclusive result.

### Quality Control

1.  Reagent reliability is checked when the reagent is in use by running it against both positive (e.g. known semen) and negative controls.

## C.   CHOLINE (FLORENCE TEST)

### Principle

An aqueous extract of a suspected seminal stain is microscopically assayed for choline that reacts with Florence Iodine Reagent to form rhombic shaped crystals of choline periodide.

### Materials

1.  Potassium Iodide, K1
2.  Iodine, $I_2$

### Reagent Preparation

Florence Reagent: Combine 6.6 g KI, 10.16 g $I_2$ in 120 mL $dH_2O$ and stir at moderate speed with gentle heating for a minimum of four hours to effect solution. Allow to cool and store at room temperature. Iodine crystals will settle out and should be allowed to remain in the container.

### Procedure

1.  Specimen cuttings of 1 $cm^2$ are placed in 1.5 mL Eppendorf micro test tubes.
2.  Add 250 µL of saline to each cutting and allow to extract for at least one (1) hour at room temperature with occasional agitation. Do not vortex (foaming denatures protein material). Extraction may also be accomplished overnight in refrigerator (at or near 4° C). Smaller cutting should be extracted with proportionately smaller volumes of saline.
3.  Centrifuge to maximize the recovery of extract. Punch small holes in the cap of each micro tube. Place cutting in the depression of cap and centrifuge for one (1) minute.
4.  Remove 10 µL of extract from tube and place on a microscope slide.
5.  Add 10 µL of Florence Reagent to the material and cover with an 18 x 18 mm square cover slip.
6.  Florence crystals (brown rhomboids, parallelograms and/or leaflets) of choline periodide may be observed, usually within one (1) minute.

### Interpretation

1.      Since free choline concentrations are found in other sources beside semen, the Florence Test is mainly of value as a preliminary test and does not provide a conclusive identification test for semen.
2.      The Florence reagent may be utilized as a stain to facilitate the microscopic identification of spermatozoa.

### Quality Control

1.      Reagent reliability is checked when the reagent is in use by running it against both positive (e.g. known semen) and negative controls.

### References

Florence, A., "Du Sperme et des Taches de Sperme: en Medicine Legale", <u>Arch. Anthropol. Crim.</u>, Vol. 10, 1895, pp. 417-434, as translated in:
Gaensslen, R.E., <u>Sourcebook in Forensic Serology, Immunology and Biochemistry,</u> Unit IX, U.S. Government Printing Office, Washington, D.C., 1983

## D.      CHRISTMAS TREE STAIN (KERNECHTROT-PICROINDIGOCARMINE DIFFERENTIAL STAIN)

### Principle

The Kernechtrot-Picroindigocarmine differential biological stain is used to assist in scanning slides for the presence of spermatozoa.

### Materials

1.      Aluminum sulfate
2.      Nuclear Fast Red
3.      Picric Acid (Saturated Solution)
4.      Indigocarmine
5.      $dH_2O$
6.      Amber dropping bottles

### Reagent Preparation

1.      Saturated Picric Acid Solution: Add 4 g of Picric acid to 300 mL of water.  Cover and allow to stand (overnight), giving a saturated solution.
2.      Solution A: Dissolve 5 g aluminum sulfate in 100 mL of hot water.  Add 0.1 g nuclear fast red, stir, cool and filter.
3.      Solution B: Add 0.1 g indigocarmine to 30 mL of Saturated Picric Acid Solution. Stir and filter.

### Procedure

1. Use air dried smear or prepare a smear from an extract by heating it to dryness on a microscope slide.
2. Cover the stained area by adding 1-2 drops of solution A (red reagent). The slide may be covered with a cover slip.
3. Place slide in a moisture chamber and let stand at room temperature for approximately 5 -15 minutes.
4. Wash Solution A off the slide with a gentle stream of $dH_2O$.
5. Dry slide in oven (or heat fix). Do not blot or wipe.
6. Cover the stained area with Solution B (green reagent) for approximately 15 seconds.
7. Wash solution B off the slide with a gentle stream of ethanol or methanol.
8. Dry slide(s) as in step 5. Slide is ready for viewing.

### Interpretation

1. The two-stain method colors cellular nuclei red and other cellular material green.
2. Spermatozoa are identified by observing the differential staining of the acrosomal cap of the sperm head (nuclei). The acrosomal cap will stain lighter red in color than the remainder of the cell. If intact, the sperm tail will stain green.
3. It is recommended that spermatozoa be identified under oil immersion at 1,000 times magnification, particularly if spermatozoa are difficult to locate and only the head of the spermatozoa is identified.
4. When identifying spermatozoa miscroscopically, the number of spermatozoa observed should be given a grading of 1+ to 4+ by following the general guidelines below.

    1+  few; difficult to locate
    2+  some in some fields
    3+  some in many fields; easy to locate
    4+  many in most fields

    Indicating whether sperm heads and/or intact sperm were observed may also be helpful. The above grading is for a relative estimation of quantity, primarily for DNA purposes. In addition, when observed and recorded on body cavity swabs, this information may give an indication of time elapsed since deposition. This grading should be recorded in the case notes only and not reported in the formal report.

### References

Oppitz, E., Arch. Kriminol. 144. pp. 145-148, 1969

## E.    PHASE CONTRAST MICROSCOPY

### Principle

Phase contrast microscopy is a technique employed to identify spermatozoa according to specific morphological characteristics.

## Materials

1.   Microscope with phase contrast capability
2.   Prepared slides

## Procedure

1.   Adjust the microscope for phase contrast using the specific instructions for that instrument.
2.   View the entire slide using a row by row serpentine motion.

## Interpretation

1.   Normal spermatozoa exhibit an oval-shaped head, an intact midpiece and an uncoiled tail, with the following approximate dimensions:

Head:        3 to 5 microns long
             2 to 3 microns wide

Midpiece:    1 micron thick
             7 to 8 microns long

Tail:        at least 45 microns long

The spermatozoa will appear off white in color on a gray background.

2.   Spermatozoa not included in the above description may be from a non-human source and a reference should be consulted.

3.   When identifying spermatozoa miscroscopically, the number of spermatozoa observed should be given a grading of 1+ to 4+ by following the general guidelines below:

1+    few; difficult to locate
2+    some in some fields
3+    some in many fields; easy to locate
4+    many in most fields

Indicating whether sperm heads and/or intact sperm were observed may also be helpful. The above grading is for a relative estimation of quantity, primarily for DNA purposes. In addition, when observed and recorded on body cavity swabs, this information may give an indication of time elapsed since deposition. This grading should be recorded in the case notes only and not reported in the formal report.

### References

Proceedings of a Forensic Science Symposium on the Analysis of Sexual Assault
Evidence, U.S. Department of Justice, FBI, Quantico, VA, 1983, pp. 49-51

Saferstein, Richard, Forensic Science Handbook, Vol. I, Prentice-Hall, Inc., Engelwood
Cliffs, N.J., 1982, pp. 466-476.


**F.    IDENTIFICATION P-30 BY OUCHTERLONY DOUBLE DIFFUSION**

### Principle

The presence of P30, a protein elaborated by the epithelial cells of the ducts of the
prostate gland, is demonstrated by the Ouchterlony double diffusion technique. This
provides an alternative identification of semen in the absence of sperm cells.

### Materials

1.    Agarose (Sigma Type I or purified agar)
2.    Disposable Petri dishes (60 mm)
3.    Normal saline
4.    P30 standard (SERI semen standard)
5.    Anti-P30 (SERI, #404)
6.    3mm gel punch (#1 cork borer)
7.    Vacuum aspirator
8.    Humidity chamber

### Reagent Preparation

1.    The semen standard is reconstituted by following the package directions.
2.    The Anti-P30 is used neat (without dilution).

### Procedure

1.    Gel Preparation:
      a.    Prepare a 1% agarose solution by dissolving 1.0 g of agarose in 100 mL of
            normal saline.
      b.    Pipet approximately 3.0 mL of the melted agarose into a 60 mm disposable
            Petri dish. Three milliliters (3.0 mL) should make a gel approximately 1.5
            mm thick.  Gels can be made ahead of time, heat sealed and stored in a
            refrigerator.
      c.    Using the gel cutter, prepare a well pattern in the gel.  The central well will
            contain the Anti-P30 and will be surrounded by 4 to 6 sample wells in a
            diamond, pentagon or hexagon shape.  Remove the gel plugs with an
            aspirator.
2.    The Assay:
      a.    Extract cuttings of the stains (3 mm x 3 mm) in a drop of saline.
      b.    Pipet one (1) drop of Anti-P30 into the central well of the gel.

c.  Pipet one (1) drop of the stain extract or a cutting of the stain, the semen standard and the negative controls into the appropriate wells of the gel.
d.  Place the cover on the Petri dish and place the dish into a moisture chamber. Incubate overnight at or near 37° C.
e.  The presence of precipitin bands can be observed using oblique light over a dark background. The results may be recorded as positive or negative and sketched in your notes.

## Interpretation

1.  A visible precipitin arc shows the presence of P30 in the sample.
2.  Common origin is indicted by a fusion of precipitin bands of questioned extract and known standard in adjacent wells.

## Quality Control

1.  When anti-P30 is in use, reliability is checked by running it against a positive (e.g. commercially prepared semen standard) and negative controls.
2.  Whenever possible, the questioned stain extract should be tested concurrently with an unstained substrate control from the stained item.
3.  Each lot number of commercially prepared semen standard shall be checked for reactivity against anti-P30.

## References

Baechtel, F.S., "Immunological Methods of Seminal Fluid Identification, "Proceedings of a Forensic Science Symposium on the Analysis of Sexual Assault Evidence, FBI Laboratory, Washington, D.C., 1983.

Wang, M.C. et. al., "A Prostate Antigen: A New Potential Marker for Prostate Cancer" The Prostate, Vol. 2, 1982, pp. 89-96.

Papsidero, L. D., et. al., "A Prostate Antigen in Sera of Prostatic Cancer Patients," Cancer Research, Vol. 40, 1980, pp. 2428-2432.

Nadji, M. et. al., "Prostatic Specific Antigen: An Immunohisologic Marker for Prostatic Neoplasms," Cancer, Vol. 49, 1982, pp. 1229-1232.

Sensabaugh, G.F., "Isolation and Characterization of a Semen-Specific Protein from Human Seminal Plasma: A Potential New Marker for Semen Identification," Journal of Forensic Science, Vol. 23, 1978, pp. 106-115

## G.    IDENTIFICATION OF P-30 BY CROSSOVER ELECTROPHORESIS

## Principle

The presence of P30 in semen is demonstrated by a crossover electrophoresis method utilizing Anti P30.

### Materials

1.    Electrophoresis Equipment including:
   a.    Precipitin tank
   b.    Power supply
   c.    Cooling bath
   d.    Sponge bridges
2.    FMC Gel Bond, Seri #S234
3.    Gel Punch, Seri #S252
4.    E25 Agarose, Seri #R522-2
5.    P30 Tank and Gel Buffer, Seri #B107
6.    Saline (1.0m)
7.    Coomassie Blue R250, Seri #R542-5
8.    Destaining Solution
9.    Lyophilized Semen Standard, Seri #R563
10.    Anti P30, Seri #A404

### Reagent Preparation

1.    Tank Buffer, commercially prepared, pH 9.1. Adjust if necessary.
   a.    25.2 g Tris base
   b.    2.5 g EDTA free acid
   c.    1.9 g Boric acid
   d.    1 L dH$_2$O
2.    Gel Buffer (same as tank buffer)
3.    Gel – 1.0% Agarose, EEO 0.25 for 3 x 2 inch gel bond:
   a.    7.0 mL Gel Buffer
   b.    0.07 g Agarose
4.    Saline (washing)
   a.    1 M Saline
   b.    58.44 g NaCl in 1 L dH$_2$O
5.    Coomassie Blue (Stain)
   0.1% Coomassie Blue in destaining solution
6.    Destaining Solution
   a.    50 volumes methanol
   b.    50 volumes water
   c.    10 volumes Acetic Acid

### Sample Preparation

1.    Extract a portion of the questioned stain in water.
2.    Reconstitute the lyophilized semen standard with 500 µL dH$_2$O.
3.    Extract appropriate control samples in water.

### Procedure

1.    Gel Preparation
   a.    Place 0.07 g E25 agarose into a 25 mL flask; add 7.0 mL P30 gel buffer.
   b.    Heat solution to boiling.
   c.    Pour the gel onto a 3" x 2" FMC gel bond, hydrophilic side up.

       d.      Allow gel to cool at room temperature.

       e.      Using a template, punch pairs of holes at right angles to the direction of current.

       f.      Mask the top of the plate.

2.     Application

       a.      To the anodic wells of the set, apply 2 µL of antiserum (P30 antibody).

       b.      To the cathodic wells of the set, apply 2 µL of antigen. (Semen Standard, Controls and Stain extracts)

       c.      Run serial dilutions of sample and semen standard.

3.     Conditions of Run

       a.      Flip the gel bond so that the gel is face down and the area marked "top" is at the bottom of the tank and place in tank.

       b.      Run the electrophoresis for 30 minutes at 120 volts.

4.     Reading

Read by reflected light with plate against black background. At this point, precipitin bands may be visible. Continue with staining process.

5.     Washing

       a.      Wash in 1 M saline overnight to remove excess proteins.

       b.      Wash five minutes in $dH_2O$.

       c.      Cover with damp Whatman No. 1 filter paper.

       d.      Dry at 60° C.

6.     Staining

Immerse gel bond for 10-15 minutes in 0.1% Coomassie blue in destaining solution.

7.     Destaining

Immerse gel bond in destaining solution until background is clear.

## Interpretation

1.     Appearance and position of precipitin band indicates concentration of antigen.

       a.      If the precipitin band is closer to anode well (antiserum), the P30 antigen is more concentrated.

       b.      If the precipitin band is in the middle of both wells, there are equal amounts of antibody and antigen.

       c.      If the precipitin band is closer to the cathode well (antigen), the P30 antigen is less concentrated.

       d.      If diffuse non-specific staining is observed around the cathode (antigen) well, it could be due to vaginal proteins and not P30.

       e.      If bands are curved around the anode (antiserum) well, the P30 concentration is too strong; the sample needs to be diluted.

## Quality Control

1.     When anti-P30 is in use, reliability is checked by running it against a positive (e.g. commercially prepared semen standard) and negative controls.

2.     Whenever possible, the questioned stain extract should be tested concurrently with an unstained substrate control from the stained item.

3.     Each lot number of known semen standard shall be checked for reactivity against the anti-P30.

**References**

Serological Research Institute (SERI)

Saferstein, R., Forensic Science Handbook, Vol. I, Prentice Hall, Inc., Englewood Cliffs, NJ, 1982, pp. 288 and 293.

# PENNSYLVANIA STATE POLICE
# SEROLOGY PROCEDURES MANUAL

# SECTION 6

# SEMEN GENETIC MARKER PROCEDURES

SEMEN GENETIC MARKER PROCEDURES                                    Page 6-2

## A.    PGM AND PGM SUBTYPING OF SEMINAL MATERIAL

### Principle

Phosphoglucomutase (PGM) is present in seminal material as well as in blood and can be typed by conventional electrophoresis or by isoelectric focusing.

### Procedure

The same procedures used in typing and subtyping of PGM in blood can be applied to seminal material.  Please refer to the Blood Genetic Markers Procedures Section of this manual.

Note:   Because of differing salt concentrations between blood and seminal material, a slight difference in electrophoretic mobility or iso-electric point may be noticed. This may manifest itself as a slight shifting of band position between a semen stain and a blood standard from the same individual.  Care must be taken when interpreting band patterns from suspected semen stains.

# PENNSYLVANIA STATE POLICE
# SEROLOGY PROCEDURES MANUAL

# SECTION 7

# SALIVA DETECTION PROCEDURE

## A.    DETECTION OF AMYLASE

### Principle

The enzyme $\alpha$-amylase or ptyalin is a major component of saliva, $\alpha$-amylase is an important digestive enzyme and is responsible for the hydrolysis of starches of both the straight and branched chain types.  Using the Phadebas Amylase Test, the substrate is a water-insoluble cross-linked starch polymer carrying a blue dye.  It is hydrolyzed by $\alpha$-amylase to form water-soluble blue fragments.  The absorbency of the blue solution is a function of the $\alpha$-amylase activity in the sample.

### Materials

1.    Phadebas Amylase Test tablets
2.    Culture tubes (12 mm x 75 mm)
3.    Incubator/Water bath at 37° C
4.    Centrifuge capable of 1500X g
5.    Vortex mixer
6.    $dH_2O$
7.    0.5 M sodium hydroxide (NaOH)

### Procedure

1.    Label culture tubes for each sample, control, blank and standard to be run.
2.    Cut approximately a 1 cm x 1 cm area of sample to be tested and place in appropriate tube.  (These samples may be further cut into smaller squares before placing in the tube).
3.    Add 4.0 mL of $dH_2O$ to each tube
4.    Pre-incubate the tubes for 5 minutes at or near 37° C
5.    Add a Phadebas tablet (either crushed or whole) to each tube.  Upon addition of the tablet/powder to each tube, immediately vortex for 10 seconds and replace in water bath.
6.    Incubate in at or near 37° C for 15 minutes
7.    Stop the reaction after 15 minutes by adding 1.0 mL of 0.5 M sodium hydroxide (NaOH) to each tube and vortex immediately.
8.    Centrifuge the tubes for 5 minutes.

### Interpretation

1.    Each tablet contains as the substrate, a water insoluble, cross-linked blue starch.  This polymer is hydrolyzed by the $\alpha$-amylase into water-soluble blue starch fragments, which colors the solution blue.  This test is specific for $\alpha$-amylase.

2.    Blanks and unstained controls should exhibit no blue color in the solution, thereby indicating a negative result.  Conversely, the known saliva standard should show a dark blue color in the solution, indicating a strong positive result.  All questioned samples may be compared to the blanks and standards to indicate a relative strength of amylase in the sample.

## Quality Control

1.     Each run of the Phadebas Amylase test should be accompanied by positive (e.g. known saliva sample) and negative (e.g. unstained substrate) controls. A reagent blank is optional.

## Reference

Package insert from Phadebas Amylase Test (Pharmacia)

# PENNSYLVANIA STATE POLICE
# SEROLOGY PROCEDURES MANUAL

# SECTION 8

# URINE DETECTION PROCEDURES

## A.    CREATININE TEST

### Principle

Creatinine in urine stains forms an orange compound when treated with picric acid under alkaline conditions.

### Materials

1.    Creatinine (free base, Sigma C-4255)
2.    Picric acid, saturated aqueous solution (Sigma 925-40)
      Note:   Picric acid is explosive when dry.  Do not allow crystals to dry on the threads or cap of the bottle.  If necessary, saturated picric acid may be prepared from the solid compound by dissolving 3 to 4 g of the solid in 100 mL of water.
3.    Sodium hydroxide
4.    White ceramic spot plate

### Reagent Preparation

1.    Creatinine standard: Prepare a 1 mg/mL solution of creatinine in water.
2.    Sodium hydroxide (5%): 5 g NaOH/100 mL water

### Procedure

1.    Take cuttings (approximately 3 x 3 mm) from the suspected stain and from an unstained area of the item (negative control).
2.    Place each cutting in the depression of a spot plate and add one drop of 5% NaOH.
3.    Add one drop of saturated picric acid to each cutting and observe.

### Interpretation

1.    The appearance of the red-orange color of creatinine picrate in the questioned stain is indicative of the presence of creatinine.
2.    "The finding of both creatinine and urea provides strong evidence of the presence of urine in the suspected stain... The finding of only one of the above substances is considerably less definitive evidence of the presence of urine."

### Quality Control

1.    Reagent reliability is checked when the reagent is in use by running it against both positive (e.g. known urine or prepared creatinine standard) and negative (e.g. unstained substrate) controls.

### References

Greenwald, I., and Gross, J. (1924) The chemistry of Jaffe's reaction for creatinine. A red tautomer of creatinine picrate. J. Biol. Chem. 59: 601-612

Gaensslen, R.E., (1983) Sourcebook in Forensic Serology, Immunology and Biochemistry, U.S. Government Printing Office, Washington, D.C.

FBI Laboratory Serology Unit Protocol Manual, May, 1989

## B.    DMAC TEST

### Principle

In a strongly acidic solution DMAC (p-dimethylaminocinnamaldehyde) is a very sensitive reagent for the detection of amides and amines.  DMAC forms a Schiff's base with these substances to give a magenta colored product.

### Materials

1.    DMAC (p-dimethylaminocinnamaldehyde) (Sigma #D-4506)
2.    Absolute alcohol
3.    Hydrochloric acid

### Reagent Preparation

1.    Prepare a 0.1% DMAC in absolute alcohol (Solution A).
2.    DMAC reagent is prepared by mixing 9 mL of solution A with 1 mL of concentrated hydrochloric acid.

### Procedure

1.    Cut a small piece (5 mm x 5 mm) from the stained fabric and place on filter paper. If this is not possible, extract the stain with water, evaporate to a small volume and pipette onto filter paper and dry.
2.    Do the same (step 1) with controls (positive and negative).
3.    Add 1 drop of DMAC reagent to sample and controls.

### Interpretation

A neat urine stain will give a strong magenta color in less than fifteen (15) seconds. Weaker stains may take up to one (1) minute for the color to develop.  (This test is sensitive for up to one (1) in sixty-four (64) dilution of urine).

### Quality Control

1.    Reagent reliability is checked when the reagent is in use by running it against both positive (e.g. known urine sample) and negative (e.g. unstained substrate) controls.

### Reference

Metropolitan Police Forensic Science Laboratory Biology Methods Manual, London, 1978, pp. 4-3 through 4-4

## C.    UREA TEST

### Principle

The presence of urea in suspected urine stains may be identified by exposing litmus paper to trapped gases liberated as a result of enzymatic digestion by urease. A positive test would result in red or neutral litmus paper turning blue.

### Materials

1.    Urease powder
2.    Red or neutral litmus paper
3.    12 x 75 mm test tubes
4.    Corks (to fit the test tubes used)

### Procedure

1.    Place finely cut up samples of stain 3 to 5 mm x 5 mm in a tube with (3) drops of deionized water. Appropriate known and blank controls should be run parallel to the questioned samples.
2.    Add a pinch of urease powder to each tube.
3.    Affix a strip of litmus paper to a cork that will fit the test tubes used by cutting a slit in the bottom of the cork and inserting the end of the paper into the slit. The paper should hang down in the tube without touching the sides of the test tube or becoming wet.
4.    Incubate at or near 37° C for 30 minutes.

### Interpretation

1.    A color change to blue of the litmus indicates the presence of ammonia liberated by the action of urease on urea in the extracts and indicates a positive result.

### Quality Control

1.    Reagent reliability is checked when the reagent is in use by running it against both positive (e.g. known urine sample) and negative (e.g. unstained substrate) controls.

### Reference

Spalding, Robert P. and William F. Cronin, Technical and Legal Aspects of Forensic Serology: A Laboratory Manual, Vol. I, 1976

# PENNSYLVANIA STATE POLICE SEROLOGY PROCEDURES MANUAL

# SECTION 9

# FECAL MATERIAL DETECTION PROCEDURE

### A.    UROBILINOGEN TEST

**Principle**

Urobilinogen is formed in the intestine by reduction of bilirubin.  Urobilinogen is oxidized to urobilin, which is soluble in alcohol.  This test relies on the formation of a green fluorescent zinc-urobilinogen complex formed in the presence of neutral alcohol zinc salts.

**Materials**

1.    Mercuric Chloride (Fisher Scientific Co. #M-154)
2.    Zinc Chloride (J.T. Baker Chemical Co. #4321-1)
3.    Methanol (Fisher Scientific Co. #A412-4)
4.    Amyl Alcohol (Fisher Scientific Co. #A-730)

**Reagent Preparation**

1.    Prepare a 40% alcoholic mercuric chloride solution by dissolving 4.0 g of mercuric chloride in 10 mL of methanol.  Mix and store in a stoppered bottle.
2.    Prepare a 40% alcoholic zinc chloride solution by dissolving 4.0 g of zinc chloride in 10 mL of methanol.  Mix and store in a stoppered bottle.
3.    Amyl alcohol

**Procedure**

1.    Extract the suspected stained and unstained control in three (3) drops of $dH_2O$ in separate test tubes.
2.    Place an equal amount of distilled water in a third test tube for the negative control.
3.    Add three (3) drops of 40% alcoholic mercuric chloride to each tube.
4.    Add three (3) drops of amyl alcohol to each tube.
5.    Shake to mix.
6.    Centrifuge and collect the clear supernatant.
7.    Examine under UV long-wave light for any fluorescence.  No fluorescence should be visible at this point in the analysis.
8.    Add three (3) drops of 40% alcoholic zinc chloride to each tube and shake.
9.    Incubate at room temperature for 30-60 minutes.
10.    Examine under long-wave UV light.

**Interpretation**

1.    The appearance of a green fluorescence is considered a positive test for urobilinogen, indicative of the presence of fecal matter.  This test is not confirmatory for fecal matter.
2.    Urobilinogen may be absent in stools from infants under six (6) months of age.

**Quality Control**

1.    Reagent reliability is checked when the reagent is in use by running it against both positive (e.g. known feces sample) and negative (unstained substrate) controls.

**References**

Illinois State Police Serology Manual, 1986, pp. 21V-C1-1-2

Metropolitan Police Forensic Science Laboratory Biology Methods Manual, London, 1978, pp. 4-6 through 4-8

# PENNSYLVANIA STATE POLICE
# SEROLOGY PROCEDURES MANUAL

# SECTION 10

# MISCELLANEOUS PREPARATIONS AND PROCEDURES

### A.    PREPARATION OF 3% HYDROGEN PEROXIDE SOLUTION

**General**

3% $H_2O_2$ is used in conjunction with the presumptive test reagents for blood.

**Materials**

1.    Hydrogen Peroxide, 30-35%
2.    Distilled Water ($dH_2O$)
      CAUTION:    30-35% HYDROGEN PEROXIDE IS A STRONG OXIDANT AND IN SUFFICIENT VOLUME IS CAPABLE OF CAUSING SEVER SKIN BURNS. PROPER PROTECTIVE CLOTHING TO INCLUDE GLOVE AND EYE COVERING IS REQUIRED FOR USE.

**Reagent Preparation**

1.    Thoroughly mix 50 mL of 30 to 35% hydrogen peroxide with 450 mL $dH_2O$.
2.    Store refrigerated and protected from light (brown or opaque bottle).


### B.    PREPARATION OF SATURATED GLUCOSE SOLUTION

**General**

Saturated glucose (a reducing sugar) is used in the Takayama Reagent as a reducing agent to enable complexing of heme and pyridine.

**Materials**

1.    D-Glucose (dextrose)
2.    Distilled water ($dH_2O$)

**Reagent Preparation**

1.    Completely dissolve with heating, 100 g glucose in 100 ml $dH_2O$.
2.    Allow to cool and store at room temperature.
3.    Crystals may form on cooling.  These crystals should remain in the solution to maintain a saturated concentration.


### C.    PREPARATION OF 10% SODIUM HYDROXIDE SOLUTION

**General**

A 10% solution of sodium hydroxide (2.5 N) is used in the Takayama Reagent to accomplish an alkaline hydrolysis of heme from the hemoglobin in a bloodstain.

**Materials**

1.    Sodium Hydroxide (NaOH)
2.    Distilled water (dH$_2$O)

**Reagent Preparation**

1.    Completely dissolve 10 g NaOH in approximately 70 mL of dH$_2$O.  This is an exothermic process and heat will be given off as the NaOH dissolves – caution! DO NOT ADD HEAT!
2.    Allow to cool and dilute to 100 mL.
3.    NaOH solution will etch normal glassware and is best stored at room temperature in plastic or disposable non-metallic containers.


D.    **PREPARATION OF NORMAL SALINE**

**General**

Normal saline is used chiefly for extraction and washing procedures.

**Materials**

1.    Sodium Chloride, NaCl
2.    Sodium Azide (NaN$_3$)
3.    Distilled water (dH$_2$O)

**Reagent Preparation**

Normal saline is prepared by completely dissolving 68 g NaCl and 0.8 g NaN$_3$, in 8 L dH$_2$O.  Store at 5° C.


E.    **PREPARATION OF COOMASSIE BLUE STAINING SOLUTION**

**Principle**

Coomassie Blue is a general protein stain, which is useful in enhancing visibility of precipitin arcs, bands and rings in serological techniques.

**Materials**

1.    Methanol
2.    Glacial Acetic Acid
3.    Coomassie Blue R-250 stain (Brilliant Blue R).
4.    Distilled water (dH$_2$O)

**Reagent Preparation**

1.    The destaining solution for using the Coomassie Blue technique is prepared by mixing 455 mL methanol, 90 mL acetic acid and 455 mL dH$_2$O.

2.      The staining solution is prepared by dissolving 1 g of Brilliant Blue R (Coomassie Blue) in 1 L of the destaining solution.


F.      **FORMULATION SUBSTITUTIONS FOR GROUP I PRE-MIXED REAGENTS**

**Tank Buffer**

pH 7.4          12.11 g Trizma Base (0.1 M)
                11.62 g Maleic Acid (0.1 M)
                2.92 g EDTA free acid (0.1 M)
                2.03 g $MgCl_2$-6 $H_2O$ (0.1 M)
                6.00 g NaOH (0.15 M)
                1 liter $dH_2O$

**Gel Buffer**

                1:15 Dilution of Tank Buffer
                30 mL Tank Buffer plus 420 mL $dH_2O$

**Reaction Buffers**

EsD             0.41 g Sodium Acetate anhydrous (0.05 M)
                100 mL $dH_2O$
                Adjust to pH 6.5 with 1% acetic acid

PGM             1.20 g Trizma Base (0.1 M)
                0.40 g $MgCl_2$-6 $H_2O$
                100 mL $dH_2O$
                Adjust to pH 8.0 with 1:1 HCl

**PGM Reaction Mixture**

                52.5 mg Glucose-1-Phosphate +G-1-6 $P_2$
                3.0 mg NADP, sodium salt
                3.75 mg MTT
                3.75 mg Phenazine Methosulphate (PMS)


G.      **FORMULATION SUBSTITUTIONS FOR GROUP II PRE-MIXED REAGENTS**

**Tank Buffer**

                41.2 g $Na_2HPO_4$ anhydrous (0.29 M)
                19.21 g Citric Acid anhydrous (0.1 M)
                1 liter $dH_2O$

                pH 5.5

**Gel Buffer**

0.405 g $Na_2HPO_4$ (0.0057 M)
0.24 g Citric Acid (0.0025 M)
500 mL $dH_2O$

pH 5.5

**Reaction Buffers**

EAP         0.96 g Citric Acid anhydrous (0.05 M)
0.4 g NaOH (0.1 M)
100 mL $dH_2O$

pH 5.0

Note:   Same formulation for EAP by PGM subtyping.

AK          1.20 g Trizma Base (0.1 M)
0.4 g $MgCl_2$-6 $H_2O$ (0.02 M)
100 mL $dH_2O$
Adjust to pH 8.0 with 1:1 HCl

ADA         0.355 g $Na_2HPO_4$, anhydrous (0.025 M)
0.19 g $NaH_2PO_4$ anhydrous (0.016 M)
100 mL Distilled $H_2O$

pH 7.0

**Reaction Mixtures**

ADA         15 mg Adenosine
3 mg Phenazine Methosulphate (PMS)
6 mg MTT

AK          30 mg Glucose
7.5 mg Adenosine diphosphate
4.5 mg NADP sodium salt
3.75 mg Phenazine Methosulphate (PMS)
3.75 mg MTT

H.    **FORMULATIOIN SUBSTITUTIONS FOR PHOSPHOGLUCOMUTASE SUBTYPING PRE-MIXED REAGENTS**

**Reaction Buffer**

18.0 g Trizma Base
2.0 g $MgCl_2$
1.0 g Histidine HCl
400 mL $dH_2O$

Adjust to pH 8.0 with HCl.  Bring volume to 500 mL with $dH_2O$.

**Reaction Mixture**

Formula 1

52.5 mg Glucose-1-phosphate plus 1% G-1-6$P_2$
5.70 mg NADP
1.5 mg Phenazine Methosulphate (PMS)
3.0 mg MTT

Note:   Reaction mixture quantities are given for 20 cm x 20 cm plates.

Formula 2

3.0 mg MTT
3.0 mg NADP
35.0 mg Glucose-1-phosphate
137.5 µl G6PD
200 µl Meldola Blue (5 mg/10 ml $dH_2O$)
10 mL Reaction Buffer
10 mL 2% Agar

# TELEPHONE LOG

Laboratory Number ___E02-000184___

Incident Number ___00-27460___

| Date/Time | Name | Message/Remarks |
|-----------|------|-----------------|
| 1/23/02 1500 | Det. Metzger | Will try DNA. Told him to send known blood. Will return sample here. PH |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |



Pennsylvania State Police
Bureau of Forensic Services
Laboratory User Fee Statement

LAB REPORT:          E02-00184

REPORT DATE:      January 23, 2002

CASE:                  BURGLARY

AGENCY:              Erie PD

INCIDENT NUMBER:   00-27460

**Erie Regional Laboratory**

4310 Iroquois Avenue
Erie, PA 16511-2196

Title 42 Pennsylvania Consolidated Statutes, Section 1725.3 as amended by Act 140-92 mandates:   a person placed on probation without verdict pursuant to Section 17, Act of 1972, P.L. 233, No. 64, or who receives Accelerated Rehabilitative Disposition or who pleads guilty or nolo contendere to or who is convicted of an offense as defined in 18 PA.C.S. Section 106, 75 PA.C.S. Section 3731 or 3735 or Act of 1972, P.L. 233, No. 64 shall be sentenced to pay a Criminal Laboratory User Fee for laboratory services required for prosecution. **Remittance shall be paid by the defendant to the appropriate clerk of courts or district justice.**

Pursuant to the aforementioned Act, this Criminal Laboratory User Fee Statement shall be provided to the district justice, or in court cases, to the district attorney at the time of the disposition of the case for the assessment of fees.  Since the laboratory user fee is in addition to any fines, penalties or costs, the prosecuting officer shall make every effort to ensure the district justice or judge includes these fees at the time of final disposition.

| IF BLANK:  MUST BE COMPLETED BY THE INVESTIGATING AGENCY/PROSECUTING OFFICER |
|---|
| **CASE NAMES :**   Baldini Gun Shop (Victim)<br>Falciglia, Wayne Stephen (Suspect) |

| LABORATORY USE ONLY | | | | |
|---|---|---|---|---|
| CODE | ANALYSIS | QTY | UNIT | AMOUNT |
| 304 | BLOODSTAIN (IDENTIFICATION AND SPECIES) | 1 | $48.00 | $48.00 |
| | | | TOTAL | $48.00 |

I CERTIFY THE ABOVE EXPENSES, SERVICES, MATERIALS OR PRODUCTS WERE ACTUALLY INCURRED OR FURNISHED BY THE COMMONWEALTH OF PENNSYLVANIA, AND THE ABOVE COSTS CHARGED ARE FAIR AND REASONABLE.

Page 1 of 1

_Crime Laboratory Manager_

# DNA SUBMISSION SUMMARY

Questioned

| Items: | Description: | Belongs To: | | | | Found Where: |
|--------|--------------|-------------|---|---|---|--------------|
| Q1 | one (1) presumptive blood lift | ☐V | ☐S | ☐E | ☒U | Burglary scene |
| Q | | ☐V | ☐S | ☐E | ☐U | _____ |
| Q | | ☐V | ☐S | ☐E | ☐U | _____ |
| Q | | ☐V | ☐S | ☐E | ☐U | _____ |
| Q | | ☐V | ☐S | ☐E | ☐U | _____ |

Known

| Items: | Name: | Classification | | | Juv. | EDTA | Date Drawn: | Date Plated: |
|--------|-------|----------------|---|---|------|------|-------------|--------------|
| K | _____ | ☐V | ☐S | ☐E | ☐ | ☐ | _____ | _____ |
| K | _____ | ☐V | ☐S | ☐E | ☐ | ☐ | _____ | _____ |
| K | _____ | ☐V | ☐S | ☐E | ☐ | ☐ | _____ | _____ |

Incident Description

Suspect is said to have his profile in CODIS due to incarceration in NY. Please run any unknown profiles in CODIS in order to have enough probable cause for them to obtain a blood standard from him.

Key

V = Victim
S = Suspect
E = Elimination
U = Unknown

Juv.  =  Juvenile
EDTA  =  original whole blood in EDTA (purple capped) tube.  If other preservative present please note in incident description.

A copy of the rape information sheet may be submitted in lieu of this form for suspected sexual assaults.

Case number: E02-00184
Date: 07/09/04
Initials: _____

Revision 10/24/03

SP 4-212 (8-2002)

PENNSYLVANIA STATE POLICE

# REQUEST FOR FORENSIC ANALYSIS

| PART I | SUBMITTED TO | | |
|---|---|---|---|
| | NAME OF LAB./TROOP | | TYPE OF ANALYSIS |
| ☐ | BETHLEHEM | ☐ | AFIS |
| ☐ | ERIE | ☐ | BALLISTICS |
| ☐ | GREENSBURG | ☐ | CHEMISTRY |
| | HARRISBURG | ☐ | DOCUMENTS |
| ☐ | LIMA | ☐ | LATENT PRINTS |
| ☐ | WYOMING | | |
| ☐ | TROOP____ I.D. UNIT | | |

**FOR TROOP USE** / **FOR LAB USE**

DATE/TIME RECEIVED

E02-00184 – 99

LAB. NO.

RECEIVED FROM

PD 27460

D 1/23/2002

RECEIVED BY      Rec'd 7/13/04 TK

STORAGE

1. SUBMIT REPORT TO (INVESTIGATING AGENCY'S NAME AND ADDRESS)
Erie PD  - Don Metzger
626 State St.
Erie Pa   16501   (814) 870-1140

2. INVESTIGATOR'S NAME (TYPE/PRINT)
Pamela S. Campbell (814) 999-8947

TELEPHONE NO.

3. INCIDENT NO.
CC-

4. ☐ SUBMISSION
PREVIOUS LAB. NO.

5. PROP. INV. NO.

6. DATE OCCURRED
14  27 Aug 2000

7. OFFENSE
Burglary

8. DRUG REL.
☐ Y ☐ N

9. LOCATION (CITY-BOROUGH-TOWNSHIP)
Erie

10. COUNTY
Erie

11. VICTIM
Baldwin Gun Shop

12. ACCUSED ☐
SUSPECT ☒   Wayne Stephen Palaska

DOB

SID

| PROP. INV. ITEM NO. | PART II | EVIDENCE INFORMATION |
|---|---|---|
| | 13. | DESCRIPTION |
| Q1 | Paper w/ blood stain from Burglary scene (E02-00184 Item 11 Dr.) | |

14. REMARKS/ADDITIONAL INFORMATION

| PART III | | CHAIN OF CUSTODY | | |
|---|---|---|---|---|
| 15. ITEM(S) TRANSFERRED | 16. DATE | 18. RELINQUISHED BY | | 20. EVIDENCE RETAINED AT LAB. |
| Q1 | 17. TIME  1155 | 19. RECEIVED BY | | |
| ITEM(S) TRANSFERRED | DATE | RELINQUISHED BY | | EVIDENCE RETAINED AT LAB. |
| | TIME | RECEIVED BY | | |
| ITEM(S) TRANSFERRED | DATE | RELINQUISHED BY | | EVIDENCE RETAINED AT LAB. |
| | TIME | RECEIVED BY | | |
| ITEM(S) TRANSFERRED | DATE | RELINQUISHED BY | | EVIDENCE RETAINED AT LAB. |
| | TIME | RECEIVED BY | | |
| 1 TRANSFERRED | DATE | RELINQUISHED BY | | EVIDENCE RETAINED AT LAB. |
| | TIME | RECEIVED BY | | |

NOTE:   All evidence is available for pickup upon receipt of the Report of Laboratory Analysis by the investigator and shall be retrieved within 30 days.

REQUESTOR