rescinded 12-23-04

# MISSOURI STATE HIGHWAY PATROL
# CRIME LABORATORY DIVISION



**DETECTION OF BIOLOGICAL FLUIDS**
**PROCEDURE MANUAL**

# Table of Contents

| **Section** | | | **Page** |
|---|---|---|---|
| I. | | Evidence Examination | |
| | A. | Establishing a Link | 2 |
| | B. | Streamlining | 2 |
| | C. | Evidence Collection and Preservation | 2 |
| | D. | Documentation | 2 |
| II. | | Presumptive Tests | |
| | A. | Presumptive Tests for Blood | 2 |
| | B. | Locating Semen Stains | 3 |
| | C. | Presumptive Tests for Semen | 4 |
| III. | | Collection | |
| | A. | Stains on Porous Material | 4 |
| | B. | Stains on Nonporous Material | 5 |
| IV. | | Confirmation Tests | |
| | A. | Confirmation Tests for Human Blood | 5 |
| | B. | Determining the Presence of Sperm Cells | 7 |
| | C. | Confirmation Test for Semen | 8 |

## I.  Evidence Examination:

A.  Establishing a Link:

Evidentiary examinations are performed in order to determine if an individual or individuals are associated with a crime.

B.  Streamlining:

Evidence should be examined in the order of the best associative evidence first. Once a link is established no further exams are required, unless circumstances dictate otherwise, i.e. multiple suspects.

C.  Evidence Collection and Preservation:

1.  If sample collection may affect another section's analyses, that section must be contacted.

2.  The minimum amount of sample necessary for analysis is removed from an item of evidence.  Stains may be removed in any means appropriate for the substrate *(Refer to Collection, p3)*.

3.  Samples removed from an item must be preserved throughout analysis by the best method appropriate for the type of sample until completion of the case.

D.  Documentation:

Precise note taking must be conducted throughout analyses.

## II.  Presumptive Tests:

Presumptive or screening tests are rapid procedures used to limit the number of stains that require confirmation testing.

A.  Presumptive Tests for Blood:

Leuco Malachite Green (LMG) is used as an indicator of the possible presence of hemoglobin.  LMG is made up as needed.

e.  Quality Assurance/Quality Control

2.  Test LMG before use with known blood standard (positive) and a clean piece of filter paper (negative).  Record that test was performed in case notes.

2. Test:

    a. Gently rub a strip of filter paper over the suspected blood stain.

    *Note:* *With weak stains a small area may be cut off and placed directly on the filter paper.*

    2. Add approximately one drop of LMG solution to the filter paper or cutting.

3. Results:

    2. A positive reaction is the development of a deep blue-green color within 10 seconds.

    *Note:* *The filter paper will eventually turn blue-green after the addition of LMG.*

4. Record results in notes as "pos" or "neg".

B. Locating semen stains:

The alternate light source allows for rapid screening for semen stains on large items, such as clothing and bedding.

1. Quality Assurance/Quality Control:

    2. View a known semen stain (positive) and clean filter paper (negative) to determine if light and filters are working appropriately. Record that test was performed in case notes.

2. Test (dark room):

    a. Turn on the power to the light source. Allow the fan to get to normal running speed and then turn on light.

    *Note:* *Leave shutter closed on light wand when not viewing evidence. This will prevent damage to the filters.*

    3. While wearing the orange goggles, scan the evidence using the CSS filter and look for blue-white fluorescent stains.

> *Note:   Saliva and urine will also fluoresce. The AP test will discriminate between these stains and possible semen stains.*

    4.      Use a permanent marker to outline any fluorescent stains, being careful not to draw the marker through the stain.

    5.      Proceed to the Acid Phosphatase test.

C.    Presumptive Test for Semen:

The Acid Phosphatase  (AP) is used as an indicator of the possible presence of semen in a stain.

    i.      Quality Assurance/Quality Control:

        2.      Test α-Napthyl Acid Phosphate reagent before use with a known semen standard (positive) and a clean piece of filter paper (negative).  Record that test was performed in case notes.

    2.      Test:

        a.      Dry stains: Rub filter paper on the stain or place one drop of distilled water on filter paper and press it on the stained area for up to 5 seconds.

        b.      Liquid samples: Absorb a small amount of liquid onto filter paper.

    3.      Spray or drop AP Spray on the strips.  Observe strips for up to 2 minutes.

    4.      Results:

        2.      Positive results are indicated by the rapid production of a deep violet color.

        3.      Others:  Vaginal secretions and fecal material may eventually produce a violet color.

    5.      Record results in notes as "pos" or "neg".

## III.    Collection:

Only remove an amount of sample sufficient for confirmation testing and/or DNA analysis.  If necessary for the preservation of a sample, such as with firearms, collect all or a large portion of the stain and place it into a labeled tube.  Return all unused sample to the submitting agency.

A.    Stains on Porous Material:

Stains on porous material, such as paper and cloth, are normally removed by cutting.

1.    Cut a small amount of sample for confirmation testing. The amount of sample needed will depend on the concentration of the stain. Place it in a labeled microcentrifuge tube and store at approximately -20°C.

2.    Cut a sufficient amount of sample for DNA analysis. Place it in a labeled microcentrifuge tube and store at approximately -20°C.

B.    Stains on nonporous materials and leather/suede:

Stains on nonporous materials are normally removed by swabbing or scraping.

1.    Swabbing: A cotton swab moistened with distilled water can be used to absorb the stain. The amount removed will depend on the concentration of the sample.

a.    A small portion should be placed in a labeled microcentrifuge tube for confirmation testing. Store at approximately -20°C.

b.    The remaining portion should be dried and placed in a labeled microcentrifuge tube for DNA analysis. Store at approximately -20°C.

2.    Scraping: Sample may be removed with a scalpel by gently scraping the stain onto a piece of weigh paper. The amount removed will depend on the concentration of the sample.

2.    Transfer a small portion of the scrapings to a labeled microcentrifuge tube for confirmation testing. Store at approximately -20°C.

3.    Transfer the remaining scrapings to a labeled microcentrifuge tube for DNA analysis. Store at approximately -20°C.

## IV.    Confirmation Tests:

The Takayama and/or Ouchterlony exams may be omitted if the sample size is small or the benefit obtained from the results is negligible.

A.    Confirmation Tests for Human Blood:

e.    Takayama (Hemochromogen) Test:

The Takayama reagent tests for the presence of hemoglobin.

e.    Quality Assurance/Quality Control:

f.    One known human blood standard (positive control) and one distilled water sample (negative control) should be used for each batch of Takayama samples.

g.    Results are confirmed by a qualified Criminalist who initials the paperwork.

h.    Test:

*Note:  A portion of this sample may be used for the Ouchterlony test.*

e.    Depending on the amount and condition of the suspected blood stain, one may either:

Soak a cutting in a minimum amount of distilled water for at least 1 hour then transfer a small drop of the extract to a labeled microscope slide and allow to dry.

*or*

Place a small cutting directly on a labeled microscope slide.

a.    Place a cover slip over sample.

b.    Add Takayama reagent to the sample.

c.    Incubate at room temperature (RT) for approximately 15 minutes or develop in the 50°C oven for approximately 10 minutes.  Weak samples may be left overnight at RT.

e.    Results:

*f.*    Record results in notes as "pos" or "neg".

*2.*    Ouchterlony Test (Precipitin test):

*Note:  This test should only be performed  when species determination is necessary __and__ the sample will not proceed to STR testing.  Successful quantification and STR analysis indicates the presence of  human DNA.*

*A portion of this sample may also be used for the Takayama Test.*

  a.  Quality Assurance/Quality Control:

    i.  One known human blood standard (positive control) and a distilled water sample (negative control) must be tested with each batch.

    ii.  Results are confirmed by a qualified Criminialist who initials the paperwork.

  b.  Test:

    i.  Soak cutting in a minimum amount of distilled water for at least 1 hour.

    ii.  Withdraw enough sample extract (approximately 25 $\mu$l) to fill one outer well of an Ouchterlony (precipitin) plate.

    iii.  Add enough $\alpha$-sera (approximately 25 $\mu$l) to fill the center well of the Ouchterlony plate.

    iv.  Incubate at RT.  Depending on the strength of the sample, incubation may need to last 1-2 days.

    v.  View plate with back lighting from a high intensity lamp.

  c.  Results:

    An antibody-antigen precipitate in the form of white lines will develop between the center and outer wells when human proteins are present.

  d.  Record results in notes as "pos" or "neg".

B.  Determining the Presence of Sperm Cells:

*Note*:  *Identifying the presence of intact sperm cells may be streamlined.*

  1.  Quality Assurance/Quality Control:

    Detection of sperm cells are confirmed by a qualified Criminalist who initials the paperwork.

2.    Test:

View slides microscopically using 20X or 40X lens.

3.    Results:

The presence of sperm cells is only confirmed with the identification of the head, neck and tail as one unit.

4.    Record results in notes as "pos" or "neg".

C.    Confirmation Test for Semen:

Confirmation testing is performed using the ABAcard PSA Technique.  p30 (PSA) is a semen specific protein produced by the prostate gland.

1.    Quality Assurance/Quality Control:

a.    Each lot of the p30 kits is QC'd with a known 4ng/ml p30 standard, a vaginal swab extract, and water.

b.    Results are confirmed by a qualified Criminalist who initials the paperwork.

2.    Test:

a.    Add approximately 750 µL of distilled water to the cutting.

b.    Allow stain to extract for at least 0.5 hours at room temperature. Stain concentration will determine extraction time.

c.    Mix the sample thoroughly and add approximately 200 µL of the extract to the sample well (S).

d.    Allow for the complete migration of the solution.  The read time will not exceed 10 minutes.

3.    Results:

a.    If pink bands appear at the test section (T) and the control section (C), the presence of p30 is concluded.

b.    If after the maximum read time, a band is not present at the test section (T), but the control band (C) is present, the test is negative. A partial band is considered to be negative.

> *Note*: *False negatives have been noted in samples that were too concentrated. If a stain is suspected of being too strong, the sample should be diluted and retested.*
>
> *P30 may be detected in liquid male urine.*

4.    Record results in notes as "pos" or "neg".

**References:**

For detailed information on testing refer to the *DNA Training Manual* and the references sited therein, *Reagents and Solutions Manual* and the *Laboratory Operations Manual.*