| OKLAHOMA STATE BUREAU OF INVESTIGATION<br>CRIMINALISTIC SERVICES DIVISION | Forensic Biology Protocol Manual<br>B23, Rev. 6<br>Effective Date: 3-1-06<br>Page 1 of 5 |
|---|---|

| SUBJECT: | ACID PHOSPHATASE (STMP) |
|---|---|

| RELATED REFERENCES: | ATTACHMENTS: History |
|---|---|

## PRINCIPLE OF THE PROTOCOL

The detection of acid phosphatase activity from a sexual assault sample is used as a presumptive test for the presence of seminal fluid. The test is based on a color change in substrates in which a phosphate group is removed by a phosphatase (orthophosphate monoester phosphohydrolase). Sodium thymolphthalein monophosphate is one such substrate that changes from a yellow to a blue color in the presence of phosphatase activity and alkaline detection conditions.

## ASSOCIATED PROTOCOLS

1. B-21 Seminal Fluid Analysis Guide
2. B-26 One-Step ABACard p30 Test
3. B-27 Microscopic Identification of Spermatozoa

## REFERENCES

1. Gaensslen, RE. Sourcebook in forensic serology, immunology, and biochemistry. US Department of Justice. US Government Printing Office: Washington, DC.

2. Roy AV, Brower ME, Hayden JE. Sodium thymolphthalein monosphosphate: a new acid phosphatase substrate with greater specificity for the prostatic enzyme in serum. Clinical Chemistry 1971; 17:1093-1102.

3. Saferstein, R, editor. Forensic Science Handbook. New Jersey: Prentice-Hall, 1982.

## SPECIMEN REQUIRED

A cutting from suspected semen stains on swabs, fabrics, or other evidentiary material.

## REAGENTS

1. Sodium thymolphthalein monophosphate ( Sigma T0762 or equal)
2. Brij-35 (Sigma P1254 or equal or Sigma 430AG-6 30% w/v or equal) One can prepare 20% w/v Brij-35 solution by diluting 4 ml of 30% w/v Brij-35 solution in 2 ml of DI water.
3. Trisodium citrate dihydrate (Sigma C7254 or equal)
4. Citric acid monohydrate (Sigma C1909 or equal)
5. Sodium hydroxide (Sigma S0899 or equal)
6. Anhydrous sodium carbonate (Sigma S6139)
7. Deionized water

| OKLAHOMA STATE BUREAU OF INVESTIGATION<br>CRIMINALISTIC SERVICES DIVISION | Forensic Biology Protocol Manual<br>B23, Rev. 6<br>Effective Date: 3-1-06<br>Page 2 of 5 |
|---|---|

| SUBJECT: | ACID PHOSPHATASE (STMP) |
|---|---|

| RELATED REFERENCES: | ATTACHMENTS: History |
|---|---|

## PREPARATION OF WORKING SOLUTIONS

1. Solution A:

   Dissolve 2.94 grams of trisodium citrate dihydrate in 2.5 mL of 20% Brij-35. Q.S. to 100 mL with DI $H_2O$.

2. Solution B:

   Dissolve 0.21 grams of citric acid monohydrate in 0.25 mL of Brij-35 (20% w/v). Q.S. to 10 mL with DI $H_2O$.

3. STMP Substrate:
   a. To approximately 90 mls of solution A, add a sufficient amount of solution B to bring the pH (at 25°C) to 5.95. Dissolve 0.139 grams of STMP in 75 mls of this citrate buffer. The alkalinity of the STMP should change the pH of the solution to 6.0.

   b. STMP substrate can be aliquoted into 1.5 mls eppendorf tubes and stored at -20°C. The stored solution is good for six months.

4. Color Developer Solution:

   Dissolve 2 grams of NaOH and 5.3 grams of anhydrous $Na_2CO_3$ in water and dilute to one liter. Store at ~4°C.

## STANDARDS AND CONTROLS

A positive control (known semen or reconstituted semen standard) and a reagent blank (STMP) must be tested on each plate. If possible, a substrate control must be tested with each evidentiary sample.

## APPARATUS AND MATERIALS

1. 37°C incubator
2. Glassware (graduated cylinders, beakers, flasks)
3. Glass pipettes
4. Pipette bulbs
5. Eppendorf tubes (1.5 mls)
6. pH meter
7. Balance
8. Specimen trays (Freshplates #F-9001 from NIK Public Safety, 147 Clinton Road, West Caldwell, NJ 07006 or equivalent).

| OKLAHOMA STATE BUREAU OF INVESTIGATION CRIMINALISTIC SERVICES DIVISION | Forensic Biology Protocol Manual B23, Rev. 6 Effective Date: 3-1-06 Page 3 of 5 |
|---|---|

| SUBJECT: ACID PHOSPHATASE (STMP) | |
|---|---|
| RELATED REFERENCES: | ATTACHMENTS: History |

## INDIVIDUAL STEPS OF PROTOCOL:

1. Determine and collect stains and controls to be tested.

2. Label the Freshplate with the case number, analyst initials, date, and type of exam (AP-STMP). Label the wells with the appropriate information (item number, control, etc.).

3. Place a cutting from the item being tested (~ 2 x 2mm) into each appropriately labeled well. Include all appropriate controls. For the positive control use 10 $\mu$L of semen standard or known semen.

4. Add 25$\mu$l of STMP substrate to each well.

5. Incubate the plate at 37°C for 30 minutes.

6. Add approximately four drops of color developer to each well and stir with a wooden applicator.

7. Observe color changes, photograph results and record results in the case notes.

8. Label photograph and include with other case information.

## FREQUENCY AND TOLERANCE OF CONTROLS AND CORRECTIVE ACTION TO BE TAKEN IF TOLERANCES ARE EXCEEDED

A positive control of semen standard or known semen is to be included for each plate of samples. A reagent blank is also included for each plate. Substrate controls are tested for each item number as appropriate. All substrate controls should be negative and the reagent blank should be negative.

## EXPECTED VALUES

A negative result is indicated by a yellow, green or light blue. A positive result is indicated by a medium blue to dark blue color. For a borderline result or a color change other than medium to dark blue, analyst discretion may dictate further analysis by confirmatory testing.

| OKLAHOMA STATE BUREAU OF INVESTIGATION CRIMINALISTIC SERVICES DIVISION | Forensic Biology Protocol Manual B23, Rev. 6 Effective Date: 3-1-06 Page 4 of 5 |
|---|---|

**SUBJECT:**   ACID PHOSPHATASE (STMP)

| RELATED REFERENCES: | ATTACHMENTS:   History |
|---|---|

## PROTOCOL NOTES:

The acid phosphatase activity test using STMP is to be used in screening items such as bedding or items with a large number of stains.  This does not include items of an intimate nature such as panties.  As stated above, analyst discretion dictates whether further confirmatory testing can be performed on those items testing negative for the assay.

Each new lot of STMP substrate and color developer solution should be checked against the previous lot using known semen or reconstituted semen standard. The new lot should exhibit equal activity to the old lot.   Each lot of STMP substrate and color developer has a six-month expiration date.

The sample used in this assay is considered consumed in testing and, therefore, does not have to be listed on the derivative evidence log.  The disposition of this sample may be documented in notes.

Photographic documentation of the results is required and shall be stored on CD-R in the case file.

## RECOMMENDED REPORT WORDING/INTERPRETATION OF TEST DATA

1.    Positive result (without the presence of sperm or with a negative P30 test):

Acid phosphatase activity detected.

Acid phosphatase activity, a presumptive test for seminal fluid, was detected.  All other tests for semen were negative.

Acid phosphatase activity detected; however, all other tests for semen were negative.

2.    Negative result:

No seminal fluid detected.

## AUTHOR    Kate Ealey

## VALIDATION STUDIES

Validation studies on file in Biology Technical Manager's Office.

| OKLAHOMA STATE BUREAU OF INVESTIGATION<br>CRIMINALISTIC SERVICES DIVISION | Forensic Biology Protocol Manual<br>B23, Rev. 6<br>Effective Date: 3-1-06<br>Page 5 of 5 |
|---|---|
| SUBJECT:    ACID PHOSPHATASE (STMP) | |
| RELATED REFERENCES: | ATTACHMENTS:   History |

## APPROVAL:

Technical
Manager _____
Joann G. Kihega

Date        3-1-06

Division
Director _____
Charles D. Curtis

Date        3/1/06

| OKLAHOMA STATE BUREAU OF INVESTIGATION CRIMINALISTIC SERVICES DIVISION | Forensic Biology Protocol Manual<br>B-23 History<br>Effective Date: 3-1-06<br>Page 1 of 1 |
|---|---|

**SUBJECT:**     ACID PHOSPHATASE (STMP) HISTORY

**RELATED REFERENCES:** | **ATTACHMENTS:**

| Rev. # | Issue Date | History |
|---|---|---|
| 0 | 9-1-97 | Original Issue |
| 1 | 1-5-01 | Placed in new format. Deletion of Special Supplies, Calculations and Recommended changes to Existing Protocol. Revised associated protocols list. Revised preparation of Brij solution. |
| 2 | 8-9-02 | Changed protocol number from S-28 to B-23. Added protocol notes. Added expiration date of reagents. |
| 3 | 11-01-03 | Change in formulation. Removal of some protocols from associated protocols. Addition of analyst discretion to perform further confirmatory testing for negative results. Addition of reconstituted semen standard as a known. Addition of STMP as a screening tool added to protocol notes. Addition of sample as consumed in testing. |
| 4 | 12-01-04 | Removed the section regarding the extraction of the sample. |
| 5 | 7-8-05 | Minor grammatical changes and annual review. |
| 6 | 3-1-06 | Minor grammatical changes and annual review. Update Division Director. |