**Exhibit A-14**

The Alaska Department of Public Safety Scientific Crime Detection Laboratory's *Forensic Biology Standard Operating Procedures*, is Exhibit A-14.

This document was until recently available at:
http://www.dps.state.ak.us/crimelab/docs/QA/FBSOP%202011%2ORO.pdf

The website is under construction and the document will again be available the week of October 17, 2011.  The document will be provided to the Court as Exhibit A-14 at a later date.