# SAN FRANCISCO POLICE DEPARTMENT
# CRIMINALISTICS LABORATORY
# SEROLOGY AND DNA ANALYSIS MANUAL

# ANALYTICAL PROTOCOLS

_____

**Martha Blake**
**Laboratory Manager**

**Effective Date:  April, 1998**

The methods delineated here assume prior training in and familiarity with conventional forensic serological techniques and PCR-based DNA typing.  Because not all forensic situations may be foreseen, changes may occasionally be made to these methods at the analyst's discretion in order to accommodate a particular sample. These methods represent an application of the technology available to SFPD as of 04/04/98.  Subsequent versions may include improvements as they become available.

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

# ANALYTICAL PROTOCOLS.
## TABLE OF CONTENTS

I.  PROTOCOL FOR EVIDENCE EXAMININATION
    Bloodstains    4
    Semen stains    4

II. TESTS FOR BLOOD
    Phenolphthalin Test    6
    Benzidine-type Tests    7
    Luminol    7
    Species Determination    8

III. IDENTIFICATION OF SEMEN
    AP Spot Test    9
    Microscopic Examination    10

IV. RECOVERY OF CELLULAR DEBRIS
    Swabs and stains    10

V. DIFFERENTIAL STAINING OF CELLULAR DEBRIS    11

VI. PROTOCOL FOR EXTRACTION OF DNA
    Organic extraction of DNA from biological materials    12
    Differential extraction of body fluid/semen mixtures    13
    Chelex extraction of DNA from blood    15
    Chelex extraction of differential digests    16
    Yield gel analysis    16
    Quantiblot™ yield determination protocol    18
    List of reagents for DNA extraction analysis    20

VII. PROTOCOL FOR DQA1/PM ANALYSIS
    Introduction to DQA1/PM amplification and typing    23
    Amplification protocol for extracted DNA    24
    PCR product gel protocol to verify amplification    25
    DQA1/PM typing protocol    26
        Hybridization to ASO probes    27
        Color development    28
        Reading and recording results    28
    List of reagents for DQA1/PM typing    29

VIII. PROTOCOL FOR  AmpliFLP™ D1S80 ANALYSIS
    Introduction to AmpliFLP™ D1S80 amplification and typing    31

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

Amplification protocol for extracted DNA                              32
PCR product gel protocol to verify amplification                     33
Analytical gel electrophoresis for D1S80                             34
Silver staining the analytical gel                                   36
Interpretation of analytical gel results                             37
List of reagents for D1S80 typing                                    37

IX.  PROTOCOL FOR INSTRUMENTAL STR ANALYSIS
Introduction to STRS                                                 39
Amplification Protocol for Amp*Fl*STR Green I                        39
Preparation of Amplified Samples for Instrumental Analysis           41
Initiating the ABD 310 Genetic Analyzer                              41
     Installing a New Electrode                                      42
     Installing a Capillary                                          42
     Filling Buffer Reservoirs                                       43
     Loading the Syringe/Priming the Pump Block                      44
     Preparing a Sample Sheet                                        45
     Preparing an Injection List                                     45
     Analyzing the Data                                              46
CE Electropherogram Interpretation Guidelines                        49
List of Reagents/Accessories for STR Analysis                        52

APPENDIX
Species Determination by cross-over electrophoresis                  54
Detection and Quantification of P30                                  55
Conventional PGM subtype electrophoresis                             56
Conventional PGM/PepA electrophoresis                                57
Amylase Assay                                                        58
Staining reagents                                                    59
References                                                           60
Copies of Analytical Worksheets
Population Frequency Data
     DQA1
     PM
     D1S80
     THO1
     TPOX
     CSF1PO
The Human Chromosomes Mapped, ca 1992
PCR-based Genetic Systems Chromosome Locations

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

# PROTOCOL FOR EVIDENCE EXAMINATION

## A. Bloodstains

1. <u>Preserve evidence</u>:  After a request is assigned, check in Property to make sure evidence has been properly preserved and that liquid standards, if any, have been checked out for processing.  While evidence is in the laboratory, store frozen.  Effort should be made to avoid unnecessary consumption of evidence stains; attempts should be made to retain portion of sample for re-analysis, if consistent with also obtaining optimum results from the initial examination.

2. <u>Locate stains</u>: Working from only one item at a time to avoid handling errors, examine object for visible red staining and photograph, diagram, and/or describe in notes visible stains as appropriate.  Record location of apparent stab or bullet holes and other obvious damage. Note and/or remove any extraneous hairs and fibers or other trace evidence, e.g., glass, paint, powder, grains, which might be significant. Handle garments carefully while examining for biological materials to avoid disturbing other trace evidence.  Test suspected bloodstains with phenolphthalin and/or o-tolidine tests (along with adjacent negative controls) and mark positive stains.  Any stains to be sampled for further testing should also be numbered.  Mark object for identification and record location of mark in notes (try to use consistent locations for marking garments - e.g., always marking shirts inside collar, pants on pocket or inside waistband).  Avoid unnecessary damage (marks or cutting) to valuable items.  Take substrate controls as necessary.  For swabs collected by CSI, use an appropriate portion as necessary. Proceed with processing of the sample as described in Sample Preparation procedures.

3. <u>Genetic analysis</u>:  In general, a determination should be made as to which systems will best answer the problem in the case (e.g. to distinguish between persons in a closed system, to discriminate sample from random person, etc.) and this determination should guide the selection of which systems should be typed.  If possible, screen reference samples from any persons associated with the case before selecting typing systems.   Select typing systems which will optimize the information content of the evidence relative to the particular case, taking into consideration the following factors -
    a.  Size and condition of stain.
    b. Stability of markers involved (i.e., chance of successful result).   With PCR analysis,  these factors may not play a significant role.
    c.  Discriminating power of the system(s) chosen.

## B. Semen Stains

1. <u>Preserve Evidence</u>: After a request is assigned, check in Property to make sure evidence has been properly preserved and that liquid blood standards, saliva standards, etc., if any, have been checked out for processing.  While evidence is in laboratory, store frozen.  Make effort to avoid unnecessary consumption of stain, consistent with obtaining optimum information from the sample.

4

Sf analytical protocol, v. 1

2. <u>Screening Policy</u>: Ordinarily, reference samples from victim must be on hand before any typing of vaginal samples or other mixed stains is attempted so that victim's potential contribution may be assessed.  Rape evidence kits and other samples will be given preliminary screen on any case with identified suspect or on suspected series case prior to identification of suspect if requested by investigator or DA.   The report will include assessment of whether or not semen is present in sufficient amount to justify typing attempt (based on # of sperm seen and/or P-30) and statement that genetic typing will be conducted upon request if accompanied by standard samples from suspect (provided sufficient lead time is given).  In series cases, genetic typing and assessment of possible semen donor type may be made without suspect samples; but if suspect is known, encourage submission of standard samples from suspect so that they may be analyzed with the evidence for efficiency.

3. <u>Locate Semen Stains</u>: Examine object for visible stains and photograph, diagram, and/or otherwise describe their appearance and location.  Remember to look for other trace evidence and note and/or remove any which might be lost on subsequent handling of garment (hairs, fibers, etc.).  Note any damage to garments.  Test suspected semen stains with ACP swab test.  Can also use transfer on to damp filter paper and spray for ACP as mapping technique as appropriate.  ACP positive areas can be excised for further work - any cut out stains should be numbered and marked on the garment - along with appropriate negative controls.  UV light or other wavelengths may be used to aid in location of semen stains or other fluorescent material such as Vaseline.

4. <u>Identify Semen and Estimate Semen Dilution</u>: Samples giving positive preliminary ACP qualitative tests (spot tests) will require further examination to confirm the presence of semen.  In general, the presence of semen on swab and stain samples will be confirmed by the finding of spermatozoa.   In the absence of sperm, ACP positive samples may be confirmed as containing semen by the identification of P-30.  Complainant history and other investigative information can establish the appropriate interval between coital events and sample collection to determine the relevance of any semen associated with the case.  At least one of the ER smears in a rape kit, or preps made from swab extracts, should be examined even if the physician did not report observing spermatozoa.  The microscopic examination should include an evaluation of the presence, condition and number of nucleated epithelial cells and of bacteria, fungi and leukocytes as indicators of infection.  P-30 confirmation of the presence of semen is indicated when no spermatozoa are observed in a sample which has a strong ACP spot test (i.e., when it is suspected that the semen donor is aspermic or oligospermic).  P-30 assay may also be used to estimate the amount of semen in the sample.  Such an approach is indicated if there is reason to suspect that a significant amount of the original AP activity has been lost due to environmental factors (e.g., when the sample shows a lower than expected AP level for the amount of sperm observed).  With the finding of sufficient sperm and establishment of relevance to the case, proceed with genetic discrimination analysis.

PGM/PepA analysis is indicated with uncommon specimens that demonstrate sufficient P30 and no sperm.  If the specimen requires immunologic genetic discrimination testing, it will be sent to the DOJ laboratory at Berkeley or to a private lab (such as SERI).

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

PGM typing is rarely successful on vaginal swabs at post-coital intervals of more than 8 hours; Pep-A is rarely successful with PCI over 6 hours. Even though PGM is more stable than Pep-A under vaginal conditions, samples will occasionally be encountered containing typable Pep-A from semen where PGM which can be attributed to the semen is absent. These samples are usually found in cases with short PCI. Pep A is usually more concentrated than PGM initially in semen and short PCI allows the Prep-A to survive. When deciding whether or not enzyme typing is likely to be fruitful in a case, consider sample storage history (i.e., PCI and post collection storage) along with the estimation of the semen dilution in the sample.

5. Mixed Samples: The possibility that any semen stain may potentially represent a mixture of physiological fluids should always be born in mind. The possible contribution of vaginal fluid (or other epithelial cell bearing fluid) can be gauged in a general way by the epithelial cell content of the sample. However, it should be kept in mind that samples containing considerable vaginal fluid may have reduced levels of epithelial cells and/or spermatozoa as a result of having strained through fabric. If the medical report or other investigative information indicates that oral copulation has occurred, it may be useful to conduct an amylase assay upon the material. See the Appendix for amylase assay procedures.

## PRESUMPTIVE TESTS FOR BLOOD

Most of the preliminary chemical tests for blood are based on the detection of hemoglobin, either by detecting its "peroxidase" activity, absorption spectrum, electrophoretic mobility, or crystal formation (Teichman or Takayama). The ability of hemoglobin to catalyze the reduction of hydrogen peroxide is detected by the formation of oxidized colored products from the various presumptive test reagents. The "peroxidase" activity of hemoglobin operates in both acetic and basic media, which that of some of the bacterial enzymes (catalases and peroxidase) is more pH dependent. Therefore, the phenolphthalein test (in basic medium) and the tests using benzidine derivatives (in acid medium) are not redundant. Strong, fast positive reactions obtained with both tests on a red colored substance can be considered very strong evidence (essentially proof for practical purposes) that the substance being tested is blood.

### Phenolphthalin Test

1.     Remove a small amount of stain by rubbing gently with damp swab or filter paper until barely visible red color is transferred. Add one drop of phenolphthalin reagent (approximately 5mg phenolphthalin in 2cc sat'd sodium carbonate- prepared freshly), followed by one drop of fresh 3% hydrogen peroxide.

2.     Positive result is an immediate bright pink color, accompanied by bubbles if the stain is strong. Color is due to the production of phenolphthalein (oxidized phenolphthalin) in the

6

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

basic solution. Reagent tends to oxidize on standing to form interfering pink background, thus should always be used fresh.

### Benzidine-Type Reagents

Benzidine is a known carcinogen, subject to very stringent control by OSHA, and its use is prohibited in our laboratory. The substances tetramethyl benzidine (TMB), ortho-tolidine, and ortho-dianisidine have all been used as benzidine substitutes. These should also be used with caution because of their structural similarity to benzidine. All work with essentially the same mechanism, the oxidation of the substrate to a blue colored product by the reduction of the peroxide, catalyzed by hemoglobin.

1.      Transfer small portion of stain to damp filter paper or swab as described above. Add one drop of TMB reagent : (1% TMB in 1:1ethanol:glacial acetic acid) followed by one drop of fresh peroxide.


2.      Positive reaction is immediate, strong blue green color. Reagent may slowly develop blue color on standing even in absence of blood, so positive reaction must be **immediate**.

### Luminol Test

Luminol can be oxidized by heme to a product which luminesces. This test is more sensitive than the TMB test and is very useful in locating latent bloodstains. The test must be performed under darkened conditions and the necessary photographic equipment should be available to document any luminescence produced. Preferably, this test should be performed after a visual search has failed to reveal suspected blood. The reagent is applied over large areas as a mist from a pressurized sprayer. Once located, the presence of blood must be confirmed with one or both of the previously described presumptive tests. Luminol will not interfere with these subsequent tests. The luminescence will fade with time but can be restored with an additional application of reagent mist. This is particularly useful for weak stains that require prolonged exposure times to photograph. The reagent is prepared as follows:
        Stock solution A is 0.4N NaOH, Stock solution B is 0.176M H2O2, Stock solution C is 0.004M Luminol in 0.05N NaOH.
        Prepare a working solution by mixing 10 ml of each stock solution to 70 ml of distilled water. Working solution must be made fresh, preferably at the scene, as it auto-oxidizes over a short time. Metals (especially Cu, Ni and Fe) as well as oils can cause false positive runs for blood. Most of these interferences will be discovered upon subsequent test with phenolpthalin or TMB, which will not react to these substances. Metallic salt interference should be discovered in subsequent tests with color appearing prior to addition of peroxide.

Sf analytical protocol, v. 1

Remarks

1.      The two presumptive tests may be run in sequence on the same swab.   Add phenolphthalin reagent, followed by peroxide.   Observe pink color and then add TMB and observe formation of blue product.

2.      Both tests are extremely sensitive, able to detect blood diluted up to 1/100,000 or more - i.e., invisible to the eye.  Caution should be exercised to avoid contamination of work areas and other evidence with traces of blood dust which can be detected by the tests.

3.      Re benzidine type reagents - some bacteria have catalase activity which will give a positive benzidine test if present in concentrated form (e.g., in carpet).  Fresh vegetable juices (e.g., horseradish) have considerable peroxidase activity.  This will disappear upon prolonged drying (several days) or heating, while the hemoglobin activity remains under these conditions.  Many strong oxidants (e.g., metal ions) will oxidize the substrate reagents to form colored products in the absence of peroxide.  The presence of these materials is revealed by adding the test reagent to the evidence stain before the addition of the peroxide, it can be concluded that an interfering substance is present, negating the value of the presumptive test.

4.      Always run a test of the unstained substrate material along with the evidence sample to check for possible interfering background reactions.


## SPECIES DETERMINATION - GENERAL CONSIDERATIONS

Tests to demonstrate that a specimen (e.g., bloodstain) is of human origin have been displaced by human-specific quantitation tests (Quantiblot) or by PCR-based DNA tests which are higher-primate specific.  Thus, the species determination is accomplished directly upon quantification or successful amplification.   If the Quantiblot fails to demonstrate detectable human DNA and QC controls indicate the test is performing satisfactorily, the sample is of non-human origin or its species of origin likely becomes moot.  If sufficient non-human bloodstain is available, species of origin may be determined in the traditional fashion.  See the appendix for conventional species testing procedures.

Before using any new lot of precipitating anti-serum (anti-human or other) test its sensitivity and specificity with the same procedure to be used on the evidence (e.g., diffusion in gel and/or cross-over).   Test anti-human specificity versus several other mammalian species likely to be encountered in evidence (e.g., cow, pig, cat, dog).  If the problem is to distinguish between closely related species, be sure to check these (e.g., if checking for deer, be sure to test beef, sheep, and goat).   Check several dilutions of each test solution between 1/10 and 1/1000 since cross-reactivity will vary with concentration.

If the anti-serum is supposed to be specific for a particular human fluid (e.g., anti-human P30) run tests vs. other human material, e.g., vaginal material, saliva, tears, as well as sensitivity tests on dilutions of the fluid in question down to at least 1/1000.   Once the

appropriate tests have been performed on a lot of serum, they need not be repeated for each case. it is, however; important to use an extract of "unstained" substrate as a control in each case.

## IDENTIFICATION OF SEMEN

Positive identification of semen for casework must include microscopic identification of sperm and/or detection of P30. A useful presumptive test, the AP spot test, to strongly indicate the presence of semen is described below:

## ACP SPOT TEST

Reagents
    Acetate Buffer    5ml (1%) glacial acetic diluted to 500ml with water, plus ca. 10grams sodium acetate, to pH 5 - store refrigerated.
    Substrate - calcium alpha naphthyl phosphate, freshly prepared sat'd solution in acetate buffer
    Diazo Reagent - "Naphthanil" (diazo red), sat'd solution in acetate buffer, prepare fresh. Reagent develops red cloudy background after standing an hour or two, increasing the undesirable background reaction in the test and also decreasing its sensitivity.

Method
1.    Prepare reagents (substrate and diazo) just before use, allowing to stand only until reaching room temp (to speed enzyme reaction). Also test reagent after it is prepared with known semen stain to assure that it is reacting properly.

2.    Moisten cotton swab with distilled water and rub suspected semen stain gently. Add one drop of diazo solution (red color at this point indicates interfering substance which couples with diazo dye) followed by a drop of the substrate solution. A red-orange color developing within 10 to 15 seconds after the addition of the substrate is indicative of acid phosphatase levels in the semen range.

3.    Always run a negative control consisting of swab of adjacent "unstained" area. Weak semen stains will take longer than 15 seconds to react. Fecal material under these conditions may react 30-60 seconds after addition of substrate, and vaginal material, particularly if built up as crust in the crotch of panties, may give a weak positive reaction 60 seconds or so after addition of substrate. Some douches contain phenol substances which will give a false positive reaction with the diazo reagent alone.

4.    Reagent may be used to "map" location of semen stains. Lay garment to be processed on flat board and cover area to be processed with a piece of Whatman #4 filter paper wet with distilled water, but not dripping. Cover this with clean brown paper and another board and press for several minutes in a vise. Allow the filter paper to air dry, then spray with diazo reagent followed immediately with solution of substrate (filter sat'd sol'ns before using in

9

Sf analytical protocol, v. 1

sprayers). Mark outlines of any red-orange reactions which develop within 15-30 seconds after spraying.

Microscopic Examination

Prepare extract of stain or swab sample as indicated in the "Preparation" section of this manual. Stain with Gram-modified Christmas Tree Stain and observe at 400 x. Nuclear material stains red with this stain and cytoplasm stains green. The sperm heads are visible as intensely red stained at the base of head, green at tail. The acrosome stains differentially from the neck portion of the sperm head. Observe preparation for other cellular debris (bacterial, leukocytes, etc.). Describe observations in terms of approximate number of cells per field, evenness of distribution, intact sperm or heads few or numerous leukocytes, bacteria, epithelial and/or dermal cells. Human sperm heads have a distinctive size and morphology, with differential staining as described above, and can be identified on this basis.

## RECOVERY OF CELLULAR DEBRIS

A.    Swabs and Stains

Samples are prepared by the method of Blake as described by Sensabaugh. Swabs are bisected by cutting up the side, over the crown and down the other side using a sharp, clean scalpel blade. One half of the swab is placed in a 1.5 ml microfuge tube and washed with 0.2ml of isotonic buffer (PBS, pH 7.4) . The swab is allowed to soak and extract for 30-60 minutes in the refrigerator or on an ice bath with periodic agitation. The other swab half is reserved. For stains, use about 1 sq. cm substrate. Be sure to include a negative control if appropriate.

To recover a cell-free supernatant and isolate the cellular debris, the substrate is removed and saved for re-washing in 1ml buffer. The first wash is centrifuged in a microfuge for approximately 2 to 3 minutes. The cell-free supernatant is withdrawn, taking care not to disturb the pellet, to a new microfuge tube and saved. The pellet from the re-wash is combined with the original pellet. After re-centrifugation, the second supernatant is discarded except for about 30 ul. The pellet is re-suspended in this volume, 3 ul are removed to a glass microscope slide for staining and microscopic examination. The substrate may be digested with the pellet if desired.

For Chelex extractions of bloodstains, use only one-third swab or about 3 sq. mm of stained substrate.

Sf analytical protocol, v. 1

## DIFFERENTIAL STAINING OF CELLULAR DEBRIS

The following procedure for the staining of slides of cellular debris results in a slide upon which bacteria as well as epithelial cells , WBCs, and spermatozoa are easily seen:

Procedure

1.      Fix cells to a microscope slide in a circulating 55 degree C over for 30 minutes, or with gentle heat from a flame.

2.      Wet the slide with water.

3.      Stain with 0.5% aqueous crystal (or methyl) violet for 1-3 minutes.

4.      Rinse with water.

5.      Stain with Gram's iodine for 1-3 minutes.

6.      Rinse with water, then acetone, then again with water.

7.      Cover debris with a drop of Nuclear Fast Red stain and incubate in a humid chamber for at least 15 minutes.

8.      Rinse with water.

9.      Cover with Picroindigocarmine stain for 1-3 minutes.  Rinse with ethanol.  Dry the slide and mount with Permount.

10.     Observe at 400 X.

Remarks

Nuclear material is stained red by the Nuclear Fast Red dye.  Sperm heads are usually well differentiated with the acrosome staining significantly less densely than the distal region of the head.  Epithelial membranes are stained green by the picroindigocarmine.  Nuclei inside epithelial cells appear purple.  Yeast cells also stain red however the stain is uniform throughout the cell and extends into polyp-like structures which are occasionally observed with yeast cells.  WBCs will be pink with dark, often multiple nuclei.  Bacterial will stand out very clearly in purple.  Sperm heads may appear slightly darker than when stained only with Christmas Tree stain.

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

# PROTOCOL FOR EXTRACTION OF DNA

Note:  There may be instances in which indicated volumes require alteration to accommodate the size of the sample.

## A. ORGANIC EXTRACTION OF DNA FROM BIOLOGICAL MATERIALS

1.  Cut the stained fabric substrate (<1 cm2) into convenient-sized pieces and place the pieces in a 1.5 mL microcentrifuge tube.  If "piggybacking" might be necessary, use a spin tube insert.  Biological material deposited on a hard or bulky substrate should be scraped or swabbed as appropriate and placed in a 1.5 mL microcentrifuge tube.  Pulp from teeth should be removed by crushing the tooth if necessary and placed directly in a 1.5 mL microcentrifuge tube.  Insoluble material from the tooth should be spun-out prior to extraction with organic solvents.  Bone should be shaved, crushed or sawed and placed directly in a 1.5 mL microcentrifuge tube.  Insoluble bone material should also be spun-out prior to extraction with organic solvents.  Samples not described here should be treated as deemed appropriate by the experience of the analyst.

2.  Add:   500 µL digest buffer
        10 µL Proteinase K (Pro K; 20 mg/mL stock stored at -20ºC)

3.  Ensure that the fabric substrate is submerged and incubate at 56ºC for 1 hour.  Hair roots may require overnight digestion and additional aliquots of Pro K.

4.  Place the pieces in "piggyback" insert and add cap.  Centrifuge ~5 minutes,  remove and discard the insert containing the fabric.

5.  Add an equal volume (typically 500 µL) of Tris-neutralized phenol/chloroform/isoamyl alcohol.  Shake the tube by hand to achieve a milky emulsion in the tube.  Centrifuge at full speed to achieve phase separation and compression of the interface (typically 2 - 5 minutes).

6.  Carefully transfer the aqueous phase (top layer) to a new tube.

7.  Do additional organic extractions until the interface is clean and the aqueous phase clear, then do one more extraction (usually 2 extractions total is sufficient).

    The results of organic extraction may vary depending on the condition of the sample.  The analyst should use his/her judgment in continuing to process the sample.  It is acceptable to perform subsequent extractions with pure chloroform, if e.g. residual phenol is suspected, or with butanol, in order to reduce the volume if necessary.

Sf analytical protocol, v. 1

8.  Add the sample to TE in a Centricon-100 concentrator to a total volume of 2 mL.
    Centrifuge 20 minutes at 1000 x g. Repeat wash step at least 2X with 2 mL TE each time.
    Collect the retentate in the bullet cup by inverting the concentrator and centrifuging 2
    minutes at 500 x g. Transfer the retentate to a microcentrifuge tube, approximating the
    amount recovered (usually about 25 - 30 μL is recovered; anything more than 50 μL
    indicates clogging of the Centricon or extremely concentrated DNA, and consideration
    should be given to an extra or extended wash with a new Centricon).

9.  The sample is now ready for DNA content characterization. If not limited by sample size,
    proceed to yield gel analysis. If DNA quality is not a primary concern and/or if sample is
    limiting, perform only slot blot quantitation or omit quantitation altogether.

## B. DIFFERENTIAL EXTRACTION PROTOCOL FOR BODY FLUID/SEMEN MIXTURES

1.  Cut the substrate into convenient-sized pieces and place the pieces in a 1.5 mL
    microcentrifuge tube. Add 200 μl PBS, saturate the substrate and incubate ~ 30 min to1
    hour at 4ºC.

2.  Vortex the samples for 15 - 30 seconds to loosen the cells from the fabric, then, using
    forceps, transfer the fabric to a "piggyback" insert and centrifuge for 5 minutes. Use of the
    "piggyback" insert improves the recovery of the liquid from the fabric. Save the fabric
    substrate for step 4 and carefully transfer all the supernatant to a new microcentrifuge tube.
    Label this fraction appropriately and store at -20ºC.

3.  Transfer the fabric to a new microcentrifuge tube and add 1 mL PBS. Thoroughly agitate
    the fabric using a sterile toothpick and/or a vortex, then remove and save the fabric.

4.  Transfer the 1 mL of PBS from step 3 to the cell pellet from step 2. Centrifuge 5 minutes
    with the fabric and "piggyback" insert in place to pellet the cells; then, without disturbing
    the pellet, discard all but ~30 μL of the supernatant.

5.  Re-suspend the cellular pellet in the ~30 μL of remaining PBS, and transfer 3 μL to a
    microscope slide. Gently heat dry the slide, then stain the slide while digesting the
    epithelial cells in step 6.

6.  Transfer the fabric substrate from the "piggyback" insert to the tube containing the
    remaining re-suspended cellular pellet and add:
        500 μL stain digest buffer
        10 μL Pro K (20 mg/ml stock stored at -20ºC)
    Make sure that the fabric substrate is submerged and incubate ~1 hour at 56ºC.

13

Sf analytical protocol, v. 1

**San Francisco Police Department Criminalistics Laboratory**
**Serology and DNA Analysis Methods Manual**

Slide staining and examination can be done during this period. Stain using the modified Gram Christmas tree stain and evaluate the 'pre-digest' pellet microscopically.

7. Vortex 15 - 30 seconds to loosen more cells from the fabric substrate, then, using forceps, transfer the substrate to a "piggyback" insert. Centrifuge 2 - 5 minutes.

8. Carefully transfer all but ~30 µL of the supernatant to a separate tube labeled appropriately. This is the **epithelial cell (EC) fraction**.

9. Undigested epithelial cells and EC DNA must be removed from the sperm cell fraction by successive washes in digest buffer, then $dH_2O$. Add 1 mL digest buffer to the sperm pellet, gently re-suspend the pellet and collect the cells by centrifugation for 3 - 5 minutes. Carefully remove and discard all but ~30 µL of the supernatant. Repeat the wash step leaving ~30 µL each time. This step is critical and requires good skill and judgment to produce a clean sperm cell fraction. The number of wash steps can be varied at the analyst's discretion, depending on the condition of the sample. A total of 3 - 5 washes is recommended. One may remove virtually all of the supernatant with a pulled glass pipette. For the last wash use sterile $dH_2O$. After the last wash, re-suspend the pellet in the residual ~30 µL and mix as well as possible. This is the sperm cell (SP) pellet. Transfer 3 µL of the sperm cell suspension to a microscope slide and gently heat dry the slide. Proceed with post epi cell digestion staining with the modified Gram's Christmas tree stain and microscopic examination while the sperm are digesting (below).

10. To the sperm pellet add:
    500 µL digest buffer
    10 µL Pro K (20 mg/ml stock stored at -20°C)
    3 mg DTT, or 20 µL 1.0 M DTT
    Incubate the sperm cell digest at 56°C for at least one hour (may go overnight). **This is the sperm cell fraction.** Make sure it is labeled appropriately.

11. Add an equal volume (typically 500 µL) Tris-neutralized phenol/chloroform/isoamyl alcohol. Shake the tube by hand to achieve a milky emulsion in the tube. Centrifuge to achieve phase separation and compression of the interface (typically 2 - 5 minutes).

12. Transfer the aqueous phase (top layer) to a new microcentrifuge tube without disturbing the interface.

13. Do additional organic extractions as in step 11 until the interface is clean and the aqueous phase clear, then do one more extraction (usually 2 extractions total is sufficient).

    The results of organic extraction may vary depending on the condition of the sample. The analyst should use his/her judgment in continuing to process the sample. It is acceptable to perform subsequent extractions with pure chloroform, if *e.g.,* residual phenol is suspected, or with butanol, in order to reduce the volume if necessary.

14

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

14. Add the sample to TE in a Centricon-100 concentrator to a total of 2 mL. Centrifuge 20 minutes at 1000 x g. Repeat wash step at least 2X with 2 mL TE each time. Collect the retentate in the bullet cup by inverting the concentrator and centrifuging 2 minutes at 500 x g. Transfer the retentate to a microcentrifuge tube, approximating the amount recovered (usually about 25 - 30 μL is recovered; anything more than 50 μL indicates clogging of the Centricon or extremely concentrated DNA, and consideration should be given to an extra or extended wash with a new Centricon).

15. The sample is now ready for DNA content characterization. If not limited by sample size, proceed to yield gel analysis. If DNA quality is not a primary concern and/or if sample is limiting, perform only slot blot quantitation or omit quantitation altogether.

## C. CHELEX EXTRACTION OF DNA FROM BLOOD

The following procedure can be used for whole blood (fresh, refrigerated, or frozen) and bloodstains on fabric substrates.

1. In a 1.5 mL microcentrifuge tube combine 1 mL of sterile $dH_2O$ and either 3 μL whole blood or a portion of a bloodstain about 3 mm square. Mix gently.

2. Incubate at room temperature for 15 -30 minutes. Mix occasionally by inversion or gentle vortexing.

3. Centrifuge for 2 - 3 minutes at 10,000 to 15,000 x g.

4. Carefully remove and discard all but 20 - 30 μL of the supernatant. If the sample is a bloodstain leave the fabric substrate in the microcentrifuge tube with the pellet.

5. Add 5% Chelex (w/v in sterile $dH_2O$) to a final volume of 200 μL. Add 5 μL of 20 mg/mL Pro K. Note: When pipetting Chelex solutions the resin beads must be distributed evenly in solution, Also, the pipette tip must have a relatively large bore - 1 mL tips are adequate.

6. Incubate at 56°C for 30 minutes.

7. Vortex for 5 - 10 seconds.

8. Incubate in a boiling water bath for 8 minutes. A specialized rack with a screw-down lid is available for this purpose.

9. Vortex the sample for 5 - 10 seconds. Pulse spin the sample, and remove the substrate.

10. Centrifuge for 2 - 3 minutes at 10,000 - 15,000 x g.

11. The sample is now ready for amplification or quantitation. Note that the DNA is now denatured (single stranded), and not suitable for yield gel analysis. A slot blot may be used

15

Sf analytical protocol, v. 1

for quantitation if desired or necessary.  The sample may be further concentrated by Centricon microdialysis.

12. Avoiding the **Chelex** beads, add the sample to TE in a Centricon-100 concentrator to a total of 2 mL.  Centrifuge 20 minutes at 1000 x g.  Repeat wash step at least 1X with 2 mL TE each time.  Collect the retentate in a bullet cup by inverting the concentrator and centrifuging for 2 minutes at 500 x g.  Transfer the retentate to microcentrifuge tube, approximating the amount recovered.

## D.  CHELEX EXTRACTION OF DIFFERENTIAL DIGESTS

1. Proceed with differential digestion as described above.  Of the epi cell fraction, add 150 ul to 50 ul 20 % Chelex in a 1.5 ml microfuge tube.  Save the residual EC fraction.

2. To the sperm pellet in dH2O, add 5 % Chelex to a total volume of 200 ul (about 150 ul).  Add 10 ul Pro K and 10 ul DTT.

3. Incubate the sperm digestion at 37 °C for 30 min to 1 hr, then vortex  vigorously for 5 seconds.  Pellet the Chelex beads in the microfuge for 20-30 seconds.

4. Incubate both the EC and sperm digest fraction in a boiling water bath as described above for eight minutes, then vortex vigorously for 10 seconds and then pellet the beads in the microfuge for 2-3 minutes.  The samples are now ready for DNA quantitation by slot-blot (only).  The DNA may be further concentrated by Centricon microdialysis.  Be sure to avoid the beads when sampling these extracts for PCR.

## E.  YIELD GEL FOR ASSESSING  QUALITY/QUANTITY OF TOTAL DNA

A yield gel may be used by itself or in concert with dot-blot and hybridization to a primate-specific DNA probe to assess the quality and quantity of DNA.  In particular cases, *e.g.*, where very low concentrations of DNA are expected, the entire sample may be used for analysis without prior quantitation.

1. DNA at this stage has been through a Centricon-100 concentrator and is in a volume of ~30 µL.  Do not attempt this quantitation on Chelex-extracted specimens.

2. Transfer 3 µL (~10%) of the extracted DNA to a 0.5 mL microcentrifuge tube and add 1 µL 6X loading buffer.

3. Preparation of  gel.

Any size of test gel can be run, with any number of origins.  The size of gel used and number of origins depends on the number of samples that one needs to apply to the gel.

16

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

Yield gels are 1% SeaKem GTG agarose in 1X TBE buffer supplemented with Ethidium Bromide for a final EtBr concentration of 0.5 µg/mL. Alternatively, you may omit the EtBr from the gel and stain the gel in 1X TBE + 0.5 µg/mL EtBr following the electrophoresis run; or you may add EtBr directly to the running buffer to a final concentration of 0.5 µg/mL.

4. Gel preparation

   i. From the 10X TBE stock, prepare enough 1X TBE to make a gel and to fill the gel box.
   ii. Weigh-out and transfer the agarose into a flask or bottle.
   iii. Using a microwave oven, bring the TBE to a boil to dissolve the agarose. Stop the oven periodically and swirl the solution being careful to avoid boil-over.
   iv. Let the gel cool to ~60°C then add the EtBr. Add 1 µL of EtBr stock per ml of gel or tank buffer volume.
   v. Place an appropriate size comb into the gel tray and pour the agarose into the tray. Take care the agarose does not wick up to the comb support.
   vi. Let the gel stand until solid.

4. Fill the electrophoresis tank with 1X TBE buffer.

5. Place the gel into the tank with the comb away from you. Enough buffer should be present to just cover the gel. Carefully, without tearing the gel, remove the comb.

6. Transfer the DNA samples mixed with 6X loading buffer from step 2 to the wells.

   Well #1 is defined as the well at the upper left side of the gel. Include DNA mass ladder quantitation standard on each gel.

7. Place the lid on the electrophoresis tank, connect the power cords, and set the power supply to 100 volts. When the bromophenol blue tracking dye has moved ~2 cm from the origin, the run can be stopped. For 12 X 14 gels, this should be about 45 minutes. Record all of the relevant information (voltage, current and run time) on the appropriate electrophoresis form.
   Alternatively, the samples may be placed into the wells prior to flooding the gel, electrophoresed into the gel for about 2 minutes. One may omit the tracking dye from all but one sample of one origin.

8. After the run, place the gel on the transilluminator and photograph the gel with Polaroid film using an orange [Kodak #23A] filter. Take at least one photo for every case represented on the gel.

9. From the photograph, assess the quality and estimate the quantity of DNA in the evidence samples by comparison to the DNA mass ladder stds.

17

Sf analytical protocol, v. 1

An alternative way to determine the concentration of DNA in a sample is to use the QuantiBlot™ Human DNA quantitation Kit from Perkin Elmer. A protocol for this method follows below.

## F. QuantiBlot™ DNA YIELD DETERMINATION PROTOCOL

(This protocol is taken from the Perkin-Elmer QuantiBlot™ Human DNA Quantitation Kit insert).

1. Cut a piece of 0.45 µm Biodyne® B nylon membrane to the size of the slot blot apparatus, or to the size corresponding to the area of the apparatus to be used. (Biodyne® B nylon membrane is a positively charged membrane which binds DNA without crosslinking.) Float, then submerge, the membrane in pre-wetting solution. Let stand for 1 - 30 minutes before applying the DNA. If using the Bio-Rad apparatus, wet 3 pieces of filter paper cut to the same size as the membrane. Whatman 3 MM or equivalent will work. Filter paper is not necessary with the Gibco apparatus. **Note! handle nylon membrane with gloved hands or forceps and do not crush the membrane. The capacity of the membrane to bind DNA is compromised by oils and by disturbing the microscopic structure of the nylon.** It is important that every analyst read the QuantiBlot® Human DNA Quantitation Kit insert before following these protocols.

2. Transfer 150 µL of spotting solution to 0.5 mL microcentrifuge tubes for each standard and sample/control specimen to be quantitated. The NaOH in the spotting solution causes the DNA to become single-stranded, and the dye allows the analyst to monitor the location of the samples on the membrane.

3. Add 5 µL of the standard DNA solutions, including the two calibrator DNAs to tubes of 150 µL spotting solution from step #2. Prepare a - DNA control as well. Transfer 1 - 5 µL of the samples to be quantitated to the remaining aliquots of spotting solution. For more accurate quantitation results, use a 10-fold dilution of each of your samples as well as the undiluted sample. For samples which you suspect may have > 20 ng/ul, make a 100 fold dilution as the sample to be spotted.

4. Assemble the slot blot apparatus. For the Bio-Rad unit, put down the wet paper, then the pre-wetted membrane, on the base of the apparatus. Place the top plate on the base and tighten down with the screws. Push down on the top plate and tighten the screws to ensure a tight seal. For the Gibco unit, install the gasket, put down the membrane, then secure the top plate with the clamp vacuum.

5. For the Gibco unit, with the vacuum source still on and sample valve closed, apply the samples to the wells. Pipette the denatured DNA into the bottom of the wells to ensure that all the sample becomes membrane bound when the liquid is pulled by vacuum through the membrane.

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

6. Make sure the valve connected to the apparatus is in the off position. Slowly apply vacuum by first turning on the source (already on with Gibco unit), then turning on the valve connected to the apparatus. When the solution in each well has passed through (about 30 seconds), turn off the sample valve, clamp valve, then turn the vacuum off, disconnect the hose and dismantle the apparatus. The placement of the samples is indicated by the bromothymol blue dye. Do not allow the membrane to dry out.

7. Transfer the membrane to a dish containing 100 mL pre-warmed hybridization buffer and add 5 mL of 30% $H_2O_2$. Cover the dish and incubate in a 50±1°C shaking water bath for 15 minutes. This step will be performed in the PCR lab. This step oxidizes the bromothymol blue to a colorless form. The blue dye would otherwise interfere in the subsequent detection of biotin-labeled probe DNA. During this step, clean the slot-blot apparatus.

8. Decant the hybridization buffer and add 30 mL fresh warm hybridization buffer. Tilt the dish to one end and add 20 µL of Quantiblot D17Z1 probe. Cover the dish and incubate in the 50±1°C shaking water bath for 20 minutes.

9. Decant the hybridization buffer, rinse once with pre-warmed wash buffer, and decant.

10. Add 30 mL pre-warmed wash buffer. Tilt the tray to one end and add 180 µL of HRP:SA conjugate. Cover the dish and incubate in the 50±1°C shaking water bath for 10 minutes.

11. Decant the solution and rinse the membrane twice (1 minute each) in pre-warmed wash buffer. Decant each rinse.

12. Add 100 mL pre-warmed wash buffer, cover the dish and rotate at room temp for 15 minutes.

13. Pour off the wash buffer, then rinse briefly with citrate buffer.

14. Prepare the color development solution by combining 30 mL citrate buffer, 1.5 mL chromogen:TMB solution and 30 µL 3% $H_2O_2$ in a glass beaker.

15. Decant the citrate rinse and add the color development solution to the membrane.

16. Protect the membrane from light and rotate at room temp for 20 - 30 minutes. Monitor color development.

17. Stop color development by washing the membrane in dH2O 3X for 5 - 10 minutes. Photograph the membrane using the same settings used to photograph DQA1 or PM probe strips.

*Sf analytical protocol, v. 1*

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

Using the seven DNA standards for comparison, estimate the quantity of DNA in your
samples. Record the estimations on the QuantiBlot™ Results form and factor in the
volume of sample applied to the membrane and the dilution used to determine the
concentration of DNA (ng/μL) in the sample. One can compare the estimation of [DNA]
obtained from the yield gel to the slot blot results.

## F. LIST OF REAGENTS FOR DNA EXTRACTION AND YIELD ANALYSIS

**0.5 M EDTA, pH 8.0**
> 93.06g $Na_2EDTA \cdot 2H_2O$
> dissolve in ~450 mL dH2O
> add ~11 g NaOH pellets to adjust pH to 8.0
> adjust volume to 500 mL

**1 M TRIS, pH 7.5**
> 60.55 g Trisma in 400 ml dH20
> adjust pH to 7.5 with conc. HCl (about 32 ml), qs to 500 ml

**20% SDS**
> 100 g sodium dodecyl sulfate
> 400 mL dH2O
> heat to about 65°C to help dissolve
> adjust volume to 500 mL

**PBS, pH 7.4** (137 mM NaCl, 2.7 mM KCl, 10.14 mM $Na_2HPO_4$, 1.76 mM $KH_2PO_4$)
> 4 g NaCl
> 0.1 g KCl
> 0.72 g $Na_2HPO_4$, anhydrous
> 0.12 g $KH_2PO_4$, anhydrous
> pH to 7.4 with HCl
> adjust volume to 500 mL with dH2O

**10X TBE** (0.89 M Tris, 0.89 boric acid, 25 mM EDTA)
> 436.00 g Tris base
> 222.6 g boric acid
> 160 mL 0.5 M EDTA, pH 8.0 or 37.2 g EDTA
> adjust volume 4.0 L

**20X SSPE** (3.6 M NaCl, 0.2 M $NaH_2PO_4$, 20 mM EDTA)
> 631.2 g NaCl
> 72.0 g $NaH_2PO_4 \cdot H_2O$
> 120 mL 0.5 M EDTA, pH 8
> adjust to pH 7.4 with NaOH
> adjust to 3.0 L

20

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

**Hybridization Buffer**  (5X SSPE, 0.5% [w/v] SDS) 1 L
      250 mL 20X SSPE
      25 mL 20% (w/v) SDS
      725 mL dH2O

**Stringent (PM/DQA1) Wash Buffer**  (2.5X SSPE, 0.1% [w/v] SDS) 7.5 L
      937.5 mL 20X SSPE
      37.5 mL 20% (w/v) SDS
      6525 mL dH2O

**Digest buffer** (10 mM Tris; 10 mM EDTA; 100 mM NaC1; 2% SDS)
      2 ml stock Tris base
      4 mL 0.5 M EDTA, pH 8.0
      2 mL 5 M NaC1 stock
      add 20 mL 20% SDS ,adjust pH to 8.0 with 1 N HCl if Tris base was used.
      adjust volume to 200 mL with **sterile** dH2O

**TE** (10 mM Tris, pH 7.5 - 8.0; 0.1 mM EDTA)
      10 mL 1 M Tris, pH 7.5)
      200 μL 0.5 M EDTA, pH 8.0
      adjust to pH 8.0 with 1 N HCl if Tris base was used
      adjust volume to 1.0 L

**Ethidium bromide stock**  (0.5 mg/mL ethidium bromide)
      50 mg Ethidium Bromide
      dissolve in 100 mL dH2O
      Keep bottle wrapped in foil to protect from light.
      CAUTION, Ethidium Bromide is a mutagen!!

**6X Loading Buffer** (0.25%, [w/v] brom blue/xyl cyanol, 40% [w/v] sucrose;
      Sambrook *et al.*, 1989, Mol Cloning Manual, page 6.12.)
      2 g sucrose
      12.5 mg bromophenol blue, 12.5 mg xylene cyanol
      add dH2O to 5 mL

**DTT**  (1 M dithiothreitol)
      0.1542 g DTT
      add dH2O to 1 mL

**Phenol/chloroform/isoamyl alcohol** (25:24:1)
      CAUTION-PHENOL IS VERY CAUSTIC!
      Tris-equilibrated phenol/$CHCl_3$ is normally purchased from Sigma Chemical
      Company and is used without any additions or handling.  Storage is at 4°C.

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

**Proteinase K** (20 mg/mL)
> 60 mg proteinase K
> dissolve in 3 mL dH2O
> aliquot into 0.2 mL volumes in 1.5 mL microcentrifuge tubes and store at -20°C.

**123 base pair DNA ladder** (~1μg/μL; commercially available)
> 0.1 mL DNA ladder (1 μg/μL)
> 0.1 mL 6X gel loading buffer
> 0.4 mL 1X TBE
> mix well and transfer 50 μL aliquots into 0.5 mL microcentrifuge tubes
> store at -20°C

**4 N NaOH**
> dissolve 16 g NaOH pellets in 80 mL $H_2O$
> adjust volume to 100 mL with dH2O

**Quantiblot Wash Buffer** (1.5X SSPE, 0.5% [w/v] SDS)
> 75 mL 20X SSPE
> 25 mL 20% (w/v) SDS
> 900 mL dH2O

**Quantiblot Pre-Wetting Solution** (0.4 N NaOH, 25 mM EDTA)
> 16 g NaOH
> 50 mL 0.5M EDTA, pH 8.0
> dH2O to 1 L

**Quantiblot Spotting Solution** (0.4 N NaOH, 25 mM EDTA, 0.00008% [w/v] bromothymol blue)
> 0.8 g NaOH
> 2.5 mL EDTA, pH 8.0
> 0.1 mL 0.04% (w/v) bromothymol blue
> dH2O to 50 mL

22

Sf analytical protocol, v. 1

## VII. PROTOCOL FOR DQA1+PM ANALYSIS

### A. INTRODUCTION TO DQA1+PM ANALYSIS

The Polymerase Chain Reaction (PCR) is utilized for the combined PM+DQA1 typing. This analysis is performed using the AmpliType® PM+DQA1 PCR Amplification and Typing Kit manufactured by Perkin Elmer. A single PCR amplification reaction generates HLA DQA1 and the five polymarker products. The five PM loci, and the size (in base pairs) of the PCR products, are: Low Density Lipoprotein Receptor (LDLR, 214 bp); Glycophorin A (GYPA, 190 bp); Hemoglobin G Gammaglobin (HBGG, 172 bp); D7S8 (151 bp); and Group Specific Component (GC, 138 bp). The HLA DQA1 PCR product is 242 or 239 bp. PM and HLA DQA1 typing are done separately. Some modifications from the original HLA DQA1 amplification and typing protocols exist. These changes are reflected in the following protocols. It is important that every analyst read the AmpliType ® PM+DQA1 kit insert before following these protocols.

Each combined kit provides reagents sufficient for about 50 tests. These reagents include the PCR Reaction Mix (Taq polymerase, $MgCl_2$, dNTPs, and buffer), primers, mineral oil, human genomic control DNA, typing strips, and typing reagents. When received, the kit is logged-in as prescribed in Section 5.2 (1) of the QA Manual. As part of the Quality Control Program, each lot of kits is subjected to quality control analysis prior to use on case material. The Kit lot number (described in the above-referenced section) is entered on the run sheets used in conjunction with this protocol.

Kit components involved in allele detection and typing (typing strips, enzyme conjugate, and chromogen) are removed from the Kit and placed in the PCR lab refrigerator. Typing trays are also stored in the PCR lab. Kit components involved in amplification (the PCR Reaction Mix, primers, standard DNA) are aliquoted in a laminar flow hood, using barrier pipette tips to eliminate aerosols, into GeneAmp® PCR reaction tubes (Perkin Elmer).

A sample of genomic DNA of known type (**DQA1: 1.1, 4; LDLR: BB; GYPA: AB; HBGG: AA; D7S8: AB; GC: BB**) is amplified as a positive amplification control for each set of amplifications. (This control is also known as the allelic control). Also, a PCR reaction tube lacking DNA is amplified as a negative amplification control with each set of amplifications. These controls are in addition to any substrate controls and mandatory reagent blanks.

The following PCR parameters are used for PM+DQA1 amplification on a calibrated Model 480 Thermal Cycler: (Note: these are the same parameters used for DQA1 amplification). For 32 cycles:

| | | |
|---|---|---|
| Denature | 94°C | 1 minute |
| Anneal | 60°C | 30 seconds |
| Extend | 72°C | 30 seconds |
| then, a Final Extension | 72°C | 7 minutes |

23

Some estimation of the potential DNA content of the sample (*e.g.*, microscopy, yield gel, slot blot) should be conducted prior to amplification. The analyst should attempt to amplify between 2 and 5 ng of human DNA; however, as little as 300 pg may be reproducibly amplified and typed. The volume of DNA added to the reaction mix must be 20 µL for the combined kit. When the sample DNA concentration is unknown, in most cases the use of approximately one third to one half of the total DNA available (but no more than 20 µL) will be adequate. There will be situations, however, where only a minimal amount of DNA is available, and the discretion of the analyst will prevail in deciding to consume an entire sample.

## B. AMPLIFICATION PROTOCOL FOR EXTRACTED DNA

1. Determine the number of samples to be amplified, including controls.

2. Prepare the DNA to be amplified by diluting the DNA (if necessary) and bringing each sample to 20 µL with sterile dH2O.

3. In the laminar flow hood, place the pre-aliquoted PCR Reaction Mix tubes in a rack dedicated to PCR set-up. Label the caps of the tubes. The negative amplification control tube is to remain uncapped during the entire PCR set-up. The negative amplification control is usually the last tube in the set-up.

4. If BSA is used, add 4 µL of a freshly prepared 4 mg/mL solution to each tube. (Typically, BSA will be included in all DQA1/PM amplifications and will be added to the reaction mix as 11 µl of a 4% solution prior to aliquoting.)

5. Transfer 40 µL of the primer set to each tube. Note: It is important to begin the cycling process within 30 minutes after adding the primers to the PCR mix. The time of this addition should be noted on the PCR set-up sheet.

6. Add 2 drops of mineral oil to each tube, without actually touching the tubes with the bottle.

7. Add the sample DNA to each tube by inserting the pipette tip through the oil layer. After the addition, cap each tube before proceeding to the next tube. Do not mix or vortex, as this will start primer/dimer formation.

8. To the positive amplification control, add 20 µL of the human genomic DNA supplied in the Kit.

9. To the negative amplification control, add 20 µL of sterile dH2O or TE.

10. Transfer the PCR reaction tubes in the rack to the PCR lab, and, without setting the rack down in the PCR lab, place the tubes in the Thermal Cycler, seating each tube tightly.

24

Start the appropriate program in the Thermal Cycler and, after the first cycle, check to see that the samples are seated tightly in the wells.

11. After amplification, add 5 µL of 200 mM EDTA, pH 8.0 to each reaction (below the oil layer). The EDTA chelates the $Mg^{+2}$ thereby inactivating Taq. If Taq is not inactivated after amplification then some polymerization can occur when the reaction tubes are warmed prior to typing. This polymerization can occur through regions downstream of the DQA1 locus, causing incorrect typing of the DQA1 alleles. After amplification the samples can be stored at 4°C, or at -20°C for long term storage. Do not remove the reaction tubes from the PCR lab as they are potent sources of amplicon contamination.

## C. PCR PRODUCT GEL PROTOCOL TO VERIFY AMPLIFICATION

The PCR product gel is used to evaluate the success of an amplification reaction. This gel is 4% agarose (3% NuSieve; 1% GTG) in 1X TBE buffer supplemented with ethidium bromide to a final concentration of 0.5 µg/mL.

1. Gel preparation

    i. From the 10X TBE stock, prepare enough 1X TBE to make a gel and to fill the gel tank.

    ii. Weigh-out the NuSieve and GTG agarose, or melt pre-prepared aliquots of product gel.

    iii. While swirling the flask or bottle containing the 100 mL 1X TBE, slowly add the agarose. Mixing helps prevent clumps of agarose that dissolve with difficulty.

    iv. Using a microwave oven bring the TBE to a boil to dissolve the agarose. Stop the oven periodically and swirl the solution being careful to avoid boil-over.

    v. Let the gel cool to ~60°C then add the EtBr stock (1 ul/ml gel or tank buffer).

    vi. Place an appropriate size comb into the gel tray and pour the agarose into the tray. Do not allow the gel to wick up to the comb support.

    vii. Let the gel stand until solid.

2. Prepare the samples for the product gel by adding 10 µL of PCR product (pipetted from below the oil layer) to 2 µL 6X gel loading buffer. Use 0.5 mL microcentrifuge tubes.

3. Place the solidified gel into the tank with the well comb away from you. Enough buffer should be in the tank to just cover the gel. Carefully remove the comb without tearing the wells.

4. The samples are transferred to the wells with the gel submerged. Alternatively, the samples are added to the wells prior to flooding, electrophoresed into the gel, then the gel is flooded.

Sf analytical protocol, v. 1

Well #1 is defined as the well at the upper left side of the gel. The size (123 bp ladder) standard is to be included once on every origin.

5. Electrophores at about 11 V/cm for about 1 hour. Better resolution of the amplicon bands will result from longer electrophoresis runs. Record all of the relevant information (voltage, current and run time) on the product log form.

6. After the run, place the gel on the transilluminator and photograph the gel with Polaroid film using an orange [Kodak #23A] filter. Take at least one photo for every case represented on the gel.

7. From the photograph, look for the presence or absence of product bands starting at about 240 bp (HLA DQA1 alleles) and continuing to about 140 bp (GC alleles). Compressed bands can be further resolved with longer electrophoresis runs. Failure to observe product bands generally means that the sample either failed to amplify or that there is insufficient product to detect by this method. Primer-dimer and unincorporated primer bands are generally seen on the cathodic and anodic sides, respectively, of the bromophenol blue dye. The failure to detect both product bands and a primer-dimer band suggests inhibition. Document the results of the positive and negative amplification controls.

## D. PM+DQA1 TYPING PROTOCOL

The typing procedure is performed only in the PCR lab. Barrier pipette tips are used for all manipulations with amplified DNA to minimize contamination. Tubes containing PCR product must be opened with a dedicated decaping tool. Use new typing trays or used trays which have been cleaned with alcohol. The "PM+DQA1 Typing" run sheet is used in conjunction with this protocol.

The following steps are completed prior to typing:

1. Reconstitute the chromagen powder in 30 mL room temperature reagent grade 100% ethanol. The bottle may be placed on a shaking platform to help solubilize it, or it may be left overnight protected from light. Store the chromogen at 4°C after it has dissolved.

2. The hybridization and wash solutions are kept at 37-42°C in the PCR lab to ensure that all solids are in solution prior to use.

3. Turn on the shaking water bath and allow it to reach 55±1°C. This will be used for the hybridization and wash steps. Record the set and measured temperatures in the log book. The water level should be about 1/4 to 1/2 inch above the platform. Set the rotation for approximately 50 RPM.

4. Turn on the Thermal Cycler and start a soak file at 95°C.

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

## 1. HYBRIDIZATION TO ASO PROBES

(This protocol is taken from the Perkin-Elmer Amplitype® PM+DQA1 PCR Amplification and Typing Kit insert). The typing strips are easily handled with blunt-ended forceps.

1.  Label the strips with a waterproof pen and place them in a typing tray.

2.  Briefly spin-down the PCR reaction tubes and place the tubes in the Thermal Cycler (file #13; 95°C for 5 - 10 minutes) to denature the DNA. The tubes are kept in the Thermal Cycler at 95°C until used.

3.  Tilt the tray toward the labeled end of the strips and add 3 mL of hybridization solution at the labeled end.

4.  Add 20 µL of denatured DNA (from step 2) to the appropriate well of the typing tray. **This step must be performed within 20 seconds from removing the samples from 95°C.** The kinetics for re-naturation of short single stranded DNAs are rapid.

5.  Mix briefly to ensure the strips are completely submerged, then cover the tray and place it in the 55±1°C shaking water bath for 15 minutes.

6.  Approximately 5 minutes before the end on the hybridization step, prepare the enzyme conjugate solution:

    ____# strips X 3.3 mL hybridization buffer = _____ mL
    ____# strips X 27 µL AP/HRP enzyme conjugate = _____ µL

7.  Remove the typing tray from water bath, decant each well and dispense 5 mL 37°C wash buffer to each well. Rock gently for several seconds and decant the solution from each well.

8.  Dispense 3 mL of hybridization/enzyme conjugate solution to each well, cover the tray and place in the 55±1°C shaking water bath for 5 minutes. This is the secondary hybridization step.

9.  Remove typing tray from water bath, decant each well. Add 5 mL 37°C wash buffer, rock gently for several seconds, then decant each well.

10. For the stringent wash step add 5 mL 37°C wash buffer to each well, cover the tray and place it in the 55±1°C shaking water bath for 12 minutes.

11. Remove tray from the water bath and decant each well. Add 5 mL of wash buffer to each well, rock tray for several seconds then decant each well.

Sf analytical protocol, v. 1

12. Add 5 mL citrate buffer to each well and place tray on rotator at room temperature for 5 minutes.

## 2. COLOR DEVELOPMENT

1. Prepare the color development solution as follows:

    _____ # strips x 5 mL citrate buffer = _____ mL
    _____ # strips x 0.5 µL 30% $H_2O_2$ = _____ mL
    _____ # strips x  0.25 mL chromogen solution = _____ mL

    Mix by gentle swirling.  Prepare this solution no more than 10 minutes before use.

2. Decant the citrate buffer and add 5 mL color development solution to each well.  Cover the tray and rotate at room temperature.  Protect the strips from strong light from this point on.

3. Allow the strips to develop for 20 - 30 minutes at the discretion of the analyst.  Stop the development by transferring the strips to a dish containing ~250 mL dH2O.  Wash 3X for 5 - 10 minutes each.

4. Arrange the strips for photography.  For best results, use a black background and take the photo with Polaroid type 59 color film, a blue filter (Kodak #80B) and with f/8 and a 1/2 second exposure.  For a black and white photograph, use Polaroid type 52 film, with a Kodak 22 or 23A filter) and with f/5.6 and a 1/60 second exposure.  As a minimum, use type 667 film.  Take one photograph for every case represented in the group of strips, plus one photograph for the DQA1/PM Results Binder.

## 3. READING & RECORDING RESULTS

1. Record the alleles detected (dots on each typing strip) on the PM+DQA1 Typing Sheet.  In some cases, dots that are barely visible may be recorded as "trace".   The genotype of the sample is also recorded.  In cases of mixtures with widely varying dot intensities, major and minor types may be called.  Where genotypes are not clear, alleles present are called.  In some cases, the relative intensities of every dot may be described in the comments section of the run sheet (e.g., 1 = 4 > 1.1 > 3 > S).  The reader will clearly indicate whether major and minor components can be associated based on signal intensity, and will so indicate on the run sheet by assigning genotypes when possible.

2. The second reader will generally review the results at this time.  The second reader will sign/initial and date the run sheet.  If a second reader is not available at this time, it is permissible for a second reader to call results from a photograph.

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

## E.  LIST OF REAGENTS FOR PM+DQA1 TYPING

**20X SSPE** (3.6 M NaCl, 0.2 M $NaH_2PO_4$, 20 mM EDTA)
>631.2 g NaCl
72.0 g $NaH_2PO_4 \cdot H_2O$
120 mL 0.5 M EDTA, pH 8
adjust to pH 7.4
adjust to 3.0 L

**20% SDS** (20 g SDS/100 mL)
>40 g sodium dodecyl sulfate
150 mL dH2O
heat to about 65°C to help dissolve
adjust volume to 200 mL

**Hybridization Buffer**  (5X SSPE, 0.5% [w/v] SDS)
>250 mL 20X SSPE
25 mL 20% (w/v) SDS
725 mL dH2O

**PM/DQA1 Wash Buffer**  (2.5X SSPE, 0.1% [w/v] SDS)
>937.5 mL 20X SSPE
37.5 mL 20% (w/v) SDS
6525 mL dH2O

**Ethidium bromide stock**  (0.5 mg/mL ethidium bromide)
>50 mg Ethidium Bromide
dissolve in 100 mL dH2O
Keep bottle wrapped in foil to protect from light.
CAUTION, Ethidium Bromide is a mutagen!!

**10X TBE** (0.89 M Tris, 0.89 boric acid, 25 mM EDTA)
>436.00 g Tris base
222.6 g boric acid
160 mL 0.5 M EDTA, pH 8.0 or 37.2 g EDTA
adjust volume 4.0 L

**6X Loading Buffer** (0.25%, [w/v] brom blue/xyl cyanol, 40% [w/v] sucrose;
>Sambrook *et al.*, 1989, Mol Cloning Manual, page 6.12.)
2 g sucrose
12.5 mg bromophenol blue, 12.5 mg xylene cyanol
add dH2O to 5 mL

**123 base pair DNA ladder**  (~μg/μL; commercially available)
>0.1 mL DNA ladder (1 μg/μL)

29

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

0.1 mL 6X gel loading buffer
0.4 mL 1X TBE
mix well and transfer 25 µL aliquots into 0.5 mL microcentrifuge tubes
store at -20ºC

Sf analytical protocol, v. 1

## VIII.  PROTOCOL FOR AmpliFLP®D1S80 ANALYSIS

## A.  INTRODUCTION TO AmpliFLP®D1S80 AMPLIFICATION AND TYPING

The Polymerase Chain Reaction (PCR) is utilized for D1S80 amplification in kit form as commercially supplied by the Perkin Elmer Corp.  The D1S80 locus is a variable number of tandem repeats (VNTR) locus which contains from 14 to over 41 repeating DNA sequences.  The first sequence is 14 bp; after which all additional repeats are 16 bp in length.  With DQA1 and PM alleles, the DNA sequences vary; with D1S80 the DNA sequence is stable (with occasional microvariability) and alleles are determined by sequence length.  Thus, the amplified product is detected directly by gel electrophoresis resolution and silver stain visualization.

Each kit provides reagents sufficient for about 50 tests.  These reagents include the  D1S80 PCR Reaction Mix (Taq polymerase, primers, dNTP's, and buffer), $MgCl_2$, solution (5mM), mineral oil, human genomic control DNA, and allelic ladder.  When received, the kit is logged-in as prescribed in the QA Manual..  As part of the Quality Control Program, each lot of kits is subjected to quality control analysis prior to use on case material.  The Kit lot number is entered on the run sheets used in conjunction with this protocol.  It is important that every analyst read the AmpliFLP® D1S80 kit insert before following these protocols.

Upon receipt, the allelic ladder is removed from the Kit and placed in the PCR lab refrigerator.  Kit components involved in amplification (the PCR Reaction Mix) are aliquoted in a biological hood using barrier pipette tips to eliminate aerosols into 0.5 ml thin wall GeneAmp tubes (not supplied with the Kit).  Analytical gels for typing the D1S80 amplification products are not part of the Kit and their preparation protocol follows.

A sample of genomic DNA of known type (**D1S80 18, 31**) is amplified as a <u>positive amplification control</u> for each set of amplifications.  Also, a PCR reaction tube lacking DNA is amplified as a <u>negative amplification control</u> with each set of amplifications. These controls are in addition to any substrate controls and reagent blank.

The following **PCR** parameters are used for D1S80 on a calibrated Model 480 Thermal Cycler:  **29 cycles of**

| | | |
|---|---|---|
| Denature | 94°C | 1 minute |
| Anneal | 65°C | 1 minute |
| Extend | 72°C | 1 minute |

then, one cycle for

| | | |
|---|---|---|
| Final Extension | 72°C | 10 minutes |

Some estimation of the potential DNA content of the sample (*e.g.*, microscopy, yield gel, slot blot) should be conducted prior to amplification.  The analyst should attempt to

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

amplify between 2 and 5 ng of human DNA; however, as little as 300 pg may be reproducibly amplified and typed. The volume of DNA solution added to the reaction mix must be 20µL total. When the sample DNA concentration is unknown, in most cases the use of approximately one third to one half of the total DNA available (but no more than 20 µL) may be adequate. There will be situations, however, where only a minimal amount of DNA is available, and the discretion of the analyst will prevail in deciding to consume an entire sample.

## B. D1S80 AMPLIFICATION PROTOCOL FOR EXTRACTED (X) DNA

1.  Determine the number of samples to be amplified, including controls. In the laminar flow hood, place the pre-aliquoted (20 ul) D1S80 PCR Reaction Mix tubes in a rack dedicated to PCR set-up. Label the caps of the tubes. The negative amplification control tube is to remain uncapped during the entire PCR set-up. The negative amplification control is the last tube in the set-up.

2.  If BSA is used, add 4 µL of a freshly prepared 4 mg/ml solution to each tube. Use of BSA is at the discretion of the analyst unless it is essential to successful amplification (BSA causes higher levels of background streaking in the lanes of the analytical gel).Alternatively, add 30 µL of a 4% BSA stock solution to the D1S80 reaction mix prior to aliquoting the kit.

3.  Transfer 10 µL of $MgCl_2$ to each tube. Note: It is important to begin the cycling process within 30 minutes after adding the $MgCl_2$ to the PCR mix. The time of this addition should be noted on the PCR set-up sheet.

4.  Add 1 drop of mineral oil to each tube, without actually touching the tubes with the bottle.

5.  Add the sample DNA (diluted to a total volume of 20 ul as necessary) to each tube by inserting the pipette tip through the oil layer. After the addition, cap each tube before proceeding to the next tube. Do not mix or vortex, as this will start primer/dimer formation.

6.  To the positive amplification control, add 20 µL of the human genomic DNA supplied in the Kit.

7.  To the negative amplification control, add 20 µL of either sterile $dH_2O$ or TE.

8.  Transfer the PCR reaction tubes in the rack to the PCR lab, and, without setting the rack down in the PCR lab, place the tubes in the Thermal Cycler, seating each tube tightly. Start the appropriate program in the Thermal Cycler and, after the first cycle, check to see that the samples are seated tightly in the wells.

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

9. After amplification, the samples can be stored at 4°C, or at -20°C for long term storage. Do not remove the reaction tubes from the PCR lab as they are potent sources of amplicon contamination.

## C. PCR PRODUCT GEL PROTOCOL TO VERIFY D1S80 AMPLIFICATION

The PCR product gel is used to evaluate the success of an amplification reaction. This gel is 2% SeaKem GTG agarose in 0.5X TBE buffer supplemented with ethidium bromide to a final concentration of 0.5 µg/mL.

1. Gel preparation
   i. prepare enough 0.5X TBE to make a gel and to fill the gel tank.
   ii. Weigh-out the agarose as necessary depending on gel size (0.2 g/10ml).
   iii. While swirling the flask or bottle containing the TBE, slowly add the agarose. Mixing the buffer while adding the agarose helps prevent clumps of agarose that dissolve with difficulty.
   iv. Using a microwave oven bring the TBE to a boil to dissolve the agarose. Stop the oven periodically and swirl the solution being careful to avoid boil-over.
   Alternatively, melt a pre-aliquoted D1S80 PCR product gel tube.
   v. Let the gel cool to ~60°C then add the EtBr stock (the # of ul of EtBr stock = the # of ml of gel or tank buffer being used).
   vi. Place an appropriate size comb into the gel tray and pour the agarose into the tray. Ensure that the gel is approximately 4 to 5 mm thick. Do not allow the agarose to wick up to the comb support.
   vii. Let the gel stand until solid.

2. Prepare the samples for the product gel by adding 10 µL of PCR product (removed from below the oil layer) to 2 µL 6X gel loading buffer. Use 0.5 mL microcentrifuge tubes.

3. Place the solidified gel into the tank with the well comb away from you. Enough buffer should be in the tank to just cover the gel. Carefully remove the comb without tearing the wells.

4. The samples are transferred to the wells with the gel submerged. Alternatively, the samples may be added to the gel prior to flooding, electrophoresed into the gel for about 2 minutes, then the gel is flooded. One may omit the loading buffer from all but the marker.

   Well #1 is defined as the well at the upper left side of the gel. A suitable size marker (e.g. 123 bp ladder)is to be included on each gel.

5. Run the gel at about 11 V/cm. When the bromophenol blue dye has moved ~2 cm from the origin, the run can be stopped (about 45 minutes, but better resolution will result from longer electrophoresis runs). Record the relevant run data on the product log form.

33

Sf analytical protocol, v. 1

6. After the run, place the gel on the transilluminator and photograph the gel with Polaroid film using an orange [Kodak #23A] filter. Take at least one photo for every case represented on the gel.

7. From the photograph, look for the presence or absence of a product band(s) between about 360 to 840 bp (for 123 bp ladder = bands 3 and 7). Failure to observe a product band generally means that the sample either failed to amplify or that there is insufficient product to detect. Primer-dimer and unincorporated primer bands are generally seen on the cathodal and anodal sides, respectively, of the bromophenol blue dye. The failure to detect both a product band and a primer-dimer band suggests inhibition. Document the results of the positive and negative amplification controls.

## D. ANALYTICAL GEL ELECTROPHORESIS FOR D1S80

The typing procedure is performed only in the PCR lab. Barrier pipette tips are used for all manipulations with amplified DNA to minimize contamination. Tubes containing PCR product must be opened with a dedicated decaping tool. Typing is accomplished in a vertical polyacrylamide gel format as recommended by TWGDAM.

The following analytical gel preparation protocol is designed for the GIBCO BRL Model SA-32 electrophoresis system. The analyst should be familiar with this system and its supporting literature before proceeding. The gel may be prepared outside the PCR lab.

**Note: acrylamide is poisonous. Observe good laboratory practice to ensure one's safety.**

1. Ensure that the glass plates are scrupulously clean (Comet, then EtOh works well). Place a thin strip of water soluble glue (GlueStick) along one end of the longer plate. Adhere a sheet of PAGE Gel Bond film to the longer plate in the Glue-Stick, and use a thin film of water to secure the film to the entire plate. A fingerprint roller or large pipette will smooth and eliminate any bubbles under the film and express excess water. Ensure that the hydrophobic side of the film is down. Apply the 0.8 mm spacers on either long side of the plate and place the shorter glass plate on top. Holding the sandwich together with spring clamps, tape seal the edges securely (do not wear gloves during this process). Begin with the bottom edge, overlapping each side edge about two inches. Then tape seal the side edges, overlapping the bottom about two inches. Smooth the tape as much as possible. Make sure the spacers stay in place during this operation. Place clamps along the edges and bottom to help avoid leaks. The sandwich is ready to accept the liquid gel.

2. About 60 ml of gel is slightly more than sufficient to fill the sandwich. Wear gloves during preparation of the acrylamide and gel pouring process. In a 100 ml graduated cylinder, combine 45 ml dH2O, 3 ml 10X TBE, 12 ml GeneAmp Detection Gel (GDG). Pour into a suitable flask (for degassing), add 60 mg dry ammonium persulfate, swirl till dissolved, and, if necessary, degas under mild partial vacuum

34

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

(watch bubbles form and rise slowly). Add 30 ul TEMED, swirl gently. The gel mixture is now ready to pour into the sandwich.

3.  The polymerization process begins upon addition of the TEMED, so work quickly but not hurriedly. With the sandwich as flat as possible, apply the liquid along one edge of the sandwich allowing it to flow along the spacer in a continuous stream until the liquid level is just below the comb gap. Make sure no liquid flows beneath the Gel Bond. If a bubble is introduced between the plates, stop adding liquid, raise the sandwich vertical and vigorously tap the glass at the bubble to make it rise to the top. Return the sandwich to near horizontal. Insert the comb one tooth at a time, ensure no bubbles form beneath a tooth. Make sure the sandwich is full enough to displace some amount of liquid. Minor slow leaks are OK, as the bottom/edges of the gel will soon polymerize preventing further leakage. Add additional liquid around the comb as necessary. Allow the gel to polymerize for at least 45 minutes. The sandwich can be wrapped with plastic wrap and stored in the refrigerator for several days.

4.  Upon polymerization (diffraction around the teeth of the comb is visible), remove the comb, clamps, and tape. Seat the gel on the electrophoresis apparatus with the comb gap facing inward. Seat the gaskets only enough to prevent leakage; if the clamps are over tightened, distortion of the gel or fracturing the glass may result. Make sure the drain is closed and fill the upper tank with 0.5X TBE, flooding the wells by about 3 mm. Flush each well thoroughly. A disposable Pasteur pipette works well; it is not necessary to reach inside the well as a sharp blast will flush out any debris or unpolymerized gel. Fill the lower tank with 0.5X TBE and pre-run the gel for 20 minutes at 1000 volts.

5.  Prepare the samples by mixing 2 ul loading buffer (supplied in the kit) with 5 to 10 ul of the amplified product (depending on amount of product visualized by the PCR product yield gel) in a 500 ul tube. Base the amount of product used on the intensity of sample product relative to the positive control. For a stronger signal use less than 5 ul; for a weaker signal use more. Since silver staining is more sensitive than EtBr, samples with no visible fluorescence may be typable if sufficient product is loaded into the gel. Overloading will result in cathodal smearing. Prepare the ladder by mixing 2 ul loading buffer with 5 to 7 ul ladder. Prepare sufficient ladder for enough lanes to bracket all samples. For evidence samples, make sure there is ladder on one side of each lane. For controls and reference specimens, especially those whose types have already been established, more than two samples may be grouped to conserve ladder.

6.  Load the samples into each well as an even layer along the bottom. Use capillary pipette tips or a non-beveled Hamilton syringe. Avoid bubbling or streaking the sample upward in the tank buffer. Run the gel at 1000 volts until the xylene cyanol dye has moved about 24 cm from the bottom of the wells. The bromophenol blue will move off the gel.

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

7. Monitor the gel temperature with a gel strip so that it does not exceed 50 C. At the end of the run, disassemble the sandwich by gently prying the glass plates apart. If the glass was clean, the gel will not adhere to it but will be bound to the Gel Bond.

## E. SILVER STAINING THE ANALYTICAL GEL

The following protocol requires 350 to 400 ml at each step to sufficiently submerge the D1S80 analytical gel in a 380 x 255 x 50 mm glass dish. Wear gloves throughout, as fingerprints on the gel or Gel Bond will be stained and clearly visible. Trim the excess Gel Bond from the top of the gel; if desired, also trim away the bottom edge with the glue.

**Note: Silver nitrate is toxic. As usual, use good laboratory practice. Capture and dispose of silver waste appropriately.**

1. Submerge the gel in 40% methanol and shake gently on an orbital shaker for 10 min. The staining process can be postponed up to 20 hours while the gel is in the methanol.

2. Decant the MeOh and cover the gel with 1% nitric acid and shake for 6 min.

3. Decant the acid, rinse with dH2O, cover the gel with fresh dH2O and shake for 5 min.

4. During step 3, add 400 ml dH2O to a clean dish, then add 4ml of the 100X silver nitrate solution. Upon completion of step 3, submerge the gel in this solution and shake for 20 minutes. Remove the gel to fresh dH2O and collect the silver as waste. Thoroughly clean the dish of any residual silver. During this step, prepare fresh developer solution by dissolving 12 g sodium carbonate in 400 ml dH2O.

5. Blot the back of the film (not the gel!) on filter paper, then shake the gel in dH2O for 5 min. Decant and repeat the wash. Place the developer solution in a dish and add 200 ul of 37% formaldehyde.

Note: do not chill the developer as this unnecessarily slows the development process.

6. Submerge the gel in the developer and shake until the D1S80 bands are stained satisfactorily (5 to 10 minutes), then decant the developer. The intensity of the bands will increase upon drying the gel.

7. Submerge the gel in stop solution and shake for 5 min. Decant the stop and wash the gel on the shaker with dH2O twice for 5 minutes each. Hang the gel in a hood to dry. When dry, attach the gel to filter paper and label the film side appropriately. Photograph as necessary.

36

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

## F. INTERPRETATION OF D1S80 ANALYTICAL GEL RESULTS

The ladder supplied with the D1S80 kit consists of 27 amplified D1S80 alleles: 14 and 16 through 41. Allele 15 is not included because it is very rare. The 14 allele is the fastest; the 41 allele is the slowest. Alleles bands 18, 24, 31, and 34 were made more concentrated by the manufacturer as internal orientation points. Samples are typed simply by determining with which band in the ladder the sample bands correspond. If a sample band exhibits microvariability (a slight stagger relative to the ladder), it is simply binned with the closest ladder band. If there is any question as to whether or not microvariability is present in a sample as compared to the reference specimen, they should be rerun in adjacent lanes. Mixing the samples at issue may not answer this question due to resolution limitations in a single lane between microvariants of a given allele.

Mixtures will reveal themselves by the presence of three or more bands in a lane. The potential for masking, especially at the more common alleles (e.g. 18 and 24) must be assessed in samples in which a mixture is present. Typically, due to the high degree of heterozygosity with this system, mixtures will display four bands. It may be possible to determine major and minor components by assessing the intensity of the bands. The potential for intensity differences due to length of alleles (preferential amplification) can be eliminated if the intensity differences overlap. The most likely combination of alleles will be reported, with allowance for other interpretations.

Homozygotes must be interpreted with caution when a yield gel was not done, or when the yield gel demonstrates significant size degradation.

The second reader can generally review the results at any time as the gel is essentially permanent. The second reader will sign/initial and date the run sheet. In the case of faint bands, the second reader must agree with the call or the sample should be re-amplified and/or more sample loaded onto another gel. The results may be reviewed from a photograph.

## G. LIST OF REAGENTS FOR D1S80 ANALYSIS

10X TBE (0.89 M Tris, 0.89 M boric acid, 25 mM EDTA)
      215.6 g Tris base
      110.0 g boric acid
      18.4 g EDTA, Na2
      qs to 2L

**Analytical Gel**
      See text

**Analytical gel loading buffer**
      Supplied by kit manufacturer

37

Sf analytical protocol, v. 1

**40% (v/v) Methanol**
Slowly mix 1600 ml methanol into 2400 ml dH2O (some heat will be generated)

**1% (v/v) Nitric Acid**
add 40 ml concentrated nitric acid to 3960 mldH2O

**100X Silver Nitrate (1.2 M)**
dissolve 20 g AgNO3 in 80 ml dH2O and qs to 100 ml

**Developer Solution**
see text, make fresh each use

**Stock Stop Solution (1 M Citric Acid)**
214 g monohydrate citric acid in 700 ml dH2O
qs to 1L

**Stop Solution**
dilute 40 ml stock to 400 ml

**Ethidium bromide**  (0.5 mg/mL ethidium bromide)
50 mg Ethidium Bromide
dissolve in 100 mL $dH_2O$
Keep bottle wrapped in foil to protect from light.
CAUTION, Ethidium Bromide is a mutagen!!

**123 base pair DNA ladder**  (~μg/μL; commercially available)
0.1 mL DNA ladder (1 μg/μL)
0.1 mL 6X gel loading buffer
0.4 mL 1X TBE
mix well and transfer 25 μL aliquots into 0.5 mL microcentrifuge tubes
store at -20°C

## IX. PROTOCOL FOR INSTRUMENTAL STR ANALYSIS

### A. Introduction to STRs

Similar to D1S80, a VNTR marker, short tandem repeats (STRs) are highly polymorphic DNA that contain short (two to seven bases) repeated sequences. A large number of STRs exist that are suitable for forensic purposes. The Polymerase Chain Reaction (PCR) is utilized for amplification of various STR loci in kit form, commercially supplied by the Perkin-Elmer Corporation. During amplification, the PCR products (STR alleles) are labeled with fluorophores attached to the locus primers. By using different dyes, multiple STR loci can be amplified and labeled in the same reaction from one template sample. The various STR alleles are then electrophoresed to separate the alleles by size. Visualization is accomplished by instrumental detection of the fluorescence of the incorporated dye, filtering out any spectral overlap. Sizing is accomplished by comparison of the PCR-generated fragments to internal size standards. The base-pair length of each fragment is then converted to an allele relative to a locus allelic ladder.

Each kit provides reagents for about 100 amplifications, simultaneously amplifying three, four, or as many as nine (ten including amelogenin) different STR loci. Kit reagents include Reaction Mix, Primers, AmpliTaq Gold DNA polymerase enzyme, human genomic control DNA, and allelic ladder. When received, each kit is logged-in as prescribed in the QA Manual. As part of our Quality Control Program, each lot of kits is subjected to QC analysis for expected performance. The kit lot number is recorded on run sheets used in casework in conjunction with this protocol. It is important that each analyst be familiar with each kit User Manual.

Upon receipt, the allelic ladder is removed from the kit and is stored in the PCR lab refrigerator. The use of AmpliTaq Gold eliminates the need to begin the cycling reaction upon addition of all reaction components including BSA, therefore it is not necessary to pre-aliquot the components; a Master Mix of Reaction Mix, Primers, and Taq is prepared based on the number of samples to be amplified. The dyes used to detect STR PCR products are light sensitive. This should be a consideration for storage of the primers, amplification set-up, PCR product storage, electrophoresis sample prep and instrumental analysis.

Each set of amplifications will include a sample of DNA of known type (supplied with the Kit) as a positive amplification control. Also, a reaction void of input sample DNA is amplified with each set of samples as a negative amplification control. The controls are in addition to reagent blanks and any appropriate sample background controls.

### B. AmpFlSTR Green I Amplification and Sample Prep Protocol

The following PCR parameters are used for co-amplification of amelogenin, THO1, TPOX, and CSF1PO alleles in a calibrated P/E 480 Thermal Cycler:

39

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

1.  Incubate all samples in the cycler at 95°C for eleven minutes.  This activates the polymerase enzyme.
2.  Link this incubation to 29 cycles of

    | | | |
    |---|---|---|
    | Denature | 94°C | 1 min |
    | Anneal | 59°C | 1 min |
    | Extend | 72°C | 1 min |

3.  Link this step-cycle file to one time delay cycle of 30 minutes at 60°C for final extension and A-addition.

## Preparing Samples for Amplification

As always, each sample will have been characterized as to tissue source (blood, sperm, epithelial cells, bone, hair, etc.) prior to DNA extraction.  The DNA concentration will have been accurately estimated (e.g., by slot-blot quantitation).  The analyst should attempt to amplify approximately 1 ng of human DNA; however as little as 125-250 pg of template DNA may be reproducibly amplified and typed.  The added DNA must be delivered in a fixed volume of 20 µl TE.  There should be few instances wherein the sample DNA concentration is unknown, but in those cases no more than half the sample should have been utilized to prepare the DNA extract, such that all the DNA (but not more than 20 µl) may be utilized for the PCR.  Multiplexed STR analysis is most appropriate for these types of samples.

4.  Determine the number of samples to be amplified, including controls.  In the laminar flow hood, prepare a Master Mix in a 1.5 ml microcentrifuge tube as follows:
    *   # samples x 21 µl AmpFlSTR reaction mix
    *   # samples x 1 µl Taq Gold
    *   # sample x 11 µl AmpFlSTR primer set

Make sure the components are mixed well (critical for Taq homogeneity).

5.  Aliquot 30 µl of the Master Mix into appropriately labeled, uncapped sterilized PCR tubes in a dedicated PCR set-up rack.  For a large set of reactions (>20) this is best accomplished with the repeating pipettor.  Cover each aliquot with one drop mineral oil.  As with all PCR set-ups, the negative amplification control should be the last sample and should remain uncapped during the preparative process.
6.  Add sample DNA in a total volume of 20 µl to each PCR reaction below the oil.  For the positive control, add 20 µl of the supplied kit control DNA.  For the negative control, add 20 µl TE.  Cap each tube before proceeding to the next sample.
7.  Place the samples into the thermal cycler (avoid contacting the dedicated set-up rack with any surface in the PCR lab) and start the appropriate program.  For Green I amplification use File 10.
8.  Upon completion of the amplification process, store the PCR samples in the PCR lab refrigerator.

40

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

**Preparing Amplified Samples for Instrumental Analysis**

In this phase of the STR typing process, an aliquot of heat-denatured PCR product labeled with blue, green, and/or yellow fluorophores is mixed with an aliquot of internal size standard labeled with a red dye in deionized formamide. The formamide maintains the denatured (single-stranded) state of the amplicons during prolonged analytical times at room temperature. The formamide can decompose over time to formate, so use freshly prepared or frozen deionized formamide. Formate ions are injected preferentially into the capillary, which results in diminished fluorescence signal. Preparation of deionized formamide is described under Reagent Preparation, which follows this protocol.

9. For each sample to be typed including allelic ladder, prepare a solution of deionized formamide (d-form) and internal size standard GeneScan 350 ROX (350ROX) as follows:
   - (# samples + 2) x 24 µl d-form
   - (# samples +2) x 1 µl 350ROX
10. Mix the 350ROX/d-form solution thoroughly and aliquot 25 µl into 0.5 ml Genetic Analyzer tubes. Mark each tube A1, A3,... B2, B4... corresponding to autosampler rack location. Prepare a legend to associate each sample with its autosampler tube/rack location.
11. Add 1 µl PCR sample to its corresponding autosampler tube. Cap each tube with a gray septum, making sure the septum is perforated, and the septum seats fully on the tube.
12. Incubate each sample/internal standard mixture at 95°C for three minutes (File #11).
13. Chill the samples in an ice-water bath for three minutes. This may be done in the Autosampler tray. Make sure the tubes are in their proper position. Samples are ready for instrumental analysis.

Note: there is no need to prepare multiple samples of ladder as indicated in the User's Manual. Simply instruct the instrument to perform re-injections of ladder as desired during the run.

## C. Initiating the ABI Prism 310 Genetic Analyzer

STR typing at SFPD is performed by capillary electrophoresis using an ABI Prism 310 Genetic Analyzer instrument. The following protocol is meant to be detailed enough to allow a first-time user to successfully operate the instrument. It is understood that in routine practice this protocol will be abbreviated.

1. Turn on the instrument. Turn on the computer, if necessary, and launch the ABI 310 Data Collection program.
2. From the main window menu bar at the top of the screen, click WINDOW and select Manual Control.

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

3. From the Function box (click the triangle) select Syringe Home, and execute. This moves the syringe drive to its highest position to accommodate a filled syringe. If the instrument has been idle for some time, the syringe drive will have been homed in order to remove the syringe for cleaning.

4. Similarly, select and execute Autosampler Home X,Y and Autosampler Home Z. This recalls permanent autosampler tray arm travel calibration memory for this run.

5. You may install the autosampler tray at this time, by selecting Autosampler Present Tray, or by opening the doors to the instrument and pressing the Tray button on the left side. The tray will fit in only one orientation. You should already have the sample tubes in the tray. Make sure you have a sample legend for the staggered tray nomenclature (i.e., A1, A3, A5,...B2, B4,...). You will make a computer version of this sample list (called a Sample Sheet) later. Press the button a second time, or select Autosampler Return Tray.

6. If the electrode has been changed you will need to recalibrate the autosampler. If not, re-calibration is not necessary, even if the capillary is not installed. Autosampler X,Y,Z travel and tube location memory is permanent. If the electrode has been changed, or if the electrode should collide with sample tube septa, re-calibration is necessary. Since this function will be very infrequent, the user is referred to Chapter 2, page 9 of the 310 Genetic Analyzer User's Manual for autosampler re-calibration instruction steps. When re-calibrating, make sure the microcentrifuge tube in Position 3 is removed, and a capillary is properly installed. **The sample tray must be removed from the autosampler for re-calibration or the electrode will be bent.**

### D. Installing a New Electrode

1. Installing a new electrode should not be necessary unless the electrode has been damaged, e.g., irreconcilably bent. A bent electrode is fine unless the tip of the electrode and capillary will not assume close proximity. Do not use an electrode that is more than one mm shorter than the bottom of the electrode/capillary stripper plate (see pg 8-4 of the Green I User's Manual).

2. Loosen the thumbscrew, and push up on the electrode. Install the new electrode in the same orientation (hooked into the small hole). Push the electrode down until it is flush with the thumbscrew.

3. Trim the new electrode flush with the bottom of the stripper plate. You may wish to mark the electrode, and remove it prior to trimming to prevent bending the electrode or flexing the stripper plate. Reinstall the electrode and tighten the thumbscrew.

### E. Installing a Capillary (New or Used)

1. STR Analysis capillaries are 47 cm long and marked with a green (not yellow) dot. Insert the window end of the capillary through a pump block ferrule so that it protrudes slightly through the threaded end. This may be somewhat difficult

42

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

if the ferrule has been pinched closed. Be careful not to break the capillary or touch the window.

2. Screw the ferrule into the pump block (in place on the instrument) finger tight. Make sure that when tight the end of the capillary is aligned with the syringe channel. The capillary must extend past the opening of the ferrule in order to seal, and must not extend beyond the syringe channel in the pump block.

3. Clean the capillary window with absolute ethanol. Make sure the laser is off or on standby. Open the laser port door, thread the capillary through the guides, and close the door. For a capillary properly seated in the pump block, the green mark will align with the top of the laser port door. Make sure to adequately loosen the pump ferrule to adjust the position of the end of the capillary relative to the syringe channel.

4. When the capillary is properly seated, thread the other end through the electrode thumbscrew until the capillary extends beyond the electrode by 0.5 mm. Secure the capillary to the heat block with the yellow tape on the heat block. Make sure the tip of the capillary has not moved relative to the electrode. The tips of the electrode and capillary should be close, but not touching each other. This is essential for optimal sample injection. DNA is drawn into the capillary while it is electromagnetically clustered around the tip of the electrode during application of injection voltage.

5. Close the heat block door.

### F. Fill Buffer Reservoirs

1. Fill the anodal reservoir to mark with 1X buffer prepared from Genetic Analyzer Buffer stock (10X) and purified water and securely seat the reservoir on the pump bock.

2. Fill a 4 ml glass vial to mark with 1X buffer, cap with appropriate septum, and place it in position 1.

3. Similarly fill and cap a 4 ml vial with purified water (18 mOhm) and place it in position 2.

4. Snip the cap and hinge from a 1.5 ml microcentrifuge tube, fill with pH2O and place it in position 3.

43

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

## G. Loading the Syringe/Priming the Pump Block

1. Make sure the 1 ml syringe is clean and properly assembled. Make sure there is only enough moisture (not visible amounts) in the barrel to allow the plunger to slide smoothly. Working a dry plunger will eventually wear out the seat.
2. Make sure the POP 4 polymer is at room temperature and the precipitated urea is evenly mixed after dissolution at Rtemp.
3. Draw only that volume of polymer necessary for anticipated use into the syringe, typically not more than 0.5 ml (more than enough to prime the block and allow several runs of 48 injections. Once the pump is primed, each injection requires only about 5 µl polymer). The syringe plunger will extend too far to allow placement into the instrument with more than 0.8 ml polymer loaded.
4. Make sure there are no bubbles in the polymer. Bubbles at the opening are OK as they will be expressed when priming the pump block. Small bubbles adhering to the plunger are not cause for concern and need not be dislodged.
5. The Syringe Home command (Section A,3) should have resulted in the syringe drive moving to its highest position. Move the drive to the left (by hand) and install the syringe into the pump block. Secure finger tight into the pump block. These syringes are not cheap—be careful.
6. Under Manual Control, select and execute the Buffer Valve Closed function. This closes the pump block polymer channel opening into the anodal reservoir. Make sure the top left valve in the pump block is tight. Loosen the waste valve located directly below the syringe and express polymer until a drop form around the O-ring. Tighten the waste valve.
7. Loosen the valve in the top left of the pump block and continue to express polymer until polymer covers the O-ring on the top valve. This should result in the polymer channel having no bubbles in it to this point. Tighten the valve.
8. Under Manual Control, select and execute the Buffer Valve Open function. Continue to express polymer from the syringe slowly until all bubbles have been pushed through into the anode buffer reservoir. Do not express excess polymer. Before any run, make sure there is at least 100 µl polymer remaining in the syringe. Close the buffer valve.
9. By hand, move the syringe drive to the right. Instruct the computer to lower the syringe drive until it just touches the plunger. This is accomplished in Manual Control by selecting and executing the Syringe Down function in 50-step (value) intervals. Lower the value to 5 or less when the drive approaches the syringe plunger, until the drive just contacts the plunger. If the drive contacts the plunger and remains engaged, quickly select and execute Buffer Valve open. The pressure should be relieved quickly and the syringe drive will complete the excess downward travel, stop, and will be properly seated. Close the buffer valve.
10. If a run is planned soon, select and execute the Temperature Set function with a value of 60. This will pre-heat the capillary to running temperature (takes about

44

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

30 minutes).  This is a good time to prepare a Sample Sheet and Injection List for the run, or to prepare injection samples if not done previously.

11. Close the instrument doors to activate the heating function.  If the samples were already loaded in the sample tray, the instrument is now ready for electrophoresis.  Opening the instrument doors disengages the heater, so if samples are to be loaded later, quickly open the doors, present the tray, return the tray and close the instrument doors to avoid re-heating delay.

### H.  **Preparing a Sample Sheet**

1. The 310 Data Collection program must be running.  When this program is running, the computer expects to be able to communicate with the instrument.  If the instrument is not running, turn it on.

2. From the Main Window Menu bar, click File, New, and select the 48 sample Sample Sheet icon.  The sample sheet template will appear.  The sample sheet associates sample information with sample tube position.  Be careful not to confuse sample tube position with injection sequence as they may not be the same (see below).

3. Complete the sample sheet by identifying each sample tube and location (A1, A3...) by name, designating the standard (**STD**) color (always red, should be defaulted), and indicating which dyes are **PRES**ent in the sample (e.g., for Green I, click green and red; for Profiler multiplexes, click all colors).  You should cut and paste the sample name into the **sample info** column if convenient, as this is required to identify the electropherogram in Genotyper (this function can be done later in Genotyper also).  Fill in **comment** as necessary.

4. Save the sample sheet.  The default name will be the date and time it was prepared.

### I.  **Preparing an Injection List**

1. The injection list specifies the order and run conditions for each sample injection and defines the analytical parameters applied to the raw data from each injection.  Sample sheet info is imported directly into an injection list template.  From the 310 Data Collection Main Window menu bar, click File, New, and select the Gene Scan Injection List icon.  An injection list will appear.

2. Click the arrow (triangle) in the Sample Sheet field and select a sample sheet, most likely the one prepared in Section II,A.  The run samples will fill in the injection list in location order (A1, A3...B2, B4...) by default, assuming each sample will be injected once in location order.

3. To re-arrange samples for injection, click the black arrow in the Tube and Sample field.  A pop-up menu of all the samples appears.  Highlighting the desired sample inserts the highlighted sample, and bumps down one all subsequent injections.

Sf analytical protocol, v. 1

4. To make multiple injections of the same sample (for replicate analyses or to change injection time, etc.), you must insert blank rows and copy the sample info into the new row. Be sure to tab over to the parameter column you wish to vary and change the parameter for that new injection. For SFPD purposes, the only parameter likely to vary is injection time.

5. If the Module, run parameters, and Matrix to be applied are the same, you can complete the first injection appropriately, click on the column heading to highlight all injections for each parameter, go to Edit, Fill Down and the parameter selected for injection 1 will be defaulted for all subsequent injections.

6. Select Auto Analyze, but not Auto Print. The data will be printed after Genotyper analysis and convenience sorting.

7. When you are satisfied with your injection sequence and applied parameters, click Run in the Injection List Window, or Start Run in the Main Window menu bar. The run sequence will engage, and a raw data window will appear, but the actual run will not begin until the temperature is 60°C. The instrument will go through several automatic functions once ready for an injection. Shortly thereafter, baseline fluorescence scans in all four colors should appear at the left of the screen and slowly advance across the screen during the run.

8. Under Window, select Status to verify run parameters are operating as expected: Electrophoresis conditions should be 15 kV, with about 6-8 mA current, at 60°C, and laser at 10 mV.

9. Monitor the first injection to verify fragment detection. The unincorporated primers should pass the capillary window about halfway through a 24 minute run, and a large, off-scale peak results. Visually verify that internal size standard peaks are appropriate. It is advisable to monitor the instrument periodically until the second injection is running and no leaks or other problems have been encountered. A leak will <u>pause the run</u> until it is addressed. Addressing the leak (e.g., by tightening the syringe, valve, etc.) will cause the instrument to resume the run, but the leak may have resulted in insufficient filling of the capillary, which may result in data loss towards the end of the run. The injection list can be re-called and a re-injection of that sample can be inserted at any subsequent point in the list.

10. Upon completion of the run, the instrument will place the laser on standby, turn off the heater, electrophoresis power will be paused, and the injection list will appear on the screen. **Be sure to save the run** (the default name is the date and time the run was started.) Do not turn off the instrument at this point.

11. **Launch GeneScan, and in the main window select File, Save Project.**

## J. <u>Analyzing the Data</u>

1. All blue, green, and yellow fragment peaks passing the detector are automatically (when you select AutoAnalyze in step B-6 above) sized relative to the red internal size standard and each locus ladder by the GeneScan

46

software. This raw data is available for viewing or presentation, but cannot be changed without reprocessing using a different matrix. In the GeneScan Main Window menu bar, under Window, select Results Control. The Results Control window allows selection of 1-16 samples by one or all four colors. Each electropherogram can be display by peak plot, peak size, or both. The Display button displays the selected electropherogram(s). Peaks with less than threshold levels of fluorescence (150 FDU) will be displayed, but no base pair size data is assigned. This level of data analysis should not be required for routine sample genotyping.

2. To assign genotypes to the base pair-sized peaks, launch the appropriate Genotyper program alias (e.g., **STR Green I** or **Profiler**) template. In the Main Window menu bar, select File, Import GeneScan files. In the dialog box, click-off any dyes not being utilized in the run (for Green I de-select the blue and yellow dye boxes; for Profiler runs leave all dyes selected), and select the run to be imported, or highlight select samples from a run. If the project desired is not defaulted, click on the hard drive icon (in the dialog box), select ABI Prism 310, runs. This will present a list of all saved run projects. Select the desired run, and click Import; the Genotyper analysis window will appear.

3. It is necessary to have Sample Info available at this time. If this information was not filled-in on the Sample Sheet, do so now. Under the Views menu, select Show Dye/Lanes Window. The data for each selected dye (lane) of each sample appears in the center window. Click on each blue, green, or yellow dye lane and then type-in Sample Info in the rectangle above. At least one lane of each color's sample info must include the word "ladder". Make sure the lane marked ladder is, in fact, a ladder injection. Genotyper uses each locus' ladder to convert fragment length to allele number.

4. Click on the lower left Macros list window to activate it, and scroll to and select Check GS 350. In the main window menu bar, under Macro, select Run Macro. Click on the plot window to view the electropherogram of each injection internal standard. Scroll through all samples to verify each peak was properly sized. This is, in effect, step C1 above.

5. In the Macros list window, select KAZAM, and run it as in step C4. The plot window will now contain the THO1, TPOX, and CSF (or Profiler) fragment peaks and allele designations. Verify that all peaks above threshold FDUs are labeled with an allele number.

6. Peaks with less than threshold FDU will appear but will not be labeled. Also, these peaks may not visually line up by size as expected relative to known allele positions. For example, the peaks of a sample of known type (e.g., CSF 10,12) if too weak (< 150 FDU) to be assigned alleles by the Genotyper software, may appear shifted upon visual comparison to similar but sufficiently strong and thus labeled peaks. This is not cause for concern (see Interpretation Guidelines, below). The actual "location" of these peaks relative to the internal size standard can be demonstrated in GeneScan, if desired.

**San Francisco Police Department Criminalistics Laboratory**
**Serology and DNA Analysis Methods Manual**

7. Sort the plots as desired. In the Main Window, under Views, select Dye/Lane Sorting.... To arrange the plots in injection order, make the first precedence sorting parameter Lane Number.
8. Save and print the project. Place a copy of each page of relevant data (ladder, samples, and controls) into each case file.
9. Guidelines for sorting and filing plots by case, and for preparing and uploading CODIS tables will be developed.

If one or more injections require repeating, check to make sure there is sufficient polymer in the syringe before beginning a new injection list. The previous injection list may be used, being sure to delete samples which do not need repeating, and to change any run parameters (e.g., injection time) as necessary. Save the new injection list with a new name. Check the run for overall good quality data. Poorly defined peaks may be symptomatic of the need to change the capillary, irrespective of injection count.

If all injections were satisfactory and the instrument will not be used for several days, remove the capillary and store it with each end immersed in water. Home the syringe drive and turn off the instrument. Then remove and clean the pump block and syringe.

If another run is planned soon, the instrument may be left on (yellow pause light should be blinking). The sample end of the capillary should already be positioned immersed in buffer (position 1). If a long injection sequence is planned after previous long injections sequences, or if the current is consistently only about 6 mA, change the anode and cathode reservoir buffers. Present the sample tray by depressing the Tray button, and remove and replace the cathode vial with fresh stock 1X buffer. Simply pull off the anodal reservoir and replace the buffer with fresh stock. To prevent the end of the capillary from drying out, re-immerse it into the buffer at Position 1. Under Manual Control, select Autosampler to Position, and change the value from A1 to 1, and execute. The capillary moves to over the cathodal buffer vial. Select Autosampler Up, change the value to 388, and execute. 388 is the number of steps the autosampler pushes the tray up onto the electrode/capillary for a normal run. This value is found under the Autosampler Z Buffer Travel function in Manual Control. (I believe this value is set automatically during Autosampler calibration. This number may change internally if re-calibrated, but this should be of no concern as there is ample Z travel above and below the 388 step point.)

If another run is not planned soon, but will be done within a day or two, execute Autosampler Home X,Y. This will move the electrode/capillary out of position 1. Turn off the instrument. The autosampler arm will drop. Immerse the electrode/capillary into a sample tube filled with purified water and capped with a septum, by sliding the tube onto the end of the electrode/capillary pair. The cap and septum must be trimmed on opposite sides to accommodate the stripper plate. Be sure to remove this temporary storage vessel before initiating the next run. If you do not move the capillary out of position 1 before turning off the instrument, the arm will drop, the capillary will be exposed, and you will be blocked by the tray from putting on the temporary storage tube. Avoid letting polymer dry out or urea crystallize in the pump block. If this happens, it likely has happened in the capillary and the capillary should be discarded.

If a leak is detected by the instrument after a day or two pause in operation, it is advisable to stop the run, tear down and clean the pump, and re-initiate the process.

48

Should another leak develop during unattended overnight operation, the instrument will pause until the problem is corrected, resulting in the loss of a day's time.

## III. CE ELECTROPHEROGRAM INTERPRETATION GUIDELINES

### Normal Samples

Accurate quantitation of sample DNA is central to STR analysis. Typically, when more than 250 pg of input (template) DNA is amplified under the specified conditions, the DNA is not severely degraded, and no or little mixture of DNA exists in the sample, interpretation of GeneScan/Genotyper analysis data is simple and straightforward. When possible, 1 ng of sample DNA will be amplified, which virtually eliminates any allele copy number concerns. These conditions will result in reliable allele assignments for each PCR fragment peak. Homozygous genotypes will be represented by a single peak and allele assignment; heterozygous genotypes will be represented by two peaks and two allele assignments. Peaks from a heterozygous individual will be approximately the same height, and will be approximately half the peak height of homozygous genotypes. At the amelogenin locus, a single X peak represents female DNA; an X and Y peak represents male DNA.

### Degraded and/or Low Cell Number Samples

Degraded DNA samples should not pose a risk of misinterpretation or erroneous instrumental analysis. DNA degraded to 500-2000 bp still gives reliable results, as STR loci employed at SFPD are tetrameric repeats of DNA smaller than 500 bases. Given adequate template DNA, sufficient copies of each locus should exist even in severely degraded samples such that allelic dropout or preferential amplification is of little concern.

The potential for stochastic fluctuation in a sample is also of little concern. The generation of a balanced heterozygous result at a locus demonstrates that allele copy numbers are sufficient for reliable typing at homozygous loci. The presence of this "internal standard" is practically insured by the degree of heterozygocity between multiplexed STR loci.

Fragment peaks less than threshold (150 FDU) are not base-pair sized by GeneScan nor assigned allele designations by Genotyper. In samples where no locus peaks are sized, the result will be interpreted as "too weak" to draw conclusions. For samples wherein some smaller fragments (e.g., amelogenin, THO1) might be sized and other larger loci fragments not be sized, labeled heterozygous loci should be usable for discrimination purposes. Threshold level homozygous results should be interpreted with caution. Weak samples may be rendered interpretable by one or a combination of strategies. If possible, 1) more template DNA can be amplified; any PCR inhibition should be addressed; 2) more PCR product can be introduced into the instrumental analysis sample; 3) the sample injection time can be increased; 4) the FDU threshold may be lowered. If any one or a combination of these strategies is employed, the appropriate control samples must be treated similarly.

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

## Mixture Patterns

Given the exquisite sensitivity of capillary electrophoresis fluorescence detection, and the heterozygocity of multiplexed STR systems, DNA mixtures of any consequence should be clearly revealed, easily recognized, and ultimately resolved to some degree. Any result with three or more labeled peaks indicates a mixture. The Perkin-Elmer STR kits were optimized to produce similar peak heights within and between loci. Thus, a significantly unbalanced heterozygous response indicates a mixture result due to the additive fluorescence of similar fragments from more than one source. However, occasionally, a single-source sample (e.g., a reference sample) may produce unbalanced peak results. An examination of the peak areas of other loci should provide guidance as to the potential for mixture

The same logic applies to results from samples of minimal amounts of template DNA (low number of cells or degraded DNA). In a more-or-less equal mixture of two DNAs a result at a locus might be a attributable to a mixture of two homozygotes that gives the appearance of a single heterozygous genotype. However, due to the heterozygocity of other simultaneously amplified loci, such a mixture would likely be betrayed by three or more peaks, or two disparately balanced peaks, within another locus. The unbalanced two-peak response at a locus indicates mixture of a shared allele between an heterozygote and a homozygote. A single peak significantly stronger than twice the response of apparent heterozygous peaks likely represents mixture of major and minor component homozygotes at a locus. In any case, if the sample is a minimal number of cells or is highly degraded DNA, then the potential for an undetected mixture result must be considered.

The quantitative component of peak fluorescence measurements adds to the ability to associate alleles and thereby separate genotypes in mixtures. This quantitative measure is much less subjective than comparing dot blot or band intensities, but is dependent upon the ratio of DNAs in the mixture. Generally, the peaks with the higher FDU values/peak areas can be associated across loci, and peaks with lower FDU values can be associated across loci. It must always be kept in mind that overlapping fragments will produce additive FDU values. With two different DNA sources, it is possible to have as many as four peaks (two heterozygotes which share no alleles) to only one peak (two homozygotes which share the same allele) at any given locus. Redundant sample analysis, background controls, and potential "carryover" contributor specimen analysis (i.e., sperm DNA in the epithelial cell fraction from a differential digestion) are valuable aids in mixture resolution. The ratio of the fluorescence of a smaller peak to larger peak within a locus is an excellent indicator of the presence or absence of mixture in a sample. Unmixed samples typically produce balanced peaks (ratio = 90% or higher). Thus, peak height ratios less than 70% usually indicate overlapping alleles from a mixture. If no other indication of mixture in the electropherogram is apparent, the sample should be re-amplified to determine if the unbalance is reproducible. Reproducible imbalance at a single locus likely indicates mixture. With triplex and Profiler multiplexes indication of mixture by peak imbalance at a single locus as the only indicator of mixture is unlikely.

## Extra Peaks (Stutter, Split Peaks, etc.)

Stutter peaks are artifacts of PCR at the n-4 position of an amplified STR allele. The amount of stutter produced varies with each genetic locus. Kits from Perkin Elmer

50

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

have been optimized such that the maximum amount of stutter one would normally expect at each locus has been determined. This "filter" is applied automatically by the Genotyper software for all peaks within five base pairs of a target peak. Stutter peaks will be visible for highly amplified products, but will not be labeled unless they exceed that predetermined peak height response. Minor stutter peaks at the n-4 position for a major peak are normal and are to be ignored. Peaks at the stutter position that represent more than the normal amount of stutter for a target peak likely have some minor DNA component contribution. An examination of peak area values for the major peaks in the sample at a given locus and a determination of peak ratios should indicate whether the minor peak is stutter or must be given consideration as a mixture product. If there is any question that labeled peaks at the n-4 position in an off-scale sample might be other than stutter, the PCR product should be diluted and re-run.

Split peaks can appear as a result of inefficient 3′ ATP addition to the PCR fragments during extension. However, the AmpFlSTR kits have been optimized such that A nucleotide addition goes essentially to completion, eliminating split peaks. Runs with split peaks should be re-injected. If the split peak is an artifact, it should not be reproduced. If the result is reproduced, the sample should be re-amplified and re-run.

An attempt should be made to reproduce any unexpected peak or artifact spike in a case sample run. If the artifact is not reproducible and the primary electropherogram is reproduced, the artifact may be ignored.

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

## III. LIST OF REAGENTS AND ACCESSORIES FOR STR ANALYSIS

**Deionized Formamide**

Mix Amberlite ion exchange resin (P/E # 400665) with formamide 10:1 v/w and stir for 30 minutes at room temperature. Check pH. If pH 7 or higher, the formamide is sufficiently deionized. If pH < 7, decant the formamide into a fresh supply of resin and repeat 30 minute stir. When pH > 7 filter the formamide through a 0.2 μm filter and store frozen in the PCR lab as 0.5 - 1 ml aliquots. 10 ml deionized formamide should suffice for the life of each chemical batch.

**Working CE Buffer (1X)**

Dilute 5 ml commercially-supplied (10X) Genetic Analyzer Buffer (P/E # 402824) with 45 ml purified water. This should be ample CE buffer for multiple runs (several hundred injections). The 10X stock is kept in the PCR lab refrigerator; the 1X working buffer is kept in the PCR lab at room temperature.

**Capillary Electrophoresis Polymer**

Performance Optimized Polymer 4 (POP-4) (P/E # 402838) is commercially-supplied. It is stored refrigerated in the PCR lab. Make sure the polymer is at room temperature and any precipitated urea is dissolved and well-mixed prior to use.

**Internal Size Standard**

GeneScan-350 ROX (P/E # 401735) is commercially-supplied. Store refrigerated in the PCR lab.

**Dye Matrix Standard Kit**

The Dye Matrix Standard Kit (P/E # 401114) is commercially-supplied. This kit contains separate aliquots of four fluorophores (dyes). 1 μl of each matrix standard is run as an injection sample to create the mathematical matrices used to filter out spectral overlap between each dye. Store refrigerated in the PCR lab. **Note:** this kit and the matrix it creates will **not** be appropriate for STR typing kits incorporating NED instead of TAMRA as the yellow dye.

52

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

# APPENDIX

Species Determination by Cross-over Electrophoresis

Detection and Quantitation of P30

Conventional PGM Subtype Electrophoresis

Conventional Peptidase A/PGM Electrophoresis

Amylase Assay

Staining Recipes

Principle Method References

Examples of Analytical Forms, Worksheets

Population Frequency Data
> DQA1
> PM
> D1S80
> THO1
> TPOX
> CSF1PO

The Utility of Theta ($\theta$) in Estimating Gene Frequencies of PCR-based Systems
> The 1996 NRC Recommendation 4.1
> Blake's Demystification of Theta

The Human Chromosomes Mapped, ca 1992

Sf analytical protocol, v. 1

## SPECIES DETERMINATION BY CROSS-OVER ELECTROPHORESIS

Method is Blake's adaptation of method of Wraxall and Blake for P-30 determination in semen.

Tank Buffer:  pH 8.4.  Tris base (37mM), Glycine (0.29M).
Gel Buffer:  Same as Tank Buffer.

Gel    - One percent (1%) Sigma type IV (high EEO) agarose, prepare 7.5ml per gel and pour onto a 2x3 inch piece of gel bond on a microscope slide.  Punch out wells using smallest cork borer and suck out agarose with vacuum.  Make wells no more than 1-1/2 well diameters apart.

Run Conditions  -  100 V (13.IV/cm) for 30 minutes (approximately 10 ma).

Method  -  Cross over depends on endosmosis of gel to cause IgG antibodies to migrate toward the cathode while the antigen migrates toward the anode.  Place 10ul of extract of bloodstain in cathodal well and 10ul of anti-human precipitin serum in the anodal well.  After addition of samples and antibody, invert the slide on the sponge wicks and run for 30 minutes.  Be sure to arrange the geometry of the plate so that orientation of well is obvious (e.g., extra hole in upper right hand corner or asymmetric arrangement of samples).

Staining  -  After the run, press the gel by placing a wetted piece of Whatman 1 paper on gel surface followed by several thicknesses of blotter paper and a lead weight.  Press no more than 15 minutes and then wash the gel in 1.0M NaCl for at least 3 hours, preferably overnight.  Then press gel again, wash for 5 minutes but not longer in distilled water (on rotator) to remove salt.  Then press gel again and dry in oven at 55 degree Celsius.  Stain in 0.2% Coomassie Brilliant Blue in MeOH:acetic acid: water (5:1:5) for 10 minutes and destain in dye solvent.

## Remarks

Very weak or dilute stains may be tested by stuffing fibers directly into the well in the gel and filling with gel buffer.  Always test extract of unstained substrate or fibers themselves as negative control.  Usually visible precipitate will occur with blood down to dilutions of about 1/1000.  The limit of detection of staining will be about 1/10000 or more.

The solution to be tested can be serially diluted or diluted by factors of ten and compared against a set of standard blood dilutions.  An attempt should be made to determine the limit of detectability of the blood in the sample and this value is then compared to the detection limit of the reference blood samples with the particular precipitating anti-serum and conditions being used.

Sf analytical protocol, v. 1

## Detection and Quantitation of P-30 in Semen

The method is essentially the same as that previously described for species determination. In this method endosmosis forces antibody to migrate cathodally; P-30 antigen migrates anodally, and at a zone of equivalence the two react immunologically and a precipitate results.

Tank and Gel buffers, gel composition and preparation are identical to that described on page 40. Serial dilutions of a standard semen sample are run as positive and semi-quantitative standards for comparison to unknowns. The sensitivity and specificity of the antiserum is defined by the supplier, and should be verified for each lot. Alternatively, the specificity may be demonstrated on each gel by running the antiserum against a variety of body fluids.

The electrophoretic conditions, and detection procedures are the same as for blood. The sample is simply the cell-free supernatant prepared during extraction of the stain. Always run appropriate negative controls.

Identification is established by detection of a precipitate band between the sample and antiserum wells.

If an estimate of concentration is desired, this is determined on the basis of the intensity of the sample precipitin band relative to the standard dilution series bands. Concentration is better established by diluting the sample beyond detectability, loading known volumes of standard and sample, then comparing the most dilute results and factoring in the dilution(s). This defines a one-dilution interval into which the sample concentration falls.

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

## CONVENTIONAL PGM SUBTYPE ELECTROPHORESIS

This is the Cockerham modification of the Wraxall method.

Tank Buffer:    0.29 M $Na_2HPO_4$, anhydrous
                0.1 M Citric Acid, anhydrous
                pH 5.5

Gel Buffer:    5.7 mM $Na_2HPO_4$, anhydrous
                2.5 mM Citric Acid, anhydrous

Gel:           1 % IEF agarose (EEO = 0.00).  Size is at the discretion of the analyst.

Origin:       6 cm from cathode

Conditions:   20 V/cm for 5 hours at 4° C

Development:  From 2 cm anodal to origin to 10 cm anodal to origin.

Reference Standard:   balanced 4-band mixture (usually 2+2- with 1+1-)

Reaction Buffer:      0.4 M Imidazole
                      10 mM $MgCl_2 \bullet 6\ H_2O$
                      10 mM Glucose-1-phosphate
                      pH 8.0

Stain Solution:      To 10 ml reaction buffer add 2 mg NADP, 2.5 mg MTT, 2.5 mg PMS, 10 µl G6PD, and 10 ml melted 2% agarose at 55° C.  Pour over development area then incubate at 37° C monitoring PGM activity development.

### References

Wraxall and Provost. "PGM Subtyping by Conventional Electrophoresis", presented to the 55th Semiannual Seminar of the California Association of Criminalists, May, 1980.

Cockerham, K. Presented to the Louisiana Association of Forensic Science, 1980.

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

## Conventional Peptidase A/ PGM Electrophoresis

This method is the Hulen modification of Wraxall's Group I Multisystem method.

Tank Buffer:   Group I, omit EDTA, pH 7.4
      1L    12.11 g Trizma base
          11.62 g Maleic acid
          2.3 g $MgCl_2$ • 6 $H_2O$
          4.4 g NaOH

Gel Buffer:   1 part tank buffer in 14 parts dH2O (1:15 dilution)

Gel:   1% Sigma type V agarose

Origin:   3 cm from cathode

Conditions:   20 V/cm for approximately 2.5 hours

Reaction Buffers: PGM
        same as PGM subtype

        PepA
        for 100 ml:    2.84 g $Na_2HPO_4$, anhydrous, adjust to pH 7.4 with HCl.

Stain Solutions: PGM
        same as for PGM subtype

        PepA
        to 10 ml reaction buffer add 10 mg L-valyl-L-leucine, 5 mg L-amino acid
        oxidase, 2 mg MTT, 2 mg PMS, and 10 ml melted 2% agarose at 55° C.

Development: PGM:  from origin, approximately 6 cm anodally
              PepA:  from PGM overlay to anode

              Incubate at 37° C, monitoring development of bands.

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

## AMYLASE ASSAY

Amylase (Amy$_1$) activity as indicative of saliva in stains and external genitalia swab samples may be demonstrated by digestion of starch in a radial diffusion gel assay. This procedure should be preceded by microscopic observation of epithelial cells. This procedure is valuable in genital orifice swab samples, to which epithelial cells are ubiquitous, in that salivary amylase is a different gene product from vaginal amylase, and is expressed in much higher concentrations. Hence, detection of amylase activity significantly greater than expected endogenous amylase activity is indicative of the presence of salivary amylase. The presence of salivary amylase may also be demonstrated electrophoretically, but that procedure will not be addressed here.

Assay Buffer: 0.1M phosphate as 0.045 M (2.7 g) NaH$_2$PO$_4$ and 0.055 M (3.9 g) Na$_2$HPO$_4$
7 mM (0.12 g) NaCl (in 500 ml)
pH 6.9

Gel:    1% agarose/ 0.1% soluble starch. The size of the gel is at the discretion of the analyst, and may be in any convenient format e.g., glass slide, Petri dish)

Sample Prep:   the sample is simply the cell-free supernatant recovered during routine extraction of the stain or swab.

Sample Application:   well are punched into the gel using a cork borer or Pasteur pipette (about 4 mm diameter). The well is filled with a known volume of reference standard or sample and allowed to diffuse in a humid chamber overnight at 37° C. The amylase activity is revealed as radial digestion of the starch in the gel. Iodine reacts with starch to form a blue product. The digestion of starch is indicated by the absence of blue color. Flood the gel with iodine gram stain solution and photograph the result. Measure the zones of amylase activity.

Controls:  include decade dilutions of saliva (1:10 to 1:10K) and extracts of semen, vaginal swabs, and other body fluids (blood, urine) as appropriate. Always include substrate controls as necessary.

Interpretation:  a radial diffusion starch digest ring (circles around the sample well void of blue color) is indicative of amylase activity. A zone of activity greater than or equal to the 1:100 dilution of saliva is indicative of salivary amylase activity.

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

# STAINING REAGENT RECIPES

## NUCLEAR FAST RED STAIN

Dissolve 2.5 grams of aluminum sulfate in 100ml of hot distilled water and add 50mg of Nuclear Fast Red (C.I. 60760). Stir and allow to cool then filter. This solution is stable for many months stored at 8 degree C.

## PICROINDIGOCARMINE STAIN

Dissolve 1.3 grams of picric acid in 100ml of warm distilled water, add 0.33 grams of Indigo Carmine (C.I. 73015) and stir overnight. Filter and store at 8 degree C. This solution is stable for many months stored under these conditions.

## GRAM'S IODINE

Dissolve 1 g iodine and 2 g potassium iodide in 300 ml dH2O. Store reserve refrigerated. This solution is stable for months.

## 0.5 % Crystal violet

Dissolve 1.5 g crystal violet in 300 ml dH2O. Store reserve refrigerated. This solution is stable for months.

Sf analytical protocol, v. 1

# REFERENCES

"Genetic Markers in Human Semen",
        E. T. Blake - doctoral dissertation.

"The quantitative Acid Phosphatase Test ...",
        Sensabaugh, JFS April 1979.

Harris, Principles of Human Biochemical Genetics.

Culliford, Examination and Typing of Bloodstains in the Crime Laboratory, 1971.

Grunbaum, et al, JFS Vol 25 April 1980

Dillon and Jee, "Presumptive Tests for Blood", info file and Barnett, "Presumptive Chemical Tests for Blood" CAC Study Group, Info file.

Blake and Dillon, "Micro-Organisms and Presumptive Tests for Blood", Info file.

Fiori, "Detection and Identification of Bloodstains", in Methods of Forensic Science, Vol 1.

Gaensslen, Sourcebook of Forensic Serology and Biochemistry

Kind, in Methods in Forensic Science, Vol III, page 267.

Pollock- Met Lab Biology Methods Manual

Sensabaugh, G., "Acid Phosphatase Assay of Vaginal Swabs" in the Proceedings of a Forensic Science Symposium on the Analysis of Sexual Assault Evidence, U.S. Government Printing Office (1983), page 146.

Blake E. and Sensabaugh, G. "Genetic Markers in Human Semen II. Quantitation of Polymorphic Proteins". Journal of Forensic Sciences 23:717 (1978).

Sensabaugh, G., "The Acid Phosphatase Test" in Proceedings of a Forensic Science symposium on the Analysis of Sexual Assault Evidence, U.S. Government Printing Office (1983)p. 65.

AmpliType® User Guide, version 2. Cetus Corp., 1990.

AmpliType® PM+DQA1 PCR Amplification and Typing Kit insert, Perkin Elmer Corp., 1995

Sf analytical protocol, v. 1

San Francisco Police Department Criminalistics Laboratory
Serology and DNA Analysis Methods Manual

AmpliFLP™ D1S80 PCR Amplification Kit insert, Perkin Elmer Corp., 1995.

QuantiBlot® Human DNA Quantitation Kit insert, Perkin Elmer Corp., 1995.

AmpFlSTR Green I™ PCR Amplification Kit User's Manual, Perkin Elmer Corp., 1997.

Sf analytical protocol, v. 1