# Houston Police Department Crime Laboratory

# Standard Operating Procedures

# Serology/DNA Section

# CITY OF HOUSTON

### INTER OFFICE CORRESPONDENCE

TO: R. E. Bobzean, Acting Chief Criminalist
Police Crime Laboratory

FROM: Serology Section
Police Crime Laboratory

DATE: March 13, 2003

SUBJECT: **Serology/DNA Standard Operating Procedures Manual**

The Serology/DNA Standard Operating Procedures manual used prior to December 13, 2002 is currently being revised and updated. The revisions are based on the Texas Department of Public Safety Crime Laboratory/Austin DNA Section's SOP. (A lab that has been ASCLD/LAB accredited since 1986.) The serology section is currently working toward completing the HPD Serology/DNA SOP; however, it is not finalized. In order to continue serology work, the acting lab director has approved use of the DPS SOP as a guideline until the HPD SOP has been finalized and approved by department supervision.

Serology Section
Police Crime Laboratory

Approved:

R. E. Bobzean, Acting Chief Criminalist, Police Crime Laboratory

cjd:cjd

# CITY OF HOUSTON
### INTER OFFICE CORRESPONDENCE



TO:

FROM:

DATE:

SUBJECT: Standard Operating Procedures:
Serology/DNA

The new Serology/DNA Standard Operating Procedures Manual has been completed and approved for use by the laboratory supervisors. The requirements for the Manual will become effective _____, 2003.

Approved:

_____          _____
Jim Bolding, Supervisor—Serology/DNA Section

_____          _____
Bob Bobzean, Acting Lab Director

# CITY OF HOUSTON
### INTER OFFICE CORRESPONDENCE



# SAMPLE

TO:

FROM:

DATE:

SUBJECT: Additions to the Standard Operating
Procedures for the Serology/DNA Section

The additions to the Serology/DNA Standard Operating Procedures have been completed and approved for use by the laboratory supervisor. The requirements for the additions will become effective (date).

Jim Bolding, Serology/DNA Supervisor

# CITY OF HOUSTON
### INTER OFFICE CORRESPONDENCE

**SAMPLE**



TO: Serology/DNA Lab

FROM: (Supervisor)

DATE:

SUBJECT: Serology/DNA additions/revisions effective (date).

The following revisions are to be made to the Serology/DNA SOP:

Add Section (revision (date)):          Remove Section (revision (date)):



# Table of Revision History

| Section | | Details |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

# TABLE OF CONTENTS

**1  Overview**
   Appendix 1A Technical Leader Duties

**2  Quality Assurance**

**3  Facilities**

**4  Casework Processing**
   Appendix 4A Abbreviations

**5  Critical Reagents**

**6  Equipment QC and Maintenance**
   Appendix 6A Water Filtration System

**7  Serology**
   7.1  Presumptive Blood Tests—PHT and LMG
   7.2  Presumptive Blood Test—Luminol
   7.3  Human Origin Identification by HemaTrace
   7.4  AP Spot Test and Map for Semen Stains
   7.5  Spermatozoa Examination
   7.6  P30 Identification
   7.7  Amylase—Iodine Starch Method
   7.8  Alternate Light Source
   7.9  Body Fluid Stain Extraction
   7.10  Photography of Bloodstain Patterns
   7.11  Macroscopic Examination of Hair
   7.12  Guidelines for Trace Evidence Collection in Forensic Biology Cases

**8  DNA Extraction**
   8.1  Chelex and Concentration
   8.2  Organic using Digest Buffer
   8.3  Organic using Stain Extraction Buffer
   8.4  Differential using TNE
   8.5  Microcon Concentration of Extracted DNA
   8.6  Direct DNA Amplification of Liquid Blood on FTA Paper

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



**9   DNA Quantitation**

**10  DNA Amplification**

**11  310 and 3100 Genetic Analyzer Sample Preparation**

**12  Interpretation**

**13  Statistics**
    Appendix 13A  Population Data

**14  Reports**
    Appendix 14A  Case Folder Management

**15  CODIS**
    Appendix 15A  CODIS Entry Letter
    Appendix 15B  CODIS Match Letter
    Appendix 15C  CODIS Suspect Lead Letter
    Appendix 15D  CODIS Administrator Duties/Qualifications

**16  Reagents**
    16.1   AP Test Reagent Two Step Method
    16.2   AP Test Reagent
    16.3   Chelex Solution, 5% and  20% W/V
    16.4   Citrate Buffer
    16.5   Digest Buffer (Sperm Wash Solution) pH 7.5
    16.6   DTT, 0.39M
    16.7   DTT, 1M
    16.8   EDTA Solution, 0.5M, pH 8.0
    16.9   HEPES-Buffered Saline
    16.10  Hybridization Solution
    16.11  Iodine Reaction Mixture
    16.12  1% Starch Solution
    16.13  0.1N Iodine Solution
    16.14  Leucomalachite Green (LMG) Solution
    16.15  Kernechtrot
    16.16  Phenolphthalin (PHT) Solution

*HPD Crime Laboratory Division*
*Standard Operating Procedures:  Serology/DNA*



16.17  Phosphate-Buffered Saline (PBS)
16.18  Picroindigocarmine (PIC)
16.19  Pre-Wetting Solution
16.20  Proteinase K Solution
16.21  Sarkosyl Solution, 20% W/V
16.22  Sodium Chloride, 5M
16.23  Sodium Dodecyl Sulfate (SDS) 20%
16.24  Sodium Hydroxide, 5N
16.25  Spotting Solution
16.26  SSPE Buffer, 20X
16.27  Stain Extraction Buffer
16.28  TE Buffer, 10/0.1 mM, pH 8.0
16.29  TNE Solution, pH 8.0
16.30  TRIS-HCL, 1M, pH 8.0
16.31  TRIS-HCL, 2M, pH 8.0
16.32  Wash Solution

## 17  Forms

Laboratory Information Sheet (2 sided)
Sexual Assault Kit Inventory and Workup Sheet—page 1
Sexual Assault Kit Inventory and Workup Sheet—page 2
Sexual Assault Kit Inventory and Workup Sheet—page 3, etc. (2 sided)
Evidence Inventory and Workup Sheet (2 sided)
Serology/DNA Summary Worksheet—page 1
Serology/DNA Summary Worksheet—page 2, etc
Amylase Assay
Case Review—Serology
48 Well Quantiblot
9600/9700 Amplification Worksheet
DNA Extraction Log
STR Record Sheet
Profiler Plus/Cofiler Amplification Worksheet
CODIS Entry Sheet
ABI Prism 3100 Genetic Analyzer Injection Sheet
ABI Prism 310 Genetic Analyzer Injection Sheet
Case Review—DNA
Administrative DNA Case Review

*HPD Crime Laboratory Division*
*Standard Operating Procedures:  Serology/DNA*



DNA Transfer Form
AP Test Reagent Control Sheet
9700 Diagnostic Test
UPS Maintenance Log Sheet
Reagent Labels
Sarkosyl Reagent Quality Control
Digest Buffer Reagent Quality Control
TNE Reagent Quality Control
ABACard p30 Reagent Quality Control
ABACard HemaTrace Reagent Quality Control
Stain Extraction Buffer Reagent Quality Control
Proteinase K Reagent Quality Control
Profiler Plus/Cofiler Kit Reagent Quality Control
Quantiblot Kit Reagent Quality Control
Biodyne B Membrane Quality Control
Dithiothreitol 1M/0.39M Reagent Quality Control
Dessicator Cleaning Log
Water Bath Maintenance Log
9700 Thermal Cycler Cleaning Log
Centrifuge (Eppendorf) Cleaning Log
480 Thermal Cycler Cleaning Log
Avant Centrifuge Cleaning Log
Water Bath Cleaning Log
Centrifuge (Savant) Cleaning Log
IEC Centra-7 Centrifuge Cleaning Log
Central Exam Room Work Areas Cleaning Log
Maintenance Log for Safety Fume Hoods
Shaker Cleaning Log Sheet
Articles Read Tracking List



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

# 1   OVERVIEW

## 1.1   PURPOSE

The Serology/DNA Standard Operating Procedure manual (SOP) specifies procedures for routine examinations and analyses of biological evidence for human identification; it is approved for use in the Serology/DNA section of the laboratory. Within the scope of that purpose, it is intended to ensure effective and efficient use of the laboratory facilities for the benefit of all user agencies and with the ultimate goal of detection, solution, and prevention of crime. In addition, it incorporates the quality assurance elements necessary to ensure the reliability and uniformity of analyses and reported conclusions.

Each approved revision of this manual will be version-controlled and archived for retrieval by date of authority.   As the Serology/DNA laboratory adopts improved procedures, drops out-dated procedures, and refines policies, this SOP will change. Only the approved revision in effect at the time of analysis governs the analysis. Archived revisions document historically how work was done and are available as needed from the Quality Assurance Logbook.

It is not possible to anticipate every situation that may arise or to prescribe a specific course of action for every case; therefore, the examiner must exercise good judgment based on experience and common sense, especially when processing evidence.   In some cases, the manual offers guidelines for analysis that must be tempered with the experience of the examiner.   However, any portion of a procedure not explicitly qualified as a guideline, e.g., by use of the word "should," may not be modified for use in casework without prior written approval as outlined in the Laboratory Operations Guide.

## 1.2   PAGE NUMBERING

Numbering at the bottom center of each page shows the section number to the left of the colon. The section number may be a chapter number, appendix, or section within a chapter. To the right of the colon appears the page number and the total number of pages in that section.

## 1.3   OTHER MANUALS

The laboratory system manuals are intended to be hierarchical.   The Laboratory Standard Operating Procedures Manual and the Laboratory Operations Guide addresses system-wide and cross-discipline topics including the following: goals and objectives, organization and management structure, personnel qualifications and training, facilities, evidence control, validation, analytical procedures, calibration and maintenance, proficiency testing, corrective action, reports, review, and audits.   Safety is addressed in the Lab Safety Manual.   Additional policies or procedures specific to each discipline are documented in the discipline SOP manual, e.g., the Serology/DNA SOP.





*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## 1.4    PERSONNEL

Staff responsibilities are defined in the Serology/DNA laboratory by both formal positions and less formal roles. Roles include a Technical Leader, Supervisor and Criminalists.

The criminalist and supervisor positions are defined by HPD job descriptions and addressed in the Laboratory Operations Guide. The job descriptions include chain-of-command responsibility for each position.

With regard to resource allocation, budgetary and administrative tasks, and employee discipline and evaluation, the chain-of-command completely defines supervision. With regard to technical and quality assurance issues, direction and implementation proceeds through the laboratory Technical Leader. This does not relieve staff of the obligation to keep chain-of-command supervisors informed as per system and individual laboratory policy.

### 1.4.1   Technical leaders

The national DAB has mandated that each DNA laboratory employ a Technical Leader, and one has been assigned by the Director. The Technical Leader is responsible for implementation and execution of valid analysis procedures as well as quality assurance. The laboratory and section supervisors direct and oversee the activities of the Technical Leader.



The Technical Leader shall be accessible to the laboratory during times of laboratory operation.

The Technical Leader is accountable for the laboratory's quality assurance program to the extent that each has the authority to terminate the laboratory's testing in the event of a technical problem until the problem is resolved. Technical Leaders have duties as specified by the national DAB for technical leaders in general. The details of the relative duties of the Technical Leaders and examiners are presented under the appropriate headings within the SOP. A partial list of included duties also appears in Appendix 1A: Technical Leader Duties.

Performance evaluations will continue to be the responsibility of the immediate supervisor in the employee's chain of command.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



# APPENDIX 1A    TECHNICAL LEADER DUTIES

Keeps lab supervisor informed on technical issues

Oversees QA/QC program for section and keeps proper records

Maintains proficiency in current methods of analysis

Performs technical reviews (if at one time proficient in the analysis being reviewed)

Responsible for technical problem solving and analytical methods

Make technical decisions on casework

If technical issues cannot be resolved, informs supervisor of problem

Oversees validation of new instrumentation and methods

Oversees maintenance of equipment and keeps proper records

Oversees the QA/QC of reagents, kits, and instrumentation

Maintains reference material and library



Keeps informed on new technologies and legal issues

Recommends new equipment or facility changes to lab supervisor

Recommends procedure manual updates, keeps SOP current



# 2    QUALITY ASSURANCE

The Crime Laboratory System Laboratory Operations Guide prescribes general requirements for the quality assurance program. Serology/DNA laboratories will follow, in addition, the requirements detailed herein.

The objectives of the quality assurance program are to:

1. Ensure that examiners meet the minimum educational and competency requirements of the appropriate standards organizations;

2. Ensure that the laboratory facility and equipment are adequate for analysis;

3. Monitor testing, reporting, testimony, and proficiency results;

4. Verify that analyses perform within established criteria both before and after implementation in casework; and

5. Ensure that problems are documented and addressed with appropriate corrective action.



Failure to meet or comply with quality assurance requirements will be addressed with corrective action as detailed in the Laboratory Operations Guide. Continued failure may result in permanent termination of casework for the examiner or laboratory.

The supervisor will create uniform training, proficiency, quality assurance, and procedural records for the ultimate use and benefit of the examiners, supervisors, and management in demonstrating compliance with industry quality and accreditation standards.

The supervisor is responsible for oversight of training, quality assurance, safety and proficiency testing in the Serology/DNA laboratory. At a minimum, the laboratory will maintain for the laboratory and the personnel in the laboratory, the training, proficiency, audit, and quality control records required.

## 2.1.1   ASCLD/LAB

The American Society of Crime Laboratory Directors / Laboratory Accreditation Board (ASCLD/LAB) provides a voluntary accreditation program in which any crime laboratory may participate to demonstrate that its management, operations, personnel, procedures, equipment, physical plant, security, and health and safety procedures meet established standards. Accreditation is granted for a period of five years after which time the laboratory must apply for re-inspection and re-accreditation.

The ASCLD/LAB Manual standards and criteria must be maintained during the period of accreditation and, together with the DAB standards, are the basis for our quality assurance program.

## 2.2    QUALITY CONTROL

Examiners will make and Technical Leaders will maintain quality control records as required in the SOP manual and Laboratory Operations Guide. Technical Leaders will propose changes to quality control requirements to the supervisor and will work with him or her toward consistent documentation of quality control throughout the system.

### 2.2.1   DNA Extractions

The extraction of known samples should be performed at a separate time or location from the extraction of evidentiary samples to eliminate the potential for known to unknown sample contamination.

### 2.2.2   Controls

Substrate controls may be included in body fluid identification tests as appropriate. In the event that a substrate control is unavailable, e.g., saturated garment or bloody knife, that observation should be evident from the analysis notes. In DNA analysis, substrate controls, especially from clothing, may not behave as true negative controls due to the high sensitivity of PCR amplification. Where appropriate, collect substrate controls from unstained areas adjacent to evidence stains. Process the substrate controls at the same time as the evidence samples. The examiner will determine if the substrate control will aid in the interpretation of the results. Negative results for a substrate control indicate that the assay target was below the level of detection but not necessarily absent.

A hair shaft negative control will be analyzed for each hair root analyzed. The hair shaft control must be analyzed with at least one PCR system.

A reagent blank will be prepared for each set of DNA extractions and will contain all reagents used in that extraction process. The reagent blank will be processed through the entire analysis with the exception that it will not contain sample. The reagent blank will be handled in such a way that it will detect contamination during the pre-PCR setup steps. Multiple extraction procedures will be monitored with a reagent blank for each type or group of extraction reagents used. A reagent blank must be analyzed with at least one PCR system. Any remaining reagent blank must be stored frozen. The reagent blank shall be amplified in such a way that it will detect contamination in the most dilute evidence sample. For example, if 10 µl is the greatest amount of template amplified for any evidence sample in the batch, 10 µl of reagent blank should be used as template during the amplification.

Human DNA of known type and an amplification blank will be introduced at the amplification setup and included with each analysis step thereafter. The amplification blank will contain all PCR setup reagents except DNA template. The amplification blank






will be the last sample processed in the set and will be handled in such a way that it will detect contamination occurring during PCR setup.

### 2.2.3 Critical reagents

Critical reagents are those that require testing prior to use on evidentiary samples in order to prevent unnecessary loss of sample and must include commercial DNA typing kits, human DNA controls, primer sets, and DNA polymerase. These are itemized in the Critical Reagents Section, and are quality control tested using the forms in the Forms Section.

## 2.3 VALIDATION

Validation is the process for assessing a procedure's reliability to obtain a specific, desired result. The validation process also serves to identify critical aspects of a procedure that must be controlled and monitored while defining the limitations of the procedure.

This laboratory system will not generally develop a novel methodology; but in such a case, the methodology will undergo full developmental validation according to DAB Standards prior to use in casework.

Whenever substantial changes are made to a protocol, it will be subjected to an appropriate internal validation.



The Technical Leader is responsible for evaluating all methods used by the laboratory and for proposing new or modified analytical procedures to be used by the examiners. Technical Leaders may engage in or direct such activities within their laboratories. No new or modified method, i.e., any method not already described in the SOP, is to be used without the documented approval of the supervisor and director of the lab.

Technical problem solving

The Technical Leader is responsible for technical problem solving of analytical methods. Any technical problem in the laboratory requiring correction beyond routine maintenance by the examiner must be immediately brought to the attention of the Technical Leader. The Technical leader is responsible for knowing the current and past technical issues at the laboratory and for communicating those issues to the laboratory supervisor.

Inevitably, experience with the technology will result in improved methods, techniques, or trouble-shooting approaches. The Technical Leader should communicate new or novel approaches for resolution of technical problems to the supervisor.

## 2.4 TRAINING

The supervisor is responsible for oversight of training. Training consists of education; analysis training, which is undertaken prior to using analysis methods for work; and

continuing education training, which is undertaken by examiners already competent in analysis methods.

Each examiner will inform and present documentation to the director when he/she has completed any job-related or HPD sponsored training. Records of all training, both analysis and continuing education, will be maintained and will be available to supervisors and management for personnel in their chain of command.

### 2.4.1  Education

DAB standards for examiner and Technical Leader education will be met. These standards also fulfill ASCLD/LAB and NDIS requirements. All DNA examiners must demonstrate successful completion of college coursework in biochemistry, genetics, and molecular biology.   Technical Leaders must demonstrate successful completion of college coursework in statistics and/or population genetics as well.   Only upper level courses taken for credit will satisfy coursework requirements.

### 2.4.2  Analysis training

Examiners will be provided fundamental serology (screening and body fluid identification) and DNA analysis training, which will include all protocols in the SOP that are used in the trainee's assigned lab. Serology and DNA training will be undertaken as separate units of training and will each conclude when:

1.  All competency samples are correctly analyzed;

2.  The competency notebook is approved by the supervisor and director;

3.  The competency notebook, other training records documenting completion of training requirements, and trainee credentials are reviewed by the supervisor and director;

4.  The trainee successfully completes a written exam administered by the supervisor;

5.  The trainee successfully completes approximately six months of serological training;

6.  The laboratory supervisor recommends that the examiner be approved for independent casework;

7.  The Director approves the examiner for independent casework.

Prior to completing DNA analysis training, examiners must additionally complete:

8.  Fifty (50) screening and/or body fluid identification cases.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

9. One to five previously examined, adjudicated cases, at least one of which includes a differential extraction of semen evidence, and the results of which must essentially agree with those of the qualified examiner; and

10. The trainee will review 20 sets of data representative of casework and provide a written interpretation of the data according to the laboratory policy.

11. Moot court to be designed, conducted, and evaluated by the trainer or the trainer's appointee.

12. Approximately six months of serological training and approximately six months of forensic DNA analysis experience.

In addition, each examiner's profile must be on file for the DNA typing systems in use in the laboratory. The technical leader maintains a database of DNA profiles of personnel for the sole purposes of identification of the source of contamination and evaluation of in-house competency tests.

At the discretion of the laboratory supervisor, a trainee may conduct casework analyses on evidence, *except* for the interpretation of results, formation of conclusions, generation or review of reports, or court testimony requiring interpretation of results or formation of conclusions. Competence in any analysis *must* be demonstrated by practical exam and documented prior to unsupervised performance.

Analysis training will be conducted according to the training manual. Training beyond what is required in the training manual will be performed at the discretion of the supervisor. The supervisor is responsible for proposing and reviewing changes to training manuals. The supervisor is responsible for maintaining the training manuals, evaluating proposed changes and presenting those proposals for approval as appropriate.

### 2.4.3   Continuing education training

Continuing education training will be conducted for enhancement or remediation of examiner's skills.

The supervisor may identify areas for which remediation training is necessary based on the results of proficiency or competency test results, laboratory audits, or peer review activities. The supervisor will recommend such training to the director.

Each examiner approved to perform DNA analyses will attend at least one continuing education training session annually for the enhancement of DNA analysis skills. The supervisor will recommend to management and coordinate training activities for personnel.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## 2.5    COMPETENCY TESTING

The trainee demonstrates competence in examinations through the preparation and presentation of a competency notebook of properly analyzed unknown (to the trainee) samples and the successful completion of a written examination.

### 2.5.1   Competency notebook

The supervisor is responsible for creating, maintaining, and distributing training and competency samples as well as records of their sources and known types. The trainee will examine the competency samples according to the SOP, maintaining analysis documentation as for casework.

For serology analysis training, the competency samples will include a minimum of five stains and/or swabs for each of the training areas of blood, semen, and saliva identification.

For DNA analysis training, the competency samples will include bloodstains, buccal swabs, mixed stains of semen and epithelial cells for differential extraction, hairs.

The Technical Leader and supervisor will review the competency notebook prior to its presentation for review by the director.

The competency notebook will include at a minimum:

1.  The training log showing the start of training and the activities and date on each day of training;

2.  Summary page of results of all competency samples;

3.  Analysis documentation for all competency samples; and

4.  Written tests taken during training.

Other training records, such as practice sample analysis documentation, may be kept in the competency notebook.

### 2.5.2   Written examination

Although the trainee may be tested during training, the trainee must successfully complete a written examination covering the entire training unit of either serology or DNA prior to approval to perform independent analyses.  The exam will be designed to document the trainee's knowledge of the procedures as well as the trainee's understanding of the theoretical basis for those procedures.  In addition, the trainee may be asked to demonstrate knowledge and understanding of quality assurance practices relevant to his or her work.  The exam will be written and administered by the supervisor. Discussion and/or distribution of any exam is limited to those individuals actively participating through role or chain-of-command in the trainee's examination.  The exam



will not be discussed with, distributed or displayed to, or otherwise divulged to any other person.

### 2.5.3   Unusual samples

An approved examiner may use a valid procedure for analysis of a body fluid, tissue, bone or teeth not encountered during training providing the analyst has previously demonstrated competence in that procedure.

### 2.5.4   Experienced examiner competency testing of approved procedures

An experienced examiner is required to test 5 previously analyzed samples in order to demonstrate competency. Documentation will be retained in the laboratory.

## 2.6      REVIEW OF CASEWORK

All case files and reports will be administratively and technically reviewed. The reviews will be according to Laboratory Operations Guide requirements.

## 2.7      PROFICIENCY TESTING



Proficiency testing and review will follow the requirements of the Laboratory Operations Guide. In addition, the supervisor will maintain a copy of the analysis documentation for each proficiency test.

Proficiency tests will be analyzed and interpreted according to standard operating procedures including technical review. Administrative review may or may not be appropriate to a given test format and is to be performed at the discretion of the laboratory.

Proficiency tests will be evaluated by the supervisor according to the following criteria:

1.  All reported inclusions are correct or incorrect;

2.  All reported exclusions are correct or incorrect;

3.  All reported genotypes and/or phenotypes are correct or incorrect according to consensus genotypes/phenotypes or within established empirically determined ranges;

4.  All results reported as inconclusive or un-interpretable are consistent with written laboratory guidelines, and the basis for the inconclusive interpretation is documented;

5.  Proficiency tests or test portions without analytical errors will receive a grade of satisfactory or satisfactory with qualification. Tests or test portions with analytical errors will receive a grade of unsatisfactory.





*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

Re-analysis of casework will be performed at the discretion of the supervisor or as a prescribed corrective action. Casework re-analysis will not be performed if doing so will deplete remaining sample. Re-analysis of casework will be recorded in a logbook.

## 2.8    TESTIMONY MONITORING

Testimony monitoring will follow the requirements of the Laboratory Operations Guide. Examiners should be monitored annually for both serology and DNA testimony if possible.

## 2.9    AUDITS

The supervisor will plan, arrange, and direct an audit at least once each calendar year of the laboratory to evaluate compliance with DAB and/or ASCLD/LAB standards. The audit will include a technical review of casework. Although the DAB and ASCLD/LAB standards will serve as the primary reference for standards, the auditor(s) will use the FBI Quality Assurance Audit Document as a checklist for compliance.

Any proposal or announcement of an audit not initiated by the supervisor will be immediately brought to the attention of the supervisor.

### 2.9.1    Responsibilities

The supervisor is responsible for:

1.  Planning, arranging, and directing the audit;

2.  Submitting a written report to the laboratory supervisor and/or manager clearly indicating which deficiencies are addressable at the laboratory and system levels;

3.  Soliciting and coordinating the activities of any external auditors;

4.  Familiarity with current Crime Lab safety policies and for evaluation of the implementation of those policies in the laboratory at all times.

The Technical Leader is responsible for:

1.  Preparing or overseeing the preparation of the laboratory for the audit, including the performance of any pre-audit inspections;

2.  Familiarity with current standards and for ensuring that those standards are implemented in the laboratory at all times;

3.  Being present when an audit is conducted;

4.  Overseeing the correction of each deficiency cited in the audit report and addressable at the laboratory level.



### 2.9.2  Conducting the audit

The audit will include:

1. Tour of the facility,

2. Inspection of evidence storage and processing areas,

3. Review of documentation,

4. Review of casework documentation for each examiner,

5. Interviews with personnel, and

6. Summation conference.

The laboratory will provide a conference room or other private space where interviews can be conducted and documentation examined. If possible, the documentation for review will be placed in this area. Only the documentation reflecting current analyses, equipment, and personnel need be presented. The audit will conclude with a summation conference between the auditor(s) and the Technical Leader. The laboratory supervisor may attend at his/her discretion. Others may attend at the discretion of the laboratory supervisor and/or Technical Leader.

The supervisor will submit a written report to the director. The report will include findings (areas of non-compliance). Observations (general comments and/or recommendations) may be reported as a separate document. The Technical Leader or laboratory/section supervisor of the audited laboratory will respond in writing to the director, address each finding, and document corrective action planned or completed. A follow-up audit may be scheduled at the discretion of the director.

## 2.10    DOCUMENTATION

The following documents will be prepared, up-to-date, and ready for review at any time.

### 2.10.1  Laboratory Operations Guide

The Laboratory Operations Guide provides detail of policies and procedures.

### 2.10.2  Lab Safety Manual

The Lab Safety Manual provides details of safety policies and procedures.

### 2.10.3  Standard Operating Procedures: Serology/DNA manual

Approved procedures unique to the Serology/DNA laboratory are documented either in the *Standard Operating Procedures: Serology/DNA* manual (SOP) or as Director-



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

approved memoranda issued between manual revisions. This manual should be used as a discipline-specific supplement to the Laboratory Operations Guide, the Lab Safety Manual, and the HPD General Orders. Policies and procedures not specified herein may be addressed in the Laboratory Operations Guide or HPD General Orders.

### 2.10.4 Validation

This includes validation documentation for each analysis system and each ABI genetic analyzer and a precision study for each genetic analyzer.

### 2.10.5 Personnel records

The supervisor will maintain a transcript, approval memos, a competency notebook copy, post-approval training records, complete proficiency records, and testimony monitoring records for each examiner. The laboratory must maintain the competency notebook, original or copies of training records, and proficiency test files for each examiner. Original training records must be replaced with complete copies prior to separation of an examiner from the Crime Lab Division. The laboratory may choose to maintain a transcript, approval memos, and testimony monitoring reports for each examiner.

### 2.10.6 Audit reports



These include all audit and inspection reports for the Serology/DNA laboratory and documented responses. Audit and inspection reports for the entire laboratory should be available on request.

Audits and inspections will generally result in the presentation of a formal report by the auditors, a laboratory response, and perhaps additional correspondence. Auditor recommendations and laboratory responses may affect laboratory operations and should be readily accessible to each examiner and technician. Each laboratory will keep a copy of each report and response as well as any subsequent correspondence addressing the findings, observations, and any corrective action associated with the original report in a file accessible to examiners and technicians.

### 2.10.7 Critical reagent testing

The critical reagent quality control log will contain reagent quality control worksheets as well as any necessary corrective action records pertaining to critical reagent testing. The quality control worksheet will show source or manufacturer, reagent name(s), lot number(s), expiration date(s), quality control test instructions and evaluation criteria, and quality control test results.

### 2.10.8 Chemical and reagent labels

Purchased chemicals and reagents will be marked on the container with the date received and/or date opened.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

The prepared reagent label will include the reagent specification, date of preparation, initials of preparer, and date of expiration if required. Additional information may be documented in a reagent log.

### 2.10.9  Equipment inventory

The equipment inventory will record manufacturer, model, and serial number for all equipment subjected to regular quality control checks.

### 2.10.10  Equipment operation manuals

Equipment operation manuals will be readily available to each examiner approved to use the equipment.

### 2.10.11  Equipment calibration and maintenance logs

Calibration, maintenance, and repair activities will be recorded in an equipment calibration and maintenance log. Some pieces of equipment, such as the ABI 310, and ABI 3100 will have a dedicated logbook. The equipment calibration and maintenance log will include at a minimum the date, activity, laboratory personnel performing or overseeing the activity, non-HPD technician(s) performing or overseeing the activity, a record of quality control checks performed to verify operation prior to returning a piece of equipment to casework use.

### 2.10.12  Contamination log

Any and all contamination events will be summarized in a contamination log that will document the date detected, first date evident in analysis records, case numbers of affected cases, and location of documents detailing contamination source and corrective action.

## 2.11    LABORATORY READINESS

Prior to a laboratory's performing any DNA analysis on casework, the laboratory must pass an audit and receive Director approval. At least one examiner must be Director approved to perform DNA analyses.




*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



# 3    FACILITIES

The laboratory will be designed to provide adequate security. With the facility provided, every possible measure within our ability will be used to minimize contamination. Security and facility requirements are described in the Laboratory Operations Guide.

## 3.1    WORK AREAS

The Serology/DNA laboratory will have space for evidence examination, DNA extraction, PCR setup, and amplified DNA product.

The evidence examination area and the PCR amplification area, DNA extraction area, and PCR setup area will be separate from each other. This can be accomplished by maintaining separate physical spaces for each task or by conducting these tasks at separate times. If conducted in the same space at separate times, the space will be decontaminated between tasks.

The amplified DNA product area will be physically separate from all other areas. Doorway(s) to the amplified product area will have a door.

### 3.1.1    Evidence examination

The examination of evidence will be performed in the evidence examination area. The tasks performed will include all screening, trace evidence collection (when performed by Serology/DNA examiners), body fluid identification testing, selection and cutting of stains, and body fluid extraction. Microscopy may also be performed in this area.

### 3.1.2    Pre-Amplification area

The pre-amplification testing of known and questioned evidentiary samples will be performed in the DNA extraction area. The tasks performed will include DNA extraction, purification, concentration, and quantitation. Microscopy may also be performed in this area. The setup of PCR amplification reactions will be performed in the PCR setup area. All amplification setup steps including adding template DNA will be performed in the PCR setup area. A laminar flow hood or PCR setup hood dedicated to amplification setup is recommended.

### 3.1.3    Amplified DNA product area

The generation, analysis, and storage of amplified DNA product will be performed in the amplified DNA product area. Once amplified, no samples will leave the amplified DNA product area unless securely packaged. Equipment, reagents, and supplies in the amplified product area are dedicated and will not be removed unless properly decontaminated. Each removable item will be readily identified as dedicated for use in the amplified DNA product area only, e.g., with a spot sticker.

## 3.2 CONTAMINATION

Samples can become contaminated with DNA from the environment, from other samples during sample preparation, or from amplified DNA product from a previous amplification. Reagent blanks, negative amplification blanks, and possible substrate controls are used to detect contamination.

Contamination will be suspected and investigated whenever more than two alleles appear at a locus when the sample is believed to be of one source or whenever a negative control other than a substrate control yields peaks above the minimum analysis threshold. In addition, contamination may be suspected and investigated under other circumstances at the discretion of the examiner, Technical Leader, or supervisor.

### 3.2.1 Prevention and decontamination

A mixture of 70% Alcohol / 30% bleach, a commercial DNA decontaminant such as DNAZap™ or ethanol will be used as a decontaminant. Ethanol is effective in decontaminating surfaces of microbial agents but will not adequately decontaminate surfaces or equipment of DNA. Ethanol may be used after decontamination and may accelerate drying.

Wear disposable gloves during all testing. Change gloves frequently and whenever gloves may have become contaminated. Discard gloves when leaving a work area. Centrifuge all liquid to the bottom of closed microcentrifuge tubes before opening. Use sterile, disposable pipet tips and microcentrifuge tubes. Use aerosol-resistant pipet tips while working with any sample that may be PCR typed. Change pipet tips between samples.

In the evidence examination area, clean work surfaces thoroughly with decontaminant at least at the end of each evidence examination session. Use disposable bench paper whenever possible and change at least at the end of each evidence examination session. Use a clean cutting surface such as a weighing paper or small tablet of paper for each piece of evidence. Protect supplies of this paper from dust and other particulates or aerosols. Clean instruments (scissors, forceps) with decontaminant between evidence samples. To prevent contamination of other standards or evidence, handle liquid samples such as a blood standard one at a time and with no other evidence open in the vicinity.

In the DNA extraction area, clean work surfaces thoroughly with decontaminant at least at the end of each DNA extraction session. Limit talking during sample handling.

In the PCR setup area, add DNA template last to the PCR setup tubes to minimize inadvertent transfer between setup tubes and resultant cross contamination. Limit talking during sample handling. Surfaces will be treated with decontaminant.

In the amplified DNA product area, wear a dedicated lab coat when handling amplified samples. Do not wear the lab coat outside the amplified DNA product area. These lab coats will be laundered when necessary. Clean work surfaces thoroughly with decontaminant after use.

Each examiner's DNA profile will be developed for all systems currently in use. It is recommended that the profile be maintained in the records so that it will be available if the examiner leaves the system, though it may be kept by the examiner if there are privacy concerns.

### 3.2.2   Response to contamination

Any suspected contamination incident must be immediately brought to the attention of the Technical Leader. The Technical Leader may also be required to inform the laboratory supervisor. The Technical Leader will define and direct corrective actions. All actions will be documented, and summary documentation will be retained in a contamination logbook.

An example corrective action proposal may include the following:

1.  Repeat the typing procedure for the set of samples in which contamination was detected.

2.  If no contamination is present, no further action is required. If contamination is still evident in the controls or samples, DNA casework will be discontinued immediately until the source of the contamination is uncovered.

3.  Suspected buffers and prepared reagents will be discarded; reagent bottles thoroughly cleaned, decontaminated and autoclaved; and fresh reagents and buffers prepared.

4.  The work areas, glassware, pipets, etc., will be thoroughly cleaned and decontaminated.

5.  A known sample set will be re-extracted, re-amplified, or re-typed (depending on the nature of the contamination) using fresh reagents. If no contamination is present, casework will be resumed.

## 3.3    SAFETY

There are biological and chemical hazards in the laboratory. Each lab employee is responsible for familiarity with the Lab Safety Manual. Any incident or condition that occurs in or under the control of the laboratory and that threatens the immediate or future health of any individual must be immediately brought to the attention of the Technical Leader, laboratory supervisor, and laboratory safety officer. Corrective action will be defined by the laboratory management.

Every Serology/DNA examiner is strongly encouraged to be immunized against Hepatitis B virus.



## 3.4    EQUIPMENT

Only suitable, properly calibrated, and properly maintained equipment will be used in casework analyses.

### 3.4.1   Cleaning glassware

Wear gloves when cleaning.

In general, clean glassware after each use with an appropriate soap, e.g., Liquinox or Alconox, and water.  Rinse with deionized or distilled water and allow to air-dry inverted, then autoclave.  Store glassware when dry.

DNA reagent bottles require sterilization; autoclave or rinse with sterile water prior to use.

Glassware used in the amplified DNA product area will be rinsed thoroughly with water after each use, rinsed in a final rinse of distilled or deionized water, inverted to air-dry, and autoclaved.



# 4    CASEWORK PROCESSING

## 4.1    ANALYSIS METHODS

The Serology/DNA laboratory provides body fluid identification (semen, blood, and sometimes amylase/saliva) and STR analysis. The STR analysis produces the DNA profile at the FBI's 13 core loci (D3S1358, vWA, FGA, D8S1179, D21S11, D18S51, D5S818, D13S317, D7S820, D16S539, TH01, TPOX, and CSF1PO) and amelogenin, a sex marker. A subset of these loci (Profiler Plus kit) is typically developed for every DNA analysis and the remainder (COfiler kit) developed to provide greater significance of a match or for CODIS entry.

Perpetrator profiles developed from evidence are routinely databased in CODIS for searching against other evidentiary profiles and convicted offender profiles at the state and national levels. Suspect profiles are also databased and searched at the state level.

Comparisons that yield a probative match between known and questioned items are evaluated to estimate statistical significance. Highly significant matches are reported as identification of the source of the evidentiary profile.

## 4.2    CASE ACCEPTANCE AND EVALUATION

Before a case is worked, the case will be evaluated. The examiner should be thoroughly aware of the requested examinations, the reason(s) for the requested analyses, the relevance of the examination in solving the crime or answering certain key questions, and the quality and quantity of the evidence. The work that is performed in the laboratory is usually used to confirm or refute the suspect's and sometimes the victim's allegation concerning the events in a crime. The results of the examinations may either implicate or exonerate a suspect from involvement in a crime and are meaningful only if the conclusions that are drawn are relevant to the case. Because each case is different, only guidelines can be prescribed; the case evaluation should include consultation with the investigator/prosecutor as necessary.

### 4.2.1    Acceptance of evidence by HPD

Biological evidence intended for DNA analysis should be submitted by the law enforcement agency to the HPD Property Room or directly to the Crime Lab only after setting up an appointment to do so. If an officer tries to submit evidence without first making an appointment, the officer will be sent to the property room to submit the evidence or referred to CER who will accept the evidence until the analyst can receive it at their earliest convenience.

The evidence should be evaluated when received. The officer should be questioned concerning the relevance of the requested examinations and the condition of the evidence. Submitting agencies other than HPD should be encouraged to submit biological evidence in person by making an appointment to do so. An offense report is very helpful in assessing the probable value of the evidentiary material. If the necessary equipment or expertise is not available to comply with a valid, pertinent request, the

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

submitting officer should be so advised. If another non-HPD laboratory is known to be capable of performing the requested analysis, consider coordinating portions of the analysis or refer the investigator/prosecutor directly to the other laboratory. Examples of some of the questions that should be asked are as follows:

1. Why should the blood be typed from the victim's shirt when the victim was shot three times by the suspect?  Isn't it more significant to type the blood that is on the suspect's clothing?

2. A request to determine the presence of seminal stains on the suspect's underwear should be questioned.

3. Has a proper chain of custody been maintained on this case? Is the evidence initialed by the officer?

4. Is there reason to believe that the suspect was injured in this case?

5. A request to determine if the hairs found in the victim's house belong to the victim is not significant.  The request should be to determine if any foreign hairs are present. You have to consider that the foreign hair could have originated from any person that had access to the house.  The officer should be so advised.  The presence of the victim's hair in the suspect's house is significant, unless the victim is known to have been in the house at some time other than during the crime.

Document the conversation fully, and ask the officer to change analysis requests as appropriate.  Both suspect and non-suspect cases will be accepted.  The laboratory supervisor may evaluate unusual submissions for acceptance on an individual basis.

### 4.2.2  Evidence evaluation

Before the case is worked, an evaluation should be made to determine the quality and quantity of the evidence that is going to be analyzed.  In order to expedite casework, it is recommended that for cases containing large volumes of evidence (excluding sexual assault kits), 5-10 probative items of evidence should be screened.  Emphasis should be placed on items of significant evidentiary value after consultation with submitting officials and prosecutors.  Of those 5-10 items screened, it is recommended that a maximum of 5 evidence stains should continue on to DNA analysis.  Additional items/stains may be analyzed at a later date depending on case development and initial DNA analysis results.  Decisions have to be made concerning the analytical approach that must be taken to obtain the most useful information.  It is often helpful to consult with another qualified examiner, the Technical Leader, and/or the supervisor.  Cases must be evaluated to:

• Eliminate the loss of potentially valuable information,

• Maximize the meaningful information obtained from the evidence,

• Determine if the requested examinations can be performed with the submitted evidence and with the available resources.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

Some of the considerations in evaluating the evidence include:

1. The age of the evidence, especially when the evidence is biological material,

2. The storage conditions of the samples prior to submission,

3. Whether the liquid samples were dried before submission,

4. Whether the evidence is moldy and/or putrefied,

5. Possible dilution of the samples

6. Whether weapons or other objects require fingerprinting or have been fingerprinted,

7. Whether all pertinent evidence has been submitted,

8. The availability of suspect known samples,

9. The extent of screening required to obtain a search warrant for suspect known samples,

10. Adequacy of the submitted known hair standard(s),

11. The analyses that should be run if sample is limited,

12. Possibility of sample remaining after analysis, and

13. Possibility of cross-contamination.

## 4.3    EVIDENCE HANDLING

### 4.3.1    Crime scene record keeping

When recording information pertaining to biological evidence, it is important to document the relationship of individual items of evidence with each other and within the crime scene. Items that do not seem relevant at the crime scene may become relevant later. Document the crime scene and collection activities thoroughly using:

1. Written notes and recorded observations and

2. Diagrams and sketches.

Bloodstain patterns should be documented to represent relationships of the stains within the crime scene. When possible, this should include notes and/or sketches that will allow interpretation of the patterns.

Biological stains should be recorded, then collected, giving highest priority to those that are exposed to harsh environmental conditions or other circumstances that may lead to evidence loss.

Record all presumptive test results performed at the scene.





*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

Record all pertinent communications.

The chain of custody record must show from whom evidence was received, to whom it was delivered, and the date of transfer.

### 4.3.2   Collection and packaging

The purpose of collection and packaging biological evidence is to preserve it for future analysis and protect it from contamination. The following discussion applies to biological evidence collected by examiners.

Dry evidence items must be kept dry. This may be accomplished by packaging the evidence in breathable containers, e.g., paper envelopes or sacks.

Wet evidence items will be dried at the crime scene when practical. Wet items will not be folded in such a way as to transfer stains to other areas of the item.

Package items separately unless there is a reason to package them together.

The evidence package must be marked with the case number, be properly sealed, and bear the initials of the collector.

Special information should be written on the evidence package or outer container to ensure safety of the handler or integrity of the evidence. For example:

- "Must be frozen."
- "To be fingerprinted."
- "CAUTION -- Broken glass."
- "May contain infectious agents."

### 4.3.3   Transfer of evidence from Serology to another section within the lab

When it is necessary to transfer evidence between sections within the lab, the examiner must fill out properly the Intra-sectional transfer form or the DNA transfer form. (See forms section.) The examiner should list the evidence that is being transferred, the lab#, the date, and the initials of the person transferring and the person receiving the evidence.

### 4.3.4   Evidence Requiring Examination For Latent Prints

Police officers may request that items be analyzed for latent prints. In general criminalistics evidence examinations are done before any latent print examination. When the criminalist is finished with the analysis, the evidence is submitted to the Latent Print Lab with the appropriate submission form. A copy of the Latent Print submission form is maintained in the folder. When evidence is submitted and retained by Latent Print personnel, appropriate documentation will be made in the criminalist's report.



### 4.3.5   Storage of evidence

Biological evidence must be properly stored to preserve biochemicals assayed in body fluid identifications and DNA typing for current and future analyses. Storage conditions for all types of evidence present must be considered so that none are compromised.

All liquid evidence except standard blood or semen samples must be dried on receipt. Blood standards submitted in liquid form should be dried on FTA paper or cloth substrate within 30 days of receipt whenever possible.

Store sexual assault kits in the refrigerator or in a dry area at room temperature once received in the laboratory.  Other items from a sexual assault case may be refrigerated as well depending on available space.  Otherwise, store clothing, bedding, and other physical evidence in a dry area at room temperature until examined.  Additionally, the kit must be inspected to insure no other liquid specimens are present or that samples such as vaginal swabs are not packaged in airtight containers.  Blood and urine specimens requiring toxicological screening will be stored in the refrigerator until ready to be transferred to the toxicology section.

Blood cases containing small, dry items may be frozen depending on available space. Refrigerate, do not freeze, liquid whole blood specimens until a sample is dried on FTA paper or cloth substrate.  Store larger items such as clothing, bedding, weapons, and other physical evidence containing bloodstains in a dry area at room temperature until examined.

After collection and initial analysis, stains should be frozen.  Repeated freezing and thawing of stains should be minimized.  After final analysis, store stains frozen.  Protect evidence from freezer moisture by a layer of plastic. In the event that freezer space is exhausted, samples may be removed to a long-term evidence storage area (access limited to authorized personnel) for storage at room temperature.

### 4.3.6   Consumption of evidence

The evidence quality and quantity will be preserved as much as possible without sacrificing the quality of the analyses.   Whenever possible, at least half of the evidence sample will be preserved for possible re-analysis.

### 4.3.7   Chain of custody

Refer to the Laboratory Operations Guide for chain-of-custody policies and procedures.

## 4.4   DOCUMENTATION

Documentation must be in such a form that another qualified examiner or supervisor, in the absence of the primary examiner, would be able to evaluate what was done and interpret the data. The reviewer of the case should be able to determine from the notes

that sufficient testing, relevant testing, and correct methods of testing were used. Unless defined in Appendix 4A Abbreviations or a common American English dictionary, each abbreviation must be defined on the page on which it is used.

Documentation must include, but is not limited to, data obtained through the analytical process. It must also include information regarding the packaging of evidence on receipt and the condition of the evidence itself, especially those factors that are relevant to the preservation of the biological material. In addition, all communications pertinent to the case must be recorded. All documentation of procedures, standards and controls used, observations made, results of test performed, charts, graphs, photographs, sketches, electropherograms, etc. that are used to support the examiner's conclusions must be preserved as a record. The examiner's conclusions, whether conveyed in written form or in testimony, must be supported by the notes and other documentation of the conditions of the evidence and the data obtained from its analysis.

Use SOP worksheets whenever possible and use them as instructed. In addition to the documentation requirements of the Laboratory Operations Guide, the following must be documented in the case file:

1.  Notes that help in the identification of the item of evidence must be included. A written description may suffice for some items, whereas others may need a drawing, sketch, or photograph.

2.  Significant stains must be drawn or described in a manner which clearly demonstrates the location, amount, relationship to other stains, degree of degradation, reactions to screening tests, etc. Drawings must be large enough to provide adequate detail.

3.  If needed, the location of the substrate blank control and its relationship to the body fluid stain in question must be clearly documented. The type of material or fabric the stain is on may be significant.

4.  Note any tears, cuts, missing buttons (forcefully removed), possible bullet holes, location and length of stab holes, soiling condition, and significant foreign material.

5.  Describe the examination procedures, e.g., "a knife blade and handle were examined at 10× for bloodstains" or "the inside of the pants pockets were examined."

## 4.5    PROTOCOLS

Use of any protocol or procedure for analysis of casework must be approved prior to use according to the Laboratory Operations Guide. Any examiner or technician using an approved protocol or procedure for analysis of casework must have documentation of demonstrated competence.

Continued accuracy and utility of approved protocols and procedures are the responsibility of each and every examiner. Recommendations for changes or additions



to protocols and procedures should be made according to the Laboratory Operations Guide.

## 4.6    ANALYTICAL APPROACHES

Once the problem has been identified and the question posed, the examiner decides on an approach to the problem.  The examiner should choose a scheme of analysis using recognized, accepted, and internally validated scientific procedures designed to develop the information in a logical sequence.

Once an approach is chosen, the examiner should evaluate the results at each step in light of previous results.  A repeat analysis may be indicated when the first analysis has produced inconclusive results.   Internal inconsistencies should be investigated.   The opinion of a second qualified examiner can be helpful when results are unclear. Careful review of the notes and results, either by the examiner or another knowledgeable person, can catch any significant oversight.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

### 4.6.1   Body fluid identification – Blood

A typical analysis scheme for a bloodstain follows.  Note that appropriate outcome is indicated in **bold italics**.



This flowchart illustrates a typical course of analysis.  Individual procedures may include additional or fewer steps.   How far the examiner proceeds in a particular case will depend on the available sample and on what is necessary to answer the question(s) posed.

Bloodstain analysis concerns:

During the examination, the examiner should continuously monitor the results for inconsistencies that may affect the final interpretation.  Careful review of notes and data



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

should be made before conclusions are drawn.   The examiner should be alert to the following possibilities:

1.  Is the stain a patterned stain from a bloody object or a possible fingerprint?  If the latter, is it possible to tell which came first, the print or the blood?  Is the print identifiable?

2.  Is the stain part of a larger bloodstain pattern from a single source such that the stains within the pattern can be pooled for testing?

3.  Is there evidence of a mixture?  History of transfusion? Report of possible animal blood?

4.  Is the blood mixed with another body fluid that could contribute to the typing results?



*have to do sperm search!*

### 4.6.2  Body Fluid Identification—Semen

When screening evidence for semen, use of an alternate light source, such as the Omniprint 1000A, can be helpful, especially for larger items of clothing or bedding.  An alternate light source also aids in the discovery of some trace fibers.  See Alternative Light Source.

When a smear from a SA kit is negative for sperm and the respective swab is AP negative, then the appropriate outcome is no semen indicated, and no spermatozoa detected.  When a swab is present in a SA kit without a respective smear, a sperm exam must be performed, as well as an AP test.  Screening a victim's panties or pants must include, at a minimum, an AP screen on the crotch area. (Even when no stain is visible in the crotch area.)

A typical analysis scheme for working a SA kit follows.  Note that appropriate outcomes are indicated in **BOLD ITALICS**.

*if A do Spe Searc*



*do AP test*

*and AP results*

This flowchart illustrates a typical course of analysis.  Individual procedures may include additional or fewer steps.  How far the examiner proceeds in a particular case will depend on the available sample and on what is necessary to answer the question(s) posed.



Semen analysis concerns:

The investigator's report and medical examination report, if submitted, should be reviewed; they may answer questions that could focus the analysis and aid in interpretation of results.  During the examination, the examiner should continuously monitor the results for inconsistencies that may affect the final interpretation.  Careful review of notes and data should be made before conclusions are drawn.  The examiner should be alert to the following possibilities:

1.  Does the offense report, the appearance of the stain, and/or location of the stain suggest a need to check for constituents of other body fluids such as saliva or blood?  If so, does that affect the analysis scheme, the individual test, or the results?

2.  Are there indications of a mixture in the DNA analysis results?

3.  Is the stain a mixture of body fluids, e.g., vaginal fluid mixed with semen in a stain?  If so, could all or part of the results obtained have come from a second fluid?

4.  Are there multiple semen contributors?  For example, were multiple sexual assailants or prior consensual intercourse reported?

5.  Could the few spermatozoa on a rectal swab be the result of vaginal drainage and the collection technique?

6.  Is there sufficient semen on the sample that analysis would be expected to detect the semen contributor's DNA profile?

7.  Could a strong AP with a positive p30 and no spermatozoa indicate an aspermatic semen donor?

A negative p30 test alone will not be used with a positive presumptive test result to draw a negative conclusion for the presence of semen.  Both a negative p30 and negative spermatozoa exam must be used to conclude that there is no evidence of semen when the presumptive test is positive.  As appropriate, concentrate and/or dilute as needed and re-test the body fluid extract before making such a conclusion.

### 4.6.3  Hair

Occasionally, an investigation may be aided by the comparison of a questioned hair to known standards.  This will be the duty of a qualified hair analyst.  If there is hair in question, a hair analyst should be notified and they should observe the evidence and record their findings on the appropriate worksheet along with their initials and the date they observed the hair evidence.

Hair comparisons can be made using DNA characteristics or microscopic characteristics. With any attempt to DNA type a hair root, a result is not assured and, for telogen hairs,





not expected. DNA typing of hair is necessarily destructive but may not yield results. Therefore, the evidentiary value of the hair must be carefully evaluated and the potential loss of information weighed before proceeding with DNA analysis.

DNA analysis may be performed on evidentiary hair only after:

1. Complete information is derived from a microscopic examination of the hair according to the Trace Evidence SOP, and

2. The probative value of the hair is evaluated in consultation with the investigator/prosecutor.

The following should be considered in evaluation of the case:

1. What is the significance of the particular hair, e.g., collected by pubic combing vs. car vacuum?

2. Is it permissible (with the prosecutor/investigator) to destroy part of the evidence?

3. Are there additional details of the case that may explain the hair?

4. What is the condition of the hair, e.g., fragment, telogen root, etc.? What is the likelihood of a DNA typing result?

5. Is it desirable to postpone DNA typing at this time?

6. Would mitochondrial DNA analysis by another laboratory be possible?

### 4.6.4  DNA analysis

The examiner must use discretion in selecting items for DNA analysis. As a general rule, if the DNA analysis can offer information to solve the crime, and if the crime is serious (a felony), then the examiner may proceed. Determining the number of items to be typed for a single case should be done with concern for both the probative value and the need for timely information.

DNA analysis should be limited to items that are of probative value. That is, once the DNA data is developed, it should serve to answer the question of who could be the source of the biological evidence. DNA analysis may be performed on evidence samples in cases for which there is no suspect. The DNA profile can be submitted to the CODIS database and searched against profiles of convicted offenders and other forensic samples to develop a suspect.

## 4.7    INTERPRETATION OF RESULTS

Although interpretation of individual tests is discussed in the appropriate protocols, analysis results must be considered together to insure that conclusions take into account all reasonable possibilities. During analysis, the examiner must continuously monitor





*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

results for problems and inconsistencies that may ultimately affect final conclusions. Therefore, careful review of notes and results by the examiner or supervisor should be undertaken before conclusions are drawn. Not every case will be represented in the examples below. Slightly different situations may lead to different conclusions. When in doubt, consult with other qualified examiners and/or the supervisor.

### 4.7.1  Blood

If *no apparent blood* is detected on an exhibit, it may mean:

1.  No blood is present on the item, or

2.  Blood is present on the item but in such limited amount that the examiner is unable to detect it due to sensitivity limits of the test(s) applied.

If *positive presumptive for blood* but *negative for human origin* results are obtained, it may mean:

1.  The sample is inadequate, either in amount or condition for detection, or

2.  The stain is animal blood, or

3.  The positive presumptive for blood is false. (See Presumptive blood tests.)



If conclusive *positive presumptive for blood, human species*, and *DNA profile* results are obtained, and assuming the bloodstain is not a mixture of blood and other body fluids from two or more individuals, then the DNA profile directly reflects the profile of the blood contributor.

### 4.7.2  Semen

If there is *no evidence of semen* on a vaginal sample, it may mean there was:

1.  No sexual contact, or

2.  Sexual contact without ejaculation into the vagina, or

3.  Loss of semen between the time of contact and sample collection, e.g., by washing, drainage, extended post-coital interval, etc.

4.  Improper collection or preservation of the sample.

If conclusive *semen presence* and *DNA profile* results are obtained, and assuming a semen stain is not mixed with or contaminated by body fluid(s) from another individual(s), then the DNA profile directly reflects the profile of the semen contributor.

If the semen stain represents a mixture of fluids from two or more individuals, then the DNA profile results at each locus may reflect any of the contributor's types or any



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

combination thereof.  For example, if the stain is a mixture of semen from the assailant and vaginal secretions from the victim, then the DNA profile at any locus may reflect:

1.  Only the type of the assailant,

2.  Only the type of the victim,

3.  A composite of the types of the assailant and victim, or

4.  An inconclusive result.





*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



# APPENDIX 4A   ABBREVIATIONS

| | |
|---|---|
| + or pos | positive reaction |
| (-) or neg | negative or no reaction |
| 1, 2, 3, 4 | strength of reaction weak to strong, e.g., 4+ for strong positive reaction |
| 0 | none |
| AEF | anal epithelial fraction |
| ASF | anal sperm fraction |
| ALS | alternate light source |
| AP | acid phosphatase |
| BUC | buccal |
| C/N | control negative |
| COMPL | complainant |
| D | depleted |
| diH$_2$O | deionized water |
| DISP | disposition |
| Epi, EC | epithelial cell |
| F | frozen |
| FO | fibers observed |
| H | human |
| HO | hairs observed |
| H/F | heads per field |
| HPF | high-power field (400X) |

| | |
|---|---|
| Inc | inconclusive |
| K | known standard sample |
| LMG | leucomalachite green |
| NBFSO | no body fluid stains observed |
| NFO | no fibers observed |
| NHO | no hairs observed |
| NSO | no stains observed |
| OL | Omni light |
| OEF | oral epithelial fraction |
| OSF | oral sperm fraction |
| PHT | phenolphthalin |
| Q | questioned sample |
| QB | QuantiBlot |
| QNS | quantity not sufficient (for further analysis) |
| RPR | return to property room |
| Sp | sperm |
| SUSP | suspect |
| TMB | tetramethylbenzidine |
| VAG or V | vaginal |
| VEF | vaginal epithelial fraction |
| VSF | vaginal sperm fraction |

**Spermatozoa Search Rating System:**

| | |
|---|---|
| Neg | none |
| 1+ | few in some fields, hard to find |
| 2+ | some in some fields, easy to find |
| 3+ | many or some in most fields |
| 4+ | many in every field |

**AP Reaction Rating System:**

4, 3, 2, 1, neg – rated from strongest color intensity to weakest as compared to a standard at 2 minutes.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

# 5    CRITICAL REAGENTS

## 5.1    PURPOSE

In order to provide and maintain the quality of the work provided in the Serology/DNA section, it is necessary to identify certain reagents as critical. Critical reagents are those that require testing prior to use on evidentiary samples in order to prevent unnecessary loss of sample.

In cases where sufficient sample is available, the reagent quality control and the samples may be analyzed at the same time. However, in cases where the sample is limited, the quality control of the critical reagents must be performed before the questioned samples are analyzed.

Reagents and supplies that have passed their expiration dates may not be used on casework or database samples. Outdated reagents may be used for training purposes only, but must be designated as such, and must never be used on casework samples.

## 5.2    REAGENTS

The following reagents are considered critical reagents: ABACard® p30 Test Strips, ABA Card® Hematrace® Test Strips, Proteinase K, DTT, Biodyne B Membrane, Quantiblot kit, AmpF/STR Profiler Plus kit, and AmpF/STR COfiler kit.

### 5.2.1  ABACard® p30 Test Strips

ABACard® p30 test strips are used to determine the presence of p30 in suspected semen stains. These cards are purchased from Abacus Diagnostics.

### 5.2.1.1 Quality Control Procedure

Each new lot of ABACard® p30 test strips must be subjected to the appropriate in-house quality control test as outlined below:

1. Make a 1:100,000 dilution from a known semen sample in PBS.
2. Add 200 µl of dilution to sample well "S" of the strip.
3. Read results up to 10 minutes from application of sample.
4. Repeat test on new strip with PBS.
5. The 1:100,000 dilution of known semen must give a positive result. The PBS must give a negative result.
6. The solution bottle of PBS will be marked with the lot number and used for all extractions for that lot.
7. The result of each lot's quality control test must be recorded and placed in the Quality Control Manual.

### 5.2.2  ABACard® HemaTrace® Test Strips

ABACard® HemaTrace® Test strips are used to determine the presence of human blood in suspected blood stains. These cards are purchased from Abacus Diagnostics.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

### 5.2.2.1 Quality Control Procedure

Each new lot of ABAcard® HemaTrace® test strips must be subjected to the appropriate in-house quality control test as outlined below:
1. Make a 1:100,000 dilution from a known human blood sample in PBS.
2. Add 150 µl of dilution to sample well "S" of the strip.
3. Read results up to 10 minutes from application of sample.
4. Repeat test on new strip with PBS.
5. The 1:100,000 dilution of known human blood must give a positive result. The PBS must give a negative result.
6. The solution bottle of PBS will be marked with the lot number and used for all extractions for that lot.
7. The result of each lot's quality control test must be recorded and placed in the Quality Control Manual.



### 5.2.3  Proteinase K

Proteinase K is a proteolytic enzyme that is ideal for general digestion of protein in body fluids. It is used in the organic extraction of DNA from body fluids. Proteinase K is made in the laboratory.

### 5.2.3.1 Quality Control Procedure

Each new lot of Proteinase K must be subjected to the appropriate in house quality control test as outlined below:
1. The differential lysis of a known semen/epithelial cell mixture must be performed with Proteinase K to ensure cell lysis. This must be confirmed microscopically.

### 5.2.4  DTT

Dithiothreitol reduces disulfides to their corresponding thiols. This reagent is used in conjunction with Proteinase K to lyse spermatozoa heads to release the DNA. DTT is made in the laboratory.

### 5.2.4.1 Quality Control Procedure

Each new lot of DTT must be subjected to the appropriate in house quality control test as outlined below:
1. The lysis of known spermatozoa must be performed with DTT to ensure sperm heads are being lysed. This must be confirmed microscopically.

### 5.2.5  Profiler Plus Kit

AmpF/STR Profiler Plus kits are used in the amplification and typing procedure for 9 loci plus sex typing (Amelogenin). These kits contain reaction mix, AmpliTaq Gold polymerase, primer set, mineral oil, positive control DNA, and the allelic ladder. The AmpF/STR Profiler Plus kits are purchased from Applied Biosystems.

### 5.2.5.1 Quality Control Procedure

Each new lot of Profiler Plus kits must be subjected to an internal quality control test as outlined below:
1. The positive control DNA must be run to determine its activity.
2. An amplification blank must be run to determine its purity (i.e., no contamination in reagents).



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

4.  The allelic ladder must be run to determine that all of the appropriate alleles are detected.

### 5.2.6  COfiler Kit

AmpF/STR COfiler kits are used in the amplification and typing procedure for 6 loci plus sex typing (Amelogenin). These kits contain reaction mix, AmpliTaq Gold polymerase, primer set, mineral oil, positive control DNA, and the allelic ladder. The AmpF/STR COfiler kits are purchased from Applied Biosystems.

#### 5.2.6.1 Quality Control Procedure

Each new lot of COfiler kits must be subjected to an internal quality control test as outlined below:

1.  The positive control DNA must be run to determine its activity.
2.  An amplification blank must be run to determine its purity (i.e., no contamination in reagents).
3.  All reagents in kit must be used to demonstrate their viability.
4.  The allelic ladder must be run to determine that all of the appropriate alleles are detected.

### 5.2.7  Biodyne B Membrane

Biodyne B membrane (0.45 µm) is a positively charged membrane that is designed for superior ionic binding of negatively charged macromolecules, such as DNA. This membrane is used as the transfer medium in the hybridization procedure to determine the quantity of extracted DNA. The membranes are purchased from Gibco-BRL.

#### 5.2.7.1 Quality Control Procedure

Each new lot of Biodyne B membrane must be subjected to an internal quality control test as outlined below:

1.  Each lot of new membrane should be visually inspected to detect any imperfections. Any imperfections observed should be documented.
2.  The new lot should be tested using the serial dilution of known standards from the Quantiblot kit. The lower limit of detection should be at least equal to the 0.312 ng standard.

### 5.2.8  Quantiblot Kit

Quantiblot kits are used to quantitate extracted DNA prior to amplification. The kits come with D17Z1 probe, SA-HRP conjugate, human DNA standard, and DNA calibrators. The Quantiblot kits are purchased from Applied Biosystems.

#### 5.2.8.1 Quality Control Procedure

Each new lot of Quantiblot kits must be subjected to an internal quality control test as outlined below:

1.  The known human DNA serial dilutions should be prepared according to the directions in the kit.
2.  All of the reagents in the kit must be tested.
3.  The lower limit of detection should be at least equal to the 0.312 ng standard.

---



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

### 5.3    Logbook

A logbook will be maintained for the quality control of all of the critical reagents. This logbook will contain the test date, signature of the analyst performing the quality control, expiration date for lot, lot number, and any supporting documentation necessary to demonstrate the reagent met all of the standards listed above.

If any new lot of critical reagent does not meet the above stated guidelines, it may not be utilized in casework. All inconsistencies will be documented and reported to the Technical Leader. Problems that cannot be resolved must be reported to the manufacturer.



HPD Crime Laboratory Division
Standard Operating Procedures: Serology/DNA

# 6    EQUIPMENT QUALITY CONTROL AND MAINTENANCE

## 6.1    PURPOSE

In order to provide and maintain the quality of the work provided in the Serology/DNA section, it is necessary to ensure equipment is in good working order. Routine quality control and maintenance accomplish this. The calibration intervals listed below are generally considered to be the minimum appropriate in each case, providing that the equipment is of good quality and of proven stability and the laboratory has both the equipment capability and expertise to perform adequate internal checks. More frequent checks are not discouraged. If there is any question concerning the reliability of an instrument or piece of equipment, a maintenance check should be performed immediately.

Full records must be maintained and be readily available for inspection. Documentation must include the numerical result, date of calibration, analyst's signature, and any other relevant observations.

## 6.2    EQUIPMENT

The following equipment must be maintained and subjected to quality control measures: water baths, pH meters, microcentrifuges, refrigerators/freezers, thermometers, ABI Prism 310 and ABI 3100 genetic analyzers, uninterrupted power supplies (UPS), pipettes, balances, thermal cyclers, hoods, and autoclaves.

### 6.2.1    Water Bath

Critical water baths are dedicated equipment whose temperature is routinely maintained at 37-70°C for DNA procedures.

#### 6.2.1.1    Quality Control Procedure

6.2.1.1.1    Observed Temperature

Observe temperature reading on the thermometer and/or on the digital display. The temperature should be within +/- 1°C of thermometer temperature. If not within the acceptable range, use the control knobs to adjust the temperature to the acceptable range. It may be necessary to adjust the digital display according to the manufacturer's instructions. If the temperature is not stable, repair or replace the water bath.

6.2.1.1.2    Water Condition

The water in the bath should be clear and clean with no evidence of bacterial/fungal growth or rust. If the water becomes dirty, discard and clean water bath. Replenish with water.

#### 6.2.1.2    Maintenance Procedure

The following procedure should be performed as needed:

1.  Decant and discard water.

2.  Wash inside of water bath with detergent.



HPD Crime Laboratory Division
Standard Operating Procedures: Serology/DNA

3.  Rinse well with water.

4.  Fill bath with the appropriate quantity of water.  Clear bath or another algaecide may be used.

5.  Maintenance must be recorded in the appropriate logbook.

## 6.2.2    pH Meters

The pH meter comprises a rugged bulb combination electrode with Ag/AgCl reference half-cells.  It is suitable for measuring pH in the range of 0 to 14 and equipped with a Thermo-Compensator that provides temperature compensation for pH measurements.  The standard pH buffers available for instrument calibration include those at pH 4.00, 7.00, and 10.00.

### 6.2.2.1  Quality Control Procedure

6.2.2.1.1  pH Calibration

The pH meter is calibrated against known pH standards monthly or on the day of use with standardized reference buffers.  If not calibrated on the day of use, the pH meter must be checked with standardized reference buffers whose pH values bracket the desired sample pH.  If, after calibration, the pH meter does not give the correct readings for the reference buffers, the pH meter must be re-calibrated.

pH meter calibration must be retained in the appropriate logbook.

6.2.2.1.2  Electrode Rejuvenation

If the pH meter exhibits a long stabilization time and significant drift is observed, the electrode may need to be rejuvenated.  For electrode rejuvenation, follow the manufacturer's instructions.

### 6.2.2.2  Maintenance Procedure

Care must be exercised in handling the electrodes since the accuracy of pH measurements is dependent upon the following:

1.  Keep the electrodes wet to ensure free flowing junction from the reference electrode.

2.  Maintain the reference electrode filling solution at the appropriate level.  This is usually up to the filling hole.

3.  Cover the filling hole with a sleeve or plug in order to reduce the flow of filling solution during storage.

4.  Uncover the filling hole by sliding the sleeve or removing plug during measurement in order to allow the flow of filling solution into the sample.

5.  Store the combination electrode in 0.1 M KCl dissolved in pH 4.0 buffer or other suitable electrode storage solution.

## 6.2.3    Microcentrifuges

Microcentrifuges are bench top, unrefrigerated centrifuges that have been designed for centrifugation of 1.5 ml tubes, test tubes, and Centricon and Microcon tubes.  One

HPD Crime Laboratory Division
Standard Operating Procedures: Serology/DNA

centrifuge is designed for centrifugation of large Centricon or Microcon tubes.  These microcentrifuges are equipped with fixed angle rotors.  The maximum speed is specified in the operations manual for each centrifuge.  The relative centrifugal force can be determined as outlined in the manufacturer's instructions or by using the following procedure:

1. Ascertain the spinning radius by measuring the distance from the center of the drive shaft to the most outer part of the centrifuge tube when it is in spinning position.

2. Use the equation $g = 1.118 \times 10^{-5} \times r \times n^2$ where g = relative centrifugal force (RCF); r = spinning radius in centimeters; n = revolutions per minute (RPM)

3. From these relationships, RCF values (i.e., g values) can be easily converted into RPM.

### 6.2.3.1  Quality Control Procedure

6.2.3.1.1  RPM

The speed as measured by strobe light must correspond to a predictable number on the speed control setting or the digital readout.  If the two speeds do not correspond within 10%, the centrifuge must either be replaced or repaired.  This quality control procedure is performed once every six months.

6.2.3.1.2  Timer

The timer measures time correctly when checked against a stopwatch.  If the two do not correspond within 10%, the centrifuge must either be replaced or repaired.  This quality control procedure is performed once every six months.

### 6.2.3.2  Maintenance Procedure

Centrifuges are not to be operated if they have not been installed properly, been partly dismantled, the rotor is not installed securely on the rotor shaft, or proper electrical inspection has not been performed.

Centrifuge housing, rotor chamber, and rotor accessories should be cleaned with neutral cleaning agents (pH 7.0) as needed.  All parts must be dry prior to use.

### 6.2.4    Refrigerators/Freezers

Each refrigerator/freezer used in the laboratory has been shown to be capable of maintaining the optimum temperature range required for storing reagents and samples. A thermometer for monitoring the temperature has been placed in the upper/lower compartments.   The thermometer can sit in oil or water to buffer against rapid temperature swings.   Refrigerators/freezers are monitored during working hours to ascertain that they are functioning.   Weekly records of temperature readings are maintained.  No food or beverages are allowed in the laboratory refrigerators.

### 6.2.4.1  Quality Control Procedure

6.2.4.1.1  Temperature

The refrigerator maintains optimum temperature with the required range of 4°C +/- 4°C. The freezer compartment should maintain a temperature below 0°C.  If the temperature

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

is not being maintained at the prescribed values, verify that the temperature regulation control is at the proper setting and adjust if necessary. It may also be necessary to reduce over-crowding in an effort to increase air circulation in all compartments. If necessary, a technical representative may need to be called for service or the refrigerator/freezer may need to be replaced if corrective action is not adequate.

### 6.2.4.1.2  Alarm Device

Alarm activation, if available, should be tested routinely to ascertain functional status. If the alarm is not functional, service is required by a qualified service technician.

### 6.2.4.2  Maintenance Procedure

Each refrigerator/freezer is maintained in working order and repaired or replaced if necessary. The compartments are kept clean and well organized.

### 6.2.5  Thermometers

All thermometers must be either calibrated or their accuracy must be verified to ensure the temperature is being accurately measured.

### 6.2.5.1  Quality Control Procedure

Prior to verifying the accuracy of a thermometer, the ice point of the thermometer must be determined. Follow the steps below to determine the ice point:

1.  Obtain ice from $diH_2O$ water.

2.  Place the ice in a suitable container and add $diH_2O$ water to form slush, without floating the ice.

3.  Rinse the bulb with $diH_2O$ and insert it into the ice.

4.  Wait for several minutes and then take the temperature reading. This is the ice point of the thermometer.

If the thermometer is outside of the 0.00 +/- 0.5°C range, then the amount of deviation will be noted and all other readings adjusted by the same amount, and in the same direction.

Verification must be performed at least once every two years and recorded in the appropriate log.

### 6.2.5.2  Maintenance Procedure

Thermometers are handled carefully to avoid breakage. Thermometers are wiped clean to facilitate easy and accurate readings. It is necessary to examine the thermometers to detect any discontinuities in the mercury column. If any discontinuities are detected, repair or replace the thermometer.

### 6.2.6  ABI Prism 310 and 3100 Genetic Analyzers

The ABI Prism 310 and 3100 Genetic Analyzers are capillary electrophoresis instruments used to separate DNA fragments based upon size and fluorescent tags. The main parts of the instruments include the CCD camera, laser, pump block, heat

HPD Crime Laboratory Division
Standard Operating Procedures: Serology/DNA

block, autosampler, and syringe. All of these parts must be working properly to ensure accurate and usable results are obtained.

### 6.2.6.1A Quality Control Procedure for ABI Prism 310 Genetic Analyzer

To ensure the ABI Prism 310 Genetic Analyzer is working properly after maintenance or troubleshooting session, an allelic ladder must be run and analyzed under normal conditions (i.e., 5 second injection, 1.5-3 $\mu$l of ladder product in 25 $\mu$l of formamide/ROX mix, analyzed at 100-150 relative fluorescence units) to ensure all peaks are being called appropriately. The GeneScan™ or Genotyper™ data from this run must be printed and placed in the appropriate logbook.

A new matrix standard must be made once every 6 months or as needed for each instrument in the laboratory. Follow the manufacturer's guidelines for making the matrix and verifying its accuracy. Once again, a ladder must be run and analyzed as described above.

### 6.2.6.1B Quality Control Procedure for ABI Prism 3100 Genetic Analyzer

The ABI Prism 3100 Genetic Analyzer is a 16 capillary system. To ensure the ABI Prism 3100 Genetic Analyzer is working properly after maintenance or troubleshooting session, an allelic ladder must be run and analyzed under normal conditions (i.e., 2 injection of 22 seconds of 1 $\mu$l of ladder of profiler plus 10 $\mu$l of formamide/Rox mix, analyzed at 1 kvolt; a second injection of 22 seconds of 1 $\mu$l of ladder of cofiler analyzed at 1 kvolt. The rest of the 14 wells are filled with only 10 $\mu$l of the formumide/Rox mix) to ensure all peaks are being called appropriately. The GeneScan ™ or Genotyper ™ data from this run must be printed and placed in the appropriate logbook.

A new matrix standard must be made once every 6 months or as needed for each instrument in the laboratory. Follow the manufacturer's guidelines for making the matrix and verifying its accuracy. Once again, a ladder must be run and analyzed as described above.

### 6.2.6.1  Maintenance Procedure

The HPD Crime Laboratory Division has a Planned Maintenance agreement with Applied Biosystems for the maintenance of the ABI Prism 310 and 3100 Genetic Analyzer. This plan allows for 1 planned-maintenance visit per year by an Applied Biosystems Field Service Engineer. After the planned maintenance, a Profiler Plus ladder must be run and analyzed as described above. The GeneScan™ or Genotyper™ data from this run must be printed and placed in the appropriate logbook.

The instrument pump block and syringe should be cleaned as needed.

Any repair must be documented and placed in the appropriate logbook. After a repair, to demonstrate the instrument is working properly, an allelic ladder must be run and analyzed under normal conditions as described above. The GeneScan™ or Genotyper™ data from this run must be printed and placed in the appropriate logbook.

### 6.2.6.2  Validation

Implementation validation for new 310 or 3100 Genetic Analyzers must include:

1.      Base line

2.  Precision study comparing 6 to 10 samples injections from the same or different run and preparing a summary report to include justification of the +/- 0.5 bp (246 bp) window.

3.  Sensitivity (dilution) study ranging from 0.156ng to 7.5 ng of template DNA and prepare a summary report.

4.  Mixture study.

5.  Concordance

6.  Summary

### 6.2.7    Uninterrupted Power Supplies

Uninterrupted power supplies (UPS's) provide power to the ABI Prism 310 or 3100 Genetic Analyzers, thermocyclers, and computers that communicate with the ABI Prism 310 or 3100 Genetic Analyzers.   These instruments ensure that if the power fails the computers will have enough time to save data.  They also provide conditioning for the line by filtering out small utility line fluctuations.

### 6.2.7.1  Quality Control Procedure

The UPS System has an indicator to initiate the UPS working properly; if the indicator is running low, the UPS needs to be recharged or the batteries replaced.

### 6.2.7.2  Maintenance Procedure

Any maintenance must be documented in the appropriate logbook.

### 6.2.8    Pipettes

Accuracy and precision in dispensing of volumes are important during many routine operations.   Accuracy may be defined as the closeness with which the dispensed volume approximates the volume set on the pipette.  Precision is specified as the mean error, the maximum amount by which the mean value of a large number of replicate measurements of the same volume will deviate from the set volume.  DNA laboratories are supplied with pipettes that cover the volume range from 0.1 µl to 1000 µl.  Some pipettes are dedicated to a specific function, such as those used in the post PCR amplification process.

### 6.2.8.1  Quality Control Procedure

Pipette delivery volumes must be checked against known standards to insure proper operation.  Spectrophotometric or gravimetric calibration will be performed on an annual basis.  Pipette volume calibration will be determined by preparing a standard curve in the volume range of interest for each pipette.

When a pipette is determined to be performing improperly, it will be returned to the manufacturer, or another qualified repair technician, so that the problem may be identified and corrected.

Quality control data should include the type of pipette, volume range, model, and serial number.  Calibration log sheets will be available for inspection.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

### 6.2.8.2  Maintenance Procedure

The operating manual should be consulted for operation instructions prior to utilizing a pipette. It is important to always dial down to the desired volume to prevent mechanical backlash from affecting accuracy. The proper volume disposable tip will be used for the pipette. In case of accidental entry of liquids into the pipette mechanism, follow the procedure below:

1.     Remove tip ejector.

2.     Unscrew the shaft coupling.

3.     Remove the shaft and inspect the seal assembly and piston for contamination.

4.     Clean with distilled water.

5.     Dry with lint free tissue (i.e., Kimwipe).

6.     Inspect before reassembling. If staining or corrosion is evident, do not use the pipette. Submit for service.

7.     Reassemble.

## 6.2.9   Balances

To meet the goal of measuring weights accurately, all analytical balances used in the laboratory must either be calibrated or their accuracy verified against standards.

### 6.2.9.1  Quality Control Procedure

All analytical balances used in the DNA laboratory must be linear throughout the measurement range. Calibration accuracy will be checked every month. Concordance between a standard weight set spanning the range of the instrument and the instrument's reading should exist. When a balance is not performing properly, it will be returned either to the manufacturer or a qualified technician for repair. All repairs and calibration log sheets will be maintained and available for inspection.

### 6.2.9.2  Maintenance Procedure

Analytical balances will be located in a suitable area that is not exposed to extreme heat, radiation, drafts, extreme vibration, or aggressive chemicals. They may not be used in hazardous areas where there is danger of explosion. Balances may not be exposed to extreme moisture over long periods of time. If the balance is transferred to a warmer or cooler area, 2 hours should be allowed for temperature calibration.

## 6.2.10  Thermal Cyclers

Thermal Cyclers automate the polymerase chain reaction (PCR) for amplifying DNA. PCR is a cyclic process that mimics the natural DNA replication process by doubling the number of DNA molecules after each cycle. The Thermal Cycler contains a programmable heating and cooling block that performs repeated temperature cycling profiles on samples contained within the block.

### 6.2.10.1 Quality Control Procedure



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

Temperature calibration, temperature uniformity, and diagnostic tests must be performed once every 6 months. Follow manufacturer's instructions for performing these tests. Any variations outside of established parameters will necessitate recalibration or repair of the instrument by the manufacturer or a qualified service technician. Calibration log sheets will be maintained and available for inspection.

### 6.2.10.2 Maintenance Procedure

The Thermal Cycler is an instrument that is located in a dedicated portion of the laboratory. The sample block and exterior surfaces should be cleaned at least once every 6 months. If the Thermal Cycler is damaged or not functioning, either the manufacturer or a qualified service technician may repair the instrument.

### 6.2.10.3 Validation

Implementation validation for new thermal cyclers must include:

Temperature calibration, temperature uniformity, and diagnostic tests.

### 6.2.11 Hoods

The hood, when used with proper technique, is effective in reducing the potential for exposure of both product and personnel to airborne biological or particulate chemical agents. The laminar flow hood maintains a minimum average inflow velocity of 75 LFPM through the work access opening for Type A operation. It has HEPA filtered down-flow air that is mixed with in-flow air from a common exhaust plenum. Following HEPA filtration, all of the air is discharged. All biologically contaminated ducts and plenums are surrounded by negative pressure.

A. Labconco Purifier Vertical Clean Bench

The Labconco Purifier Vertical Clean Bench is a HEPA (High Efficiency Particulate Air) filter ventilated enclosure designed to provide product protection from airborne particulate matter. Each Clean Bench uses a single HEPA filter which has been tested at the factory to be at least 99.99% efficient for particles 0.3 micron.

During operation, room air is drawn through the prefilter on the top of the Vertical Clean Bench. The motor/blower(s) force this prefiltered air into the HEPA filter, and the velocity of the HEPA filter air is stabilized by a diffuser located at the top of the work area.

The clean air in the work area meets or exceeds Class 100 conditions as defined by Federal Standard 209E, and the motor/blower speed control is factory set to deliver an average nominal airflow of 60-80 feet per minute.

B. Labconco Protector Tissue Culture Enclosures

The Labconco Protector Tissue Culture Enclosures and PCR Enclosures come completely assembled and ready to use. They provide a nonventiliated, air circulation-free work area designed to reduce cross-contamination in laboratory applications.

The assembly includes a hinged ¼ inch tempered safety glass viewing panel, epoxy-coated steel bifold doors on the lower access opening, one 115 volt or 230 volt polarized and grounded electrical outlet (PCR models have two outlets) rated for 8 amps maximum, one 30 watt fluorescent light and one 36 inch 2537 Angstrom germicidal ultra-violet light with continuous or timed control. Both lights operate from the same three-way safety switch and a three-wire cord and plug.

The interior surface is molded entirely of white fiberglass-reinforced polyester. This completely smooth, crevice-free interior assures easy cleaning and no contaminant accumulation. All interior corners are covered and molded as an integral part of the side panels. The fiberglass-reinforced polyester is chemical resistant and classified "fire retardant."

The exterior is constructed of charcoal gray epoxy-coated steel with glacier white phenolic/melamine laminated side panels.

### 6.2.11.1 Quality Control Procedure

The hood must be re-certified at least once a year and after every filter change or maintenance action or at the operator's discretion. Maintenance logs must be kept regarding repairs and/or corrective action.

The static pressure should be approximately 0.40 w.g. ± 0.05 w.g. If the static pressure is not being maintained properly, reference the operator's manual. If the problem cannot be resolved, a qualified service technician may repair the hood. The audible and flashing alarms should be checked periodically to determine the working condition. If either of these is not functioning properly, a qualified service technician may repair the hood.

A.  The HEPA filter in the Purifier Vertical Clean Bench will gradually accumulate airborne particulate matter from the room and from the work performed in the Clean Bench. The rate of accumulation will depend upon the cleanliness of the room air, the amount of time the Clean Bench is operating, and the nature of work being done in the Clean Bench. In typical installations and usage, the HEPA filters will last two to five years before requiring replacement.

Proper operation of the Clean Bench depends largely on its location, and the operator's work habits. Consult the 'Installation' and 'Normal Operation' sections of this manual for further details.

To determine if the HEPA filter should be replaced, a qualified certifier should adjust the speed control at its maximum setting. If the average inflow is less than needed the filter should be replaced.

### 6.2.11.2 Maintenance Procedure

The cabinet must be certified after installation by a qualified technician. At a minimum, the following tests should be performed:

1.  HEPA filter media

HPD Crime Laboratory Division
Standard Operating Procedures: Serology/DNA

2. Filter frame leak test

3. Airflow velocity

4. Airflow smoke patterns.

No maintenance should be performed on the interior of the cabinet unless the cabinet has been disinfected and known to be biologically clean.

Under normal operating conditions, the Vertical Clean Bench should be recertified at least annually or if serviced. The certifier should perform the following tests.

- Downflow Velocity Test

- HEPA Filter Leak Test

In addition, the following tests should also be performed at the user's discretion:

- Electrical Leakage and Ground Circuit Resistance Test

- Measurement of Line Voltage and Current

- Smoke Test to determine proper airflow patterns

    Lighting Intensity Test (when appropriate)

    Vibration Test (when appropriate)

No maintenance should be necessary for the fiberglass. Soap and water will usually be sufficient for washing, should cleaning be required. Decontamination solutions such as phenol, formaldehyde and ethylene oxide can be used on fiberglass surfaces. Most window cleaning materials are satisfactory for cleaning the safety glass sash.

A 36 inch germicidal-type ultraviolet light keeps microorganism growth from spreading in the hood when not in use.

Periodically clean the surface of the UV Lamp with glass cleaner.

**CAUTION: Before servicing the unit, be sure it is unplugged.**

## 6.2.12 Autoclaves

Autoclaves are used to sterilize solutions, glassware and instruments by subjecting them to high pressure and high heat simultaneously. It is also used to sterilize biohazard trash prior to discarding.

### 6.2.12.1 Quality Control Procedure

Whenever an item is autoclaved, a small piece of autoclave tape should be adhered to the item. Autoclaves used for both clean and waste items should be cleaned between cycles when going from waste to clean items.

### 6.2.12.2 Maintenance Procedure

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

If the autoclave is not functioning properly, a qualified service technician may repair the instrument. Maintenance logs must be kept regarding repairs and/or corrective action.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

# APPENDIX 6A

## 6A    Water Filtration System

Water is used in every reagent that is prepared in the DNA laboratory. Therefore, it is necessary to ensure only high quality, reagent grade water is being utilized. Generally, 15 MΩ-cm at 25°C deionized water is sufficient for analytical procedures. This is true for the reagents utilized in our laboratory.

## 6A.1 Quality Control Procedure

Water quality should be checked on a weekly basis. The following procedure will be utilized:

1. Turn on the deionized water
2. Allow water to run for 1-2 minutes
3. Record reading displayed on resistivity monitor on Water Quality QC sheet
4. If reading is below 15 MΩ-cm at 25°C, call for service

## 6A.2 Maintenance Procedure



If the water filtration system is not functioning properly, a qualified service technician may repair the system. Maintenance logs must be kept regarding repairs and/or corrective action.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## 7.1    PRESUMPTIVE BLOOD TESTS – PHT AND LMG

### 7.1.1    SCOPE[1]

Catalytic tests for blood are based on the peroxidase-like activity exhibited by the heme group of hemoglobin. For example, colorless phenolphthalin is oxidized to phenolphthalein in the presence of heme and hydrogen peroxide. In a basic solution such as the test reagent, the phenolphthalein is pink. The test is exceedingly sensitive to minute traces of hemoglobin and its derivatives but will produce a false positive reaction in the presence of any of a number of oxidizing substances. Should a color reaction take place, the result only suggests the presence of blood; the test is therefore a presumptive test.

### 7.1.2    SAFETY

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling. Follow instructions for reagent preparation. Gloves must be worn during testing. Clothing may protect unbroken skin; broken skin should be covered.

### 7.1.3    RELATED FORMS

Serology Worksheet

### 7.1.4    EQUIPMENT, MATERIALS, AND REAGENTS

$diH_2O$

cotton swab(s) or filter paper – optional

Test reagent – (See Reagents section):

> Phenolphthalin (PHT) solution
>
> Leucomalachite Green (LMG) solution (Used mostly at Crime Scenes)
>
> 3% hydrogen peroxide – purchased

### 7.1.5    STANDARDS, CONTROLS, AND CALIBRATION

A positive and negative control must be tested each day of reagent use. An appropriate positive control is a small bloodstain prepared in-house. Appropriate negative controls include a cotton swab, filter paper, or small fabric swatch treated in the manner of the unknown. The results of each control test must be recorded on every applicable Serology Worksheet.

### 7.1.6    PROCEDURE

1) Rub or scrape a moistened cotton swab or dry folded filter paper over the suspected bloodstain.

2) Apply one drop of the test reagent (PHT or LMG).



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

3) Observe briefly to identify color change, which is indicative of some false positive reactions.

4) Add one drop of 3% hydrogen peroxide.

5) Observe the swab or filter paper for a color change.

6) After interpretation, draw or other wise document the areas tested and whether there was a positive or negative reaction.

7) Discard swab or filter paper by placing it in the biohazard trash.

## 7.1.7    INTERPRETATION

Appearance of an immediate color change is a presumptive positive result for blood.
Phenolphthalin: colorless → immediate bright pink
Leucomalachite Green: colorless → immediate blue-green

A negative result (no color change) indicates that blood is absent or below the detection threshold.

---

[1] Lee, Henry C. 1982. Identification and grouping of bloodstains. *In*: Forensic Science Handbook, Volume 1. Richard Saferstein, ed. Prentice-Hall, Inc., Englewood Cliffs, New Jersey. Chapter 7, pp. 272-276.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## 7.2    PRESUMPTIVE BLOOD TEST – LUMINOL[1]

### 7.2.1    SCOPE

Catalytic tests for blood are based on the peroxidase-like activity exhibited by the heme group of hemoglobin.  In the case of luminol, the catalytic oxidation of the substrate compound produces light.  Because the reagents are applied as a spray over a large area, the test is primarily used in the visualization of bloodstain patterns. The test is sensitive to at least 100 ppm and perhaps to 0.1 ppm of blood but will produce a false positive reaction in the presence of any of a number of oxidizing substances.  Should a positive reaction take place, the result only suggests the presence of blood; the test is therefore a presumptive test.

### 7.2.2    SAFETY

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling.  Luminol is an irritant.  Sodium perborate and sodium carbonate are toxic and irritating. Avoid breathing dust; do not get in eyes, on skin, or on clothing. Avoid breathing sprayed solution. Wash after handling. Gloves must be worn during testing.  Clothing should protect unbroken skin; broken skin should be covered.

### 7.2.3    RELATED FORMS

Serology Worksheet

### 7.2.4    EQUIPMENT, MATERIALS, AND REAGENTS

| | | |
|---|---|---|
| sodium carbonate | 0.5 | g |
| Luminol: 5-amino-2,3-dihydro-1,4-phthalazinedione  free acid | 0.1 | g |
| sodium perborate | 0.7 | g |
| deionized water (diH$_2$O) | 200 | ml |

spray bottle(s)

### 7.2.5    STANDARDS, CONTROLS, AND CALIBRATION

A positive and negative control must be tested each day of reagent use.  An appropriate positive control is a small bloodstain prepared in-house.  A penny should not be substituted for a known blood control.  Appropriate negative controls include a cotton swab, filter paper, or small fabric swatch treated in the manner of the unknown. The results of each control test must be recorded on every applicable Serology Worksheet or in the examiner's crime scene analysis notes.

### 7.2.6    PROCEDURE

1) Prepare the reagents.  The prepared reagents are unstable and must be prepared fresh immediately before use. The components can be measured for transport to the



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

crime scene for preparation prior to use. Reagents A and B can be stored separately at 4°C for up to 8 weeks. If stored, the label must include at a minimum, "Luminol, Reagent A" or "Luminol, Reagent B" as appropriate, initials, and the date prepared.

   a) Reagent A

      i) Dissolve sodium carbonate (0.5 g) in $diH_2O$ (100 ml).

      ii) Add and dissolve luminol (0.1 g).

   b) Reagent B

      i) Dissolve sodium perborate (0.7 g) in $diH_2O$ (100 ml).

2) Darken the examination room or crime scene area completely.

3) Apply the reagents:

   a) Mix equal volumes of Reagent A and Reagent B. This mixture is stable for about one hour.

   b) Spray mixed reagent.

4) Document or photograph luminescent areas.

   a) Re-spray as necessary. The ability to further test the stain decreases with increased or repeated spraying. Excessive spraying will cause stains to run. Repeated spraying of non-porous surfaces is not suggested.

   b) HPD Crime Scene Unit personnel will photograph the crime scene area.

5) Dispose of excess solutions in regular sink; flush with water.

## 7.2.7    INTERPRETATION

Faint to strong luminescence shows oxidation of the luminol reagent and represents a positive presumptive result for blood. Scale can be established by taking advantage of the false positive reaction produced by copper: place a penny in the area to be sprayed or two pennies taped to documented positions on a ruler. Spraying will deposit a light white film on surfaces.

---

[1] Lytle, L. T. 1978. Chemiluminescence in the visualization of forensic bloodstains. Journal of Forensic Sciences 23(3): 550-562.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



## 7.3    HUMAN ORIGIN IDENTIFICATION BY HEMATRACE®

### 7.3.1    SCOPE

Heme is a part of the hemoglobin molecule that is characteristic of red blood cells found in blood.

The ABACard® HemaTrace® test is a qualitative detection method specifically designed for forensic identification of human blood. Sample is added to a sample well where any detectable human hemoglobin (hHb) present in the sample will bind with mobile monoclonal antihuman Hb antibody. The resultant mobile antigen-antibody complex migrates through an absorbent strip to an area where an immobile polyclonal antihuman Hb antibody is bound. The mobile antigen-antibody complex binds to the immobile antibody creating an antibody-antigen-antibody sandwich. When the hHb concentration in the sample exceeds 0.05 µg/ml, pink dye particles become visible in the area of immobilized antibody. The resultant pink band indicates a positive result.

### 7.3.2    SAFETY

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling. Gloves must be worn during use.  Clothing may protect unbroken skin; broken skin should be covered.

### 7.3.3    RELATED FORMS



Serology Worksheet

### 7.3.4    EQUIPMENT, MATERIALS, AND REAGENTS

One Step ABACard® HemaTrace® Test Strips – One per sample or control

PBS – See Regent Section

### 7.3.5    STANDARDS, CONTROLS, AND CALIBRATION

The lot of ABACard® HemaTrace® test devices must be quality control tested using a known human blood sample and PBS prior to lot use. The solution bottle of PBS will be marked with the HemaTrace® lot number and used for all extractions for that lot. The examiner may choose to also run a substrate control extracted in the same manner as the suspected bloodstain. The results of each lot's quality control test must be recorded and placed in the Quality Control Manual.

### 7.3.6    PROCEDURE[1]

1) Allow the sample(s) and control(s) to warm to room temperature if they have been refrigerated.

2) Extract body fluid. See the Body Fluid Stain Extraction Procedures (Section 7.9)





3) For each sample and control:

   a) Unwrap an ABACard® device and dropper. Label.

   b) Add 150 µl of extract to the sample well "S" of the device.

   c) Read results up to 10 minutes from application of sample.

4) Extracts that produce a negative result but that show strong positive presumptive activity must be diluted 1:100 and re-tested. (Due to the possibility of the high dose hook effect).

5) Record the HemaTrace® test results onto the Serology worksheet. Have a second reader view the results and sign off on the serology worksheet.

### 7.3.7   INTERPRETATION

The appearance of a pink line at the "C" (control) area is expected for all tests and must be present. Absence of the "C" line is an inconclusive result, and the test must be performed a second time. The appearance of a pink line at the "T" (test) area is a positive result and indicates that the hHb concentration in the applied solution is at least 0.05 ng/ml. This confirms the presence of human blood in the sample.



The absence of a pink line at the "T" area after 10 minutes is a negative result and indicates that human blood is absent, below the detection threshold, or above the high dose threshold.



[1]Abacus Diagnostics, 1999. Onestep ABACard® HemaTrace® for the forensic identification of human blood. Product Insert.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



## 7.4    AP TESTING FOR SEMEN STAINS

### 7.4.1    SCOPE [1,2]

Acid phosphatase is found in relatively large quantities in semen and its detection is reason to suspect the presence of semen in a body fluid stain.  In the following procedure, acid phosphatase is detected by a color-change reaction.  Acid phosphatase liberates the phosphate from $\alpha$-naphthyl phosphate, and the released naphthol combines with tetrazotized o-dianisidine to form a purple azo dye.

The AP test is semi-quantitative.  A stronger reaction is more likely to indicate semen. However, because acid phosphatase occurs in other body fluids, most notably vaginal secretions, this is only a presumptive test. The presence of semen in the sample can subsequently be confirmed by identifying p30 or spermatozoa.

### 7.4.2    SAFETY

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling.  AP Test Reagent contains a dye that is a suspected carcinogen. The components of the AP Test Reagent are irritants. Avoid contact and inhalation. Spray only in a chemical fume hood. Gloves must be worn during use.  Clothing may protect unbroken skin; broken skin should be covered.



### 7.4.3    RELATED FORMS

Serology Worksheet

### 7.4.4    EQUIPMENT, MATERIALS, AND REAGENTS

diH$_2$O

cotton swab(s) or filter paper

non-porous support and tacks (optional, mapping only)

AP Test Reagent – See Reagents section.

chemical fume hood with paper hanger (mapping only)

### 7.4.5    STANDARDS, CONTROLS, AND CALIBRATION

A positive and negative control must be tested each day of reagent use.  An appropriate positive control is a small semen stain prepared in-house.  Appropriate negative controls include a cotton swab, filter paper, or small fabric swatch treated in the manner of the unknown.  The results of each control test must be recorded on every applicable Serology Worksheet.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

### 7.4.6    PROCEDURE

AP map procedure (For use with SA Kit swabs or stains)

a)  Spread the garment, sheet, shirt, panties, towel or other item flat.  Fasten the item as necessary to a piece of plastic-covered wood, cardboard, or other non-porous support using tacks or pins.

b)  Moisten a sheet or swatch of filter paper with $diH_2O$.  Remove excess water by blotting the moistened paper onto a dry sheet of filter paper.

c)  Lay the moist filter paper over the item or area of the item to be tested. Press the paper firmly against the item at all points of the item's surface. Allow approximately 30 seconds to 5 minutes for any possible acid phosphatase to transfer to the paper.

d)  Mark the position of the paper on the item.

e)  Remove the sheet of filter paper.

f)  Hang the filter paper in the chemical fume hood. Cover the surface that was pressed to the item with AP Test Reagent **OR** Spray with Solution A and then spray with Solution B from AP Test Reagent two Step method.

g)  Observe the treated filter paper for up to 2 minutes for a color change.

h)  After interpretation, draw or otherwise document the areas tested and whether there is a positive or negative reaction.

i)  Discard used filter paper by placing it in the biohazard trash.



### 7.4.7    INTERPRETATION

The appearance of a purple color within 2 minutes indicates the presence of acid phosphatase and is a positive presumptive test for semen.  Grade the reaction as 4+, 3+, 2+, 1+, or negative (strongest reaction to weakest reaction).  The AP map procedure reflects the size and shape of the acid phosphatase containing stains.  A negative result indicates acid phosphatase is absent or below the detection threshold.

---

[1] Gaensslen, Robert E. 1983. *Sourcebook in Forensic Serology, Immunology, and Biochemistry.* U.S. Department of Justice, National Institute of Justice. Sections 10.3.2 and 10.3.3

[2] Stevens, J and Thomas, F., Clin Chem. Acta, 37 541 (1972)





## 7.5    SPERMATOZOA EXAMINATION

### 7.5.1    SCOPE

Spermatozoa (sperm) detected in a stain or on a swab confirm the presence of semen. They can subsequently be differentially extracted from epithelial cells to allow for analysis of the sperm contributor's DNA.  For spermatozoa examination, material from the stain or swab is fixed to a microscope slide, stained (usually), and examined under the microscope for cells with sperm characteristics.  Many staining techniques have been developed; this procedure uses nuclear fast red (also known as Kernechtrot) and picroindigocarmine.[1,2] This stain is also called "Christmas Tree" because it stains the sperm red and green.

### 7.5.2    SAFETY

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling.  Follow instructions for reagent preparation. Gloves must be worn during testing.  Clothing should protect unbroken skin; broken skin should be covered.

### 7.5.3    RELATED FORMS

Serology Worksheet



### 7.5.4    EQUIPMENT, MATERIALS, AND REAGENTS

microscope slide

hot plate

moisture chamber -- (optional) - For example, line the bottom of a plastic tub with moistened paper towels and cover with a tightly fitting lid, or simply invert a Petri dish over the slide.

known sperm slides -- optional, prepared in-house.

nuclear fast red (NFR) -- purchased or prepared, see Reagents section

picroindigocarmine (PIC) -- purchased or prepared, see Reagents section

95% alcohol

### 7.5.5    STANDARDS, CONTROLS, AND CALIBRATION

Prepare the microscope for Kohler illumination according to manufacturer's instructions. The examiner may need to refer to known sperm slides for comparison.

### 7.5.6    PROCEDURE

1) Use a smear provided in the sexual assault evidence kit or prepare a smear from a stain or swab:

*HPD Crime Laboratory Division*
*Standard Operating Procedures: SerologyDNA*



a) Extract body fluid.  See the Body Fluid Stain Extraction procedure.  Collect the cellular debris from the extract by centrifugation.

b) Pipet a small portion (10% or less) of the cellular debris from the body fluid extract onto a glass slide OR put a drop of sterile water on the slide and smear the sample on the slide to transfer cellular material. Fix smear by heating the slide on a hot plate or passing over a flame.

2) Stain the slide.

a) Cover the sample area on the slide with NFR for 15 minutes.  The slide may be placed in a moisture chamber.

b) Wash with tap water by gentle flooding.

c) Cover the sample area with PIC for up to 15 seconds.

d) Wash with tap water by gentle flooding

e) Fix by gently flooding the slide with 95% alcohol.

f) Allow to dry.

3) Confirm the presence or absence of spermatozoa at a minimum of 400X.  A complete search at a minimum of 400X is required before negative results for spermatozoa can be reported.

Record the number of sperm per slide or the average number of spermatozoa per field and the magnification used.  Alternatively, score the number of sperm as the following: 0 = none, 1+ = few in some fields, hard to find, 2+ = some in some fields, easy to find, 3+ = many or some in most fields, 4+ = many in every field.

## 7.5.7   INTERPRETATION

Human sperm are flagellated with a total length of about 50 μm. The sperm cell head generally is oval, flattened at the anterior end, with dimensions about 4.6 μm × 2.6 μm × 1.5μm.[3] The head shape varies from species to species and may be diagnostic.

After staining, sperm heads are red, midpieces blue-green, and tails yellowish green. The acrosome may remain attached to the anterior of the sperm head and be visible as a blue-green to pink cap.  Epithelial cells stain blue to blue-green.[2]

Sperm:          anterior head – blue green to pink
                posterior head – red
                midpiece – blue-green
                tail – yellowish green

Epithelial cells:   nucleus - green to blue green
                cytoplasm – light green to blue green



*HPD Crime Laboratory Division*
*Standard Operating Procedures: SerologyDNA*



[1] Oppitz, E. 1969. Eine neue Färbemethode zum Nachweis der Spermien bei Sittlichkeitsdelikten. *Arch. Kriminol.* 144: 145-148.

[2] Stone, I. C. 1972. Staining of spermatozoa with Kernechtrot and picroindigocarmine for microscopical identification. Document CIL No. 2, Southwestern Inst. Forensic Sci., Criminal Investigation Laboratory (USA).

[3] Baechtel, S. F. 1988. The identification and individualization of semen stains. *In:* Forensic Science Handbook, Volume 2. Richard Saferstein, ed. Prentice-hall, Inc., Englewood Cliffs, New Jersey. Chapter 7, p. 357.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## 7.6     P30 IDENTIFICATION

### 7.6.1     SCOPE

The cells that line the ducts of the prostate make a protein known as p30 or prostate-specific antigen (PSA). The protein is secreted into seminal fluid to a concentration of approximately 0.24-5.5 mg/ml[1], and its detection confirms the presence of semen. [2]

The ABACard® p30 test is a qualitative detection method specifically designed for forensic identification of semen. Sample is added to a sample well where any detectable p30 present in the sample will bind with mobile p30 antibody. The resultant mobile antigen-antibody complex migrates through an absorbent strip to an area where immobile p30 antibody is bound. The mobile antigen-antibody complex binds to the immobile antibody creating an antibody-antigen-antibody sandwich. When the p30 concentration in the sample exceeds 4 ng/ml, pink dye particles become visible in the area of immobilized antibody. The resultant pink band indicates a positive result.

### 7.6.2     SAFETY

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling. Gloves must be worn during use. Clothing may protect unbroken skin; broken skin should be covered.

### 7.6.3     RELATED FORMS

Serology Worksheet

### 7.6.4     EQUIPMENT, MATERIALS, AND REAGENTS

*OneStep ABACard® p30 Test strips – one per sample or control*

*PBS – See Reagent Section*

### 7.6.5     STANDARDS, CONTROLS, AND CALIBRATION

The lot of ABACard® p30 test devices must be quality control tested using a known semen sample and PBS prior to lot use. The solution bottle of PBS will be marked with the ABACard® lot number and used for all extractions for that lot. The examiner may choose to also run a substrate control extracted in the same manner as the suspected semen stain. The results of each lot's quality control test must be recorded and placed in the Quality Control Manual.

### 7.6.6     PROCEDURE [3,4]

1) Allow the sample(s) and control(s) to warm to room temperature if they have been refrigerated.

2) Extract body fluid. See the Body Fluid Stain Extraction Procedure. (Section 7.9)



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

3) For each sample and control:

   a) Unwrap an ABACard® device and dropper. Label.

   b) Add 200 µl (8 drops with provided dropper) of extract to the sample well "S" of the device.

   c) Read results up to 10 minutes from application of sample.

4) Extracts that produce a negative result but that show strong positive acid phosphatase activity must be diluted 1:100 and re-tested. (Due to the possibility of the high dose hook effect).

5) Record the p30 results onto the Serology Worksheet. Have a second reader view the results and sign off on the serology worksheet.

## 7.6.7   INTERPRETATION

The appearance of a pink line at the "C" (control) area is expected for all tests and must be present.  Absence of the "C" line is an inconclusive result, and the test must be performed a second time.  The appearance of a pink line at the "T" (test) area is a positive result and indicates that the p30 concentration in the applied solution is at least 4 ng/ml, equivalent to approximately 1:1,000,000 dilution of seminal fluid.  This confirms the presence of semen in the sample.  The absence of a pink line at the "T" area after 10 minutes is a negative result and indicates that semen is absent, below the detection threshold, or above the high dose threshold.

[1] Gaensslen, Robert E. 1983. *Sourcebook in Forensic Serology, Immunology, and Biochemistry.* U.S. Department of Justice, National Institute of Justice. Sections 10.14.

[2] Baechtel, S. F. 1988. The identification and individualization of semen stains. *In:* Forensic Science Handbook, Volume 2. Richard Saferstein, ed. Prentice-hall, Inc., Englewood Cliffs, New jersey. Chapter 7, p. 364-366.

[3] Abacus Diagnostics. 1999.   *OneStep* ABACard® p30 test for the forensic identification of semen.  Product insert.

[4] Benton, K. A., J. A. Donahue, and M. Valadez, Jr. 1998. Analysis of the ABACard OneStep PSA test for use in the forensic laboratory. Texas Department of Public Safety Crime Laboratory Service. Unpublished.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## 7.7     AMYLASE – IODINE STARCH METHOD

### 7.7.1     SCOPE

Of the methods for identifying saliva, the most extensively used is the identification of the enzyme amylase, which hydrolyzes starch to glucose.[1]   Elevated levels of amylase indicate the presence of saliva, but amylase is also found at lower levels in virtually every other body fluid.  This is a test for the presence of amylase using a starch and an iodine reaction mixture.

### 7.7.2     SAFETY

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling.  Follow instructions for reagent preparation. Gloves must be worn during testing.  Clothing should protect unbroken skin; broken skin should be covered.

### 7.7.3     RELATED FORMS

Serology Worksheet

### 7.7.4     EQUIPMENT, MATERIALS, AND REAGENTS

Microwave

37° incubator – Check and record temperature on worksheet at time of use.

Iodine reaction mixture- See Reagents Section

1% starch solution – See Reagents section

Spot plates

known saliva

water – deionized or distilled, diH$_2$O

### 7.7.5     STANDARDS, CONTROLS, AND CALIBRATION

A positive control and a negative control must be run during each test.  The positive control consists of fresh saliva diluted with 50 µl of water.  The negative control consists of an unstained portion of the stain substrate treated in the manner of the unknown OR the solution used to make the body fluid extract. The type of negative control depends on case factors, such as substrate condition and material, and will be determined by the examiner. The source of the controls, incubation temperature, and results of each control and sample test must be recorded on the worksheet.

### 7.7.6     PROCEDURE

1) Extract a one square centimeter of stain into 50 µl of water.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

For each sample and control:

2)  Add 15 µl of the extract to 15 µl of 1% starch solution and incubate at 37° C for 30 minutes.

3)  Add one drop of Iodine reaction mixture and observe.

### 7.7.7    INTERPRETATION

A positive reaction for amylase is no color change.  A negative reaction (i.e. no amylase) is a dark blue to black color change.

---

[1] Gaensslen, R. E. 1983. Sourcebook in Forensic Serology, Immunology, and Biochemistry. U. S. Department of Justice, National Institute of Justice. Section 11, pp. 184-187.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## 7.8    ALTERNATE LIGHT SOURCE

### 7.8.1    SCOPE

The Omni print 1000 lamps are specially designed for detection of forensic stains, fibers, and fingerprints. Commonly called Alternate Light Sources (ALS), these lamps provide intense light of specific wavelengths usually through a hand-held wand.

Most dried semen stains on cloth are detectable visually because their color, off-white or yellow, is different from that of the material on which the semen has been deposited. On many substrates, however, semen stains are not readily visible. Under ultraviolet[1] (UV, <400 nm) or intense blue[2] (450 nm) light, semen stains fluoresce. When irradiated with a hand-held, short wave – long wave UV lamp or alternate light source, semen stains typically appear fluorescent.

Untreated, dry bloodstains do not show significant fluorescence. However, luminescence can be induced chemically with luminol (see Presumptive Blood – Luminol procedure). Alternatively, the untreated bloodstain can be enhanced using an alternate light source of the proper wavelength in combination with photography through a barrier filter.[3]

### 7.8.2    SAFETY

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling. Gloves must be worn during evidence handling. Clothing may protect unbroken skin; broken skin should be covered. Alternate light sources produce intense light, and some are capable of producing light in the ultraviolet range (below 400 nm). Do not look into the light wand. Wear UV glasses when using wavelengths below 400 nm.

### 7.8.3    RELATED FORMS

Serology Worksheet

### 7.8.4    EQUIPMENT, MATERIALS, AND REAGENTS

Alternate light source (ALS) - e.g., Omni print 1000

amber, red, or orange glasses

### 7.8.5    STANDARDS, CONTROLS, AND CALIBRATION

None

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

### 7.8.6    PROCEDURE

1) Set the ALS to 450 nm.  Follow the manufacturer's instructions for turning on and warming up the lamp.

2) Put on the glasses.

   Recommended goggles for wavelengths:

   450 nm – yellow

   485 nm – orange

   525 nm – orange

   530 nm – orange

   570 nm - red

3) Direct the ALS at the evidence.

4) Document observations on worksheet or document with diagram and include in case folder.

### 7.8.7    INTERPRETATION

Semen stains typically appear fluorescent under ALS.

---

[1] Baechtel, S. F. 1988. The identification and individualization of semen stains. *In:* Forensic Science Handbook, Volume 2. Richard Saferstein, ed. Prentice-hall, Inc., Englewood Cliffs, New Jersey. Chapter 7, p. 349.

[2] Stoilovic, M. 1991. Detection of semen and blood stains using Polilight as a light source. *Forensic Science International* 51: 289-296.

[3] Stoilovic, M. 1991. Detection of semen and blood stains using Polilight as a light source. *Forensic Science International* 51: 289-296.



## 7.9    BODY FLUID STAIN EXTRACTION

### 7.9.1    SCOPE

Possible body fluid stains are removed from the substrate and dissolved for testing. The clear extract is used for HemaTrace® and p30. It is also used to collect cellular debris from a stain for a spermatozoa examination. Extraction of DNA is described in different protocols and should not be confused with a body fluid stain extraction.

### 7.9.2    SAFETY

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling. Follow instructions for reagent preparation. Gloves must be worn during testing. Clothing may protect unbroken skin; broken skin should be covered.

### 7.9.3    RELATED FORMS

Serology Worksheet

### 7.9.4    EQUIPMENT, MATERIALS, AND REAGENTS

microcentrifuge tube – 1.5 ml

spin basket

fine forceps

microcentrifuge

vortex – optional

sonicator – optional

water – distilled or deionized, $diH_2O$

HEPES – Reagents

PBS - Reagents

### 7.9.5    STANDARDS, CONTROLS, AND CALIBRATION

A negative control consisting of the extraction solution must be prepared to serve as the reagent blank in future analyses for species origin identification and with each lot of ABACards®. A substrate control may also be prepared.

### 7.9.6    PROCEDURE

1) In a 1.5 ml microcentrifuge tube, soak a portion of the dried body fluid, stain, or swab in a minimum of extraction solution for at least 30 minutes to one hour.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

    a) The extraction solution may be PBS or, for bloodstains, HEPES buffer.

       i) For bloodstains, HEPES buffer is the preferred extraction solution for old or degraded stains, dilute or weak stains, or stains mixed with oils such as on knife blades or guns. If HEPES buffer is used it must be subjected to quality control with HemaTrace® test cards.

    b) The amount of extraction solution is dependant on the number of analyses to be conducted and the apparent concentration of the stain, but is usually 250 µl.

    c) The p30 assay requires 200 µl of extract or extract dilution. The HemaTrace® requires 150µl of extract or extract dilution. The examiner should plan accordingly.

    d) Samples may be vortexed briefly and/or sonicated to increase dissolution of the stain.

    e) Degraded stains or stains fixed to fabrics can become increasingly insoluble and require much longer extraction times, e.g., 24 hours.

    f) Long extractions should be performed at 4°C.

2) Remove the substrate from the extraction solution. Return as much solution as possible from the substrate to the extract.

3) Collect the cellular debris by centrifugation at 10,000-12,000 rpm for 3 minutes.

4) Store extract at 4°C.

## 7.9.7    INTERPRETATION

None

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## 7.10    PHOTOGRAPHY OF BLOODSTAIN PATTERNS

### 7.10.1  SCOPE

A cursory observation of bloodstain patterns at a crime scene is not acceptable. The individual at the scene responsible for documenting bloodstain patterns must record the exact location and size of each bloodstain of interest. It is also important to record the patterns in relation to nearby walls, ceiling, furniture, or other objects.    This documentation can be accomplished through careful photography.

### 7.10.2  SAFETY

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling. Gloves must be worn if there is any possibility of contact with wet or dry body fluids.  Clothing should protect unbroken skin; broken skin should be covered.

### 7.10.3  RELATED FORMS

None.

### 7.10.4  EQUIPMENT, MATERIALS, AND REAGENTS

camera

film

2 metric scales appropriate to close-up photography

tape measure for larger patterns (optional)

flash (optional)

### 7.10.5  STANDARDS, CONTROLS, AND CALIBRATION

Position two metric scales next to the bloodstain pattern and at 90° to each other to allow measurement of both height and width of the pattern.  If the pattern is large, a tape measure should be used, extending from floor level or another point of reference.

For any type of measurement to be useful in a photograph, it must be distortion free.  To achieve this, the camera (film plane) must be parallel to the bloodstain pattern AND to the two scales.  The scales should always be placed on the same plane as the pattern. On a curved surface, you may need to prop up the scales.  This is extremely critical in close-up work; even a slight camera angle will cause the scales to be distorted or out of focus.

### 7.10.6  PROCEDURE

1)  Ideal bloodstain pattern photographs include

a)  two metric scales positioned at 90°

b)  location of pattern in the crime scene

2)  Photograph patterns at all distances

a)  **Close-up** to show measurements

b)  **Mid-distant** to show placement on object or immediate surroundings

c)  **Distant** to show location in overall crime scene

3)  Exposure

a)  Proper exposure is the key to obtaining good photographs. If under- or over-exposed, the photograph will lack detail in the shadow or highlight areas respectively. A good photo cannot be made from a bad negative. Take several shots varying the exposure, especially if the subject is non-average.

b)  **Non-average subjects** are those for which the average light reflected from the area in the viewfinder is not the middle gray that the camera meter expects, for example, a snowy landscape or small bloodstains on a white wall. The camera meter will indicate the proper exposure if the average light is middle gray, not white, so the camera will underexpose the shot and the wall or the snow, for example, will look gray. Typically, small bloodstains on a white wall and flanked by two white scales will be underexposed two f-stops; only 1/4 of the necessary light for proper exposure actually reaches the film. Use colored scales or make additional exposures, adding two f-stops from the original exposure, to ensure a printable negative.

4)  The **depth of field** is the range of sharp focus and is affected by the aperture, lens focal length, and lens focal distance. As the size of the aperture decreases, the depth of field increase; f/16 produces a larger depth of field than f/8. As the focal length of the lens decreases, the depth of field increases; a 35mm lens produces larger depth of field than a 100mm lens. As the distance to the subject decreases, the depth of field decrease; a lens focused at 20 feet will produce larger depth of field than when it is focused at 10 feet. Close-up photographs of bloodstains on a curved surface, such as a ball, will be particularly challenging and may require several exposures focusing at progressive depths.

5)  The **aperture** is the size of the lens opening and is set with the f-stop. The aperture determines how much light enters the lens for a given exposure time. The **f-stop** is the ratio of the aperture diameter to the focal length and is expressed as a fraction, e.g., 25mm aperture with 50mm lens is f/2. F-stop f/16 is a smaller aperture than f/2. The smaller the aperture, the greater the depth of field, and the slower the shutter speed for proper exposure. For close-ups, maximize the depth of field by minimizing the aperture (maximizing the f-stop) and slowing the shutter speed.

6)  The **shutter speed** determines how long the film will be exposed and is expressed in fractions of a second, e.g., 1/60. Exposure = aperture × shutter speed.

a)  Below 1/30 second, use a tripod and cable release.



b) For a given lens, use a tripod for shutter speeds below the inverse of the focal length.

   i) Example: The lens is 135 mm. The inverse of this is 1/135. Since there is no 1/135 shutter speed, use the next faster speed, 1/250 second, as the minimum for hand-held photos. For exposures less than 1/250, use a tripod.

   ii) Example: The lens is 28-200 mm zoom. The lens is currently set to 125 mm. Use 1/125 second as the minimum for hand-held photos. For exposures less than 1/125, use a tripod.

c) Although most people can hand-hold a 50-55mm lens at 1/30 second, for longer lenses, shutter speeds should be at least 1/60 second unless using a flash. Most cameras will not synchronize with a flash at speeds faster than 1/60, so 1/60 must be used with flash.

7) Films

a) Negative films have greater exposure latitude (are more forgiving) than slide films. Slides can be made from color prints if necessary.

b) Color films are easier to have processed and color is more representative of the crime scene.

c) **Film speed** indicates the film's sensitivity to light and affects resolution. The higher the film speed, the higher the sensitivity. Film speed is determined by the size of silver particles on the film. The larger the grains of silver, the greater the film speed, and the lower the resolution. A slower film will require more light for a proper exposure; this means a larger aperture, which will reduce depth of field, and/or increased exposure time. Fast film allows a faster shutter speed when using long (slow) lenses, but produces a less sharply defined image because of the large grain size. State-of-the-art films use T-grain or crystal technology, which produces a fine grain resolution regardless of film speed, so loss of resolution is less of a concern.

   i) In general, use ASA 100 or 200.

   ii) Use ASA 400 for recurring depth of field problems.

8) In general, avoid **filters** because they cut down on the light that reaches the lens and force you to increase the aperture and, therefore, lose depth of field.

a) Use a filter for black and white film if the bloodstain is the same tone of gray as the background. A red filter will lighten and a cyan filter will darken the spatter so that it contrasts against the background.

b) Use a color-compensating filter if the type of light is not balanced for the color film. Daylight balanced film gives correct color rendition when shooting under sunlight or with flash but produces yellowed pictures under tungsten (regular light bulbs) or green under fluorescent light unless used with a color-compensating filter.

c) Use filters for special lighting situations such as ultraviolet, luminescence, infrared, and laser lighting.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

9) Flash

a) Angle or bounce the flash when photographing reflective surfaces such as glass, mirrors, metal, or liquid to avoid glare or reflection of the flash.

   i) Angle the flash by removing the flash from the camera, attaching it with a PC cord, and holding it at a 45° angle. Light hitting the subject at 45° will bounce away from the lens, whereas light from a camera-mounted flash will bounce directly back into the lens, recording the glare instead of the image. Be sure to keep the flash sensor unobstructed when using in automatic mode.

   ii) Bounce the flash by tilting the flash head toward a ceiling, wall, or anything white that is reasonably close by. Diffuse light will be reflected back onto the subject. Strobes with tilt heads will automatically add exposure to compensate for the indirect lighting.

b) If using a filter and through-the-lens (TTL) light metering with flash, no special adjustments are needed. If not using TTL metering with a filter, adjust the film speed setting on the strobe to compensate for the reduction in light, the "filter factor."

10) Document as necessary to allow a second qualified individual to understand how the photographs were produced and what they represent.

## 7.10.7  INTERPRETATION

None

---





*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

# 7.11    MACROSCOPIC EXAMINATION OF HAIR

### 7.11.1  SCOPE

A visual or macroscopic examination of the questioned and known hairs should be performed to determine the need to conduct a microscopic comparison.

### 7.11.2  SAFETY

Observe standard laboratory precautions.

### 7.11.3  RELATED FORMS

Serology Worksheet.

### 7.11.4  EQUIPMENT, MATERIALS, AND REAGENTS

None.

### 7.11.5  STANDARDS, CONTROLS, AND CALIBRATION

None.

### 7.11.6  PROCEDURE

1.  Separate the hair evidence from debris or substrate, if necessary.
2.  Survey the questioned hair and record approximately how many are present (designate as few, many, etc.).
3.  Examine the known hair standard, if necessary, and record approximately how many are present (designate as few, many, etc).
4.  If necessary, obtain a qualified hair analyst to compare the general characteristics of the questioned hair to the known hair standards. Have the hair analyst note that this was done on the serology worksheet and have them initial the information.



### 7.11.7  INTERPRETATION

All interpretation shall rest on the qualified hair examiner.

Questioned hairs recovered from an individual's body, clothing or environment and determined to be macroscopically similar to the hair standards from that individual are not normally examined further.

Questioned hairs recovered from an individual's body, clothing or environment and determined to be macroscopically dissimilar to the known hair standards from that individual may be subject to a microscopic comparison by a qualified hair examiner.

The decision to perform a microscopic comparison rests on the potential evidentiary value of the hair and the case circumstances.

### 7.11.8  LITERATURE AND SUPPORTING DOCUMENTATION

1.  Bisbing, Richard E., "The Forensic Identification and Association of Human Hair", Chapter 5, Forensic Science Handbook, edited by Richard Saferstein, Prentice-Hall, 1982.
2.  Hicks, John W., Microscopy of Hair, Federal Bureau of Investigation, 1977.
3.  Robertson, J., Forensic Examination of Hair, Taylor and Francis, 1999.



# 7.12 GUIDELINES FOR TRACE EVIDENCE COLLECTION IN FORENSIC BIOLOGY CASES

### 7.12.1 SCOPE

Trace evidence can play a crucial role in apprehending the perpetrator of a crime. For the most part, this guideline refers to sexual assaults and homicides; other offenses (robbery, burglary, etc.) can be handled the same way if necessary.

### 7.12.2 SAFETY

Observe standard laboratory precautions.

### 7.12.3 RELATED FORMS

Serology Worksheet

### 7.12.4 EQUIPMENT, MATERIALS, AND REAGENTS

*glassine or paper fold envelopes*

*tweezers*

### 7.12.5 STANDARDS, CONTROLS, AND CALIBRATION

None

### 7.12.6 PROCEDURE

There are several options available for ensuring that trace evidence is properly collected/stored/preserved.

1. A trace examiner should examine the case in coordination with the forensic biologist during the initial examination. This option is not always available, but it is the option of choice when suspect clothing and samples are available to do a full comparison. Cooperation between the examiners is expected.

2. The assigned forensic biologist can collect hairs, fiber, etc. from all items and package them in a glassine or paper fold envelope. The envelope shall be labeled as to content, item recovered from, and lab number and examiner's initials. The envelope can be stapled or taped to the outside of the bag, etc. it was collected from so that if the trace evidence collected needs to be examined at a later time, the original container does not need to be opened.

3. The assigned forensic biologist can choose not to collect trace evidence. When choosing this option, the items examined should be repackaged with the evidence as they were received so that they could be examined at a later date, with no loss of evidence in the interim.





*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

4. Fingertips, not fingernails or tweezers, should be used to pick up hairs. Fingernails and tweezers can damage or break hairs.

5. Notes should be made on the worksheet as to whether trace evidence was collected. If desired, the examiner may note other observations on the worksheet (presence of animal hairs, racial origin, description of debris), as long as a qualified trace examiner has also observed, documented, and initialed on the worksheet.

### 7.12.7 INTERPRETATION

All interpretation of trace evidence shall rest on the qualified trace examiner.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



# 8.1    DNA EXTRACTION - CHELEX®, AND CONCENTRATION

## 8.1.1   SCOPE

The procedure uses Chelex® 100 chelating resin to extract DNA from forensic samples such as blood, hair, saliva, and post-coital samples.  Differential extractions for post-coital samples Chelex® will be addressed in a separate procedure.   The Chelex method of DNA extraction is rapid and may involve fewer steps than organic methods.  This method produces single-stranded DNA that is suitable for PCR amplification.

The Chelex extraction consists of boiling the sample in a solution containing minute beads of the Chelex chemical.  The boiling breaks open the evidentiary cells, releasing the DNA, and the Chelex binds up most other extraneous materials in the evidentiary sample that might interfere in subsequent analysis.

All extraction procedures must be performed in the extraction work area.  Use reagents and pipettes dedicated to this area.

## 8.1.2   SAFETY

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.  Follow instructions for reagent preparation.  Gloves must be worn during testing.  Clothing should protect unbroken skin; broken skin should be covered.

## 8.1.3   RELATED FORMS

DNA Extraction Worksheet.

## 8.1.4   EQUIPMENT, MATERIALS, AND REAGENTS

scissors, scalpel, tweezers

sterile toothpicks

microcentrifuge tubes, 1.5 ml, or Spin-EASE™ extraction tubes

microtube rack, i.e. floating rack with lid clamp

microcentrifuge with rotor of 2 ml microtubes

1000 µl pipet tips with pipettor

56°C water bath

HPD Crime Laboratory Division
Standard Operating Procedures: Serology/DNA

boiling water bath

hot plate

magnetic stir plate

boileezers

1 L Pyrex beaker or comparable container

Centricon® or Microcon® concentrator

5% Chelex - See Reagents section

sterile dI $H_2O$

10 mg/ml Proteinase K  - See Reagents section

TE Buffer - See Reagents section

## 8.1.5   STANDARDS, CONTROLS, AND CALIBRATION

One reagent blank must be processed for each extraction batch as a negative control. The extraction method must be recorded on the DNA extraction worksheet.

## 8.1.6   PROCEDURE[1,2]

**a)**   **Blood samples - stains or liquid**

1.   Pipette 3 µl whole blood or a bloodstain approximately 3mm by 3mm to a 1.5 ml microcentrifuge tube.

2.   Pipette 1 ml sterile dI $H_2O$ or TE buffer into the tube.   Vortex briefly.

3.   Incubate at room temperature 15 to 30 minutes.  Vortex 5 seconds.

4.   Spin in microcentrifuge for 2 to 3 minutes at maximum speed (10,000-15,000 X g).

5.   Without disturbing the pellet, carefully remove and discard the supernatant, leaving enough behind to cover the pellet without disturbing it.  If the sample is a bloodstain, leave the fabric substrate in the tube with the pellet.  Steps 2-5 may be repeated to remove excess heme.

6.   Add 200 µl 5% Chelex using a large bore pipet tip, such as 1000 µl.

7.   Incubate at 56°C for 30 minutes to 2 hours.

8. Vortex tube for 5 to 10 seconds.

9. Incubate in a boiling water bath for 8 minutes.

10. Vortex tube for 5 to 10 seconds.

11. Spin in a microcentrifuge for 2 to 3 minutes at maximum speed. (optional: see **8.1.7** for concentration of Chelex extracted DNA)

12. The sample is now ready for quantitation. Store extract at 4°C or frozen. Prior to use of these samples for amplification, repeat steps 10 and 11.

**b)**    **Hair samples**

1. Hairs should be cleaned in sterile dlH$_2$O prior to extraction.

2. Cut approximately 1 cm portion from the root end of the hair and place into a 1.5 ml microcentrifuge tube. In a separate tube, add approximately 1 cm of the shaft adjacent to the root of each hair as a control.

3. To each tube, add 200 μl of 5% Chelex using a large bore pipet tip, such as 1000 μl, and 2 μl 10mg/μl Proteinase K

4. Incubate at 56°C (at least 6 to 8 hours) or overnight.

5. Vortex at high speed for 5 to 10 seconds

6. Incubate in a boiling water bath for 8 minutes. Check that the hair root is completely immersed in the Chelex solution before boiling.

7. Vortex at high speed for 5 to 10 seconds.

8. Spin in a microcentrifuge for 2 to 3 minutes at maximum speed (10,000 – 15,000 X g). (optional: see **8.1.7** for concentration of Chelex extracted DNA)

9. Sample is ready for quantitation. Store the remainder of the supernatant at 4°C or frozen. Prior to use of these samples for amplification, repeat steps 7 and 8.

**c)**    **Saliva – swabs, filter paper, gauze**

1. Cut approximately 3 mm X 3 mm portion of the sample, or dissect into sections, and place into a 1.5 ml microcentrifuge tube.

**(steps 2 - 6 are optional)**

2. Add 1 ml sterile dl H$_2$O or TE buffer to tube with sample.

3. Incubate at room temperature for 15 to 30 minutes.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



4. Twirl the swab with a sterile toothpick for at least 2 minutes to agitate the cells off the substrate. Remove the swab and toothpick.

5. Spin in a microcentrifuge for 2 minutes at maximum speed (10,000-15,000 X g).

6. Without disturbing the pellet, remove and discard all but ~50 µl of the supernatant. Re-suspend the pellet in the remaining 50 µl by stirring, a sterile pipet tip may be used.

7. Add 200 µl 5% Chelex using a large bore pipet tip, such as 1000 µl. Vortex tubes for 10 seconds.

8. Incubate at 56°C for 30 minutes to 2 hours. Vortex tubes for 10 seconds.

9. Incubate in a boiling water bath for 8 minutes.

10. Vortex tubes for 10 seconds.

11. Spin in a microcentrifuge at maximum speed for 2 to 3 minutes. (optional: see **8.1.7** for concentration of Chelex extracted DNA)

12. The sample is now ready for quantitation. Store at 4°C or frozen. Prior to use of these samples for amplification, repeat steps 10 and 11.

**d)    Saliva - cigarette butts**

1. Using a sterile scalpel blade or scissors, slice an approximately 5 mm wide strip from the paper covering the cigarette butt in the area which would have been in contact with the mouth.

2. Pull paper slice from cigarette butt, cut into smaller pieces, and put pieces into a 1.5 ml microcentrifuge tube.

3. Add 1 ml 5% Chelex to tube using a large bore pipet tip, such as 1000 µl. Vortex for 30 seconds.

4. Incubate at 56°C for 30 minutes to 2 hours.

5. Vortex tubes for 30 seconds.

6. Incubate in a boiling water bath for 8 minutes.

7. Vortex tubes for 30 seconds.

8. Spin tubes for 30 seconds.

9. Follow steps 2 through 7 of **8.1.7** concentration of Chelex extracted DNA.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



10. The sample is now ready for quantitation.  Store at 4°C or frozen. Prior to use of these samples for amplification, vortex tubes and spin.

### e) Saliva - envelope flaps and stamps

1. Carefully slit open envelope flap with a sterile scalpel blade or carefully remove stamp from the envelope with a sterile scalpel blade.

2. Pipet 50 µl sterile dl $H_2O$ onto a 1 cm square area of gummed flap or stamp. Pipet water up and down on this area a few times and transfer fluid to a 1.5 ml microcentrifuge tube.

3. Repeat step 2 for two additional 1 cm square areas adjacent to area of first extraction.  Add each extract to tube containing first extract.

4. Add 450 µl 5% Chelex to the pooled extracts using a large bore pipet tip, such as 1000 µl.

5. Repeat steps 2 through 3 for adjacent 3 cm square areas if necessary to consume sufficient sample area for testing.

6. Add 30 µl Proteinase K (10mg/ml) to each tube.  Vortex 2 seconds to mix.

7. Incubate at 56°C for 90 minutes.

8. Vortex tubes for 10 seconds.

9. Incubate samples in a boiling water bath for 8 minutes.

10. Vortex at high speed for 10 seconds.

11. Spin in a microcentrifuge at maximum speed (10,000-15,000 X g).

12. Carefully transfer Chelex supernatants to the upper chamber of a Centricon concentrator device.  A Microcon concentrator may be substituted for a Centricon, if used, follow instructions for use of the Microcon.  Avoid transferring any Chelex resin.  If supernatant volume is less than 2 ml, bring volume to the 2 ml line on the Centricon device using TE buffer.

13. Cover top of Centricon with cap.

14. Centrifuge tubes at 1000 X g for 20 minutes.

15. Invert upper chamber of Centricon into the conical collection tube. Centrifuge at 500 X g for 5 minutes to collect retentate.

16. The sample is now ready for quantitation.  Store at 4°C or frozen.  Prior to use of these samples for amplification, vortex tubes and spin.

### 8.1.7    CONCENTRATION OF CHELEX EXTRACTED DNA



1.  After Chelex extraction, vortex the tubes for 30 seconds and spin for 30 seconds.

2.  Add 1 ml of TE buffer to the upper chamber of a Centricon device.  A Microcon concentrator may be substituted for a Centricon. If used, follow instructions for use of the Microcon.

3.  Carefully transfer Chelex supernatant to the Centricon device. Avoid transferring any of the Chelex resin.

4.  Cover the top of the Centricon with a cap.

5.  Centrifuge the tube at 1000 X g for 20 minutes.

6.  Invert the upper chamber of the Centricon into the conical collection tube.

7.  Spin for 500 X g for 5 minutes to collect the retentate (concentrated, Chelex extracted DNA).

8.  The sample is now ready for quantitation.  It should be noted that some DNA may be lost through filtration, but the final volume will be smaller and the DNA concentrated for typing.

---

[1] PE Applied Biosytems AmpF*l*STR® Profiler Plus™ PCR Amplification Kit User's Manual.

[2] BioTechniques, Vol. 10, No. 4, 1991, "Chelex® 100 as a Medium for Simple Extraction of DNA for PCR-Based Typing from Forensic Material", Walsh, P. Sean, Metzger, David, Higuchi, Russell.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## 8.2    DNA EXTRACTION USING DIGEST BUFFER – ORGANIC METHOD

### 8.2.1    SCOPE

The procedure uses digest buffer along with other reagents to digest and extract DNA from a variety of forensic samples, such as blood, saliva, hair, tissue, bone, and teeth. Extracts are purified using phenol-chloroform-isoamyl alcohol and followed by dialysis and concentration using Centricon devices or Microcon devices. Ten µl of whole blood will yield approximately 500 ng of DNA.

### 8.2.2    SAFETY

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling. Follow instructions for reagent preparation. Gloves must be worn during testing. Clothing may protect unbroken skin; broken skin should be covered.

### 8.2.3    RELATED FORMS

DNA Extraction Worksheet

### 8.2.4    EQUIPMENT, MATERIALS, AND REAGENTS

scissors, scalpel, tweezers

digest buffer – See Reagents section

Phenol:Chloroform:Isoamyl alcohol (v/v 25:24:1) – purchased reagent

TE Buffer – see Reagents section

10 mg/ml Proteinase K – see Reagents section

1M DTT – see Reagents section

Centricon® or Microcon® concentrator

tubes – 1.5 ml, microcentrifuge

sterile toothpicks

microcentrifuge with rotor for 2 ml tubes

water bath – 56°C +/- 1°C

vortex

### 8.2.5    STANDARDS, CONTROLS, AND CALIBRATION

One reagent blank must be processed for each extraction batch as a negative control. The extraction method must be recorded on the DNA Extraction worksheet.



### 8.2.6    PROCEDURE[1]

1)    Pipette 0.5 ml Digest Buffer into a 1.5 ml microcentrifuge tube. Add one of the following and mix:

Note:    The following are recommended amounts for reference samples. Evidence samples may be in limiting supply. The user should add as much evidentiary sample to the tube as possible, up to the quantities specified below, retaining sufficient sample for replicate analysis if possible. Always use clean scalpel, scissors, or forceps with each sample.

a)    **Blood samples- stains or liquid-**1 $cm^2$ bloodstain or 10 to 50 µl whole blood or 2 to10 µl buffy coat (approximately $10^5$ white blood cells).

b)    **Saliva samples-** including but not limited to oral swabs, filter paper, stamps, envelope flaps, cigarette butts, oral contact swab 1 $cm^2$ stain (including filter paper, stamps, and envelope flaps), 1cm strip of paper covering end of cigarette butt, 1/3 of a swab up to one whole swab.

c)    **Hair samples-** Approximately 1 cm of root end of hair in one tube and a separate tube for a 1 cm portion of the adjacent shaft of each hair as a control. Hairs should be cleaned in sterile distilled water prior to extraction.

d)    **Tissue samples-** including but not limited to skin, muscle, and body organs. Approximately 3-5 $mm^2$. It is helpful to mince the tissue prior to adding to digest buffer.

e)    **Bone and Teeth[2]-** One tooth or approximately 2 $cm^3$ of bone (preferably flat bone in adults-i.e. pelvis, sternum, ribs). The exterior surface of each sample should be cleaned thoroughly of all debris. Bones may be sanded using a dremel tool to remove debris. Teeth may be cleaned with sterile distilled water and bleach unless there are surface fractures in which case only sterile water is used. Bone and teeth samples are prepared by crushing them into a fine powder. This can be achieved by using a hydraulic press with a stainless steel chamber that is cleaned with bleach between each sample. Approximately 0.5g of sample will be placed into each 1.5 ml tube (this may take several tubes).

f)    **Miscellaneous-** including but not limited to items containing shed skin cells, sweat or other body fluids that may contain sufficient quantities of recoverable DNA. Amounts to be used will be at the analyst's discretion.

*A pause in the procedure is acceptable at this point.*

2)    Add 15 µl of 10 mg/ml Proteinase K solution (to a final concentration of 0.3 mg/ml). *If processing hair samples also add 20 µl DTT*.* Mix gently. Incubate at 56°C for at least 1 hour (hair samples 6 hours*). For evidence samples it is

recommended that digestion continue for a minimum of 6 hours. Digestion may be performed overnight, but more than 24 hours is not recommended.

*When processing hair samples, a second digestion using 15 µl of 10 mg/ml Proteinase K solution and 20 µl DTT is performed overnight after the initial 6 hour digestion.

3)    After digestion, remove any substrate with a fresh sterile toothpick or sterile, disposable pipette tip. Discard substrate or spin the sample for 2 minutes at 12,500 x g to capture sample at bottom of tube.

4)    Separate DNA from protein fragments. Caution: Wear gloves and eye protection

    a)    To 0.5 ml lysed and digested cells, add 0.5 ml buffered phenol-chloroform solution. Cap tube and vortex for 15 seconds until an emulsion forms.

    b)    Spin in a microcentrifuge for 3 to 5 minutes at 10,000 to 15,000 x g (maximum speed) at room temperature to separate the two phases.

    c)    Use a sterile pipette tip to transfer the upper aqueous phase to a fresh 1.5 ml microcentrifuge tube.

5)    Repeat Step 4 an additional 2 to 3 times, if necessary, until the interface is clean and the aqueous phase is clear. For these additional extractions, the lower phenol-chloroform layer may be removed and discarded, thus eliminating the need for a fresh microcentrifuge tube after the first extraction.

*A pause in the procedure is acceptable at this point.*

6)    Wash and concentrate the DNA solution (aqueous phase) in a Centricon®-100 ultrafiltration device as follows:

    a)    Assemble the Centricon®-100 unit according to the manufacturer's directions and label each unit.

    b)    Add 1.5 ml TE Buffer to the upper Centricon®-100 reservoir.

    c)    Add the entire (approximately 0.5 ml) extracted DNA sample to the top of the TE Buffer. Cap the retentate cup. Centrifuge in a fixed-angle rotor at 1000 x g (see centrifuge manual for conversion of g to rpm) at room temperature for 20 minutes. The DNA sample will remain concentrated in about 20 to 40 µl of TE Buffer in the bottom of the upper Centricon® reservoir and molecules with molecular weights of less than about 100,000 daltons will pass through the filter. Discard the effluent in the lower reservoir.

Note: The Centricon® units are sensitive to rotor force. Do not centrifuge above 1,000 x g. Centrifugation time can be increased if the volume does not reduce to 40 µl in the specified 20 minutes.

    d)    Add 2 ml of TE Buffer to the concentrated DNA solution in the upper Centricon® reservoir.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

---

e)   Repeat the centrifugation and wash steps in 6c through 6d once or twice. After the last wash cycle collect the approximately 40 µl concentrated DNA sample (as per Centricon® instructions) by inverting the upper reservoir into the provided retentate cup, and centrifuging at 500 x g for 2 to 5 minutes to transfer concentrate into cup.   Label retentate cup.   The sample is now ready for quantitation. Store the sample at 2 to 8°C or freeze at -20°C until ready to perform PCR.

---

[1] Amplitype® User Guide, Version 2, Perkin Elmer 1993
[2] Sweet D, Hildebrand D. Recovery of DNA from human teeth by cryogenic grinding. J Forensic Sci 1998; 43(6):1199-1202



## 8.3     DNA EXTRACTION USING STAIN EXTRACTION BUFFER – ORGANIC METHOD

### 8.3.1   SCOPE

The procedure uses stain extraction buffer, along with other reagents to digest and extract DNA from a variety of forensic samples, such as, blood, saliva, hair, tissue, bone, and teeth.   Extracts are purified using phenol-chloroform-isoamyl alcohol and followed by dialysis and concentration using Centricon® devices or Microcon® devices.

### 8.3.2   SAFETY

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.  Follow instructions for reagent preparation.  Gloves must be worn during testing.  Clothing should protect unbroken skin; broken skin should be covered.

### 8.3.3   RELATED FORMS

DNA Extraction Worksheet

### 8.3.4   EQUIPMENT, MATERIALS, AND REAGENTS

scissors, scalpel, tweezers

microcentrifuge tubes, 1.5 ml, or Spin-EASE™ extraction tubes

microcentrifuge with rotor for 2 ml tubes

vortex

56°C water bath

sterile toothpicks

Centricon® or Microcon® concentrator

Phenol:Chloroform:Isoamyl alcohol (v/v 25:24:1) - purchased reagent

Stain Extraction Buffer - See Reagents section

10mg/ml Proteinase K - See Reagents section

TE Buffer - See Reagents section



0.39M DTT - See Reagents section

### 8.3.5   STANDARDS, CONTROLS, AND CALIBRATION

One reagent blank control must be processed for each extraction batch as a negative control. The extraction method must be recorded on the DNA extraction worksheet.

### 8.3.6   PROCEDURE[1,2]

1. Pipette 0.5 ml Stain Extraction Buffer into a 1.5 ml microcentrifuge tube or Spin-EASE™ extraction tube. Add one of the following and mix.

**Note:** The following are recommended amounts for reference samples. Evidence samples may be in limiting supply. The user should add as much evidentiary sample to the tube as possible, up to the quantities specified below, retaining sufficient sample for replicate analysis if possible. Always use clean scalpel, scissors, or forceps with each sample.

    **a. Blood samples - stains or liquid**

        3 mm$^2$ up to 1cm$^2$ bloodstain, or 10 $\mu$l to 50 $\mu$l whole blood.

    **b. Saliva samples - (including, but not limited to) oral swabs, filter paper, stamps, envelope flaps, cigarette butts, oral contact swab**

        1 cm$^2$ stain (including filter paper, stamps, and envelope flaps), 1 cm strip of paper covering end of cigarette butt, 1/3 of a swab up to one whole swab.

    **c. Hair samples**

        Approximately 1 cm of root end of hair in one tube and a separate tube for a 1 cm portion of the adjacent shaft of each hair as a control. Hairs should be cleaned in sterile distilled water prior to extraction.

    **d. Tissue samples - (including, but not limited to) skin, muscle, and body organs**

        Approximately 3 - 5 mm$^2$. It is helpful to mince the tissue prior to adding stain extraction buffer.

    **e. Bone and Teeth**

        One tooth or approximately 2 cm$^3$ of bone (preferable flat bone in adults - i.e. pelvis, sternum, ribs). The exterior surface of each sample should be cleaned thoroughly of all debris. Bones may be sanded using a dremel tool to remove debris. Teeth may be cleaned with sterile water and bleach unless there are surface fractures. In which case, only use sterile water to clean the tooth. Bone and teeth samples are prepared by crushing them into a fine powder.





f. Miscellaneous - (including, but not limited to) items containing shed skin cells, sweat, or other body fluids which may contain sufficient quantities of recoverable DNA.

Amounts to be used will be at the analyst's discretion.

*A pause in the procedure is acceptable at this time.*

2. Add 10 µl of 10 mg/ml Proteinase K solution. If processing hair samples, also add 20 µl of 0.39M DTT *. Mix gently. Incubate at 56°C for at least 1 hour (hair samples 6 hours). For evidentiary samples, it is recommended that digestion continue for a minimum of 6 hours. Digestion may be performed overnight, but more than 24 hours is not recommended.

   * When processing hair samples, a second digestion using 15 µl of 10 mg/ml Proteinase K solution and 20 µl of 0.39M DTT is performed overnight after the initial 6 hour digestion.

3. After digestion, you may remove any substrate with clean forceps or with a fresh sterile toothpick and place in a spin basket. If this is done, spin at maximum speed, about 12,500 rpm for 5 minutes. Alternatively, you may leave the substrate in the tube and spin for 1 minute to force the substrate to the bottom of the tube.

4. To 0.5 ml lysed and digested cells, add 0.5 ml phenol-chloroform-isoamyl alcohol. Cap tube and vortex for 15 seconds until an emulsion forms.

5. Spin in centrifuge for 5 minutes at 12,500 rpm, at room temperature, to separate the two phases. Remove the top aqueous phase to a labeled 1.5 ml microcentrifuge tube or an assembled Centricon® tube (skip to step 7 if no additional extractions are necessary).

6. If necessary, repeat steps 4 and 5, using the aqueous layer (after it has been transferred to a labeled 1.5 ml microcentrifuge tube) an additional 2 - 3 times, until the interface is clean and the aqueous layer is clear.

7. Wash and concentrate the DNA solution in a Centricon®-100 ultra-filtration device as follows:

   (1) Assemble the Centricon® device according to the manufacturer's directions and label each unit.

   (2) Add 1.5 ml TE Buffer to the upper Centricon® reservoir.

   (3) Add the entire (approximately 0.5 ml) extracted DNA sample to the top of the TE Buffer. Cap with the retentate cup. Centrifuge in a fixed-angle rotor at 1,000 X g at room temperature for 20 minutes. The effluent in the lower reservoir may be discarded at this time. Another 2 ml of TE buffer can be added to the top reservoir if further clean-up is necessary, spin again if added. The DNA sample will remain concentrated in about 20 µl to 40 µl of TE Buffer in the bottom of the upper Centricon® reservoir.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

Molecules with molecular weights of less than about 100,000 will pass through the filter.

(4)   After the last wash cycle, collect the concentrated DNA sample by inverting the upper reservoir into the provided retentate cup and centrifuge at 500 X g for 5 minutes to collect your purified DNA in the retentate cup. Discard the effluent in the lower reservoir. Steps 7(3) and 7(4) may be repeated.

Note: The Centricon® devices are sensitive to rotor force. Do not centrifuge above 1,000 X g. Centrifugation time can be increased if the volume does not reduce to 40 µl in the specified 20 minutes.

8.  The purified DNA may be transferred to a labeled 1.5 ml microcentrifuge tube, a labeled 0.5 ml tube, or retained in the retentate cup. The sample is now ready for quantitation. Store the sample at 2 to 8°C or freeze at -20°C until ready for PCR.

---

[1] FBI Laboratory, PCR-based typing protocols.

[2] Comey, C., et.al., "DNA Extraction Strategies for Amplified Fragment Length Polymorphism Analysis", *J. Forensic Sciences,* Vol. 39, 1994, pp. 1254-1269.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## 8.4   DIFFERENTIAL EXTRACTION OF SEMEN STAINS USING TNE

### 8.4.1  SCOPE

This method of DNA extraction is appropriate for use on stains or swabs mixed with or originating from seminal fluid containing spermatozoa.  The differential lysis procedure[1] separates the stain components into a sperm fraction and a non-sperm (epithelial cell) fraction.  Following the differential lysis of the cellular material, the DNA fractions are further purified using organic extraction (phenol-chloroform)[2].  The resultant DNA fractions are then individually typed and compared to reference standards from the victim(s) and/or suspect(s).

### 8.4.2  SAFETY

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.  Follow instructions for reagent preparation.  Gloves must be worn during testing.  Clothing may protect unbroken skin; broken skin should be covered.

### 8.4.3  RELATED FORMS

DNA Extraction worksheet

### 8.4.4  EQUIPMENT, MATERIALS, AND REAGENTS

scissors, scalpel, tweezers

tubes – 1.5 ml, microcentrifuge

microcentrifuge with rotor for 2-ml tubes

vortex

water bath (37°C)

Tris/EDTA/NaCl (TNE) – see Reagents section

20% Sarcosyl (1:10 dilution of 20% SDS – see Reagents section)

Proteinase K (10 mg/ml) – see Reagents section

0.39 M DTT – see Reagents section

Phenol:Chloroform:Isoamyl alcohol  (v/v 25:24:1) – purchased reagent

TE Buffer – see Reagents section

Centricon® or Microcon® concentrator

Ethanol, denatured

---



### 8.4.5  STANDARDS, CONTROLS, AND CALIBRATION

One reagent blank must be processed for each extraction batch as a negative control. The extraction method must be recorded on the DNA Extraction worksheet.

### 8.4.6  PROCEDURE

1)  a) All extraction steps must be performed in the Extraction Work Area. Extract known samples at a different time than questioned samples. Use reagents and pipets dedicated to this area.

   b) Swabs should be dissected into pieces of appropriate size. Use a clean cutting surface for each sample. Sections which are not to be analyzed immediately should be stored frozen.

2)  From the evidentiary semen stain remove up to:

   a)   0.25 - 1 swab

   b)   0.1 - 0.5 cm$^2$ dried stain

   and place into a 1.5 ml microcentrifuge tube.

3)  Add:   400 µl Tris/EDTA/NaCl (TNE)
        25 µl 20% sarkosyl
        75 µl sterile dH$_2$O
        <u>  5 µl Proteinase K</u>
        505 µl total volume

   Mix tube contents and incubate at 37°C for 2 hours.

4)  Place the swab or fabric into the spin basket and centrifuge for 5 minutes at 10,000 – 12,000 RPMS.

5)  Transfer the supernatant fluid to a fresh 1.5 ml microcentrifuge tube for epithelial DNA analysis beginning with step 8.

The following options may help obtain cleaner DNA fractions:

   a) The epithelial cell DNA fraction can be spun an additional time to remove any sperm heads or particles that may not have pelleted during the first spin. Centrifuge supernatant for an additional 5 minutes. A pellet may be visible on the bottom of the tube. Carefully remove liquid and place in a 1.5 ml microcentrifuge tube. The residual pellet from this step may be combined with the pellet from the first centrifuge step.

   b) Resuspend sperm pellet in either TNE, TNE + 2% SDS, or sterile water. Centrifuge for 5 minutes. Repeat three to five times.





*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

6)    Resuspend sperm pellet in 160 μl TNE. Aliquot 10 μl on microscope slide. Fix slide and stain with NFR-PIC (Christmas tree stain) and examine for sperm. Record the number of sperm per field on the DNA Extraction worksheet.

7)    To the sperm pellet add:   150 μl TNE
                      50 μl  20% sarkosyl
                      40 μl  0.39 M DTT
                      150 μl  sterile water
                      <u>10 μl  Proteinase K</u>
                      400 μl total volume

Mix tube contents and incubate at 37°C for 2 hours. Samples may be incubated up to 6 hours.

8)    To the lysed and digested sperm or epithelial cells, add an equal volume of phenol-chloroform. Cap tube and vortex for 15 seconds, until emulsion forms. Spin in a microcentrifuge for 3–5 minutes at 10,000-15,000 x g (maximum speed) at room temperature, until the two phases separate. Use a sterile pipet tip to transfer the upper aqueous phase to a fresh, 1.5 ml microcentrifuge tube.

9)    Repeat step 8 an additional 2–3 times if necessary, until the interface is clean and the aqueous phase is clear. For these additional extractions, the lower phenol-chloroform layer may be removed and discarded, eliminating the need for a fresh microcentrifuge tube after the first extraction.

*A pause in the procedure is acceptable at this point.*

10)   Wash and concentrate the DNA solution in a Centricon® ultrafiltration device as follows:

a)  Assemble the Centricon® unit according to the manufacturer's directions and label each unit.

b)  Add 1.5 ml TE Buffer to the upper Centricon® reservoir.

c)  Add the entire (approximately 0.5 ml) extracted DNA sample to the top of the TE Buffer. Centrifuge in a fixed angle rotor at 1000 x g at room temperature for 20 minutes. The DNA sample will remain concentrated in about 20 to 40 μl of the TE Buffer in the upper Centricon® reservoir, while molecules with molecular weights of less than approximately 100,000 daltons will pass through the filter. Discard the effluent in the lower reservoir.

d)  Add 2 ml of TE Buffer to the concentrated DNA solution in the upper Centricon® reservoir.

e)  Repeat the wash steps and centrifugation once or twice, if necessary. After the last wash cycle, collect the approximately 40 μl concentrated DNA sample (as per Centricon® instructions) by inverting the upper reservoir into the provided retentate cup and centrifuging at 500 x g for 2 minutes to transfer concentrate into cup. Label the retentate cup or transfer the sample

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

into a labeled microcentrifuge tube.  Store at 2-8°C or freeze at -20°C until ready to perform PCR.

*Note:  Centricon® units are sensitive to rotor force.  Do not centrifuge above 1000 x g.  Centrifugation time can be increased if the volume does not reduce to 40 µl in the specified 20 minutes.  As an alternative to the Centricon® unit, Microcon® microconcentrators may be used.*

[1] Laber, Terry L., J.M. O'Connor , J.T. Iverson, J.A. Liberty, and D.L. Bergman. 1992. Validation of Four Deoxyribonucleic Acid (DNA) Extraction Protocols for DNA Yield and Variation in Restriction Fragment Length Polymorphism (RFLP) Sizes Under Varying Gel Conditions. *J Forensic Sci* 37(2): 404-424.

[2] von Beroldingen, C.H., E.T. Blake, R. Higuchi, G.F. Sensabaugh, H.A. Erlich. "Applications of PCR to the Analysis of Biological Evidence", PCR Technology: Principles and Applications for DNA Amplification, Erlich H. editor, New York: Stockton Press, 1989: 209-223.





# 8.5   MICROCON® CONCENTRATION OF EXTRACTED DNA

## 8.5.1  SCOPE

Microcon® microconcentrators may be used as an alternative to Centricon® tubes for concentrating and desalting DNA extracts[1]. The Microcon® microconcentrator consists of two components: filtration unit (sample reservoir) and filtrate/recovery tube.

## 8.5.2  SAFETY

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling. Gloves must be worn during testing. Clothing may protect unbroken skin; broken skin should be covered.

## 8.5.3  RELATED FORMS

## 8.5.4  EQUIPMENT, MATERIALS, AND REAGENTS

Microcon® microconcentrators

variable speed microcentrifuge with rotor for 2 ml tubes

TE Buffer – see reagents section

## 8.5.5  STANDARDS, CONTROLS, AND CALIBRATIONS

Reagent blanks should be concentrated as a negative control.

## 8.5.6  PROCEDURE

1)    General

   a) Do not touch filtration membrane with pipet tip or other object.

   b) Extended centrifugation can lead to dryness. If this should occur, add at least 10 μl TE Buffer to the sample reservoir, agitate gently for 30 seconds, then proceed with recovery.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



   c) Excessive g-force (>14,000 x g) may result in leakage or damage to the membrane.

2) Using a sterile pipet tip, add up to 500 µl of sample to sample reservoir. Seal with attached cap.

3) Centrifuge 8 minutes at 10,000 rpm (<14,000 x g). Continue to centrifuge if an insufficient amount of filtrate has passed through filter.

4) Add 500 µl TE Buffer to sample reservoir to wash DNA and centrifuge as in step 3. Additional TE Buffer washes may assist in removal of pigments or other contaminants.

5) Invert sample reservoir into a fresh sample recovery tube.

6) Centrifuge inverted unit for 2-3 minutes at 3000 rpm (1000 x g) to recover DNA sample. Recovery volume should be 10-40 µl.

7) Store the DNA extract at 2-8°C or -20°C until ready to perform PCR.

---

[1] Microcon® Centrifugal Filter Devices User Guide. Revision I, 6/98. Amicon.





# 8.6    DIRECT DNA AMPLIFICATION OF LIQUID BLOOD ON FTA™ PAPER

## 8.6.1  SCOPE

A 1.2 mm punched sample of whole blood, dried on FTA™ paper, can be directly amplified. By eliminating the extraction and quantitation steps the processing time of these samples can be significantly reduced.  When known liquid blood samples are applied to the FTA™ treated paper, cell membranes are disrupted and DNA becomes entangled and tightly bound in the FTA matrix. The FTA samples are washed several times prior to amplification to purify the DNA and to remove heme and other inhibitors before the process proceeds as normal.

## 8.6.2  SAFETY

Blood may contain infective agents.  Use universal precautions during evidence handling.  Follow instructions for reagent preparation.  Gloves must be worn during testing.  Clothing should protect unbroken skin; broken skin should be covered.

## 8.6.3  RELATED FORMS

9600/9700 Amplification Worksheet

## 8.6.4  EQUIPMENT, MATERIALS, AND REAGENTS

FTA™ Card

Micro-punch 1.2 mm, with mat

TE buffer

sterile $diH_2O$

pipettes, adjustable

pipet tips

vortex

decapper

amplification tubes, 0.2 ml or 0.5 ml



micro tube rack

55°C - 60°C dry oven

### 8.6.5  STANDARDS, CONTROLS, AND CALIBRATION

One reagent blank control, consisting of an unstained 1.2 mm FTA punched paper in an amplification tube, must be processed for each batch of samples as a negative control.

Follow normal DNA amplification protocol with Profiler Plus and Cofiler kits, using both positive and negative amplification controls.

### 8.6.6  PROCEDURE

1. Thoroughly mix the liquid blood tube by rocking or tilting.   Pipet or pour approximately 200 µl of the liquid blood specimen on the FTA paper.  Allow the FTA paper to completely dry before processing further.   This will take approximately 2 hours to overnight.

   EDTA or other anti-coagulant whole blood specimens are recommended.

2. Using a clean 1.2 mm micro-punch, remove a sample of blood preferably from the middle of the stain and place it directly into a labeled amplification tube.

   The micro-punch and mat should be wiped with ethanol or methanol between samples.

3. Prepare a reagent blank control and label tube.

4. Add 200 µl of $diH_2O$ or TE buffer to each sample tube and reagent blank control tube.  Cap and briefly agitate the punch by vortexing 1 to 2 seconds.

5. Allow the tubes to sit for 5 minutes at room temperature with an optional second brief vortex halfway through the incubation.

6. After the 5 minutes incubation, vortex  and then carefully remove as much of the wash as possible by pipetting.  DO NOT remove the paper punch.

7. Repeat steps 4 through 6 an additional 2-4 times for a total of three to five washes.  Use TE buffer for the last 2-3 washes.

   The paper punch may become spongy and it is not uncommon for the punch to separate into several pieces.

8. Pipet off the final TE wash. The FTA paper punch may be allowed to air dry by placing the tube with punch in a 55°C - 60°C dry oven.



9.    Add 20 µl of TE buffer to each sample tube and reagent blank control.

10.   Add 30 µl of PCR amplification mix to each sample tube and reagent blank control.  Follow DNA amplification - Profiler Plus and Cofiler protocol for a total reaction volume of 50 µl.  This protocol is not suitable for half reactions.

11.   Cap the tubes.  Remove any air pocket surrounding the paper punch at the bottom of the tube by flicking or tapping the tube.

12.   Place tubes in the appropriate thermal cycler for amplification.

13.   After amplification, an additional 45 minute, 60°C hold extension should be performed.

14.   Initial set-up allows 0.5 µl to 1.5 µl of amplified product to the 25 µl of formamide/GS500 ROX solution.  Follow the remaining 310 Genetic Analyzer Sample Preparation protocol.

### Instructions for using the 1.2 mm Micro-Punch

The micro-punch is designed for sampling dry media only.

a. Place the sample media onto the cutting mat.



b. Position the micro-punch tip over the area to samples.

c. Firmly hold the micro-punch above the center lip on the barrel with your thumb and index finger.

d. Hold the barrel below the center lip with the thumb and index finger of your other hand.

e. Gently push the assembly downward onto the sample media, rotating the barrel clockwise and counterclockwise.

f. Lift the barrel up from the sample media.  The sample is stored in the recessed area of the tip.

g. Transfer the sample to a collecting vial and depress the plunger to eject the sample from the tip.



# 9    DNA QUANTITATION – QUANTIBLOT™

## 9.1    SCOPE

For DNA quantitation, use of a slot/dot blot may be preferred over a yield gel under any of these sample conditions: 1) high proportion of single-stranded DNA, 2) small quantities of DNA (to less than 0.2 ng), or 3) high proportion of non-human to human DNA. This protocol uses the QuantiBlot™ Human DNA Quantitation Kit (Applied Biosystems part number N808-0114) and THE CONVERTIBLE filtration manifold system.

The procedure is based on the hybridization of a biotinylated oligonucleotide probe to DNA samples immobilized on a nylon membrane.[1] The probe in the kit is complementary to a primate-specific, 40 bp, alpha satellite DNA sequence at the locus D17Z1.[2] Subsequent binding of Enzyme Conjugate: HRP-SA (horseradish peroxidase-streptavidin) to the biotin moiety of the probe allows for either colorimetric or chemiluminescent detection. In the case of chemiluminescent detection with ECL, the oxidation of a luminol-based reagent catalyzed by the horseradish peroxidase results in the emission of photons, which are detected on standard autoradiography film. [3] Chemiluminescent detection with ECL Plus is based on the enzymatic generation of an acridinium ester which produces light. [4,5]

## 9.2    SAFETY

Body fluids and extracts may contain infective agents. Beyond mild irritation of the skin or eyes, contact with the QuantiBlot™ reagents does not usually cause acute health effects and are not known to cause any significant chronic health effects after prolonged exposure. Use universal precautions during evidence handling. Follow instructions for reagent preparation. Gloves, a lab coat, and eye protection should be worn during reagent preparation. Gloves must be worn during testing. Clothing may protect unbroken skin; broken skin should be covered.

## 9.3    RELATED FORMS

QuantiBlot DNA Quantitation worksheet

## 9.4    EQUIPMENT, MATERIALS, AND REAGENTS

hybridization tray – e. g. Applied Biosystems part number N808-0136, or equivalent

rotating water bath – 50°C +/- 1°C, 50-60 rpm

weight – e.g., 1 kg lead ring, Cole Parmer catalog number EW-06137-06, or equivalent

orbital shaker – 100-125 rpm

slot or dot blot apparatus - THE CONVERTIBLE Filtration Manifold System (Lab Repco), base plate (catalog number 11055-019) and either 48-well 0.75 x 7.5 mm slot top plate and gasket (catalog number 11055-068)

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



vortex

vacuum source and trap

tubes – 0.5 ml, microcentrifuge

96 well microtiter plates

Biodyne® B membrane

QuantiBlot Hybe Solution – see Reagents section

QuantiBlot Wash Solution – see Reagents section

QuantiBlot Pre-Wetting Solution – see Reagents section

QuantiBlot™ kit – Applied Biosystems part number N808-0114

TE Buffer – see Reagents section

QuantiBlot Spotting Solution – see Reagents section

Hydrogen peroxide – 30% w/w in water

20% (w/v) SDS – see Reagents section

QuantiBlot Citrate Buffer – see Reagents section

de-ionized or distilled water

film processor or substitute

film cassette

X-Ray film – (such as Kodak XAR5 film, Kodak Biomax ML, or equivalent)

Benchkote

ECL™ Detection Reagents – (such as RPN.2109 or RPN.2132 from Amersham)

## 9.5    STANDARDS, CONTROLS, AND CALIBRATION

Human DNA Standards, in two-fold serial dilutions ranging from 10 ng to 0.156 ng, must be applied in order in one column of apparatus wells. These dilution standards will be used to estimate the nanograms of human DNA applied to each sample well.

Calibration standards 1 and 2 (3.5 ng and 0.5 ng per well respectively) must be applied to each membrane. These calibration standards are supplied with the kit and will be used as a quality control for the dilution standards. Both the dilution standards and calibration standards also act as positive human DNA controls.

One quantitation blank consisting of 150 µl of spotting solution will be applied to one well of each membrane as a negative control for the quantitation procedure.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



The water bath temperature must be recorded on the QuantiBlot worksheet. The volume of sample applied to the membrane and the number of nanograms of DNA observed per sample well must be recorded on the DNA Extract Log.

### 9.6    PROCEDURE [6]

1) Pre-heat Wash and Hybridization Solutions to 37-55°C in an oven or water bath. Mix well. Solids must be in solution prior to use. Maintain solution temperature throughout the procedure.

2) Based on the expected DNA concentration, determine and record the volume of extract to be loaded for each sample. From 1-5 µl can be loaded, but dilutions of the extract should be made for accurate quantitation of samples with greater than 10 ng/µl.

3) Cut a piece of Biodyne B membrane to approximately 11.0 cm × 8.0 cm. Analyst may notch one corner to maintain membrane orientation. Use forceps to handle the membrane throughout procedure.

4) Soak the membrane in a hybridization tray in 50 ml of Pre-Wetting Solution for 1-30 minutes.

5) If no dilution standards are present in the kit prepare dilution standards as follows:

   a) Label seven 0.5 ml microcentrifuge tubes A through G.

   b) Vortex the kit DNA Standard A (2 ng/µl), spin briefly and transfer 120 µl into tube A.

   c) Aliquot 60 µl of TE Buffer into each of the six remaining tubes B through G.

   d) Transfer 60 µl from tube A (2 ng/µl) to the 60 µl of TE Buffer in tube B. Vortex and spin briefly.

   e) Transfer 60 µl from tube B (1 ng/µl) to the 60 µl of TE Buffer in tube C. Vortex and spin briefly.

   f) Continue the serial dilution through tube G (0.03125 ng/µl).

   g) Write the date, as the prep number, and your initials on the outside of the kit box. Store dilution standards at 2-8°C for up to three months. Discard in regular trash. Optional: Dilutions may be made up in smaller quantities on day of use.

6) Vortex each dilution and calibration standard and spin down.

7) Prepare the spotting tubes or microplate wells.

   a) Label one clean microcentrifuge tube for each sample, each of the 9 standards (A through G, Cal 1, and Cal 2), and one quantitation blank. A labeled 96 well microplate may be used in place of separate tubes.

   b) Pipette 150 µl of Spotting Solution into each empty spotting tube or microplate well.

c) For each dilution and calibration standard, add 5 μl from the source tube to the corresponding spotting tube or microplate well.

d) For each sample, add 1-5 μl from the source tube to the corresponding spotting tube or microplate well. Verify on the worksheet the quantity from each source tube used.

8) Spot the samples and standards.

a) Assemble the apparatus bottom plate and gasket, vacuum source, and trap. Be sure the clamp is at RELEASE and the sample vacuum is at OFF.

b) Using forceps, place the membrane on top of the gasket. Cover with the top plate. Apply a vacuum, turn the clamp ON, and press down the top plate to ensure a good seal.

c) Using a fresh pipette tip for each, slowly pipette the contents of each spotting tube or microplate well into the appropriate well according to the worksheet. A multichannel pipettor may be used. Do not touch the membrane; minimize the formation of bubbles.

d) Slowly apply a sample vacuum adequate to draw all samples through the membrane within about 30 seconds.

e) Turn the sample vacuum OFF, turn the clamp to RELEASE, and immediately disassemble the apparatus and proceed to the hybridization steps. DO NOT LET THE MEMBRANE DRY OUT.

9) Hybridize the probe to the immobilized DNA.

a) *Pre-hybridization:* Transfer membrane to 100 ml of pre-warmed Hybridization Solution in a hybridization tray. Add 5 ml of 30% $H_2O_2$ (hydrogen peroxide). Rotate gently (50-60 rpm) in 50°C water bath for 15 minutes. Pour off solution.

b) During the remainder of the procedure, soak the apparatus top plate, gasket and bottom plate in 0.1% SDS (5 ml 20% SDS in 1 L of water). After soaking, rinse with an excess of tap water and a final rinse of distilled or $dIH_2O$. Allow to air dry. Never rinse the apparatus plate or gasket with ethanol or bleach.

c) *Hybridization:* Add 30 ml of Hybridization Solution and 20 μl kit D17Z1 probe. Rotate gently (50-60 rpm) in 50°C water bath for 20 minutes. Pour off solution.

d) Rinse membrane briefly in approximately 100 ml of pre-warmed Wash Solution by rocking tray for several seconds. Pour off solution.

e) *Stringent Wash/Conjugation:* Add 30 ml of pre-warmed Wash Solution and 90 μl of kit Enzyme Conjugate: HRP-SA to the membrane in the tray. Rotate gently (50-60 rpm) in 50°C water bath for 10 minutes. Pour off solution.

f) Thoroughly rinse membrane twice in about 100 ml of pre-warmed Wash Solution by rocking at room temperature for about 1 minute each time.

g) *Wash:* Wash membrane in about 100 ml pre-warmed Wash Solution by rotating (100-125 rpm) at room temperature for 15 minutes. Pour off solution.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

h) Rinse membrane briefly in about 100 ml of Citrate Buffer by rocking gently. Leave the membrane in the Citrate Buffer until ready to proceed to detection. DO NOT LET THE MEMBRANE DRY OUT.

10) Detect the bound probe.

a) In a plastic tray combine 3 ml of ECL Reagent and 3 ml ECL Reagent 1. Insure the reagents are at room temperature.

b) Transfer the membrane from the Citrate Buffer to the tray containing the reagent mixture. Coat evenly for 1 minute. This reagent causes the probe to luminesce briefly; place the membrane on film within 10 minutes of addition of the ECL reagents.

c) Place wet membrane between page protectors. The membrane top surface is the active surface. There should be no wrinkles or bubbles on top of or under the membrane.

d) In the dark, place the membrane active surface against a single sheet of Kodak XAR5 film, or equivalent, in a film cassette. Allow the film to expose for at least 15 minutes at room temperature or place in developing warmer box. Do not adjust the position of the film after placing it in contact with the membrane. Even a short exposure will darken the film.

e) Process the film with an automatic film processor. If an automatic film processor in not available, use Kodak GBX Developer and GBX Fixer as follows:

1. Dilute the Developer and Fixer solutions as instructed on the reagent bottles.

2. In the darkroom, incubate the film in the Developer for 90 seconds before rinsing it in $diH_2O$ for a few seconds. Then incubate the film in the Fixer for 90 seconds.

3. Rinse the film in $diH_2O$. Hang to dry. Label it uniquely with at least the examiner initials and date.

f) For extremely faint signals, a second film may be placed on the membrane and left for 6-12 hours. After 6 hours, signal will not be significantly increased but background may darken.

11) Record results and interpretation on the worksheet.


## 9.7    INTERPRETATION

With chemiluminescent detection, exposure of the film (at the position of a well on the membrane) quantitatively determines the presence of human DNA.

Results are interpreted by visually comparing the signal intensity for the sample to the signal intensity for the dilution standards. The concentration of a sample will be determined as follows:

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



1) Determine the quantity of sample spotted on the membrane by comparing its signal intensity to the intensity of the dilution standards.

2) Divide this quantity by the volume of sample added to the spotting solution and added to the well (typically 5 µl of sample in 150 µl of spotting solution) to find the concentration of human DNA in the sample in ng/µl.

3) For samples with signal intensity below dilution standard G, the concentration is "< 0.156 ng." Alternately, the analyst may record "none detected." Exception – If the standard G is undetectable, the signal intensities will be called <0.312 ng if the signal intensity is below standard F.

4) For samples with signal intensity above dilution standard A, the concentration is "> 10 ng"

Wells not showing uniform signal intensity should be interpreted with caution. The signal intensity for each dilution standard must be between the intensities of the flanking dilution standards. The signal intensity of Calibrator 1 (3.5 ng) must be between the signal intensities for the dilution standards B (5 ng) and C (2.5 ng). The signal intensity of the Calibrator 2 (0.5 ng) must be between the signal intensities for the dilution standards E (0.625 ng) and F (0.3125 ng). The reagent and quantitation blanks should have no visible signal.

---

[1] Walsh, P. Sean, J. Varlaro, and R. Reynolds. 1992. A rapid chemiluminescent method for quantitation of human DNA. *Nucleic Acids Research* 20: 5061-5065.

[2] Waye, J. S. and H. F. Willard. 1986. Structure, organization, and sequence of alpha satellite DNA from human chromosome 17: Evidence for evolution by unequal crossing-over and an ancestral pentamer repeat shared with the human X chromosome. *Molecular and Cellular Biology* 6: 3156-3165.

[3] Whitehead, T. P., G. H. G. Thorpe, T. J. N. Carter, C. Groucutt, and L. J. Kricka. 1983. Enhanced luminescence procedure for sensitive determination of peroxidase-labeled conjugates in immunoassay. *Nature* 305: 158-159.

[4] Arkhaven-Tafti, H. et.al. 1995. *Clin. Chem.* 41:1368-1369.

[5] Arkhaven-Tafti, H. et. al. 1994. *Biolum. And Chemilum. Fundamentals and Applied Aspects.* Pp. 313-316.

[6] QuantiBlot™ Human DNA Quantitation Kit (Applied Biosystems part number N808-0114) product insert.

---

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



# 10    DNA AMPLIFICATION – PROFILER PLUS AND COFILER[1,2]

## 10.1    SCOPE

This protocol uses the AmpF/STR® Profiler Plus™ PCR Amplification and Typing Kit and the AmpF/STR® Cofiler™ PCR Amplification and Typing Kit.   These kits contain primers that are labeled with a light sensitive dye.

## 10.2    SAFETY

Body fluids and extracts may contain infective agents.  Use universal precautions during evidence handling.  Follow instructions for reagent preparation.  Gloves, a lab coat, and eye protection should be worn during reagent preparation.  Gloves must be worn during testing.  Clothing may protect unbroken skin; broken skin should be covered.

## 10.3    RELATED FORMS

Amplification worksheet for 9600/9700

## 10.4    EQUIPMENT, MATERIALS AND REAGENTS

calculator

microcentrifuge

microcentrifuge tubes, 1.5 ml

microcentrifuge tube rack

pipet tips

pipettors, adjustable

tube decapper

vortex

DNA Thermal Cycler – 9700

amplification tubes, 0.2 ml

AmpF/STR® Profiler Plus™ PCR Amplification and Typing Kit (P/N 4303326)

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

AmpF/STR® Cofiler™ PCR Amplification Typing Kit (P/N 4305246)

## 10.5    STANDARDS, CONTROLS, AND CALIBRATION

AmpF/STR Control DNA 9947A must be included with each amplification set. This amplification positive control is supplied with the kit.

An amplification negative control must be included with each amplification set. This negative control will consist of all amplification reagents with TE Buffer added in place of sample DNA.

## 10.6    PROCEDURE

| PCR Instrument | Times and Temperatures for Profiler Plus/Cofiler kits | | | | | |
|---|---|---|---|---|---|---|
| | Initial Incubation Step | 28 cycles each | | | Final Extension | Final Step |
| | | Melt | Anneal | Extend | | |
| 480 | 95°C 11 min. 1 step cycle | 94°C 1 min. | 59°C 1 min. | 72°C 1 min. | 60°C 45 min. time delay | 10-25°C soak (forever) |
| 9600/9700 | 95°C 11 min. hold | 94°C 1 min. | 59°C 1 min. | 72°C 1 min. | 60°C 45 min. hold | 10-25°C hold (forever) |

1)    Program Thermal Cycler according to the chart above.

2)    Label PCR reaction tubes (0.2 or for 9700) with appropriate information.

3)    Vortex PCR reaction mix, primer set, and AmpliTaq Gold™ and spin tubes briefly in a microcentrifuge to remove any liquid from the caps.

4)    Prepare a Master Mix by adding the following volumes to a 1.5 ml tube:

For 50 μl Reactions
a) 21μl of Reaction Mix X # of samples
b) 1 μl of AmpliTaq Gold X # of samples
c) 11μl of Primer Set X # of samples

5)    Mix by vortexing for approximately 5 seconds

6)    Spin briefly in microcentrifuge to remove liquid from cap

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



7)  For 50 μl reaction volumes, dispense 30 μl of Master Mix into each amplification tube.

8)  Add approximately .75 to 2.0 ng of sample DNA to the appropriate amplification tubes not to exceed 20 μl in total sample volume added (10 μl total sample volume for 25 μl reaction). For samples with high concentrations of DNA (i.e. >2 ng/μl), dilute these samples with TE buffer to attain the appropriate concentration. For 25 μl reactions, it is recommended that no more than 1 ng of DNA be added to each amplification tube.

9)  For each amplification set, set up a positive control by adding 10 μl (25 μl rxn) or 20 μl (50 μl rxn) of the Control DNA from the kit to one of the amplification tubes containing the Master Mix.

10) For each amplification set, set up a negative control by adding 10 μl (25 μl rxn) or 20 μl (50 μl rxn) of TE buffer to one of the amplification tubes containing the Master Mix. The negative control should be the last tube set up.

11) Place the amplification tubes into the Thermal Cycler and start the appropriate program.

12) After amplification, remove the tubes from the Thermal Cycler and store away from light. Store samples at 2-6°C for short periods. For longer periods, store samples at −20°C.

---

[1] Perkin Elmer Applied Biosystems. AmpF/STR® Profiler Plus™ PCR amplification kit users manual, 1997.

[2] Perkin Elmer Applied Biosystems. AmpF/STR® Cofiler™ PCR amplification kit user bulletin, 1998.



# 11    310 and 3100 GENETIC ANALYZER SAMPLE PREPARATION[1,2]

## 11.1    SCOPE

Amplified samples can be analyzed by injection into a capillary on the ABI Prism® 310 and 3100 Genetic Analyzer. An internal lane size standard is loaded with each sample to allow for automatic sizing of the PCR products and to normalize differences in electrophoretic mobility between injections. Genescan® software automatically analyzes the collected data, which can then be imported into Genotyper® software for automatic genotyping of alleles.

## 11.2    SAFETY

Body fluids and extracts may contain infective agents. Use universal precautions during evidence handling. Follow instructions for reagent preparation. Gloves, a lab coat, and eye protection should be worn during reagent preparation. Gloves must be worn during testing. Clothing may protect unbroken skin; broken skin should be covered.

## 11.3    RELATED FORMS

None

## 11.4    EQUIPMENT, MATERIALS, AND REAGENTS

ABI Prism® 310 Genetic Analyzer (Instrument, computer and appropriate software)

ABI Prism® 3100 Genetic Analyzer (Instrument, computer and appropriate software)

ABI Prism® 310 Genetic Analyzer capillaries (P/N 402839)

ABI Prism® 3100 Genetic Analyzer Array (P/N 4315931)

ABI Prism® 310 Genetic Analyzer Sample Tubes and Septa (P/N 401957, 401956)

ABI Prism® 3100 Genetic Analyzer Sample Trays and Septa (P/N 801-0560, 4315933)

freezer or ice bath

heat block or Thermal Cycler

GS500 ROX (P/N 401743)

ABI Prism 10X Genetic Analyzer Buffer w/ EDTA (P/N 402824)

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



310 - Matrix Standards (P/N401114)

3100 - Matrix Standards DS-32 (P/N 4323018)

310 - NED Matrix Standard (P/N 402996)

3100 - NED Matrix Standard (P/N 4311320)

deionized formamide- purchased reagent

310 - Performance Optimized Polymer (POP-4 polymer) (P/N 402838)

3100 - Performance Optimized Polymer (POP-4 polymer) (P/N 4316355)

Genetic Analyzer 4 ml Buffer Vials (P/N 401955)

vortex

microcentrifuge tubes 1.5 ml

centrifuge (plate)

microtube racks

pipets

pipet tips

decapper

## 11.5    STANDARDS, CONTROLS, AND CALIBRATION

Appropriate ladders and positive and negative amplification controls will be included with each 310 and 3100 runs.  An internal size standard (GS500 ROX) will be added to each sample.

## 11.6   PROCEDURE

### 11.6.1       310

1)      Set up 310 Genetic Analyzer as instructed (refer to Profiler Plus Users Manual 8-2 to 8-11).

2)      Prepare a master mix of deionized formamide and GS500 ROX in a 1.5 ml microcentrifuge tube as follows and mix well:

24 µl deionized formamide **X** # of samples (include controls and ladders)
1 µl GS500 ROX **X** # of samples (include controls and ladders)



3) Label 0.5 ml 310 sample tubes with appropriate information.

4) Aliquot 25 µl of the deionized formamide/GS500 ROX master mix into each tube.

5) Add 1.5 µl of PCR product or allelic ladder to the appropriate tube. The analyst has the option of loading between 0.5 µl to 3 µl of sample PCR product; however, 1.5 µl is the required amount for the initial set-up.

6) Each tube must be sealed with a septum.

7) Denature all of the sample tubes at 95 °C for approximately 3 minutes in a heat block or Thermal Cycler. Do not exceed 5 minutes.

8) Immediately chill all of the sample tubes for approximately 3 minutes in the freezer or in an ice-water bath.

9) Set up sample sheets and injection lists on the 310 Genetic Analyzer as instructed. A 5 second injection is required for the initial injection; however, the analyst will be given the option of injecting samples for 2-10 seconds for subsequent injections. Each injection list will also include all appropriate controls and ladders. The analyst will not be allowed the option of loading additional amplified sample and increasing the injection time on the same evidentiary sample injection. Only one of these options may be implemented at one time.

10) Analyze collected data using Genescan (Analysis range will be set to exclude the primer peak, and the analysis smoothing option will be set to light for all samples)

11) Analyze collected data using Genotyper and refer to Interpretation Section for additional information.

12) Each case folder will contain a printout of the electropherograms (all 4 colors) from Genotyper for the ladder, positive control, negative control, and all samples and reagent blanks for that case. Only those electropherograms used in the final interpretation are required to be in the case folder. Documentation needs to be made as to why an injection was not used.

13) Documentation will be kept for each ABI 310 instrument on the following:

1. A copy of each new matrix file
2. A record of capillary changes
3. A record of Performance Optimized Polymer 4(POP-4) lot numbers and expiration dates
4. A record of GS500 ROX lot numbers
5. A copy of the analysis parameters

## 11.6.2    3100

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



1)  Set up 3100 Genetic Analyzer as instructed (refer to Genetic Analyzer 3100 Manual).

2)  Prepare a master mix of deionized formamide and GS500 ROX in a 1.5 ml microcentrifuge tube as follows and mix well:

    10 μl deionized formamide **X** # of samples (must be 16X, 32X, 48X))
    1 μl GS500 ROX **X** # of samples (must be 16X, 32X, 48X)

3)  Aliquot 10 μl of the deionized formamide/GS500 ROX master mix into the plate wells.

4)  Add 1 μl of sample or alleleic ladder to the proper wells as shown on the works sheet.  The analyst has the option of loading between 0.5 μl to 3 μl of sample PCR product; however, 1.0 μl is the required amount for the initial set-up.

5)  Each plate must be sealed with a septa.

6)  Denature all of the sample trays at 95°C for approximately 3 minutes in a heat block or Thermal Cycler.  Do not exceed 5 minutes.

7)  Immediately chill all of the sample trays for approximately 3 minutes in the freezer or in an ice-water bath.

8)  Set up sample sheets and injection lists on the 3100 Genetic Analyzer as instructed.  A 22 second injection at 1kv is required for the initial injection; however, the analyst will be given the option of injecting samples for 5 up to 22 seconds for subsequent injections.  Each injection list will also include all appropriate controls and ladders.  The analyst will not be allowed the option of loading additional amplified sample and increasing the injection time on the same evidentiary sample injection.  Only one of these options may be implemented at one time.

9)  Analyze collected data using Genescan (Analysis range will be set to exclude the primer peak, and the analysis smoothing option will be set to light for all samples)

10) Analyze collected data using Genotyper and refer to Interpretation Section for additional information.

11) Each case folder will contain a printout of the electropherograms (all 4 colors) from Genotyper for the ladder, positive control, negative control, and all samples and reagent blanks for that case.  Only those electropherograms used in the final interpretation are required to be in the case folder.  Documentation needs to be made as to why an injection was not used.

12) Documentation will be kept for each ABI 3100 instrument on the following:

    1.  A copy of each new matrix file

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



2.    A record of capillary changes
3.    A record of Performance Optimized Polymer 4(POP-4) lot numbers
       and expiration dates
4.    A record of GS500 ROX lot numbers
5.    A copy of the analysis parameters

---

[1]Perkin Elmer Applied Biosystems. AmpF/STR® profiler plus™ PCR amplification kit users manual, 1997.

[2] Perkin Elmer Applied Biosystems. AmpF/STR® Cofiler™ PCR amplification kit user bulletin, 1998.





*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## 12    INTERPRETATION

### 12.1   GENERAL GUIDELINES

Several results are possible when conducting forensic casework analysis.   These guidelines are in place to ensure that conclusions are scientifically supported by the analytical data with appropriate standards and controls.   Interpretations are made as objectively as possible and consistently from analyst to analyst.  Interpretation guidelines are based upon validation studies, literature, instrumentation and casework experience. Not every situation can nor should be covered by a rule.  Situations may occur that require an analyst to deviate from the stated guidelines.   Any deviations must be documented in written form and approved by the Technical Leader and Section Supervisor.

Three conclusions are generally possible: 1) inclusion (individual could have contributed to/been a source of the questioned profile), 2) exclusion (individual could not have contributed to/been a source of the questioned profile), or 3) inconclusive due to un-interpretable results.

Inclusions and exclusions are determined by objective qualitative and quantitative evaluation of the entire DNA profile produced by the various loci tested.

Inconclusive results for a DNA profile are usually the result of an insufficient quantity of DNA or complete degradation of DNA present in a sample.  Inconclusive interpretations may result from, but are not limited to, the following causes:

- Insufficient amounts of template DNA which can result in observation of stochastic effects at one or more loci for the sample tested

- Degradation due to environmental or chemical insults

- Preferential amplification due to the presence of inhibitors or other factors that limit the amplification of larger fragments

- Differences in the amounts of DNA present in a sample from multiple donors

It should be noted, however, that it is acceptable for an inclusion or exclusion to be determined when one or more of the loci yield inconclusive results.   A consistency statement will be based only on loci that yield conclusive results.   In most cases, exclusion will be determined if only one locus produces exclusionary results.   An exclusion will not be called if technical issues such as loss of an allele due to preferential amplification, stochastic effects, mutation, or other factors cause the deviation.  In these cases, the locus or sample may be determined to be inconclusive.

### 12.2   PRELIMINARY EVALUATION OF DATA

The first step in data evaluation is to determine whether the results are of sufficient intensity/quality for interpretation purposes using methods appropriate for the ABI Prism 310 or 3100.  These criteria have been determined by evaluating data generated by the laboratory.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

### 12.2.1 Analytical thresholds

All data will be analyzed initially at an analytical threshold of 150 RFU for 310 and 100 RFU for the 3100 (relative fluorescence units). For any given locus, the minimum analytical threshold for evaluating STR profiles is 100 RFU. For any given locus, except Amelogenin, the maximum analytical threshold for evaluating STR profiles is 8192 RFU in the raw data.

If the analytical threshold of 150 RFU's provides unsuitable data, the analyst, at his/her discretion, may choose the following:

- analyze the data at 100 RFU (for 310 only), 3100 is already at 100 RFU

- re-amplify the sample with more template (for 310 and 3100)

- re-inject that sample for up to 10 seconds (for 310 only)

- add up to 3 µl of amplified product to the formamide/ROX mixture. (for 310 or 3100)

If either of these modifications are performed (except re-amplifying with more template), the analyst must analyze the sample at 150 RFU for 310. **It is not acceptable to combine modifications for evidentiary samples (i.e., you cannot analyze a sample that has been injected for 10 seconds at 100 RFU) to obtain more information.**

If the maximum threshold is exceeded at any locus (excluding Amelogenin), the sample must be re-injected to obtain data that falls within the specified guidelines. The analyst may choose the following:

- inject the sample for not less than 2 seconds for the 310 and 5 seconds for the 3100.

- add no less than 0.5 µl of amplified product to the formamide/ROX mixture

- dilute the amplified product in de-ionized water or TE buffer and add 1.5 µl of the diluted amplified product to the formamide/ROX mixture

- call that locus inconclusive

- re-amplify the sample with less template.

If the maximum threshold is exceeded for the ROX size standard, the analyst may still use the data as long as pull-up, if present, is below threshold and does not interfere with data interpretation.

### 12.2.2 Internal size standard evaluation

Internal size standards are critical in STR analysis and are run with every sample. The internal lane size standard is used to normalize injection-to-injection migration differences, thereby providing excellent sizing precision within a set of capillary injections. To ensure alleles are assigned appropriately, the 250 ROX peak for the sample is compared to the 250 ROX peak for the ladder being utilized for allele designation. Each sample (with the appropriate controls) being analyzed with a specific ladder must be within +/- 0.5 bp of the ladder's 250 ROX peak.



*HPD Crime Laboratory Division .*
*Standard Operating Procedures: Serology/DNA*

The internal size standard utilized by the laboratory is GeneScan (GS) 500 ROX size standard. The GeneScan software uses the GS 500 to assign base pair sizes to each peak in a sample using the Local Southern Sizing method. This method utilizes two ROX peaks above and two below each possible allele sized. Thus, it is important that the 400-bp peak in the ROX be defined and used in sizing for Profiler Plus™, as some of the D18S51 alleles are greater than 340 bp. All ROX peaks between 75 and 400 bp must be present for all samples and controls in Profiler Plus™. GS500 ROX is also used with COfiler™ even though COfiler™ requires size standard fragments only up through 350 bp.

When interpreting Profiler Plus™ and/or COfiler™ results, genotypes are assigned to sample alleles by comparing their sizes to those obtained for the known alleles in the allelic ladders. Thus, a Profiler Plus™ and/or COfiler™ ladder must be present within each run. Each ladder used for analysis must have the appropriate number of alleles present for each locus when analyzed. (See Profiler Plus™ Manual 1-8, COfiler™ Manual for appropriate alleles in ladder.)

### 12.2.3 Matrix

Multicomponent analysis is the process that separates the four different fluorescent dye colors into distinctive spectral components. The three dyes used in the Profiler Plus™ and COfiler™ amplification kits are 5-FAM, JOE, and NED. The fourth dye, ROX, is used as the internal lane size standard. Although each dye emits its maximum fluorescence at a different wavelength, there is some overlap in the emission spectra. The precise spectral overlap is measured by analyzing DNA fragments labeled with each of the dyes. These dye-labeled fragments are matrix standards. The rows and columns of the matrix table represent the virtual filters and the dye-labeled PCR products respectively.

Matrix files vary between instruments, virtual filter sets, and run conditions on a single instrument. However, the spectral overlap between the dyes is very reproducible under constant run conditions. A new matrix or spectral should be run on an ABI Prism 310 or 3100 every 6 months, following a planned maintenance, after parts (i.e., laser, CCD camera, etc.) are replaced or realigned, or as needed.

### 12.2.4 Kazam

Samples from each injection list will be run through Genotyper™ using the Kazam macro without manipulation of the imported data or the subsequent results and/or allele designations determined by Genotyper™.

### 12.2.5 Second readings by technical reviewer

A second qualified analyst will perform second readings of the electropherograms/runs by reanalyzing sample data in GeneScan™ and Genotyper™. A qualified second reader must have attended the ABI Prism Genetic Analyzer course or have six months of ABI Prism experience.

## 12.3   CONTROLS

Controls are required to assess the effectiveness, accuracy and precision of the analytical procedures. Appropriate controls must be analyzed with each sample.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



Appropriate controls may include, but are not limited to, reagent blanks, negative controls, positive controls, and substrate controls.

### 12.3.1  Reagent blank

The reagent blank tests for contamination of the extraction reagents and or supplies by an adventitious source of DNA.  This adventitious DNA can be non-amplified DNA or PCR product.  If contamination is detected during data analysis, the analyst must notify the technical leader immediately.  The analyst will work backwards through the sample manipulation steps to determine at which step contamination occurred.  Determining corrective action and the use of samples analyzed with this reagent blank will depend upon what step during sample manipulation contamination occurred.  All documentation pertaining to the contamination incident must be placed in the case folder and the contamination log. The reagent blank must be shown to be clean on the first system tested (i.e., Profiler Plus™ or COfiler™).    If clean, the reagent blank need not be run on subsequent systems.

### 12.3.2  Negative amplification control

The negative amplification control is a test for contamination during amplification set-up. Steps for resolution of a contamination incident are the same as listed above.

### 12.3.3  Positive amplification control

The positive amplification control tests for proper amplification of samples, as well as ensuring that Genotyper™ is working properly.  A positive amplification control is included in the Profiler Plus™ and the COfiler™ amplification kits.   This control must exhibit the following typing results:

**Profiler Plus™**

| D3S1358 | vWA | FGA | Amel | D8S1179 | D21S11 | D18S51 | D5S818 | D13S317 | D7S820 |
|---------|-----|-----|------|---------|--------|--------|--------|---------|--------|
| 14,15 | 17,18 | 23,24 | X,X | 13,13 | 30,30 | 15,19 | 11,11 | 11,11 | 10,11 |

**COfiler™**

| D3S1358 | D16S539 | Amel | TH01 | TPOX | CSF1PO | D7S820 |
|---------|---------|------|------|------|--------|--------|
| 14,15 | 11,12 | X,X | 8,9.3 | 8,8 | 10,12 | 10,11 |

## 12.4    REDUNDANT LOCI

The Profiler Plus™ and COfiler™ amplification kits have the following redundant loci: D3S1358, Amelogenin, and D7S820.  There must be concordance between these loci. If a match exists, no action is required.  If concordance is not reached due to an explainable artifact or lack of signal, then the analyst will use the amplification that gave interpretable results.  If the allele calls are contradictory for these loci, re-analysis must

be performed until concordance is reached. If contamination or sample switching causes contradictory results, the technical leader must be notified immediately.

## 12.5   ALLELE IDENTIFICATION

True alleles are defined as any peak that meets established threshold values, which is clearly visible above baseline noise, and is of a size that falls within a defined category as determined by the Genotyper™ program. The peak must be determined to be a true peak and not an artifact as defined below.

### 12.5.1.1      Artifacts

Peaks other than target alleles may be detected on the electropherogram display. These artifacts or anomalies occur routinely during STR analysis and should be noted. It is important to try to identify the cause for the appearance of extra peaks. The possible cause for the extraneous peak should be documented. In some instances, a printout of the GeneScan™ data for the peak may be required.

### 12.5.1.2      Spikes

Spikes are generally present in at least two colors and have the same data points. If a spike occurs within the allele typing areas and are designated as off-ladder (OL) alleles by Genotyper™, the analyst, at his/her discretion, may choose to re-inject that sample or call that locus inconclusive. If a spike occurs in one or more of the controls and the ABI Prism 310 run has ended, the analyst may use the data from that run, but the control(s) with the spike must be re-injected on another run to show that the controls responded appropriately.

### 12.5.1.3      Stutter

A stutter peak is a reproducible minor product peak four bases shorter (n-4) than the corresponding main allele peak that is produced during amplification of STR loci. Stutter products may be caused by slippage of the DNA polymerase during amplification, probably due to out-of-alignment re-annealing of complementary target sequences during extension or out-of-alignment re-annealing of incomplete PCR products prior to extension. Stutter products may occur at 8bp, or very rarely 12bp, shorter than the true allele and may be observed at 4bp greater than the main allele peak in rare instances or with overloaded samples. If a stutter peak exceeds the published percent stutter associated with each locus and there is no other indication of a mixture, the analyst may call that locus inconclusive.

### 12.5.1.4      Minus A

The DNA polymerase used in STR/PCR amplification catalyzes the addition of a single nucleotide to the 3' ends of double stranded PCR products. This non-template addition results in a PCR product that is one base pair longer than the actual target DNA sequence. STR/PCR amplifications have been optimized to favor the "A" nucleotide addition. Incomplete "A" nucleotide addition may occur when too much amplification product is generated due to over addition of template DNA. If this occurs, the analyst may incubate the amplified sample at 60°C for an additional 45 minutes to assist template independent addition prior to re-running the sample. If the re-extended sample



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

is also off-scale, it may be diluted prior to re-running or re-amplified using less template DNA.

### 12.5.2 Matrix Failure

A matrix failure is a result of the instrument's inability to separate colors (spectral overlap) used to fluorescently label STR/PCR products. A matrix failure is observed as a peak beneath a peak or as an elevation of the baselines for any color. Pull-up is identified as a minor peak of the same base pair size as the true allele but in a different color. Pull-up occurs when too much template DNA has been added to the amplification mix or when a faulty matrix is being utilized. Samples with pull-up caused by over-amplification should be re-injected for a shorter period of time or diluted and re-run. The analyst may choose to re-amplify the sample with less DNA. If the matrix is faulty, the analyst may make a new matrix file and apply the new matrix to the previously run samples.

### 12.5.3 Microvariants

#### 12.5.3.1    Locus designation

The laboratory will use Genotyper™ to assign the locus for an off-ladder allele that falls between two loci.

#### 12.5.3.2    Allele designation

Microvariants are alleles that vary by less than the four base pair repeat unit. The designation of alleles containing an incomplete repeat unit, falling within the range spanned by the ladder alleles, should include the number of complete repeats, and separated by a decimal point, the number of base pairs in the incomplete repeat (i.e., 9.3 for TH01). If an allele falls greater than four base pairs away from the smallest or largest allele at a locus, it will be designated as greater than or less than the appropriate ladder allele (i.e., >11 for TH01).

Off ladder alleles must be verified by re-injection of the sample. If the off ladder allele is called consistently between a known and questioned profile, re-injection is not necessary. Off ladder alleles will be used in our match statements and for statistical calculations using the minimum allele frequency for that allele.

## 12.6   INTERPRETATION

The desired result of DNA analysis is to determine whether a particular person is or is not the source of an item of biological evidence. DNA profiles must be compared to determine if they are different or matching or if it is not possible to determine if they match.

The results of each analysis will be one of the following:

No DNA profiles were obtained.

No conclusive or interpretable DNA profiles were obtained.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

The DNA profile of the evidentiary sample cannot be compared because no known sample profile is available.

The DNA profile of the evidentiary sample is not consistent with the profile of the known sample.

The DNA profile of the evidentiary sample is consistent with the profile of the known sample.

The DNA profile of the evidentiary sample is consistent with a mixture of DNA profiles from more than one individual, one or more of whom may be known.

The DNA profile of the evidentiary sample is consistent with a mixture of DNA profiles however the individual cannot be included or excluded due to shared or masked alleles.

### 12.6.1 Full profiles (Single Source)

An evidentiary sample may be considered to be from a single person if the number of observed alleles at each locus are no more than two and the signal peak heights are balanced ($\geq$ 70%) for heterozygous alleles. All loci must be evaluated when making this determination.    If a sample has unbalanced peak heights (< 70%) with no other indication of a mixture, the sample can still be considered a single source with approval of the technical leader.

Inclusions with full profiles can be made with respective statistics calculated and reported on probative stains.

Exclusions with full profiles can be made if the individual being compared differs from the evidentiary profile at any one locus.

### 12.6.2 Partial profiles

Partial profiles are profiles resulting in fewer loci than were tested and can result from degraded template DNA or low concentrations of template DNA.    For samples that contain low template DNA, careful consideration of the entire profile should be made. This is especially true when the sample is a mixture. A statistical interpretation will only be made on those loci where peak heights are 100 RFU or above.

If a mixture is present in a partial profile refer to Section 12.6.4

Inclusions can be made with results from a minimum of one locus with respective statistics calculated and reported on probative stains to ensure the weight of the evidence is not being overstated.

### 12.6.3 Stochastic effects

Extremely low levels of template may lead to stochastic processes which may under-represent one of the alleles.   When peak heights for alleles are low the data must be interpreted with caution and the possibility of stochastic effects considered.

### 12.6.4 Mixtures

Evidence samples may contain DNA from more than one individual.  The laboratory has defined conditions in which the data would lead to the conclusion that the source of the DNA is either from a single person or from more than one person.   This may be



accomplished by an examination of the number of alleles at each locus or peak height ratio. The analyst should be aware that mixtures can consist of full and/or partial profiles from multiple individuals. The following can aid in determining whether a sample is a mixture:

1. The presence of greater than two alleles at a locus

2. The presence of a peak at a stutter position that is significantly greater in percentage than what is typically observed

3. Significantly unbalanced alleles for a heterozygous genotype

The peak height ratio is defined as the height of the lower peak (in RFU) divided by the height of the higher peak in (RFU), expressed as a percentage.

*Mixture with Major/Minor Contributors:* Some mixed source profiles may be clearly differentiated into major and minor components particularly for those samples with known contributors. For STR analysis, if the major component fulfills certain criteria, it may be treated the same way that a single source profile is treated for estimating match significance. These criteria are: 1) each interpretable locus shows a major component and 2) no minor peak is greater than 30% of the height of the shortest major peak in the same locus. As with the single source evaluation criteria, no prior adjustment for stutter is assumed in the 30% maximum.

*Mixtures with indistinguishable contributors:* An evidentiary sample should be considered a mixture when the major or minor contributors cannot be distinguished because of signal intensities, shared or masked alleles. Individuals may still be included or excluded as possible contributors. All loci should be considered when making this determination.

Factors causing peak height imbalances include, but are not limited to, the following:

- degraded DNA

- inhibitors

- very low amounts of input DNA

- the presence of alleles that don't amplify well

- genetic anomalies (i.e., Down's syndrome, Klinefelters, XYY)

- multiple contributors

Specific genotype combinations and input DNA ratios of the samples contained in a mixture determine whether it is possible to resolve the genotypes of the major and minor components at a single locus.

Ultimately, the determination that a sample is a mixture must be considered by the analyst in the context of each particular case, including the information provided from known reference samples.

If a mixture is present, prior to including an individual, the data should be examined carefully to assess whether or not the individual being compared is really a component of the mixture or shares alleles present in the mixture. If alleles are shared, the analyst



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

should use caution prior to reporting inclusive or inconclusive results. Peak height ratios, homozygosity or heterozygosity of the individual, and the base pair size of the loci at which the individual is present (i.e., present at larger loci, but not at the smaller loci) must be considered.

Inclusions can be made with results from a minimum of one locus with respective statistics being calculated and reported on probative stains to ensure the weight of the evidence is not being overstated.

Before an individual can be included in a mixture, the analyst and technical reviewer must be in agreement with the interpretation. If an agreement cannot be reached, the technical leader will be consulted.

## 12.7   CONCLUSIONS

Appropriate conclusions and reporting statements must reflect the interpretation of the DNA profile. See Statistics and Report sections.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

# 13    STATISTICS

Once a match has been identified and an individual included as a possible source of evidentiary material, the significance of that match is estimated to allow investigators, the legal sector, and ultimately a jury of lay persons to place the appropriate emphasis on the conclusion. Although every locus analyzed is evaluated, some loci may provide no information with regard to a particular comparison. Because it is the significance of the match that is important, only the matching loci can be taken into account in estimating significance and only after the analyst has determined that the profiles match. The different methods of calculating significance, when each is to be applied, and the population data from which they are calculated are addressed in this protocol. If significance estimates are not presented in the report, the examiner should be prepared to provide that information during court testimony.

## 13.1    SIGNIFICANCE ESTIMATION

For the purpose of calculating statistical significance of a match, all evidentiary stains shall be treated as mixtures unless the DNA profile of the stain fits the criteria for a single source or a major component as defined below. If the profile fits the criteria for either a single source or a major component of a mixture, the analyst may choose to apply single source significance calculations. The analyst is not required to use single source significance calculations nor is the analyst required to use single source or major component reporting statements.

For all estimates, statistical significance will be expressed as an inverse probability of inclusion and likelihood ratios will not be calculated. Specific report wording is prescribed and detailed in Report of this manual. When the estimate for each calculated population group indicates a 1 in at least 273 billion probability of a random match, the reporting statement will also include identification of the source.[i]

---

[i] Budowle, B., G. Carmody, R. Chakraborty, and K. Monson. 2000. Source attribution of a forensic DNA profile. Forensic Science Communications 2(3). U.S. Department of Justice, Federal Bureau of Investigation: http://www.fbi.gov/.

Identity is declared when $p \le 1 - (1 - \alpha)^{1/N}$ where p = the adjusted probability, $\alpha = 0.01$, and N = 274,000,000 (the total suspect population which is taken to be the population of the US; US Bureau of the Census estimate 3/5/00). The adjusted probability p = F × 10 where F is the most conservative estimate of genotype frequency across the populations examined. The increase by a factor of 10 accommodates the NRC II recommendations for uncertainty (p. 156.).

$$p \le 1 - (1 - \alpha)^{1/N}$$
$$F \times 10 \le 1 - (1 - 0.01)^{1/274,000,000}$$
$$F \le (1 - (0.99)^{3.65\,e\text{-}9}) \div 10$$
$$F \le 3.668\,e\,{-}12$$
$$1/F \le 273,000,000,000$$

or inverse probability of inclusion is 1 in at least 273 billion

---

### 13.1.1  SINGLE SOURCE SIGNIFICANCE CALCULATION

The single source significance calculation can be applied if the evidentiary profile compared fits the criteria for either a single source or a major component of a mixed source.

*Single source*

Evidence profiles can be identified as single source if there are no more than two alleles per locus and the alleles at each locus are balanced.  For STR analysis, alleles are considered balanced if the smaller peak height is at least 70% of the larger peak height.[1] Possible contribution of stutter is not subtracted prior to application of this 70% criterion.

*Major component of a mixed source*

Some mixed source profiles may be clearly differentiated into major and minor components.  For STR analysis, if the major component fulfills certain criteria, it may be treated the same way that a single source profile is treated for estimating match significance.   These criteria are: 1) each interpretable locus shows a major component and 2) no minor peak is greater than 30% of the height of the shortest major peak in the same locus.  As with the single source evaluation criteria, no prior adjustment for stutter is assumed in the 30% maximum.

*Calculation*

For evidence profiles that meet the criteria for either single source or major component of a mixture, calculations will use NRC II Recommendation 4.1 formulae[2] at a given locus:

For homozygotes, $f = p^2 + p\,(1-p)\,\theta$ where $\theta = 0.01$.

For heterozygotes, $f = 2pq$.

For all loci used to identify the match, $F = (f_1 \times f_2 \times f_3 \times f_4 \times ... \times f_k)$, where k is the number of loci.

Inverse probability $= 1/F$.

### 13.1.2  MIXED SOURCE SIGNIFICANCE CALCULATION

Evidence profiles that do not fit the criteria for a single source are considered mixtures of two or more sources of biological material.  If a major component of a mixture does not meet the criteria above, the mixed source significance calculation must be used.

For evidence profiles that do not meet either the single source or major component criteria, estimates of significance shall use these formulae:



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

For each locus, $f = (p_1 + p_2 + p_3 + p_4 + ... + p_k)^2$ where $p$ is the estimated frequency of the allele detected for each allele 1 through k, and k is the number of alleles detected at the locus.

For all loci used to identify the match, $F = (f_1 \times f_2 \times f_3 \times f_4 \times ... \times f_k)$, where k is the number of loci.

### 13.1.3  MINIMUM AND NULL ALLELE FREQUENCIES

Minimum allele frequencies are calculated using 5/2N where N is the number of individuals in the population database. This follows the NRC II recommendation.[3] For STR analysis, null allele frequencies are set to 0.[4]

### 13.1.4  OFF-LADDER ALLELES

Off-ladder alleles that have been confirmed by reinjection (in the case of STR analysis) or appearance in more than one sample will be used to determine a match and estimate the significance of that match. The allele frequency will be the calculated minimum allele frequency for the locus/population group.

### 13.1.5  SOFTWARE

The latest available and installable version of the FBI's Popstats software will be configured to use the above formulae and used to calculate significance estimates. The Forensic-Single Sample data input option[5] will be used for single source significance calculations; the Forensic Mixture Case data input option and the Mixture Formula[6,7] will be used for mixed source significance calculations.

## 13.2  POPULATION DATABASES

The significance estimate calculations above use empirically determined allele frequencies for each of the represented population groups. Local data will be used if available and if it has been shown that the data meet expectations of Hardy-Weinberg equilibrium and independence between loci. Local data should also be compared to other published data to identify significant differences in allele frequencies.

### 13.2.1  POPULATION GROUPS

Analysts will routinely calculate and report significance estimates using Caucasian, Black, and Hispanic databases. STR allele frequency data is also available for Japanese, Chinese, and Vietnamese populations for use at the analyst's discretion.[8,9]

### 13.2.2  STR

Allele frequency data for all thirteen NDIS core STR loci are configured for each Popstats installation in the form of data files. Population data using FBI findings[10] alone are available in the Popstats data files.



[1] PE Applied Biosystems. 1997. AmpflSTR® Profiler Plus™ PCR Amplification Kit User's Manual. Perkin-Elmer Corporation. p. 9-25.

[2] Committee on DNA Technology in Forensic Science: an Update. II. National Research Council (U.S.). Commission on DNA Technology in Forensic Science: an Update. 1996. The Evaluation of Forensic DNA Evidence. National Academy Press, Washington, D.C. p. 122·

[3] Committee on DNA Technology in Forensic Science: an Update. II. National Research Council (U.S.). Commission on DNA Technology in Forensic Science: an Update. 1996. The Evaluation of Forensic DNA Evidence. National Academy Press, Washington, D.C. p. 148.

[4] Evett, I. W., Gill, P. D., Scranage, J. K., and B. S. Weir. 1996. Establishing the robustness of short-tandem-repeat statistics for forensic applications. Am J Hum Genet 58: 398-407.

[5] Federal Bureau of Investigation. 1997. CODIS Users Guide, Chapter 8, Popstats.

[6] Federal Bureau of Investigation. 1997. CODIS Users Guide, Chapter 8, Popstats.

[7] Federal Bureau of Investigation. 1997. Popstats 5.1 Calculation Specification.

[8] Borys, S., R. Iwamoto, J. Miyakoshi, G. Carmody, and R. Fourney. 1999. Allele frequency distributions for nine STR loci in the Japanese population. J Forensic Sci 44(6):1319.

[9] Borys, S., A. Eisenberg, G. Carmody, and R. Fourney. 1999. Allele frequencies for nine STR loci in African-American, Chinese, Vietnamese, and Bangladesh populations. J Forensic Sci 44(6):1316-1318.

[10] Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999. Population data on the thirteen CODIS core short tandem repeat loci in African Americans, U.S. Caucasians, Hispanics, Bahamians, Jamaicans, and Trinidadians. J Forensic Sci 44(6):1277-1286.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

# APPENDIX 13A  POPULATION DATA

These are the data files used for calculating match significance.  The format is unedited and reflects the requirements of the approved software.  Within the section data files are listed alphabetically by locus and then by population group.

## A.1   FBI

The FBI STR data files were created using data presented in: Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999. Population Data on the Thirteen CODIS Core Short Tandem Repeat Loci in African Americans, U.S. Caucasians, Hispanics, Bahamians, Jamaicans, and Trinidadians.  J Forensic Sci 44(6):1277-1286.

The D1S80 data files were created using data presented in: Budowle, B., et al. 1995. D1S80 Population Data in African Americans, Caucasians, Southeastern Hispanics, Southwestern Hispanics, and Orientals. J Forensic Sci 40(1):38-44, Table 1.

The DQ Alpha data files were created using data presented in: Comey, C. T. and B. Budowle. 1991. Validation studies on the analysis of the HLA DQ alpha locus using the polymerase chain reaction. J Forensic Sci 36(6): 1633-1648, Table 4.

CSF1PO.BLK

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | 6- | 6 | 000 | .00000 |
| 2 | 7- | 7 | 000 | .04290 |
| 3 | 8- | 8 | 000 | .08570 |
| 4 | 9- | 9 | 000 | .03330 |
| 5 | 10- | 10 | 000 | .27140 |
| 6 | 10.3- | 10.3 | 000 | .00000 |
| 7 | 11- | 11 | 000 | .20480 |
| 8 | 12- | 12 | 000 | .30000 |
| 9 | 13- | 13 | 000 | .05480 |
| 10 | 14- | 14 | 000 | .00000 |
| 11 | 15- | 15 | 000 | .00000 |
| | Totals | | 420 | 1.0000 |

Minimum allele frequency = .011900
Null allele frequency = .00000

:REM CSF1PO allele frequencies for Blacks from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

---

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## CSF1PO.CAU

| Bin | Range | (bp) | Count | Fraction |
|-----|-------|------|-------|----------|
| 1 | 6- | 6 | 000 | .00000 |
| 2 | 7- | 7 | 000 | .00000 |
| 3 | 8- | 8 | 000 | .00000 |
| 4 | 9- | 9 | 000 | .01970 |
| 5 | 10- | 10 | 000 | .25370 |
| 6 | 10.3- | 10.3 | 000 | .00000 |
| 7 | 11- | 11 | 000 | .30050 |
| 8 | 12- | 12 | 000 | .32510 |
| 9 | 13- | 13 | 000 | .07140 |
| 10 | 14- | 14 | 000 | .01480 |
| 11 | 15- | 15 | 000 | .00000 |
| | Totals | | 406 | 1.0000 |

Minimum allele frequency = .012300
Null allele frequency = .00000

:REM CSF1PO allele frequencies for Caucasians from Budowle, B.,
Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys.
1999.

## CSF1PO.SEH

| Bin | Range | (bp) | Count | Fraction |
|-----|-------|------|-------|----------|
| 1 | 6- | 6 | 000 | .00000 |
| 2 | 7- | 7 | 000 | .00000 |
| 3 | 8- | 8 | 000 | .00000 |
| 4 | 9- | 9 | 000 | .01250 |
| 5 | 10- | 10 | 000 | .25420 |
| 6 | 10.3- | 10.3 | 000 | .00000 |
| 7 | 11- | 11 | 000 | .29580 |
| 8 | 12- | 12 | 000 | .35630 |
| 9 | 13- | 13 | 000 | .06880 |
| 10 | 14- | 14 | 000 | .00000 |
| 11 | 15- | 15 | 000 | .00000 |
| | Totals | | 480 | 1.0000 |

Minimum allele frequency = .010400
Null allele frequency = .00000

:REM CSF1PO allele frequencies for Hispanics from Budowle, B., Moretti,
T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## CSF1PO.SWH

| Bin | Range | (bp) | Count | Fraction |
|-----|-------|------|-------|----------|
| 1 | 6- | 6 | 000 | .00000 |
| 2 | 7- | 7 | 000 | .00000 |
| 3 | 8- | 8 | 000 | .00000 |
| 4 | 9- | 9 | 000 | .00000 |
| 5 | 10- | 10 | 000 | .25360 |
| 6 | 10.3- | 10.3 | 000 | .00000 |
| 7 | 11- | 11 | 000 | .26560 |
| 8 | 12- | 12 | 000 | .39230 |
| 9 | 13- | 13 | 000 | .06460 |
| 10 | 14- | 14 | 000 | .00000 |
| 11 | 15- | 15 | 000 | .00000 |
| | Totals | | 418 | 1.0000 |

Minimum allele frequency = .012000
Null allele frequency = .00000

:REM CSF1PO allele frequencies for Hispanics from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

## D13S317.BLK

| Bin | Range | (bp) | Count | Fraction |
|-----|-------|------|-------|----------|
| 1 | <7- | <7 | 000 | .00000 |
| 2 | 7- | 7 | 000 | .00000 |
| 3 | 8- | 8 | 000 | .03630 |
| 4 | 8.1- | 8.1 | 000 | .00000 |
| 5 | 9- | 9 | 000 | .02790 |
| 6 | 10- | 10 | 000 | .05030 |
| 7 | 11- | 11 | 000 | .23740 |
| 8 | 12- | 12 | 000 | .48320 |
| 9 | 13- | 13 | 000 | .12570 |
| 10 | 14- | 14 | 000 | .03630 |
| 11 | 15- | 15 | 000 | .00000 |
| | Totals | | 358 | 1.000 |

Minimum allele frequency = .014000
Null allele frequency = .00000

:REM D13S317 allele frequencies for Blacks from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## D13S317.CAU

| Bin | Range | (bp) | Count | Fraction |
|-----|-------|------|-------|----------|
| 1 | <7- | <7 | 000 | .00000 |
| 2 | 7- | 7 | 000 | .00000 |
| 3 | 8- | 8 | 000 | .09950 |
| 4 | 8.1- | 8.1 | 000 | .00000 |
| 5 | 9- | 9 | 000 | .07650 |
| 6 | 10- | 10 | 000 | .05100 |
| 7 | 11- | 11. | 000 | .31890 |
| 8 | 12- | 12 | 000 | .30870 |
| 9 | 13- | 13 | 000 | .10970 |
| 10 | 14- | 14 | 000 | .03570 |
| 11 | 15- | 15 | 000 | .00000 |
| | Totals | | 392 | 1.0000 |

```
Minimum allele frequency = .01280
Null allele frequency = .00000
```

:REM D13S317 allele frequencies for Caucasians from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

## D13S317.SEH

| Bin | Range | (bp) | Count | Fraction |
|-----|-------|------|-------|----------|
| 1 | <7- | <7 | 000 | .00000 |
| 2 | 7- | 7 | 000 | .00000 |
| 3 | 8- | 8 | 000 | .11460 |
| 4 | 8.1- | 8.1 | 000 | .00000 |
| 5 | 9- | 9 | 000 | .11460 |
| 6 | 10- | 10 | 000 | .07710 |
| 7 | 11- | 11 | 000 | .30630 |
| 8 | 12- | 12 | 000 | .22920 |
| 9 | 13- | 13 | 000 | .10830 |
| 10 | 14- | 14 | 000 | .05000 |
| 11 | 15- | 15 | 000 | .00000 |
| | Totals | | 480 | 1.000 |

```
Minimum allele frequency = .010400
Null allele frequency = .00000
```

:REM D13S317 allele frequencies for Hispanics from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## D13S317.SWH

| Bin | Range | (bp) | Count | Fraction |
|-----|-------|------|-------|----------|
| 1 | <7- | <7 | 000 | .00000 |
| 2 | 7- | 7 | 000 | .00000 |
| 3 | 8- | 8 | 000 | .06650 |
| 4 | 8.1- | 8.1 | 000 | .00000 |
| 5 | 9- | 9 | 000 | .21920 |
| 6 | 10- | 10 | 000 | .10100 |
| 7 | 11- | 11 | 000 | .20200 |
| 8 | 12- | 12 | 000 | .21680 |
| 9 | 13- | 13 | 000 | .13790 |
| 10 | 14- | 14 | 000 | .05670 |
| 11 | 15- | 15 | 000 | .00000 |
| | Totals | | 406 | 1.000 |

Minimum allele frequency = .012300
Null allele frequency = .00000

:REM D13S317 allele frequencies for Hispanics from Budowle, B.,
Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys.
1999.

## D16S539.BLK

| Bin | Range | (bp) | Count | Fraction |
|-----|-------|------|-------|----------|
| 1 | 8- | 8 | 000 | .03590 |
| 2 | 9- | 9 | 000 | .19860 |
| 3 | 10- | 10 | 000 | .11010 |
| 4 | 11- | 11 | 000 | .29430 |
| 5 | 12- | 12 | 000 | .18660 |
| 6 | 13- | 13 | 000 | .16510 |
| 7 | 14- | 14 | 000 | .00000 |
| 8 | 15- | 15 | 000 | .00000 |
| | Totals | | 418 | 1.0000 |

Minimum allele frequency = .012000
Null allele frequency = .00000

:REM D16S539 allele frequencies for African Americans from
Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and
K. M. Keys. 1999.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## D16S539.CAU

| Bin | Range (bp) | | Count | Fraction |
|-----|------|-----|-------|----------|
| 1 | 8- | 8 | 000 | .01980 |
| 2 | 9- | 9 | 000 | .10400 |
| 3 | 10- | 10 | 000 | .06680 |
| 4 | 11- | 11 | 000 | .27230 |
| 5 | 12- | 12 | 000 | .33910 |
| 6 | 13- | 13 | 000 | .16340 |
| 7 | 14- | 14 | 000 | .03220 |
| 8 | 15- | 15 | 000 | .00000 |
| | Totals | | 404 | 1.0000 |

Minimum allele frequency = .012400
Null allele frequency = .00000

:REM D16S539 allele frequencies for Caucasians from Budowle, B.,
Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys.
1999.

## D16S539.SEH

| Bin | Range (bp) | | Count | Fraction |
|-----|------|-----|-------|----------|
| 1 | 8- | 8 | 000 | .02290 |
| 2 | 9- | 9 | 000 | .14580 |
| 3 | 10- | 10 | 000 | .09580 |
| 4 | 11- | 11 | 000 | .28130 |
| 5 | 12- | 12 | 000 | .25420 |
| 6 | 13- | 13 | 000 | .16250 |
| 7 | 14- | 14 | 000 | .03540 |
| 8 | 15- | 15 | 000 | .00000 |
| | Totals | | 480 | 1.0000 |

Minimum allele frequency = .010400
Null allele frequency = .00000

:REM D16S539 allele frequencies for Hispanics from Budowle, B.,
Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys.
1999.



*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## D16S539.SWH

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | 8- | 8 | 000 | .01680 |
| 2 | 9- | 9 | 000 | .07930 |
| 3 | 10- | 10 | 000 | .17310 |
| 4 | 11- | 11 | 000 | .31490 |
| 5 | 12- | 12 | 000 | .28610 |
| 6 | 13- | 13 | 000 | .10340 |
| 7 | 14- | 14 | 000 | .02400 |
| 8 | 15- | 15 | 000 | .00000 |
| | Totals | | 416 | 1.0000 |

Minimum allele frequency = .012000
Null allele frequency = .00000

:REM D16S539 allele frequencies for Hispanics from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

## D18S51.BLK

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | 9- | 9 | 000 | .00000 |
| 2 | 10- | 10 | 000 | .00000 |
| 3 | 10.2- | 10.2 | 000 | .00000 |
| 4 | 11- | 11 | 000 | .00000 |
| 5 | 12- | 12 | 000 | .05830 |
| 6 | 13- | 13 | 000 | .05560 |
| 7 | 13.2- | 13.2 | 000 | .00000 |
| 8 | 14- | 14 | 000 | .06390 |
| 9 | 14.2- | 14.2 | 000 | .00000 |
| 10 | 15- | 15 | 000 | .16670 |
| 11 | 16- | 16 | 000 | .18890 |
| 12 | 17- | 17 | 000 | .16390 |
| 13 | 18- | 18 | 000 | .13060 |
| 14 | 19- | 19 | 000 | .07780 |
| 15 | 20- | 20 | 000 | .05560 |
| 16 | 20.2- | 20.2 | 000 | .00000 |
| 17 | 21- | 21 | 000 | .00000 |
| 18 | 21.2- | 21.2 | 000 | .00000 |
| 19 | 22- | 22 | 000 | .00000 |
| 20 | 23- | 23 | 000 | .00000 |
| 21 | 24- | 24 | 000 | .00000 |
| 22 | 25- | 25 | 000 | .00000 |
| 23 | 26- | 26 | 000 | .00000 |
| | Totals | | 360 | 1.000 |

Minimum allele frequency = .013900
Null allele frequency = .00000

:REM D18S51 allele frequencies for Blacks from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.



---

Revision 04/01/03                    Appendix 13A:7 of 7

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

D18S51.CAU

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | 9- | 9 | 000 | .01280 |
| 2 | 10- | 10 | 000 | .01280 |
| 3 | 10.2- | 10.2 | 000 | .01280 |
| 4 | 11- | 11 | 000 | .01280 |
| 5 | 12- | 12 | 000 | .12760 |
| 6 | 13- | 13 | 000 | .12250 |
| 7 | 13.2- | 13.2 | 000 | .00000 |
| 8 | 14- | 14 | 000 | .17350 |
| 9 | 14.2- | 14.2 | 000 | .00000 |
| 10 | 15- | 15 | 000 | .12760 |
| 11 | 16- | 16 | 000 | .10710 |
| 12 | 17- | 17 | 000 | .15560 |
| 13 | 18- | 18 | 000 | .09180 |
| 14 | 19- | 19 | 000 | .03570 |
| 15 | 20- | 20 | 000 | .02550 |
| 16 | 20.2- | 20.2 | 000 | .00000 |
| 17 | 21- | 21 | 000 | .00000 |
| 18 | 21.2- | 21.2 | 000 | .00000 |
| 19 | 22- | 22 | 000 | .00000 |
| 20 | 23- | 23 | 000 | .00000 |
| 21 | 24- | 24 | 000 | .00000 |
| 22 | 25- | 25 | 000 | .00000 |
| 23 | 26- | 26 | 000 | .00000 |
| | Totals | | 392 | 1.0000 |

Minimum allele frequency = .012800
Null allele frequency = .00000

:REM D18S51 allele frequencies for Caucasians from Budowle, B.,
Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys.
1999.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

D18S51.SEH

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | 9- | 9 | 000 | .00000 |
| 2 | 10- | 10 | 000 | .00000 |
| 3 | 10.2- | 10.2 | 000 | .00000 |
| 4 | 11- | 11 | 000 | .01570 |
| 5 | 12- | 12 | 000 | .13610 |
| 6 | 13- | 13 | 000 | .11780 |
| 7 | 13.2- | 13.2 | 000 | .00000 |
| 8 | 14- | 14 | 000 | .13090 |
| 9 | 14.2- | 14.2 | 000 | .00000 |
| 10 | 15- | 15 | 000 | .19110 |
| 11 | 16- | 16 | 000 | .14140 |
| 12 | 17- | 17 | 000 | .10730 |
| 13 | 18- | 18 | 000 | .05500 |
| 14 | 19- | 19 | 000 | .04710 |
| 15 | 20- | 20 | 000 | .02880 |
| 16 | 20.2- | 20.2 | 000 | .00000 |
| 17 | 21- | 21 | 000 | .00000 |
| 18 | 21.2- | 21.2 | 000 | .00000 |
| 19 | 22- | 22 | 000 | .00000 |
| 20 | 23- | 23 | 000 | .00000 |
| 21 | 24- | 24 | 000 | .00000 |
| 22 | 25- | 25 | 000 | .00000 |
| 23 | 26- | 26 | 000 | .00000 |
| | Totals | | 382 | 1.0000 |

Minimum allele frequency = .013100
Null allele frequency = .00000

:REM D18S51 allele frequencies for Hispanics from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## D18S51.SWH

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | 9- 9 | 000 | .00000 |
| 2 | 10- 10 | 000 | .00000 |
| 3 | 10.2- 10.2 | 000 | .00000 |
| 4 | 11- 11 | 000 | .01230 |
| 5 | 12- 12 | 000 | .10590 |
| 6 | 13- 13 | 000 | .17000 |
| 7 | 13.2- 13.2 | 000 | .00000 |
| 8 | 14- 14 | 000 | .17000 |
| 9 | 14.2- 14.2 | 000 | .00000 |
| 10 | 15- 15 | 000 | .13790 |
| 11 | 16- 16 | 000 | .11580 |
| 12 | 17- 17 | 000 | .13790 |
| 13 | 18- 18 | 000 | .05170 |
| 14 | 19- 19 | 000 | .03700 |
| 15 | 20- 20 | 000 | .01720 |
| 16 | 20.2- 20.2 | 000 | .00000 |
| 17 | 21- 21 | 000 | .01970 |
| 18 | 21.2- 21.2 | 000 | .00000 |
| 19 | 22- 22 | 000 | .00000 |
| 20 | 23- 23 | 000 | .01230 |
| 21 | 24- 24 | 000 | .01230 |
| 22 | 25- 25 | 000 | .01230 |
| 23 | 26- 26 | 000 | .01230 |
| Totals | | 406 | 1.0000 |

```
Minimum allele frequency = .012300
Null allele frequency = .00000
```

:REM D18S51 allele frequencies for Hispanics from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## D21S11.BLK

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | 24.2- 24.2 | 000 | .00000 |
| 2 | 24.3- 24.3 | 000 | .00000 |
| 3 | 25- 25 | 000 | .00000 |
| 4 | 26- 26 | 000 | .00000 |
| 5 | 27- 27 | 000 | .06150 |
| 6 | 28- 28 | 000 | .21510 |
| 7 | 28.2- 28.2 | 000 | .00000 |
| 8 | 29- 29 | 000 | .18990 |
| 9 | 29.2- 29.2 | 000 | .00000 |
| 10 | 29.3- 29.3 | 000 | .00000 |
| 11 | 30- 30 | 000 | .17880 |
| 12 | 30.2- 30.2 | 000 | .00000 |
| 13 | 31- 31 | 000 | .09220 |
| 14 | 31.1- 31.1 | 000 | .00000 |
| 15 | 31.2- 31.2 | 000 | .07540 |
| 16 | 32- 32 | 000 | .00000 |
| 17 | 32.1- 32.1 | 000 | .00000 |
| 18 | 32.2- 32.2 | 000 | .06980 |
| 19 | 33- 33 | 000 | .00000 |
| 20 | 33.1- 33.1 | 000 | .00000 |
| 21 | 33.2- 33.2 | 000 | .03350 |
| 22 | 33.3- 33.3 | 000 | .00000 |
| 23 | 34- 34 | 000 | .00000 |
| 24 | 34.2- 34.2 | 000 | .00000 |
| 25 | 35- 35 | 000 | .02790 |
| 26 | 35.2- 35.2 | 000 | .00000 |
| 27 | 36- 36 | 000 | .00000 |
| 28 | 38- 38 | 000 | .00000 |
| | Totals | 358 | 1.0000 |

```
Minimum allele frequency = .014000
Null allele frequency = .00000
```

:REM D21S11 allele frequencies for Blacks from Budowle, B., Moretti, T.
R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*



## D21S11.CAU

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | 24.2- 24.2 | 000 | .00000 |
| 2 | 24.3- 24.3 | 000 | .00000 |
| 3 | 25- 25 | 000 | .00000 |
| 4 | 26- 26 | 000 | .00000 |
| 5 | 27- 27 | 000 | .04590 |
| 6 | 28- 28 | 000 | .16580 |
| 7 | 28.2- 28.2 | 000 | .00000 |
| 8 | 29- 29 | 000 | .18110 |
| 9 | 29.2- 29.2 | 000 | .00000 |
| 10 | 29.3- 29.3 | 000 | .00000 |
| 11 | 30- 30 | 000 | .23210 |
| 12 | 30.2- 30.2 | 000 | .03830 |
| 13 | 31- 31 | 000 | .07140 |
| 14 | 31.1- 31.1 | 000 | .00000 |
| 15 | 31.2- 31.2 | 000 | .09950 |
| 16 | 32- 32 | 000 | .01530 |
| 17 | 32.1- 32.1 | 000 | .00000 |
| 18 | 32.2- 32.2 | 000 | .11220 |
| 19 | 33- 33 | 000 | .00000 |
| 20 | 33.1- 33.1 | 000 | .00000 |
| 21 | 33.2- 33.2 | 000 | .03060 |
| 22 | 33.3- 33.3 | 000 | .00000 |
| 23 | 34- 34 | 000 | .00000 |
| 24 | 34.2- 34.2 | 000 | .00000 |
| 25 | 35- 35 | 000 | .00000 |
| 26 | 35.2- 35.2 | 000 | .00000 |
| 27 | 36- 36 | 000 | .00000 |
| 28 | 38- 38 | 000 | .00000 |
| | Totals | 392 | 1.0000 |

Minimum allele frequency = .012800
Null allele frequency = .00000

:REM D21S11 allele frequencies for Caucasians from Budowle, B.,
Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys.
1999.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## D21S11.SEH

| Bin | Range (bp) | Count | Fraction |
|---|---|---|---|
| 1 | 24.2- 24.2 | 000 | .00000 |
| 2 | 24.3- 24.3 | 000 | .00000 |
| 3 | 25- 25 | 000 | .00000 |
| 4 | 26- 26 | 000 | .00000 |
| 5 | 27- 27 | 000 | .01830 |
| 6 | 28- 28 | 000 | .12570 |
| 7 | 28.2- 28.2 | 000 | .00000 |
| 8 | 29- 29 | 000 | .24080 |
| 9 | 29.2- 29.2 | 000 | .00000 |
| 10 | 29.3- 29.3 | 000 | .00000 |
| 11 | 30- 30 | 000 | .23820 |
| 12 | 30.2- 30.2 | 000 | .03400 |
| 13 | 31- 31 | 000 | .07590 |
| 14 | 31.1- 31.1 | 000 | .00000 |
| 15 | 31.2- 31.2 | 000 | .08380 |
| 16 | 32- 32 | 000 | .00000 |
| 17 | 32.1- 32.1 | 000 | .00000 |
| 18 | 32.2- 32.2 | 000 | .11520 |
| 19 | 33- 33 | 000 | .00000 |
| 20 | 33.1- 33.1 | 000 | .00000 |
| 21 | 33.2- 33.2 | 000 | .03670 |
| 22 | 33.3- 33.3 | 000 | .00000 |
| 23 | 34- 34 | 000 | .00000 |
| 24 | 34.2- 34.2 | 000 | .00000 |
| 25 | 35- 35 | 000 | .00000 |
| 26 | 35.2- 35.2 | 000 | .00000 |
| 27 | 36- 36 | 000 | .00000 |
| 28 | 38- 38 | 000 | .00000 |
| | Totals | 382 | 1.0000 |

Minimum allele frequency = .013100
Null allele frequency = .00000

:REM D21S11 allele frequencies for Hispanics from Budowle, B., Moretti,
T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## D21S11.SWH

| Bin | Range (bp) | Count | Fraction |
|-----|-----------|-------|----------|
| 1 | 24.2- 24.2 | 000 | .00000 |
| 2 | 24.3- 24.3 | 000 | .00000 |
| 3 | 25- 25 | 000 | .00000 |
| 4 | 26- 26 | 000 | .00000 |
| 5 | 27- 27 | 000 | .00000 |
| 6 | 28- 28 | 000 | .06900 |
| 7 | 28.2- 28.2 | 000 | .00000 |
| 8 | 29- 29 | 000 | .20440 |
| 9 | 29.2- 29.2 | 000 | .00000 |
| 10 | 29.3- 29.3 | 000 | .00000 |
| 11 | 30- 30 | 000 | .33010 |
| 12 | 30.2- 30.2 | 000 | .03200 |
| 13 | 31- 31 | 000 | .06900 |
| 14 | 31.1- 31.1 | 000 | .00000 |
| 15 | 31.2- 31.2 | 000 | .08620 |
| 16 | 32- 32 | 000 | .01230 |
| 17 | 32.1- 32.1 | 000 | .00000 |
| 18 | 32.2- 32.2 | 000 | .13550 |
| 19 | 33- 33 | 000 | .00000 |
| 20 | 33.1- 33.1 | 000 | .00000 |
| 21 | 33.2- 33.2 | 000 | .04190 |
| 22 | 33.3- 33.3 | 000 | .00000 |
| 23 | 34- 34 | 000 | .00000 |
| 24 | 34.2- 34.2 | 000 | .00000 |
| 25 | 35- 35 | 000 | .00000 |
| 26 | 35.2- 35.2 | 000 | .00000 |
| 27 | 36- 36 | 000 | .00000 |
| 28 | 38- 38 | 000 | .00000 |
| | Totals | 406 | 1.0000 |

Minimum allele frequency = .012300
Null allele frequency = .00000

:REM D21S11 allele frequencies for Hispanics from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

*HPD Crime Laboratory Division*
*Standard Operating Procedures: Serology/DNA*

## D3S1358.BLK

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | <11- | <11 | 000 | .00000 |
| 2 | 11- | 11 | 000 | .00000 |
| 3 | 12- | 12 | 000 | .00000 |
| 4 | 13- | 13 | 000 | .01190 |
| 5 | 14- | 14 | 000 | .12140 |
| 6 | 15- | 15 | 000 | .29050 |
| 7 | 15.2- | 15.2 | 000 | .00000 |
| 8 | 16- | 16 | 000 | .30710 |
| 9 | 17- | 17 | 000 | .20000 |
| 10 | 17.1- | 17.1 | 000 | .00000 |
| 11 | 18- | 18 | 000 | .05480 |
| 12 | 19- | 19 | 000 | .00000 |
| 13 | >19- | >19 | 000 | .00014 |
| | Totals | | 420 | 1.0000 |

Minimum allele frequency = .000141
Null allele frequency = .00000

:REM D3S1358 allele frequencies for Blacks from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.

## D3S1358.CAU

| Bin | Range (bp) | | Count | Fraction |
|---|---|---|---|---|
| 1 | <11- | <11 | 000 | .00000 |
| 2 | 11- | 11 | 000 | .00000 |
| 3 | 12- | 12 | 000 | .00000 |
| 4 | 13- | 13 | 000 | .00000 |
| 5 | 14- | 14 | 000 | .14040 |
| 6 | 15- | 15 | 000 | .24630 |
| 7 | 15.2- | 15.2 | 000 | .00000 |
| 8 | 16- | 16 | 000 | .23150 |
| 9 | 17- | 17 | 000 | .21180 |
| 10 | 17.1- | 17.1 | 000 | .00000 |
| 11 | 18- | 18 | 000 | .16260 |
| 12 | 19- | 19 | 000 | .00000 |
| 13 | >19- | 19 | 000 | .00015 |
| | Totals | | 406 | 1.0000 |

Minimum allele frequency = .000151
Null allele frequency = .00000

:REM D3S1358 allele frequencies for Caucasians from Budowle, B., Moretti, T. R., Baumstark, A. L., Defenbaugh, D. A., and K. M. Keys. 1999.