Pinellas County Forensic Laboratory Quality Manual
20 Processing and Analyzing DNA Specimens

**POLICY**
**2020P Serology**
Revision: F
Effective date: 07-01-11
Affected personnel: DNA Analysts
Approved by: Janel Borries, DNA Supervisor
           Chad V. Summerfield, DNA Technical Leader

## Scope
Serological screening tests can provide both presumptive and confirmatory information regarding the type of biological material present. This document details the policies associated with conducting and recording serological tests on biological material.

## References
2005P Internal Evidence Processing -DNA
2015P Analysis Scheme - DNA
2020M-1 Acid Phosphatase Test
2020M-2 ABAcard$^®$ p30 Test
2020M-3 Microscopic Spermatozoa Identification
2020M-4 Phenolphthalein, Tetramethylbenzidine, and Combined PTMB Tests
2020M-5 Hematrace$^®$ Test
2020M-6 Phadebas$^®$ - Presumptive Test for Saliva
2020M-7 Hair Suitability for DNA Testing

## Definitions: See Glossary

## Policies
1. When screening tests are used in analysis, the number and type of tests used shall be appropriate to the individual sample (2015P Analysis Scheme - DNA).
2. No screening tests shall be performed or prepared in the amplification zones of the laboratory.
3. Screening tests shall be separated by time and/or space from DNA extraction, quantitation, and amplification set-up.
4. Positive acid phosphatase tests should be confirmed with microscope analysis per item of evidence.
5. Microscopic analysis of sperm shall be considered an identification (confirmatory) test (2020M-3 Microscopic Spermatozoa Identification).
   a. If only one or two sperm heads are identified, a second analyst shall confirm the identification and initial and date the confirmation.
6. All serological chemical tests shall be considered presumptive in nature.
   a. Presumptive Semen:
      i. 2020M-1 Acid Phosphatase Test
      ii. 2020M-2 ABA card$^®$ p30 Test
   b. Presumptive Blood:

       i. 2020M-4 Phenolphthalein, Tetramethylbenzidine, and Combined PTMB Tests

   c. Presumptive Human Origin of blood:

       i. 2020M-5 Hematrace® Test may be used to indicate human origin of blood.

         1. Hematrace testing shall be limited to samples which initially tested presumptive positive for blood.

   d. Presumptive Amylase for Saliva:

       i. 2020M-6 Phadebas® - Presumptive Test for Saliva

7. Apparent probative hair(s) either recovered from items of evidence or submitted to the laboratory should be evaluated microscopically to determine the suitability of the hair for STR testing (2020M-7 Hair Suitability for DNA Testing).

   a. For items/submissions with multiple hairs, a sampling of the hairs may be used to obtain a suitable sample.

       i. Multiple hairs may be combined into one sample or processed separately depending on the circumstances of the case and the evaluation and location of the hairs collected.

   b. Hairs collected from items of evidence that are not suitable for STR analysis shall be retained.

8. For screening reagents prepared in-house, positive and negative controls shall be analyzed and documented (2010F-1 DNA Description Worksheet, 2010F-2 DNA Sexual Assault Kit Worksheet or 2020F-1 Serology Worksheet) each day that the tests are used in casework.

9. For sealed kits purchased from a manufacturer, positive and negative controls shall be analyzed for each lot number.  Control results shall be documented (2020F-2 Serology Kit Quality Control Record).

10. Results of tests shall be recorded in the case notes (2010F-1 DNA Description Worksheet, 2010F-2 DNA Sexual Assault Kit Worksheet, 2010F-3 DNA Blank Worksheet, or 2020F-1 Serology Worksheet) as defined in the individual test methods (2005P Internal Evidence Processing - DNA).

   a. Test sites with negative results may be grouped together for reporting.

       i. Example: T1-T6 (-) PTMB.

   b. Test sites with positive results should be listed separately for reporting.

       i. Example: T7 (+) PTMB.

   c. If a microscope slide is created during the serological examination, the slide shall be sub-itemized and results recorded documenting the test site from which the slide was created.

11. Analysis may be suspended based upon negative serology results with the exception of sexual assault kit samples.

   a. When sexual assault samples are found to be negative for semen, if a suspect standard has been submitted, the intimate samples in the sexual assault kit should be at minimum carried through to DNA quantitation.

       i. If male DNA is not detected, analysis may be stopped.

   b. When sexual assault samples are found to be negative for semen, and suspect standard has not been submitted, notify the agency of possible further analysis upon the submission of suitable reference standards.

12. The type of testing performed and the results obtained shall be reported in the Results of Analysis Report.

    a. Serological findings shall be reported as follows or in a similar manner: "<indicated/did not indicate/ inconclusive for> the presence of <blood/proteins found in human blood/seminal fluid/amylase, a component of saliva, acid phosphatase, a component found in high concentration in seminal fluid>.

    *Note: the positive results of more sensitive tests shall supersede the results of less sensitive tests.*

    b. Serological screening for seminal fluid, combined with microscopic examination shall be reported as follows or in a similar manner:

        i. If AP and microscope results are positive report positive for presence of semen.

        ii. If AP results are negative and microscope results are positive report positive for presence of semen.

        iii. If only AP positive results report indicated the presence of acid phosphatase, a component found in high concentration in seminal fluid.

        iv. If AP and p30 results are positive and microscope results are negative report:  indicated the presence of seminal fluid.

        v. If microscope results are positive report: confirmed the presence of semen.

        vi. If AP, p30, and microscope results are negative report : did not indicate the presence of semen.

        vii. If AP results are positive and P30 and microscope results are negative report: did not indicate the presence of seminal fluid.

    c. Microscopic findings shall be reported as follows or in a similar manner:

        i. Sperm: "<Positive/negative> for the presence of spermatozoa."

        ii. Hair: "<Not suitable/may be suitable> for nuclear DNA analysis."

**<u>Records</u>**

2010F-1 DNA Description Worksheet
2010F-2 DNA Sexual Assault Kit Worksheet
2010F-3 DNA Blank Worksheet
2020F-1 Serology Worksheet
2020F-2 Serology Kit Quality Control Record

Serology
2020P.revF
Page 4 of 4

| Date | Signature | | Date | Signature |
|------|-----------|---|------|-----------|
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |
|      |           |   |      |           |