**Broward Sheriff's Office Crime Laboratory**
**DNA Unit – Analytical Methods Manual**

**Section 8:  Semen Analysis Protocols**

<u>**Semen Analysis Protocols**</u>:

**A.    Evidence**
The following types of evidence are generally submitted for analysis:

1. Sexual Assault Evidence Collection Kits originate mostly from the Sexual Assault Treatment Center (SATC), the Medical Examiner's Office-ME or a Hospital. The kit contents may vary due to age, sex, condition of victim, and case scenario.

2. Clothing, bedding, condoms and other items associated with an alleged sexual assault case.

3. Miscellaneous contact swabs or samples.

**B.    Presumptive tests**

Testing for AP activity is not necessary for any swabs or samples from sources with no penile contact to preserve the sample for DNA analysis, if probative.

If a swab or sample is positive (+) for AP activity, then the tested stain is suitable for DNA analysis.

Contents of many sexual assault evidence collection kits may include negative/substrate or related sampling control swabs. Examination of these samples (including semen and DNA analysis) is not necessary unless warranted by the analysis results of the evidentiary samples included in these kits.

1.    <u>Sexual Assault Evidence Collection Kit:</u>

a. Examine the swabs (sources with penile contact i.e. vaginal, anal, cervical, etc.) provided in the kit for Acid Phosphatase (AP) activity.  Test all swabs until either a positive (+) result is obtained or all the swabs have been tested. If the first swab tested is positive (+) for AP activity, then no other swabs need to be tested. If vaginal and cervical swabs have been submitted, test the cervical swabs if the vaginal swabs are negative for the indication/or confirmation of semen. The analyst may choose to test both the vaginal and cervical swabs based on case scenario and regardless of the vaginal swab results.

b. Examine the oral swabs for AP activity depending on the case scenario (only when oral sex has been indicated, ME sample, etc.). Otherwise oral swabs should not be opened or examined.

**Controlled Document on BSO Crime Laboratory H-Drive**
**All Printed Copies are Uncontrolled**

**Broward Sheriff's Office Crime Laboratory**
**DNA Unit – Analytical Methods Manual**

**Section 8:  Semen Analysis Protocols**

c.  Saliva/buccal swabs will be used as standard/reference samples.  If oral sex is indicated or not known, and only saliva/buccal swabs have been submitted, the saliva swabs will be tested for AP activity.

2.  <u>Clothing, bedding, condoms, etc.</u>

   a.  Clothing and/or bedding items are visibly examined for the presence of stains indicating possible semen. Items may be scanned with the alternate light source (ALS) to aid in location of stains that are not visible to the naked eye.

   Examine each possible stain on each item for AP activity. Multiple cuttings may be tested for larger stains or stained areas.  If the AP activity tests negative (-) any further preliminary analysis may not be necessary regarding semen analysis. In addition, the analyst has the option to analyze additional samples from the same stain or stained area if this is feasible.

   b.  If a condom has been submitted, it is visually examined. Separate swab samples are collected from both the inside and outside surfaces to be individually tested for AP activity. Both the external and internal surface swabs from the condom may still be suitable for DNA analysis regardless of the AP activity test results, based on case scenario.

3.  <u>Miscellaneous contact swabs or samples</u>.

   Testing for AP activity is not necessary prior to DNA analysis, if probative. If however, these samples are tested for AP activity then test all swabs in the set until either a positive (+) result is obtained or all the swabs have been tested.

C.  **<u>Confirmatory tests</u>**

   Confirmatory testing for the presence of semen is accomplished by microscopic examination of slides for the identification of spermatozoa. The microscope slides are prepared as part of the differential extraction process. Differential extracts are prepared from either:
   
   i.  each individual AP-tested sample or swab
   ii  or from a composite of the AP-tested samples or swabs

   If option (ii) is followed, all extract slides must be examined in the set until either a positive (+) result is obtained or all the associated extract slides have been examined. If spermatozoa are detected in the first slide, it is not necessary to examine the remaining prepared slides from the same source.

**Controlled Document on BSO Crime Laboratory H-Drive**
**All Printed Copies are Uncontrolled**

**Broward Sheriff's Office Crime Laboratory**
**DNA Unit – Analytical Methods Manual**

**Section 8: Semen Analysis Protocols**

The p30 test may also be conducted as an additional confirmatory test for samples with positive (+) AP activity and negative (-) microscopic sperm analysis results, based on sample availability.

1.    Sexual Assault Evidence Collection Kit

   a.  Confirmatory tests for semen must be performed for all AP tested (with positive (+) or negative (-) results) swabs.

   b.  The examination of the provided slides is optional as an additional confirmation test. At a minimum the provided dry smears from the corresponding body orifice or surface will be examined. Test all slides in the set until either a positive (+) result is obtained or all the set slides have been examined. If, however, spermatozoa are identified in the first smear slide, no remaining slides from this source or set have to be examined.

2.    Clothing, bedding, condoms, etc.

   a.  For bedding or clothing items, confirmatory test for semen must be performed for all AP positive (+) stain. In addition, the analyst has the option to examine the AP negative (-) stains for the confirmation of semen presence.

   b.  For condom samples, the analyst must still perform confirmatory test for semen regardless the AP results.

3.    Miscellaneous swabs or contact samples.

   Confirmatory tests for semen must be performed for all AP tested (with positive (+) or negative (-) results) swabs.

| Revision Level | Revision Date | Brief Description |
|---|---|---|
| Original | December 12, 2006 | Second Edition |
| 1 | November 8, 2007 | Modification of the entire section regarding semen analysis work flow. |
| 2 | July 23, 2008 | Modification of paragraph B1c regarding semen analysis on saliva swabs. |
| 3 | April 23, 2009 | Modification of paragraph B1c regarding semen analysis on saliva swabs. |
| 4 | January 29, 2010 | Addition in paragraph B regarding the analysis of negative control swabs. |

**Controlled Document on BSO Crime Laboratory H-Drive**
**All Printed Copies are Uncontrolled**