**Broward Sheriff's Office Crime Laboratory**
**DNA Unit – Analytical Methods Manual**

**Section 10: Semen Confirmatory Tests**

**Semen Confirmatory Tests**:

Detection of semen is accomplished by the presence of spermatozoa. P30 testing may be employed as an additional confirmatory test based on case scenario/results (see section 8). Microcentrifuge tubes fitted with spin baskets will be used for all procedures that involve p30 and/or sperm extractions.

**A.      Controls:**

Controls must show the following:
1.      Positive controls: Designed to show that the testing reagents are producing the expected results.
2.      Negative controls: Designed to show that no false positive results are obtained.

The results of the controls used in the presumptive test will be recorded in the case file notes.

**B.      Extraction of Stains**

Extraction Protocol

Reagents and Supplies

**FITZCO Spin-Eze Tubes (2mL) and Spin Baskets**

These tubes are compatible with the BioRobot EZ1 Advanced and need to be used if any of these samples are forwarded for DNA extraction.

**QIAGEN 2mL Screw Cap Tubes or Equivalent**

If the samples may be forwarded to DNA extraction, then these 2mL tubes should be used for collecting the epithelial fraction from the post Proteinase K digest.

**Buffer C**

Prepare in a 1L flask:

    Add 10g of SDS powder
    Add 1L of TNE (10mM Tris, 1mM EDTA, 100mM NaCl) (Teknova)
        *Note: (Teknova 1L Cat.No: T0560 bottles are premeasured and exactly 1L)*
    Use magnetic stirrer & heat gently to completely dissolve SDS (do not exceed 65°C)
    Mix in ~ one drop of Antifoam A (Shake Antifoam A to mix well before use) (Sigma)
    Transfer to a 1L bottle and store tightly capped at Room Temperature

Document No:  DN10 - Page 1 of 3

**Controlled Document on BSO Crime Laboratory H-Drive**
**All Printed Copies are Uncontrolled**

> **Broward Sheriff's Office Crime Laboratory**
> **DNA Unit – Analytical Methods Manual**
>
> **Section 10:  Semen Confirmatory Tests**

**Proteinase K Solution (20mg/mL) (QIAGEN, Amresco)**
May be stored at Room Temperature.  Store at ~4°C for long term.

**dH$_2$O  (de-ionized water)**
Prepared in house fresh for the preparation of the above mentioned solutions and assigned an expiration date of 1 year. The Conductivity or the Resistivity is checked. The minimum conductivity must be 0.055μS/cm or the minimum Resistivity must be 5.15MΩ/cm.

**Permount or Cytoseal XYL (optional)**

Commercially available. This medium is assigned the manufacturer's expiration date as it is stated on the container.

**Procedure:  Epithelial Cell Digestion and Sperm Isolation**

1. Add the substrate (up to ~1/2 of a swab) to a 2mL EZ1/spin basket compatible Microcentrifuge snap cap tube.
2. Add the following reagents to each sample and an extraction control and then pulse vortex to mix.

> **490μL Buffer C**
> **10μL Proteinase K (20mg/mL)**

3. Visually inspect the samples to ensure that the substrate is below the liquid level. If the substrate has absorbed the lysis buffer and a moving liquid is not apparent, then the substrate may be too large.

4. Incubate samples in a Thermomixer at 56°C (+/- 1°C) for up to 2 hours.  See below for recommendations

**Interval Mixing Cycle (Recommendations)**
An interval mixing speed is highly recommended for processing samples in the Thermomixer during the first two hours of incubation.  Interval mixing consists of repeating cycles of mixing/shaking and idling.

It is recommended that the Thermomixer be set for interval mixing consisting of a 1400 RPM mixing/shaking step for 1 minute followed by a idling step for 4 minutes.  This should be suitable for the majority of samples.

The principle relies on using a mixing step to elute the cells from the substrate and then an idle step to facilitate the enzymatic and chemical digestion of the proteins and lipids.  While this mixing cycle should be suitable for most samples,

**Controlled Document on BSO Crime Laboratory H-Drive**
**All Printed Copies are Uncontrolled**

**Broward Sheriff's Office Crime Laboratory**
**DNA Unit – Analytical Methods Manual**

**Section 10: Semen Confirmatory Tests**

it may be necessary to change the parameters depending on the nature of a particular sample.

Note: Samples that presumably have a lower epithelial cell density (e.g. a neat stain, redigesting a sperm fraction, cutting from bedsheets, clothing or swabs from condoms) may require a shorter extraction time (e.g. 30 minutes) and/or a lower mixing speed (e.g. 1000 RPM) in order to reduce the chance of sperm cell lysis during the epithelial cell digest.

5. Remove the samples from the Thermomixer and then pulse centrifuge the sample tubes to draw down the condensation from the caps.

6. Carefully transfer the cutting into a clean spin basket using a sterile stick or forceps. Insert the basket with the cutting into the same tube and then close the lid to seal the basket at the top. Do NOT invert the tubes or allow them to lay flat because the basket and tube DO NOT form a water tight seal and will leak if inverted or tilted too far.
   *(NOTE: It is critical that you use proper laboratory practice to ensure that your gloves or work area do not become contaminated with DNA from sample. Change your gloves if there is any indication that they have come into contact with the cuttings.)*

7. Centrifuge the samples for 5 minutes at approximately 13,000 RPM to pellet the spermatozoa.

8. Mark the **Epithelial Fraction** tubes (Note: Use BioRobot EZ1 Advanced compatible tubes if the epithelial fraction will be forwarded for DNA)

9. **Isolate the Epithelial Fraction from the Sperm Fraction**
   Carefully remove the microcentrifuge tubes using care to not disturb the sperm pellet. Carefully remove and discard the basket and the cutting. Gently aspirate the epithelial digest (lysate) without disturbing the sperm pellet and transfer it to the corresponding Epithelial Fraction tubes.

10. **Clean-up the Sperm Fraction**
    □ Add **750µL dH₂O** to the **Sperm Fraction** tubes and Reagent Control (if applicable)
    □ Vortex to dissolve the pellet and re-suspend the spermatozoa
    □ Centrifuge for 5 minutes at the ~13,000 RPM to pellet the sperm
    □ Gently aspirate (~700µL) and discard the wash without disturbing the pellet
    □ Vortex or pipette to diffuse the pellet and re-suspend the spermatozoa. Spot ~3-5µL on a microscope slide and examine to see if sperm is present and epithelial cells remain. (Note: Refer to Step C below)

**C.    Detection of Semen by Microscopic Identification of Spermatozoa**

The examiner may use either the Phase Contrast Microscopy method (a) or the Bright Field Microscopy with Stain method (b) as an identification method for spermatozoa in

Document No: DN10 - Page 3 of 3

**Controlled Document on BSO Crime Laboratory H-Drive**
**All Printed Copies are Uncontrolled**

**Broward Sheriff's Office Crime Laboratory**
**DNA Unit – Analytical Methods Manual**

**Section 10:  Semen Confirmatory Tests**

the post-digestion extracted samples. Examination of the slide smears provided in the SATC Kit (or equivalent Sexual Assault Evidence Collection kit) is optional. If the examiner decides to examine the SATC-provided slides then the slides will be stained and evaluated with Bright Field Microscopy.

At the end of the first digestion step of the differential extraction, the examiner will evaluate a sample of the sperm fraction for the presence of sperm cells. Confirmation of sperm cells without tails can be accomplished by either Phase Contrast Microscopy or Bright field Microscopy with Christmas Tree staining. Each post-digestion spotted slide will be examined until a sperm cell (with or without tail) identification has been made or the entire spotted smear has been microscopically examined. Detection of semen on the examined swab or swabs is based on a single identified sperm cell (with or without tail).

1.     **Phase Contrast Microscopy:**

Phase Contrast Microscopy will be used to examine only the post-digestion slide smears for confirmation of sperm cells without tails. Each post-digestion slide will be examined until a sperm cell (with or without tail) identification has been made or the entire spotted smear has been microscopically examined.

Procedure
  1.  Examine non-stained slide under phase contrast lighting, with 400X magnification after placing 1-2 drops of $dH_2O$ under the cover slip.
      a.    Spermatozoa heads appear as an ovoid shape, outlined shape, lightly shaded only on lower half (the acrosome may be present as a darkly shaded upper portion of the sperm cell), while the string-like tails, if present, are dark.
      b.    Epithelial cells may have a distinct appearance with the darker nucleus (much larger in size than the sperm cell) and the cytoplasm lightly shaded.
  2.  Record the results of the analysis is the case file notes. For reporting preliminary test results reports, the detection of semen on the examined sample is based on a single identified sperm cell (with or without tail).

2.     **Bright Field Microscopy with Stain:**

Bright Field Microscopy with staining will be used to examine the post-digestion slide for confirmation of sperm cells without tails. Each post-digestion slide will be examined until a sperm cell (with or without tail) identification has been made or the entire spotted sample has been microscopically examined. Detection of semen on the examined swab or swabs may be based on a single identified sperm cell (with or without tail).

**Controlled Document on BSO Crime Laboratory H-Drive**
**All Printed Copies are Uncontrolled**

| Broward Sheriff's Office Crime Laboratory |
| :---: |
| DNA Unit – Analytical Methods Manual |
| |
| Section 10:  Semen Confirmatory Tests |

The examination of each slide provided in the kit (optional) will proceed until sperm cell (with or without tail) identification has been made or the entire slide smear has been checked under the microscope.

Reagents
Nuclear Fast Red (NF):

|  |  |
| :--- | :--- |
| Aluminum Sulfate | 5 g |
| Nuclear Fast Red | 0.1 g |
| $dH_2O$ | 200 mL |

Dissolve the aluminum sulfate in hot $dH_2O$.  Immediately add nuclear fast red and stir with glass rod.  Cool, filter and store.

This solution is QC tested with a known extracted semen sample slide (see the listed Christmas Tree procedure in this section for the acceptable results).

$dH_2O$  (de-ionized water)

Prepared in house fresh for the preparation of the above mentioned solution and assigned an expiration date of 1 year. The Conductivity check or the Resistivity check serves as the QC test. The minimum conductivity must be 0.055μS/cm or the minimum resistivity must be 5.15MΩ/cm.

Pirco-indigocarmine Solution (PICS):

|  |  |
| :--- | :--- |
| Picric Acid (sat. solution) | 300mL |
| Indigo Carmine dye | 1 g |

Dissolve indigo carmine dye in the solution. Filter and store.

This solution is QC tested with a known extracted semen sample slide (see the listed Christmas Tree procedures in this section for the acceptable results).

Procedure:
1.  Place sufficient NF solution to cover smear/extract and allow to stand covered for 15 minutes.
2.  Wash NF solution off using de-ionized water from wash bottle.
3.  Place several drops of PICS on slide.  Wash off after15 seconds using ethanol.
4.  After the stained slide has dried, the analyst has the option to put a cover slip on the stain. Alternately, the Permount medium may be placed directly on the slide stain before the addition of the cover slip.

**Controlled Document on BSO Crime Laboratory H-Drive**
**All Printed Copies are Uncontrolled**

**Broward Sheriff's Office Crime Laboratory**
**DNA Unit – Analytical Methods Manual**

**Section 10: Semen Confirmatory Tests**

5. View microscope slide under 400X magnification.
   a. Spermatozoa heads appear as a balloon-like shape, red in color only on lower half (the acrosome may be present as a clear upper portion of the sperm cell), while the string-like tails, if present, are green.
   b. Epithelial cells may have a "fried egg-like" appearance with the nucleus (much larger in size than the sperm cell) stained red and the cytoplasm exhibiting a combination of light shades of green and red.
6. Record the results of the analysis in the case file notes. For reporting preliminary test results, the detection of semen on the examined sample may be based on a single confirmed sperm cell (with or without tail).

**D.     Detection of Semen Using p30**:

  **ABA card**

The ABA card test is designed to qualitatively detect prostate-specific antigen (p30) that is present in semen. Therefore this test may be used also as an alternative confirmation result for the detection of semen based on case scenario/results (see section 8).

Materials/Reagents

ABA Cards
   Purchased commercially and assigned the manufacturer expiration date. Each run is QC tested with the inclusion of a known semen extract serving as the positive control and $dH_2O$ serving as the negative control (see procedure below).

$dH_2O$  (de-ionized water)
   Prepared in house and assigned an expiration date of 1 year. The Conductivity check or the Resistivity check serves as the QC test. The minimum conductivity must be 0.055μS/cm or the minimum Resistivity must be 5.15MΩ/cm.

Procedure

1. Extract a portion of the stain in approximately 750 μL of water for aminimum of 2 hours.
2. Positive and negative controls must be run with each batch of samples analyzed. The positive control consists of a known semen sample extract and the negative control consists of 750 μl of water.
2. Add 200μL of the extracted sample and controls to the sample well "S" of the test device.
4. Read results at 10 minutes.
   a. Positive result: If there are two pink lines, one each in the test area "T" and in the control area "C", the test result is positive. The positive control

Document No: DN10 - Page 6 of 3

**Controlled Document on BSO Crime Laboratory H-Drive**
**All Printed Copies are Uncontrolled**

must exhibit one pink line in the control area "C" and one line in the test area 'T" for a conclusive test set.

b.  <u>Negative result</u>: If there is only one pink line (in the control area "C") the test result is negative. The negative control must exhibit one pink line in the control area "C" only for a conclusive test set.

c.  <u>Invalid result</u>: If there is no pink line is visible in the control area "C", the test is invalid.

5.  Record the results of the analysis in the case file notes.

### E.  Forwarding Positive Extracts for DNA Purification

The analysis of samples negative for acid phosphatase activity and spermatozoa may be discarded at this point.

Extracts that are positive for acid phosphatase activity and/or spermatozoa may be forwarded to DNA analysis provided that a Reagent Control for both the sperm and epithelial fractions were prepared in parallel to the forensic samples.

**Preparation of the Epithelial Fraction for DNA purification.**

1.  If the epithelial fraction will be forwarded to DNA analysis then add add the following reagents to each tube and the corresponding Reagent Control:

> **400μL Buffer MTL**
> **10μL 1M DTT**

*Note:  The function of the 1M DTT is intended to lyse any spermatozoa that might be aspirated during the epithelial fraction transfer.*

2.  Incubate **Epithelial Fraction** tubes in a Thermomixer at 56°C (+/- 1°C) for ≥ 15 minutes.

3.  Pulse centrifuge the Epithelial Fractions tubes to draw down the condensation from the caps.

4.  Add 1μL carrier RNA to each Epithelial Fraction sample.

5.  Forward Epithelial Fractions to DNA purification using the EZ1 Large Volume Protocol (See Step E of the EZ1 Differential Protocol)

**Clean-up & Digestion of the Sperm Fraction for DNA Purification**

1.  If the microscopic analysis of the sperm pellet revealed any epithelial cells, then sample(s) and the associated reagent control should be redigested.  Skip to the Redigestion of Unlysed Epithelial Cells outlined further down to Step 5 for this clean-up procedure if a redigestion will be performed.  Otherwise, follow the next series steps to wash the sperm pellet.

**Controlled Document on BSO Crime Laboratory H-Drive**
**All Printed Copies are Uncontrolled**

**Broward Sheriff's Office Crime Laboratory**
**DNA Unit – Analytical Methods Manual**

**Section 10:  Semen Confirmatory Tests**

2.  Add **500µL of Buffer C** to the Sperm Fraction and then pulse vortex to mix and resuspend the spermatozoa (*Note:  It is important to fully diffuse the pellet in order to separate the cellular debris and waste from the spermatozoa.*)
3.  Centrifuge for ~3 minutes to pellet the sperm.  Gently aspirate (~500µL) and discard the wash without disturbing the pellet.
4.  Repeat this process 1 to 2 more times by adding 500µL of Buffer C to the Sperm Fraction, centrifuging to form a pellet, and then aspirating and discarding the wash.
5.  **Redigestion of Unlysed Epithelial Cells (if applicable)**
    (Perform the following steps only if Epithelial Cell(s) were detected in the Sperm Fraction)
6.  Add **500µL Buffer C** and **10µL Proteinase K (20mg/mL)** to the Sperm Fraction tube and Reagent Control
7.  Incubate samples in a Thermomixer at 56°C (+/- 1°C) for up to 1 hour.
    *Note:  Samples with a low density of epithelial cells should be digested for a shorter time (e.g. 30 minutes) while samples with a higher density of cells may require a longer extraction time.  The digest time should be determined empirically.*
8.  Centrifuge for ~3 minutes to pellet the sperm
9.  Gently aspirate (~500µL) and discard the wash without disturbing the pellet
10. Repeat this process 1 to 2 more times by adding 500µL of Buffer C to the Sperm Fraction, centrifuging to form a pellet, and then aspirating and discarding the wash

**Digest the Sperm Fraction for DNA Purification**

1.  Add the following reagents to each sample and an extraction control and then pulse vortex to mix.

> **10µL Proteinase K (20mg/mL)**
> **10µL 1M DTT**
> **Normalize to ~200µL w/Buffer C**

> *Note: The **total volume of the digest should not exceed 300µL** for use with the EZ1 Trace protocol.  If the volume of the Sperm Fraction exceeds 300µL then the EZ1 Large Volume protocol shall be followed.*

2.  Incubate samples in a Thermomixer at 56°C (+/- 1°C) for at least 2 hours.  The differential procedure was validated by using a repeating cycle that mixed the samples at 1400 RPM for 1 minute and then idled for 4 minutes.  Variation in RPM is permitted at the discretion of the analyst.  Constant mixing is not recommended.
3.  Pulse centrifuge the Sperm Fraction tubes to draw down the condensation from the caps.  Add **1µL carrier RNA** to each Sperm Fraction sample and purify using the **EZ1 Trace Protocol.  (See EZ1 Differential Protocol)**

**Controlled Document on BSO Crime Laboratory H-Drive**
**All Printed Copies are Uncontrolled**

**Broward Sheriff's Office Crime Laboratory
DNA Unit – Analytical Methods Manual**

**Section 10:  Semen Confirmatory Tests**

| Revision Level | Revision Date | Brief Description |
|---|---|---|
| Original | December 12, 2006 | Second Edition |
| 1 | October 12, 2007 | Modification of opening statement regarding confirmatory tests. |
| 2 | April 23, 2009 | Addition of opening statement in paragraph D regarding p30 tests; Deletions in paragraph B regarding QC tests. |
| 3 | July 30, 2010 | Procedural change based on material modifications that replace buffers TNE and Sarkosyl with Buffer C.  Addition of Epithelial and Sperm Fraction digest for EZ1 purification. |

**Controlled Document on BSO Crime Laboratory H-Drive
All Printed Copies are Uncontrolled**