245473-F

**BECKMAN COULTER™**

MADE IN U.S.A.



# Dri-STAT®Reagent

## ACP

**For In Vitro Diagnostic Use**

©Copyright 2003 Beckman Coulter, Inc.
Beckman Coulter, Inc., Fullerton, CA 92835 Printed in U.S.A.

English . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1
Français . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
Deutsch . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 17
Italiano . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 25
Español . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 33
Português(c) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 41
Dansk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 49
Svenska . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 57
Ελληνικά . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 65
Japanese . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 74
References . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 81

**For *In Vitro* Diagnostic Use**

**INTENDED USE**

Dri-STAT ACP Reagent is intended for use **in vitro** diagnostic determinations of acid phosphatase in serum.

**SUMMARY AND EXPLANATION**

It was initially reported that $\alpha$-naphthyl phosphate was a highly specific substrate for the prostatic isoenzyme of acid phosphatase;[1] however, later studies showed that this substrate is readily hydrolyzed by leucocytic acid phosphatase as well.[2] For that reason, L.-tartrate has been employed as a specific inhibitor of the prostatic isoenzyme.[3] Dri-STAT ACP Reagent is based on the method of Hillmann, and has been optimized for use at higher temperatures.

Acid phosphatase is produced in a variety of tissues such as bone, erythrocytes, and thrombocytes as well as by the cells typical of Gaucher's Disease. The enzyme is most commonly assayed when there is a supsicion of prostatic carcinoma. Prostatic tissue is usually rich in acid phosphatase which, however, does not normally enter the circulation. Conditions such as benign prostatic hypertrophy do not result in elevation of serum acid phosphatase, whereas an elevation does appear in cases of carcinoma.

## PRINCIPLES OF THE PROCEDURE

The reaction sequence employed in the assay of ACP is as follows:

$$\alpha\text{-Naphthylphosphate} + H_2O \xrightarrow{\text{ACP}} \alpha\text{-Naphthol} + \text{Phosphate}$$

$$\alpha\text{-Naphthol} + \text{Fast Red TR} \longrightarrow \text{Chromophore}$$

Acid phosphatase hydrolyzes $\alpha$-naphthylphosphate to yield $\alpha$-naphthol which immediately reacts with Fast Red TR (diazotized 2-amino-5-chlorotoluene) to produce a chromogen. The rate of increase in absorbance at 405 nm due to chromogen formation is directly proportional to the amount of ACP in the sample. The test is run both in the presence and absence of tartrate, the difference in activity between the assays being attributed to the prostatic isoenzyme.

## REAGENTS

| Active Ingredients | Approximate Concentration as Formulated |
|---|---|
| Reagent | |
| $\alpha$-Naphthylphosphate | 3 mmol/L |
| Fast Red TR | 1 mmol/L |
| Tartrate | |
| L-Tartrate | 2 mol/L |
| Acetate Buffer, pH 5.0 | 5 mol/L |

The reagent is formulated in citrate buffer, pH 5.0 ±0.2. In addition to Dri-STAT ACP Reagent, performance of the test requires a spectrophotometer capable of measuring absorbance accurately

as 0.05 cm, a means of incubating the reaction at 30°C or 37°C in 1.0 cm pathlength cuvettes, and pipettes for reagent reconstitution, reagent dispensing, and sample addition.

**RECONSTITUTION INSTRUCTIONS**
These instructions apply to reagent preparation for use in the manual procedure presented below. Application data sheets for specific automated instruments may indicate a different procedure which should be followed.

Reconstitution should be accomplished by the careful addition of distilled water as specified on the labels of the component vials. The vial containing L-tartrate may be heated to 45°C to 55°C to aid dissolution. The acetate buffer is provided in liquid form and needs no further preparation.

**STABILITY AND STORAGE**
Unopened components are stable until the expiration dates stated on the labels when stored at 2°C to 8°C. Reagent solutions are stable for 48 hours at room temperature or one week at 2°C to 8°C when protected from light. Reconstituted tartrate solutions and the buffer are stable indefinitely at 2°C to 8°C if they remain free of bacterial contamination.

**SPECIMEN HANDLING**
No special preparation of the patient is necessary in collecting specimens for this assay.

The preferred material for analysis is serum. Plasma should not be used. Although the substrate shows low activity with erythrocytic phosphatase, avoid hemolyzed samples whenever possible. Because erythrocytic phosphatase is only moderately inhibited by tartrate, it does not significantly contribute to the prostatic fraction measured in this test.[4] Lipemic specimens may also be analyzed.

3

Acid phosphatase activity is extremely labile in the serum at room temperature, particularly in open containers. **Stabilization of** activity can be accomplished by prompt acidification of the sample. When 20 µL of acetate buffer is added to 1 mL of sample, the pH is lowered and activity will be stable at 2°C to 8°C for five days. Preserved specimens may be frozen for longer maintenance.

**PROCEDURE**

These instructions are intended for use in tests employing manual instrumentation. Specific instructions for reagent use on selected automated instruments are available on request.

**System Parameters**

| | |
|---|---|
| Wavelength | 405 nm |
| Incubation temperature | 30°C or 37°C ± 0.25°C |
| Mode | Absorbance |
| Absorbance Range | 0 to 2 A |
| Cuvette pathlength | 1.0 cm |
| Reaction time | 10 min |
| Sample volume | 0.20 mL |
| Tartrate volume | 0.025 mL |
| Reagent volume | 3.00 mL |

If changes in these parameters are desired, see NOTES.

Pipette 3.0 mL of reagent into each cuvette to be used. If tartrate labile, nonprostatic phosphatase is to be determined, label one cuvette for total and one cuvette for nonprostatic for each specimen. Warm cuvettes to the desired reaction temperature.

2. Add 0.025 mL tartrate to the cuvettes for the nonprostatic assay. **Mix.**

3. Add 0.20 mL sample to each cuvette and mix thoroughly. Incubate at the reaction temperature for approximately five minutes.

4. Read and record the initial absorbance $A_i$.

5. Incubate at the reaction temperature for exactly five minutes more.

6. Read and record the final absorbance $A_f$.

$$\text{Calculate } \Delta A/\text{min} = \frac{A_f - A_i}{5}$$

**CALCULATION**

Compute activity as follows:

$$\text{ACP (U/L)} = \frac{\Delta A/\text{min}}{\text{Absorptivity}} \times \frac{V_t}{V_s} \times 1000$$

Where

$$V_t = \text{Total volume} = 3.225 \text{ mL or } 3.20 \text{ mL}$$

$$V_s = \text{Sample volume} = 0.200 \text{ mL}$$

$$\text{Absorptivity} = \text{Millimolar absorptivity of the chromophore at 405 nm} = 12.9$$

For the tartrate-inhibited assay.

$$\text{ACP (U/L)} = \frac{\Delta A/\text{min}}{12.9} \times \frac{3.225}{0.200} \times 1000 = \Delta A/\text{min} \times 1250$$

For the total ACP assay (tartrate ommitted). ACP (U/L) = $\Delta A$/min x 1240. This **change is less than 1%; thus, use of the same factor for both calculations is acceptable.**

To calculate prostatic acid phosphatase (PAP):

PAP = Total ACP (no tartrate) - Nonprostatic ACP (tartrate)

One unit of activity is defined as the amount of enzyme which produces one micromole of chromophore per minute under the conditions of the assay.

NOTES

1. If the spectrophotometer used accomodates a different volume, the reagent and sample volumes may be altered proportionally.

2. If a recorder is used for continuous measurement of absorbance change, the final incubation time may be shortened.

3. If an unusually high ACP level is observed (>38 U/L), the sample should be diluted with saline for reassay (1:10 recommended), or a smaller sample volume may be used. Make the appropriate correction in calculation.

4. To avoid drift, $A_f$ should be recorded within 15 minutes of sample addition.

5. Turbid reagents or substrate with $A_{405}$ > 0.**20 A may have** become contaminated and should be discarded.

**QUALITY CONTROL PROCEDURES**

It is recommended that normal and abnormal controls be included in each set of assays. Commercially available controls are suitable if they contain ACP. Such controls should be acidified with preservative and reserved for use in ACP assays.

Factors other than reagent which might affect performance of this test include proper instrument function, cleanliness of glassware and cuvettes, and pipetting accuracy.

**LIMITATIONS OF THE PROCEDURE**

Oxalate and fluoride are known inhibitors of acid phosphatase activity.[5] With this method, heparin and EDTA have been shown to produce turbidity. It has been observed that some samples with visible icterus show low recovery when assayed by this procedure. Young et al,[6] give a comprehensive list of drugs and other substances known to affect the circulating level of acid phosphatase and its assay.

**EXPECTED VALUES**

|  | Total ACP | PAP |
|---|---|---|
| 30°C |  |  |
| Male | ≤ 4.2 U/L | ≤ 0.8 U/L |
| Male and Female | ≤ 4.0 U/L | ≤ 0.8 U/L |
| 37°C |  |  |
| Male | ≤ 5.4 U/L | ≤ 1.2 U/L |
| Male and Female | ≤ 5.0 U/L | ≤ 1.2 U/L |

As with all assays, each laboratory should determine its own expected values. These values were derived from 46 male and 25 female donors.

**PERFORMANCE**

**Precision**

The day-to-day precision of serum pool analyses over a ten-day period was found to be 26.0 ±1.4 U/L.

**Dynamic Range**

When used in the manual procedure above, this reagent provides results which are linear to 38 U/L. Protocols for automated instruments may call for differences in substrate and reagent volumes which may affect the dynamic range. Consult the appropriate application data sheet.

**Accuracy**

Results obtained with Dri-STAT ACP Reagent in the assay of normal and abnormal specimens showed a correlation coefficient (r) > 0.96 when compared with modification of the method of Bessey et al. [7,8]

**RÉACTIF ACP**

**Réservé aux dosages diagnostiques IN VITRO**

**UTILISATION**
Le réactif Dri-STAT ACP est destiné au dosage diagnostique **in vitro** de la phosphatase acide dans le sérum.

**RESUME ET EXPLICATION**
Il avait été initialement rapporté que l' $\alpha$-naphthyl phosphate était un substrat hautement spécifique pour l'isoenzyme prostatique de la phosphatase acide[1]; cependant, des études ultérieures ont montré que ce substrat pouvait aussi bien être hydrolisé par la phosphatase acide leucocytaire.[2] Pour cette raison, le L-tartrate a été employé comme inhibiteur spécifique de l'isoenzyme prostatique.[3] Le réactif Dri-STAT ACP utilise la méthode de Hillmann et a été optimisé pour être utilisé à une plus haute température.

**SIGNIFICATION CLINIQUE**
La phosphatase acide est produite dans différents tissus tels que l'os, les érythrocytes et les thrombocytes, de même que par les cellules typiques de la maladie de Gaucher. L'enzyme est essentiellement dosé en cas de suspicion de carcinome de la prostate. Le tissu prostatique est habituellement riche en phosphatase acide qui ne pénètre normalement pas dans la circulation sanguine. Dans le cas d'une hypertrophie prostatique bénigne, on n'observe pas d'augmentation de la phosphatase acide sérique. Par contre une augmentation se produira dans les cas de carcinome.

9

**PRINCIPE**

La séquence de réaction employée pour le dosage de la phosphatase acide est la suivante:

$$\alpha\text{-Naphthylphosphate} + H_2O \xrightarrow{\text{ACP}} \alpha\text{-Naphthol} + \text{Phosphate}$$

$$\alpha\text{-Naphthol} + \text{Fast Red TR} \longrightarrow \text{Chromophore}$$

La phosphatase acide hydrolise l' $\alpha$-naphylphosphate pour former l' $\alpha$-naphthol qui réagit immédiatement avec le Fast Red TR (2-amino-5-chlorotoluène diazoté) pour produire un chromogène. La vitesse d'augmentation de l'absorbance à la quantité de phosphatase acide dans l'échantillon. Le dosage est effectué simultanément en présence et en absence de tartrate; la différence d'activité entre les dosages est attribuée à l'isoenzyme prostatique.

**RÉACTIFS**

| Principes actifs | Concentration dans le réactif |
|---|---|
| Réactif | |
| ($\alpha$-Naphthylphosphate | 3 mmol/L |
| Fast Red TR | 1 mmol/L |
| | |
| Tartrate | |
| L-Tartrate | 2 mol/L |
| Tampon Acetate, pH 5.0 | 5 mol/L |

Le réactif est formulé en tampon citrate, pH 5.0 ±0.2. En plus du réactif Dri-STAT ACP, la réalisation du dosage nécessite l'utilisation d'un spectrophotomètre capable de mesurer avec précision l'absorbance à 405 nm, un bain-marie pour incuber le

... mélange réactionnel à 30°C ou 37°C, des cuvettes de 1,0 cm de trajet optique et des pipettes pour la reconstitution du réactif, la distribution du réactif et de l'échantillon.

**RECONSTITUTION**

Ces instructions s'appliquent à la préparation du réactif pour l'utilisation selon le mode manuel présenté ci-dessous. Des notices d'application particulière pour des instruments automatisés peuvent indiquer une procédure différente qu'il conviendra de suivre. La reconstitution doit être réalisée par addition minutieuse d'eau distillée seelon les indications figurant sur les étiquettes de chaque composant du réactif. Le flacon contenant le L-tartrate peut être tiédi entre 45°C et 55°C pour faciliter la dissolution. Le tampon acétate est fourni sous forme liquide et ne nécessite aucune préparation particulière.

**CONSERVATION ET STABILITÉ**

Les composants du réactif non ouvert son stables jusqu'à la date de péremption indiquée sur l'étiquette en les conservant entre 2°C et 8°C. Les solutions de réactif sont stables pendant 48 heures à température ambiante out pendant une semaine entre 2°C et 8°C en les protégeant de la lumière. Les solutions reconstituées de tartrate et le tampon sont stables indéfiniment entre 2°C et 8°C si elles restent exemptes de contamination bactérienne.

**ECHANTILLONS**

Aucune préparation particulière n'est requise pour les patients avant le prélèvement des échantillons.

Le matériel de choix pour l'analyse est le sérum. Le plasma ne devrait pas être utilisé. Etant donné que le substrat présente une faible activité en présence de phosphatase acide érythrocytaire, éviter l'utilisation d'échantillon hémolysé autant que possible. Etant donné que la phosphatase acide érythrocyclaire est

seulement le mode d'action inhibée par le tartrate et elle ne contribue pas d'une façon significative à la valeur de la fraction prostatique mesurée dans ce dosage.[4] Les échantillons lipémiques peuvent aussi être analysés.

L'activité de phosphatase acide est extrêmement labile dans le sérum à température ambiante, et particulièrement dans les tubes ouverts. Il est possible de stabiliser l'activité en acidifiant rapidement l'échantillon. Lorsque 20 μL de tampon acétate sont ajoutés à 1.0 mL d'échantillon, le pH est abaissé et l'activité restera stable entre 2°C et 8°C pendant cinq jours. Les échantillons acidifiés peuvent être congelés pour une plus longue conservation.

**MODE D'EMPLOI**
Ces instructions sont distinées au mode d'emploi en mode manuel. Les instructions spécifiques pour l'utilisation du réactif sur des instruments automatiques sélectionnés sont disponibles sur demande.

**Paramètres**

| | |
|---|---|
| Longueur d'onde | 405 nm |
| Température d'incubation | 30°C ou 37°C ± 0.25°C |
| Mode | Absorbance |
| Gamme d'absorbance | 0 à 2 A |
| Trajet optique | 1.0 cm |
| Temps de réaction | 10 minutes |
| Volume d'échantillon | 0.20 mL |
| Volume de tartrate | 0.025 mL |
| Volume de réactif | 3.00 mL |

Si l'on désire modifier ces paramètres, voir NOTES.

Distribuer 3.0 mL de réactif dans chaque cuvette [5 sic CALCUL?]. phosphatase non prostatique, tartrate labile, doit être analysée, marquer une cuvette pour la phosphatase acide totale et une autre pour la fraction non prostatique pour chaque échantillon. Incuber les cuvettes à la température réactionnel désirée.

2. Ajouter 0.025 mL de tartrate dans les cuvettes pour le dosage de la fraction non prostatique. Mélanger.

3. Ajouter 0.20 mL d'échantillon dans chque cuvette et bien mélanger; Incuber à la température réactionnelle pendant approximativement 5 minutes.

4. Lire et noter l'absorbance intiale Ai.

5. Incuber à la température réactionnelle pendant exactement 5 minutes.

6. Lire et enregistrer l'absorbance finale Af.

Calculer $\Delta A/min = \dfrac{A_f - A_i}{5}$

CALCUL

Calculer l'activité de la manière suivante:

$$ACP\ (U/L) = \frac{\Delta A/min}{\varepsilon} \times \frac{V_t}{V_s} \times 1000$$

oú

$V_t$ = Volume total = 3.225 mL ou 3.20 mL

$V_s$ = Volume d'échantillon = 0.200 mL

$\varepsilon$ = coefficient d'extinction millimolaire du chromophore à 405 nm
= 12.9

Pour le dosage après inhibition par le tartrate:

$$ACP\ (U/L) = \frac{\Delta A/min}{12.9} \times \frac{3.225}{0.200} \times 1000 = \Delta A/min \times 1250$$

13

**NOTE**

Pour le dosage de la phosphatase acide totale (sans inhibition par le tartrate) ACP (U/L) = $\Delta$A/min x 1240. Cette différence étant inférieure à 1% il est possible d'utiliser le même facteur pour les deux calculs.

Pour le calcul de la phosphatase acide prostatique (PAP):

PAP = ACP totale (sans tartrate) – ACP non prostatique (tartrate).

Une unité d'activité est définie comme la quantité d'enzyme qui produit une 1 µmole de chromophore par minute dans les conditions opérationnelles.

**NOTES**

1. Si le spectrophotomètre utilise des volumes différents, le réactif et l'échantillon peuvent être modifiés proportionnellement.

2. Si un enregistreur est utilisé pour la mesure continue de la variation d'absorbance, le temps de mesure peut être raccourci.

3. Si une activité particulièrement haute d'ACP est observée (>38 U/L), l'échantillon doit être dilué en solution saline et redosé (1/10 est recommandé), ou un plus petit volume d'échantillon peut être utilisé. Faire la correction appropriée du facteur pour le calcul.

4. Pour éviter les dérives, $A_f$ ne doit pas être enregistré au-delà de 15 minutes après l'addition de l'échantillon.

5. Des réactifs troubles ou un substrat avec $A_{405}$ > 0.20 A peuvent avoir été contaminés et doivent être éliminés.

**CONTRÔLE DE QUALITÉ**

Il est recommandé d'inclure dans chaque série des contrôles normaux et anormaux. Les contrôles du commerce, s'ils contiennent de l'ACP, peuvent être utilisé. De tels contrôles doivent être acidifiés avec un conservateur et réservés au dosage de l'ACP.

Les facteurs autres que le réactif qui peuvent affecter les performances de ce test sont le fonctionnement correct de l'appareil, la propreté de la verrerie et des cuves et l'exactitude du pipetage de l'échantillon et des réactifs.

**LIMITES DE LA PROCEDURE**

L'oxalate et le fluorure sont des inhibiteurs connus de l'activité de phosphatase acide.[5] Avec cette méthode l'héparine et l'EDTA provoquent l'apparition trouble. On a aussi observé que quelques échantillons visiblement ictériques donnent des résultats trop faibles avec cette méthode. Young et Gill[6] ont fourni une liste de médicaments et d'autres substances connues qui affectent le taux de phosphatase acide circulante et son dosage.

**VALEURS USUELLES**

|  | ACP total | PAP |
|---|---|---|
| 30°C |  |  |
| Hommes | ≤ 4.2 U/L | ≤ 0.8 U/L |
| Hommes et Femmes | ≤ 4.0 U/L | ≤ 0.8 U/L |
| 37°C |  |  |
| Hommes | ≤ 5.4 U/L | ≤ 1.2 U/L |
| Hommes et Femmes | ≤ 5.0 U/L | ≤ 1.2 U/L |

Comme pour tout dosage, chaque laboratoire devrait déterminer ces propres valeurs usuelles. Ces valeurs ont été obtenues à partir de 46 donneurs hommes et de 25 donneurs femmes.

**PERFORMANCES**

**Précision**

La reproductibilité sur un pool de sérum analysé sur une période de dix jours a été de 26.0 ±1.4 U/L.

**Gamme de mesure**

En l'utilisant selon le mode manuel décrit ci-dessus, ce réactif donne des résultats qui sont linéaires jusqu'à 38 U/L. Des protocoles pour des instruments automatiques indiquer des différences dans les volumes de substrat et de réactif qui peuvent affecter la gamme de mesure. Consulter la notice d'application appropriée.

**Exactitude**

Les résultats obtenus avec le réactif Dri-STAT ACP au cours du dosage d'échantillons normaux et anormaux ont donné un coefficient de corrélation (r) $> 0.96$ en le comparant avec une technique de Bessey et Coll.[7,8] modifiée.

**ACP-REAGENZ (Saure Phosphatase)**

**In-Vitro Diagnostikum**

## ANWENDUNGSBEREICH

Das Dri-STAT ACP-Reagenz ist für die Verwendung bei **in-vitro** diagnostischen Bestimmungen von saurer Phosphatase in Serum vorgesehen.

## ZUSAMMENFASSUNG UND BESCHREIBUNG

Ursprünglich wurde berichtet, daß $\alpha$-Naphthylphosphat ein hochspezifisches Substrat für das prostatische Isoenzym saurer Phosphatase ist.[1] Spätere Studien ergaben jedoch, daß dieses Substrat auch durch leukozytische saure Phosphatase leicht hydrolysiert wird.[2] Aus diesem Grund wurde L-Tartrat als spezilfischer Hemmstoff des prostatischen Isoenzyms verwendet.[3] Das Dri-STAT ACP-Reagenz beruht auf der Methode von Hillmann und wurde für die Verwendung bei höheren Temperaturen optimiert.

## KLINISCHE BEDEUTUNG

Saure Phosphatase wird in vielerlei Bewebe erzeugt, wie z.B. Knochen, Erythrozyten und Thrombozyten, sowie durch die für did Gaucher-Krankheit typischen Zellen. Das Enzym wird am häufigsten bei Verdacht eines Prostatakarzinoms analysiert. Prostatagewebe ist meist reich an saurer Phosphatase, die normalerweise jedoch nicht in den Kreislauf gelangt. Zustände wie gutartige Prostatahypertrophie bewirken keine Erhöhung der sauren Phosphatase im Serum, während bei Karzinomen tatsächlich eine Erhöhung zu beobachten ist.

17

**VERFAHRENSGRUNDLAGEN**

Die bei der ACP-Analyse verwendete Reaktionsfolge lautet:

$$\alpha\text{-Naphthylphosphat} + H_2O \xrightarrow{\text{ACP}} \alpha\text{-Naphthol} + \text{Phosphat}$$

$$\alpha\text{-Naphthol} + \text{Fast Red TR} \longrightarrow \text{Chromophore}$$

Saure Phosphatase hydrolysiert $\alpha$-Naphtylphosphat, so daß $\alpha$-Naphthol entsteht, das sofort mit Fast Red TR (diazotiertes 2-Amino-5-Chlorotoluol) reagiert und ein Chromogen erzeugt. Der Absorptionsanstieg bei 405 nm aufgrund der Chromogenbildung ist direkt proportional zur ACP-Menge in der Probe. Der Test wird sowohl bei vorhandenem als auch bei nicht vorhandenem Tartrat durchgeführt, wobei der Aktivitätsunterschied zwischen den Bestimmungen auf das prostatische Isoenzym zurückgeführt wird.

**REAGENZIEN**

| Aktive Bestandteile | Ungefähre Konzentration in der Rezeptur |
|---|---|
| Reagenz | |
| α-Naphthylphosphat | 3 mmol/L |
| Fast Red TR | 1 mmol/L |
| | |
| Tartrat | |
| L-Tartrat | 2 mol/L |
| Azetatpuffer, pH 5.0 | 5 mol/L |

Das Reagenz ist in Zitratpuffer, pH 5.0 ±0.2, formuliert. Außer dem Dri-STAT ACP-Reagenz ist zur Durchführung des Tests ein zur genauen Messung der Absorption bei 405 nm geeignetes Spektralphotometer erforderlich, eine Vorrichtung zum

Inkubieren den Reaktion bei 30°C bzw. 37°C, Küvetten mit 1 cm Schichtdicke und Pipetten für Reagenzrekonstituierung, Reagenzabfüllung und Probenzugabe.

**REKONSTITUIERUNG**

Die folgenden Anweisungen beziehen sich auf die Reagenzzubereitung für das unten beschriebene Verfahren mit handbetriebenen Apparaturen. Die Anweisungen einiger Geräte mit automatischem Testablauf können eventuell eine andere Verfahrensweise vorschreiben, der jeweils zu folgen ist.

Die Rekonstitution erfolgt durch vorsichtige Zugabe von destilliertem Wasser gemäß den Angaben auf den Ampulletiketten. Die Ampulle mit L-Tartrat kann zwecks besserer Auflösung auf 45°C bis 55°C erwärmt werden. Der Azetatpuffer liegt in flüssiger Form gebrauchsfertig vor.

**STABILITÄT UND LAGERUNG**

Ungeöffnete Bestandteile sind bei 2°C bis 8°C bis zu den auf den Etiketten angegebenen Verfallsdaten haltbar. Reagenziösungen sind bei Raumtemperatur 48 Stunden haltbar, bei 2°C bis 8°C eine Woche, sofern sie vor Licht geschützt werden. Rekonstituierte Tartratlösungen und der Puffer sind, sofern sie frei von bakteriellen Verunreinigungen bleiben, bei 2°C bis 8°C unbegrenzt lange haltbar.

19

**PROBENVERARBEITUNG**

Zur Probensammlung für diese Analyse sind keine besonderen Vorbereitungen des Patienten erforderlich.

Vorzugsweise ist Serum als Untersuchungsgut zu verwenden. Plasma sollte nicht verwendet werden. Obwohl das Substrat geringe Aktivität bei erythrozytischer Phosphatase zeigt, sind hämolysierte Proben nach Möglichkeit zu vermeiden. Da erythrozytische Phosphatase durch Tartrat nur wenig gehemmt

wird, wird die gemessene Wert der pH-katalischen Fraktion nur unbedeutend beeinflußt.[4] Auch lipämische Proben können analysiert werden.

Die Aktivität der sauren Phosphatase im Serum ist bei Raumtemperatur und besonders in offenen Behältern extrem labil. Eine Stabilisierung der Aktivität läßt sich durch sofortige Ansäuerung der Probe erzielen. Durch Zugabe von 20 µL Azetatpuffer zu 1 mL Probe wird der pH-Wert verringert, und die Aktivität ist bei 2°C bis 8°C fünf Tage stabil. Präservierte Proben können zwecks besserer Haltbarkeit eingefroren werden.

**VERFAHREN**
Die folgenden Anweisungen beziehen sich auf Testverfahren mit handbetriebenen Apparaturen. Sonderanweisungen für die Reagenzverwendung bei Geräten mit automatischem Testablauf sind auf Anfrage erhältlich.

**Systemparameter**

| | |
|---|---|
| Wellenlänge | 405 nm |
| Inkubationstemperatur | 30°C bzw. 37°C ± 0.25°C |
| Modus | Absorption |
| Absorptionsbereich | 0 bis 2 A |
| Küvetten-Schichtdicke | 1.0 cm |
| Reaktionszeit | 10 min |
| Probenvolumen | 0.20 mL |
| Tartratvolumen | 0.025 mL |
| Reagenzvolumen | 3.00 mL |

Falls Änderungen dieser Parameter gewünscht werden, siehe HIINWEISE.

3.1 mL Reagenz in jede der zu verwendenden Küvetten pipettieren. Falls die Tartrat-labile, nichtprostatische Phosphatase zu bestimmen ist, wird für jede Probe eine Küvette mit "gesamt" und eine Küvette mit "nichtprostatisch" beschriftet. Küvetten auf die gewünschte Reaktionstemperatur erwärmen.

2. 0.025 mL Tartrat in die Küvetten für die nichtprostatische Analyse hinzugeben und mischen.

3. 0.20 mL Probe in jede Küvette geben und gut mischen. Bei Reaktionstemperatur ungefähr fünf Minuten inkubieren.

4. Anfangsabsorption $A_i$ ablesen und aufzeichnen.

5. Bei Reaktionstemperatur genau fünf Minuten erneut inkubieren.

6. Endabsorption $A_f$ ablesen und aufzeichnen.

$$\Delta A/min = \frac{A_f - A_t}{5}$$

**BERECHNUNG**

Die Aktivität wird folgendermaßen berechnet:

$$ACP\ (U/L) = \frac{\Delta A/min}{Extinktionskoeffizient} \times \frac{V_t}{V_s} \times 1000$$

Wobei

$V_t$ = Gesamtvolumen = 3.225 mL bzw. 3.20 mL

$V_s$ = Probenvolumen = 0.200 mL

Extinktionskoeffizient = millimolares Absorptionsvemögen des Chromophors bei 405 nm = 12.9

Für die Tartrat-gehemmte Analyse:

$$ACP\ (U/L) = \frac{\Delta A/min}{12.9} \times \frac{3.225}{0.200} \times 1000 = \Delta A/min \times 1250$$

21

Für die Gesamt-ACP Bestimmung (ohne Tartrat), gilt ACP (U/L) = ΔA/min x 1240. Diese Änderung entspricht weniger als 1%, daher ist die Verwendung des gleichen Faktors für beide Kalkulationen akzeptabel.

Zur Berechnung der prostatischen sauren Phosphatase (PAP):

PAP = Gesamt-ACP (kein Tartrat) - nichtoprostatiches ACP (Tartrat).

Eine Aktivitätseinheit ist als diejenige Enzymmenge definiert, die unter den Bedingungen der Analyse pro Minute ein Mikromol Chromophor erzeugt.

1. Sollte das verwendete Spektralphotometer mit einem anderen Volumen arbeiten, können die Reagenz- und Probenvolumina proportional abgeändert werden.

2. Bei Verwendung einer Aufzeichnungsvorrichtung zur ununterbrochenen Messung der Absorptionsänderung kann die Endinkubationszeit verkürzt werden.

3. Bei Beobachtung eines ungewöhnlich hohen ACP-Werts (>38 U/L), wird die Probe mit Kochsalzlösung zur Wiederholung des Tests verdünnt (1:10 empfohlen), oder wird ein kleineres Probenvolumen verwendet. Die Kalkulation muß entsprechend korrigiert werden.

4. Um ein Driften zu vermeiden, sollte $A_f$ spätestens 15 Minuten nach der Probenzugabe abgelesen werden.

5. Trübe Reagenzien bzw. Substrat mit $A_{405} > 0.20$ A können verunreinigt sein und sollten weggeworfen werden.

## QUALITÄTSKONTROLLE

Normale und abnormale Kontrollen sollten in jeden Analysensatz mit einbezogen werden. Handelsübliche Kontrollen sind, sofern sie ACP enthalten, geeignet Derartige Kontrollen sollten mit Konservierungsmitten angesäuert und für die Verwendung bei ACP- Analysen reserviert werden.

Abgesehen von dem Reagenz kann dieser Test u.a. auch durch folgende Faktoren beeinfluß werden: Instrumentenfunktion, Sauberkeit von Glas und Küvetten und Genauigkeit bei Proben- bzw. Reagenzpipettierung

## GRENZEN DES VERFAHRENS

Oxalat und Fluorid sind bekannte Hemmstoffe der Aktivität von saurer Phosphatase.[5] Bei dieser Methode haben Heparin und EDTA erwiesenermaßen Trüben hervorgerufen. Es wurde beobachtet, daß einige Proben mit sichtbarem Ikterus zu niedrige werte ergaben. Von Young et al[6] liegt eine umfassende Liste von Medikamenten und anderen Substanzen vor, die bekanntlich den Zirkulationsgrad von saurer Phosphatase und deren Analyse beeinflussen.

## ERWARTUNGSWERTE

|  | Gesamt-ACP | PAP |
|---|---|---|
| 30°C |  |  |
| Männer | ≤ 4.2 U/L | ≤ 0.8 U/L |
| Männer und Frauen | ≤ 4.0 U/L | ≤ 0.8 U/L |
| 37°C |  |  |
| Männer | ≤ 5.4 U/L | ≤ 1.2 U/L |
| Männer und Frauen | ≤ 5.0 U/L | ≤ 1.2 U/L |

Wie bei allen Analysen, sollte jedes Labor seine eigenen Erwartungswerte bestimmen. Diese Werte wurden von 46 männlichen und 25 weiblichen Spendern ermittelt.

**Präzision**

Über einen zehntägigen Zeitraum ergab sich für Serumpoolanalysen eine tägliche Präzision von 26.0 ±1.4 U/L.

**Dynamischer Bereich**

Bei Verwendung in dem oben beschriebenen manuellen Verfahren sind die mit diesem Reagenz erhaltenen Ergebnisse bis zu 38 U/L linear. Protokolle für automatische Geräte können andere Substrat- und Reagenzvolumina vorschreiben, die den dynamischen Bereich beeinflussen können. Vgl. die Anweisungen der jeweiligen Anwendung.

**Genauigkeit**

Die mit dem Dri-STAT ACP-Reagenz bei der Untersuchung normaler und abnormaler Proben ermittelten Ergebnisse zeigten beim Vergleich mit der Modifikation der Methode von Bessey at al[7,8] einen Korrelationskoeffizienten (r) > 0.96.

**REATTIVO PER ACP**

**Per uso diagnostico in vitro**

**USO CONSIGLIATO**
Il reattivo per ACP Dri-STAT è utilizzabile per la determinazione **in vitro** della fosfatasi acida nel siero.

**SOMMARIO E SPIEGAZIONE**
Sebbene le prime ricerche indicassero che l'$\alpha$-naftilfosfato costituiva un substrato altamente specifico per l'isoenzima prostatico della fosfatasi acida[1], **gli studi più recenti dimostrano** che tale substrato viene facilmente idrolizzato anche dalla fosfatasi acida leucocitica.[2] Per questo motivo il L-tartrato è stato impiegato come inibitore specifico dell'enzima prostatico.[3] Il reattivo per ACP si basa sui metodo di Hillmann ed è stato ottimizzato per l'uso a temperature più elevate.

**SIGNIFICATO CLINICO**
La fosfatasi acida viene prodotta da una varietà di tessuti, incluse le ossa, gli eritrociti e i trombociti nonchè dalle cellule tipiche della malattia di Gaucher. In genere l'enzima viene analizzato se si sospetta la possibilità di carcinoma prostatico. Il tessuto prostatico è, di solito, ricco di fosfatasi acida che però normalmente non entra nella circolazione. Le condizioni quali l'ipertrofia prostatica benigna non causano l'aumento della fosfatasi acida nel siero mentre ciò avviene nei carcinomi.

25

**PRINCIPI DEL METODO**

Lo schema delle reazioni impiegate per il dosaggio della fosfatasi acida è il seguente:

$$\alpha\text{-naftilfosfato} + H_2O \xrightarrow{\text{ACP}} \alpha\text{-naftolo} + \text{fosfato}$$

$$\alpha\text{-naftolo} + \text{Fast Red TR} \longrightarrow \text{cromoforo}$$

La fosfatasi acida idrolizza l'$\alpha$-naftilfosfato formando $\alpha$-naftolo che reagisce immediatamente con Fast Red TR (2-ammino-5-clorotoluene diazotato) per produrre un cromogeno. La velocità di aumento dell'assorbanza a 405 nm dovuta alla formazione del cromogeno è direttamente proporzionale alla quantità di ACP nel saggio. L'analisi viene eseguita sia in presenza che in assenza di tartrato e la differenza di attività tra le analisi viene attribuita all'enzima prostatico.

**REATTIVI**

| Principio attivo | Concentrazione nel reattivo |
|---|---|
| Reattivo | |
| $\alpha$-naftilfosfato | 3 mmol/L |
| Fast Red TR | 1 mmol/L |
| | |
| Tartrato | |
| L-tartrato | 2 mol/L |
| Tampone di acetato, pH 5.0 | 5 mol/L |

Il reattivo viene formulato in tampone citrato, pH 5.0 ±0.2. In aggiunta al reattivo per ACP Dri-STAT, l'analisi richiede uno spettrofotometro capace di misurare accuratamente in assorbanza a 405 nm, un mezzo per incubare la miscela reattiva

...30°C...54°C, fornite con percorso ottico di 1,0 cm la pipetta per la ricostituzione e dispensazione del reattivo e l'aggiunta del campione.

**ISTRUZIONI PER LA RICOSTITUZIONE**
Le seguenti istruzioni sono intese per la preparazione del reattivo da utilizzare nel procedimento manuale presentato qui di seguito. Se si utilizzano strumenti automatici, occorrerà seguire le istruzioni ad essi allegate.

La ricostituzione va effettuata tramite l'attenta aggiunta di acqua distillata come specificato sull'etichetta del flacone. Il flacone contenente L-tartrato può essere riscaldato ad una temperatura compresa tra 45°C e 55°C per facilitarne la dissoluzione. Il tampone acetato viene fornito in forma liquida e non richiede alcuna preparazione.

**STABILITÀ E CONSERVAZIONE**
I componenti nei flaconi non aperti, se conservati tra 2°C e **8°C,** restano stabili fino alla data specificata sull'etichetta. Le soluzioni reattive restano stabili per 48 ore a temperatura ambiente o una settimana se conservate tra 2°C e 8°C protette dalla luce. Se sono esenti da contaminazione batterica, le soluzioni ricostituite di tartrato e il tampone restano stabili per un periodo indefinito se conservati a una temperatura compresa tra 2°C e 8°C.

**TRATTAMENTO DEI CAMPIONI**
Il prelievo dei campioni utilizzati in questa analisi non richiede alcuna preparazione speciale del paziente. E' preferibile l'uso di siero. Non usare plasma. Sebbene il substrato dimostri una bassa attività con la fosfatasi eritrocitararia, è consigliliabile evitare, se possibile, i campioni emolizzati. Poichè la fosfatasi eritrocitararia viene inibita dal tartrato in misura moderata, essa non contribuisce in modo significativo al valore della frazione prostatica misurata in questa analisi.[4] Possono essere analizzati anche i campioni lipernici.

27

L'attività della fosfatasi acida è estremamente labile nel siero a temperatura ambiente, soprattutto in recipienti aperti. La stabilizzazione del l'attività viene realizzata tramite l'immediata acidificazione del campione. Aggiungendo 20 µL di tampone acetato a 1 mL di campione, il pH viene ridotto e l'attività rimane stabile tra 2°C e 8°C per un periodo di 5 giorni. I campioni possono essere congelati per una più lunga conservazione.

**PROCEDURA**

Le seguenti istruzioni sono intese per l'uso con strumenti manuali. Sono disponibili su richiesta istruzioni specifiche sull'uso del reattivo con apparecchi automatici.

**Parametri del sistema**

| | |
|---|---|
| Lunghezza d'onda | 405 nm |
| Temperatura d'incubazione | 30°C o 37°C ± 0.25°C |
| Modalità | Assorbanza |
| Intervallo di assorbanza | Da 0 a 2 A |
| Percorso ottico cuvetta | 1.0 cm |
| Tempo di reazione | 10 minuti |
| Volume di campione | 0.20 mL |
| Volume di tartrato | 0.025 mL |
| Volume di reattivo | 3.00 mL |

Per eventuali modifiche a questi parametri, si consulti la sezione NOTE.

Pipettare 3.0 mL di reattivo nelle cuvette. Per la determinazioni di fosfatasi prostatica tartrato labile, marcare, per ogni campione, una cuvetta per il totale e l'altra per la determinazione non prostatica. Riscaldare le cuvette alla temperatura desiderata per la reazione.

2. Aggiungere 0.025 mL di tartato alle cuvette per l'analisi non prostatica, quindi mescolare.

3. Aggiungere 0.20 mL di campione alle cuvette e miscelare completamente. Mettere ad incubare alla temperatura di reazione per cinque minuti circa.

4. Registrare l'assorbanza iniziale ($A_i$).

5. Incubare per altri cinque minuti precisi alla temperatura di reazione.

6. Registrare l'assorbanza finale ($A_f$).

$$\text{Calcolare } \Delta A/\text{min} = \frac{A_f - A_t}{5}$$

CALCOLI

Calcolare l'attività nel modo seguente:

$$ACP\ (U/L) = \frac{\Delta A/\text{min}}{\text{Assorbanza molare}} \times \frac{V_t}{V_s} \times 1000$$

dove

$V_t$ = volume totale = 3.225 mL o 3.2 mL

$V_s$ = volume campione = 0.200 mL

Assorbanza molare = assorbanza millimolare del cromoforo a 405 nm
= 12.9

Per l'analisi con inhibizione da tartrato:

$$ACP\ (U/L) = \frac{\Delta A/\text{min}}{12.9} \times \frac{3.225}{0.200} \times 1000 = \Delta A/\text{min} \times 1250$$

29

**NOTE**

Per la determinazione della ACP totale (senza tartrato), ACP (U/L) = $\Delta$A/min x 1240. **Questa variazione è inferiore all'1%, per cui é ammesso l'uso dello stesso fattore per ambedue i calcoli.**

Per calcolare la fosfatasi acida prostatica (PAP):

PAP = totale ACP (senza tartrato) - ACP non prostatica (tartrato)

Si definisce una unità di attività come la quantità di enzima che produce una micromole di cromoforo al minuto nelle condizioni analitiche specificate.

**NOTE**

1. Se lo spettrofotometro consente l'uso di volumi diversi, il reattivo ed i volumi dei campioni possono essere variati proporzionalmente.

2. Se si utilizza un registratore per la misura continua della variazione dell'assorbanza, il periodo d'incubazione finale può essere ridotto.

3. Se si osserva un livello di ACP insolitamente elevato (>38 U/L), diluire il campione con soluzione salina (si consiglia 1:10) e rianalizzare oppure utilizzare un volume di campione inferiore. Eseguire l'opportuno calcolo correttivo.

4. Per evitare la possibilità di derive, l'$A_f$ va rilevata entro 15 minuti dall'aggiunta del campione.

5. I reattivi torbidi o i substrati con $A_{405}$ > 0.20 A possono essersi contaminati e vanno quindi scartati.

**CONTROLLO DI QUALITA'**

Si consiglia l'inclusione in ogni serie di analisi di controlli normali e patologici o calibratori. Sono ammessi i controlli disponibili nel commercio purchè contengano l'ACP. Tali controlli vanno acidificati con conservante e riservati per i dosaggi di ACP.

... di altri fattori che possono influire sull'analisi sono funzionamento dell'apparecchio, la pulizia delle cuvette e di altri articoli di vetro e l'accuratezza del pipettamento di campione e reattivo.

**LIMITAZIONI**

Ben conosciuto è l'effetto inibitore dell'ossalato e del fluoruro sull'attività della fosfatasi acida.[5] L'eparina e l'EDTA, quando impiegati in questo metodo, hanno prodotto torbidità. Si è inoltre constato che alcuni campioni con itterizia visibile, quando analizzati con questo procedimento, mostrano un basso ricupero di ACP. Un elenco dei farmaci e delle sostanze che possono alterare il livello della fosfatasi acida circolante o interferire con la sua determinazione è stato compilato da Young e altri.[6]

## VALORI ATTESI

| | ACP Totale | PAP |
|---|---|---|
| 30°C | | |
| Uomini | ≤ 4.2 U/L | ≤ 0.8 U/L |
| Uomini e donne | ≤ 4.0 U/L | ≤ 0.8 U/L |
| 37°C | | |
| Uomini | ≤ 5.4 U/L | ≤ 1.2 U/L |
| Uomini e donne | ≤ 5.0 U/L | ≤ 1.2 U/L |

Come per ogni analisi, è raccomandabile che ogni laboratorio stabilisca il range normale dei valori attesi per la zona in cui è situato. **Questi valori provengono da 46 donatori di sesso** maschile e da 25 donatori di sesso femminile.

**CARATTERISTICHE PROCEDURALI**

**Precisione**

La precisione day-to-day delle analisi di siero in un periodo di 10 giorni è stata 26.0 ±1.4 U/L.

**Linearità**

Il reattivo, utilizzato con il metodo manuale qui descritto, fornisce risultati lineari fino a 38 U/L. E' possibile che il protocollo degli strumenti automatici richieda campione e reattivi in volume diverso, il che può influire sulla linearità. Consultare le relative specifiche.

**Accuratezza**

I risultati ottenuti con il reattivo per ACP Dri-STAT nell'analisi di campioni normali e anormali presentano un coefficiente di correlazione (r) > 0.96 quando confrontati con il metodo di Bessey e altri modificato. [7,8]

**REACTIVO PARA FAC**

**Para empleo diagnóstico in vitro**

## USO INDICADO

El reactivo para FAC Dri-STAT está indicado para uso en determinaciones diagnósticas **in vitro** de fosfatasa ácida en suero.

## RESUMEN Y EXPLICACION

Ciertos informes preliminares indicaron que el $\alpha$-naftil fosfato era un sustrato altamente específico para la isoenzima prostática de la fosfatasa ácida;[1] sin embargo, estudios posteriores demostraron que este sustrato también se hidroliza fácilmente con fosfatasa ácida leucocítica.[2] Por este motivo, se ha utilizado L-tartrato como inhibidor específico de la isoenzima prostática.[3] El reactivo para FAC Dri-STAT está basado en el método de Hillmann, y ha sido optimizado para uso a altas temperaturas.

## IMPORTANCIA CLINICA

La fosfatasa ácida se produce en una variedad de tejidos, tales como huesos, eritrocitos y trombocitos, así como en las células típicas de la enfermedad de Gaucher. Este ensayo de enzima se realiza más a menudo cuando se sospecha la presencia de carcinoma prostático. El tejido prostático es usualmente rico en fosfatasa ácida, la cual, por otra parte, no entra normalmente en la circulación. Las dolencias tales como la hipertrofia prostática benigna no producen una elevación de la fosfatasa ácida en el suero, mientras que se observa un aumento en los casos de carcinoma.

33

**PRINCIPIOS DEL PROCEDIMIENTO**

La secuencia de reacciones empleada en este ensayo de FAC es la siguiente:

$$\alpha\text{-Naftilfosfato} + H_2O \xrightarrow{\text{FAC}} \alpha\text{-Naftol} + \text{Fosfato}$$

$$\alpha\text{-Naftol} + \text{Fast Red TR} \longrightarrow \text{Cromóforo}$$

Las fosfatasa ácida hidroliza el $\alpha$-naftilfosfato para producir $\alpha$-naftol, el cual reacciona inmediatamente con Fast Red TR (2-amino-5-clorotolueno diazotizado) para producir un cromógeno. El índice de aumento en la absorbancia a 405 nm debido a la formación del cromógeno es directamente proporcional a la cantidad de FAC en la muestra. Esta prueba se realiza tanto en presencia como en ausencia de tartrato, atribuyéndose la diferencia en actividad entre los ensayos a la isoenzima prostática.

**REACTIVOS**

| Ingredientes activos | Concentración aproximada tal como viene formulado |
| --- | --- |
| Reactivo | |
| $\alpha$-Naftilfosfato | 3 mmol/L |
| Fast Red TR | 1 mmol/L |
| | |
| Tartrato | |
| L-tartrato | 2 mol/L |
| Tampón de acetato, pH 5.0 | 5 mol/L |

El reactivo se formula en tampón di citrato, pH 5.0 ±0.2.

Además del reactivo para FAC Dri-Stat, para la realización de la prueba se requiere un espectrofotómetro capaz de medir absorbancia con exactitud a 405 nm, un medio para incubar la

mezcla de reacción a 30°C - 37°C, cubetas con paso óptico de 1.0 cm, y pipetas para agregar la muestra, dispensar y reconstituir el reactivo.

**INSTRUCCIONES PARA LA RECONSTITUCION**
Estas instrucciones son aplicables a la preparación del reactivo para su empleo en el procedimiento manual descrito a continuación. Las hojas de datos de aplicación para instrumentos automatizados específicos pueden indicar un procedimiento diferente, el cual deberá utilizarse.

La reconstitución debe realizarse mediante la cuidadosa adición de agua destilada, tal como se especifica en las etiquetas de los viales. El vial que contiene L-tartrato puede calentarse hasta 45°C - 55°C para promover la disolución. El tampón de acetato viene en forma líquida y no requiere ninguna otra preparación.

**ESTABILIDAD Y ALMACENAMIENTO**
Los componentes sin abrir permanecen estables hasta la fecha de vencimiento indicada en las respectivas etiquetas cuando se los almacena a 2°C - 8°C. Las soluciones de reactivo permanecen estables durante 48 horas a temperatura ambiente o durante una semana a 2°C - 8°C si las protege de la luz. Las soluciones de tartrato reconstituidas y el tampón permanecen estables indefinidamente a 2°C - 8°C si no contienen contaminación bacterial.

35

**MANEJO DE ESPECIMENES**
No se requiere preparación especial del paciente para la recolección de especimenes en este ensayo.

El material preferido para el análisis es el suero. No debe usarse plasma. A pesar de que el sustrato muestra baja actividad en fosfatasa eritrocítica, debe evitarse el uso de muestras hemolizadas en lo posibleo. Dado que la fosfatasa eritrocítica es inhibida sólo moderadamente por el tartrato, no contribuye

significativamente el valor de la reacción prostática que se mide en este test.[4] También pueden analizarse especimenes lipémicos.

La actividad de la fosfatasa ácida es muy inestable en el suero a temperatura ambiente, en particular en recipientes abiertos. La estabilización de la actividad puede lograrse acidificando rápidamente la muestra. Al agregar 20 µL de tampón de acetato a 1 mL de muestra, se reduce el pH y la actividad se estabiliza a 2°C - 8°C durante cinco días. Los especímenes preservados pueden congelarse para una más larga duración.

**PROCEDIMIENTO**
Estas instrucciones fueron diseñadas para utilizarse en ensayos que emplean instrumental manual. Hay disponibles instrucciones especificas para el uso del reactivo en ciertos instrumentos automatizados.

**Parámetros del sistema**

| | |
|---|---|
| Longitud de onda | 405 nm |
| Temperatura de incubación | 30°C O 37°C ± 0.25°C |
| Modo | Absorbancia |
| Rango de absorbancia | 0 a 2 A |
| Paso óptico de la cubeta | 1.0 cm |
| Tiempo de reacción | 10 min |
| Volumen de muestra | 0.20 mL |
| Volumen de tartrato | 0.025 mL |
| Volumen de reactivo | 3.00 mL |

Si desea modificar estos parámetros, consulte las NOTAS.

Pipetear 3.0 mL de reactivo en cada cubeta que vaya a utilizarse. Si se determinará la fosfatasa no prostática, inestable frente al tartra, rotule una cubeta para el total y otra para la no prostática para cada espécimen. Caliente las cubetas a la temperatura de reacción deseada.

2. Agregue 0.025 mL de tartrato a las cubetas para el ensayo no prostático. Agite.

3. Agregue 0.20 mL de muestra a cada cubeta y mezcle bien. Ponga a incubar a la temperatura de reacción durante approximadamente cinco minutos.

4. Lea y registre la absorbancia inicial, $A_i$.

5. Incube a la temperatura de reacción durante exactamente cinco minutos más.

6. Lea y registre la absorbancia final, $A_f$.

$$\text{Calcule } \Delta A/min = \frac{A_f - A_i}{5}$$

## CALCULO

Calcule la actividad de la siguiente manera:

$$FAC \ (U/L) = \frac{\Delta A/min}{Absortividad} \ x \ \frac{V_t}{V_s} \ x \ 1000$$

$V_t$ = volumen total = 3.225 mL o 3.20 mL

$V_s$ = volumen de la muestra = 0.200 mL

37

Absortividad = Absortividad milimolar del cromóforo a 405 nm = 12.9

Para ensayo con inhibición por tartrato.

$$FAC \ (U/L) = \frac{\Delta A/min}{12.9} \ x \ \frac{3.225}{0.200} \ x \ 1000 = \Delta A/min \ x \ 1250$$

Para el ensayo de total de FAC (sin tartrato), FAC (U/L) = $\Delta$A/min x 1240. Este cambio es de menos del 1%; por lo tanto, es aceptable el uso del mismo factor para ambos cálculos.

Para calcular la fosfatasa ácida prostática (FAP):

PAP = Total FAC (sin tartrato) – FAC no prostático (tartrato).

Se define una unidad de actividad como la cantidad de enzima que produce un micromol de cromóforo por minuto bajo las condiciones del ensayo.

**NOTAS**

1. Si el espectrofotómetro utilizado admite un volumen diferente, los volúmenes de reactivo y de muestra pueden modificarse proporcionalmente.

2. Si se utiliza un registrador para la medición continua del cambio de absorbancia, puede reducirse el periodo final de incubación.

3. Se se observa un nivel inusualmente elevado de FAC (>38 U/L), la muestra debe diluirse con solución salina para repetir el ensayo (se recomienda 1:10), o puede usarse un volumen menor. Deben hacerse las correcciones pertinentes en el cálculo.

4. Para evitar el desplazamiento, la absorbancia debe leerse dentro de los quince minutos después de agregar la muestra.

5. Los reactivos turbios o los sustratos con $A_{405}$ > 0.20 A pueden estar contaminados y deben descartarse.

## PROCEDIMIENTO PARA EL CONTROL DE CALIDAD

Se recomienda incluir controles normales y anormales en cada conjunto de ensayos. Se pueden utilizar, para el control de calidad, materiales de control disponibles comercialmente si contienen FAC. Tales controles deben acidificarse con preservativo y reservarse para uso en ensayos de FAC.

Los factores que pueden afectar los resultados de este ensayo, independientemente del reactivo, incluyen el funcionamiento incorrecto de los instrumentos, la falta de limpieza de los elementos de vidrio y las cubetas y la inexactitud del pipeteo.

## LIMITACIONES DEL PROCEDIMIENTO

El oxalato y el fluoruro son inhibidores conocidos de la actividad de la fosfatasa ácida.[5] Al usar este método, la heparina y el EDTA han producido turbidez. Se ha observado que ciertas muestras con ictericia visible presentan una baja recuperación cuando se las ensaya mediante este procedimiento. Young y col.[6] han preparado una extensa lista de drogas y otras sustancias que se sabe afectan el nivel de circulación de la fosfatas ácida y de su determinación.

## VALORES ESPERADOS

|  | FAC total | PAP |
|---|---|---|
| 30°C |  |  |
| Hombres | ≤ 4.2 U/L | ≤ 0.8 U/L |
| Hombres y mujeres | ≤ 4.0 U/L | ≤ 0.8 U/L |
| 37°C |  |  |
| Hombres | ≤ 5.4 U/L | ≤ 1.2 U/L |
| Hombres y mujeres | ≤ 5.0 U/L | ≤ 1.2 U/L |

Como en todo ensayo, cada laboratorio deberá determinar su propio rango de referencia. Estos valores fueron derivados de 46 donantes masculinos y 25 donantes femeninos.

39

**RENDIMIENTO**

**Precisión**

Se determinó que la precisión día a día de los análisis de suero combinado durante un periodo de diez días fue de 26.0 ±1.4.

**Linealidad**

Cuando se utiliza el procedimiento manual arriba descrito, este reactivo proporciona resultados que son lineales hasta 38 U/L. Los requerimientos para instrumentos automatizados pueden incluir volúmenes distintos de muestra y reactivo que pueden afectar la linealidad. Consulte la hoja de datos de aplicación apropiada.

**Exactitud**

Los resultados obtenidos con el reactivo para FAC Dri-STAT en el ensayo de especimenes normales y anormales presentaron un coeficiente de correlación (r) > 0.96 al compararlos con una modificación del método de Bessey y col.[7,8]

**REAGENTE ACP**

**Para Utilizar no Diagnóstico *in vitro***

**UTILIZAÇÃO PREVISTA**
O reagente ACP Dri-STAT destina-se a determinações diagnósticas **in vitro** da fosfatase ácida no soro.

**RESUMO E EXPLICAÇÃO**
Inicialmente foi referido que o $\alpha$-naftil fosfato consistia num substrato altamente específico para a isoenzima prostática da fosfatase ácida;[1] no entanto, estudos posteriores demonstraram que este substrato é também facilmente hidrolisado pela fosfatase ácida leucocitária.[2] Por essa razão, o L.-tartarato foi utilizado como um inibidor específico da isoenzima prostática.[3] O reagente ACP Dri-STAT baseia-se no método de Hillmann e foi optimizado de modo a ser utilizado a temperaturas mais elevadas.

**SIGNIFICÂNCIA CLÍNICA**
A fosfatase ácida é produzida numa grande variedade de tecidos como, por exemplo, o tecido ósseo, eritrócitos e trombócitos assim como pelas células típicas da doença de Gaucher. A enzima é normalmente analisada quando existem suspeitas de um carcinoma prostático. O tecido prostático é normalmente rico em fosfatase ácida, a qual, por sua vez, não entra normalmente na circulação. Alguns estados como, por exemplo, a hipertrofia prostática benigna não resultam no aumento da fosfatase ácida no sangue, enquanto nos casos de carcinoma verifica-se, de facto, um aumento desta enzima.

41

**PRINCÍPIOS DO PROCEDIMENTO**

A sequência da reacção empregada no ensaio da ACP é a seguinte:

$$\alpha\text{-Naftilfosfato} + H_2O \xrightarrow{\text{ACP}} \alpha\text{-Naftol} + \textbf{Fosfato}$$

$$\alpha\text{-Naftol} + \textbf{Fast Red TR} \longrightarrow \text{Cromóforo}$$

A fosfatase ácida hidrolisa o $\alpha$-naftilfosfato para produzir $\alpha$-naftol que reage imediatamente ao **Fast Red TR** (2-amino-5-clorotolueno diazotizado) para produzir um cromogénio. A taxa de aumento na absorvância a 405 nm devido à formação do cromogénio é directamente proporcional à quantidade de **ACP** na amostra. O teste é processado tanto na presença como na ausência de tartarato, sendo a diferença na actividade entre os ensaios atribuída à isoenzima prostática.

**REAGENTES**

| Ingredientes activos | Concentração aproximada como formulada |
|---|---|
| Reagente | |
| $\alpha$-Naftilfosfato | 3 mmol/L |
| Fast Red TR | 1 mmol/L |
| | |
| Tartarato | |
| L-Tartarato | 2 mol/L |
| Tampão acetato, pH 5,0 | 5 mol/L |

O reagente é formulado em tampão citrato, pH 5,0 ± 0,2. Além do reagente ACP **Dri-STAT**, a execução do teste requer um espectrofotómetro com capacidade para medir de forma precisa a absorvância a 405 nm, um dispositivo para a incubação da

trutura de reacção a 30°C ou 37°C, cuvetes com espessura de caminho de 1,0 cm e pipetas para a reconstituição e dispensa do reagente e adição da amostra.

**INSTRUÇÕES DE RECONSTITUIÇÃO**
Estas instruções aplicam-se à preparação do reagente para uso no procedimento manual apresentado abaixo. Os folhetos de aplicação para aparelhos automatizados específicos podem indicar um procedimento diferente, que deve ser seguido.

A reconstituição deve ser alcançada pela adição cuidadosa de água destilada, conforme especificado nos rótulos dos frascos componentes. O frasco com L-tartarato pode ser aquecido até atingir uma temperatura entre 45°C e 55°C para ajudar à dissolução. O tampão acetato é fornecido na forma líquida e não necessita que qualquer tipo de preparação adicional.

**ESTABILIDADE E ARMAZENAMENTO**
Os componentes não abertos permanecem estáveis até ao final do prazo de validade indicado nos rótulos, quando armazenados a uma temperatura entre 2°C e 8°C. As soluções dos reagentes permanecem estáveis durante 48 horas à temperatura ambiente ou uma semana a uma temperatura entre 2°C e 8°C e ao abrigo da luz. As soluções de tartarato reconstituídas e o tampão permanecem estáveis por um período indefinido, a uma temperatura entre 2°C e 8°C se se mantiverem livres de contaminação bacteriana.

43

**MANUSEAMENTO DA AMOSTRA**
Não é necessária uma preparação especial do doente relativamente à colheita de amostras para este ensaio.

O material preferido para análise é o soro. Não se deve utilizar plasma. Embora o substrato demonstre uma actividade baixa com a fosfatase eritrocitária, evitar sempre que possível a utilização de amostras hemolisadas. Uma vez que a fosfatase

certo; deixá-la repousar durante de forma moderada, pelo laboratório, não contribui significativamente para a fracção prostática medida neste teste.[4] As amostras lipémicas também podem ser analisadas.

A actividade da fosfatase ácida é extremamente instável no soro à temperatura ambiente, especialmente em recipientes abertos. A estabilização da actividade pode ser obtida pela acidificação imediata da amostra. Quando se adiciona 20 μL de tampão acetato a 1 mL de amostra, o pH é reduzido e a actividade permanecerá estável a uma temperatura entre 2°C e 8°C durante cinco dias. As amostras conservadas podem ser congeladas para uma manutenção mais longa.

**PROCEDIMENTO**

Essas instruções destinam-se a utilização em testes com instrumentação manual. Encontram-se disponíveis, mediante solicitação, instruções específicas para utilização do reagente em instrumentos automatizados seleccionados.

**Parâmetros do sistema**

| | |
|---|---|
| Comprimento de onda | 405 nm |
| Temperatura de incubação | 30°C ou 37°C ± 0,25°C |
| Modo | Absorvância |
| Intervalo de absorvância | 0 a 2 A |
| Extensão do caminho na cuvete | 1,0 cm |
| Tempo de reacção | 10 min |
| Volume de amostra | 0,20 mL |
| Volume de tartarato | 0,025 mL |
| Volume de reagente | 3,00 mL |

Caso pretenda alterar estes parâmetros, consulte a secção NOTAS.

Pipete 4,0 mL de reagente em cada cuvete a ser utilizada. Se pretender determinar a fosfatase não prostática instável do tartarato, identifique uma cuvete para a fosfatase total e uma para a fosfatase não prostática para cada amostra. Aqueça as cuvetes até obter a temperatura de reacção pretendida.

2. Adicione 0,025 mL de tartarato às cuvetes para o ensaio não prostático. Misture.

3. Adicione 0,20 mL de amostra em cada cuvete e misture bem. Incube à temperatura de reacção durante, aproximadamente, cinco minutos.

4. Verifique e registe a absorvância inicial $A_i$.

5. Incube à temperatura de reacção durante, exactamente, mais cinco minutos.

6. Verifique e registe a absorvância final $A_f$.

$$\text{Calcule } \Delta A/min = \frac{A_f - A_i}{5}$$

## CÁLCULOS

Calcule a actividade da seguinte forma:

$$\text{ACP (U/L)} = \frac{\Delta A/min}{\text{Absortividade}} \times \frac{V_t}{V_s} \times 1000$$

Em que

$V_t$ = Volume total = 3,225 mL ou 3,20 mL

$V_s$ = Volume de amostra = 0,200 mL

Absortividade = Absortividade milimolar do cromóforo a 405 nm = 12,9

Para o ensaio inibido pelo tartarato.

$$\text{ACP (U/L)} = \frac{\Delta A/min}{12,9} \times \frac{3,225}{0,200} \times 1000 = \Delta A/min \times 1250$$

45

Para o ensaio de ACP total (com omissão do tartarato). ACP $(U/L) = \Delta A/min \times 1240$. Tendo em conta que esta alteração é inferior a 1%; é aceitável utilizar o mesmo factor para ambos os cálculos.

Para calcular a fosfatase ácida prostática (PAP):

PAP = ACP total (sem tartarato) - ACP não prostática (tartarato)

Uma unidade de actividade é definida como a quantidade de enzima que produz um micromol de cromóforo por minuto nas condições do ensaio.

NOTAS

1. Se a capacidade do espectrofotómetro for diferente, os volumes de reagente e de amostra poderão ser alterados proporcionalmente.

2. Se for utilizado um aparelho de registo para a medição contínua da alteração da absorvância, o tempo de incubação final poderá ser inferior.

3. Caso seja observado um valor excessivamente alto de ACP (>38 U/L), a amostra deve ser diluída com solução salina para um novo ensaio (recomenda-se 1:10) ou poderá utilizar-se um volume de amostra mais pequeno. É necessário proceder à correcção adequada no cálculo.

4. Para evitar um desvio, o valor de $A_f$ deve ser registado no espaço de 15 minutos após a adição da amostra.

5. Se se verificarem reagentes ou substrato turvos com $A_{405} > 0,20$ A significa que podem ter ficado contaminados e, por essa razão, devem ser eliminados.

## PROCEDIMENTOS DE CONTROLO DE QUALIDADE

Recomenda-se a inclusão de controlos normais e anormais em cada conjunto de ensaios. Os controlos comercialmente disponíveis são adequados caso contenham ACP. Estes controlos deverão ser acidificados com conservantes e conservados para a utilização nos ensaios de ACP.

Outros factores, além do reagente, que podem afectar o desempenho deste teste incluem o funcionamento correcto dos aparelhos, a limpeza dos recipientes de vidro e cuvetes e a exactidão da pipetagem.

## LIMITAÇÕES DO PROCEDIMENTO

O oxalato e o fluoreto consistem em inibidores conhecidos da actividade da fosfatase ácida.[5] Neste método foi demonstrado que a heparina e o EDTA produzem turbidez. Foi observado que determinadas amostras com ictero visível apresentam uma recuperação reduzida quando analisadas através deste procedimento. Young et al.[6] apresentaram uma lista abrangente de fármacos e outras substâncias conhecidas por afectarem o nível de circulação da fosfatase ácida e o seu ensaio.

## VALORES ESPERADOS

|  | ACP total | PAP |
|---|---|---|
| 30°C |  |  |
| Homem | ≤ 4,2 U/L | ≤ 0,8 U/L |
| Homem e Mulher | ≤ 4,0 U/L | ≤ 0,8 U/L |
| 37°C |  |  |
| Homem | ≤ 5,4 U/L | ≤ 1,2 U/L |
| Homem e Mulher | ≤ 5,0 U/L | ≤ 1,2 U/L |

À semelhança do que acontece com todos os ensaios, cada laboratório deverá determinar os seus próprios valores esperados. Estes valores foram obtidos a partir de 46 dadores do sexo masculino e 25 do sexo feminino.

47

**DESEMPENHO**

**Precisão**

A precisão "dia a dia" das análises de soro em "pool" durante um período de dez dias foi de 26,0 ± 1,4 U/L.

**Intervalo Dinâmico**

Quando usado no procedimento manual acima descrito, este reagente fornece resultados que são lineares até 38 U/L. Os protocolos para aparelhos automatizados podem exigir alterações nos volumes de reagentes e substratos, que podem afectar o intervalo dinâmico. Consulte o folheto de aplicação apropriado.

**Exactidão**

Os resultados obtidos com o reagente ACP Dri-STAT no ensaio de amostras normais e anormais demonstraram um coeficiente de correlação (r) > 0,96 quando comparado com a modificação do método de Bessey et al.[7,8]

**Til *in vitro* diagnostisk brug**

**TILSIGTET BRUG**
Dri-STAT ACP reagens er beregnet til brug ved **in vitro** diagnostiske bestemmelser af syrephosphatase i serum.

**SAMMENDRAG OG FORKLARING**
Det blev først rapporteret, at $\alpha$-naphthylphosphat var et yderst specifikt substrat for det prostatiske isoenzym i syrephosphatase;[1] senere undersøgelser viste dog, at dette substrat også hydrolyseres let af leucocytsyrephosphatase.[2] Af denne grund er L.-tartrat blevet anvendt som et specifikt hæmningsstof af det prostatiske isoenzym.[3] Dri-STAT ACP reagens er baseret på Hillmann metoden og er blevet optimeret til brug ved højere temperaturer.

Syrephosphatase produceres i en mængde væv, såsom knogler, erythrocytter og thrombocytter samt af celler, som er typiske for Gauchers sygdom. Enzymet analyseres mest almindeligt, når der er mistanke om prostata carcinoma. Prostatisk væv indeholder som regel mere syrephosphatase, hvilket dog normalt ikke trænger ind i kredsløbet. Tilstande, såsom godartet prostatahypertrofi, resulterer ikke i en stigning af serumsyrephosphatase, mens en stigning dog forekommer i tilfælde med carcinoma.

49

## PROCEDURENS GRUNDPRINCIPPER

Reaktionssekvensen anvendt i denne analyse af ACP er som følger:

$$\alpha\text{-Naphthylphosphat} + H_2O \xrightarrow{ACP} \alpha\text{-Naphthol} + \text{Phosphat}$$

$$\alpha\text{-Naphthol} + \text{Hurtig rød TR} \longrightarrow \text{Kromofor}$$

Syrephosphatase hydrolyserer $\alpha$-naphthylphosphat for at give $\alpha$-naphthol, som øjeblikkeligt reagerer med **Hurtig rød TR** (diazotiseret 2-amino-5-chlorotoluen) for at producere et kromogen. Stigningsfrekvensen for absorbans ved 405 nm på grund af kromogendannelse er direkte proportional med mængden af ACP i prøven. Testen køres både i tilstedeværelsen og fraværet af tartrat. Forskellen i aktivitet mellem analyserne tilskrives det prostatiske isoenzym.

## REAGENSER

| Aktive ingredienser | Omtrentlig koncentration som formuleret |
| --- | --- |
| Reagens | |
| $\alpha$-Naphthylphosphat | 3 mmol/L |
| Hurtig rød TR | 1 mmol/L |
| | |
| Tartrat | |
| L-Tartrat | 2 mol/L |
| Acetatbuffer, pH 5,0 | 5 mol/L |

Reagenset formuleres i citratbuffer, pH 5,0 ±0,2. Udover Dri-STAT ACP reagens kræver udførelse af testen et spektrofometer, som er i stand til at måle absorbans nøjagtigt ved 405 nm, et

grundet til inhutering af reaktionen ved 30°C eller 37°C. Udfør disse med en banelængde på 1.0 cm og pipetter til reagenskonstitution, reagensdispensering og prøvetilsættelse.

**REKONSTITUTIONSINSTRUKTIONER**

Disse instruktioner gælder for reagensforberedelse til brug i den manuelle procdure fremlagt nedenfor. Applikationsdataark for specifikke, automatiserede instrumenter kan angive en anden procedure, som bør følges.

Rekonstitution bør foretages ved forsigtig tilsættelse af destilleret vand som angivet på mærkaterne på komponenthætteglassene. Hætteglasset, som indeholder L-tartrat, kan opvarmes ved **45°C** til 55°C for at lette opløsning. Acetatbuffer kommer i væskeform og kræver ikke yderligere behandling.

**STABILITET OG OPBEVARING**

Uåbnede komponenter er stabile indtil udløbsdatoen angivet på mærkaterne ved opbevaring ved 2°C til 8°C. Reagensopløsninger er stabile i 48 timer ved stuetemperatur eller en uge ved 2°C til 8°C, når de er beskyttet mod lys. Rekonstituerede tartratopløsninger og buffer er stabile i ubestemt tid ved 2°C til 8°C, så længe de forbliver fri for bakteriekontaminering.

**PRÆPARATHÅNDTERING**

Ingen speciel forberedelse af patienten er nødvendig ved indsamling af præparater til denne analyse.

Det foretrukne materiale for analyse er serum. Plasma bør ikke anvendes. **Selvom substratet viser lav aktivitet med** erythrocytphosphatase, skal hæmolyserede prøver så vidt muligt undgås. Da erythrocytphosphatase kun hæmmes moderat af tartrat, bidrager det ikke betydeligt til prostatafraktionen målt i denne test.[4] Lipæmiske præparater kan også analyseres.

51

Syrephosphatase aktivitet er yderst labil i serum ved stuetemperatur, især i åbne beholdere. Stabilisering af aktivitet kan opnås ved umiddelbar forsyring af prøven. Når 20 µL acetatbuffer tilsættes 1 mL prøve, sænkes pH, og aktivitet vil være stabil ved 2°C til 8°C i fem dage. **Præserverede præparater** kan nedfryses for længere opretholdelse.

**PROCEDURE**

Disse instruktioner er beregnet til brug ved test, som bruger manuel instrumentation. Specifikke instruktioner for reagensbrug på valgte, automatiserede instrumenter er tilgængelig ved anmodning.

**Systemparametre**

| | |
|---|---|
| Bølgelængde | 405 nm |
| Inkuberingstemperatur | 30°C eller 37°C ± 0,25°C |
| Modus | Absorbans |
| Absorbansværdiområde | 0 til 2 A |
| Kuvettebanelængde | 1,0 cm |
| Reaktionstid | 10 min |
| Prøvevolumen | 0,20 mL |
| Tartratvolumen | 0,025 mL |
| Reagensvolumen | 3,00 mL |

Hvis ændringer af disse parametre ønskes, henvises der til NOTATER.

Pipetter 3,0 mL reagens over i hver kuvette, som skal anvendes. Hvis tartrat-labil, ikke-prostatisk phosphatase skal bestemmes, skal en kuvette mærkes som total og en kuvette som ikke-prostatisk for hvert præparat. Opvarm kuvetter til den ønskede reaktionstemperatur.

2. Tilsæt 0,025 mL tartrat til kuvetterne for den ikke-prostatiske analyse. Bland.

3. Tilsæt 0,20 mL prøve til hver kuvette og bland omhyggeligt. Inkubér ved reaktionstemperaturen i cirka fem minutter.

4. Læs og notér den første absorbans $A_i$.

5. Inkubér ved reaktionstemperaturen i nøjagtigt endnu fem minutter.

6. Læs og notér den endelige absorbans $A_f$.

$$\text{Beregn } \Delta A/min = \frac{A_f - A_i}{5}$$

## BEREGNING

Udregn aktivitet på følgende måde:

$$ACP\ (U/L) = \frac{\Delta A/min}{\text{Absorptionsevne}} \times \frac{V_t}{V_s} \times 1000$$

Hvor

$V_t$ = Total volumen = 3,225 mL eller 3,20 mL

$V_s$ = Prøvevolumen = 0,200 mL

Absorptionsevne = Millimolar absorptionsevne for kromoforen ved 405 nm
= 12,9

For den tartrat-hæmmede analyse.

$$ACP\ (U/L) = \frac{\Delta A/min}{12,9} \times \frac{3,225}{0,200} \times 1000 = \Delta A/min \times 1250$$

53

For total ACP analysen (tartrat udeladt). ACP (U/L) = $\Delta$A/min x 1240. Denne **ændring er mindre end 1%; brug af den samme** faktor for begge beregninger er derfor acceptabel.

Sådan beregnes prostatasyrephosphatase (PAP):

PAP = Total ACP (ingen tartrat) - Ikke-prostatisk ACP (tartrat)

En aktivitetsenhed defineres som mængden af enzym, som producerer en mikromol af kromofor pr. minut under analyseforholdene.

1. Hvis det anvendte spektrofometer akkomoderer en anden volumen, kan reagens- og prøvevolumenerne ændres henholdsvist.

2. Hvis et registreringsapparat anvendes til uafbrudt måling af absorbansændring, kan den endelige inkuberingstid forkortes.

3. Hvis et usædvanligt højt ACP niveau observers (>38 U/L), bør prøven fort**yndes med saltvand for genanalysering (1:10** anbefales), eller en mindre prøvevolumen kan bruges. Foretag den passende korrigering i beregningen.

4. $A_f$ bør registreres i løbet af 15 minutter efter tilsættelse af prøven for at undgå svingning.

5. Uklare reagenser eller substrat med $A_{405}$ > 0,20 A kan være blevet kontamineret og bør kasseres.

KVALITETSKONTROLPROCEDURER

**KVALITETSKONTROLPROCEDURER**

Det anbefales, at normale og unormale kontroller inkluderes i alle analysesæt. Kommercielt tilgængelige kontroller er egnede, hvis de indeholder ACP. Sådanne kontroller bør forsynes med præserveringsmiddel og reserveres til brug i ACP analyser.

Faktorer andet end reagens, som kan påvirke præstationen af denne test, inkluderer korrekt instrumentfunktion, renlighed af glasvarer og kuvetter og pipetteringsnøjagtighed.

**PROCEDUREBEGRÆNSNINGER**

Oxalat og fluorid er kendte hæmningsstoffer for syrephosphataseaktivitet.[5] Med denne metode har heparin og EDTA vist at producere uklarhed. Det er blevet observeret, at visse prøver med synlig icterus viser lav genindvinding ved analysering med denne procedure. Young et al,[6] giver en omfattende liste med medikamenter og andre substanser, som er kendte for at påvirke cirkuleringsniveauet for syrephosphatase og dets analyse.

**FORVENTEDE VÆRDIER**

|  | Total ACP | PAP |
|---|---|---|
| 30°C |  |  |
| Mand | ≤ 4,2 U/L | ≤ 0,8 U/L |
| Mand og kvinde | ≤ 4,0 U/L | ≤ 0,8 U/L |
| 37°C |  |  |
| Mand | ≤ 5,4 U/L | ≤ 1,2 U/L |
| Mand og kvinde | ≤ 5,0 U/L | ≤ 1,2 U/L |

Som det er tilfældet med alle analyser, bør det individuelle laboratorium bestemme sine egne forventede værdier. Disse værdier blev afledt fra 46 mandlige og 25 kvindelige donorer.

**PRÆSTATION**

**Præcision**

Den daglige præcision for serumpuljeanalyser i en periode på ti dage blev fundet at være 26,0 ±1,4 U/L.

**Dynamisk værdiområde**

Når dette reagens bruges i den manuelle procedure beskrevet ovenfor, giver det resultater, som er lineære med 38 U/L. Protokoller for automatiserede instrumenter kan kalde for forskelle i substrat- og reagensvolumener, som kan påvirke det dynamiske værdiområde. Konsultér det aktuelle applikationsdataark.

**Nøjagtighed**

Resultater opnået med Dri-STAT ACP reagens i analysen af normale og unormale præparater viste en korrelationskoefficient (r) > 0,96 ved sammenligning med modifikation af Bessey et al. metoden.[7,8]

**ACP-REAGENS**

**För *in vitro* diagnostiskt bruk**

**AVSEDD ANVÄNDNING**
Dri-STAT ACP-reagens är avsett för diagnostiska bestämningar **in vitro** av surt fosfatas i serum.

**SAMMANFATTNING OCH FÖRKLARING**
Det rapporterades i början att $\alpha$-naftylfosfat var ett ytterst specifikt substrat för prostataisoenzymet i surt fosfatas;[1] senare studier visade emellertid att detta substrat med lätthet också hydrolyseras av leukocytärt surt fosfatas.[2] Av den anledningen har L.-tartrat använts som specifik inhibitor av prostataisoenzymet.[3] Dri-STAT ACP-reagens baseras på Hillmann-metoden, och har optimerats för användning vid högre temperaturer.

**KLINISK SIGNIFIKANS**
Surt fosfatas produceras i en mängd vävnader, t.ex. ben, erytrocyter och trombocyter – liksom av de celler som är typiska för Gauchers sjukdom. Enzymet analyseras vanligtvis när prostatakarcinom misstänks. Prostatavävnad är rik på surt fosfatas, vilket emellertid normalt inte går in i cirkulationen. Tillstånd som godartad prostatahypertrofi resulterar inte i höjning av surt fosfatas i serum, medan däremot en höjning uppträder i fall av karcinom.

57

**PROCEDURENS PRINCIPER**

Reaktionssekvensen som används i analysen av ACP är som följer:

$$\alpha\text{-naftylfosfat} + H_2O \xrightarrow{ACP} \alpha\text{-naftol} + \text{fosfat}$$

$$\alpha\text{-naftol} + \text{Fast Red TR} \longrightarrow \text{kromofor}$$

Surt fosfatas hydrolyserar $\alpha$-naftylfosfat så det ger $\alpha$-naftol, vilket omedelbart reagerar med Fast Red TR (diazoterad 2-amino-5-klortoluen) för att producera en kromogen. Den totala absorptionsökningen vid 405 nm beroende på kromogenbildning är direkt proportionell mot mängden ACP i provet. Testet körs både i närvaro och frånvaro av tartrat, och skillnaden i aktivitet mellan analyserna tillskrivs prostataisoenzymet.

**REAGENSER**

| Aktiva ingredienser | Ungefärlig koncentration enligt formulering |
|---|---|
| Reagens | |
| $\alpha$-naftylfosfat | 3 mmol/L |
| Fast Red TR | 1 mmol/L |
| | |
| Tartrat | |
| L-tartrat | 2 mol/L |
| Acetatbuffert, pH 5,0 | 5 mol/L |

Reagenset formuleras i citratbuffert, pH 5,0 ± 0,2. För att utföra testet krävs (utöver Dri-STAT ACP-reagenset) en spektralfotometer som klarar av att mäta absorbans precis vid

tills att ställa in kyvettspårlängd på 1 cm och pipetter för reagensrekonstitution, reagensdispensering och provtillsättning.

**INSTRUKTIONER FÖR REKONSTITUTION**
Dessa instruktioner gäller för reagensförberedelse för användning i den manuella procedur som presenteras nedan. Informationsblad om användning av specifika automatiserade instrument kan ange en avvikande procedur, som bör följas.

Rekonstitution bör utföras genom noggrann tillsättning av destillerat vatten enligt specifikation på etiketterna på komponentampullerna. Ampullen som innehåller L-tartrat kan uppvärmas till 45 °C till 55 °C, för att underlätta upplösning. Acetatbuffertlösningen levereras i vätskeform och behöver ingen ytterligare beredning.

**STABILITET OCH FÖRVARING**
Oöppnade komponenter är stabila fram till utgångsdatumet på etiketterna, när de förvaras vid 2 °C till 8 °C. **Reagenslösningar** är stabila i 48 timmar vid rumstemperatur eller i en vecka vid 2 °C till 8 °C, när de skyddas från ljus. Rekonstituerade tartratlösningar samt bufferten är stabila på obestämd tid vid 2 °C till 8 °C, om de förblir fria från bakteriell kontamination.

**HANTERING AV PROVET**
Ingen speciell förberedelse av patienten behövs vid provuppsamling för denna analys.

Det rekommenderade materialet för analys är serum. Plasma bör inte användas. Även om substratet visar låg aktivitet med erytrocytärt fosfatas, bör hemolytiska prover undvikas när så är möjligt. Eftersom erytrocytärt fosfatas endast hämmas måttligt av tartrat, bidrar det inte påfallande till prostatafraktionen som uppmäts i detta test.[4] **Lipemiska prover kan också analyseras.**

59

Sur-faktas-aktiviteten är extremt labil i serum vid rumstemperatur, och särskilt i öppna behållare. Stabilisering av aktiviteten kan åstadkommas genom omgående acidifiering av provet. När 20 μL acetatbuffert tillsätts i ett prov på 1 mL sänks pH-värdet, och aktiviteten blir stabil vid 2 °C till 8 °C under fem dagar. Stabiliserade prover kan frysas för längre underhåll.

**PROCEDUR**

Dessa instruktioner är avsedda för tester med manuell instrumentering. Specifika instruktioner för reagensanvändning med utvalda automatiserade instrument finns att tillgå på begäran.

**Systemparametrar**

| | |
|---|---|
| Våglängd | 405 nm |
| Inkubationstemperatur | 30 °C eller 37 °C ± 0,25 °C |
| Läge | Absorbans |
| Absorbansområde | 0 till 2 A |
| Kyvettspårlängd | 1,0 cm |
| Reaktionstid | 10 min |
| Provvolym | 0,20 mL |
| Tartratvolym | 0,025 mL |
| Reagensvolym | 3,00 mL |

Se ANTECKNINGAR om du vill ändra dessa parametrar.

Pipettera 3,0 ml reagens i varje kyvett som ska analyseras.
Om tartratlabilt icke-prostatafosfatas ska fastställas, märk en
kyvett för total och en kyvett för icke-prostatisk för varje prov.
Värm kyvetterna till önskad reaktionstemperatur.

2. Tillsätt 0,025 mL tartrat i kyvetterna för den icke-prostatiska
   analysen. Blanda.

3. Tillsätt 0,20 mL prov i varje kyvett och blanda noggrant.
   Inkubera vid reaktionstemperatur i ungefär fem minuter.

4. Avläs och registrera initialabsorbans $A_i$.

5. Inkubera vid reaktionstemperatur i exakt fem minuter till.

6. Avläs och registrera slutlig absorbans $A_f$.

$$\text{Beräkna } \Delta A/min = \frac{A_f - A_i}{5}$$

**BERÄKNING**

Beräkna aktiviteten så här:

$$\text{ACP (E/L)} = \frac{\Delta A/min}{\text{Absorptions-förmåga}} \times \frac{V_t}{V_s} \times 1000$$

där

$V_t$ = total volym = 3,225 mL eller 3,20 mL

$V_s$ = provvolym = 0,200 mL

Absorptionsförmåga = Millimolär absorptionsförmåga för kromofor
vid 405 nm

$$= 12,9$$

61

För den tartratliberade analysen.

$$\text{ACP (E/L)} = \frac{\Delta A/\text{min}}{12,9} \times \frac{3,225}{0,200} \times 1000 = \Delta A/\text{min} \times 1250$$

**OBS!**

För den totala ACP-analysen (tartrat uteslutet). ACP (E/L) = $\Delta A/\text{min} \times 1240$. **Denna förändring är mindre än 1 %, och sålunda** är användning av samma faktor för båda beräkningarna acceptabel.

Så här beräknas surt prostatafosfatas (PAP):

PAP = Totalt ACP (ingen tartrat) – Icke-prostatisk ACP (tartrat)

En aktivitetsenhet definieras som den mängd e**nzym som** producerar en mikromol kromofor per minut under analysens förutsättningar.

**ANTECKNINGAR**

1. Om den spektralfotometer som används rymmer en annan volym, kan reagens- och provvolymerna ändras proportionellt.

2. Om registrerande instrument används för kontinuerlig mätning av absorbansförändring, kan slutlig inkubationstid förkortas.

3. Om ovanligt hög ACP-nivå iakttas (>38 E**/L) bör provet** spädas ut med saltlösning för omanalys (1:10 rekommenderas), eller också kan en mindre provvolym användas. Gör lämplig korrigering i beräkningen.

4. För att undvika avvikelse bör $A_f$ registreras inom 15 minuter från provtillsättning.

5. Grumliga reagenser eller substrat med $A_{405} > 0,20$ A kan ha kontaminerats och bör kasseras.

**KVALITETSKONTROLLPROCEDURER**

Vi rekommenderar att normala och onormala kontroller inkluderas i varje analysset. I handeln tillgängliga kontroller är lämpliga, om de innehåller ACP. Sådana kontroller bör acidifieras med konserveringsmedel och reserveras för användning i ACP-analyser.

Andra faktorer än reagens som kan påverka detta tests genomförande omfattar rätt instrumentfunktion, glasvarors och kyvetters renlighet samt pipetteringens noggrannhet.

**PROCEDURENS BEGRÄNSNINGAR**

Oxalat och fluorid är kända inhibitorer av surt fosfatas-aktivitet.[5] Med denna metod har heparin och EDTA visat sig producera grumlighet Det har observerats att vissa prover med märkbar ikterus visar svag återhämtning när de analyseras med denna procedur. Young o. a.[6] anför en omfattande lista på läkemedel och andra substanser som är kända för att påverka cirkulationsnivån för surt fosfatas och dess analys.

**FÖRVÄNTADE VÄRDEN**

|  | Totalt ACP | PAP |
|---|---|---|
| 30 °C |  |  |
| Man | ≤ 4,2 E/L | ≤ 0,8 E/L |
| Man och kvinna | ≤ 4,0 E/L | ≤ 0,8 E/L |
| 37 °C |  |  |
| Man | ≤ 5,4 E/L | ≤ 1,2 E/L |
| Man och kvinna | ≤ 5,0 E/L | ≤ 1,2 E/L |

Som med alla analyser bör varje laboratorium fastställa sina egna förväntade värden. Dessa värden har härletts från 46 manliga och 25 kvinnliga donatorer.

**PRESTANDA**

**Precision**

Dagfördagprecisionen för serumpoolanalyser under en tiodagarsperiod befanns vara 26,0 ± 1,4 E/L.

**Dynamikområde**

Vid användning i ovanstående **manuella procedur ger detta** reagens resultat som är linjära med 38 E/L. Protokoll för automatiserade instrument kan kräva skillnader i substrat- och reagensvolymer, vilket kan påverka dynamikområdet. Se efter i det rätta informationsbladet.

**Noggrannhet**

Resultat som erhållits med Dri-ST**AT ACP-reagens vid analysen** av normala och onormala prover visade korrelationskoefficienten (r) > 0,96 vid jämförelse med modifiering av metoden från Besseys o. a.[7,8]

**ΑΝΤΙΔΡΑΣΤΗΡΙΟ ACP**

**ΚΛΙΝΙΚΗ ΣΗΜΑΣΙΑ**

**Για *In Vitro* Διαγνωστική χρήση**

### ΕΝΔΕΔΕΙΓΜΕΝΗ ΧΡΗΣΗ

Το αντιδραστήριο Dri-STAT ACP (όξινης φωσφατάσης) ενδείκνυται για χρήση σε **in vitro** διαγνωστικούς προσδιορισμούς όξινης φωσφατάσης σε ορό.

### ΣΥΝΟΨΗ ΚΑΙ ΕΠΕΞΗΓΗΣΕΙΣ

Αναφέρθηκε αρχικά ότι το α-ναφθυλοφωσφορικό ήταν ένα ιδιαίτερα ειδικό υπόστρωμα για το προστατικό ισοένζυμο της όξινης φωσφατάσης.[1] Ωστόσο, μεταγενέστερες μελέτες απέδειξαν ότι αυτό το υπόστρωμα υδρολύεται επίσης εύκολα από όξινη φωσφατάση των λευκοκυττάρων.[2] Για το λόγο αυτό, χρησιμοποιήθηκε το L.-tartrate ως ειδικός αναστολέας του προστατικού ισοενζύμου.[3] Το αντιδραστήριο Dri-STAT ACP βασίζεται στη μέθοδο του Hillmann και έχει βελτιστοποιηθεί για χρήση σε υψηλότερες θερμοκρασίες.

Η όξινη φωσφατάση παράγεται σε πολλούς ιστούς όπως οστών, ερυθροκυττάρων και αιμοπεταλίων, καθώς επίσης και σε κύτταρα που είναι συνήθη στη νόσο Gaucher. Το ένζυμο αναλύεται συνήθως όταν υπάρχει υποψία καρκινώματος προστάτη. Ο προστατικός ιστός παρουσιάζει συνήθως μεγάλες ποσότητες όξινης φωσφατάσης η οποία, ωστόσο, δεν περνά στην κυκλοφορία του αίματος. Συνθήκες, όπως η καλοήθης υπερτροφία του προστάτη, δεν οδηγούν σε αύξηση της όξινης φωσφατάσης στον ορό, ενώ αντίθετα παρατηρείται αύξηση σε περιπτώσεις καρκινώματος.

### ΑΡΧΕΣ ΤΗΣ ΔΙΑΔΙΚΑΣΙΑΣ

Η ακολουθία αντιδράσεων που χρησιμοποιείται στην ανάλυση του ACP είναι η εξής:

$$\text{α-ναφθυλοφωσφορικό} + H_2O \xrightarrow{\text{ACP}} \text{α-Ναφθόλη} + \text{φωσφορικό άλας}$$

ΑΝΤΙΔΡΑΣΤΗΡΙΑ

α-Ναφθόλη + Fast Red TR $\longrightarrow$ Χρωμοφόρος

Η όξινη φωσφατάση υδρολύει το α-ναφθυλοφωσφορικό για απόδοση α-ναφθόλης που αντιδρά άμεσα με Fast Red TR (2-αμινό-5-χλωροτολουόλη διαζώτωσης) για την παραγωγή κάποιου χρωμογόνου. Ο ρυθμός αύξησης της απορρόφησης στα 405 nm λόγω της δημιουργίας χρωμογόνου είναι άμεσα ανάλογο με την ποσότητα ACP στο δείγμα. Η εξέταση εκτελείται τόσο παρουσία όσο και απουσία του τρυγικού άλατος και η διαφορά της δραστικότητας μεταξύ των αναλύσεων αποδίδεται στο προστατικό ισοένζυμο.

| Ενεργά συστατικά | Συγκέντρωση κατά προσέγγιση όπως σχηματίζεται |
|---|---|
| Αντιδραστήριο | |
| α-ναφθυλοφωσφορικό | 3 mmol/L |
| Fast Red TR | 1 mmol/L |
| | |
| Τρυγικό άλας | |
| L-τρυγικό άλας | 2 mol/L |
| Οξικό ρυθμιστικό διάλυμα, pH 5,0 | 5 mol/L |

Το αντιδραστήριο σχηματίζεται σε κιτρικό ρυθμιστικό διάλυμα, pH 5,0 ±0,2. Εκτός από το αντιδραστήριο Dri-STAT ACP, η απόδοση της εξέτασης απαιτεί ένα φασματοφωτόμετρο με δυνατότητα ακριβούς μέτρησης της απορρόφησης στα 405 nm,

σε μέσα απόσταξης της αναδράσης στους 30°C, 37°C μπλοκ διαδρομής κυψελίδας 1,0 cm και πιπέτες για την ανασύσταση του αντιδραστηρίου, τη διανομή του αντιδραστηρίου και την προσθήκη δείγματος.

**ΟΔΗΓΙΕΣ ΑΝΑΣΥΣΤΑΣΗΣ**

Οι οδηγίες αυτές αφορούν την προετοιμασία του αντιδραστηρίου για χρήση στη χειροκίνητη διαδικασία που ακολουθεί. Στα φύλλα δεδομένων εφαρμογής για συγκεκριμένα αυτοματοποιημένα όργανα ενδέχεται να υποδεικνύεται μια διαφορετική διαδικασία.

Η ανασύσταση θα πρέπει να γίνεται με την προσεκτική προσθήκη απεσταγμένου νερού, όπως ορίζεται στις ετικέτες των φιαλιδίων συστατικών. Το φιαλίδιο που περιέχει L-tartrate μπορεί να θερμανθεί από 45°C έως 55°C για διευκόλυνση της διάλυσης. Το οξικό ρυθμιστικό διάλυμα παρέχεται σε υγρή μορφή και δεν απαιτεί περαιτέρω προετοιμασία.

**ΣΤΑΘΕΡΟΤΗΤΑ ΚΑΙ ΑΠΟΘΗΚΕΥΣΗ**

Τα συστατικά που δεν έχουν ανοιχτεί παραμένουν σταθερά μέχρι την ημερομηνία λήξης που αναφέρεται στις ετικέτες όταν αποθηκεύονται σε θερμοκρασία 2°C έως 8°C. Τα διαλύματα αντιδραστηρίων παραμένουν σταθερά για 48 ώρες σε θερμοκρασία δωματίου ή για μία εβδομάδα σε θερμοκρασία 2°C έως 8°C όταν δεν εκτίθενται στο φως. Τα διαλύματα τρυγικού άλατος που έχουν υποστεί ανασύσταση και το ρυθμιστικό διάλυμα παραμένουν σταθερά επ' αόριστον σε θερμοκρασία 2°C έως 8°C, εάν προστατευτούν από βακτηριακή μόλυνση.

67

**ΧΕΙΡΙΣΜΟΣ ΔΕΙΓΜΑΤΩΝ**

Δεν απαιτείται κάποια ιδιαίτερη προετοιμασία του ασθενή για τη συλλογή των δειγμάτων για αυτήν την ανάλυση.

Το υλικό που προτιμάται για την ανάλυση είναι ο ορός. Δεν θα πρέπει να χρησιμοποιείται πλάσμα. Παρόλο που το υπόστρωμα εμφανίζει χαμηλή δραστικότητα με φωσφατάση ερυθροκυττάρων, αποφύγετε, όταν είναι δυνατό, αιμολυμένα

Δείγματος. Λόγω του ότι η φωσφατάση του προστάτη ΔΙΑΔΙΚΑΣΙΑ αναστέλλεται μόνο σε μικρό βαθμό από τρυγικό άλας, δε συμβάλλει σημαντικά στο προστατικό κλάσμα που μετράται σε αυτήν την εξέταση.[4] Τα λιπαιμικά δείγματα μπορούν επίσης να αναλυθούν.

Η δραστικότητα της όξινης φωσφατάσης είναι εξαιρετικά ασταθής στον ορό σε θερμοκρασία δωματίου, ιδιαίτερα σε ανοιχτά δοχεία. Η σταθεροποίηση της δραστικότητας μπορεί να επιτευχθεί με ταχεία οξίνιση του δείγματος. Όταν 20 μL οξικού ρυθμιστικού διαλύματος προστίθενται σε 1 mL δείγματος, το pH μειώνεται και η δραστικότητα σταθεροποιείται στους 2°C έως 8°C για πέντε ημέρες. Τα δείγματα που έχουν διατηρηθεί μπορούν να καταψυχθούν για μεγαλύτερη διάρκεια συντήρησης.

Οι οδηγίες αυτές ενδείκνυνται για χρήση σε εξετάσεις, στις οποίες χρησιμοποιούνται χειροκίνητα όργανα. Ειδικές οδηγίες για χρήση του αντιδραστηρίου σε επιλεγμένα αυτοματοποιημένα όργανα διατίθενται μετά από αίτηση.

**Παράμετροι συστήματος**

| | |
|---|---|
| Μήκος κύματος | 405 nm |
| Θερμοκρασία επώασης | 30°C ή 37°C ± 0,25°C |
| Τρόπος λειτουργίας | Απορρόφηση |
| Εύρος απορρόφησης | 0 έως 2 A |
| Μήκος διαδρομής κυψελίδας | 1,0 cm |
| Χρόνος αντίδρασης | 10 min |
| Όγκος δείγματος | 0,20 mL |
| Όγκος τρυγικού άλατος | 0,025 mL |
| Όγκος αντιδραστηρίου | 3,00 mL |

Εάν απαιτούνται αλλαγές στις παραμέτρους αυτές, βλ. ΣΗΜΕΙΩΣΕΙΣ.

1. Αναρροφήστε με πιπέτα 3,0 mL αντιδραστηρίου σε κάθε κυψελίδα που πρόκειται να χρησιμοποιηθεί. Εάν πρόκειται να προσδιοριστεί ασταθές τρυγικό άλας, μη προστατική απορρόφηση, προσδιορίστε μία κυψελίδα για το αίτημα και μία κυψελίδα για μη προστατική για κάθε δείγμα. Θερμάνετε τις κυψελίδες μέχρι να φτάσουν στην επιθυμητή θερμοκρασία αντίδρασης.

2. Προσθέστε 0,025 mL τρυγικού άλατος στις κυψελίδες για τη μη προστατική ανάλυση. Αναμίξτε.

3. Προσθέστε 0,20 mL δείγματος σε κάθε κυψελίδα και αναμίξτε καλά. Επωάστε σε θερμοκρασία αντίδρασης για περίπου πέντε λεπτά.

69

4. Διαβάστε και καταγράψτε την αρχική απορρόφηση $A_i$.

5. Επωάστε σε θερμοκρασία αντίδρασης για ακόμη πέντε λεπτά ακριβώς.

6. Διαβάστε και καταγράψτε την τελική απορρόφηση $A_f$.

$$\text{Υπολογίστε } \Delta A/\text{min} = \frac{A_f - A_i}{5}$$

ΥΠΟΛΟΓΙΣΜΟΣ

Υπολογίστε τη δραστικότητα ως εξής:

$$ACP\ (U/L) = \frac{\Delta A/min}{Απορροφη\text{-}τικότητα} \times \frac{V_t}{V_s} \times 1000$$

Όπου

$V_t$ = Συνολικός όγκος = 3,225 mL ή 3,20 mL

$V_s$ = Όγκος δείγματος = 0,200 mL

Απορροφητικότητα = Χιλιογραμμομοριακή απορροφητικότητα του χρωμοφόρου στα 405 nm
= 12,9

Για την ανάλυση της συνολικής όξινης φωσφατάσης

$$ACP\ (U/L) = \frac{\Delta A/min}{12,9} \times \frac{3,225}{0,200} \times 1000 = \Delta A/min \times 1250$$

**ΣΗΜΕΙΩΣΗ**

Για την ανάλυση της συνολικής όξινης φωσφατάσης (ACP) (απουσία τρυγικού άλατος). ACP (U/L) = ΔA/min x 1240. Η αλλαγή αυτή είναι μικρότερη από 1%. Επομένως, είναι αποδεκτή η χρήση του ίδιου συντελεστή και για τους δύο υπολογισμούς.

Για τον υπολογισμό της προστατικής όξινης φωσφατάσης (PAP):

PAP = Συνολικό ACP (χωρίς τρυγικό άλας) - Μη προστατικό ACP (τρυγικό άλας)

Ως μονάδα δραστικότητας, ορίζεται η ποσότητα ενζύμου που παράγει ένα μικρογραμμομόριο χρωμοφόρου ανά λεπτό υπό τις συνθήκες της ανάλυσης.

**ΣΗΜΕΙΩΣΕΙΣ**

1. Εάν το φασματοφωτόμετρο που χρησιμοποιείται διαθέτει διαφορετικό όγκο, οι όγκοι αντιδραστηρίου και δείγματος ενδέχεται να μεταβληθούν ανάλογα.

2. Εάν χρησιμοποιείται μια συσκευή εγγραφής για τη συνεχή μέτρηση των αλλαγών απορρόφησης, ο τελικός χρόνος επώασης ενδέχεται να ελαττωθεί.

3. Εάν παρατηρηθεί ασυνήθιστα υψηλό επίπεδο ACP (>38 U/L), το δείγμα θα πρέπει να αραιωθεί με ορό για επαναληπτική ανάλυση (συνιστάται 1:10), ή μπορεί να χρησιμοποιηθεί ένα δείγμα μικρότερου όγκου. Πραγματοποιήστε τις κατάλληλες διορθώσεις στον υπολογισμό.

4. Προς αποφυγή μετατόπισης, το $A_f$ θα πρέπει να καταγράφεται εντός 15 λεπτών από την προσθήκη δείγματος.

5. Θολά αντιδραστήρια ή υπόστρωμα με $A_{405} > 0,20$ A ενδέχεται να έχουν μολυνθεί και θα πρέπει να απορριφθούν.

**ΔΙΑΔΙΚΑΣΙΕΣ ΠΟΙΟΤΙΚΟΥ ΕΛΕΓΧΟΥ**

Σε κάθε σετ αναλύσεων συνιστάται η συμπερίληψη φυσιολογικών και μη μαρτύρων. Οι μάρτυρες που διατίθενται στο εμπόριο είναι κατάλληλοι εάν περιέχουν ACP. Τέτοιοι μάρτυρες θα πρέπει να οξινιστούν με συντηρητικά και να χρησιμοποιηθούν σε αναλύσεις ACP.

Συντελεστές άλλοι εκτός από το αντιδραστήριο που ενδέχεται να επηρεάσουν την απόδοση της εξέτασης αυτής είναι η ορθή λειτουργία του οργάνου, η καθαριότητα των γυάλινων σκευών και κυψελίδων, καθώς και η ακρίβεια αναρρόφησης με πιπέτα.

**ΠΕΡΙΟΡΙΣΜΟΙ ΤΗΣ ΔΙΑΔΙΚΑΣΙΑΣ**

Το οξαλικό και το φθορίδιο είναι γνωστοί αναστολείς της δραστικότητας της όξινης φωσφατάσης.[5] Με τη μέθοδο αυτή, έχει αποδειχθεί ότι η ηπαρίνη και το EDTA δημιουργούν θολότητα. Έχει παρατηρηθεί ότι μερικά δείγματα με ορατό ίκτερο εμφανίζουν χαμηλή ανάκτηση όταν αναλύονται με την ίδια διαδικασία. Οι Young et al,[6] παραθέτουν μια περιεκτική λίστα

71

...πληροφοριών που ίσως γνωρίζουμε που έχουν δημοσιευθεί ότι επηρεάζουν το επίπεδο κυκλοφορίας της όξινης φωσφατάσης και την ανάλυσή της.

**ΑΝΑΜΕΝΟΜΕΝΕΣ ΤΙΜΕΣ**

|  | Συνολικό ACP | PAP |
|---|---|---|
| 30°C |  |  |
| Άνδρες | ≤ 4,2 U/L | ≤ 0,8 U/L |
| Άνδρες και Γυναίκες | ≤ 4,0 U/L | ≤ 0,8 U/L |
| 37°C |  |  |
| Άνδρες | ≤ 5,4 U/L | ≤ 1,2 U/L |
| Άνδρες και Γυναίκες | ≤ 5,0 U/L | ≤ 1,2 U/L |

Όπως με όλες τις αναλύσεις, κάθε εργαστήριο θα πρέπει να καθορίσει τις δικές του αναμενόμενες τιμές. Οι τιμές αυτές προκύπτουν από 46 άνδρες και 25 γυναίκες δότες.

**ΑΠΟΔΟΣΗ**

**Ακρίβεια**

Η ακρίβεια από τη μία ημέρα στην άλλη των αναλύσεων δεξαμενής ορού σε μια περίοδο δέκα ημερών βρέθηκε ότι είναι 26,0 ±1,4 U/L.

**Δυναμικό εύρος**

Όταν χρησιμοποιείται στην παραπάνω χειροκίνητη διαδικασία, το αντιδραστήριο αυτό παρέχει αποτελέσματα που είναι γραμμικά για 38 U/L. Τα πρωτόκολλα για αυτοματοποιημένα όργανα ενδέχεται να παρουσιάζουν διαφορές στους όγκους υποστρώματος και αντιδραστηρίου που πιθανόν να επηρεάζουν το δυναμικό εύρος. Συμβουλευθείτε το αντίστοιχο φύλλο δεδομένων εφαρμογής.

Ακρίβεια

Τα αποτελέσματα που ελήφθησαν με αντιδραστήριο Dri-STAT ACP στην ανάλυση φυσιολογικών και μη φυσιολογικών δειγμάτων έδειξαν συντελεστή συσχέτισης (r) > 0,96 σε σύγκριση με την τροποποίηση της μεθόδου των Bessey et al.[7,8]

73

### 使用目的

Dri-STAT ACP 試薬は、血清中の酸フォスファターゼの**生体外**測定に使用します。

### 概要および解説

α-ナフチルリン酸が、前立腺同位酵素である酸フォスファターゼの非常に特異的な基質であることが最初に報告され、[1] その後の研究で、この基質が白血球の酸フォスファターゼによってもすぐ加水分解されることが明らかになりました。[2] そのため、L-酒石酸塩がこの前立腺同位酵素の特異的な阻害剤として用いられてきました。[3] Dri-STAT ACP 試薬は Hillmann の方法に基づいており、至適温度は比較的高くなっています。

### 臨床的意義

酸フォスファターゼは骨、赤血球、血小板などさまざまな組織のほか、Gaucher 病に典型的な細胞でも産生されます。 この酵素は、前立腺癌が疑われる場合に最もよく測定されます。 酸フォスファターゼは前立腺上皮に存在します。通常、血液中に放出されることはありません。 良性の前立腺肥大では血中の酸フォスファターゼは上昇しませんが、癌では上昇します。

### 測定原理

ACP 測定法に用いられている反応シーケンスは以下の通りです。

$$\alpha - \text{ナフチルリン酸} + H_2O \xrightarrow{\text{ACP}} \alpha - \text{ナフトール} + \text{リン酸}$$

$$\alpha - \text{ナフトール} + \text{ファスト 赤 TR} \longrightarrow \text{発色団}$$

酸フォスファターゼが α-ナフチルリン酸を α-ナフトールに分解し、α-ナフトールは直ちにファスト赤 TR（ジアゾ化された 2-アミノ -5- クロロトルエン）と反応して発色色素となります。発色色素が形成されると 405 nm での吸光度が上昇し、この

変化は検体中のACP濃度と比例します。この前立腺同位酵素阻害
酸を加えた反応液と加えない反応液を測定し、反応液間の活性
の差はこの前立腺同位酵素の量を反映します。

### 試薬

| 反応に関与する成分 | おおよその<br>濃度<br>（製剤として） |
| --- | --- |
| 試薬 | |
| α-ナフチルリン酸 | 3 mmol/L |
| ファスト赤 TR | 1 mmol/L |
| | |
| 酒石酸 | |
| L-酒石酸 | 2 mol/L |
| 酢酸バッファ、pH 5.0 | 5 mol/L |

試薬、... 酸バッファ、... (pH 5.0、5.0) です。この測定
では、Dri-STAT ACP 試薬の他に、405 nm での吸光度を正確に測
定できる吸光計器、30 ℃または 37 ℃のインキュベーション用
恒温装置、1.0 cm 行路長のキュベット、試薬調製用ピペット、
試薬分注用ピペット、検体添加用ピペットが必要です。

### 調製方法

ここに示すのは、以下の手動による手順で使用する試薬の準備
方法です。 専用自動測定装置用のアプリケーション データ
シートには、異なる手順が示されています。

調製するとき、バイアルのラベルに記載されているように、蒸
留水を慎重に加えなければなりません。溶解させるため、L-酒
石酸が入ったバイアルを45℃～55℃に暖めることができます。
酢酸バッファは液体で提供されているため、調製は不要です。

75

## 安定性と保存方法

未開封の構成品は、2℃ ～8℃ で保存した場合、ラベルに記載された有効期限まで安定です。試液溶液は、遮光して保存した場合、室温で 48 時間、2℃ ～8℃ で 1 週間安定です。調製した酒石酸溶液とバッファは、2℃ ～8℃ で保存し細菌の汚染がない場合、恒久的に安定です。

## 検体の取り扱い

本測定用の検体採取に際し、患者に特別な準備は必要ありません。

血清検体が分析に最適です。血漿は使用できません。赤血球のフォスファターゼによる基質の反応は少ないのですが、溶血した検体はできる限り避けてください。赤血球のフォスファターゼは酒石酸によってほとんど阻害されないため、本測定法による前立腺分画の測定値に大きく影響することはありません。[4] 高脂血症検体も分析可能です。

酸ホスファターゼは活性状態で、室温の血清中で、栓を開けたままの容器では非常に不安定です。 検体を直ちに酸性にすると、酵素活性は安定します。酢酸バッファ 20μL を検体 1 mL に加えると pH は低くなり、活性は 2℃ ～8℃ で 5 日間安定です。検体は凍結すると長期保存が可能です。

## 手順

以下に、手動で装置を操作する場合の手順を示します。試薬を任意の自動測定装置で使用する場合の特別な取り扱い方法については、当社にご請求ください。

**システム パラメータ**

| | |
|---|---|
| 波長 | 405 nm |
| インキュベーション温度 | 30 ℃ または 37 ℃ ± 0.25 ℃ |
| モード | 吸光度 |
| 吸光度範囲 | 0 ～ 2 A |
| キュベット行路長 | 1.0 cm |
| 反応時間 | 10 分 |
| 検体量 | 0.20 mL |
| 酒石酸量 | 0.025 mL |
| 試薬量 | 3.00 mL |

これらのパラメータを変更したい場合は、注記をご覧ください。

1. 試薬をピペットで吸って、使用するキュベットに 3.0 mL ずつ注入します。 酒石酸が安定していない場合、前立腺以外のフォスファターゼを測定しなければなりません。 各検体に「全」とラベルした1本、前立腺以外とラベルしたキュベット1本を用意します。 適切な反応温度までキュベットを暖めます。
2. 前立腺以外の測定には、キュベットに 0.025 mL の酒石酸を加えます。撹拌します。
3. 各キュベットに検体 0.20 mL を加えて、十分に撹拌します。反応温度で約 5 分間インキュベートします。
4. 最初の吸光度 $A_i$ を読んで記録します。
5. 反応温度で正確に 5 分間さらにインキュベートします。
6. 最終の吸光度 $A_f$ を読んで記録します。以下の値を求めます。

$$\Delta A/min \ = \ \frac{A_f - A_i}{5}$$

77

**計算**

以下のように計算します。

$$\text{ACP (U/L)} = \frac{\Delta A/min}{\text{吸光度}} \times \frac{V_t}{V_s} \times 1000$$

ここで

$V_t$ = 総量 = 3.225 mL または 3.20 mL

$V_s$ = 検体量 = 0.200 mL

吸光度 = 405 nm での色素の吸光度（mmol）
       = 12.9

酒石酸阻害法

$$\text{ACP (U/L)} = \frac{\Delta A/min}{12.9} \times \frac{3.225}{0.200} \times 1000 = \Delta A/min \times 1250$$

総 ACP 測定（酒石酸なし）の場合。ACP (U/L) = $\Delta A/min$ x 1240
この変化は 1%以下です。したがって、両方の計算に同じ係数を使用することができます。

前立腺酸フォスファターゼ（PAP）の計算：

PAP = 総 ACP（酒石酸なし） − 非前立腺 ACP（酒石酸あり）

活性の 1 単位とは、ある測定条件下で 1 分間に 1 mMol の色素を生成する酵素の量と定義されます。

**注記**

1. 使用している吸光度計が別の容量を必要とする場合は、試薬と検体の量を同じ割合で変更してください。
2. 吸光度の変化を持続的に測定するのに記録装置を使用する場合、最終インキュベーション時間を短くすることができます。

3. 異常に高い ACP 値、... を検出した場合、検体は生理食塩水で希釈（1:10 を推奨）して再測定しなければなりません。検体量を減らして測定することも可能です。 計算では適切な補正をします。
4. ドリフトを避けるために、$A_f$ は検体を加えてから 15 分以内に記録する必要があります。
5. 混濁した試薬や $A_{405} > 0.20$ A の基質は、汚染されているため廃棄してください。

**精度管理手順**
各測定セット毎に、正常と異常のコントロールを一緒に測定することをお勧めします。市販されているコントロールは、ACP を含んでいる場合に適しています。 そのようなコントロールは、ACP 測定に使用するために保存剤で酸性化して保存します。

この試験の性能に及ぼす試薬以外の要素には、装置機能の適切さ、ガラス製品やキュベットの清潔さ、ピペット吸引量の正確さなどがあります。

**注意事項**
シュウ酸とフッ化物は、酸フォスファターゼ活性の指標となることが知られています。[5] この方法では、ヘパリンや EDTA が混濁を招くことが分かっています。肉眼で分かる黄疸患者の検体をこの方法で測定すると、測定値が低くなることが観察されています。Young et al[6] は、循環血液中の酸フォスファターゼやこの測定法に影響することが知られている薬物やその他の基質の包括的なリストを提示しています。

### 期待値

|  | 総 ACP | PAP |
|---|---|---|
| 30 ℃ |  |  |
| 男性 | ≦ 4.2 U/L | ≦ 0.8 U/L |
| 男性および女性 | ≦ 4.0 U/L | ≦ 0.8 U/L |
| 37 ℃ |  |  |
| 男性 | ≦ 5.4 U/L | ≦ 1.2 U/L |
| 男性および女性 | ≦ 5.0 U/L | ≦ 1.2 U/L |

どの測定法でも同じですが、各検査室は独自の期待値を求める必要があります。 これらは、男性 46 名と女性 25 名の検体提供者から得られた値です。

### 性能
#### 再現性
プールした血清検体を10日間に渡って毎日測定したときの再現性は、26.0 ± 1.4 U/L であることが分かりました。

### 動的範囲
上記の手動による手順を使用した場合、本試薬は 38 U/L まで直線となる結果を示しました。自動装置のためのプロトコールは、動的範囲に影響する基質と試薬の容量の違いを明らかにします。適切なアプリケーション データ シートを参照してください。

### 精度
正常と異常の検体を、Dri-STAT ACP 試薬で測定して得られた結果を Bessey et al.[7,8] の方法の変法と比較した場合、相関係数 (r) ＞ は 0.96 でした。

REFERENCES

1. Babson, A. L., P. A. Read, and G. E. Phillips, *Am. J. Clin. Pathol. 32*:83 (1959).
2. Amador, E., J. W. Price, and G. Marshall, *Am. Clin. Pathol. 51*:202 (1969).
3. Hillmann, G., *Z. Klin. Chem. Klin. Biochem. 9*:273 (1971).
4. Roy, A. V., M. E. Brower, and J. E. Hayden, *Clin. Chem. 17*:1093 (1971).
5. Demetriou, J. A., P. A. Drewes, and J. B. Gin (Henry, R. J., D. C. Cannon, and J. W. Winkelman, Editors) *Clinical Chemistry: Principles and Technics*, p. 934, Harper and Row, Hagerstown, MD 9999(1974).
6. Young, D. S., L. C. Pestaner, and V. Gibberman, *Clin. Chem. 21*:5 (1975).
7. Bessey, O. A., H. Lowry, and M. J. Brock, *J. Biol. Chem. 159*:399 (1945).
8. Berger, L. and G. G. Rudolph, *Standard Methods in Clinical Chemistry V*:211-221, Academic Press, NY (1965).

Beckman Coulter Ireland Inc.
Mervue Business Park,
Mervue, Galway, Ireland (353 91 774068)

BECKMAN COULTER DO BRAZIL LTDA,
Estrada do Mapuá, 591
Taquara-Jacarepaguá CEP • 22710-261-Rio de Janeiro-RJ Brasil
CNPJ 42.160.812/0001--44
輸入販売元
ベックマン・コールター株式会社
〒 105-0001 東京都港区虎ノ門 3-5-1



Beckman Instruments, Inc., Fullerton, California 92835
December 2003              245473              Printed in U.S.A.