# Garry F. Peterson, M.D., J.D.

# Minneapolis, MN 55406

October 9, 2011

Joseph Margulies, Clinical Professor of Law
Bluhm Legal Clinic
Roderick MacArthur Justice Center
Northwestern University School of Law

Chicago, IL 60611-3069

Dear Professor Margulies:

I am writing in response to the questions you have asked as part of your efforts for post-conviction relief in the case of *U.S. v. Alfonso Rodriguez.*

I have had a very limited prior involvement with the case. In 2005, I was contacted by Robert Hoy who was then representing Mr. Rodriguez. He asked me to review some materials that included photographs and the autopsy report of Dru Sjodin. I did not retain any of the materials that I was provided. My records indicate that I met with Mr. Hoy on April 15, 2005. He did not ask me to provide him with a written report and my only written correspondence to him addressed only the limited funding that was available to him for consultation, and my request that he seek additional funding if he needed any further services from me.

Because my involvement was so brief and so long ago, I do not have any specific recollections of the consultation. Had I been provided then, the same materials I have been provided now, I am confident that my opinions about those case materials would have been essentially the same then as they are today.

Your letter of September 19, 2011 included the following:
1. The written reports of Drs. Arden, Flomenbaum, and Ferenc
2. A disc marked "McGee Materials" containing:
    a. Autopsy Photos
    b. Crime Scene Photos
    c. The Autopsy Report
    d. Dr. McGee's Deposition
    e. Dr. McGee's Testimony
    f. The Provisional Autopsy Report
    g. A U.S. Government Filing tagged "McGee EXHIBIT 5"

After reviewing these materials, I am in general agreement with the opinions given in the reports of Drs. Arden, Flomenbaum, and Ferenc. Dr. Arden's report very excellently

outlines the contents of the reports and photographs and discusses his interpretation of the case findings and Dr. McGee's conclusions. I too believe that all of the defects or disruptions on the body can be attributed to postmortem deterioration and animal, insect, and microbial activity. I do not believe that sharp force or other injuries at these sites can be completely excluded, but postmortem depredation and extensive tissue loss would make the existence of any such injuries no more than speculation.

I agree with Drs. Arden, Flomenbaum, and Ferenc that the manner of death in this case is homicide, and that asphyxiation by the neck ligature is the most likely cause of death.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 9, 2011

Garry F. Peterson, M.D.

# CURRICULUM VITAE

**Name:**                    GARRY FREEMAN PETERSON

**Address:**

                              Minneapolis, MN 55406

**Date of Birth:**

Occupation:

**1984 to June, 2004**        Chief Hennepin County Medical Examiner

1979 to 1984:                 Assistant Hennepin County Medical Examiner

1973 to 1979:                 Deputy Hennepin County Medical Examiner

Duties have encompassed all phases of large urban office medical examiner's or coroner's work including scene investigation and autopsy examination, plus certification of cause and manner of death in many natural, all suspicious, and all violent deaths.

Further responsibilities have included oversight of collection, preservation, testing, and interpretation of specimens obtained in evaluation of all sexual assault cases presented to Hennepin County Medical Center.

Professional duties and activities have led to innumerable appearances in criminal and civil court cases in State and Federal Courts in Minnesota as well as most other states of the Midwestern United States.

1979 to 2004        Associate Pathologist, Hennepin County Medical Center

1979 to 2004        Assistant Professor, University of Minnesota, Department of
                     Laboratory Medicine and Pathology

Other Positions:

1976 to 1978:   Chief Pathologist, Mounds Park Hospital, Saint Paul, Minnesota

1976 to 1978:   Associate Pathologist, Midway Hospital, Saint Paul, Minnesota

1976 to 1978:   Attending Pathologist, Saint Paul-Ramsey Hospital, Saint Paul, Minnesota

1975 to 1976:   Pathologist, Saint Paul-Ramsey Hospital, Saint Paul, Minnesota

1971 to 1978:   Forensic Pathology Consultant, Scott County, Minnesota

1971 to 1978:   Forensic Pathology Consultant, Carver County, Minnesota

1971 to 1973:   Deputy Ramsey County Coroner, Saint Paul, Minnesota

GARRY FREEMAN PETERSON
Page Two

## Medical Education:

Medical School: 1965 to 1969, University of Minnesota Medical School
Minneapolis, Minnesota
Degrees:  B.S., 1967; M.D., 1969

Internship:  1969 to 1970, Saint Paul-Ramsey Hospital
Saint Paul, Minnesota (now Regina Hospital)

Residency:  Anatomic and Clinical Pathology: 1970 to 1973
Saint Paul-Ramsey Hospital
Saint Paul, Minnesota

Residency:  Forensic Pathology: 1973 to 1974
Hennepin County Medical Examiner's Office
Minneapolis, Minnesota

Residency:  Anatomic and Clinical Pathology:  1974 to 1975
Hennepin County Medical Center
 (formerly Hennepin County General Hospital)
Minneapolis, Minnesota

## Post-Graduate Education:

Law School:  1975 to 1979, William Mitchell College of Law
Saint Paul, Minnesota
Degrees:  J.D. (cum laude), 1979

## Preliminary Education:

1947 to 1960:  Minneapolis Public Schools; 1960 graduate of Minneapolis Edison
High School

1960 to 1961:  Hamline University, Saint Paul,  Minnesota

1962 to 1964:  University of Minnesota, Minneapolis, Minnesota
Major:  (Classical) Greek
Minors:  Chemistry and Mathematics

<u>Professional Organizations</u>:

(Twice) Past President and member of Board of Directors, Minnesota Coroners' and Medical Examiners' Association

Fellow, American Academy of Forensic Sciences

Member, Chair of Board of Directors and Past President and retired Chair of Committee on Inspection and Accreditation, National Association of Medical Examiners

Member, Hennepin County Medical Society

Member, Question Committee for Forensic Pathology, American Board of Pathology, 1986 to 1991

Member, Minnesota State Medical Association

Member, American Medical Association

<u>Experience</u>:

In the course of training and employment, has performed or supervised the performance of thousands of autopsies.

Has testified in hundreds of criminal cases at the grand jury and district court level in homicide, sexual assault, and physical assault matters. Has testified in approximately 80% of cases for the prosecution and in the remainder of cases, for the defense.

<u>Areas of Special Interest and Concern</u>:

Interpretation of laboratory evidence in cases of sexual assault

Absorption, elimination, and physiologic and pharmacologic effects of ethyl alcohol

Paleopathology

Forensic Anthropology

Medical Jurisprudence

Data Privacy (Data on Deceased Persons)

GARRY FREEMAN PETERSON
Page Four

Board Certification:

Forensic Pathology:   American Board of Pathology, 1976

Anatomic Pathology:  American Board of Pathology, 1978

Clinical Pathology:    American Board of Pathology, 1978

Licenses:

Medicine:  Minnesota, 1970 to present; Wisconsin 1975 to present

Law:      Minnesota, 1979 to  2007 (Currently, Retired Status)

Awards, Honors, and Special Publications:

President, National Association of Medical Examiners, 2000

Chairman, Board of Directors, National Association of Medical Examiners, 2001

Chairman, Committee on Inspection and Accreditation, National Association of Medical Examiners, 1997-99; 2001- 2004

Executive Committee, National Association of Medical Examiners, 1998-2001

Board of Directors, National Association of Medical Examiners, 1984-90; 1995-1998

President, Minnesota Coroners' and Medical Examiners' Association; 1976-77 ; 1980-81 ; and 2001-2002

Regional Coordinator, National Association of Medical Examiners, 1981 to 2004

Chairperson, Minnesota Program for Victims of Sexual Assault, 1975-76
Author of scientific sections in the Program's Manual, 1976

Speaker on "Special Problems in Pathology Practice" at Fall Meeting of The College of American Pathologists, 1982, 1983, and 1984

Faculty member, American Society of Clinical Pathologists,  "Current topics in Forensic Pathology," 1999 and 2001

Chairperson, Program Committee, Minnesota Coroners' and Medical Examiners' Association, 1975 to 1996