# MARK FLOMENBAUM, MD, PHD
## Forensic Pathology Consultation

Lincoln, MA  01773-3808

September 14, 2011

Professor Joseph Margulies
Roderick MacArthur Justice Center
Northwestern University School of Law

Chicago, IL  60611-3069

Re:     **United States v. Alfonso Rodriguez,**
**Post-Conviction Proceedings**

Dear Professor Margulies:

I received your letter dated August 13, 2011 concerning the conviction of Mr. Alfonso Rodriguez for the death of Ms. Dru Kathrina Sjodin and your involvement in the matter. You asked me specifically to opine on the nature and source of damage to the neck and throat regions of the victim's body which had been discovered in a Northern Minnesota field after a post-mortem interval of approximately five months spanning winter and spring; and to comment on the interpretations and opinions of the Government's expert Dr. Michael McGee, who performed the autopsy and testified that the injuries were due to slash wounds produced by a sharp object that was consistent with a particular knife shown to him by the police.  You also asked whether I would comment on whether Dr. McGee's testimony was appropriate for his interpretations of the injuries.

To these ends you supplied me with a compact disc containing the following items:
1. Autopsy photographs (164)
2. Crime scene photographs (120)
3. Dr. McGee's Provisional Autopsy Report (2 pages)
4. Dr. McGee's Final Autopsy Report (13 pages)
5. Filing by the U.S. Government (7 pages)
6. A transcript of Dr. McGee's Deposition (176 pages)
7. A transcript of Dr. McGee's Trial Testimony – culpability phase (106 pages)
8. A transcript of Dr. McGee's Trial Testimony – punishment phase (25 pages)

Additional item sent at a later date was the
9. Crime scene written reports and associated interviews (49 pages)

I feel qualified to render opinions in this matter and my complete *curriculum vitae* is either attached or available. Some of the relevant highlights are: sixteen years' experience as a Medical Examiner including five years as the First Deputy Chief of the New York City Office and two years as the Chief Medical Examiner of Massachusetts;  I have certified the Cause and Manner of Death in over 6,000 cases; have written,

lectured and taught extensively in wound interpretation and post-mortem changes (to physicians, law enforcement, attorneys and judges); am certified in Anatomic and Forensic Pathology by the American Board of Pathology and have served on the examination committee for six years writing questions for the certification of Forensic Pathologists; and currently serve as chair of the committee for Maintenance of Certification for the National Association of Medical Examiners.

## DESCRIPTION of BODY

The body was that of normally developed 22 year old White female, 5-ft/4-in, and 138 pounds who was discovered face- and torso-down in a grassy field in north-west Minnesota on April 17, 2004 assumed to have been there since about late November, 2003.  The body was partially covered with dried vegetation.  It was clad in a black P-coat that was pulled partially down the back, a red sweater with a tear anteriorly, a pink tank-top, and a bra. The body was naked from .the waist down, with the exception of an ankle-high sock partially on the left foot.  Jewelry included a ring on the left middle finger and a navel stud.  Near the body was a shoe and cell phone.

A ligature was around neck with fragments of thin plastic between the ligature and skin that the police described as having the appearance of a brown and red plastic bag trapped between the cord and neck.  Both arms were behind her back, tied together at the wrists with material comparable to the ligature around the neck.

The overall condition of the body was moderate to advanced decomposition with partial putrefaction, partial mummification, animal feeding (anthropophagy), and maggot infestation.

The defects of the skin and soft tissues are detailed in the autopsy report as:

Head:
    – scalp tissue loss at the left involving the temporal, parietal, and frontal regions with exposed bones;
    – forehead tissue loss at left lateral and anterior regions;
    – facial tissue loss on left and anterior with exposed skeletal elements;
    – left eye and surrounding soft tissue gone, with exposed bone;
    – right eye and peri-orbital tissue decomposed;
    – ears with decomposition and right auricle with tissue loss;
    – nasal region with almost complete loss of soft tissue

Neck:
    – tissue loss from the lower margin of the mandible across the anterior aspect of the neck (13.0 cm) with distinct margins and notching;
    – near complete loss of soft tissue in the internal neck region associated with postmortem anthropophagy, extending and including from below the chin, floor of

the mouth, tongue, and internal neck organs;
– exposed portions of the cervical vertebrae are stained "dark red to burgundy"

Torso:
– right flank with an elliptical skin defect (5.0 cm x 1.5 cm) with irregular margins;
– lower abdomen with skin defect (3.5 x 1.5 cm) with well-formed irregular margins;
– suprapubic region skin defect (11.5 x 11.0 cm) extending laterally to involve inguinal regions and distally to involve upper aspect of external genitalia, with distinct and irregular margins;
– right buttock with a triangular defect (10.0 x 7.0 x 5.0) with irregular margins

Extremities.
– right thigh, medially, with skin defect (14.0 x 2.5 cm) with distinct and irregular margins;
– right ankle, medial aspect, (5.0 x 2.5 cm) with distinct and irregular margins;
– left knee (5.0 x 3.0) with distinct and irregular margins;

## DISCUSSION

To properly interpret the origins of defects to this body and to distinguish traumatic or pre-mortem lesions from post-mortem changes and artifacts a brief review of some topics will be presented, with emphasis mostly on the details that are specifically relevant to this case. Necessary points of discussion will include ligature strangulation, injuries caused by sharp objects, and post-mortem decomposition including putrefactive changes and animal feeding. After these topics are reviewed the body will be revisited specifically to interpret whether the autopsy findings are real lesions (pre-mortem) or artifacts of postmortem changes.

**Ligature strangulation**
is defined as the application of an object other than hands (manual) around the neck with sufficient force exerted to lead to death (excluded, is the force of gravity which defines a hanging). The usual mechanism of death is obstruction of the blood vessels in the neck that enable circulation to the brain. Moderate force will obstruct only the veins, which will block circulation by preventing return of blood to the heart; this will still allow arterial blood pressure to increase in the head and neck creating a dark red appearance and bulging in the delicate soft tissues. More extensive pressure will obstruct not only the veins but the arteries also, certainly blocking circulation as well, but now leaving the head and neck with relatively normal vascular pressure and little discoloration or swelling.

A common finding at autopsy is a deep furrow of dry stiff skin under the ligature (because the local pressure squeezes blood out of the vessels as it compresses the tissue). Other findings, such as bleeding from small blood vessels or

damage and bleeding in the internal structures, may or may not be present. The pathognomonic finding for a ligature strangulation is the presence of a ligature around a neck whose circumference is smaller than the circumference of the neck. It is imperative, therefore at autopsy that the circumference of the ligature be measured carefully and that the skin furrow be carefully measured and described.

### Injuries caused by sharp objects

can be classified in either of two categories: stab wounds and cut wounds. By definition a stab wound is an injury produced by a sharp object that is deeper into the body than it is long on the surface. The definition of a cut wound (also referred to as an incised wound, or sometimes referred to as a slash wound if produced by a long sweeping motion) is an injury produced by a sharp object that is longer on the surface of the body than it is deep. Stab wounds may have features that reveal some of the answers to questions about what type of weapon was used; for example: is it a scissors or a knife or an ice–pick?, or what is the maximum width of the blade?, or is it a single- or double- edged instrument, etc. Cut wounds almost never offer any indication of the weapon used; therefore almost any knife, box-cutter, broken bottle, or other sharp object could be consistent with causing almost any type of cut injury.

Sharp injuries have well delineated and distinct edges on their sides.

Sharp injuries usually have a depth measurable by the visible location of where the leading tip of the weapon completed its penetration (the track).

Sharp injuries, especially if deeper than just through the outer skin, will almost certainly cause bleeding either internally, externally, or both.

Sharp injuries to body regions that are covered by clothing will have "sharp injuries" to the overlying clothing in corresponding locations. Typically, blood will also appear on the clothing near or overlying the bleeding injury.

Sharp injuries will usually cause gaping defects. The elastic properties of the skin are such that cuts made parallel to the elastic fibers ("Lines of Langer", *see next paragraph*) will have minimal gaping, and those that cut across those fibers will have their edges pulled apart (and gape) by the retraction of the opposing elastic forces at the boarders.

> *"Lines of Langer" are cleavage lines of the skin that correspond to the natural creases of the body surface. They are created by the linear orientation of elastic and collagen fibers in the dermal layer of the skin and usually correspond in orientation to the direction of the muscle fibers deep to them. This essentially imparts to skin a physiologic "grain pattern", in some ways similar to the grain direction of wood. If unsupported wood*

*splits, it does so in its weakest orientation which is parallel to the grain. If skin splits by blunt force or ruptures from excessive tension or pressure, it does so parallel to the Lines of Langer. The body map for these lines is well established and used by surgeons to minimize scarring in elective procedures; they are also useful at the autopsy table to help determine natural cleavage planes from traumatic disruptions (among other things).*

## Post-mortem changes

encompass all of the physical, chemical, and biological changes that a body goes through after life functions have ceased. The changes are markedly dependent on the nature and conditions of the body and especially on the nature and conditions of the environment. (*Cadaveric and environmental situations not relevant to this case will not be discussed here.*)

When circulation (and life) stops the body ceases to maintain its internal homeostasis and is no longer able to protect itself against the natural forces that tend to break down all things to their simplest forms. The components of cells (lysosomes) that contain destructive (proteolytic) enzymes to defend against bacteria will no longer be contained, will leak, and will start digesting the very cells that produced them. Bacteria that would normally be contained in the intestines are also now free to propagate throughout the body. Fluids within the body leak out of their normal containment structures and combine with the broken down tissue elements, the liquefying fat, and the bacteria to form a putrefactive fluid that is an ideal growth medium for gas-forming bacteria and is an attractant for flesh-eating insects and animals. This fluid is often blood-colored due to the release of the red pigments from broken down blood cells and will purge from the body through any available orifice or skin defect. Its appearance is often confused for pre-mortem bleeding (hemorrhage).

Depending on the environmental conditions the process of decomposition can go in several directions. Cold temperatures tend to retard almost all chemical and biological reactions, so a winter environment may be similar in some ways to a morgue refrigerator in delaying the progression of these processes. Evaporation is not one of those processes typically delayed too much by cold temperature; we can see in this case where one hand (the left) was exposed to the elements and essentially dried up (mummified) before the moisture-dependent decomposition processes were able to proceed as it did in the other less exposed (right) hand. The types of insects and anthropophagous creatures that potentially might become part of the decomposition process are obviously dependent on which ones are present in the local environment and when they become active after their winter hiatus.

The condition of the cadaver can also significantly alter the rate and direction of decomposition. Open wounds are usually bloody and will almost always expose internal moister surfaces to external predators. The blood and exposed organs frequently become the focus of more intense anthropophagous activity.

Similarly, normally moist areas of the body such as eyes and other partially exposed mucous membranes, or areas where gravity-dependent pooling of fluids occur, will often demonstrate accelerated changes.

When the body bloats from gas or has other pressure exerted on it beyond its capacity to contain the skin will split open.  The directions taken by these skin splits will almost always be in the paths of least resistance and will split parallel to the Lines of Langer (discussed above at end of section labeled "Injuries caused by sharp objects").

Besides the absence of tissue and organs in the neck, the animal activity most visible in the photographs from this case is the outline of the teeth made by gnawing.  It is the shallow scalloping of tissue edges that border on open-area defects in the body.  Gnawing is also very prominent on the remnant of the right ear and especially on the edges of the thin plastic between the ligature and neck. The types of animal responsible for this gnawing are the local rodents who are endemic to that specific area.  Larger carnivores have not made their presence in this case.

Post-mortem feeding by animals is devoid of hemorrhage or other vital reaction.


**INTERPRETATION of FINDINGS (pre-mortem lesions and post-mortem artifacts)**

Essentially, the salient topics of discussion in this case are the ligature around the neck and the interpretation of the skin defects, which are
1   complete skin and soft tissue loss with skeletonization of entire left side of head including scalp, face and side of neck;
2   loss of skin and soft tissues of anterior neck with extensive loss of underlying internal organs;
3   isolated linear defects of skin at the right flank, right ankle, and left knee;
4   and wide skin defects at the lower abdomen/pubic/inguinal region and at the right buttock.

Ligature:

The ligature around the neck was the most significant finding at autopsy.  Unfortunately, many of the details are not provided.  There is no description or measurement of the ligature skin furrow in the autopsy report, although it is clearly evident in many of the photographs.  Most importantly, the circumference of the ligature was never measured. Several photographs of the re-approximated removed ligature indicate a rough circle near (but not next to) a linear scale.  My best estimate for trying to make the measurement off these pictures is that the circumference of the ligature was about 28 cm, or about 11 inches, likely to have been very tight around her neck, forming a deep and tightly adherent furrow.  The discoloration of soft tissue described on the anterior aspect of the cervical vertebrae is consistent with ligature strangulation.

Skin defects:

Dr. McGee's autopsy report describes the skin defects of the scalp, face and part of the neck as due to postmortem artifact.  I agree; I see no reason to dwell further on these.

The remaining skin defects, those to the front of the neck, torso, and lower extremity are described in the autopsy report in the section labeled "Injuries"; some are even included as part of the diagnosis of "Homicidal violence"; and the neck injury is described as being due to a sharp object ("slash").

➢ The "injury" described on the right flank is illustrated in photos 0872 ,0888, and 1183.  It is an elongated defect in the skin, without sharp edges, without indication of ever having bled, and oriented almost perfectly to Langer's line.  The gently downward sloping of these natural dermal cleavage lines are parallel to the edges of the defect and quite apparent in the intact skin surrounding it.  The tank-top, sweater, and jacket which may have overlain this site have neither perforations nor blood-staining anywhere that may have corresponded with a pre-mortem process.

➢ The "injury" described to the outer aspect of the left knee is best illustrated in photos 1135 and 1136.  The upper edge of the defect in picture 1136 (anatomically posterior) is seen to parallel the creases in the adjacent skin.  The right edge of the defect (anatomically inferior), especially when slightly enlarged, clearly displays gnawing activity which can be seen to continue around the lower (anterior) and left (superior) aspects.  It too is bloodless.

➢ The "injury" to the right ankle is visible in photos 1130 and 1131, but they are not of sufficient size or quality to enable comment.  The text of the autopsy report does describe it as having irregular margins, which may be indicative of animal feeding.

➢ The "injuries" to the "ventral abdominal wall", "external genitalia" and inguinal area of the "right thigh" are best described together and depicted in photographs 0884, 1169, 0873, 0874, and especially 0875.  The smallest defect (ventral abdominal wall) is oriented almost perfectly horizontal, almost perfectly parallel to the upper margin of the larger triangular defect (external genitalia), and almost perfectly in line with the cleavage pattern of Langer's lines.  The margins of the larger triangular defect follow the cleavage pattern of Langer's lines.  The orientation and margins of the thigh defect, especially at the inguinal region similarly follow the natural cleavage patterns of Langer's lines.  In all three of these defects notching of the margins are indicative of animal feeding and there is no indication of pre-mortem bleeding.  More importantly, all three of these skin defects offer clear views of wide expanses of the underlying dermis, and there is not a single indication anywhere of a cutting injury or any type of trauma.

> The "injury" to the "right buttock region" is depicted in autopsy photos 0851 and 0852. The upper and lower margins are horizontal and parallel to the general direction of Langer's lines and are described in the report as irregular. Even more obvious than the orientation of the upper margin to the natural cleavage lines of the buttock skin folds, is the location of this defect "geographically" in terms of the undisputed post-mortem artifacts. Autopsy photograph 0851 shows the buttock skin defect in context with the entire back. There is large area of pallor extending from mid back to lower buttock on the right and mid-buttock on the left. The upper border of this pallor is sharply demarcated (almost perfectly linearly, see photo 850) from the darker skin above. Significantly, this line of demarcation crosses the torso and extends to the right upper extremity near the elbow. The darker vs. lighter skin represents differences in post-mortem changes similar to what was described above in the differences between the left and right hands (drying environment vs. moist environment). Here the difference is due to the position of the clothing on the body, especially the outer jacket (see autopsy description of clothing and especially police photographs of the scene 0913-0918). The upper margin of the right buttock "injury" follows exactly the border of where the edge of the clothing caused a linear demarcation between two types of post-mortem decomposition.

> The last skin defect, in the front of the neck, demonstrated in photos 0855 through 0868, is essentially a thin strip or band of skin with two long linear edges extending from near-midline towards the left ear. This strip is what is referred to as indication of a cutting injury or slash wound across the neck, and might even, at certain times, resemble that, somewhat. But these photos were taken after the body was cleaned and the clothing and ligatures were removed. Photos 1165 and especially 0835, taken before those articles were removed, do not demonstrate that narrow strip of skin. What is visible in its place is the ligature. That band of skin with straight parallel boarders is the ligature furrow, originally tightly adherent to the underside of the ligature (as in the "pre-cleaned" photos) and becoming visible only after the ligature has been removed.

> Because of its tight adherence to the overlying ligature the dried straight edges of the skin furrow make very linear borders to the defect and are not accessible to anthropophagy. That is why this long strip of intact skin paradoxically appears to span the center of the large skin defect while there is widespread anthropophagous exenteration of the anterior neck structures. All other margins either respect the natural anatomical boundaries (such as bone) or indicate the rodent-like gnawing.

## DR. M<sup>C</sup>GEE'S TESTIMONY

As indicated above, I reviewed the filing by the U.S. Government, Dr. McGee's deposition, and his trial testimonies. Clearly he believes that a sharp instrument caused

many of the injuries. I have stated my reasons for why I believe his autopsy observations were misinterpreted and that I do not believe a sharp instrument was used at all on this body. The sharp edges that he refers to as the sides of the slash wound to the neck I believe are the sharp edges of the ligature skin furrow that were protected from animal activity (and therefore spared consumption despite being located in the center of an area of extensive feeding). The notching that he refers to as due to a jerking motion of cutting I believe is due to the gnawing activity of the animals and is quite similar to the patterns seen on the edges of the plastic found between the ligature and skin ("remnant of a plastic bag", as the police referred to it). The blood on the clothing that Dr. McGee says likely happened at the site where the body was found I believe did form at that site, but represents the blood-tinged decomposition fluid that normally occurs in the gravity-dependent areas. I believe that all of the skin defects are markedly more consistent with artifacts of natural decomposition, unless the knife-wielding perpetrator was a skilled surgeon and learned anatomist who could reorient the weapon multiple times and each time strike perfectly in line with the very specific anatomic skin creases (Langer's lines) that are barely known or even appreciated outside of a few very specialized areas of medical practice.

I have no problem with a person offering an opinion and then trying to justify it as best as possible. In this case I happen to disagree (strongly) with that opinion. What I do have a problem with is his testimony about the specific weapon that he believes caused the slashing injury to the neck. When asked if a specific type of knife that was shown to him was consistent with having caused the injuries, his reply was "I think they are consistent with that knife or one of similar configuration, blade configuration, yes…Because of the width of the blade and the appearance of the notching, the depth of the blade, the depth of the wound tracks could have been caused by that knife or one of similar blade configuration". In reality, slash wounds are cuts, not stabs. Any sharp object can cause a cut. Every sharp object is equally as consistent as every other one. A carpet knife, surgical scalpel, machete, or pizza wheel would be as equally consistent with having caused Dr. McGee's hypothesized slash injury as whatever weapon was shown to him court.

## CONCLUSION and OPINIONS

Based on the material and reasoning cited above, I believe to a reasonable degree of scientific and medical certainty that in relation to Ms. Dru Kathrina Sjodin's death:

1. The cause of death was "ligature strangulation"
2. There was no "slashing" wound to the neck; it was a mis-interpretation of a post-mortem artifact
3. None of the areas of skin defects on the body represent pre-mortem injury; they are all mis-interpretations of post-mortem artifacts
4. There is no indication that a knife or any other sharp instrument caused any injury to this body
5. The testimony of Dr. McGee concerning a possible weapon was misleading.

*The opinions reported herein are based on the information contained in the material cited above. If additional material is provided some or all of these opinions may be amended to reflect that new information.*

*I declare under penalty of perjury that the foregoing is true and correct.*

*Executed on September 14, 2011 and signed below.*

Respectfully,

Mark Flomenbaum, MD, PhD.
Forensic Pathology Consultation

# MARK ALLEN FLOMENBAUM, M.D., PH.D.

## *Curriculum Vitae*

**OFFICE ADDRESS:**    Mark Flomenbaum, MD, PhD
Forensic Pathology Consultation

Lincoln, MA  01773-3808

**ACADEMIC AFFILIATIONS:**    Adjunct Associate Professor of Pathology & Laboratory Medicine
Boston University School of Medicine, Boston, MA

Lecturer in Department of  Microbiology and Immunology,
Harvard Medical School, Boston, MA

**EDUCATION:**

| | |
|---|---|
| Spring, 2008 | Scholar, Harvard-Macy Institute:  Program for Leading Innovations in Health Care and Education<br>Harvard Medical School, Boston, MA |
| 1991 - 1992 | Fellow in Forensic Pathology<br>Office of Chief Medical Examiner, New York, New York |
| 1991 | Fellow in Cardiac Pathology<br>Brigham and Women's Hospital, Boston, MA |
| 1990 | Chief Resident in Pathology<br>Brigham and Women's Hospital, Boston, MA |
| 1988 - 1990 | Resident in Anatomic Pathology<br>Brigham and Women's Hospital, Boston, MA |
| 1984 - 1988 | Degree:  M.D.<br>Albert Einstein College of Medicine, Bronx, NY |
| 1980 - 1983 | Post-Doctoral Research Fellow in Neuroscience<br>Albert Einstein College of Medicine, Bronx, NY |
| 1971 - 1980 | Degree: Ph.D. – Department of Neuroscience<br>Thesis: The Embryological Development and Regeneration of the Retina in the Axolotl, *Ambystoma mexicanum*"<br>Sue Golding Graduate Division of Medical Science<br>Albert Einstein College of Medicine, Bronx, NY |
| 1967 - 1971 | Degree: B.A.<br>Hamilton College, Clinton, NY |

**LICENSURE:**

| | | |
|---|---|---|
| 1988 - 2012 | Massachusetts | (valid through 01/02/2012) |

| | | |
|---|---|---|
| 1991 - 2012 | New York | (valid through 12/31/2012) |
| 1993 - 2013 | California | (valid through 01/31/2013) |

## BOARD CERTIFICATIONS:

1993           Diplomate in Forensic Pathology
                               The American Board of Pathology

1991           Diplomate in Anatomic Pathology
                               The American Board of Pathology

1989           Diplomate
                               National Board of Medical Examiners

## ACADEMIC APPOINTMENTS:

2011- present     Adjunct Associate Professor of Pathology & Laboratory Medicine,
                               Boston University School of Medicine

2011 - present    Lecturer in Department of  Microbiology & Immunology,
                               Harvard Medical School, Boston, MA

2007- 2011       Associate Professor of Pathology and Laboratory Medicine,
                               Boston University School of Medicine

2006 - 2007      Associate Clinical Professor of Pathology,
                               Harvard Medical School, Boston, MA

2006 - 2007      Adjunct Associate Professor of Pathology & Laboratory Medicine
                               Boston University School of Medicine

2007 -  2011     Lecturer in Pathology, Department of Pathology,
2005 -  2006                        Harvard Medical School, Boston, MA

2003 -  2005     Clinical Associate Professor in Forensic Medicine
                               New York University Medical Center, New York, NY

1992 - 2003      Clinical Assistant Professor in Forensic Medicine
                               New York University Medical Center, New York, NY

1991 - 1992      Clinical Instructor in Forensic Medicine
                               New York University Medical Center, New York, NY

1988 - 1991      Clinical Fellow in Pathology
                               Harvard Medical School, Boston, MA

1983 - 1984      Instructor, Department of Anatomy
                               Albert Einstein College of Medicine

## MEDICAL STAFF APPOINTMENTS:

2007 - 2011      Pathologist, Department of Pathology and Laboratory Medicine
                               Boston Medical Center, Boston, MA

| | |
|---|---|
| 2005 - 2007 | Consultant in Autopsy Pathology<br>Children's Hospital, Boston, MA |
| 2005 - 2007 | Consultant, Department of Pathology<br>Brigham and Women's Hospital, Boston, MA |
| 2005 - 2007 | Consultant Forensic Pathologist<br>Massachusetts General Hospital, Boston, MA |
| 2005 - 2007 | Consultant in Autopsy Pathology<br>Beth Israel Deaconess, Medical Center, Boston, MA |
| 2005 - 2007 | Consultant in Autopsy Pathology,<br>Boston Medical Center, Boston, MA |

**HONORS AND AWARDS:**

| | |
|---|---|
| 1988 | Distinction for Research in Cardiac Pathology<br>Albert Einstein College of Medicine, Bronx, NY |
| 1988 | Irving M. Rattner Pathology Award<br>Albert Einstein College of Medicine, Bronx, NY |
| 1983 | Elected Member, Leo M. Davidoff Society for Excellence<br>in Medical Teaching<br>Albert Einstein College of Medicine, Bronx, NY |
| 1981 - 1983 | Public Health Service National Research Award,<br>Department of Health and Human Resources,<br>Washington, DC |
| 1971 | Graduation with Honors in Biology<br>Hamilton College, Clinton, NY |
| 1971 | Glass Fellowship (for Graduate Studies in Biology)<br>Hamilton College, Clinton, NY |
| 1971 | National Society Sigma Xi (for undergraduate research)<br>Hamilton College, Clinton, NY |
| 1969 | Renwick Prize Scholarship in Biology<br>Hamilton College, Clinton, NY |

**POSITIONS IN MEDICAL EDUCATION:**

| | |
|---|---|
| 2010 - 2011 | Faculty, Division of Graduate Medical Sciences<br>Boston University School of Graduate Medical Education |
| 2007 - 2011 | Co-Director: Dental School Pathology Course<br>Boston University School of Dental Medicine<br>Co-Director: Graduate Course Pathology Course<br>Boston University School of Graduate Medical Education<br>Director of Resident Training in Autopsy Pathology<br>Boston Medical Center Department of Pathology |

| | |
|---|---|
| 2009 - 2010 | "Forensic Pathology for Anatomic Pathology Residents" (an 8-10 hour lecture series for all residents in Boston, MA) Boston Medical Center Department of Pathology |
| 2006 - 2007 | Developed and Directed, "Case Reviews in Forensic Pathology" with CME accreditation by BUMC Office of the Chief Medical Examiner, Boston, MA |
| 2006 - 2007 | Developed and Directed, "Forensic Pathology Grand Rounds" with CME accreditation by BUMC Office of the Chief Medical Examiner, Boston, MA |
| 2006 - 2007 | Developed and Director, Forensic Pathology Fellowship Training Program Office of the Chief Medical Examiner, Boston, MA |
| 2005 - 2007 | Director, Forensic Pathology Training of Residents and Medical Students, Office of the Chief Medical Examiner, Boston, MA |
| 1995 - 2004 | Co-Director, Forensic Pathology Fellowship Program Office of Chief Medical Examiner, New York, NY |
| 1992 - 2004 | House-staff Educational Coordinator Office of Chief Medical Examiner, New York, NY |
| 1994 - 2004 | Director, Forensic Medicine Student Elective New York University Medical Center, New York, NY |
| 1997 | Preceptor, NYU School of Medicine Minority Undergraduate Summer Collaborative Research Program New York University Medical Center, New York, NY |
| 1990 - 1991 | Laboratory Instructor in Human Pathology Harvard Medical School, Boston, MA |
| 1987 - 1988 | Laboratory Instructor in Histology & Cell Structure Albert Einstein College of Medicine, Bronx, NY |
| 1984 - 1987 | Lecturer in Histology & Cell Structure Albert Einstein College of Medicine, Bronx, NY |
| 1983 - 1985 | Laboratory Instructor in Gross Anatomy Albert Einstein College of Medicine, Bronx, NY |
| 1972 - 1984 | Laboratory Instructor: Histology & Cell Structure Albert Einstein College of Medicine, Bronx, NY |
| 1973 - 1974 | Laboratory Instructor in Gross Anatomy Albert Einstein College of Medicine, Bronx, NY |

**EDUCATIONAL AND ADMINISTRATIVE MATERIALS:**

| | |
|---|---|
| 1992 - 1998 | Editor, *Forensic Procedures and Policy Manual and Orientation Guide*<br>    Office of Chief Medical Examiner, New York, NY |

## HOSPITAL ADMINISTRATIVE POSITIONS AND COMMITTEE SERVICE:

| | |
|---|---|
| 2008 - present | Medical Director, Tissue Banking and Procurement,<br>    Boston Medical Center, Boston, MA |
| 2007 - present | Chief of Autopsy Services, Department of Pathology,<br>    Boston Medical Center, Boston, MA |

## NATIONAL AND STATE COMMITTEE SERVICE:

| | |
|---|---|
| 2009 - present | Chair, Committee for Maintenance of Certification (Forensic Pathology / American Board of Pathology) and Self-Assessment Modules<br>    National Association of Medical Examiners |
| 2009 - present | Member, Education, Program and Publications<br>    National Association of Medical Examiners |
| 2009 - 2015 | Accreditation Inspector<br>    National Association of Medical Examiners |
| 2008 | Member of Review Panel for "Strengthening Forensic Science in the United States: A Path Forward**."**<br>    National Academy of Sciences |
| 2007- 2011 | Member of Medical Panel to Study Deaths Following Electro Muscular Disruption (Taser)<br>    National Institute of Justice, U.S. Department of Justice |
| 2005 - 2007 | Chairman, Child Fatality Review State-wide Committee<br>    Commonwealth of Massachusetts |
| 2005 - 2007 | Secretary, Medical-Legal Commission<br>    Commonwealth of Massachusetts |
| 2006 - 2007 | Member, Forensic Sciences Committee<br>    Commonwealth of Massachusetts |
| 1998 - 2003 | Member:  Forensic Pathology Test Development and Advisory Committee<br>    The American Board of Pathology |

## SOCIETY MEMBERSHIPS:

| | |
|---|---|
| 1992 - present | Fellow, National Association of Medical Examiners (N.A.M.E.) |
| 2010 - 2013 | Member, Board of Directors, N.A.M.E. |

| | |
|---|---|
| 1994 - present | Associate Member, American Academy of Forensic Sciences |
| 2007 - 2010 | Member, Massachusetts Medical Society |
| 1993 - 1997 | Elected Delegate for Medical Examiners to Doctors Council (Physician's Collective Bargaining association for NYC) |

## INVITED CME WORKSHOPS (SHORT COURSES):

| | |
|---|---|
| 02/22/11 | Scientific Program Chair and Moderator, *The Negative Autopsy* (half-day course), at the semi-annual meeting of the National Association of Medical Examiners, Chicago, IL |
| 11/10/06 | *The Forensic Interpretation of Wounds*, 11th Annual New England Regional Trauma Conference, Burlington, MA |
| 11/07/06 | *Forensic Pathology for the General Pathologist* (in "Current Concepts in Surgical Pathology), Harvard Medical School and Mass. Gen. Hospital, Boston, MA |
| 09/11/05 | *Forensics for the Generalist* (half-day course), College of American Pathologists, Chicago, Illinois |
| 09/19/04 | *Forensics for the Generalist* (half-day course), College of American Pathologists, Phoenix, Arizona |
| 11/13/03 | *Forensic Cases*: *Slide Seminar of Challenging Cardiac Pathology,* New York Pathological Society, New York, NY |
| 5/06/03 | *Forensic Issues in the Pediatric Emergency Department*, Workshop faculty, Association of Academic Pediatric Medicine, Seattle, WA |
| 5/05/03 | *Navigating the Legal Waters in Clinical Medicine: A Primer for Pediatricians*, Workshop faculty, Association of Academic Pediatric Medicine, Seattle, WA |
| 5/17/02 | *Forensic Issues in the Pediatric Emergency Department,* Workshop faculty, Association of Academic Pediatric Medicine, Baltimore, MD |
| 10/10-11/01 | *Protecting Emergency Responders: Lessons Learned from Terrorists Attacks,* National Institute for Occupational Safety and Health. New York, NY (Panelist for O.C.M.E.) |

## INVITED LECTURES AND GRAND ROUNDS

| | |
|---|---|
| 09/05/09 | *The Forensic Pathology of Child Abuse*, Department of Pathology, Stony Brook University Medical Center, Stony Brook, New York |

| | |
|---|---|
| 04/04/09 | *Lessons Learned  from 9/11*, New Hampshire Office of Chief Medical Examiner, Concord, NH |
| 02/24/09 | *The Forensic Pathology of Child Abuse*, Department of Pathology, University of New Mexico School of Medicine and Office of Medical Investigator, Albuquerque, NM |
| 11/26/08 | *Looking Forward from 9/11*, Los Angeles County Office of Coroner and Chief Medical Examiner, Los Angeles, CA |
| 03/09/07 | *The Forensic Interpretation of Wounds*, Grand Rounds: Department of Surgery, Tufts – New England Medical Center, Boston, MA |
| 02/05/07 | *The Forensic Interpretation of Wounds,* Division of Trauma, Emergency Surgery, and Critical Care, Massachusetts General Hospital, Boston, MA |
| 05/01/06 | *Office of the Chief Medical Examiner: Past, Present, and Future,* Grand Rounds, Department of Pathology, Brigham and Women's Hospital, Boston, MA |
| 02/16/06 | *Introduction to Forensic Pathology*, Department of Anatomy and Neurobiology, Boston University School of Medicine, Boston, MA |
| 02/09/06 | *The Office of the Chief Medical Examiner, An Overview*, Grand Rounds, Department of Pathology, Massachusetts General Hospital, Boston, MA |
| 11/10/05 | *The Forensic Pathology of Pediatric Deaths*, Grand Rounds, Department of Pediatrics, Boston Medical Center, Boston, MA |
| 11/03/05 | *Looking Back at 9/11,* Northeast Epidemiology Conference, Chatham, MA |
| 06/08/05 | *The Forensic Pathology of Child Abuse*, Pediatric Emergency Medicine, Boston University Medical Center, Boston, MA |
| 03/29/05 | *The Medical Examiner's Approach to Forensic Pediatric Pathology*, Pediatric Emergency Medicine, Long Island Jewish Hospital, Queens, NY |
| 07/09/04 | *The Forensic Pathology of Child Abuse,* Department of Pediatrics, New York Hospital / Cornell Medical School, New York, NY |
| 02/24/04 | *Managing People and Resources During a Crisis: Fall 2001 in New York City,* FEMA Mass Fatalities Incident Response Course, New York, NY |
| 09/12/03 | *The Two Disasters in New York City, Fall 2001*, Keynote Address: College of American Pathologists, San Diego, CA |
| 02/24/03 | *Preparing for and Facing Mass Disasters,* Israeli Police Department, through U.S. Dept. of State, New York, NY |
| 01/06/03 | *The New York City Experience from September 11th*, Harvard Medical School Pathology Grand Rounds, Brigham and Womens Hospital, Boston, MA |
| 11/18/02 | *The Role of the Medical Examiner Following Disaster: The Experience from September 11th*, Pathology Dept. Grand Rounds, Weil-Cornell Medical School, New York, NY |

08/28/02    *The Medical Examiner's Role in the September 11 Disaster*, Institut de Médecine Légale, Université de Genève, Geneva, Switzerland

07/27/02    *What We Learned from 9/11*, Association of Pathology Chairs / Program Directors Annual Meeting, Park City, Utah

12/04/00    *The Medical Examiner's Office and the Death Certificate*, Department of Medicine, New York Hospital, New York, NY

## MORBIDITY AND MORTALITY CONFERENCES

02/16/11    *Viral Myocarditis Complicating a Patient with Influenza Type A ,* Morbidity and Mortality Conference, Dept of Pulmonary Medicine, Boston Medical Center, Boston, MA

01/10/11    *New Onset of Fatal Cardiac Dysrrhythmia in an Otherwise Healthy Young Woman,* Morbidity and Mortality Conference, Dept of Cardiology, Boston Medical Center, Boston, MA

01/30/08    *Hypermagnesemia from Surreptitious Laxative Abuse in Patient with Renal Dysfunction ,* Morbidity and Mortality Conference, Dept of Medicine, Boston Medical Center, Boston, MA

04/29/03    *Fatal Thromboemboli from Oral Contraceptives,* Morbidity and Mortality Conference, Dept of Medicine, New York Presbyterian Hospital, NY, NY

03/18/03    *Undiagnosed B-Cell Lymphoma in AIDS Patient,* Morbidity and Mortality Conference, Dept of Medicine, New York Presbyterian Hospital, NY, NY

04/04/02    *Post-Viral Bronchitis/Pneumonia Super-infection,* Department of Pediatrics, NYU Medical Center and Bellevue Hospital, New York, NY

05/22/01    *Sudden, Unexplained Death in an Occult Lymphoma,* Department of Medicine, New York Hospital, New York, NY

04/05/00    *Reye's Syndrome and Fatty Acid Metabolism Defects,* Department of Pediatrics, Mt. Sinai Hospital, New York, NY

02/22/00    *Scleraderma and Complications of Steroid Therapy,* Department of Medicine, New York Hospital, New York, NY

02/08/00    *Peripartum Cardiomyopathy and Pre-eclampsia,* Department of Obstetrics and Gynecology, Bellevue Hospital, New York, NY

03/03/99    *Meningicoccal Sepsis: What Not to Do,* Emergency Medicine Department, Metropolitan Hospital, New York, NY

06/24/98    *Sudden Death with Sickle Cell Anemia,* Emergency Medicine Department, Mt. Sinai Hospital, New York, NY

03/05/97    *Coagulopathic Complications During the Peripartum Period,* Department Obstetrics-Gynecology, Beth Israel Hospital, New York, NY

| | |
|---|---|
| 02/06/97 | *Medical Examiner Involvement with Surgical Deaths,* Department of Surgery, North General Hospital, New York, NY |
| 12/05/96 | *Hypocalcemic Coagulopathy in Hydrofluoric Acid Exposure,* New York City Poison Control Consultants Meeting, New York, NY |
| 09/95 | *Pulmonary Thromboemboli During Pregnancy,* Department of Obstetrics and Gynecology, Harlem Hospital, New York, NY |
| 02/95 | *Hypertrophic Cardiomyopathy,* Pediatric Medicine Department, Saint Vincent's Hospital, New York, NY |
| 07/18/94 | *AIDS Cachexia,* Department of Medicine, Columbia-Presbyterian Medical Center, New York, NY |
| 03/94 | *Sudden Death and Systemic Lupus Erythematosus,* Rheumatology Department, Bellevue Hospital, New York, NY |
| 02/06/94 | *Ovarian Vein Thrombosis,* Department of Obstetrics and Gynecology, Metropolitan Hospital, New York, NY |
| 12/14/93 | *Acetaminophen Toxicity and Hepatic Failure,* Department of Medicine, New York Hospital-Cornell Medical Center, New York, NY |

**MEDICAL STUDENT AND HOSPITAL HOUSE STAFF TEACHING**

| | |
|---|---|
| 10/14/10 | *The Medical Certification of Death,* Medical House Staff Conference, Department of Medicine, Boston Medical Center, Boston, MA |
| 09/03/10 | *Introduction to Forensic Pathology* Harvard Medical School (HST): Human Pathology Course, Boston, MA |
| 04/29/10 | *Introduction to Forensic Pathology and Medicine,* Harvard Medical School (HMS): Immunology, Microbiology and Pathology Course, Boston, MA |
| 09/03/09 | *Introduction to Forensic Pathology* Harvard Medical School (HST): Human Pathology Course, Boston, MA |
| 06/04/09 | *Introduction to Forensic Pathology and Medicine,* Harvard Medical School (HMS): Immunology, Microbiology and Pathology Course, Boston, MA |
| 09/04/08 | *Introduction to Forensic Pathology* Harvard Medical School (HST): Human Pathology Course, Boston, MA |
| 06/04/08 | *Introduction to Forensic Pathology and Medicine,* Harvard Medical School (HMS): Immunology, Microbiology and Pathology Course, Boston, MA |
| 09/06/07 | *Introduction to Forensic Pathology* Harvard Medical School (HST): Human Pathology Course, Boston, MA |
| 02/05/07 | *The Forensic Interpretation of Wounds,* Division of Trauma, Emergency Surgery, and Critical Care, Massachusetts General Hospital, Boston, MA |
| 12/12/06 | *Introduction to Forensic Pathology* Boston University Medical College Human Pathology Course, Boston, MA |

| | |
|---|---|
| 11/14/06 | *Introduction to Forensic Pathology and Wound Interpretation,* Harvard Medical School (HMS): Human Pathology Course, Boston, MA |
| 09/07/06 | *Introduction to Forensic Pathology* Harvard Medical School (HST): Human Pathology Course, Boston, MA |
| 02/09/06 | *Natural Disease in the Forensic Setting*, Anatomic Pathology Residents, Massachusetts General Hospital, Boston, MA |
| 11/17/05 | *Introduction to Forensic Pathology* Boston University Medical College Human Pathology Course, Boston, MA |
| 11/16/05 | *Introduction to Forensic Pathology and Wound Interpretation,* Harvard Medical School (HMS): Human Pathology Course, Boston, MA |
| 09/08/05 | *Introduction to Forensic Pathology* Harvard Medical School (HST): Human Pathology Course, Boston, MA |
| 11/16/04 | *Forensic Pathology and Medicine, and Wound Interpretation* Harvard Medical School: Pathology Course, Boston, MA |
| 11/16/04 | *Special Techniques in Forensic Pathology*, Pathology Department, Brigham and Women's Hospital, Boston, MA |
| 11/12/03 | *Forensic Pathology and Medicine,* Harvard Medical School: Pathology Course, Boston, MA |
| 09/06/01 | *Special Topics in Forensic Pathology*, Pathology Department, Brigham and Women's Hospital, Boston, MA |
| 09/06/01 | *The Forensic Autopsy,* Harvard Medical School: Human Pathology Course, Boston MA |
| 05/13/00 | *Forensic Pathology for the Anatomical Pathologist, Part II (4 sessions)*, Dept. of Pathology, Brigham and Women's Hospital, Boston, MA |
| 09/09/99 | *Forensic Medicine*, Pathology Department, Brigham and Women's Hospital, Boston, MA |
| 09/09/99 | *The Forensic Autopsy,* Harvard Medical School: Human Pathology Course, Boston, MA |
| 09/10/98 | *Iatrogenic Deaths,* Pathology Department, Brigham and Women's Hospital, Boston MA |
| 09/10/98 | *The Forensic Autopsy,* Harvard Medical School: Human Pathology Course, Boston MA |
| 12/19/97 | *Cause and Certification of Death,* Departments of Medicine and Pathology, St. Vincent's Hospital, New York NY |
| 12/10/97 | *Forensic Aspects of Emergency Medicine*, Department of Emergency Medicine, Beth Israel Hospital, New York, NY |

05/28/97    *Forensic Aspects of Emergency Department Deaths,* Department of Emergency Medicine, Lincoln and Affiliated Hospitals, Bronx, NY

05/21/97    *Implications of the Death Certificate,* Department of Pathology, Beth Israel Hospital, New York, NY

04/30/97    *Legal Aspects of Traumatic Injuries,* Department of Emergency Medicine, Yale-New Haven Hospital, New Haven, CT

11/06/96    *Role of Emergency Departments in Forensic Medicine*, Emergency Department, Bellevue Hospital, New York, NY

10/02/96    *Certification of Death,* Pathology Department, Mount Sinai Hospital, New York, NY

09/06/96    *Gunshot Wounds*, Pathology Department, Brigham and Women's Hospital, Boston, MA

09/06/96    *The Forensic Autopsy,* Harvard Medical School, Human Pathology Course, Boston, MA

08/27/96    *Trauma in Forensic Medicine,* Pediatric Emergency Department, Bellevue Hospital, New York, NY

08/08/96    *Complications of Therapy,* Department of Medicine, Long Island College Hospital, Brooklyn, NY

05/08/96    *Complications of Therapy,* Pathology Department, Beth Israel Hospital, New York, NY

05/01/96    *Techniques in Forensic Pathology,* Pathology Department, Beth Israel Hospital, New York, NY

02/02/96    *Certification of Death*, Pathology Department, New York Hospital-Cornell Medical Center, New York, NY

10/07/95    *Gunshot Wounds*, Pathology Department, New York Hospital-Cornell Medical Center, New York, NY

08/06/95    *Certification of Death,* Department of Medicine, Long Island College Hospital, Brooklyn, NY

04/05/95    *Natural Disease in the Forensic Setting,* Pathology Department, Beth Israel Hospital, New York, NY

03/31/95    *Sudden Death and Cardiac Disease,* Emergency Medicine Residency Program, St. Lukes-Roosevelt Hospital, New York, NY

01/18/95    *Approach to the Forensic Autopsy,* Pathology Department, Beth Israel Hospital, New York, NY

12/14/94    *Religious Objection to the Forensic Autopsy,* Department of Medicine, New York Hospital-Cornell Medical Center, New York, NY

**LAW ENFORCEMENT, PROSECUTORS, AND DEFENDERS TRAINING PROGRAMS**

02/08/11    *The Forensic Pathology and the Criminal Lawyer,* In "Seminars in Homicide Investigations", Boston University School of Law, Boston, MA

04/05/08    *The Forensic Pathology of Wound Interpretation,* In-service training for Medicolegal Death Investigators, State of New Hampshire Office of Chief Medical Examiner, Concord, NH

11/02/07    *Forensic Pathology, Wound Interpretation, and the Determination of Death,* The District Attorney of New York 2007 Homicide Conference, Tarrytown, NY

11/17/06    *The Medical Expert* in "Practical Advice for Trying Murder Cases", Marconi Institute for Trial and Appellate Advocacy and The Flaschner Judicial Institute, Suffolk University Law School, Boston, MA

11/14/06    *Forensic Pathology and Wound Interpretation*, 2006 Middlesex Police/ ADA Training, Westford, MA

04/25/06    *Interacting with the office of the Chief Medical Examiner,* Massachusetts Association of Police Chiefs, Leominster, MA

03/31/06    *Forensic Pathology and Wound Interpretation*, 12th Annual Massachusetts Prosecutors Conference –MDAA–, Seaport Hotel, Boston, MA

02/10/06    *Wound Interpretation*, Suffolk County District Attorney's Office (Homicide Prosecutors), Boston, MA

07/28/05    *Forensic Medicine and Wound Interpretation*, FBI - Joint Terrorism Task Force, Evidence Response Team, Boston, MA

06/24/05    *The Medical Examiner's Office as a Resource,* Crime Scene Management Training Course, Massachusetts State Police, Boylston, MA

03/08/05    *Forensic Medicine and Wound Interpretation*, Federal Bureau of Investigations, Antiterrorist ("Fly") Taskforce, New York, NY

12/03/03    *Forensic Pathology and the Medical Examiner's Office*, United States Department of Justice, Southern District of New York

02/21/03    *Starvation, Dehydration, and Neglect,* Mayor's Child Abuse Task Force, Office of the Criminal Justice Coordinator, New York, NY

06/10/02    *Role of the Medical Examiner in Homicide Investigation*, Homicide Investigators' Training Course, Detective Bureau, NYC Police Dept

06/14/02    *Death by Firearms* and *Death by Stab Wounds,* Homicide Investigators' Training Course, Detective Bureau , NYC Police Dept

05/09/01    *Interactions of the Medical Examiner's and District Attorney's Offices,* Major Felony Lecture Series, District Attorney of the County of New York

11/28/00    *Death by Firearms,* Homicide Investigators Course 2000-2001, New York City Police Department, Internal Affairs Bureau, New York, NY

06/07/00    *Interpretation of Gunshot Injuries,* Major Felony Lecture Series, District Attorney of the County of New York

05/05/00    *Introduction to the Functions of the Medical Examiner's Office*, Major Felony Lecture Series, District Attorney of the County of New York

05/03/99    *Forensic Medical Interpretation of Fire Deaths,* New York City Fire Marshals, New York, NY

03/17/99    *Wound Interpretation,* 1999 Major Felony Lecture Series, District Attorney of the County of New York

02/24/99    *The Medical Examiner's Function, Other than Autopsy,* 1999 Major Felony Lecture Series, District Attorney of the County of New York

05/21/97    *How the District Attorneys Can Best Utilize the Medical Examiner,* Bronx County District Attorney's Office Training Program, Bronx, NY

11/20/96    *Role of the Medical Examiner,* Training Seminar for Capital Defender Office, New York, NY

11/20/96    *Evaluation of Homicidal Trauma,* Training Seminar for Capital Defender Office, New York, NY

07/30/96    *The Medical Examiner's Office,* United States  Attorney's Office (Interns), Suffolk County, NY

06/11/96    *MedicoLegal Testimony*, Delegation of Russian Trial Lawyers (through the U.S. Department of State and New York District Attorney's Office), New York, NY

04/15/96    *Role of the Medical Examiner,* Investigative Interns of Legal Aid Society, New York, NY

01/18/95    *Asphyxial Deaths,* New York City Transit Police Department Criminal Investigation Course, New York, NY

10/93    *The Medical Examiner and Homicide Investigation*, Crime Scene Investigator's Course, New York City Police Department, New York, NY

## NON-MEDICAL FORENSIC PATHOLOGY TEACHING

10/21/08    *The Forensic Pathologist* in "The Art and Science of Medicine" (HST S-11 Course) Massachusetts Institute of Technology, Cambridge, MA

10/25/02    *What the Medical Examiner Really Does For a Living,* Forensic Science Educational Conference; Am. Acad. Forensic Sciences, New York, NY

06/05/02    *Academic Career Opportunities in Forensic Medicine*, New York University School of Medicine Minority Undergraduate Summer Collaborative Research Program, New York, NY

0/520/01    *Non-Medical Opportunities in the Medical Examiner's Office*, Health Career Opportunity Program, NYU Medical Center, New York, NY

04/30/01    *The Medical Examiner and Forensic Pathology* New York City law-related
            education teachers, Justice Resource Center, New York, NY

02/16/00    *Forensic Pathology - Not Just Autopsies,* New York City law-related education
            teachers, Justice Resource Center, New York, NY

08/94       *Medical Examiner's Office and Risk Management*, Hospital Administration,
            Columbia-Presbyterian Medical Center, New York, NY

## SPECIAL FORENSIC PATHOLOGY STATISTICS

**Courtroom experience (testified in trials):**
Expert witness in Forensic Pathology and Medicine                    **200**

**World Trade Center Disaster, 9/11/2001,**          **Specimens:**          **19,915**
Coordinator of Triage and Forensic Processing
Director of Medical Examiners

**American Airlines Flight 587 Crash, 11/12/2001   Specimens:**          **2,077**
Coordinator of Triage and Forensic Processing
Director of Medical Examiners

## PUBLICATIONS

### EDITORIAL BOARDS AND REVIEWS

2011 -      Editorial Board member and Section editor of "Postmortem and Forensic Pathology" in the *Encyclopedia of Pathology and Human Disease,* McManus and Mitchell, eds, Elsevier, San Diego, CA, due 2013

2011 -      Reviewer, *Academic Forensic Pathology* (official publication of the National Association of Medical Examiners)

2011        Guest Editor, "The Forensic Autopsy", inaugural issue of *Academic Forensic Pathology*, **1**(1) July, 2011

## BIBLIOGRAPHY

### ORIGINAL PAPERS

**Flomenbaum MA.** "The Embryological Development and Regeneration of the Retina in the Axolotl, *Ambystoma mexicanum."* Doctoral Thesis, Sue Golding Graduate Division of Medical Science, Albert Einstein College of Medicine, 1980.

Factor SM, **Flomenbaum M**, Zhao MJ, Eng C, Robinson T.  The effects of acutely increased ventricular cavity pressure on intrinsic myocardial connective tissue. J Am Coll Cardiol 12:1582-1589, 1988

**Flomenbaum M,** Soiero R, Udem SA, Kress Y, Factor SM. Proliferative membranopathy and human immunodeficiency virus in AIDS hearts. J Acquir Immune Defic Syndr 2:129-135, 1989

**Flomenbaum MA,** Schoen FJ.  Effects of fixation back-pressure and anti-mineralization treatment on the morphology of porcine aortic bioprosthetic valves. J Thorac Cardiovas Surg 105:156-164, 1993

Hirsch CS, **Flomenbaum M**.  "Problem-Solving in Death Certification. Am Soc Clin Path, Forensic Path Check Sample #FP 95-1 (FP-202) 37:1-31, 1995.

Guillaume P, **Flomenbaum M,** La Harpe, R. Suicides By Fall From Height in Geneva, Switzerland J Forens Sci 48:821-826, 2003

Guillaume P, Abudureheman A, Perret-Catipovic M, **Flomenbaum M,** La Harpe R, Suicides in the Young People of Geneva, Switzerland, From 1993-2002, J Forens Sci 51:1169-1173, 2006

Hull MJ, Juhascik M, Mazur F, **Flomenbaum MA**, Behonick GS
Fatalities Associated with Fentanyl and Co-administered Cocaine or Opiates, J Forens Sci 52:1383-1388, 2007

### BOOK CHAPTERS

**Flomenbaum MA,** Arden JL. "Final Considerations: Interacting with the Medical Examiner" Chapter 24 in *Emergency Diagnostic Testing 2nd Edition,* Flomenbaum NE, Goldfrank L, and Jacobson S, Eds, Mosby-Yearbook Philadelphia, PA, 1995

Rao R, **Flomenbaum M** "Postmortem Toxicology". Chapter 119 in *Goldfrank's Toxicologic Emergencies 7th Edition*, Goldfrank L, et.al., Eds, McGraw-Hill, NY, 2002

Adams VI, **Flomenbaum MA,** Hirsch CH, "Trauma and Disease", Chapt IX in *Spitz and Fisher's Medicolegal Investigation of Death: Guidelines for the Application of Pathology to Crime Investigation, 4th Edition*, Werner U. Spitz, Ed. Charles C. Thomas, Springfield, Il, 2005

Rao R, **Flomenbaum M** "Postmortem Toxicology". Chapt 33 in *Goldfrank's Toxicologic Emergencies 8th Edition*, Goldfrank L, et.al., Eds, McGraw-Hill, NY, 2006

Rao R, **Flomenbaum M** "Postmortem Toxicology". Chapt 33 in *Goldfrank's Toxicologic Emergencies 9th Edition*, Goldfrank L, et.al., Eds, McGraw-Hill, NY, 2010

## EDITORIALS

**Flomenbaum MA,** "Quality Autopsies in Forensic Pathology", inaugural issue of *Academic Forensic Pathology*, **1(1)**:xii-xiii, 2011

## ABSTRACTS

Schoen FJ, **Flomenbaum, MA**. Morphologic characteristics of low and zero-pressure-fixed anti-mineralization treated porcine aortic bioprosthetic valves. Abstract in V International Symposium, Cardiac Bioprosthesis, 1990

Klig JE, **Flomenbaum MA**, Levanthal JM, Qi K. Guns drugs and alcohol: teenage homicide victims in New York City. Arch Pediat Adol Med 148:60, 1994

Hung OL, **Flomenbaum M,** Flomenbaum NE, DiMatrino RN, Goldfrank LR, Hoffman RS, Profound ionized hypocalcemia with arrhythmia and coagulopathy in a fatal hydrofluoric acid exposure. Abstract in Journal of Toxicology – Clinical Toxicology 35:448, 1998

Su M, Hoffman RS, **Flomenbaum M** Cervistatin and Gemfibrizol-Induced Cardiac Rhabdomyolysis, Letter to ed – Am J Forensic Med Pathol 23:305-306, 2002

## CLINICAL COMMUNICATIONS

**Flomenbaum, MA** Schoen FJ, Progressive multifocal leukoencephalopathy (PML) 57 months following heart transplantation. J Heart Lung Transpl 10:888-893, 1991

Gervitz C, Malik V, Sbhedar D, Khoury NY, Kaminski S, **Flomenbaum M.** An unusual cause of fatal postpartum embolism. Hospital Practice 135-138, 15 Mar 1996

## SPECIAL REPORTS

Medical Panel Member, "Study of Deaths Following Electro Muscular Disruption", U.S. Department of Justice, National Institute of Justice, Office of Justice Programs, NCJ-233432, Washington, D.C, May, 2011