Dr. Ophoven's report, should have been disclosed at that time. This isn't a new issue, I guess, is my point.

THE COURT: All right. So your motion is to disallow Dr. McGee from testifying as to that issue?

MR. BRYANT: Correct, Your Honor.

THE COURT: All right. That's denied. Are you folks ready to go?

MR. KARPAN: Yeah, we're ready.

THE COURT: All right. Dan, do you want to bring in the jury?

(WHEREUPON, the jury entered the courtroom, after which the following proceedings were held in open court:)

THE COURT: We are back on the record in the case of State of Minnesota versus Michael Ray Hansen. He is present, counsel are present, and representatives from the State are present as well. Mr. Karpan, your next witness.

MR. KARPAN: Thank you, Your Honor. I'd call Dr. Michael McGee.

THE COURT: Dr. McGee, we'll ask you to approach the clerk, raise your right hand, please.

DR. MICHAEL McGEE,

after having been first duly sworn, was examined and testified under oath as follows:

*McGee*

THE COURT:  Mr. Karpan.

MR. KARPAN:  Thank you, Your Honor.

DIRECT EXAMINATION

BY MR. KARPAN:

Q   State your full name for us and spell your last name for the record.

A   Michael B. McGee, M-c-G-E-E.

Q   Where do you work, Doctor, or Mr. McGee?

A   Ramsey County Medical Examiner's Office.

Q   In what capacity?

A   Medical examiner for the county.

Q   Are you hired by the county board then in that capacity?

A   True.

Q   How long have you been the Ramsey County Medical Examiner?

A   I've been a medical examiner since 1985.

Q   How many physicians work under you at the Medical Examiner's Office?

A   Currently two.

Q   How about support staff?

A   Ah, about 18 to 20 people.

Q   In terms of if you had two physicians under you, do you do autopsies on your own or do one of those two assist?

A   Everyone does their own autopsies; and, yes, I do my own.

A    It's a homicide.

Q    Why did you conclude that?

A    Because no explanation is provided that will adequately describe the injuries present; and, in the absence of that, combined with the information supplied by the police, the first and second autopsy, I believe it's a homicide.

Q    Do you think this skull fracture was somehow incidental to her death?

A    I do not.

Q    And you believe her brain was injured?

A    I believe it was.

Q    Do you think the skull fracture corresponds with the brain injury?

                    MR.  BRYANT:    Objection, asked and answered.

                    THE COURT:    Sustained.

Q    (BY MR.  KARPAN)    After you, ah -- I know you've given a statement in this matter, but after the autopsy and filling out your report, did you have any further involvement with the case?

A    After completing the, after completing the reports and sending them, I offered testimony to the Grand Jury.

Q    Okay.    And you may have spoken to officers once or twice, correct?

A    Oh, I probably spoke to officers more than that.    I