

1 of 1 DOCUMENT

Copyright 2011 Dolan Media Newswires
The Minnesota Lawyer (Minneapolis, MN)

September 9, 2011 Friday

**SECTION:** NEWS

**LENGTH:** 223  words

**HEADLINE:** Ramsey County: ME complied with state laws

**BYLINE:** Minnesota Lawyer Staff

**BODY:**

Ramsey County said Tuesday that it found that its longtime medical examiner complied with state laws in a review conducted after a judge found gave "false or incorrect" testimony in a murder trial. A statement from Ramsey County said it also found Dr. Michael McGee complied with his contract with the county. But the county also said it would monitor the outcome of the retrial for Michael Hansen, who was convicted in the 2004 death of his baby girl due in part to testimony from McGee.

In July, Douglas County Judge Peter Irvine found fault with McGee's testimony about the symptoms of infant skull fractures and about a fall Hansen's daughter, Avryonna, experienced days before she died. Irvine ordered a new trial for Hanson that is expected to start late this month.

McGee, who is a private contractor, has been Ramsey County's medical examiner for 26 years and also serves at least 14 other counties. His company earned nearly $1 million last year.

The county's statement also touted McGee's reputation for forensic pathology work.

McGee's work on the Hansen case was criticized by several doctors and experts on child death investigations, including some who reviewed the case for the Innocence Project, which is representing Hansen.

McGee declined to discuss the Hansen case with Minnesota Public Radio News, citing pending litigation.

**LOAD-DATE:** September 16, 2011

102F9Z

```
********** Print Completed **********

Time of Request: Thursday, October 06, 2011  18:14:20 EST

Print Number:    1826:310586853
Number of Lines: 37
Number of Pages: 1
```

```
Send To:  GRADY, SARAH
          NORTHWESTERN UNIV SCHOOL OF LAW
          357 E CHICAGO AVE
          CHICAGO, IL 60611-3059
```