STATE OF WISCONSIN        CIRCUIT COURT        EAU CLAIRE COUNTY

-----------------------------------------------------------------

STATE OF WISCONSIN,                          Case No. 01 CF 63

              Plaintiff,

vs.                                     JURY TRIAL PROCEEDINGS

EVAN M. ZIMMERMAN,                      (Day 4, Thursday, 4/28/05)

              Defendant.

-----------------------------------------------------------------

                    HONORABLE BENJAMIN D. PROCTOR

              CIRCUIT COURT JUDGE, BR. 4, PRESIDING

                     Thursday, April 28, 2005

              Dodge County Courthouse, Juneau, Wisconsin

-----------------------------------------------------------------

                    A P P E A R A N C E S

          G. RICHARD WHITE, District Attorney, Eau Claire
County Courthouse, 721 Oxford Avenue, Eau Claire, Wisconsin
54703, appearing for the Plaintiff;

          KEITH BELZER, Attorney at Law, Devanie &
Belzer, S.C., 300 North 2nd Street, Suite 310, LaCrosse,
Wisconsin 54601-2001, appearing for the Defendant;

          KEITH A. FINDLEY, Attorney at Law, Wisconsin
Innocence Project, Remington Center, University of Wisconsin
Law School, 975 Bascom Mall, Madison, WI 53706, appearing for
the Defendant.

1

<u>I N D E X</u>

Caption of Case and Appearances ------------------------- 1

CRAIG HENDERSON

    Direct Examination by Mr. White -------------------- 7

    Cross-Examination by Mr. Findley ------------------- 22

    Redirect Examination by Mr. White ------------------ 43

MICHALE MC DONALD

    Direct Examination by Mr. White -------------------- 44

    Cross-Examination by Mr. Belzer -------------------- 48

KENNETH B. OLSON

    Direct Examination by Mr. White -------------------- 52

    Cross-Examination by Mr. Belzer -------------------- 58

    Redirect Examination by Mr. White ------------------ 89

    Recross-Examination by Mr. Belzer ------------------ 92

CHERYL SLUSSER

    Direct Examination by Mr. White -------------------- 100

    Cross-Examination by Mr. Belzer -------------------- 104

TODD LOEW

    Direct Examination by Mr. White -------------------- 110

    Cross-Examination by Mr. Belzer -------------------- 114

    Redirect Examination by Mr. Belzer ----------------- 122

SANDRA HALVERSON

    Direct Examination by Mr. White -------------------- 123

Motion Argument Outside Presence of Jury --------------- 127

ROBERT MILES

    Direct Examination by Mr. White ------------------- 138

    Cross-Examination by Mr. Belzer ------------------- 145

    Motion for Mistrial ------------------------------- 154

    Cross-Examination Continued by Mr. Belzer --------- 158

    Redirect Examination by Mr. White ----------------- 178

KEVIN DUFFY

    Direct Examination by Mr. White ------------------- 181

    Cross-Examination by Mr. Belzer ------------------- 182

WILLIAM SLAGGIE

    Direct Examination by Mr. White ------------------- 185

    Cross-Examination by Mr. Belzer ------------------- 194

    Redirect Examination by Mr. White ----------------- 212

JAMES SOUTHWORTH

    Direct Examination by Mr. White ------------------- 213

JAMES CULBERT

    Direct Examination by Mr. White ------------------- 215

LOWELL BROWN

    Direct Examination by Mr. White ------------------- 217

    Cross-Examination by Mr. Belzer ------------------- 219

    Redirect Examination by Mr. White ----------------- 226

    Recross-Examination by Mr. Belzer ----------------- 226

Motion Argument Outside Presence of Jury --------------- 228

MAUREEN HORNE

    Direct Examination by Mr. White ------------------- 235

Cross-Examination by Mr. Belzer -------------------- 237

Proceedings Adjourned ------------------------------------- 256

Certificate of Reporter --------------------------------- 257

* * *

A    Yes.

Q    Just seemed drunk?

A    Yes.

Q    And then he went back in the house and a little bit later he left?

A    Yes.

MR. BELZER:  That's all.  Thank you.

MR. WHITE:  I have nothing further.

THE COURT:  Thank you, sir.  You may step down. You're excused.

MR. WHITE:  Ken Olson.

* * *

(Witness sworn in by the clerk.)

* * *

KENNETH B. OLSON,

being duly sworn upon his oath, testified, as follows:

DIRECT EXAMINATION,

BY MR. WHITE:

Q    Can you state your name and spell your last name for the record, please?

A    Kenneth B. Olson, O-L-S-O-N.

Q    By whom are you employed?

A    I'm employed at the Wisconsin State Crime Laboratory in Madison.

Q    And in what capacity?

you testified very briefly about on direct, correct?

A    That's correct.

Q    And these are all the different items that you checked?

A    On page one, yes.

Q    Well, we'll get to page two also.  And we see that you did the black sweater, you did right-hand fingernail clippings from Kathleen Thompson, left-hand fingernail clippings from Kathleen Thompson.  Because there were fibers under her nails, weren't there?

A    Correct.

Q    You did the questioned fibers from the right shoe of Kathleen Thompson.  In fact, there were fibers from her left shoe, as well, correct?

A    That's correct.

Q    Now, the questioned hairs from the brown pant leg, did you do anything with those?

A    I'd have to refer to my notes.  That was Item L?

Q    It would be Item L and Item K.  No, just L.

A    Item L I did examine and I noted that there was a hair, animal hair, and one blade of grass in there.

Q    And that's what you referred to a little while ago?

A    That's correct.

Q    But you didn't do any other examination with that?

A    No, I did not.

Q    You looked -- we talked about the bra, the pants, the

70

shoes.  Tape lifts of injured area of Kathleen Thompson's neck.  What did you find there?

A    I found black and blue cotton fibers.

Q    There were black and blue fibers off the tape lift.  The tape lift would have been, as far as you know, off where the ligature marks were on her neck, correct?

A    I don't know exactly.  It just said from her neck.

Q    Okay.  If Dr. McGee testified yesterday that they came from that ligature mark, you'd have no reason to doubt that, right?

A    I believe the Doctor's statement where he recovered it from.

Q    And you found blue and black fiber in those tape lifts, right?

A    Yes, I did.

Q    You would agree with me, wouldn't you -- I'm going to show you Exhibit Number 125.  It appears to be a phone cord, correct?

A    Yes, it appears to be a phone cord.

Q    Can we agree that that phone cord would not leave blue and black fibers?

A    Yes, I would agree with that.

Q    But there were other blue and black fibers, weren't there?

A    Yes, there were.

CERTIFICATE OF REPORTER

STATE OF WISCONSIN   )
                     )ss.
COUNTY OF EAU CLAIRE)

I, Gary E. Oas, Circuit Court Reporter in and for the State of Wisconsin, do hereby certify that I reported the foregoing matter and that the foregoing transcript has been carefully compared by me with my stenographic notes as taken down by me in machine shorthand, and by me have caused the same to be transcribed into typewriting, and that it is a full, true, and correct transcript of the proceedings had in said matter to the best of my knowledge.

Dated this 5th day of December, 2005.

_____
GARY E. OAS
Circuit Court Reporter