IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | |
| v. | ) | Criminal No. 2:04-cr-55 |
| | ) | |
| | ) | |
| | ) | |
| ALFONSO RODRIGUEZ, JR., | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

PLACEHOLDER FOR EXHIBIT FILED UNDER SEAL