**DECLARATION OF KEVIN McNALLY REGARDING ALLEGED**
**WITNESS KILLINGS AND RACE AND THE FEDERAL DEATH PENALTY**

1. I currently serve as the Director of the Federal Death Penalty Resource Counsel Project.

I have served as a Resource Counsel since the inception of the Resource Counsel Project in January,

1992. The Project is funded and administered under the Criminal Justice Act by the Office of

Defender Services of the Administrative Office of the United States Courts. We assist court-

appointed and defender attorneys charged with the defense of capital cases in the federal courts.[1]

2. My responsibilities as Federal Death Penalty Resource Counsel include the monitoring

of federal capital prosecutions throughout the United States in order to help ensure the delivery of

adequate defense services to indigent capital defendants in such cases. This effort, in turn, includes

the collection of data on a wide variety of topics regarding federal capital cases, including decisions

by the Attorney General to seek or not seek the death penalty and to accept or reject proposed guilty

pleas or plea agreements.

3. In order to carry out the duties entrusted to me, I maintain a comprehensive list of federal

death penalty prosecutions and information regarding Department of Justice practices in these cases.

I accomplish this by reviewing dockets and downloading and obtaining indictments, pleadings of

substance, notices of intent to seek or not seek the death penalty, and by telephonic or in-person

interviews with defense counsel or consultation with chambers. This information is regularly

updated, and is checked for accuracy with defense counsel. The Project's information regarding

---

[1]The work of the Federal Death Penalty Resource Counsel Project is described in the report recently prepared by the Subcommittee on Federal Death Penalty Cases, Committee on Defender Services, Judicial Conference of the United States, FEDERAL DEATH PENALTY CASES: RECOMMENDATIONS CONCERNING THE COST AND QUALITY OF DEFENSE REPRESENTATION (May, 1998), at 28-30. www.uscourts.gov/ dpenalty/1COVER.htm. The Subcommittee report "urges the judiciary and counsel to maximize the benefits of the Federal Death Penalty Resource Counsel Project ..., which has become essential to the delivery of high quality, cost-effective representation in death penalty cases ..." *Id.* at 50.

federal capital prosecutions has been relied upon by the Administrative Office of the United States Courts, by the Federal Judicial Center and by various federal district courts.

4. Under the current Administration, the Attorney Generals have not sought the death penalty in a number of potential capital prosecutions involving witness elimination or intimidation where the victim was a member of a minority group: *United States v. Lash* (E.D. LA No. 03-CR-135); *United States v. Mejia and Zuniga* (E.D. NY No. S2:03 CR 00851-LDW); *United States v. Kenneth Walker* (N.D. MS 2:06-CR-00103-MPM-EMB); *United States v. Collins* (S.D. MS No. 3:06-CR-00024-HTW-JCS); *United States v. Prilliman* (D. MD No. RDB-06-0297); *United States v. Yellowman, et al.* (D AZ No. 03-CR-764); *United States v. Roosevelt Walker* (S.D. MS 03-CR-30) and *United States v. Sylvester* (D. LA No. 04-CR 094).

5. The Attorney General has also withdrawn a Notice of Intent to Seek the Death Penalty without an offer to plead guilty or a plea agreement in cases involving witness intimidation or elimination where the victim was a member of a minority group: *United States v. Foster* (D. MD No. 02-CR-410-ALL) and *United States v. Plunkett* (W.D. VA No. 4:04-CR-70083-JLK-ALL).

6. Recent Attorney Generals have not sought the death penalty against white persons accused of witness killings: *United States v. Merlino, et al.* (E.D. PA No. (99-CR-363) (members of the Mafia); *United States v. Gianakos* (D. ND No. 02-CR-44); *United States v. Siegel* (D. MD No. AMD 03-CR-0393) and *United States v. York, et al.* (E.D. MI No. 04-CR-20038).

7. Juries have sentenced the following defendants to life in prison in cases involving the killing of a witness: *United States v. Anthony Jones* (D. MD CR No. WMN-96-0458); *United States v. Luis Gonzales-Lauzan* (S.D. FL CR No. 02-CR-20572); *United States v. Shaheem and Raheem Johnson* (E.D. VA CR No. 97-00314-A); *United States v. Xavier Lamar Lightfoot* (W.D. MO CR

No. 00-CR-395); *United States v. Demetrius R. Hargrove* (D. KS CR No. 2:03-CR-20192-CM-DJW); *United States v. Jamal Shakir* (M.D. TN No. 3:98-00038 (NIXON)); *United States v. Christopher Andaryl Wills* (E.D. VA CR No. 99-00396); *United States v. Marcus Sanders* (S.D. AL CR No. 98-0056-CB); *United States v. Tyrese Hyles* (E.D. MO CR No. 01-CR-73); *United States v. Kevin Gray and Rodney Moore* (D. DC CR No. 1:00-CR-00157); *United States v. Samuel Stephen Ealy* (W.D. VA CR No. 00-CR-104); *United States v. Amesheo D. Cannon* (E.D. MO CR No. S1-1:01-CR-00073-RWS); *United States v. Emile Dixon* (E.D. NY CR No. 01-CR-389); *United States v. Keon Moses and Michael LaFayette Taylor* (D. MD CR No. 02-CR-410); *United States v. Jamain Williams and Andre Cooper* (E.D. PA CR No. 01-CR-512); *United States v. Oscar Grande and Ismael Cisneros* (E.D. VA CR No. 04-CR-283); *United States v. John P. Street* (W.D. NO CR No. 4:04-CR-00298-GAF); *United States v. Kenneth McGriff* (E.D. NY No. 04-966 (ERK)(VVP)); *United States v. Jelani Solomon* (W.D. PA No. 2:05-CR-00385-TFM); *United States v. Gary Eye and Steven Sandstrom* (W.D. MO No. 4:05-CR-00344-ODS); *United States v. Thomas Henderson* (S.D. OH No. 2:06-CR-00039); *United States v. William Baskerville* (D. NJ No. 03-836 (JAP)) and *United States v. Marvin Lee Holley* (N.D. AL CR No. 96-B-0208-NE).

8. 70% of the last 33 federal death sentences have involved situations (23) where the victim was white.

9. Attorney General Ashcroft reviewed the cases of 164 defendants accused of killing a white victim. Of those, 52 were authorized, or 32%. Attorney General Ashcroft's rate of approval for defendants accused of killing non-whites is 18% (86 of 473) and his overall rate of approval is 22% (139 of 640 defendants).

10. Attorney General Gonzales reviewed the cases of 88 defendants accused of killing a

white victim. Of those, 31 were authorized, or 35%. Attorney General Gonzales' rate of approval for defendants accused of killing non-whites is 16% (50 of 320) and his overall rate of approval is 20% (81 of 408 defendants).

11. Attorney General Mukasey reviewed the cases of 31 defendants accused of killing a white victim. Of those, 5 have been authorized, or 16%. His rate of approval for defendants accused of killing non-whites is 11% (10 of 87) and his overall rate of approval is 13% (15 of 118 defendants).

12. 62% of the 61 federal defendants sentenced to death involved the murder of a white person. In contrast, of 127 life sentences in federal court only 33% involve a white murder victim. Of the 450 authorized defendants,[2] 37% (164 of 449) are alleged to have killed a white.

13. Attorney General Ashcroft reviewed the cases of 52 black defendants accused of killing a white victim and 229 black defendants accused of killing a non-white victim. 74 black defendants were authorized - 22 involved white victims and 52 involved non-white victims. 22 of 52 of the defendants (42%) accused of killing white victims were authorized. 52 of 229 of the defendants (23%) accused of killing non-white victims were authorized.

14. Attorney General Gonzales reviewed the cases of 19 black defendants accused of killing a white victim and 151 black defendants accused of killing a non-white victim. 35 black defendants were authorized - 7 involved white victims and 28 involved non-white victims. 7 of 19 of the defendants (37%) accused of killing white victims were authorized. 28 of 151 of the defendants (19%) accused of killing non-white victims were authorized.

15. Attorney General Mukasey, to date, has reviewed the cases of 7 black defendants accused

---

[2]One espionage defendant didn't kill anyone.

of killing a white victim and 44 black defendants accused of killing a non-white victim. 11 black defendants were authorized - 3 involved white victims and 8 involved non-white victims. 3 of 7 of the defendants (43%) accused of killing white victims were authorized. 8 of 44 of the defendants (18%) accused of killing non-white victims were authorized.

16. Attached are factual summaries including the race of the defendant and the race of the victim in the cases noted in this declaration.

17. Also attached is a data set of all "authorized" federal death penalty cases which have been concluded.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18th day of September, 2008.

Kevin McNally
Federal Death Penalty Resource Counsel

x:\cases\tn\eastern\taylor\race declaration.wpd

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| | Def Name | D Ct Docket # | Status of Case | Def Sex | Def Race | Vic Sex | Vic Race |
| 2 | Crummie, Chedrick | S.D. FL CR No. 93-252-CR-UUB | Acquittal | M | B | M | B |
| 3 | Mack, Edward Alexander | S.D. FL CR No. 93-252-CR-UUB | Acquittal | M | B | M | B |
| 4 | Rozier, Kevin Denard | S.D. FL CR No. 93-252-CR-UUB | Acquittal | M | B | M | B |
| 5 | Alejandro, Joel Rivera | D. PR CR No. 99-044 (SEC) | Acquittal | M | H | M | H |
| 6 | Martinez, Hector Acosta | D. PR CR No. 99-044 (SEC) | Acquittal | M | H | M | H |
| 7 | Castillo, Mario | C.D. CA CR No. 99-83-(A)-DT | Acquittal | M | H | M | H |
| 8 | Jacobo, Gerardo | C.D. CA CR No. 99-83-(A)-DT | Acquittal | M | H | M | H |
| 9 | Church, Walter Lefight | W.D. VA CR No. 00-CR-104 | Acquittal | M | W | M | W |
| 10 | Jones, Luke | D. CT CR No. 00-CR-238 | Acquittal | M | B | M | B |
| 11 | Gilmore, Charles Wesley | W.D. VA CR No. 00-CR-104 | Acquittal | M | W | F | W |
| 12 | Henderson, Darryl | S.D. NY No. 1:02-CR-00451-MBM | Acquittal | M | B | F | B |
| 13 | Rivera, Denis | E.D. VA CR No. 04-CR-283 | Acquittal | M | H | F | H |
| 14 | Garcia-Orellana, Oscar Alexander | E.D. VA CR No. 04-CR-283 | Acquittal | M | H | F | H |
| 15 | Mathis, Ronald Eugene | M.D. FL CR No. 91-301-CR-T (18) (A) | Authorization withdrawn | M | B | M | B |
| 16 | Brown, Oliver | E.D. LA CR No. 92-468 | Authorization withdrawn | M | B | M | B |
| 17 | Carrington, Arleigh | M.D. GA CR No. 92-82MAC-WDO | Authorization withdrawn | M | B | M | B |
| 18 | Chatfield, Tony | M.D. GA CR No. 92-82MAC-WDO | Authorization withdrawn | M | B | M | B |
| 19 | Goldston, Anthony | D. DC CR No. 92-CR-284-01 | Authorization withdrawn | M | B | M | B |
| 20 | Green, William | E.D. LA CR No. 92-468 | Authorization withdrawn | M | B | M | B |
| 21 | Harris, Mario | D. DC CR No. 92-CR-284-01 | Authorization withdrawn | M | B | M | B |
| 22 | Hoyle, Mark | D. DC CR No. 92-CR-284-01 | Authorization withdrawn | M | B | M | B |
| 23 | McCollough, John | D. DC CR No. 92-CR-284-01 | Authorization withdrawn | M | B | M | B |
| 24 | Thomas, Vernon | E.D. VA CR No. 3-92-CR- 68 | Authorization withdrawn | M | B | M | B |
| 25 | Tidwell, Tyrone | E.D. PA CR No. 94-353 | Authorization withdrawn | M | B | M | B |
| 26 | Acosta, John Lefty | D. NM CR No. 95-538-MV | Authorization withdrawn | M | H | M | H |
| 27 | DesAnges, Omar | W.D. VA CR No. 95-00046RH | Authorization withdrawn | M | B | M | B |
| 28 | Martin, Roy Ray | N.D. TX CR No. 5-95-CR- 0017-C (Cummings) | Authorization withdrawn | M | W | M | B |
| 29 | Mungia, Eli Trevino | N.D. TX CR No. 5-95-CR-0017-C | Authorization withdrawn | M | H | M | B |
| 30 | Mungia, Ricky Rivera | N.D. TX CR No. 5-95-CR-0017-C | Authorization withdrawn | M | H | M | B |
| 31 | Peng, You Zhong | E.D. NY CR No. 95 0870 | Authorization withdrawn | M | A | F | A |
| 32 | Williams, Jerry | D. MD CR No. WMN 97-0355 | Authorization withdrawn | M | B | M | B |
| 33 | Westmoreland, Guy | S.D. IL CR No. 98-30022- WDS | Authorization withdrawn | M | W | F | W |
| 34 | Lewis, Deandre | S.D. IL CR No. 98 30022 WDS | Authorization withdrawn | M | B | F | W |
| 35 | Marrero, Jose Rodriguez | D. PR CR No. 97-284 (JAF) | Authorization withdrawn | M | H | M | H |
| 36 | Pena-Gonzalez, Nicholas | D. PR CR No. 97-284 (JAF) | Authorization withdrawn | M | H | M | H |

Completed "Authorized" Federal Death Penalty Cases

| | H | I |
|---|---|---|
| | Total Vics | Sentence |
| 2 | 2 | none |
| 3 | 2 | none |
| 4 | 2 | none |
| 5 | 1 | none |
| 6 | 1 | none |
| 7 | 3 | none |
| 8 | 3 | none |
| 9 | 3 | none |
| 10 | 6 | none |
| 11 | 3 | none |
| 12 | 3 | none |
| 13 | 1 | none |
| 14 | 1 | none |
| 15 | 1 | life |
| 16 | 1 | 10 years |
| 17 | 2 | life |
| 18 | 2 | 12 1/2 years |
| 19 | 8 | life |
| 20 | 1 | 15 years |
| 21 | 8 | life |
| 22 | 8 | life |
| 23 | 8 | life |
| 24 | 11 | life |
| 25 | 2 | life |
| 26 | 7 | 13 years |
| 27 | 1 | life |
| 28 | 1 | life |
| 29 | 1 | life |
| 30 | 1 | life |
| 31 | 1 | life |
| 32 | 3 | life |
| 33 | 1 | life |
| 34 | 1 | life |
| 35 | 2 | life |
| 36 | 2 | life |

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 37 | Perez, Luis Gines | D. PR CR No. 98-164 (DRD) | Authorization withdrawn | M | H | M | H |
| 38 | Perez, Ricardo Melendez | D. PR CR No. 98-164 (DRD) | Authorization withdrawn | M | H | M | H |
| 39 | McIntosh, Richard | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn | M | W | M | B |
| 40 | Knorr, Carl | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn | M | W | M | B |
| 41 | Williams, Xavier | S.D. NY CR No. 00-CR-1008 | Authorization withdrawn | M | B | M | B |
| 42 | Best, Jason | N.D. IN CR No. 2:00CR171RL | Authorization withdrawn | M | B | M | B |
| 43 | Sahakian, David Michael | S.D. IL No. 99-40044 | Authorization withdrawn | M | W | M | B |
| 44 | Lien, David | N.D. CA CR No. 01-CR-20071 | Authorization withdrawn | M | A | M | A |
| 45 | Canty, Raymond | E.D. MI CR No. 01-80571 | Authorization withdrawn | M | B | M | B |
| 46 | Mitchell, Eugene | E.D. MI CR No. 01-80571 | Authorization withdrawn | M | B | M | B |
| 47 | Green, Darryl | D. MA CR No. 02-CR-10301 | Authorization withdrawn | M | B | M | B |
| 48 | Morris, Branden | D. MA CR No. 02-CR-10301 | Authorization withdrawn | M | B | M | B |
| 49 | Foster, Aaron Demarco | D. MD CR No. 02-CR-410 | Authorization withdrawn | M | B | M | B |
| 50 | Stinson, John William | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn | M | W | M | W |
| 51 | Terflinger, Richard Lloyd | C.D. CA No. 02-00938-GHK | Authorization withdrawn | M | W | M | W |
| 52 | Griffin, Robert Lee | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn | M | W | M | W |
| 53 | McElhiney, Michael Patrick | C.D. CA No. 02-00938-GHK | Authorization withdrawn | M | W | M | W |
| 54 | Chance, David Alan | C.D. CA CR No. 02-00938-GHK | Authorization withdrawn | M | W | M | W |
| 55 | Schwyhart, Jason Lee | C.D. CA No. 02-00938-GHK | Authorization withdrawn | M | W | M | B |
| 56 | Mitchell, Willie Edward | D. MD No. 1:04-CR-00029-MJG | Authorization withdrawn | M | B | M | B |
| 57 | Harris, Shelton Lee | D. MD No. 1:04-CR-00029-MJG | Authorization withdrawn | M | B | M | B |
| 58 | Gardner, Shawn Earl | D. MD No. 1:04-CR-00029-MJG | Authorization withdrawn | M | B | M | B |
| 59 | Hall, Eric | D. MD No. JFM-04-0323 | Authorization withdrawn | M | B | M | B |
| 60 | Gladding, Noah | W.D. NY No. 6:05-CR-06166-CJS | Authorization withdrawn | M | W | M | W |
| 61 | Peterson, Aquil | N.D. CA No. 05-00324-MMC | Authorization withdrawn | M | B | M | B |
| 62 | Burton, Harry | D. MD No. 1:07-CR-00149-WDQ | Authorization withdrawn | M | B | F | B |
| 63 | Murray, Michael | M.D. PA CR No. 92-200 | Authorization withdrawn at trial | M | B | M | B |
| 64 | Wyrick, Kevin | W.D. MO CR No. 94-00194-01 | Authorization withdrawn at trial | M | W | M | W |
| 65 | Locust, Jeremiah | W.D. NC CR No. 2:98CR185 | Authorization withdrawn at trial | M | NA | M | W |
| 66 | Thomas, Keoin | N.D. IN CR No. 2:01 CR 073 JM | Authorization withdrawn at trial | M | B | M | W |
| 67 | McMillian, Christopher | N.D. NY CR No. 3:00 CR-269 | Authorization withdrawn at trial | M | B | M | B |
| 68 | Williams, Vincent | E.D. PA CR No. 01-CR-512 | Authorization withdrawn at trial | M | B | F | B |
| 69 | Bodkins, Lanny Benjamin | W.D. VA CR No. 4:04-CR-70083-JLK | Authorization withdrawn at trial | M | W | M | B |
| 70 | Plunkett, Antoine | W.D. VA CR No. 4:04-CR-70083-JLK | Authorization withdrawn at trial | M | B | M | B |
| 71 | Cheever, Scott | D. KS CR No. 05-10050-01-06-MLB | Authorization withdrawn at trial | M | W | M | W |
| 72 | Hardy, Paul | E.D. LA CR No. 94-381 | Awaiting resentencing or retrial | M | B | F | B |

Completed "Authorized" Federal Death Penalty Cases

|    | H | I |
|----|---|---|
| 37 | 1 | 11 years |
| 38 | 1 | 12 years |
| 39 | 1 | none |
| 40 | 1 | none |
| 41 | 3 | life |
| 42 | 1 | life |
| 43 | 4 | none |
| 44 | 1 | none |
| 45 | 2 | 20 years |
| 46 | 2 | 25 years |
| 47 | 1 | none |
| 48 | 1 | none |
| 49 | 6 | life |
| 50 | 6 | life |
| 51 | 5 | none |
| 52 | 6 | life |
| 53 | 4 | none |
| 54 | 2 | none |
| 55 | 3 | none |
| 56 | 5 | pending |
| 57 | 5 | pending |
| 58 | 5 | pending |
| 59 | 4 | 30 years |
| 60 | 1 | life |
| 61 | 3 | 22 years |
| 62 | 3 | 60 years |
| 63 | 1 | life |
| 64 | 1 | life |
| 65 | 1 | life |
| 66 | 1 | life |
| 67 | 2 | life |
| 68 | 4 | life |
| 69 | 1 | life |
| 70 | 1 | life |
| 71 | 1 | none |
| 72 | 1 | death |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 73 | Stitt, Richard Thomas | E.D. VA No. 2:98CR47 | Awaiting resentencing or retrial | M | B | M | B |
| 74 | Chandler, David Ronald | N.D. AL CR No. 90-CR-H-266-E | Clemency | M | W | M | W |
| 75 | Johnson, Corey | E.D. VA No. 3-92-CR-68 | Death row - 2255 | M | B | F | B |
| 76 | Roane, James | E.D. VA No. 3-92-CR-68 | Death row - 2255 | M | B | M | B |
| 77 | Tipton, Richard | E.D. VA No. 3-92-CR-68 | Death row - 2255 | M | B | M | B |
| 78 | Hall, Orlando C. | N.D. TX No. 4:94-CR-121-Y | Death row - 2255 | M | B | F | B |
| 79 | Webster, Bruce | N.D. TX No. 4:94-CR-121-Y | Death row - 2255 | M | B | F | B |
| 80 | Battle, Anthony | N.D. GA No. 1:95 CR 528 | Death row - 2255 | M | B | M | B |
| 81 | Hammer, David Paul | M.D. PA No. 4-96-CR-239 | Death row - 2255 | M | W | M | W |
| 82 | Johnson, Darryl Lamont | N.D. IL No. 96 CR 379 | Death row - 2255 | M | B | M | B |
| 83 | Paul, Jeffrey Williams | W.D. AR No. 6:96CR60022 | Death row - 2255 | M | W | M | W |
| 84 | Allen, Billie Jerome | E.D. MO No. 4:97 CR 0141 ERW (TCM) | Death row - 2255 | M | B | M | W |
| 85 | Holder, Norris G. | E.D. MO No. 4:97 CR 0141 ERW (TCM) | Death row - 2255 | M | B | M | W |
| 86 | Lee, Daniel Louis | E.D. AR No. LR-CR-97-243 | Death row - 2255 | M | W | F | W |
| 87 | Ortiz, Arboleda | W.D. MO No. 98- 00311-01/05-CR-W-2 | Death row - 2255 | M | B | M | H |
| 88 | Sinisterra, German | W.D. MO No. 98- 00311-01/05-CR-W-2 | Death row - 2255 | M | B | M | H |
| 89 | Higgs, Dustin | D. MD No. PJM-98- 0502 | Death row - 2255 | M | B | F | B |
| 90 | Vialva, Christopher Andre | W.D. TX No. W99CR070 | Death row - 2255 | M | B | F | W |
| 91 | Bernard, Brandon | W.D. TX No. W99CR070 | Death row - 2255 | M | B | F | W |
| 92 | Nelson, Keith D. | W.D. MO No. 99-CR-303-1 | Death row - 2255 | M | W | F | W |
| 93 | Jackson, Richard | W.D. NC No. 00-CR-74 | Death row - 2255 | M | W | F | W |
| 94 | Robinson, Julius Omar | N.D. TX No. 00-CR-260 | Death row - 2255 | M | B | M | H |
| 95 | Agofsky, Shannon Wayne | E.D. TX No. 1:03-CR 173 | Death row - 2255 | M | W | M | W |
| 96 | Purkey, Wesley Ira | W.D. MO No. 01-CR-308 | Death row - 2255 | M | W | F | W |
| 97 | Fulks, Chadrick | D. SC No. 02-CR-992 | Death row - 2255 | M | W | F | W |
| 98 | LeCroy, William Emmett | N.D. GA No. 02-CR-38 | Death Row - 2255 | M | W | F | W |
| 99 | Brown, Meier Jason | S.D. GA No. 403-01 | Death row - 2255 | M | B | F | W |
| 100 | Bourgeois, Alfred | S.D. TX No. 02-216 | Death row - 2255 | M | B | F | B |
| 101 | Davis, Len | E.D. LA No. 94-381 | Death row - Appeal | M | B | F | B |
| 102 | Barnette, Aquila Marcivicci | W.D. NC No. 3:97CR23-P | Death row - Appeal | M | B | M | W |
| 103 | Gabrion, Marvin | W.D. MI No. 1:99-CR-76 | Death row - Appeal | M | W | F | W |
| 104 | Johnson, Angela | N.D. IA No. 3:01-CR-03046-MWB | Death row - Appeal | F | W | M | W |
| 105 | Honken, Dustin | N.D. IA No.3:01-CR-03047-MWB | Death row - Appeal | M | W | M | W |
| 106 | Fell, Donald | D. VT 2:01-CR-12-01 | Death row - Appeal | M | W | F | W |
| 107 | Sampson, Gary | D. MA No. 01-CR-10384 | Death row - Appeal | M | W | M | W |
| 108 | Fields, Sherman Lamont | W.D. TX No. 01-CR-164 | Death row - Appeal | M | B | F | B |

Completed "Authorized" Federal Death Penalty Cases

|     | H | I     |
| --- | --- | --- |
| 73  | 3 | death |
| 74  | 1 | death |
| 75  | 8 | death |
| 76  | 3 | death |
| 77  | 7 | death |
| 78  | 1 | death |
| 79  | 1 | death |
| 80  | 1 | death |
| 81  | 1 | death |
| 82  | 6 | death |
| 83  | 1 | death |
| 84  | 1 | death |
| 85  | 1 | death |
| 86  | 3 | death |
| 87  | 1 | death |
| 88  | 1 | death |
| 89  | 2 | death |
| 90  | 2 | death |
| 91  | 2 | death |
| 92  | 1 | death |
| 93  | 1 | death |
| 94  | 3 | death |
| 95  | 1 | death |
| 96  | 1 | death |
| 97  | 2 | death |
| 98  | 1 | death |
| 99  | 1 | death |
| 100 | 1 | death |
| 101 | 1 | death |
| 102 | 2 | death |
| 103 | 5 | death |
| 104 | 5 | death |
| 105 | 5 | death |
| 106 | 3 | death |
| 107 | 3 | death |
| 108 | 1 | death |

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 109 | Mitchell, Lezmond | D. AZ No. 01-CR-1062 | Death row - Appeal | M | NA | F | NA |
| 110 | Mikos, Ronald | N.D. IL No. 02-CR 137 | Death row - Appeal | M | W | F | W |
| 111 | Basham, Branden | D. SC No. 02-CR-992 | Death row - Appeal | M | W | F | W |
| 112 | Mikhel, Iouri | C.D. CA No. 02-220 (A)-NM | Death row - Appeal | M | W | F | W |
| 113 | Kadamovas, Jurijus | C.D. CA No. 02-220 (A)-NM | Death row - Appeal | M | W | F | W |
| 114 | Corley, Odell | N.D. IN No. 02-CR-116 | Death row - Appeal | M | B | F | W |
| 115 | Barrett, Kenneth Eugene | E.D. OK No. 04-100-M-S | Death row - Appeal | M | W | M | W |
| 116 | Bolden, Robert, Sr. | E.D. MO No. 4:02-CR 0557 CEF (AGF) | Death row - Appeal | M | B | M | W |
| 117 | Fields, Edward | E.D. OK No. 6:03-CR-00073 | Death row - Appeal | M | W | M | W |
| 118 | Lighty, Kenneth Jamal | D. MD No. 8:03-CR-00457-PJM | Death row - Appeal | M | B | M | B |
| 119 | Rodriguez, Alfonso, Jr. | D. ND No. 04-CR-55 | Death row - Appeal | M | H | F | W |
| 120 | Wilson, Ronell | E.D. NY No. 1:04-CR-01016-NGG | Death row - Appeal | M | B | M | B |
| 121 | Lawrence, Daryl | S.D. OH No. 2:05-CR-00011-GLF-1 | Death row - Appeal | M | B | M | W |
| 122 | Caro, Carlos David | W.D. VA No. 06 CR 00001 | Death row - Appeal | M | H | M | H |
| 123 | Montgomery, Lisa | W.D. MO No. 5:05-CR-06002-GAF | Death Row - Appeal | F | W | F | W |
| 124 | Lecco, George | S.D. WV No. 2:05-00107 | Death row - Appeal | M | W | F | W |
| 125 | Friend, Valeri | S.D. WV No. 2:05-00107 | Death row - Appeal | F | W | F | W |
| 126 | Jackson, David Lee | E.D. TX No. 1:06-CR-51 | Death row - Appeal | M | B | M | B |
| 127 | Hager, Thomas Morocco | E.D. VA No. 1:05-CR-00264-TSE | Death row - Appeal | M | B | F | W |
| 128 | McCullah, John Javilo | E.D. OK CR No. 1:92-032-S | Death Sen Vac & AW | M | W | M | W |
| 129 | Chanthadara, Bountaem | D. KS CR No. 94-10129-01 | Death Sen Vac & AW | M | A | F | A |
| 130 | Williams, George Travis | M.D. GA CR No. 1:92-CR-142 | Dismissal after notice by Judge | M | B | M | B |
| 131 | Ferebee, Donald | D. MD CR No. 96-96-2273 | Dismissal after notice by judge | M | B | M | B |
| 132 | Garcia, Efraim | E.D. MI CR No. 97-80727 | Dismissal after notice by judge | M | H | M | W |
| 133 | Colon-Miranda, Andres | D. PR CR No. 95-029 JAF | Dismissal after notice by Judge | M | H | M | H |
| 134 | Martinez-Velez, David Samuel | D. PR CR No. 95-029 JAF | Dismissal after notice by Judge | M | H | M | H |
| 135 | Rosario-Rodriguez, Edwin | D. PR CR No. 95-029 JAF | Dismissal after notice by Judge | M | H | M | H |
| 136 | Brown, Ricky Lee | N.D. WV CR No. 1:98CR34 | Dismissal after notice by judge | M | W | F | W |
| 137 | Brown, Barbara M. | N.D. WV CR No. 1:98CR34 | Dismissal after notice by judge | F | W | F | W |
| 138 | Ables, Janette A. | N.D. WV CR No. 1:98CR34 | Dismissal after notice by judge | F | W | F | W |
| 139 | Stewart, Charles Louis | W.D. KY CR No. 4:99-CR-11-M | Dismissal after notice by Judge | M | W | M | W |
| 140 | Gomez-Olmeda, David | D. PR CR No. 03-CR-73 | Dismissal after notice by judge | M | H | M | H |
| 141 | Pennington, Tiffany Dominique | W.D. KY CR No. 01-CR-35 | Dismissal after notice by Judge | M | B | F | W |
| 142 | Safarini, Zayd Hassan Abd Latif | D. DC CR No. 91-CR-504 | Dismissal after notice by judge | M | AR | M | I |
| 143 | Nelson, Brian | E.D. LA CR No. 02-CR-304 | Dismissal after notice by judge | M | B | M | W |
| 144 | Littrell, Gary Joe | C.D. CA No. 02-00938-GHK | Dismissal after notice by Judge | M | W | M | W |

Completed "Authorized" Federal Death Penalty Cases

|  | H | I |
|---|---|---|
| 109 | 2 | death |
| 110 | 1 | death |
| 111 | 2 | death |
| 112 | 5 | death |
| 113 | 5 | death |
| 114 | 2 | death |
| 115 | 1 | death |
| 116 | 1 | death |
| 117 | 2 | death |
| 118 | 1 | death |
| 119 | 1 | death |
| 120 | 2 | death |
| 121 | 1 | death |
| 122 | 1 | death |
| 123 | 1 | death |
| 124 | 1 | death |
| 125 | 1 | death |
| 126 | 1 | death |
| 127 | 1 | death |
| 128 | 1 | death |
| 129 | 1 | death |
| 130 | 3 | 5 years |
| 131 | 2 | life |
| 132 | 5 | none |
| 133 | 1 | life |
| 134 | 1 | life |
| 135 | 1 | 10 years |
| 136 | 5 | none |
| 137 | 5 | none |
| 138 | 5 | none |
| 139 | 2 | life |
| 140 | 1 | life |
| 141 | 1 | life |
| 142 | 22 | life |
| 143 | 1 | life |
| 144 | 1 | none |

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 145 | Hatten, Charles | S.D. WV CR No. 8:02-00232-02 | Dismissal after notice by judge | M | W | M | W |
| 146 | Karake, Francois | D. DC No. 02-CR-256 | Dismissal after notice by Judge | M | B | F | W |
| 147 | Nyaminani, Gregoire | D. DC No. 02-CR-256 | Dismissal after notice by Judge | M | B | F | W |
| 148 | Bimenyimana, Leonidas | D. DC No. 02-CR-256 | Dismissal after notice by Judge | M | B | F | W |
| 149 | Ball, Antwuan | D. DC CR No. 05-0100 (RWR) | Dismissal after notice by Judge | M | B | M | B |
| 150 | Wilson, David | D. DC CR No. 05-0100 (RWR) | Dismissal after notice by Judge | M | B | F | B |
| 151 | Lopez-Matias, Rodney | D. PR No. 06-368 (JAF) | Dismissal after notice by Judge | M | H | M | H |
| 152 | Riera-Crespo, Eduardo | D. PR No. 06-368 (JAF) | Dismissal after notice by Judge | M | H | M | H |
| 153 | Alers-Santiago, Raymond | D. PR No. 06-368 (JAF) | Dismissal after notice by Judge | M | H | M | H |
| 154 | Garza, Juan Raul | S.D. TX CR No. 93-009 | Executed | M | H | M | H |
| 155 | Jones, Louis | N.D. TX CR No. 6-95-CR-0015-C | Executed | M | B | F | W |
| 156 | McVeigh, Timothy James | D. CO CR No. 96-CR-68-M | Executed | M | W | F | W |
| 157 | Zambrano, Jesus | E.D. TX CR No. 9:91-CR4 | Guilty plea | M | H | M | W |
| 158 | Johnson, Darryl | W.D. NY CR No. 92-159-C | Guilty plea | M | B | M | B |
| 159 | O'Bryant, Lonnie | E.D. MI CR No. 92-81127 | Guilty plea | M | B | M | B |
| 160 | Perry, Wayne Anthony | D. DC CR No. 92-474 | Guilty plea | M | B | M | B |
| 161 | Williams, Michael | E.D. MI CR No. 92-81127 | Guilty plea | M | B | M | B |
| 162 | Wilkes, Charles | E.D. MI CR No. 92-81127 | Guilty plea | M | B | M | B |
| 163 | McCauley, Donzell M. | D. DC CR No. 94-121 | Guilty plea | M | B | M | W |
| 164 | Vest, James | W.D. MO CR No. 94-00037-04 | Guilty plea | M | W | M | H |
| 165 | Vest, Mark | W.D. MO CR No. 94-00037-04 | Guilty plea | M | W | M | H |
| 166 | Vest, Steven | W.D. MO CR No. 94-00037-04 | Guilty plea | M | W | M | H |
| 167 | Bonds, Andre | E.D. MO CR No. 4:95CR332 | Guilty plea | M | B | F | W |
| 168 | Chen, Fu Xin | E.D. NY CR No. 95 0870 | Guilty plea | M | A | F | A |
| 169 | Chen, Jia Wu | E.D. NY CR No. 95 0870 | Guilty plea | M | A | F | A |
| 170 | Damon, Marvin | E.D. VA CR No. 3:95CR45 | Guilty plea | M | B | M | B |
| 171 | Fleming, Lamont | E.D. NC CR No. 4:95-CR-41-1-H-2 | Guilty plea | M | B | M | B |
| 172 | Gist, Cory | E.D. NC CR No. 4:95-CR-41-1-H-2 | Guilty plea | M | B | M | B |
| 173 | Haworth, Richard | D. NM CR No. 95-491 LH | Guilty plea | M | W | M | H |
| 174 | Mazzini, Marcos | D. NM CR No. 95-538-MV | Guilty plea | M | H | M | B |
| 175 | Najar, Vincent | D. NM CR No. 95-538-MV | Guilty plea | M | H | M | B |
| 176 | Beckford, Devon Dale | E.D. VA CR No. 3:95CR00087 | Guilty plea | M | B | M | B |
| 177 | Bennett, Daniel Ray | C.D. CA CR No. 96-1140(A)-ER | Guilty plea | M | B | M | B |
| 178 | Cable, Donald Thomas | M.D. TN CR No. 3:96- 00004 | Guilty plea | M | W | F | W |
| 179 | Clary, Moses | D. NJ CR No. 96-576 (Rodriguez) | Guilty plea | M | B | F | W |
| 180 | Cuff, John | S.D. NY CR No. 96 CR 515 (MJW) | Guilty plea | M | B | M | B |

Completed "Authorized" Federal Death Penalty Cases

|     | H   | I              |
| --- | --- | -------------- |
| 145 | 1   | 33.33 years    |
| 146 | 8   | none           |
| 147 | 8   | none           |
| 148 | 8   | none           |
| 149 | 5   | pending        |
| 150 | 5   | pending        |
| 151 | 1   | pending        |
| 152 | 1   | pending        |
| 153 | 1   | pending        |
| 154 | 3   | death          |
| 155 | 1   | death          |
| 156 | 160 | death          |
| 157 | 1   | 26 years       |
| 158 | 2   | life           |
| 159 | 6   | 29 years       |
| 160 | 8   | life           |
| 161 | 2   | 25 years       |
| 162 | 3   | 25 years or less |
| 163 | 1   | life           |
| 164 | 2   | life           |
| 165 | 2   | life           |
| 166 | 2   | life           |
| 167 | 1   | life           |
| 168 | 1   | life           |
| 169 | 1   | life           |
| 170 | 1   | life           |
| 171 | 4   | life           |
| 172 | 4   | life           |
| 173 | 3   | life           |
| 174 | 7   | 20 years       |
| 175 | 7   | 30 years       |
| 176 | 6   | life           |
| 177 | 1   | life           |
| 178 | 1   | life           |
| 179 | 2   | life           |
| 180 | 14  | life           |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 181 | Montanez, Ian Rosario | D. PR CR No. 96-001 (PG) | Guilty plea | M | H | M | H |
| 182 | Ortiz-Velez, Felix | M.D. PA CR No. 3-CR-96-005 (Rambo) | Guilty plea | M | H | M | H |
| 183 | Otero, Julio | M.D. PA CR No. 3-CR-96-005 | Guilty plea | M | H | M | H |
| 184 | Stanley, Edward | C.D. CA CR No. 96-1140(A)-ER | Guilty plea | M | B | M | B |
| 185 | Storey, Gregory | D. KS CR No. 96-40018-01-OES | Guilty plea | M | W | M | W |
| 186 | Walter, Abram | D. AK CR No. F96-026 (HRH) | Guilty plea | M | W | F | NA |
| 187 | Heatley, Clarence | S.D. NY CR No. 96 CR 515 (MJW) | Guilty plea | M | B | M | B |
| 188 | Holland, Charles | N.D. AL CR No. 96-B-0208-NE | Guilty plea | M | W | M | W |
| 189 | Lam, Tanh Huu | E.D. CA CR No. S 97-054-WBS | Guilty plea | M | A | F | A |
| 190 | Reader, Arthur Charles | E.D. TX CR No. 5:97 CR 15 | Guilty plea | M | B | F | B |
| 191 | Wooldridge, Steven W. | W.D. AR CR No. 4:97 CR 40013-001 | Guilty plea | M | W | F | W |
| 192 | Black, Douglas | D. CO CR No. 98-CR-196 | Guilty plea | M | W | M | W |
| 193 | Holloway, Tim | M.D. TN CR No. 3:96-00004 | Guilty plea | M | W | F | W |
| 194 | Kauffman, Christopher | S.D. IA CR No. 97 Wolle | Guilty plea | M | W | F | W |
| 195 | Llamas, Tamara | E.D. NC CR No. 7:97-CR-63-1-H | Guilty plea | F | W | F | W |
| 196 | McMahan, Jamie | S.D. IA CR No. 97 Wolle | Guilty plea | M | W | F | W |
| 197 | Pena, Richard | E.D. LA CR No. 97-CR-145 | Guilty plea | M | H | M | B |
| 198 | Rausini, Walder Pierre | N.D. CA CR No. 95-0319- SI | Guilty plea | M | H | M | W |
| 199 | Riddle, Steven | D. CO CR No. 98-CR-196 | Guilty plea | M | W | M | W |
| 200 | Wakefield, Jimmy Ray | E.D. NC CR No. 7:97-CR-63-1-H | Guilty plea | M | W | F | W |
| 201 | Abeln, Rick | S.D. IL CR No. 98-30022- WDS | Guilty plea | M | W | F | W |
| 202 | Rollack, Peter | S.D. NY CR No. S4 97 CR 1293 | Guilty plea | M | B | F | B |
| 203 | Dean, Chris | D. VT CR No. 2:98M0021 | Guilty plea | M | W | M | W |
| 204 | Santiago, Jose | S.D. NY CR No. 98-CR- 290 | Guilty plea | M | H | M | H |
| 205 | Chong, Richard Lee Tuck | D. HI CR No. 98-00416 ACK | Guilty plea | M | A | M | O |
| 206 | Lane, Robert | D. MD CR No. L-98-73 | Guilty plea | M | B | M | W |
| 207 | Bullock, Joseph | E.D. VA CR No. 3:98CR150 | Guilty plea | M | B | M | B |
| 208 | Valle-Lassalle, Victor Manuel | D. PR CR No. 97-284 (JAF) | Guilty plea | M | H | M | H |
| 209 | Glover, Cody | D. KS CR No. 98-10059-01-MLB | Guilty plea | M | B | M | W |
| 210 | Kee, Charles Michael | S.D. NY CR No. 98-CR-778 | Guilty plea | M | B | M | B |
| 211 | Aiken, Ian Orville | S.D. FL CR No. 97-233-CR- GOLD | Guilty plea | M | B | M | B |
| 212 | Peoples, Cornelius | W.D. MO CR No. 00 CR 395 | Guilty plea | M | B | M | W |
| 213 | Burgett, James Harold | W.D. TN CR No. 98-20160- G | Guilty plea | M | W | F | W |
| 214 | Lawrence, Jonathan Huey | N.D. FL CR No. 3:98CR73 (RV) | Guilty plea | M | W | M | W |
| 215 | Rodgers, Jeremiah Martel | N.D. FL CR No. 3:98CR73 (RV) | Guilty plea | M | W | M | W |
| 216 | Gomez, Edsel Torres | D. PR CR No. 98-72 | Guilty plea | M | H | M | H |

Completed "Authorized" Federal Death Penalty Cases

|     | H  | I          |
| --- | -- | ---------- |
| 181 | 1  | 25 years   |
| 182 | 2  | life       |
| 183 | 2  | life       |
| 184 | 1  | life       |
| 185 | 1  | 27.25 years|
| 186 | 1  | life       |
| 187 | 14 | life       |
| 188 | 1  | 15 years   |
| 189 | 1  | life       |
| 190 | 1  | life       |
| 191 | 1  | life       |
| 192 | 1  | 6.5 years  |
| 193 | 1  | life       |
| 194 | 2  | life       |
| 195 | 1  | life       |
| 196 | 2  | life       |
| 197 | 8  | life       |
| 198 | 2  | 20 years   |
| 199 | 1  | 14 years   |
| 200 | 1  | life       |
| 201 | 1  | life       |
| 202 | 8  | life       |
| 203 | 1  | life       |
| 204 | 1  | 50 years   |
| 205 | 1  | deceased   |
| 206 | 1  | life       |
| 207 | 4  | life       |
| 208 | 2  | life       |
| 209 | 1  | life       |
| 210 | 1  | 40 years   |
| 211 | 2  | 35 years   |
| 212 | 1  | life       |
| 213 | 1  | life       |
| 214 | 1  | life       |
| 215 | 1  | life       |
| 216 | 7  | 30 years   |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 217 | Nieves-Alonso, Heriberto | D. PR CR No. 97-284 (JAF) | Guilty plea | M | H | M | H |
| 218 | Clemente, Louis | M.D. FL CR No. 98-436 CRT 26B | Guilty plea | M | H | M | H |
| 219 | Woody, Charles | C.D. CA CR No. 99-84-AHM | Guilty plea | M | H | M | H |
| 220 | Cooper, Carl Derrick | D. DC CR No. 99-0266 (Green) | Guilty plea | M | B | F | W |
| 221 | Friend, Travis | E.D. VA CR No. 3:99CR201 | Guilty plea | M | B | M | A |
| 222 | Friend, Eugene | E.D. VA CR No. 3:99CR201 | Guilty plea | M | B | M | A |
| 223 | Kendall, Michael Robbie | N.D. MS CR No. 3:99CR102 | Guilty plea | M | W | M | W |
| 224 | Stayner, Cary | E.D. CA CR No. CR-F-00- 5217 AWI | Guilty plea | M | W | F | W |
| 225 | Furrow, Buford | C.D. CA CR No. 99-838 (A) -RAP | Guilty plea | M | W | M | A |
| 226 | Garcia, Rico | N.D. CA CR No. 00-CR-20018 | Guilty plea | M | H | M | H |
| 227 | Pham, Trung Thanh | E.D. CA CR No. 00-CR-411 | Guilty plea | M | A | M | A |
| 228 | Lallamand, Sienky | N.D. IL CR No. 00 CR 143 | Guilty plea | M | B | M | B |
| 229 | Wilson, Bryant Lakeith | W.D. TN CR No. 01-20041-DV | Guilty plea | M | B | F | W |
| 230 | Shorter, Ramon Lori | W.D. TN CR No. 01-20041-DV | Guilty plea | M | B | F | W |
| 231 | Jones, Milton | E.D. MI CR No. 01-80571 | Guilty plea | M | B | M | B |
| 232 | Millegan, Rufus Jerry, Jr. | D. MD CR No. 01-CR-367 | Guilty plea | M | B | F | W |
| 233 | Maxwell, William | W.D. TN CR No. 01-CR-20247 | Guilty plea | M | B | F | B |
| 234 | Skiba, Lawrence | W.D. PA 01-CR-291 | Guilty plea | M | W | M | W |
| 235 | Cisneros, Luis | D. AZ CR No. 03-CR-730 | Guilty plea | M | H | M | H |
| 236 | Cisneros, Felipe N. | D. AZ CR No. 03-CR-730 | Guilty plea | M | H | M | H |
| 237 | Eppinger, Paul E. | D. AZ CR No. 03-CR-730 | Guilty plea | M | H | M | H |
| 238 | Rivera, Angel R | D. AZ CR No. 03-CR-730 | Guilty plea | M | H | M | H |
| 239 | Zapata, Jairo | E.D. NY CR No. 01-516 | Guilty plea | M | H | M | H |
| 240 | Ward, Israel | W.D. MO CR No. 3:02 CR 05025 | Guilty plea | M | B | F | W |
| 241 | Cassell, Kevin Thomas | W.D. VA CR No. 03-CR-13 | Guilty plea | M | B | M | B |
| 242 | Benjamin, Terrance | E.D. LA No. 03-CR-274 | Guilty plea | M | B | M | H |
| 243 | Massino, Joseph | E.D. NY CR No. 1:03-CR-00929-NGG | Guilty plea | M | W | M | W |
| 244 | Le, Cuong Gia | E.D. VA CR No. 03-CR-48 | Guilty plea | M | A | M | A |
| 245 | Becton, Charod | S.D. NY CR No. 1:02-CR-00451-MBM | Guilty plea | M | B | F | B |
| 246 | Hanner, Claron Levi | W.D. PA No. 2:05-CR-00385-TFM | Guilty plea | M | B | M | W |
| 247 | Petzold, Michael Alan | D. ND CR No. 3:05-CR-00101-RRE | Guilty plea | M | H | M | H |
| 248 | Jordan, Gabriel | S.D. IN EV06-CR-0014-01-Y/H | Guilty plea | M | B | F | W |
| 249 | Rico, Jose Rios | D. AZ No. 05-0272-PHX-JAT | Guilty plea | M | H | F | W |
| 250 | Culbert, Stacy | E.D. MI CR No. 92-81127 | Guilty plea at trial | M | B | M | B |
| 251 | DeLaTorree, Jason | D. NM CR No. 95-538-MV | Guilty plea at trial | M | H | M | H |
| 252 | Spivey, Everett | D. NM CR No. 95-491 | Guilty plea at trial | M | W | M | W |

Completed "Authorized" Federal Death Penalty Cases

|     | H | I |
|-----|---|---|
| 217 | 2 | 10 years |
| 218 | 2 | life |
| 219 | 1 | 23 years |
| 220 | 3 | life |
| 221 | 1 | life |
| 222 | 1 | life |
| 223 | 1 | life |
| 224 | 4 | life |
| 225 | 6 | life |
| 226 | 5 | life |
| 227 | 1 | life |
| 228 | 1 | life |
| 229 | 1 | life |
| 230 | 1 | life |
| 231 | 2 | 30 years |
| 232 | 1 | life |
| 233 | 1 | life |
| 234 | 1 | 20 years |
| 235 | 3 | life |
| 236 | 3 | 15.33 years |
| 237 | 3 | life |
| 238 | 3 | life |
| 239 | 3 | 30 years |
| 240 | 2 | 10 years |
| 241 | 1 | 15 years |
| 242 | 4 | life |
| 243 | 1 | life |
| 244 | 2 | life |
| 245 | 3 | pending |
| 246 | 1 | 25 years |
| 247 | 1 | life |
| 248 | 4 | pending |
| 249 | 1 | pending |
| 250 | 1 | life |
| 251 | 7 | 22 years |
| 252 | 3 | 30 years |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 253 | Williams, Robert Russell | E.D. VA CR No. 3:95CR45 | Guilty plea at trial | M | B | M | B |
| 254 | Kaczynski, Theodore John | E.D. CA CR No. S-96-259 | Guilty plea at trial | M | W | M | W |
| 255 | Frank, Deric | S.D. NY CR No. 97 CR 269 (DLC) | Guilty plea at trial | M | B | F | B |
| 256 | Carpenter, Robert L. | W.D. TN CR No. 99-20155 | Guilty plea at trial | M | B | F | W |
| 257 | Carpenter, Antonio☐ | W.D. TN CR No. 99-20155 | Guilty plea at trial | M | B | F | W |
| 258 | Llera-Plaza, Carlos Ivan | E.D. PA CR No. 98-362 | Guilty plea at trial | M | H | M | H |
| 259 | Rodriguez, Victor | E.D. PA CR No. 98-362 | Guilty plea at trial | M | H | M | H |
| 260 | Acosta, Wilfredo Martinez | E.D. PA CR No. 98-362 | Guilty plea at trial | M | H | M | H |
| 261 | Satcher, Steve | D. MD CR No. AW00-0105 | Guilty plea at trial | M | B | F | B |
| 262 | Rudolph, Eric Robert | N.D. AL CR No. 00-CR-422 | Guilty plea at trial | M | W | M | W |
| 263 | Covarrubius, Javier | C.D. CA No. 05 CR 578 | Guilty plea at trial | M | H | F | H |
| 264 | Ledesma, Jose | C.D. CA No. 05 CR 578 | Guilty plea at trial | M | H | F | H |
| 265 | Robledo, Raul | C.D. CA No. 05 CR 578 | Guilty plea at trial | M | H | F | H |
| 266 | Talik, Eugene J., Jr. | N.D. WV No. 5:06-CR-51 | Guilty plea at trial | M | W | F | W |
| 267 | Green, Roy | C.D. CA CR No. 98-337-CBM | Incompetent after authorization | M | B | M | W |
| 268 | Payne, Eben | M.D. TN CR No. 3:98-00038 (NIXON) | Incompetent after authorization | M | B | F | B |
| 269 | Brown, Reginald | E.D. MI CR No. 92-81127 | Innocent | M | B | M | B |
| 270 | McKelton, Antonio | E.D. MI CR No. 98-80348 | Innocent | M | B | M | B |
| 271 | Rice, Darrell David | W.D. VA CR No. 02-CR-26 | Innocent | M | W | F | W |
| 272 | Pretlow, Bilal | D. NJ CR No. 90-CR-238 | Killed or died after authorization | M | B | M | B |
| 273 | Brown, Terrance | E.D. MI CR No. 92-81127 | Killed or died after authorization | M | B | M | B |
| 274 | Stephens, Charles Lee | E.D. TX CR No. 2:99 CR 5 | Killed or died after authorization | M | B | F | W |
| 275 | Smith, Howard L. | E.D. VA CR No. 97-341-A | Lesser included conviction | M | B | M | B |
| 276 | Thomas, Christopher | E.D. VA CR No. 99-477-A | Lesser included conviction | M | B | M | B |
| 277 | Irby, James Allen | D. MD CR No. 8:03-CR-00490-RDB | Lesser included conviction | M | B | M | B |
| 278 | Mosher, Ellis | E.D. TX No. 1:06 CR 00101-TH | Life sentence by jury | M | W | M | W |
| 279 | Caraballo, Gilberto | E.D. NY No. 01-CR-1367 | Life sentence by jury | M | H | M | H |
| 280 | Barnes, Khalid | S.D. NY No. 7:04-CR-00186-SCR | Life Sentence by Jury | M | B | M | B |
| 281 | Moore, Todd | E.D. VA CR No. 2:93CR162 | Life sentence from judge | M | B | M | B |
| 282 | McClure, Cornell Winfrei | D. MD CR No. 01-CR-367 | Life sentence from judge | M | B | F | W |
| 283 | Cooper, Alex | N.D. IL CR No. 89-CR- 580 | Life sentence from jury | M | B | M | B |
| 284 | Davis, Darnell Anthony | N.D. IL CR No. 89-CR-580 | Life sentence from jury | M | B | M | B |
| 285 | Pitera, Thomas | E.D. NY CR No. 90-0424 (RR) | Life sentence from jury | M | W | M | W |
| 286 | Villarreal, Reynaldo Sambrano | E.D. TX CR No. 9:91-CR4 | Life sentence from jury | M | H | M | W |
| 287 | Villarreal, Baldemar | E.D. TX CR No. 9:91-CR4 | Life sentence from jury | M | H | M | W |
| 288 | Hutching, James Norwood | E.D. OK CR No. 1:92-032-S | Life sentence from jury | M | W | M | W |

Completed "Authorized" Federal Death Penalty Cases

|     | H | I |
|-----|---|---|
| 253 | 1 | life |
| 254 | 3 | life |
| 255 | 1 | life |
| 256 | 1 | life |
| 257 | 1 | life |
| 258 | 4 | life |
| 259 | 4 | life |
| 260 | 4 | life |
| 261 | 1 | life |
| 262 | 2 | life |
| 263 | 3 | life |
| 264 | 3 | life |
| 265 | 3 | life |
| 266 | 1 | life |
| 267 | 1 | none |
| 268 | 2 | none |
| 269 | 4 | 17 1/2 years |
| 270 | 1 | none |
| 271 | 2 | none |
| 272 | 2 | suicide |
| 273 | 2 | found murdered |
| 274 | 3 | none |
| 275 | 1 | life |
| 276 | 1 | life |
| 277 | 1 | 38 years |
| 278 | 1 | life |
| 279 | 2 | life |
| 280 | 2 | life |
| 281 | 1 | life (judge sent.) |
| 282 | 1 | life |
| 283 | 1 | life |
| 284 | 1 | life |
| 285 | 7 | life |
| 286 | 1 | 40 years |
| 287 | 1 | life, 30 yrs |
| 288 | 1 | life |

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 289 | Molina, Ramon Medina | E.D. OK CR No. 1:92-032-S | Life sentence from jury | M | H | M | W |
| 290 | Henry, Arnold Mark | E.D. VA CR No. 93-CR-131 | Life sentence from jury | M | B | M | B |
| 291 | Oscar, Frantz | E.D. VA CR No. 93-CR-131 | Life sentence from jury | M | B | M | B |
| 292 | Oscar, Jean Claude | E.D. VA CR No. 93-CR-131 | Life sentence from jury | M | B | M | B |
| 293 | Diaz, Walter | N.D. NY CR No. 94-CR-328 | Life sentence from jury | M | B | F | W |
| 294 | Moore, Dennis B., Sr. | W.D. MO CR No. 94-00194 | Life sentence from jury | M | W | M | W |
| 295 | Nguyen, Phouc H. | D. KS CR No. 94-10129-01 | Life sentence from jury | M | A | F | A |
| 296 | Walker, Tyrone | N.D. NY CR No. 94-CR-328 | Life sentence from jury | M | B | F | W |
| 297 | Nichols, Terry Lynn | D. CO CR No. 96-CR-68-M | Life sentence from jury | M | W | F | W |
| 298 | Beckford, Dean Anthony | E.D. VA CR No. 3:95CR00087 | Life sentence from jury | M | B | M | B |
| 299 | Cazaco, Leonel | E.D. VA CR No. 3:95CR00087 | Life sentence from jury | M | B | M | B |
| 300 | Dennis, Claude | E.D. VA CR No. 3:95CR00087 | Life sentence from jury | M | B | M | B |
| 301 | Ingle, Trinity Edward | W.D. AR CR No. 6:96CR60022 | Life sentence from jury | M | W | M | W |
| 302 | Jones, Anthony | D. MD CR No. WMN-96-0458 | Life sentence from jury | M | B | M | B |
| 303 | Ray, Quan | N.D. IL CR No. 96 CR 379 | Life sentence from jury | M | B | M | B |
| 304 | Thomas, Richard | E.D. VA CR No. 3:95CR00087 | Life sentence from jury | M | B | M | B |
| 305 | Bobbitt, LaFawn | E.D. VA CR No. 97 CR 129 | Life sentence from jury | M | B | F | B |
| 306 | Jones, Rashi | E.D. VA CR No. 97 CR 129 | Life sentence from jury | M | B | F | B |
| 307 | Gonzales-Lauzan, Luis | S.D. FL CR No. 02-CR-20572 | Life sentence from jury | M | H | M | H |
| 308 | Johnson, Shaheem | E.D. VA CR No. 97-00314-A | Life sentence from jury | M | B | F | B |
| 309 | Johnson, Raheem | E.D. VA CR No. 97-00314-A | Life sentence from jury | M | B | F | B |
| 310 | Kehoe, Chevy | E.D. AR CR No. LR-CR-97-243 | Life sentence from jury | M | W | F | W |
| 311 | O'Driscoll, Michael | M.D. PA CR No. 4-CR-01-277 | Life sentence from jury | M | W | M | W |
| 312 | Dhinsa, Gurmeet Singh | E.D. NY CR No. 97-672 (S-3) (ERK) | Life sentence from jury | M | I | M | O |
| 313 | Lightfoot, Xavier Lamar | W.D. MO CR No. 00 CR 395 | Life sentence from jury | M | B | M | W |
| 314 | Hargrove, Demetrius R. | D. KS CR No. 2:03-CR-20192-CM-DJW | Life sentence from jury | M | B | M | W |
| 315 | Al-'Owhali, Mohamed Rashed Daou | S.D. NY CR No. S6 98 CR 1023 | Life sentence from jury | M | AR | F | W |
| 316 | Finley, James A. | W.D. NC CR No. 4:98CR243 | Life sentence from jury | M | W | M | W |
| 317 | Gilbert, Kristin | D. MA CR No. 98-30044-MAP | Life sentence from jury | F | W | M | W |
| 318 | Tello, Plutarco | W.D. MO CR No. 98- 00311-01/05-CR-W-2 | Life sentence from jury | M | B | M | H |
| 319 | Hinestroza, Edwin R. | W.D. MO CR No. 98- 00311-01/05-CR-W-2 | Life sentence from jury | M | H | M | H |
| 320 | Bass, John | E.D. MI CR No. 97-80235 | Life sentence from jury | M | B | M | B |
| 321 | Edelin, Tommy | D. DC CR No. 98-264 | Life sentence from jury | M | B | M | B |
| 322 | Haynes, Willis | D. MD CR No. PJM-98- 0502 | Life sentence from jury | M | B | F | B |
| 323 | Martinez, Mariano | C.D. CA CR No. 99-83-(A)-DT | Life sentence from jury | M | H | M | H |
| 324 | Shakir, Jamal | M.D. TN No. 3:98-00038 (NIXON) | Life Sentence from Jury | M | B | F | B |

Completed "Authorized" Federal Death Penalty Cases

|     | H   | I    |
| --- | --- | ---- |
| 289 | 1   | life |
| 290 | 2   | life |
| 291 | 2   | life |
| 292 | 2   | life |
| 293 | 3   | life |
| 294 | 1   | life |
| 295 | 1   | life |
| 296 | 3   | life |
| 297 | 160 | life |
| 298 | 6   | life |
| 299 | 6   | life |
| 300 | 6   | life |
| 301 | 1   | life |
| 302 | 6   | life |
| 303 | 2   | life |
| 304 | 6   | life |
| 305 | 1   | life |
| 306 | 1   | life |
| 307 | 1   | life |
| 308 | 5   | life |
| 309 | 5   | life |
| 310 | 3   | life |
| 311 | 1   | life |
| 312 | 2   | life |
| 313 | 1   | life |
| 314 | 3   | life |
| 315 | 224 | life |
| 316 | 2   | life |
| 317 | 4   | life |
| 318 | 1   | life |
| 319 | 1   | life |
| 320 | 4   | life |
| 321 | 14  | life |
| 322 | 2   | life |
| 323 | 4   | life |
| 324 | 6   | life |

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 325 | Lyon, Billy Joe | W.D. KY CR No. 4:99-CR-11-M | Life sentence from jury | M | W | M | W |
| 326 | Tatum, Kenneth A. | E.D. TX CR No. 2:99 CR 5 | Life sentence from jury | M | B | F | W |
| 327 | Smith, Daymon | E.D. TX CR No. 2:99 CR 5 | Life sentence from jury | M | B | F | W |
| 328 | Garrett, Lemond | S.D. GA CR No. 4-99-133 | Life sentence from jury | M | B | M | B |
| 329 | Mohamed, Khalfan Khamis | S.D. NY CR No. S6 98 CR 1023 | Life sentence from jury | M | AR | F | W |
| 330 | Wills, Christopher Andaryl | E.D. VA CR No. 99-00396 | Life sentence from jury | M | B | F | W |
| 331 | Sanders, Marcus | S.D. AL CR No. 98-0056-CB | Life sentence from jury | M | B | M | B |
| 332 | Hyles, Tyrese | E.D. MO CR No. 01-CR-73 | Life sentence from jury | M | B | M | B |
| 333 | Denis, Jose | S.D. FL CR No. 99-00714 CR (KING) | Life sentence from jury | M | H | M | H |
| 334 | Gray, Kevin | D. DC CR No. 1:00CR00157 | Life sentence from jury | M | B | F | B |
| 335 | Minerd, Joseph | W.D. PA CR No. 99-215 | Life sentence from jury | M | W | M | A |
| 336 | Moore, Rodney | D. DC CR No. 1:00CR00157 | Life sentence from jury | M | B | M | B |
| 337 | Johnson, Coleman | W.D. VA CR No. 3:00CR00026 | Life sentence from jury | M | W | F | W |
| 338 | Quinones, Alan | S.D. NY CR No. 00 CR 0761 (JSR) | Life sentence from jury | M | H | M | H |
| 339 | Rodriguez, Diego | S.D. NY CR No. 00 CR 0761 (JSR) | Life sentence from jury | M | H | M | H |
| 340 | Williams, Michael | S.D. NY CR No. 00-CR-1008 | Life sentence from jury | M | B | M | B |
| 341 | Williams, Elijah Bobby | S.D. NY CR No. 00-CR-1008 | Life sentence from jury | M | B | M | B |
| 342 | Sablan, William | D. CO No. 00-CR-531 | Life sentence from jury | M | PI | M | H |
| 343 | Sablan, Rudy | D. CO No. 00-CR-531 | Life Sentence from Jury | M | PI | M | H |
| 344 | Ealy, Samuel Stephen | W.D. VA CR No. 00-CR-104 | Life sentence from jury | M | W | M | W |
| 345 | Waldon, Carl | M.D. FL CR No. 3:00-CR-436-J25-TJC | Life sentence from jury | M | B | M | O |
| 346 | Haskell, Carl | W.D. MO CR No. 00-CR-395 | Life sentence from jury | M | B | M | W |
| 347 | Britt, L.J. | N.D. TX CR No. 00-CR-260 | Life sentence from jury | M | B | M | H |
| 348 | Taylor, Styles | N.D. IN CR No. 2:01 CR 073 JM | Life sentence from jury | M | B | M | W |
| 349 | Lentz, Jay | E.D. VA CR No. 01-CR-150 | Life sentence from jury | M | W | F | W |
| 350 | Frye, James Edward | S.D. MS CR No. 01-CR-8 | Life sentence from jury | M | B | M | B |
| 351 | Cooper, Billy D. | S.D. MS CR No. 01-CR-8 | Life sentence from jury | M | B | M | B |
| 352 | Ostrander, Michael Paul | W.D. MI CR No. 01-CR-00218 | Life sentence from jury | M | W | M | W |
| 353 | Ostrander, Robert Norman | W.D. MI CR No. 01-CR-00218 | Life sentence from jury | M | W | M | W |
| 354 | Williams, Tyrone | S.D. TX No. 03-CR-221 | Life sentence from jury | M | B | F | H |
| 355 | Davis, Johnny | E.D. LA CR No. 2:01-CR-282 | Life sentence from jury | M | B | M | B |
| 356 | Haynes, Aaron | W.D. TN CR No. 01-CR-20247 | Life sentence from jury | M | B | F | B |
| 357 | Moussaoui, Zacarias | E.D. VA CR No. 01-CR-455 | Life sentence from jury | M | B | F | W |
| 358 | Aguilar, Martin | E.D. NY No. 01-CR-1367 | Life sentence from jury | M | H | M | H |
| 359 | Regan, Brian Patrick | E.D. VA CR No. 01-CR-40 | Life sentence from jury | M | W | None | None |
| 360 | Cannon, Amesheo D. | E.D. MO CR No. S1-1:01CR00073RWS | Life sentence from jury | M | B | M | B |

Completed "Authorized" Federal Death Penalty Cases

|  | H | I |
|---|---|---|
| 325 | 2 | life |
| 326 | 3 | life |
| 327 | 3 | life |
| 328 | 1 | life |
| 329 | 224 | life |
| 330 | 1 | life |
| 331 | 1 | life |
| 332 | 1 | life |
| 333 | 1 | life |
| 334 | 10 | life |
| 335 | 3 | life |
| 336 | 10 | life |
| 337 | 2 | life |
| 338 | 1 | life |
| 339 | 1 | life |
| 340 | 3 | life |
| 341 | 3 | life |
| 342 | 1 | life |
| 343 | 1 | life |
| 344 | 3 | life |
| 345 | 1 | life |
| 346 | 1 | life |
| 347 | 3 | life |
| 348 | 1 | life |
| 349 | 1 | life |
| 350 | 2 | life |
| 351 | 2 | life |
| 352 | 1 | life |
| 353 | 1 | life |
| 354 | 19 | life |
| 355 | 4 | life |
| 356 | 1 | life |
| 357 | 3000+ | life |
| 358 | 2 | life |
| 359 | 0 | life |
| 360 | 1 | life |

Completed Cases - 8-25-08.xls

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 361 | Matthews, Lavin | N.D. NY CR No. 3:00 CR-269 | Life sentence from jury | M | B | M | B |
| 362 | Dixon, Emile | E.D. NY CR No. 01-CR-389 | Life sentence from jury | M | B | M | B |
| 363 | Tucker, Tebiah Shelah | N.D. NY CR No. 00-CR-269 | Life sentence from jury | M | B | M | B |
| 364 | Perez, Wilfredo | D. CT CR No. 02-CR-7 | Life sentence from jury | M | H | M | H |
| 365 | Gonzalez, Fausto | D. CT CR No. 02-CR-7 | Life sentence from jury | M | H | M | H |
| 366 | Krylov, Petro | C.D. CA No. 02-220 (A)-NM | Life sentence from jury | M | W | M | W |
| 367 | Moses, Keon | D. MD CR No. 02-CR-410 | Life sentence from jury | M | B | M | B |
| 368 | Taylor, Michael Lafayette | D. MD CR No. 02-CR-410 | Life sentence from jury | M | B | M | B |
| 369 | Mills, Barry Byron | C.D. CA CR No. 02-00938-GHK | Life sentence from jury | M | W | M | W |
| 370 | Bingham, Tyler Davis | C.D. CA CR No. 02-00938-GHK | Life sentence from jury | M | W | M | W |
| 371 | Bridgewater, Wayne | C.D. CA No. 02-00938-GHK | Life sentence from jury | M | W | M | B |
| 372 | Houston, Henry Michael | C.D. CA No. 02-00938-GHK | Life sentence from jury | M | W | M | B |
| 373 | James, Richard | E.D. NY No. 02-778 (S-1) (SJ) | Life sentence from jury | M | B | M | B |
| 374 | Mallay, Ronald | E.D. NY No. 02-778 (S-1) (SJ) | Life sentence from jury | M | B | M | B |
| 375 | Smith, Thomas | W.D. MO No. 3:02 CR 05025 | Life sentence from jury | M | B | F | W |
| 376 | Villegas, Hernaldo Medina | D. PR CR No. 3:02-CR-117 | Life sentence from jury | M | H | M | H |
| 377 | Roman, Lorenzo Catalan | D. PR CR No. 3:02-CR-117 | Life sentence from jury | M | H | M | H |
| 378 | Breeden, Shawn | W.D. VA CR No. 03-CR-13 | Life sentence from jury | M | B | M | B |
| 379 | Carpenter, Michael Anthony | W.D. VA CR No. 03-CR-13 | Life sentence from jury | M | B | M | B |
| 380 | Ayala-Lopez, Carlos L. | D. PR CR No. 03-CR-55 | Life sentence from jury | M | H | M | H |
| 381 | Williams, Jamain | E.D. PA CR No. 01-CR-512 | Life sentence from jury | M | B | F | B |
| 382 | Mayhew, John Richard | S.D. OH CR No. CR 02 03-165 | Life sentence from jury | M | W | F | W |
| 383 | Cooper, Andre | E.D. PA CR No. 01-CR-512 | Life sentence from jury | M | B | F | B |
| 384 | Simmons, Brent | W.D. VA CR No. 5:04-CR-30014-SGW | Life sentence from jury | M | B | F | W |
| 385 | Jordan, Peter | E.D. VA CR No. 04-CR-58 | Life sentence from jury | M | B | M | B |
| 386 | Gordon, Lorenzo | E.D. VA CR No. 04-CR-58 | Life sentence from jury | M | B | M | B |
| 387 | Grande, Oscar | E.D. VA CR No. 04-CR-283 | Life sentence from jury | M | H | F | H |
| 388 | Cisneros, Ismael | E.D. VA CR No. 04-CR-283 | Life sentence from jury | M | H | F | H |
| 389 | Wilk, Kenneth | S.D. FL No. 04-CR-60216 | Life sentence from jury | M | W | M | H |
| 390 | Clay, Vertis | E.D. AR No. 4:04-CR-00035 WRW | Life sentence from jury | M | B | M | B |
| 391 | Street, John P. | W.D. MO CR No. 4:04-CR-00298-GAF | Life sentence from jury | M | W | M | W |
| 392 | Gooch, Larry | D. DC No. 04-128 | Life sentence from jury | M | B | M | B |
| 393 | McGriff, Kenneth | E.D. NY No. 04-966 (ERK) (VVP) | Life sentence from jury | M | B | M | B |
| 394 | McTier, James | E.D. NY No. 05-401 | Life sentence from jury | M | B | M | B |
| 395 | Hans, Eric Preston | D. SC No. 6:05 CR 01227-HMH | Life sentence from jury | M | W | F | W |
| 396 | Natson, Michael Antonio | M.D. GA No. 4:05-CR-00021-CDL-GMF | Life sentence from jury | M | B | F | B |

Completed "Authorized" Federal Death Penalty Cases

| | H | I |
|---|---|---|
| 361 | 2 | life |
| 362 | 2 | life |
| 363 | 2 | life |
| 364 | 1 | life |
| 365 | 10 | life |
| 366 | 5 | life |
| 367 | 6 | life |
| 368 | 6 | life |
| 369 | 11 | life |
| 370 | 5 | life |
| 371 | 3 | life |
| 372 | 3 | life |
| 373 | 2 | life |
| 374 | 2 | life |
| 375 | 2 | life |
| 376 | 1 | life |
| 377 | 1 | life |
| 378 | 1 | life |
| 379 | 1 | life |
| 380 | 1 | life |
| 381 | 4 | life |
| 382 | 3 | life |
| 383 | 4 | life |
| 384 | 2 | life |
| 385 | 1 | life |
| 386 | 1 | life |
| 387 | 1 | life |
| 388 | 1 | life |
| 389 | 1 | life |
| 390 | 1 | life |
| 391 | 1 | life |
| 392 | 6 | life |
| 393 | 2 | life |
| 394 | 5 | life |
| 395 | 6 | life |
| 396 | 1 | life |

Completed "Authorized" Federal Death Penalty Cases

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 397 | Solomon, Jelani | W.D. PA No. 2:05-CR-00385-TFM | Life sentence from jury | M | B | M | W |
| 398 | Eye, Gary | W.D. MO No. 4:05-CR-00344-ODS | Life Sentence from Jury | M | W | M | B |
| 399 | Sandstrom, Steven | W.D. MO No. 4:05-CR-00344-ODS | Life Sentence from Jury | M | W | M | B |
| 400 | Henderson, Thomas | S.D. OH No. 2:06-CR-00039 | Life sentence from jury | M | B | M | B |
| 401 | Galan, Thomas A. | N.D. OH No. 3:06-CR-00730-JGC-1 | Life sentence from jury | M | H | M | H |
| 402 | Baskerville, William | D. NJ No. 03-836 (JAP) | Life sentence from jury | M | B | M | B |
| 403 | Moonda, Donna | N.D. OH No. 1:06-CR-00395-DDD | Life sentence from jury | F | W | M | I |
| 404 | Holley, Marvin Lee | N.D. AL CR No. 96-B-0208-NE | Life sentence from jury | M | W | M | W |

Completed "Authorized" Federal Death Penalty Cases

|     | H | I |
|-----|---|---|
| 397 | 1 | life |
| 398 | 1 | life |
| 399 | 1 | life |
| 400 | 4 | life |
| 401 | 2 | life |
| 402 | 1 | life |
| 403 | 1 | life |
| 404 | 1 | life |

Completed Cases - 8-25-08.xls