1

## CURRICULUM VITAE

# Michael B. McGee, M.D.

St. Paul, Minnesota 55102
Phone:                     * Office Fax

---

## EDUCATION:

| | | |
|---|---|---|
| **Waldorf Junior College** **Forest City, Iowa** | **1966-1968** | **Associate of Arts** |
| **Concordia College** **Moorhead, Minnesota** | **1969-1970** | **Bachelor of Science** |
| **University of Minnesota** **School of Medicine** **And Surgery** **Minneapolis, Minnesota** | **1970-1975** | **Doctor of Medicine** |
| **Hennepin County Medical** **Center** **Minneapolis, Minnesota** | **1976-1978** | **Postgraduate Residency** **Pathology** |
| **Hennepin County Medical** **Examiners Office** | **1978-1979** | **Postgraduate Fellowship** **Forensic Pathology** |
| **Regions Hospital** **St. Paul, Minnesota** | **1979-1981** | **Postgraduate Residency** **Pathology** |

## MEDICAL LICENSES:

| | |
|---|---|
| **State of Minnesota** | **1978** |
| **State of Wisconsin** | **1980** |

## CURRENT POSITIONS:

| | |
|---|---|
| Chief Medical Examiner | Ramsey, Washington, Sherburne, Stearns, Cass, Aitkin, Clay, Polk, Norman, Kanabec, Hubbard, Pine, Nicollet, Morrison, Crow Wing and Waseca Counties |
| | Ramsey County Medical Examiners Office 300 East University Avenue St. Paul, Minnesota |
| Course Director | Forensic Police Training Program Minnesota Bureau of Criminal Apprehension St. Paul, Minnesota |
| Lecturer | Law Enforcement Training Program Minnesota Bureau of Criminal Apprehension Training and Development Unit St. Paul, Minnesota |
| Adjunct Assistant Professor | University of Minnesota Department of Laboratory Medicine and Pathology Medical School Minneapolis, Minnesota |

## PAST POSITIONS:

| | | |
|---|---|---|
| Emergency Room Physician Surgery Assistant | 1975-1978 | Eitel Hospital Minneapolis, Minnesota |
| Coroners Pathologist | 1979-1980 | Ramsey County Coroners Office St. Paul, MN |

3

| | | |
|---|---|---|
| **Assistant Medical Examiner** | **1981-1985** | **Ramsey County Medical Examiners Office St. Paul, Minnesota** |
| **Associate Professor Department of Health and Traffic Safety** | **1985-1990** | **St. Cloud State University St. Cloud, Minnesota** |
| **Lecturer** | **1985-1990** | **St. Paul Police Department Training Division St. Paul, Minnesota** |
| **Lecturer** | **1985-1990** | **Regions Hospital Department of Laboratory Medicine and Pathology St. Paul, Minnesota** |
| **Member** | **1990** | **Minnesota Ad Hoc Comm. On Infant Death-Minnesota Infant Death Investigation Guidelines Minnesota Dept. of Health Maternal and Child Health Div. Infant Mortality Reduction Initiative** |
| **President** | **1998** | **Minnesota Coroners & Medical Examiner's Association** |
| **Course Director** | **1999-2004** | **Annual Midwest Homicide Investigative Conference** |

## PROFESSIONAL ORGANIZATIONS AND ASSOCIATIONS:

**Fellow, College of American Pathologists**
**Fellow, American Academy of Forensic Sciences**
**Diplomat, American Board of Pathology, Forensic Pathology**
**National Association of Medical Examiners**
**Minnesota Association of Coroners and Medical Examiners**

## AWARDS – PRESENTATIONS:

Mark A. Roe Foundation Externship in Sudden Infant Death Syndrome Research, 1975, Hennepin County Medical Examiners Office, Minneapolis, MN.

Newton's Apple - Show # 903, KTCA, Channel 2, St. Paul, MN

You Can't Schedule Death:  Ramsey County Medical Examiner, Tapes Rolling Program, KTCA, Channel 2, St. Paul, MN.

Autopsy 2, Voices From The Dead, Home Box Office, New York, New York.

Walking on Thin Ice – A Methamphetamine Prevention Video, Hazelden Foundation, 1999.

Governor's Certificate of Commendation, October 26, 1994, State of Minnesota, St. Paul, MN.

Red Cross Award for Tissue Donation for Transplantation, North Central Tissue Services, American Red Cross, St. Paul, MN.

Partnership Minnesota Cooperative Public Service Award – 1996, Eighth Annual Partnership Minnesota Conference, May 8, 1996, Hubert H. Humphrey Center, Minneapolis, MN.

The Marlys Wolenhaus Investigation, 48 Hours, September 12, 1996, CBS News, New York, New York.

Semifinalist, 2001 Innovations in American Government, Forensic Pathology Specialist Program – State of Minnesota, Institute for Government Innovation, John F. Kennedy School of Government, Harvard University.

Murder on the Menu, Cold Case Files #35, A & E Network, Kurtis Productions

Distinguished Service Award* for service to law enforcement in the state of Minnesota presented by the Minnesota Bureau of Criminal Apprehension, June 15, 2005, St. Paul, MN. (*Awarded once previously)

## PROFESSIONAL PRESENTATIONS:

Using Forensics in Criminal Defense, MTLA Seminar, May 11, 1984, Minneapolis, MN.

Firearm Deaths and Their Investigation, East Metro Forensic Science Seminar, September 6, 1985, St. Paul, MN.

Firearm Deaths and Their Investigation, Forensic Science Seminars for Police Officers, St. Cloud State University, September 18-19, 1986, St. Cloud, MN.

Forensic Pathology, Bethesda Lutheran Hospital, September 25, 1987, St. Paul, MN.

Forensics on Trial – Forensic Science in the Courtroom, Hamline University School of Law, August 4, 1988, St. Paul, MN.

Sharp Force Injuries and Their Examination, Minnesota State Coroners and Medical Examiners Annual Meetings, October 27, 1988, Minneapolis, MN.

Child Abuse Team Education Forum, United Hospitals, December 13, 1988, St. Paul, MN.

Death Investigation Seminar, Wisconsin Department of Justice, Chippewa Valley College, November 8, 1990, Eau Claire, WI.

A Death in White Bear Lake, Last Word Society – American Academy of Forensic Sciences Annual Meeting, February 18, 1991, Anaheim, CA.

Intervention When a Child Dies, Second Annual TEAM Conference, January 29, 1992, Minneapolis, MN.

Use of Medical Experts in Death Investigations, Twenty Seventh Annual Criminal Justice Institute, August 24, 1992, Bloomington, MN.

Homicide Investigation, St. Paul Police Professional Development Institute, October 23, 1992, St. Paul, MN.

Death Scene Investigation for Law Enforcement Personnel, Minnesota Bureau of Criminal Apprehension, February 18, 1993, Little Falls, MN.

Death Scene Investigation for Law Enforcement Personnel, Minnesota Bureau of Criminal Apprehension, September 23, 1993, Winona, MN.

Investigating Child Abuse Fatalities: Use of Investigation Guidelines, Fourth Annual TEAM Conference, January 12, 1994, Bloomington, MN.

Death Scene Investigation for Law Enforcement Personnel, Minnesota Bureau of Criminal Apprehension, May 19, 1994, Fergus Falls, MN.

Deaths Requiring Investigation, Minnesota Infant Death Investigation Guideline Training Workshop, Minnesota Department of Human Services, June 23, 1994, Sheraton Inn Midway, St. Paul, MN.

The Investigation of Firearms Deaths, International Association for Identification – Minnesota Division, September 16, 1994, Bloomington, MN.

Transplant Tissue Donor Enhancement through Cooperative Ventures of Medical Examiners and Tissue Banks: An Experimental Model, National Association of Medical Examiners Annual Convention, September 24, 1994, Charleston, S.C.

Deaths Requiring Investigation, Minnesota Infant Death Investigation Guidelines Training Workshop, Minnesota Department of Human Services, March 2, 1995, Kahler Hotel, Rochester, MN.

Death Scene Investigation for Law Enforcement Personnel, Minnesota Bureau of Criminal Apprehension, June 29, 1995, Edgewater Inn, Duluth, MN.

Investigation of Child Abuse, Death Scene and Police Related Fatalities, Washington County Sheriff's Office, September 13, 1995, LEC, Stillwater, MN.

Infant Death Investigation Guidelines and The Law, Sixth Annual Maltreatment of Minors Conference, January 10-12, 1996, Minneapolis Convention Center, Minneapolis, MN.

Death Investigation Training for Law Enforcement Personnel, Minnesota Bureau of Criminal Apprehension, April 4, 1996, St. Cloud, MN.

Investigation of Child Abuse and Death Scene Investigation, Chippewa Valley Technical College, September 12, 1996, Eau Claire, WI.

The Investigation of Infant Deaths: An Interdisciplinary Symposium, Minnesota Bureau of Criminal Apprehension, November 7, 1996, St. Cloud, MN.

Death Investigation Training for Law Enforcement Personnel – "Death Scene Investigation, Postmortem Interval, Investigation of Child Abuse," Minnesota Bureau of Criminal Apprehension, May 1, 1997, St. James Hotel, Red Wing, MN.

Death Investigation Training for Law Enforcement Personnel – "Death Scene Investigation and Postmortem Interval Evaluation," Minnesota Bureau of Criminal Apprehension, April 28, 1998, Rosemount Community Center, Rosemount, Minnesota.

The Investigation of Deaths Occurring in Custody, West Central Wardens and Superintendents Conference, Minnesota Department of Corrections, May 19, 1998, Airport Hilton Hotel, Bloomington, MN.

Death Investigation Training for Law Enforcement Personnel – "Responding Officers Responsibility, Determining Time of Death, Investigation of Child Abuse," Minnesota Bureau of Criminal Apprehension, Duluth Holiday Inn, Duluth, Minnesota, March 31, 1999.

Patterned Soft Tissue Injuries Due to a Leg Brace, National Association of Medical Examiners, 33rd Annual Meeting, Minneapolis Marriott City Center, Minneapolis, MN., October 18, 1999.

Doxylamine-Related Homicide, National Association of Medical Examiners 33rd Annual Meeting, Minneapolis Marriott City Center, Minneapolis, MN, October 18, 1999.

Introduction to Forensic Pathology, Pathology for Allied Health Students, University of Minnesota School of Medicine, Minneapolis, MN, February 4, 2000.

Death Investigation Training for Law Enforcement Personnel – "Responding Officers Responsibility, Determining time of Death, Investigation of Child Abuse," Minnesota Bureau of Criminal Apprehension, Anoka-Hennepin Technical College, Anoka, MN, February 9, 2000.

A Practical Approach to the Investigation of Child Abuse, Midwest Homicide Investigators Conference, Doubletree Hotel, Bloomington, MN, September 7-8, 2000.

Death Investigation Training for Law Enforcement Personnel – "Responding Officers Responsibility, Determining Post Mortem Interval, Wound Identification, and Proper Response, Bureau of Criminal Apprehension, Radisson Hotel, Rochester, MN, February 7, 2001.

Introduction to Forensic Pathology, Pathology for Allied Health Students, University of Minnesota School of Medicine, Minneapolis, MN, March 7, 2001.

The Investigation of Burned, Buried and Unidentified Remains, Second Annual Midwest Homicide Investigative Conference, Doubletree Hotel, Bloomington, MN, September 6-7, 2001.

Death Investigation for Law Enforcement Personnel – "Responding Officers Duties at the Death Scene, Postmortem Interval Determination, Wound Identification", Bureau of Criminal Apprehension, Anoka County Law Enforcement Center, Anoka, MN on February 6, 2002.

Introduction to Forensic Pathology, Pathology for Allied Health Students, University of Minnesota School of Medicine, Minneapolis, MN, February 27, 2002.

Blunt Force Injuries and their Identification, Third Annual Midwest Homicide Investigative Conference, Doubletree Hotel, Bloomington, MN September 5-6, 2002.

Death Investigation for Law Enforcement Personnel, Chippewa Valley Technical School, Eau Claire, WI December 4, 2002.

Death Investigation for Law Enforcement Personnel – Responding Officers Duties, Time Of Death Determination, Wound Identification and The Investigation of Child Abuse, Bureau of Criminal Apprehension, St. James Hotel, Red Wing, MN February 6, 2003.

Introduction to Forensic Pathology, Pathology for Allied Health Students, University of Minnesota School of Medicine, Minneapolis, MN, February 26, 2003.

"Putting the Puzzle Together – Determining the Time of Death", Fourth Annual Midwest Homicide Investigative Conference, Holiday Inn Express, Bloomington, MN September 4-5, 2003.

Death Investigation for Law Enforcement Personnel – Responding Officers Duties, Determining Time of Death, Wound Identification and The Investigation of Child Abuse, Bureau of Criminal Apprehension, Blaine City Administrative Building, Blaine, MN February 5, 2004.

Introduction to Forensic Pathology, Pathology for Allied Health Students, University of Minnesota School of Medicine, Minneapolis, MN, February 25, 2004.

"C.S.I. Minnesota – Investigations, Pathology and Forensics: Working Together to Solve Homicides" Fifth Annual Midwest Homicide Investigative Conference, Holiday Inn, Arden Hills, MN September 9-10, 2004.

"CSI Minnesota" Minnesota State Bar Association – Criminal Law Section, Minneapolis Marquette Hotel, Minneapolis, MN April 7, 2005.

Death Investigation for Law Enforcement Personnel – Responding Officers Duties, Determining Time of Death, Blunt Traumatic Injuries and Wound Identification, Minnesota West Community Technical College, Worthington, MN, October 26, 2005.

Introduction to Forensic Pathology, Pathology for Allied Health Students, University of Minnesota School of Medicine, Minneapolis, MN, February 22, 2006.

Death Investigation for Law Enforcement Personnel – Responding Officers Duties, Determining Time of Death, Blunt Traumatic Injuries and Wound Identification, Investigation of Child Assaults and Deaths, Alexandria Technical College, Alexandria, MN, March 30, 2006.

First Annual Death Investigation for Investigative Personnel – Determining time of Death, Wound Identification, Investigation of Firearm Related Assaults and Deaths, Investigation of Child Assaults and Deaths, Breezy Point conference Center, Breezy Point, MN, October 16 - 17, 2006.

Autopsy Issues for Attorneys, 42nd Annual Criminal Justice Institute, Minnesota Continuing Legal Education, Sheraton Bloomington Hotel, Bloomington, MN August 27, 2007.

Death Investigation for Law Enforcement Personnel – Responding Officers Duties, Investigation of Gunshot Related Deaths and Assaults, Investigation of Sharp Force Injuries and Assaults, Minnesota West Technical College, Worthington, MN, November 13, 2007.

Third Annual Death Investigation for Investigative Personnel – The Investigation of Fire Related Fatalities, Case Reviews, Grandview Resort conference center, Nisswa, MN May 1-2, 2008.

Death Investigation for Law Enforcement Personnel – Responding Officers Duties, Investigation of Gunshot Related Deaths and Assaults, Investigation of Child Assaults and Deaths, Drug Reviews, Benson, MN, May 7, 2009.

Death Investigation for Law Enforcement Personnel – The Investigation of Firearm Related Fatalities, Cragun's Resort, Brainerd, MN April 29-30, 2010.

## PUBLICATIONS:

McGee, M.B., Caffeine Poisoning in a 19 Year Old Female, Journal of Forensic Sciences, JFSCA, Vol. 25, No. 1, January, 1980.

McGee, M.B., Khan Mohammed, Y., Ruptured Mycotic Aneurysm of a Coronary Artery, Arch Intern Med 140: 1097-98, 1980.

McGee, M.B., Coe, J.I., Postmortem Wound Dehiscence: A Medicolegal Masquerade, Journal of Forensic Sciences, JFSCA, Vol., 26, No. 1, January, 1981.

McGee, M.B., A Course Syllabus for Law Enforcement Officers, East Metropolitan Forensic Science Seminar for Law Enforcement Officers, St. Paul, MN., 1984.

McGee, M.B., A Course Syllabus for Firearm Deaths and Their Investigation, Forensic Science Seminar for Law Enforcement Officers, St. Cloud State University, St. Cloud, MN., 1986.

McGee, M.B., Jejurikar, S.G., VanBurken, L.C., A Double Homicide as a Result of Chloroform Poisoning, Journal of Forensic Sciences, JFSCA, Vol. 32, No. 5, September, 1987.

Sturm, J.T., McGee, M.B., Luxenberg, M.G., Immediate Survival or Death Following Traumatic Aortic Rupture-a Modern Day Analysis of Risk Factors, Journal of Trauma, November, 1988.

Rigle, D.A., Dexter, R.D., McGee, M.B., Cardiac Rhabdomyoma Presenting as a Sudden Infant Death Syndrome, Journal of Forensic Sciences, JFSCA, Vol. 34, No. 3, May, 1989.

McGee, M.B., An Unusual Case of Accidental Hypothermia Due to Cold Water Immersion, The American Journal of Forensic Medicine and Pathology, 10 (2): 152-155, 1989.

McGee,M.B., Meyer,R.R., Jejurikar,S.G., A Death Resulting From Trichlorotrifluroethane Poisoning, Journal of Forensic Sciences, JFSCA, Vol. 35, No. 6, November, 1990.

McGee, M.B., Unusual Blunt Force Wound Patterns Due to A Hexagonal Steel Bar, The American Journal of Forensic Medicine and Pathology, 12 (2): 1991.

McGee, S.M., et al., Spontaneous Intracerebral Hemorrhage Related to Methamphetamine Abuse: Autopsy Findings and Clinical Correlation, American Journal of Forensic Medicine and Pathology, 25 (4): 2004.