IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

United States of America,

      Plaintiff/Respondent,

vs.

Alfonso Rodriguez, Jr.,

      Defendant/Petitioner.

Criminal No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**SCHEDULING ORDER**

On January 9, 2012, the Court held a status conference to discuss scheduling on Petitioner's Motion for Collateral Relief to Vacate, Set Aside, or Correct Sentence, and for a New Trial (Doc. #752).   Based on discussions at the hearing, the Court **HEREBY ORDERS** the parties to comply with the following deadlines, unless a motion for an extension of time is filed before the deadline:

(1)    The Government's brief responding to all issues raised in the Petition is to be filed no later than **July 2, 2012**;

(2)    Petitioner's reply brief and Amended Petition, if applicable, are due no later than **September 4, 2012**.

A status conference is set for **August 20, 2012, at 1:30 p.m.**  The Court asks the parties to discuss potential discovery issues, issues that could be grouped for purposes of an evidentiary hearing, and estimated time needed for presentation of the evidence to the Court in advance of the status conference.

    **IT IS SO ORDERED**.

Dated: January 9, 2012

/s/   *Ralph R. Erickson*
Ralph R. Erickson
Chief United States District Court Judge