IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

United States of America,

      Plaintiff/Respondent,

vs.

Alfonso Rodriguez, Jr.,

      Defendant/Petitioner.

Criminal No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**ORDER ON RELEASE OF
TRIAL EXHIBITS**

The Clerk currently has in its possession the trial exhibits.  The Court **ORDERS** that the trial exhibits be scanned, filed **<u>under seal</u>**, and made available to parties in the electronic court file.  Any exhibits that cannot be scanned shall be itemized and made available during regular business hours for inspection by the parties.

**IT IS FURTHER ORDERED** that the parties are to notify the Court within <u>30 days of the filing of the exhibits</u>, the basis for keeping a particular  trial exhibit under seal.  If no objections are received within 30 days, the exhibits are to be unsealed by the Clerk.

**IT IS SO ORDERED**.

Dated: January 9, 2012

/s/ _Ralph R. Erickson_
Ralph R. Erickson
Chief United States District Court Judge