United States of America

     v.             Case Number: 2:04-cr-55

Alfonso Rodriguez, Jr.

Clerk's Minutes
Proceeding: Status Conference
Re: Motion for Collateral Relief to Vacate, Set Aside, or Correct
Sentence, and for a New Trial (#752)

Honorable Ralph R. Erickson       Date: Monday, January 9, 2012
Shelley M. Giauque, Deputy Clerk     Time: 1:30 PM
Carolyn Pekas, Court Reporter      Recess: 1:55 PM
Susan Hettich, Law Clerk
*****************************************************************************

Appearances:
Attorney for Plaintiff/Respondent:  Keith Reisenauer
Attorney for Defendant/Petitioner:  Joseph Margulies (Chicago)/Katherine Menendez (Mpls)
          /Andrew Mohring(Mpls)
*****************************************************************************

Court calls case and notes appearances.

Attorney Margulies comments and would like to propose a discovery schedule after discussing with the government.
Attorney Reisenauer comments and anticipates that the court will direct the government to answer as set forth in the rules. Court can take petition and answer and then determine what evidentiary hearings are necessary. The government requests an order directing the government to answer to the petition and allow a period of 6 months (ddln: July 2, 2012), then go from there as to how the court would like to proceed.

Attorney Margulies comments and is not grossly opposed to the government's request. Does not object to the six month request. After the answer an amended petition will be filed. May request additional time to respond.

Court comments as to scheduling set forth in prior 8th Circuit cases. Court comments may want to take up issues in manageable segments. July 2nd deadline is ambitions, but manageable.

Court sets the following deadlines:
**Answer deadline** for the government: **7/2/12**
**Status Conference is set** for: **Monday, 8/20/12 at 1:30 PM** (Court would like counsel to visit and discuss potential discovery issues, discuss what kind of clusters of issues need to look at and what is the estimated time required for presentation of the evidence).
**Petitioner's Reply** and amended petition deadline: **9/4/12**

Discovery could take place after the reply date.  May need to request additional time, government might want to file sur-reply.
When issues are fully joined the court would like to move forward.  Court would like pleadings that are in dispute and any factual questions that need to be resolved set forth - evidence needs to match what the pleading say.

Counsel reconvene in chambers.
Recess.