## IN UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

United States of America,

    v.

Alfonso Rodriguez, Jr., Petitioner

)
)
)
)
)
)
)
)
)
)

**MOTION TO APPEAR
PRO HAC VICE**

**Case No.** 2:04-cr-55

MichaelWiseman, an attorney for Petitioner, Alfonso Rodriguez, Jr.

moves the court pursuant to D.N.D. Gen. L. R. 1.3(D) for leave to appear pro hac vice.

In support of the motion to appear pro hac vice, I submit the following information for

consideration by the Court:

| | |
|---|---|
| State of Residence: | Commonwealth of Pennsylvania |
| Office/Firm Address: | Mailing Address: PO Box 120, Swarthmore, PA 19081<br>Office Address: 239 S. Camac Street, Philadelphia, PA 19107 |
| Telephone Number (office): | 215-450-0903 |
| E-mail Address (office): | Wiseman_Law@Comcast.Net |
| Legal Training: | State University of New York at Buffalo, School of Law, May, 1981 |
| Other Bar Admissions:<br>list jurisdiction & ID<br>number for each jurisdiction | Commonwealth of Pennsylvania, Pa Bar No 75342<br>US District Courts for the Eastern and Middle Districts of PA<br>Court of Appeals for the Third Circuit<br>United States Supreme Court |
| Trial Experience: | 30 years of trial and post-conviction experience |

| | |
|---|---|
| Disciplinary Actions: list all past or pending disciplinary actions, including disbarments, suspensions, probations, or any other restrictions | NONE |

I will comply with the Local Rules of the United States District Court for the District of North Dakota and will submit to the jurisdiction of the court in matters of discipline.

Under penalties of perjury, I declare that the above information is true, correct, and complete, to the best of my knowledge and belief.

Dated this 10t day of January, 2010 .

Michael Wiseman

Mailing Address:  PO Box 120, Swarthmore, PA 19081
Office Address:  239 S. Camac Street, Philadelphia, PA 19107

215-450-0903