United States v. Alfonso Rodrig___ r.    Criminal    :04-cr-55   Phase I

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 8/14/06 | Adam Jonason | Aerial Photo of Columbia Mall area (GF) (large) | | X | no 2 | | | | | X |
| 2 | 8/14/06 | Bill Reid | Map of Columbia Mall (Mall) (large) | | X | no 2 | | | | | X |
| 3 | 8/14/06 | Danielle Mark | Photo of Dru Sjodin P-1885 | | X | no 2 | | | | | X |
| 4 | 8/15/06 | Michelle Kostrzewski | Victoria Secret's - November 2003 Time and Attendance Reports and Schedules    1528-1529 | | X | no 2 | | | | | X |
| 5 | 8/15/06 | Jane Amundson | Marshall Field's receipt for purchase of a purse - $132.55 P-0036 | | X | no 2 | | | | | X |
| 6 | 8/15/06 | Don Rasmussen | Tool Shop knife sheath | | X | no 2 | | | | | X |
| 7 | 8/15/06 | Don Rasmussen sp | Photo of knife sheath P-0619 | | X | no 2 | | | | | X |
| 8 | 8/15/06 | Don Rasmussen | Drawing of Dru Sjodin's car location (drawing) | | X | no 2 | | | | | X |
| 9 | 8/15/06 | Duane Simon | Buccal swab from Chris Lang | | X | no 2 | | | | | X |
| 10 | 8/15/06 | Mike Sholes | Marshall Field's bag containing black leather purse | | X | no 2 | | | | | X |
| 11 | 8/15/06 | Mike Sholes | Brown and plaid wallet | | X | no 2 | | | | | X |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

August 14, 2006 (7:22am)

'tates v. Alfonso Rodrigi    r.        Criminal    2:04-cr-55

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12<br>1:01pm | 8/15/06 | Ron Miller | Container from a trace evidence vacuum cleaner | | X | none | | | | | X |
| 13 | 8/15/06 | Kathy Murray | Sonic Care toothbrush | | X | none | | | | | X |
| 14 | 8/15/06 | Kathy Murray | Oral B tooth brush | | X | none | | | | | X |
| 15-1<br>9:30am | 8/16/06 | Judy Evers | Telephone call report (218) 330-4000           8145 | | X | none | | | | | X |
| 15-2 | 8/16/06 | Judy Evers | Repoll #52           8148-8153 | | X | none | | | | | X |
| 16-1 | 8/16/06 | Richard Schlosser | Polk County map           (large)           (Polk) | | X | none | | | | | X |
| 16-2 | 8/16/06 | Richard Schlosser / Jim Remer | Crookston map  * recalled on 8/22 for Demonstrative purposes (large)           (Crookston1) | | X | nod 2 | | | | X | |
| 16-3 | | | Crookston map with marks           (Crookston2) | | | | | | | | |
| 17 | 8/15/06 | Dan Malinowski | Black Cloud Nine shoe (right) | | X | none | | | | | X |
| 18 | 8/16/06 | Juan Garcia | Target receipt           7843 | | X | none | | | | | X |
| 19-1 | 8/16/06 | Juan Garcia | Photo           CDarea | | X | none | | | | | X |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

August 14, 2006 (7:22am)

States v. Alfonso Rodrigı    r.    Criminal    2:04-cr-55

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 19-2 | 8/16/06 | Juan Garcia | Photo                    Bluevest | | X | no bl | | | | | X | |
| 20 4:12pm | 8/16/06 | Dan Ahlquist | Sam's receipt           17466 <br> Walmart receipt        17467 <br> Hugo's receipt          17468 | | X | no 2 | | | | | X | |
| 21 | 8/16/06 | Dan Ahlquist | Audio CD of Rodriguez interview on 11/26/2003 @ 1330 | | X | YES | | X | | | X | rec'd |
| 21-1 | | | transcript | | X | YES | | X | | | X | |
| 22- | 8/16/06 | Dan Ahlquist | Audio CD of Rodriguez interview on 11/26/2003 @ 1845 | | X | Yes | | | X | (Redacted) | X | rec'd |
| 22-1 | 8/16/06 | Dan Ahlquist transcripts | | | X | Yes | | | X | (Redacted, Rec'd | 22-2 <br> 22-3) | |
| 23 | 8/16/06 | Dan Ahlquist | Knife | | X | no 2 | | | | | X | |
| 24 | 8/16/06 | Don Alhquist | Audio CD of Rodriguez interview on 11/26/2003 @ 1942 | | X | Yes | | X | | (Redacted) | | 24-2 <br> 24-3 |
| 24-1 | 8/16/06 | Dan Alhquist | transcript | | X | Yes | | X | | | | |
| 25 | | | Jeans from Rodriguez | | | | | | | | | |
| 26 | 8/16/06 | Dan Alhquist | Leather jacket from Rodriquez | | X | no 2 | | | | | X | |
| 27 | 8/17/06 | Ahlquist | Surveillance tape from McDonald's - East Grand Forks | | | | | | | | | |
| 28 | 8/17/06 | Mark Lanva | Empire Theatre movie brochure for 11/22/2003          20763-20764 | | X | No 1p | | | | | X | |
| 29-1 | 8/17/06 | Eric Kendall | Columbia 4 Theatres - movies showing on 11/22/2003    20769 & 20768 | | X | No 1e | | | | | X | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

August 14, 2006 (7:22am)

nited States v. Alfonso Rodrigu___r.          Criminal___:04-cr-55

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 29-2 | 8/17/06 | Fran Kendall | Midco Theatres - movies showing on 11/22/2003      20770-20774 | ✗ | ✗ | none | | | | | ✗ |
| 30 | 8/17/06 | Mike Iwan | Menards - knife and sheath | | ✗ | none | | | | | ✗ |
| 31-1 31-1 31-2 31-3 | 8/17/06 | Kristin Haas | Videotape - Marshall Field's   Zip Drives | | ✗ | none | | | | | ✗ |
| 32 *2 | 8/17/06 | Chris Coulter | ~~Videotape~~ - Target   CD | | ✗ | none | | | | | ✗ |
| 33 *3 33-1 Back Page. | 8/17/06 | Craig Thrane | Videotape and composite   VHS | | ✗ | none | | | | | ✗ |
| 34 | 8/17/06 | W M Macki | Black "Brahma" boots | | ✗ | none | | | | | ✗ |
| 35 | 8/17/06 | W M Macki | Black Texas Tech cap | | ✗ | none | | | | | ✗ |
| 36 | 8/17/06 | W M Macki | Gray and blue striped shirt | | ✗ | none | | | | | ✗ |
| 37 | 8/17/06 | Diane Thibert | Buccal swab from Alfonso Rodriguez, Jr. | | ✗ | none | | | | | ✗ |
| 38 | 8/17/06 | Keith Hinnenkamp. | Fibers from Tool Shop sheath   attached to exhibit 6 | | ✗ | none | | | | | ✗ |
| 39 | 8/17/06 | Keith Hinnenkamp | Red fibers | | ✗ | none | | | | | ✗ |

\*F-Foundation only
\*A-Admitted into Evidence for all Purposes

August 14, 2006 (7:22am)

United States v. Alfonso Rodrigu___ r.    Criminal    __:04-cr-55

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40-1 | 8/21/04 | Nat Pearlson | Photo P-0420 | | X | none | | | | | X |
| 40-2 | 8/21/06 | Nat Pearlson | Photo P-0585 | | X | none | | | | | X |
| 40-3 | 8/21/06 | Nat Pearlson | Photo P-0476 | | X | none | | | | | X |
| 40-4 | 8/21/06 | Nat Pearlson | Photo P-0474 | | X | none | | | | | X |
| 40-5 | 8/21/06 | Nat Pearlson | Photo P-0455 | | X | none | | | | | X |
| 40-6 | 8/21/06 | Nat Pearlson | Photo P-0459 | | X | none | | | | | X |
| 40-7 | 8/21/06 | Nat Pearlson | Photo P-0484 | | X | none | | | | | X |
| 40-8 | 8/21/06 | Nat Pearlson | Photo P-0485 | | X | none | | | | | X |
| 40-9 | 8/21/06 | Nat Pearlson | Photo P-0489 | | X | none | | | | | X |
| 40-10 | 8/21/06 | Nat Pearlson | Photo P-0496 | | X | none | | | | | X |
| 40-11 | 8/21/06 | Nat Pearlson | Photo P-0490 | | X | none | | | | | X |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

August 14, 2006 (7:22am)

United States v. Alfonso Rodrigu    r.         Criminal    :04-cr-55

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 40-12 | 8/21/06 | Nat Pearlson | Photo P-0495 | | X | none | | | | | X |
| 40-13 | 8/21/06 | Nat Pearlson | Photo P-0505 | | X | none | | | | | X |
| 40-14 | 8/21/06 | Nat Pearlson | Photo P-0508 | | X | none | | | | | X |
| 40-15 | 8/21/06 | Nat Pearlson | Photo P-0510 | | X | none | | | | | X |
| 40-16 | 8/21/06 | Nat Pearlson | Photo P-0515 | | X | none | | | | | X |
| 40-17 | 8/21/06 | Nat Pearlson | Photo P-0516 | | X | no2e | | | | | X |
| 41 | 8/21/06 | Nat Pearlson | Fibers from trunk of Rodriguez's car | | X | no2e | | | | | X |
| 42 | 8/21/06 | Nat Pearlson | Blood swab from interior of rear window of Rodriguez's car | | X | no2e | | | | | X |
| 43 | 8/21/06 | Nat Pearlson | Car rear seat cushion from Rodriguez's car | | X | no2e | | | | | X |
| 44 | 8/21/06 | Nat Pearlson | Section of rear passenger side seat belt from Rodriguez's car | | X | none | | | | | X |
| 45 | 8/21/06 | Nat Pearlson | Section of rear center seat belt from Rodriguez's car | | X | none | | | | | X |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

August 14, 2006 (7:22am)

United States v. Alfonso Rodrigu    Jr.                    Criminal    2:04-cr-55

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | 8/21/06 | Nat Pearson | Swab - interior of rear window | | X | none | | | | | X | |
| 47 | 8/21/06 | Nat Pearson | Vacuum filter from Alfonso Rodriguez's car and fibers | | X | none | | | | | X | |
| 48 | 8/21/06 | Elizabeth | Prior Conviction - Elizabeth Knudson  not to jury | | X | yes | | | | | X | Court Exhibit |
| 49 | 8/21/06 | Shirley Seddon  not to jury  ✶ | Prior Conviction - Shirley Seddon | | X | yes | | | | | X | Court Exhibit |
| 50 | | | Photo                                          P-0980 | | | | | | | | | → |
| 50-1 | 8/21/06 | Dick Rue | Photo | | X | none | | | | | X | |
| 51-1 | 8/22/06 | Nat Pearson | Photo                                          P-1087 | | X | none | | | | | X | |
| 51-2 | 8/22/06 | Nat Pearson | Photo                                          P-1094 | | X | none | | | | | X | |
| 51-3 | 8/22/06 | Nat Pearson | Photo                                          P-0954 | | X | none | | | | | X | |
| 51-4 | 8/22/06 | Nat Pearson | Photo                                          P-0953 | | X | none | | | | | X | |
| 51-5 | | | Photo                                          P-1007 | | | | | | | | | |
| 51-6 | | | Photo                                          P-1014 | | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes                    August 14, 2006 (7:22am)

United States v. Alfonso Rodrigu... Jr.     Criminal     2:04-cr-55

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 51-7 | | | Photo<br><br>P-0913 | | | | | | | | |
| 52-1 | 8/22/06 | Nat Pearlson | Photo from video composite of crime scene<br>P-1118 | | X | none | | | | | X |
| 52-2 | 8/22/06 | Nat Pearlson | Photo from video composite of crime scene<br>P-0889 | | X | none | | | | | X |
| 52-3 | 8/22/06 | Nat Pearlson | Photo from video composite of crime scene<br>P-1076 | | X | none | | | | | X |
| 52-4 | 8/22/06 | Nat Pearlson | Photo from video composite of crime scene<br>P-1077 | | X | none | | | | | X |
| 52-5 | 8/22/06 | Nat Pearlson | Photo from video composite of crime scene<br>P-0952 | | X | none | | | | | X |
| 52-6 | 8/22/06 | Nat Pearlson | Photo from video composite of crime scene<br>P-1020 | | X | none | | | | | X |
| 52-7 | | | Photo from video composite of crime scene<br>P-1008 | | | | | | | | |
| 52-8 | | | Photo from video composite of crime scene<br>P-1012 | | | | | | | | |
| 52-9 | | | Photo from video composite of crime scene<br>P-1026 | | | | | | | | |
| 52-10 | | | Photo from video composite of crime scene<br>P-1027 | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes                    August 14, 2006 (7:22am)

United States v. Alfonso Rodrigu___ ___r.          Criminal          2:04-cr-55

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 52-11 | | | Photo from video composite of crime scene  P-1017 | | | | | | | | |
| 52-12 | 8/22/06 | Nat Pearson | Photo from video composite of crime scene  P-1049 | | X | none | | | | | X |
| 52-13 | 8/22/06 | Nat Pearson | Photo from video composite of crime scene  P-1050 | | X | none | | | | | X |
| 52-14 | 8/22/06 | Nat Pearson | Photo from video composite of crime scene  P-1003 | | X | none | | | | | X |
| 52-15 | 8/22/06 | Nat Pearson | Photo from video composite of crime scene  P-1063 | | X | none | | | | | X |
| 52-16 | 8/22/06 | Nat Pearson | Photo from video composite of crime scene  P-1053 | | X | none | | | | | X |
| 52-17 | 8/22/06 | Nat Pearson | Video presentation of crime scene  (videotape - less than 5 min) | | X | none | | | | | X |
| 53 | 8/22/06 | Nat Pearson | Brown and red piece of plastic  (small) | | X | none | | | | | X |
| 54 | 8/22/06 | Nat Pearson | Brown piece of plastic  (small) | | X | none | | | | | X |
| 55 | 8/22/06 | Nat Pearson | Brown and red piece of plastic  (Small) | | X | none | | | | | X |
| 56 | 8/22/06 | Nat Pearson | Black shoe | | X | none | | | | | X |

*F-Foundation only
*A-Admitted into Evidence for all Purposes                    August 14, 2006 (7:22am)

**United States v. Alfonso Rodrigu___ ,r.**      **Criminal** ___ **2:04-cr-55**

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 57 | 8/20/06 | Nat Pearlson | Cell phone | | X | none | | | | | X |
| 58 | 8/22/06 | Nat Pearlson | Brown and red pieces of plastic (small) | | X | none | | | | | X |
| 59 | 8/22/06 | Nat Pearlson | Black Old Navy brand P-coat | | X | none | | | | | X |
| 60 | 8/22/06 | Nat Pearlson | Hairs from Black Old Navy brand P-coat (small) | | X | none | | | | | X |
| 61 | 8/22/06 | Susan Gross | Tape lifts from Black Old Navy brand P-coat | | X | none | | | | | X |
| 62 | 8/22/06 | Susan Gross | Fibers from Black Old Navy brand P-coat | | X | none | | | | | X |
| 63 | 8/22/06 | Nat Pearlson | Pink blouse | | X | none | | | | | X |
| 64 | 8/22/06 | Susan Gross | Fibers | | X | none | | | | | X |
| 65 | 8/22/06 | Nat Pearlson | Tank top | | X | none | | | | | X |
| 66 | 8/22/06 | Nat Pearlson | Bra | | X | none | | | | | X |
| 67 | 8/22/06 | Nat Pearlson | Stocking (left) | | X | none | | | | | X |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

August 14, 2006 (7:22am)

United States v. Alfonso Rodrigu        r.        Criminal       :04-cr-55

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 68 | 8/22/06 | Nat Pearson | Neck ligature cord & plastic | | X | none | | | | | X |
| 69 | 8/22/06 | Nat Pearson | Wrist ligature cord | | X | none | | | | | X |
| 70 | | | Kmart bag from garage | | | | | | | | |
| 71 | 8/21/06 | Randy Sondiol | Sample knife and sheath | | X | none | | | | | X |
| 72 | 8/21/06 | Karl Erickson | Black Old Navy brand pants | | X | none | | | | | X |
| 73 | 8/22/06 | Jim Remer | Three samples of Kmart bags | | X | none | | | | | X |
| 74 | 8/22/06 | Jim Remer | Multi-colored blanket | | X | none | | | | | X |
| 75 | 8/21/06 | Stan Leach | Black gloves | | X | none | | | | | X |
| 76 | 8/22/06 | Chris Boeckers | Red blanket/bedspread | | X | none | | | | | X |
| 77 | | | Saliva sample from Linda Walker | | | | | | | | |
| 78-1 | | | Photo<br><br>P-0785 | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

August 14, 2006 (7:22am)

United States v. Alfonso Rodrigu      r.          Criminal      :04-cr-55

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 78-2 | | | Photo P-0786 | | | | | | | | |
| 78-3 | | | Photo P-0787 | | | | | | | | |
| 78-4 | | | Photo P-0788 | | | | | | | | |
| 78-5 | | | Photo P-0789 | | | | | | | | |
| 78-6 | | | Photo P-0796 | | | | | | | | |
| 78-7 | | | Photo P-0803 | | | | | | | | |
| 78-8 | | | Photo P-0806 | | | | | | | | |
| 78-9 | | | Photo P-0810 | | | | | | | | |
| 78-10 | | | Photo P-0811 | | | | | | | | |
| 78-11 | 8/28/06 | Dr. Michael McGee | Photo P-0812 | | X | R | | | | | X |
| 78-12 | | | Photo P-0813 | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes                    August 14, 2006 (7:22am)

United States v. Alfonso Rodrigu___ r.                    Criminal ___ :04-cr-55

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 78-13 | | | Photo<br><br>P-0815 | | | | | | | | |
| 78-14 | | | Photo<br><br>P-0819 | | | | | | | | |
| 78-15 | | | Photo<br><br>P-0820 | | | | | | | | |
| 78-16 | | | Photo<br><br>P-0829 | | | | | | | | |
| 78-17 | | | Photo<br><br>P-0830 | | | | | | | | |
| 78-18 | | | Photo<br><br>P-0831 | | | | | | | | |
| 78-19 | 8/28/06 | Dr. Michael McGee | Photo<br><br>P-0836 | | X | no z | | | | | X |
| 78-20 | | | Photo<br><br>P-0838 | | | | | | | | |
| 78-21 | 8/28/06 | Dr. Michael McGee | Photo<br><br>P-0841 | | X | no z | | | | | X |
| 78-22 | | | Photo<br><br>P-0842 | | | | | | | | |
| 78-23 | | | Photo<br><br>P-0843 | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes                    August 14, 2006 (7:22am)

United States v. Alfonso Rodrigu    r.             Criminal I    :04-cr-55

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---------|------|---------|-------------|-------------|---------|-----------|----------|-----------|-----------|-----------|----------|
| 78-24 | 8/28/06 | Dr. Michael McGee | Photo P-0845 | | X | no? | | | | | X |
| 78-25 | | | Photo P-0847 | | | | | | | | |
| 78-26 | | | Photo P-0848 | | | | | | | | |
| 78-27 | | | Photo P-0855 | | | | | | | | |
| 78-28 | | | Photo P-0856 | | | | | | | | |
| 78-29 | | | Photo P-0860 | | | | | | | | |
| 78-30 | | | Photo P-0861 | | | | | | | | |
| 78-31 | | | Photo P-0862 | | | | | | | | |
| 78-32 | | | Photo P-0869 | | | | | | | | |
| 78-33 | | | Photo P-0870 | | | | | | | | |
| 78-34 | | | Photo P-0872 | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes                    August 14, 2006 (7:22am)

United States v. Alfonso Rodrigu  r.     Criminal  :04-cr-55

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 78-35 | | | Photo P-0873 | | | | | | | | |
| 78-36 | | | Photo P-0874 | | | | | | | | |
| 78-37 | | | Photo P-0875 | | | | | | | | |
| 79-1 through 79-35 | 8/22/06 | Susan Gross | Slides for Powerpoint presentation (34 pages) | | X | none | | | | | X |
| 80 | 8/22/06 | Les McClurdy | Slides for Powerpoint presentation | | X | none | | | | | X |
| 81-1 | 8/21/06 | Steven Fischer | BCA Drawing 18152 | | X | none | | | | | X |
| 81-2 | 8/21/06 | Steven Fischer | BCA Drawing 9829a | | X | none | | | | | X |
| 81-3 | 8/21/06 | Steven Fischer | BCA Drawing 9831a | | X | none | | | | | X |
| 82 | 8/21/06 | Stan Leach | Hat - label - Kmart | | X | none | | | | | X |
| 83 | 8/21/06 | Randy Sondrel | Copy of Sondrel report (times + Distances) | | X | none | | | | | X |
| 84 | 8/28/06 | Dr. Michael McGee | Large Chart | | X | none | | | | | X |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

August 14, 2006 (7:22am)

EXHIBIT LIST - - CRIMINAL CASE NO.    2:04-cr-55
CASE TITLE: United States of America v. Alfonso Rodriguez, Jr.

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RRESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---------|------|---------|-------------|-------------|---------|-----------|-----------|-----------|-----------|-----------|----------|
| 22-2 | 8/16 | Dan Ahlquist | Redacted version audio | | X | none | | | | | X |
| 22-3 | 8/16 | Dan Ahlquist | Redacted version transcript | | X | none | | | | | X |
| 24-2 | 8/16 | Dan Ahlquist | Redacted version audio | | X | none | | | | | X |
| 24-3 | 8/16 | Dan Ahlquist | Redacted version transcript | | X | none | | | | | X |
| 33-1 | 8/17 | Craig Thrane | Video download from Target | | X | none | | | | | X |
| 50-2 | 8/21 | Dick Roue | Photo | | X | none | | | | | X |
| *52-18 | | Nat Pearson | | | X | yes | | | X | ✗ | not to Jury |
| 78-39 | 8/26 | Dr. Michael McGee | Photo (neck) | | X | none | | | | | X |
| 79-33 | 8/22 | Susan Gross | large Diagram | | X | none | | | | | X |
| | | | | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all purposes

Irregular Exhibits: _____

✳ not to jury.

Phase I

United States v. Alfonso Rodriguez, Jr.                    Criminal N   2:04-cr-55

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---------|------|---------|-------------|-------------|---------|-----------|----------|-----------|-----------|-----------|----------|
| D-1 | 8/22/06 | Jim Remer | Manuel for Cell phone | | X | no no | | | | | X |
| D-2 | 8/28/06 | Dr. Michael McGee | picture | | X | no 2 | | | | | X |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

August 14, 2006 (7:22am)

Phase I

EXHIBIT LIST - - CRIMINAL CASE NO.    2:04-cr-55
CASE TITLE: United States of America v. Alfonso Rodriguez, Jr.

| P/D NO. Court | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RRESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | 8/15 | Terry Bayne | Report - dated 3-18-04 | | X | | | | | | X |
| B | 8/15 | — | Grand Falks Herald Article Re: Juror | | | | | | | | X |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all purposes

Irregular Exhibits: _____

Phase II

| United States v. Alfonso Rodrigue Jr. | | | | Criminal N 2:04-cr-55 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
| 78-40 | 9/5/06 | Dr. Michael McGee | Photo | | X | yes | | X | | | X |
| 78-42 | 9/5/06 | Dr Michael McGee | large chart. (female figure) | | X | yes | | X | | | X |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all Purposes

August 14, 2006 (7:22am)

*Phase III*

EXHIBIT LIST - -  CRIMINAL CASE NO.    2:04-cr-55 (Phase III)
CASE TITLE: United States of America v.  Alfonso Rodriguez, Jr.

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RRESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D1 | | | | | | | | | | | |
| D2 | | | | | | | | | | | |
| D3 ✓✓ | 9/12/06 | Delores Rodriguez | CD - | | | | | | | | |
| D4 ✓ | 9/12/06 | Delores Rodriguez | Photo - (Crop spraying) | | X | none | | | | | X |
| D5 | 9/12/06 | Delores Rodriguez | Photo (picture of Alfonso as a child) | | X | no 2 | | | | | X |
| D6 | 9/12/06 | Delores Rodriguez | Photo (picture of Alfonso Standing | | X | no 2 | | | | | X |
| D7 ✓ | 9/12/06 | Delores Rodriguez / Dr. Hutchinson | Photo (2 boys) | | X | yes 3 | Redfred | X | | X | ok |
| D8 | 9/12/06 | Delores Rodriguez | Photo (Alfonso bday cake) | | X | yes | | | X | | |
| D9 ✓ | 9/12/06 | Delores Rodriguez | Photo (family photo) | | X | wood | | | | | X |
| D10 | 9/12/06 | Delores Rodriguez | Photo (family photo) | | X | yes | | | X | | |

*F-Foundation only
*A-Admitted into Evidence for all purposes

Irregular Exhibits: _____

EXHIBIT LIST -- CRIMINAL CASE NO.  2.04-cr-55 (Phase III)
CASE TITLE: United States of America v. Alfonso Rodriguez, Jr.

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RRESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D11 | 9/12/06 | Delores Rodriguez | notes | | X | none | | | | | X |
| D12 | 9/12/06 | Dr. Donald Ecobichon | Chart - | | X | none | | | | | X |
| D13 | 9/12/06 | Dr. Donald Ecobichon | article - environmental health prospectives (pg 351) | | X | none | | | | | X |
| D14 | 9/12/06 | Dr. Karen Bronk-Framing | Scoring Sheet    marked returned to cnsl | | | | | | | | |
| D15 | 9/12/06 | Dr. Karen Bonk-Fraining | drawing    marked returned to counsel | | | | | | | | |
| D16 | | | | | | | | | | | |
| D17 | 9/13/06 | Dr. Hutchinson | Erik Erikson Developmental Tasks *Demonstrative Only | | X | none | | DEMONSTRATIV | ONLY | | X |
| D18 | 9/18/06 | Dr. Rita Saint George | Kite form | | X | none | | | | | X |
| D19 | | | Plea offer - ltr — Exhibit C | | | | | | | | |
| | | | | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all purposes

Irregular Exhibits: _____

Phase III

EXHIBIT LIST - - CRIMINAL CASE NO.    2:04-cr-55
CASE TITLE: United States of America v. Alfonso Rodriguez, Jr.

| P/D NO. P | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RRESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 85 | 9/18 | Dr. Rita SaintGeorge | (marked for purposes identification) Kitefam Diagnostic Assesment. | X | X | | | | | | X |
| 86 | 9/14 | Ted Mickelson | Email - (12/18, 12/20, 12/21) | | X | no 2 | | | | | X |
| *87 | 9/ | | Re: Civil Committment Referral Determination | | X | yes | | | X | | Not to Jury |
| 90 | 9/18 | Dr. Saint George | Mental Health Recall Chart notes | | X | no 2 | | | | | X |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all purposes

Irregular Exhibits: _____

Phase III

EXHIBIT LIST - - CRIMINAL CASE NO.    2:04-cr-55
CASE TITLE: United States of America v. Alfonso Rodriguez, Jr.

| EXD NO. Court | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | RRESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| C | 9/18 | — | Letter from atty Ney to USAttorney Wrigley dated 3-8-06 | | X | | | | | | X |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

*F-Foundation only
*A-Admitted into Evidence for all purposes

Irregular Exhibits: _____