IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

United States of America,

        Plaintiff/Respondent,

vs.

Alfonso Rodriguez, Jr.,

        Defendant/Petitioner.

Criminal Case No.:  2:04-CR-55
Civil Case No.:  2:11-CV-88

**Itemized List of Trial Exhibits
NOT Scanned**

The following trial exhibits have <u>NOT</u> been scanned:

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Government Exhibit  1 | Aerial Photo of Columbia Mall area *(exhibit returned to USA)* |
| Government Exhibit  2 | Map of Columbia Mall *(exhibit returned to USA)* |
| Government Exhibit  6 | Tool Shop knife sheath |
| Government Exhibit  8 | Drawing of Dru Sjodin's car location [oversized drawing] |
| Government Exhibit  9 | Buccal swab from Chris Lang |
| Government Exhibit  10 | Marshall Field's bag containing black leather purse *(exhibit returned to USA)* |
| Government Exhibit  11 | Brown and plaid wallet |
| Government Exhibit  12 | Container from trace evidence vacuum cleaner *(exhibit returned to USA)* |
| Government Exhibit  13 | Sonic Care toothbrush *(exhibit returned to USA)* |
| Government Exhibit  14 | Oral B tooth brush *(exhibit returned to USA)* |
| Government Exhibit  16-1 | Polk County map *(exhibit returned to USA)* |
| Government Exhibit  16-2 | Crookston map *(exhibit returned to USA)* |

| EXHIBIT | DESCRIPTION |
|---|---|
| Government Exhibit  17 | Black Cloud Nine shoe (right) *(exhibit returned to USA)* |
| Government Exhibit  20 | Sam's receipt Walmart receipt Hugo's receipt [receipts submitted on oversized envelope] |
| Government Exhibit  21 | Audio CD of Rodriguez interview on 11/26/2003 @ 1330 |
| Government Exhibit  22 | Audio CD of Rodriguez interview on 11/26/2003 @ 1845 |
| Government Exhibit  22-2 | Redacted version audio |
| Government Exhibit  23 | Knife *(exhibit returned to USA)* |
| Government Exhibit  24 | Audio CD of Rodriguez interview on 11/26/2003 @1942 |
| Government Exhibit  24-2 | Redacted version audio |
| Government Exhibit  26 | Leather jacket from Rodriguez *(exhibit returned to USA)* |
| Government Exhibit  30 | Menards - knife and sheath *(exhibit returned to USA)* |
| Government Exhibit  31-1 | Zip Drive |
| Government Exhibit  31-2 | Zip Drive |
| Government Exhibit  31-3 | Zip Drive |
| Government Exhibit  32 | CD - Target |
| Government Exhibit  33 | Videotape and composite   (VHS) |
| Government Exhibit  33-1 | Video download from Target |
| Government Exhibit  34 | Black "Brahma" boots *(exhibit returned to USA)* |
| Government Exhibit  35 | Black Texas Tech cap *(exhibit returned to USA)* |
| Government Exhibit  36 | Gray and blue stripped shirt *(exhibit returned to USA)* |
| Government Exhibit  37 | Buccal swab from Alfonso Rodriguez, Jr. |
| Government Exhibit  38 | Fibers from Tool Shop sheath |

| EXHIBIT | DESCRIPTION |
| --- | --- |
| Government Exhibit  39 | Red fibers |
| Government Exhibit  41 | Fibers from trunk of Rodriguez's car |
| Government Exhibit  42 | Blood swab from interior of rear window of Rodriguez's car |
| Government Exhibit  43 | Car rear seat cushion from Rodriguez's car *(exhibit returned to USA)* |
| Government Exhibit  44 | Section of rear passenger side seat belt from Rodriguez's car |
| Government Exhibit  45 | Section of rear center seat belt from Rodriguez's car |
| Government Exhibit  46 | Swab - interior of rear window |
| Government Exhibit  47 | Vacuum filter from Alfonso Rodriguez's car and fibers  *(exhibit returned to USA)* |
| Government Exhibit  52-17 | Video presentation of crime scene |
| Government Exhibit  52-18 | DVD labeled  "Edited Courtroom Presentation" |
| Government Exhibit   53 | Brown and red piece of plastic |
| Government Exhibit  54 | Brown piece of plastic |
| Government Exhibit  55 | Brown and red piece of plastic |
| Government Exhibit  56 | Black shoe *(exhibit returned to USA)* |
| Government Exhibit  57 | Cell phone |
| Government Exhibit  58 | Brown and red pieces of plastic |
| Government Exhibit  59 | Black Old Navy brand P-coat *(exhibit returned to USA)* |
| Government Exhibit  60 | Hairs from Black Old Navy brand P-coat |
| Government Exhibit  61 | Tape lifts from Black Old Navy brand P-coat |
| Government Exhibit  62 | Fibers from Black Old Navy brand P-coat |
| Government Exhibit  63 | Pink blouse *(exhibit returned to USA)* |
| Government Exhibit  64 | Fibers |
| Government Exhibit  65 | Tank top *(exhibit returned to USA)* |

| EXHIBIT | DESCRIPTION |
|---|---|
| Government Exhibit  66 | Bra<br>*(exhibit returned to USA)* |
| Government Exhibit  67 | Stocking (left)<br>*(exhibit returned to USA)* |
| Government Exhibit  68 | Neck ligature cord & plastic |
| Government Exhibit  69 | Wrist ligature cord |
| Government Exhibit  71 | Sample knife and sheath<br>*(exhibit returned to USA)* |
| Government Exhibit  72 | Black Old Navy brand pants<br>*(exhibit returned to USA)* |
| Government Exhibit  73 | Three samples of Kmart bags |
| Government Exhibit  74 | Multi-colored blanket<br>*(exhibit returned to USA)* |
| Government Exhibit  75 | Black gloves<br>*(exhibit returned to USA)* |
| Government Exhibit  76 | Red blanket/bedspread<br>*(exhibit returned to USA)* |
| Government Exhibit  78-42 | Large chart   (female figure)<br>*(exhibit returned to USA)* |
| Government Exhibit  79-33 | Large diagram<br>*(exhibit returned to USA)* |
| Government Exhibit  82 | Hat - label - Kmart<br>*(exhibit returned to USA)* |
| Government Exhibit  84 | Large Chart<br>*(exhibit returned to USA)* |