On call
Processing

Plan 31,327
LY 27,495

**VICTORIA'S SECRET**

# Weekly Schedule

| Store 727 | | Sales Projection 30,696 | | EDIT % 10% |
| W/E 11-22-03 | | Other Hours 16 fragrance / 6 matrix plus | | |

| event | 12 | | 8 | | | | | | | | | | | | | | | |
| store open hours | 12-6 | | 10-9 | | 10-9 | | 10-9 | | 10-9 | | 10-9 | | 10-9 | | | |
| | Date 16 | | Date 17 | | Date 18 | | Date 19 | | Date 20 | | Date 21 | | Date 22 | | | |
| | **Sunday** | | | **Monday** | | | **Tuesday** | | | **Wednesday** | | | **Thursday** | | | **Friday** | | | **Saturday** | | | **TOTAL** | |
| **Associate** | Shift | Code | Hrs | Shift | Code | Hrs | Shift | Code | Hrs | Shift | Code | Hrs | Shift | Code | Hrs | Shift | Code | Hrs | Shift | Code | Hrs | Code | Hrs |
| Jean Ann | 11³⁰-6³⁰ | S | 7 | 9-9³⁰ | S | 12 | X | | | 9-5³⁰ | S | 8 | 1-9³⁰ | S | 8 | 9-5³⁰ | S | 8 | X | | | | 43+PTO |
| Michelle | X | | | 9-10 | M | 1 | 1-9³⁰ | S | 8 | 9-5³⁰ / 9-10 R | S | 8 | 9³⁰-5³⁰ | S | 7.5 | PTO | | | 1-9³⁰ | S | 8 | | 32.5+PTO |
| Robyn | X | | | 1-6 | S | 5 | 9³⁰-6 | S | 8 | 1-9³⁰ | S | 8 | PTO | | | 1-9³⁰ | S | 8 | 9³⁰-1 | S | 3 | | 32+PTO |
| Jessica | 3³⁰-6³⁰ | S | 3 | | | | RO | | | RO | | | 12-4 | P | | 5-9³⁰ / 8-9 R | S | 4 | 2³⁰-6³⁰ | S | 4 | | 15 |
| Michele H | | | | NA | | | NA | | | | | | NA | | | 9-1³⁰ / 9-10 R | S | 4 | 1-5 | S | 4 | | 8 |
| Danielle | 2-6 900 | | | | | | NA | | | | | | | | | RO | | | 5³⁰-9³⁰ | S | 4 | | 4 |
| Beth | | | | NA | | | 5-9 OC | | | | | | 1³⁰-5³⁰ | P | 4 | 1-5 OC | | | | | | | 4 |
| Rebecca | 12³⁰-4³⁰ | S | 4 | | | | RO | | | | | | | | | RO | | | RO | | | | 4 |
| Jennifer | 1-5 | S | 4 | | | | | | | | | | | | | | | | | | | | 4 |
| Kayla | 1³⁰-5³⁰ | S | 4 | 5³⁰-9³⁰ | S | 4 | NA | | | 5³⁰-9³⁰ / 8-9 R | S | 4 | NA | | | RO | | | RO | | | | 12 |
| Dru | 4-5 R | | | NA | | | 5³⁰-9³⁰ / 8-9 R | S | 4 | | | | NA | | | | | | 12-4 | S | 4 | | 8 |
| Lora | 11³⁰-3³⁰ | S | 4 | NA | | | 1-5 | P | 4 | NA | | | RO | | | | | | 1-5³⁰ | S | 4.5 | | 12.5 |
| Brittany | RO | | | RO | | | 5³⁰-9³⁰ | S | 4 | RO | | | RO | | | RO | | | RO | | | | 4 |
| Michelle A | | | | NA | | | 9³⁰-1³⁰ / 10-11 R | S | 4 | NA | | | 9³⁰-1³⁰ / 9-10 R | S | 4 | NA | | | 11-3 / 2-3 R | S | 4 | | 12 |
| Marisa | | | | 9³⁰-5³⁰ / 1³⁰-5³⁰ B6 / 10-10 R B | S | 7.5 | 9-13 | P | | 1-5 | P | 4 | 5³⁰-9³⁰ / 8-9 R | S | 4 | | | | | | | | 15.5 |
| # of Associates before opening | | | | | | | | | | | | | | | | | | | | | | | |
| # of Associates after closing | | | | | | | | | | | | | | | | | | | | | | | |
| Projected Total # Shifts and Hours Scheduled (Optimal Shift Reference) | 0 | 26 | | 4 | 24 | | 5 | 28 | | 5 | 28 | | 5 | 28 | | 5 | 28 | | 10 | 48.75 | | | |
| Actual Total # Shifts and Hours Scheduled | 6 | 26 | | 4 | 33.5 | | 7 | 36 | | 5 | 32 | | 5 | 28 | | 5 | 28.5 | | 10 | 48.5 | | | |

SKU# 4493494 Rev. 3/03

**Time and Attendance Report**
VICTORIA'S SECRET STORES - Store 727
Date: 11/23/2003    Time: 01:41:55 PM
For Week Ending: 11/22/2003

SJODIN, DRU - 34 (SALES SPECIALIST)  VSS 727

| Date | Hours Code | Description | Hours | Time In | Time Out | Last Modified By |
|---|---|---|---|---|---|---|
| 11/18/2003 - Tue | 1 | REGULAR SELLING | 4:15 | 05:29 PM | 09:44 PM | |
| 11/22/2003 - Sat | 1 | REGULAR SELLING | 4:03 | 11:57 AM | 04:00 PM | |
| | | Total Weekly Hours HH:MM | 8:18 | | | |
| | | Total Weekly Hours Decimal | 8.30 | | | |

STORM, JENNIFER - 31 (SALES SPECIALIST)  VSS 727

| Date | Hours Code | Description | Hours | Time In | Time Out | Last Modified By |
|---|---|---|---|---|---|---|
| 11/16/2003 - Sun | 1 | REGULAR SELLING | 4:03 | 12:57 PM | 05:00 PM | |
| | | Total Weekly Hours HH:MM | 4:03 | | | |
| | | Total Weekly Hours Decimal | 4.05 | | | |

STORTROEN, NATALIE - 40 (SALES SPECIALIST)  VSS 727

| Date | Hours Code | Description | Hours | Time In | Time Out | Last Modified By |
|---|---|---|---|---|---|---|
| 11/17/2003 - Mon | 12 | BRAND GUIDE/DIARY | 4:11 | 05:22 PM | 09:33 PM | |
| 11/20/2003 - Thu | 5 | PROCESSING | 1:37 | 05:27 PM | 07:04 PM | |
| | | Total Weekly Hours HH:MM | 5:48 | | | |
| | | Total Weekly Hours Decimal | 5.80 | | | |

THODY, ALISSA - 44 (SALES SPECIALIST)  VSS 727

| Date | Hours Code | Description | Hours | Time In | Time Out | Last Modified By |
|---|---|---|---|---|---|---|
| 11/20/2003 - Thu | 34 | NON-MANAGEMENT ONBOARDING | 4:10 | 03:51 PM | 08:01 PM | |
| 11/21/2003 - Fri | 34 | NON-MANAGEMENT ONBOARDING | 3:25 | 05:55 PM * | 09:20 PM * | KOSTRZEWSKI, MICHELLE |
| | | Total Weekly Hours HH:MM | 7:35 | | | |
| | | Total Weekly Hours Decimal | 7.58 | | | |

WENELL, ROBYN - 35 (CO-MANAGER)  VSS 727

| Date | Hours Code | Description | Hours | Time In | Time Out | Last Modified By |
|---|---|---|---|---|---|---|
| 11/17/2003 - Mon | 38 | SALES LEADERSHIP MEETINGS | 1:01 | 11:58 AM * | 12:59 PM * | KOSTRZEWSKI, MICHELLE |
| | 1 | REGULAR SELLING | 0:39 | 12:59 PM | 01:38 PM | |
| | 7 | CLIENT SALES LEAD | 4:24 | 01:38 PM | 06:02 PM | |
| 11/18/2003 - Tue | 1 | REGULAR SELLING | 5:37 | 09:30 AM * | 03:07 PM * | KOSTRZEWSKI, MICHELLE |
| | 7 | CLIENT SALES LEAD | 2:32 | 03:34 PM | 06:06 PM | |
| 11/19/2003 - Wed | 1 | REGULAR SELLING | 4:01 | 12:57 PM | 04:58 PM | |
| | 7 | CLIENT SALES LEAD | 3:41 | 05:32 PM | 09:13 PM | |
| 11/20/2003 - Thu | 17 | PAID TIME OFF | 6:30 | 09:30 AM * | 04:00 PM * | KOSTRZEWSKI, MICHELLE |
| 11/21/2003 - Fri | 1 | REGULAR SELLING | 4:03 | 01:03 PM | 05:06 PM | |
| | 7 | CLIENT SALES LEAD | 3:51 | 05:28 PM | 09:19 PM | |
| 11/22/2003 - Sat | 7 | CLIENT SALES LEAD | 3:42 | 09:41 AM | 01:23 PM | |
| | | Total Weekly Hours HH:MM | 40:01 | | | |
| | | Total Weekly Hours Decimal | 40.02 | | | |

4 of 5