

*Marshall Field's*

```
*********************************************
                2800 Columbia Road
                 Grand Forks, ND
*********************************************
02-012  2007   8156          R#0695247
RECEIPT ID: 3326-2012-2007-8156  S#1400399
---------------------------------------------
******  PURCHASE  ******
DPT 270 CL 1 UPC 657326375871
CLASSIC LEATHERS                   137.97
  DISCOUNT 10% OF  137.97           13.80-
  Net Item Price    124.17

SUBTOTAL                           124.17
ND 6.75%                             8.38
---------------------------------------------
TOTAL                          ***132.55
---------------------------------------------
GIFT CARD REDEEM                    20.00
***-***-***-**7-003
CURRENT BALANCE               ****20.00
NEW BALANCE                   *****0.00
MARSHALL FIELD'S                   112.55
  ACCT # ******7732  M
  ACCT TYPE  10

AMOUNT TENDERED
CHANGE DUE

VCD: 0796953-1400399
```

GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 5



```
      Estee Lauder Travel Bag wit
         Purchase  Going on Now

11-22-2003

Returns must be made with this

        02/20/04

*********************************************
        SEE RETURN POLICY ON REVE
          AT PURCHASING REGISTE
        OTHER EXCLUSIONS MAY AF
*********************************************
```

FPD ICR # 200309933
em #4
em Description - Marshall Field's Receipt for Purchase on 11/22/03
em Location - Back Seat Behind Driver's Seat in Shopping Bag
ocated by - 619, 641 @ 2245

Grand Forks Police

GFPD00009008