GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55
EXHIBIT NO. 7



700331513

# 262

11/23/03