| CALLING_NBR | CALLED_NBR | DIALED_DIGITS | M_R_# | START_DATE | END_DATE | DURATION | REPOLL_# | 1ST_CELL | LAST_CELL |
|---|---|---|---|---|---|---|---|---|---|
| (218) 820-0976 | (218) 330-4000 | (218) 330-4000 | 1 | 11/22/03 14:56:37 | 11/22/03 14:57:59 | 82 | 52 | 1227 | 1227 |
| (218) 330-4000 | (218) 820-0976 | (218) 820-0976 | 0 | 11/22/03 14:59:38 | 11/22/03 15:06:19 | 401 | 52 | 1227 | 1227 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 16:21:16 | 11/22/03 16:22:13 | 57 | 52 | 0 | 0 |
| (218) 330-4000 | (218) 820-0976 | (218) 820-0976 | 0 | 11/22/03 17:00:16 | 11/22/03 17:04:20 | 244 | 52 | 1227 | 1227 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 17:04:46 | 11/22/03 17:05:13 | 27 | 52 | 0 | 0 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 17:06:31 | 11/22/03 17:07:34 | 63 | 52 | 0 | 0 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 17:25:01 | 11/22/03 17:25:29 | 28 | 52 | 0 | 0 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 17:41:26 | 11/22/03 17:41:55 | 29 | 52 | 0 | 0 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 17:55:41 | 11/22/03 17:56:35 | 54 | 52 | 0 | 0 |
| (651) 338-6945 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 17:59:50 | 11/22/03 18:00:29 | 39 | 52 | 1227 | 1227 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 18:05:15 | 11/22/03 18:05:40 | 25 | 52 | 0 | 0 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 18:25:41 | 11/22/03 18:26:04 | 23 | 52 | 0 | 0 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 18:58:34 | 11/22/03 18:59:00 | 26 | 52 | 0 | 0 |
| (218) 330-4000 | (218) 820-0976 | (218) 820-0976 | 0 | 11/22/03 19:42:20 | 11/22/03 19:43:15 | 55 | 52 | 3228 | 3228 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 19:43:26 | 11/22/03 19:44:07 | 41 | 52 | 0 | 0 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 19:44:44 | 11/22/03 19:45:10 | 26 | 52 | 0 | 0 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 19:46:09 | 11/22/03 19:46:48 | 39 | 52 | 0 | 0 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 19:48:28 | 11/22/03 19:48:55 | 27 | 52 | 0 | 0 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 20:01:41 | 11/22/03 20:02:09 | 28 | 52 | 0 | 0 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 20:13:57 | 11/22/03 20:14:19 | 22 | 52 | 0 | 0 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 20:36:31 | 11/22/03 20:36:58 | 27 | 52 | 0 | 0 |
| (218) 838-7096 | (218) 330-4000 | (218) 330-4000 | 3 | 11/22/03 21:01:40 | 11/22/03 21:01:44 | 4 | 52 | 0 | 0 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 21:23:32 | 11/22/03 21:24:49 | 77 | 52 | 0 | 0 |
| (701) 795-0215 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 21:26:26 | 11/22/03 21:27:27 | 61 | 52 | 0 | 0 |
| (701) 610-9350 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 21:46:37 | 11/22/03 21:47:06 | 29 | 52 | 3301 | 3301 |
| (701) 740-7559 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 21:55:43 | 11/22/03 21:56:47 | 64 | 52 | 0 | 0 |
| (651) 338-6945 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 21:56:27 | 11/22/03 21:57:09 | 42 | 52 | 2301 | 2301 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 21:58:13 | 11/22/03 21:58:36 | 23 | 52 | 0 | 0 |
| (651) 338-6945 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 22:01:40 | 11/22/03 22:02:42 | 62 | 52 | 2301 | 2301 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 22:14:02 | 11/22/03 22:14:32 | 30 | 52 | 0 | 0 |
| (218) 820-0976 | (218) 330-4000 | (218) 330-4000 | 3 | 11/22/03 22:37:01 | 11/22/03 22:37:19 | 18 | 52 | 0 | 0 |
| (701) 777-3646 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 22:46:45 | 11/22/03 22:47:32 | 47 | 52 | 0 | 0 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 22:59:27 | 11/22/03 23:00:38 | 71 | 52 | 0 | 0 |
| (218) 791-1986 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 23:00:05 | 11/22/03 23:01:14 | 69 | 52 | 0 | 0 |
| (612) 812-8144 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 23:03:01 | 11/22/03 23:03:42 | 41 | 52 | 0 | 0 |
| (218) 820-0976 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 23:15:56 | 11/22/03 23:16:22 | 26 | 52 | 0 | 0 |
| (218) 543-4548 | (11218) 330-4000 | (218) 330-4000 | 2 | 11/22/03 23:22:06 | 11/22/03 23:22:36 | 30 | 52 | 0 | 0 |

M_R_# = { 0 = Outgoing Call; 1 = Incoming Call; 2 = Routed Call; 3 = Call From Voice Mail }

GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 15-18