| | | | Address | City | County | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 40 | ms03np040 | Faribault | 21698 Bagley Avenue | Fairbault | Rice | MN | 55021 | 44.2739 | -93.30553 |
| 41 | ms03np041 | North Fairbault | 1471 130 st | Dundas | Goodhue | MN | 55019 | 44.40075 | -93.29008 |
| 42 | ms03np042 | Glencoe | 10572 125th St | Glencoe | McLeod | MN | 55336 | 44.80183 | -94.20342 |
| 43 | ms03np043 | Red Wing (Birk) | 6140 Lesson Lane rd | Red Wing | Goodhue | MN | 55066 | 44.56527 | -92.65135 |
| 44 | ms03np044 | Hader | 40312 100 th Ave | Zumbrota | Goodhue | MN | 55992 | 44.36271 | -92.82841 |
| 45 | ms03np045 | Litchfield | 58501 CSAH 11 | Litchfield | Meeker | MN | 55355 | 45.13547 | -94.593663 |
| 46 | ms03np046 | Zimmerman | 12420 249th Ave NW | Zimmerman | Sherburne | MN | 55398 | 45.4264 | -93.58223 |
| 47 | ms03np047 | Becker | 15901 97th St. SE | Becker | Sherburne | MN | 55308 | 45.4281 | -93.83417 |
| 48 | ms03np048 | City Of Hutchinson | 345 Michigan Street | Hutchinson | McLeod | MN | 55350 | 44.88728 | -94.35194 |
| 49 | ms03np049 | Annandale | 12740 W Hwy 55 | Annandale | Wright | MN | 55302 | 45.2707 | -94.14793 |
| 50 | ms03np050 | DT Fairbault | | Fairbault | Steele | MN | 55021 | 44.28983 | -93.28645 |
| 90 | ms03np090 | Brownton | 19797 90th St. | Brownton | McLeod | MN | 55312 | 44.74444 | -94.39333 |
| 91 | ms03np091 | Clearwater | 20169 27th Ave E | Clearwater | Stearns | MN | 55320 | 45.41639 | -94.06167 |
| 92 | ms03np092 | Pine City | 10002 Emerald Rd | Pine City | Pine | MN | 55063 | 45.80381 | -92.99739 |
| 93 | ms03np093 | St. Peter | 33169 Lake Emily Rd | St. Peter | LeSueur | MN | 56082 | 44.30849 | -93.93122 |
| 94 | ms03np094 | Cambridge | 515 N Emerson St | Cambridge | Isanti | MN | 55008 | 45.57708 | -93.21831 |
| 95 | ms03np095 | Red Wing (Hattamer) | 26505 County Rd 5 | Red Wing | Goodhue | MN | 55066 | 44.50499 | -92.49439 |
| 96 | ms03np096 | Red Wing WT | 826 Seymour Street | Red Wing | Goodhue | MN | 55066 | 44.55473 | -92.53614 |
| 97 | ms03np097 | Le Sueur | 100 Woods Drive | LeSueur | LeSueur | MN | 56082 | 44.48636 | -93.88905 |
| 98 | ms03np098 | Dassel | 606 MN Hwy 15 | Dassel | Meeker | MN | 55325 | 45.08386 | -94.31881 |
| 99 | ms03np099 | Cable | 4551 45th Ave. SE | St. Cloud | Sherburne | MN | 56304 | 45.50361 | -94.06694 |
| 102 | ms03np102 | Kimball | 10124 Power Ridge Road | Kimball | Stearns | MN | 55353 | 45.34722 | -94.31583 |
| 103 | ms03np103 | Pine Island | 50599 County 11 Blvd. | Pine Island | Goodhue | MN | 55963 | 44.21378 | -92.65386 |
| 104 | ms03np104 | MTSO | 3563 Co Rd 136 | St. Cloud | Stearns | MN | 56301 | 45.51 | -94.20139 |
| 105 | ms03np105 | Milaca | 1213 125th Ave | Milaca | Mille Lacs | MN | 56353 | 45.73908 | -93.66941 |
| 106 | ms03np106 | Hinckley | 33874 Hinckley Rd | Hinckley | Pine | MN | 55037 | 45.98123 | -92.89307 |
| 107 | ms03np107 | N Mankato - Carlson | 2001 Carlson Drive | North Mankato | Blue Earth | MN | 56003 | 44.1891 | -94.04903 |
| 108 | ms03np108 | Holiday Inn (Rochester) | 220 South Broadway | Rochester | Olmsted | MN | 55904 | 44.021 | -92.46301 |
| 109 | ms03np109 | Airport WT (96) | 7037 11th Ave SW | Rochester | Olmsted | MN | 55902 | 43.9204833 | -92.4789666 |
| 110 | ms03np110 | Racine (Kuhlman) | 73321 310th Street | Racine | Mower | MN | 55967 | 43.80386 | -92.58023 |
| 111 | ms03np111 | Owatonna | 378 24th Ave NW | Owatonna | Steele | MN | 55060 | 44.08774 | -93.25896 |
| 112 | ms03np112 | Austin | 1906 16th Ave NW | Austin | Mower | MN | 55912 | 43.68197 | -93.00041 |
| 113 | ms03np113 | Bancroft | 77641 247th Street | Albert Lea | Freeborn | MN | 56007 | 43.71206 | -93.31658 |
| 114 | ms03np114 | Baihly Hills WT (92) | 2217 Baihley Summit Drive | Rochester | Olmsted | MN | 55902 | 44.00698 | -92.49848 |
| 115 | ms03np115 | Century HS | 2625 Cassidy Drive NE | Rochester | Olmsted | MN | 55906 | 44.0509166 | -92.42215 |
| 116 | ms03np116 | John Adams WT (83) | 3110 18th Ave NW | Rochester | Olmsted | MN | 55906 | 44.05707 | -92.48849 |
| 117 | ms03np117 | Albert Lea (Peterson) | 23184 725th Ave. | Albert Lea | Freeborn | MN | 56007 | 43.6749 | -93.45361 |
| 118 | ms03np118 | SBA Tower (Rochester) | 3590 30th Ave SE | Rochester | Olmsted | MN | 55904 | 43.97111 | -92.41528 |
| 119 | ms03np119 | Byron | 7925 Country Club Rd West | Byron | Olmsted | MN | 55920 | 44.02 | -92.59 |

GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 15-2

| | | Name | Address | City | County | St | Zip | Latitude | Longitude |
|---|---|---|---|---|---|---|---|---|---|
| 120 | ms03np120 | Foley | 11251 73rd Street NE | Foley | Benton | MN | 56357 | 45.67332 | -93.93028 |
| 121 | ms03np121 | Sauk Centre | 41501 Co Road 72 | Sauk Centre | Stearns | MN | 56389 | 45.7408 | -94.97834 |
| 122 | ms03np122 | Avon | 32906 Co Rd 50 | Avon | Stearns | MN | 56310 | 45.59689 | -94.43667 |
| 123 | ms03np123 | Paynesville | 31238 Breezewood Road | Paynesville | Stearns | MN | 56362 | 45.34081 | -94.75566 |
| 124 | ms03np124 | Eagle Bend | 405 W Main Street | Eagle Bend | Todd | MN | 56446 | 46.16667 | -95.04443 |
| 125 | ms03np125 | Princeton | 1900 Highway 95 | Princeton | Mille Lacs | MN | 55371 | 45.58203 | -93.60767 |
| 126 | ms03np126 | Little Falls | 15812 153rd St | Little Falls | Morrison | MN | 56345 | 45.98406 | -94.32806 |
| 127 | ms03np127 | N. Sartell Water Tower | 710 12th Street North | Sartell | Stearns | MN | 56377 | 45.63528 | -94.21584 |
| 128 | ms03np128 | Rockville | 10746 270th St. | St. Cloud | Stearns | MN | 56301 | 45.51807 | -94.32362 |
| 129 | ms03np129 | Roosevelt Road | 1801 8th St S | St. Cloud | Stearns | MN | 56301 | 45.55223 | -94.17611 |
| 130 | ms03np130 | St. Cloud Hospital | 1406 6th Ave N | St. Cloud | Stearns | MN | 56303 | 45.57528 | -94.16889 |
| 131 | ms03np131 | CMS Business Office | 126 Division Street | Waite Park | Stearns | MN | 56387 | 45.5533 | -94.21694 |
| 132 | ms03np132 | Rice | 2220 125th Street NW | Rice | Stearns | MN | 56387 | 45.7492 | -94.20777 |
| 133 | ms03np133 | New Munich | 33987 Oakland Rd | Freeport | Stearns | MN | 56331 | 45.61417 | -94.74111 |
| 134 | ms03np134 | Richmond | 20750 260th St. | Richmond | Stearns | MN | 56368 | 45.49972 | -94.53556 |
| 136 | ms03np136 | Vernon Center | 53200 164th St. | Garden City | Blue Earth | MN | 56304 | 44.02251 | -94.14758 |
| 137 | ms03np137 | Waseca | 34919 139th Street | Waseca | Waseca | MN | 56093 | 44.06382 | -93.495 |
| 138 | ms03np138 | Fairmont | 947 180th Ave Fairmont | Fairmont | Martin | MN | 56031 | 43.62389 | -94.5111 |
| 139 | ms03np139 | Lakefield 2 (Bezdick) | 48556 800th St | Lakefield | Jackson | MN | 56150 | 43.64645 | -95.10336 |
| 140 | ms03np140 | Rushmore (Harms) | 24534 CR 35 | Rushmore | Nobles | MN | 56168 | 43.63186 | -95.76186 |
| 141 | ms03np141 | Beaver Creek | S 13, T 102N, R 47W - 911 Available 2003 | Beaver Creek | Rock | MN | 56116 | 43.64318 | -96.42776 |
| 142 | ms03np142 | Blue Earth (Pfaffinger) | 11726 345th Ave | Blue Earth | Blue Earth | MN | 56013 | 43.65855 | -94.17675 |
| 145 | ms03np145 | Garrison | 27201 Hayes St. | Garrison | Crow Wing | MN | 56540 | 46.29223 | -93.82944 |
| 147 | ms03np147 | Moose lake | 72 Halgren Road | Moose Lake | Carlton | MN | 55767 | 46.46072 | -92.726 |
| 148 | ms03np148 | Onamia | 38386 Hwy 169 | Onamia | Mille Lacs | MN | 56359 | 46.10244 | -93.6418 |
| 149 | ms03np149 | Skyline | 37 Skyline Drive | Skyline | Blue Earth | MN | 56001 | 44.1408 | -94.0315 |
| 150 | ms03np150 | Mankato - Ford | 2055 Madison Ave | Mankato | Blue Earth | MN | 56001 | 44.16657 | -93.9431 |
| 151 | ms03np151 | N Mankato - Lee Blvd | 1525 Tower Blvd | North Mankato | Blue Earth | MN | 56003 | 44.17214 | -94.04372 |
| 152 | ms03np152 | Sandstone | 25085 Nurses Road | Sandstone | Pine | MN | 55072 | 46.07943 | -92.89082 |
| 154 | ms03np154 | Ellendale | 2886 SW 141st Street | Ellendale | Steele | MN | 56026 | 43.88904 | -93.25983 |
| 155 | ms03np155 | Atkinson | 2827 County Road 4 | Atkinson | Carlton | MN | 55707 | 46.58057 | -92.58807 |
| 156 | ms03np156 | Chester Park Ski Jump | 1805 East Skyline Parkway | Duluth | St. Louis | MN | 55812 | 46.81214 | -92.09424 |
| 157 | ms03np157 | Lester Park | 1814 N. 51st Ave. E. | Duluth | St. Louis | MN | 55804 | 46.84077 | -92.02333 |
| 158 | ms03np158 | Woodland WT | 815 Minneapolis Ave | Duluth | St. Louis | MN | 55803 | 46.846 | -92.07769 |
| 159 | ms03np159 | Duluth Antenna Farm | 1603 N. 1st Ave W. | Duluth | St. Louis | MN | 55802 | 46.79381 | -92.11752 |
| 160 | ms03np160 | Haines Road Jail | 4334 Haines Rd | Duluth | St. Louis | MN | 55811 | 46.82742 | -92.17372 |
| 161 | ms03np161 | Hwy 2 & Midway | 5818 Morris Thomas Rd | Hermantown | St. Louis | MN | 55811 | 46.77443 | -92.29305 |
| 162 | ms03np162 | Duluth Retail Store | 1407 Miller Trunk Hwy | Duluth | St. Louis | MN | 55811 | 46.81009 | -92.16041 |
| 163 | ms03np163 | Hermantown | 5333 West Arrowhead Road | Hermantown | St. Louis | MN | 55811 | 46.80881 | -92.2366 |

Case 2:04-cr-00055-RRE   Document 799-7   Filed 01/12/12   Page 2 of 5

| | | | Address | City | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 164 | ms03np164 | Midtown Manor | 2011 West 2nd Street | Duluth | St. Louis | MN | 55806 | 46.76891 | -92.12585 |
| 165 | ms03np165 | French River Water Tower | 5785 Berquist Road | Duluth | St. Louis | MN | 55804 | 46.92999 | -91.88428 |
| 166 | ms03np166 | Four Corners | 4739 Midway Road | Duluth | St. Louis | MN | 55811 | 46.8539 | -92.28082 |
| 167 | ms03np167 | Twig | 5179 Canoisa Road | Saginaw | St. Louis | MN | 55779 | 46.88381 | -92.36541 |
| 168 | ms03np168 | Rice Lake Road - Arrowhead - WN | 4402 Rice Lake Road | Duluth | St. Louis | MN | 55811 | 46.83189 | -92.14284 |
| 169 | ms03np169 | Lonsdale | 302 W. Superior St Suite L-B1 | Duluth | St. Louis | MN | 55802 | 46.78001 | -92.10116 |
| 170 | ms03np170 | Androy Hotel | 1213 Tower Avenue | Superior | Douglas | WI | 54880 | 46.72129 | -92.1014 |
| 171 | ms03np171 | Knapp Beverage | 6120 Tower Avenue | Superior | Douglas | WI | 54880 | 46.665 | -92.10349 |
| 172 | ms03np172 | Cloquet (WN) | 1102 Olymic Drive | Cloquet | Carlton | MN | 55720 | 46.70947 | -92.45175 |
| 173 | ms03np173 | Condon Park (Holy Rosary) | 2801 E 4th Steet | Duluth | St. Louis | MN | 55812 | 46.81638 | -92.06858 |
| 174 | ms03np174 | Allouez | 510 54th Ave E | Superior | St. Louis | WI | 54880 | 46.68334 | -92.02526 |
| 175 | ms03np175 | Midway Township | 2822 Midway Road | Duluth | St. Louis | MN | 55810 | 46.72094 | -92.26997 |
| 176 | ms03np176 | Ramsey Manor | 400 N 53rd Ave W | Duluth | St. Louis | MN | 55807 | 46.73937 | -92.16327 |
| 180 | ms03np180 | Oliver | 2553 E Gogebic St | Superior | Douglas | WI | 54880 | 46.65414 | -92.17925 |
| 181 | ms03np181 | Brookston | 8091 Hwy 2 | Saginaw | St. Louis | MN | 55779 | 46.8492 | -92.52979 |
| 182 | ms03np182 | Gowan | 11298 Hwy 2 | Floodwood | St. Louis | MN | 55736 | 46.87989 | -92.8735 |
| 183 | ms03np183 | Valley City | 3489 118th Ave. SE | Valley City | Barnes | ND | 58072 | 46.90472 | -97.97723 |
| 185 | ms03np185 | Sawyer | 1353 Mission Rd | Sawyer | Carlton | MN | 55780 | 46.67718 | -92.63932 |
| 186 | ms03np186 | Madelia | 216 CR 17 | Madelia | Watonwan | MN | 56062 | 44.0312 | -94.44302 |
| 187 | ms03np187 | Baxter (Charter) | 455 Highland Scenic Dr. | Brainerd | Crow Wing | MN | 56401 | 46.35064 | -94.22605 |
| 188 | ms03np188 | Alexandria - Viking Tower | 805 Filmore St. | Alexandria | Douglas | MN | 56308 | 45.88296 | -95.37862 |
| 189 | ms03np189 | Brandon | 16600 Long Lake Rd NW | Brandon | Douglas | MN | 56315 | 45.94394 | -95.62078 |
| 190 | ms03np190 | Dalton | 16828 County Hwy 29 | Fergus Falls | Ottertail | MN | 56537 | 46.20814 | -95.98252 |
| 191 | ms03np191 | Fergus Falls Flour Mill | 309 Stanton Ave W | Fergus Falls | Ottertail | MN | 56537 | 46.28225 | -96.07867 |
| 194 | ms03np194 | Hoffman | 16359 State Hwy 27 | Hoffman | Grant | MN | 56339 | 45.82808 | -95.8892 |
| 195 | ms03np195 | Opp Construction | 4451 40th Ave. North | Fargo | Cass | ND | 58102 | 46.94642 | -96.8588 |
| 196 | ms03np196 | Great Plains Tower | 227 Main Ave West | Fargo | Cass | ND | 58078 | 46.87553 | -96.90456 |
| 197 | ms03np197 | Dakota Clinic | 1702 S. University | Fargo | Cass | ND | 58103 | 46.85103 | -96.79617 |
| 198 | ms03np198 | KXJB CBS4 | 4302 13th Ave South | Fargo | Cass | ND | 58103 | 46.86083 | -96.85444 |
| 199 | ms03np199 | Black Building (DT Fargo) | 114 N. Broadway | Fargo | Cass | ND | 58102 | 46.87737 | -96.78577 |
| 200 | ms03np200 | Fargo HRA | 2525 Broadway | Fargo | Cass | ND | 58102 | 46.90959 | -96.7869 |
| 201 | ms03np201 | NDSU WT | 1434 10th Street | Fargo | Cass | ND | 58102 | 46.89713 | -96.80424 |
| 202 | ms03np202 | Eicholtz Masonry | 1402 44th St NW | Fargo | Cass | ND | 58102 | 46.89467 | -96.85891 |
| 203 | ms03np203 | S&L Computers | 704 28th St. SW | Fargo | Cass | ND | 58103 | 46.8665 | -96.82683 |
| 204 | ms03np204 | Dietrich Construction | 3978 SW 40th | Fargo | Cass | ND | 58103 | 46.81686 | -96.84304 |
| 205 | ms03np205 | Dilworth | 3102 Hwy 10 East | Moorhead | Polk | MN | 56560 | 46.87894 | -96.73412 |
| 206 | ms03np206 | RCC Monopole (Univ &42nd) | 4301 South University | Fargo | Cass | ND | 58104 | 46.82086 | -96.80711 |
| 208 | ms03np208 | South Fargo WT | | Fargo | Cass | ND | 58104 | 46.83204 | -96.83202 |
| 209 | ms03np209 | Barnesville | 19633 Hwy 34 S | Barnesville | Clay | MN | 56514 | 46.65889 | -96.39168 |

Case 2:04-cr-00055-RRE    Document 799-7    Filed 01/12/12    Page 3 of 5

Case 2:04-cr-00055-RRE   Document 799-7   Filed 01/12/12   Page 4 of 5

| | | | Address | City | County | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 210 | ms03np210 | Glyndon | 501 90th Street N. | Glyndon | Clay | MN | 56547 | 46.88372 | -96.61533 |
| 211 | ms03np211 | Detroit Lakes DT WT | 521 Rossman Ave. | Detroit Lakes | Becker | MN | 56502 | 46.81583 | -95.85528 |
| 212 | ms03np212 | Hawley | 226 250th St North | Hawley | Clay | MN | 56549 | 46.88097 | -96.27837 |
| 213 | ms03np213 | Toad Mountain | 22486 Co Hwy 37 | Detroit Lakes | Becker | MN | 56361 | 46.89968 | -95.52097 |
| 214 | ms03np214 | Park Rapids | 20302 185th Avenue | Park Rapids | Hubbard | MN | 56470 | 46.96347 | -94.99144 |
| 215 | ms03np215 | Walker | 401 Tower Ave. North | Walker | Cass | MN | 56484 | 47.06797 | -94.57733 |
| 216 | ms03np216 | Nicollet | 420 8th St. | Nicollet | Nicollet | MN | 56074 | 44.27083 | -94.19333 |
| 217 | ms03np217 | Essig | 24609 200th St. | New Ulm | Brown | MN | 56073 | 44.31992 | -94.57436 |
| 218 | ms03np218 | New Ulm | 57571 422nd Street | New Ulm | Nicollet | MN | 56073 | 44.33227 | -94.42587 |
| 220 | ms03np220 | Sanborn (MN) | 14036 Knox Ave | Sanborn | Redwood | MN | 56083 | 44.25387 | -95.16988 |
| 222 | ms03np222 | Hill City | 100 Quadna Road | Hill City | Aitkin | MN | 55748 | 46.96233 | -93.58653 |
| 223 | ms03np223 | Mcgregor | 40127 185th Place | McGregor | Aitkin | MN | 55760 | 46.59473 | -93.24306 |
| 224 | ms03np224 | Aitkin | 563 Westwood Dr. | Aitkin | Aitkin | MN | 56341 | 46.52522 | -93.73183 |
| 225 | ms03np225 | Crookston MNDOT | 1301 South Main St | Crookston | Polk | MN | 56716 | 47.76253 | -96.61694 |
| 227 | ms03np227 | Columbia Mall | 4000 32nd Ave. South | Grand Forks | Grand Forks | ND | 58201 | 47.89264 | -97.08758 |
| 227 | ms03np227r | Thompson | 4000 32nd Ave. South | Grand Forks | Grand Forks | ND | 58201 | 47.8383 | -97.07294 |
| 228 | ms03np228 | Crookston RCC | | Crookston | Polk | MN | 56716 | 47.78031 | -96.62889 |
| 229 | ms03np229 | Mentor | | Mentor | Polk | MN | 56736 | 47.69661 | -96.11628 |
| 230 | ms03np230 | Bagley | | | Clearwater | MN | 56621 | 47.50764 | -95.45145 |
| 231 | ms03np231 | Christine (Colfax) | 17248 Cty Road 4 | Colfax | Richland | ND | 58018 | 46.55739 | -96.80938 |
| 232 | ms03np232 | Great Bend | 16990 Cty. Rd. 16 | Great Bend | Richland | ND | 58075 | 46.1458 | -96.84058 |
| 233 | ms03np233 | Taft (Mayville) | Rt. 2 Box 38A (911 system not in forseeable future) | Taft | Traill | ND | 58045 | 47.4553 | -97.07716 |
| 234 | ms03np234 | Jamestown | 825 12th Ave. NE | Jamestown | Stutsman | ND | 58401 | 46.91708 | -98.69175 |
| 235 | ms03np235 | Virginia | 550 - 3rd Ave N | Virginia | St. Louis | MN | 55792 | 47.52612 | -92.53463 |
| 236 | ms03np236 | Cotton | 7507 Hwy 133 | Cotton | St. Louis | MN | 55724 | 47.06133 | -92.48128 |
| 237 | ms03np237 | North Hibbing | 1210 1st Ave | Hibbing | St. Louis | MN | 57746 | 47.43803 | -92.94154 |
| 238 | ms03np238 | Chisholm | 300 SW 3rd Ave | Chisholm, | St. Louis | MN | 55719 | 47.49844 | -92.86938 |
| 239 | ms03np239 | Calumet | Radio Tower Road | Calumet | Itasca | MN | 55716 | 47.32527 | -93.27167 |
| 240 | ms03np240 | Grand Rapids South | 3550 South Hwy 169 | Grand Rapids | Itasca | MN | 55744 | 47.19592 | -93.53403 |
| 241 | ms03np241 | Deer River (Zemple) | 118 - 3rd Ave SE, | Deer River | Itasca | MN | 56636 | 47.32122 | -93.79344 |
| 242 | ms03np242 | Tower City | 3379 132 Ave SE. | Tower City | Cass | ND | 58071 | 46.92155 | -97.68311 |
| 243 | ms03np243 | Spiritwood | 3587 94 R Ave. SE | Spiritwood | Stutsman | ND | 58401 | 46.89458 | -98.48306 |
| 244 | ms03np244 | Jamestown | 8065 37 R St. SE | Jamestown | Stutsman | ND | 58401 | 46.87834 | -98.76456 |
| 246 | ms03np246 | Edgely | 8161 71st St. SE | Edgeley | LaMoure | ND | 58433 | 46.38517 | -98.71289 |
| 247 | ms03np247 | Emerado | 1816 24th St. NE | Emerado | Grand Forks | ND | 58201 | 47.93519 | -97.34519 |
| 251 | ms03np251 | Solway | 134 Lomen Ave. SE | Solway | Beltrami | MN | 56678 | 47.51686 | -95.113 |
| 252 | ms03np252 | Bemidji | 1427 Norton Ave NW | Bemidji | Beltrami | MN | 56601 | 47.48389 | -94.8886 |
| 253 | ms03np253 | Hackensack | 2574 State 371 NW | Hackensack | Cass | MN | 56452 | 46.90092 | -94.50069 |
| 254 | ms03np254 | Cass Lake | 15470 State Hwy 371 NW | Cass Lake | Cass | MN | 56633 | 47.35339 | -94.63006 |

| 308 | ms03np308 | Grand Rapids North | 936 6th Ave. NW | Grand Rapids | Itasca | MN | 55744 | 47.24167 | -93.53767 |
|-----|-----------|--------------------|-----------------|--------------|--------|-----|--------|----------|-----------|
| 309 | ms03np309 | South Hibbing | 3621 Tower Rd | Hibbing | St. Louis | MN | 55746 | 47.38119 | -92.95572 |
| 312 | ms03np312 | Wahpeton | 800 6th Street North | Wahpeton | Richland | ND | 58076 | 46.26668 | -96.62363 |
| 315 | ms03np315 | Spicer | 7600 71st St NE | ·Spicer | Kandiyohi | MN | 56288 | 45.19772 | -94.94958 |
| 316 | ms03np316 | Dunvilla | 49562 US Highway 59 | Pelican Rapids | Ottertail | MN | 56572 | 46.67842 | -95.95507 |
| 318 | ms03np318 | Lynd | 2225 150th Ave | Russel | Lyon | MN | 56169 | 44.37572 | -95.99709 |
| 319 | ms03np319 | Wabasha | 1550 Hiawatha Drive East | Wabasha | Wabasha | MN | 55981 | 44.36586 | -92.01976 |
| 321 | ms03np321 | SE Owatonna | 2010 South Cedar Ave | Owatonna | Steele | MN | 55060 | 44.06183 | -93.23031 |
| 330 | ms03np330 | Piedmont | | Duluth | St. Louis | MN | | 46.78879 | -92.17454 |
| 340 | ms03np340 | Spirit Lake | 3480 Hill Avenue | Spirit Lake | Dickinson | IA | 51360 | 43.4093 | -95.10308 |
| 341 | ms03np341 | Arnold's Park | 415 West Terrace Park Blvd | Wets Okoboji | Dickinson | IA | 51331 | 43.36608 | -95.1339 |
| 342 | ms03np342 | ST. James | | ST. James | Watonwan | MN | 56081 | 43.98235 | -94.63406 |
| 343 | ms03np343 | Kasson | 801 5th Ave NW | Kasson | Dodge | MN | 55927 | 44.039231 | -92.756691 |
| 344 | ms03np344 | Rochester Campus | | Rochester | Olmstead | MN | 55904 | 44.01456 | -92.42217 |
| 365 | ms03np365 | Willmar AT&T | 321 Lakeland Drive NE | Willmar | Kandiyohi | MN | 56201 | 45.12765 | -95.01943 |
| 400 | ms03np400 | Fergus Falls ATC | 24591 190th Ave | Fergus Falls | Ottertail | MN | 56537 | 46.32112 | -96.09333 |
| 402 | ms03np402 | Mora | 2023 Hwy 23 | Mora | Kanabec | MN | 55051 | 45.86127 | -93.31237 |
| 403 | ms03np403 | Brainerd Smokestack | 101 - 13th St SE | Brainerd | Crow Wing | MN | 56401 | 46.35611 | -94.185 |
| 404 | ms03np404 | Nisswa | 1823 East Roy Lake Dr, | Nisswa | Crow Wing | MN | 56468 | 46.51083 | -94.31159 |
| 406 | ms03np406 | Brainerd Winkelman | 4672 Hwy 371 N | Brainerd | Crow Wing | MN | 56401 | 46.42361 | -94.29861 |
| 407 | ms03np407 | Carlisle | 30279 Cty Hwy 21 | Rothsay | Ottertail | MN | 56579 | 46.40001 | -96.19777 |
| 408 | ms03np408 | Norwest | 401 1 Street South | St Cloud | Stearns | Mn | 56301 | 45.55999 | -94.15675 |
| 409 | ms03np409 | John Marshall | 1512 14th Street NW | Rochester | Olmstead | Mn | 55901 | 44.03383 | -92.48376 |
| 410 | ms03np410 | Mankato - Balcerzak WT | 151 Jaycee Court | Mankato | Blue Earth | MN | 56001 | 44.15152 | -93.98148 |
| 411 | ms03np411 | NW Rochester | 6008 Fairway Drive MW | Rochester | Olmstead | MN | 55901 | 44.090502 | -92.52776 |
| 412 | ms03np412 | Cross Lake | | Cross Lake | Crow Wing | MN | | 46.67415 | -94.10785 |
| 413 | ms03np413 | Gull Lake | 1932 West Gull Tower Road Southwest | Nisswa | Cass | MN | 56473 | 46.44278 | -94.37762 |
| 414 | ms03np414 | S Albert Lea | 1814 Viking Ave | Albert Lea | Freeborn | MN | 56007 | 43.627766 | -93.36388 |
| 415 | ms03np415 | Pipestone | 957 131st. Street | Pipestone | Pipestone | MN | 56164 | 44.03627 | -96.27383 |
| 416 | ms03np416 | Madison Lake | 21536 612th Ave | Eagle Lake | Blue Earth | MN | 56024 | 44.16586 | -93.83931 |
| 418 | ms03np418 | Osakis | 6370 County Road 2 Southeast | Osakis | Douglas | MN | 56360 | 45.83627 | -95.20281 |
| 419 | ms03np419 | Glenwood | 345 14 Street NE | Glenwood | Pope | MN | 56334 | 45.66313 | -95.38295 |
| 420 | ms03np420 | Saint Micheals | | Duluth | St. Louis | MN | | 46.83244 | -92.0301 |
| 421 | ms03np421 | MSU | Gage Ave | Mankato | Blue Earth | MN | | 44.14431 | -93.9999 |
| 422 | ms03np422 | SCSU | 914 6th Ave S | ST. Cloud | Stearns | MN | 56301 | 45.55055 | -94.15591 |
| 423 | ms03np423 | St. Joseph | | ST. Joseph | Stearns | MN | | 45.569704 | -94.318336 |
| 424 | ms03np424 | Rochester Fair grounds | | Rochester | Olmstead | MN | | 44.00433 | -92.46067 |

Case 2:04-cr-00055-RRE   Document 799-7   Filed 01/12/12   Page 5 of 5