Case 2:04-cr-00055-RRE   Document 799-8   Filed 01/12/12   Page 1 of 1



1257 hrs   DRM/sucy

om Kathy Susan Garcia   08 02 55

**TARGET**
EXPECT MORE. PAY LESS.

11/22/2003   04:25 PM
RECEIPT EXPIRES ON 02/20/04

A receipt dated within 90 days is
required for ALL returns & exchanges.
Giving a gift?  Include a gift receipt!

| 024050199 | SATCHEL | T | 14.99 |
| 043060946 | PHY SCI | T | 4.24 |
| 079050021 | MOS PRT SHIR | T | 3.28 |

SUBTOTAL    22.51
T = ND TAX 6.7500% on   22.51    1.52
TOTAL    24.03

CASH PAYMENT    400.03
CHANGE DUE    376.00

RECEIPT ID# 2-3326-1783-0072-1173-9
VCD#751287244    TM#****2268

Save ALL Receipts
Give Gift Receipts & Gift Cards
Ask about Receipt Lookup

**SUSPECTS SUPPLEMENT**

**K COUNTY SHERIFF**

**FIELD INCIDENT REPORT**
**SUPPLEMENT**

**INCIDENT**

Page 1 of 3

STATUS A (I,A,C or U)

I = INACTIVE A - ACTIVE C = CLEARED U - UNFOUNDED

CRIME VICTIM'S CARD GIVEN   YES ☐   NO ☐

TO DATE _____   TIME _____

OFF# _____   ASST. OFF# _____   DOMESTIC ? _____   WEAPON-TYPE ? unknown

STREET _____   APT/FIRE _____

**Initial Call handled by:**

☐ Personal contact w/complainant

☐ Telephone contact w/complainant

STATE _____   ZIP _____

**PERSONS**

GOVERNMENT
EXHIBIT

CASE
NO. 2:04-cr-55

EXHIBIT
NO. 18 58

SEALED BY: DRM
Date: 02.04.05