STATEMENT OF ALFONSO RODRIGUEZ JR.

November 26, 2003 - 1330 hrs. - av

DA= Dan Ahlquist, MN BCA

BB= Brad Barker, MN BCA

AR= Alfonso Rodriguez Jr.

BACKGROUND NOISE

DA: 1330 hours on 11/26 - 03

this is Alfonso Rodriguez (INAUDIBLE)

(MUMBLING)

DA: We finally got a decent day, you can come over here, I think that side might be, I'll jump in the back.  Yeah, he can have the seat in front.

(BACKGROUND NOISE)

DA: Alfonso, the reason that we wanted to touch base with ya, um, we're working on the disappearance of this girl...

AR: ...uh huh...

DA: ...and as a routine matter of course...

AR: ...(INAUDIBLE)...

DA: ...will be coming?  Yeah, okay, well, he told me that Chief Motherway is coming...

AR: Chief told me you'd be coming.

BB: ...yep...



GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 21-1

Page 2

DA: ...Chief Motherway. Okay, um, how long have you been working over here?

AR: Ah, about a couple months...

DA: ...is this, could ya...

AR: ...today's my last day.

DA: Oh, you're done then huh?

AR: Well, there might be some more jobs coming, but...

DA: ...okay...

AR: ...and ah, they're done, gonna be done here.

DA: Okay. Um, what we wanted to do is just ah, it's a kind of a routine matter, we wanted to touch base with you and see ah, ah basically get a, a alibi you for Saturday, see what you were doing, wh- where you were at and things like that ah, we're working on the disappearance of this gal and-and ah, everybody's a suspect...

AR: ...yeah...

DA: ...until we can rule them out...

AR: ...oh...

DA: ...you know, um, what were you doing on Saturday?

Page 3

AR: Well, I went to Grand Forks, I was in Grand Forks.

DA: Okay, what ah, what time did you go over there?

AR: About 12:30.

DA: 12:30?

BB: That's when you left Crookston? Left your home?

AR: Yeah.

BB: Okay.

DA: Did anybody go with ya? Whose ah, vehicle, did you take your vehicle?

AR: (INAUDIBLE)...

DA: ...is this your vehicle...

AR: ...yeah...

DA: ...the mer-Mercury?

AR: Yeah.

DA: Okay. Um, what did-where did you go in Grand Forks?

AR: I went to Sams, not too specific about the times and then aft-after Sams, I went to Wal-Mart and then after that I went to Target and then after that I went to the Mall and then I went to a movie.

DA: Where did you ah, let's see, you went to

Page 4

Sams, Wal-Mart, Target, the Mall,

movie...

AR: ...yeah...

DA: ...what movie did you go to?

AR: Um, that one that just came out um, I

can't remember um...

DA: ...what was it about?

AR: It was about that um, um, (INAUDIBLE)

movie, Once upon a time in Mexico.

DA: What time did the movie start?

AR: About 4:30. Four-thirty, four-forty,

something like that.

DA: What time did you ah leave the movie

theatre?

AR: Ah, oh, 7:00, 7:30 or so.

DA: Where'd you go next?

AR: Went to eat at McDonalds and then I

came home. Got home about 8:30.

DA: Which McDonalds did you go to?

AR: The one over by East Grand Forks.

DA: Kinda by out at the highway there?

AR: Ya, Highway 2.

DA: And you say home about 8:30?

AR: (INAUDIBLE)

DA: What route did you drive home?

Page 5

AR: I would take the 220.

DA: Okay, so you would go from East Grand Forks, how, wh-where would you drive from a the McDonalds for instance?

AR: Um, on Highway 2 until I hit 220 and then...

DA: ...okay...

AR: ...(INAUDIBLE) what is that nine?

DA: Two-Twenty to nine?

AR: Yeah.

DA: Okay and then?

AR: Then home.

DA: Ea-and that comes right into Crookston?

AR: Yeah, out by the beet plant.

DA: Yep.

AR: That's the way I usually go, it's closer than the Target, Wal-Mart.

DA: What-what ah, movie theatre did you go to?

AR: The one right next to the Mall.

DA: Okay, that's a...

AR: ...(INAUDIBLE)...

DA: ...is it on Thirty-Second?

AR: Yeah, I think so, yeah.

(CELL PHONE RINGING)

Page 6

DA: How ah, how much did the movie cost?

AR: What was it, six-six-something.

DA: Hello?

AR: I didn't pay attention to the price.

DA: What?

BB: Okay, did you keep your um, ah...

AR: ...(INAUDIBLE)...

BB: ...the movie ticket deal...

DA: ...okay...

BB: ...(INAUDIBLE)?

DA: Yep, I'm ready.

BB: Did you run into anybody at all like, what

we're trying to do of course is just

(INAUDIBLE)...

DA: ...second-hand lions

BB: ...(INAUDIBLE)...

AR: ...(INAUDIBLE)...

BB: ...alibi them, where they were at

(INAUDIBLE)...

DA: ...go ahead...

BB: ...(INAUDIBLE) ran into at all, at all,

Alfonso...

AR: ...no-no...

BB: ...that could say oh, you were here...

AR: ...no...

Page 7

BB: ...at such and such a time or anything

like that...

AR: The only thing I done ...(INAUDIBLE)...

DA: ...go ahead...

AR: ...(INAUDIBLE)...

BB: ...purchases, yeah.  Um, did you buy

anything at Target?

AR: No, I bought at Sams...

BB: ...okay.

AR: And at Wal-Mart...

BB: ...okay...

AR: ...(INAUDIBLE)...

DA: ...what were the showing times on

Saturday?

AR: (INAUDIBLE).

BB: Um hmm.

Did you buy anything at the Mall did you

say?

AR: No.

BB: Where did you go, what stores did you

go in at the Mall?

AR: I just went into ah...

DA: ...okay...

AR: ...JCPenney's...

BB: ...um hmm...

Page 8

AR: ...(INAUDIBLE) and Sears.

BB: Okay.

AR: And Marshall Fields.

BB: Okay, do you know what times you were, roughly what times...

DA: ...go ahead...

BB: ...or what order that you were at or which stores you went into?

AR: Well, I went to Sams first and then I went to Wal-Mart...

BB: ...um hmm...

AR: ...then I went to Target.

BB: Okay.

AR: Then I went to the Mall and then I went to (INAUDIBLE)...

DA: ...okay...

BB: Okay, okay. And you said the movie was 4:30-4:40 something like that.

AR: 4:20 (INAUDIBLE).

BB: Okay.

AR: I'm not for sure.

DA: Okay.

BB: And you said no purchases at the Mall?

AR: No.

BB: Okay.

Page 9

AR: I made purchases at Wal-Mart and Sams.

BB: Okay.

DA: Video? Do they have video?  Okay. B-yep-yep. Bye.

(BACKGROUND NOISE)

DA: Excuse me.  You went to the Mall, Penny's.

BB: Yeah, the Mall was at Penneys, Sears, Marshall Fields in the Mall and the Mall was just for the movie, was in the order that I've got written down.

DA: Okay.

BB: And Alfonso said he didn't have, didn't keep the ticket from the movie theatre, um, how about the, wh-when you ate at ah McDonald's?

AR: No.  The only th-the only thing I kept (INAUDIBLE)...

BB: ...(INAUDIBLE)...

AR: ...credit card.

BB: Credit card, sure.  I understand.

AR: (INAUDIBLE)

DA: Did you buy anything at the Mall?

AR: No.

BB: Where abouts did you park in the Mall

Page 10

parking lot?

AR: Over by Marshall Fields.

BB: Is that the entrance that you went into?

AR: Yeah.

BB: And so it would be right near that

entrance?

AR: Yeah.  I usually park over by

(INAUDIBLE) couldn't find a place...

(BACKGROUND NOISE)

DA: You thought the movie started around

4:30 or 4:40?

AR: 4:40.

DA: And you went straight from the Mall to

the theatre?

AR: Yeah.

DA: Did ah, did you go in, wh-did you ever go

into ah, um Victoria Secret at all?

AR: No.

DA: Have you ever been in that store?

AR: No, no.  No, I haven't.  I don't know any,

really anybody in Grand Forks.

BB: Okay.

DA: Did you buy anything at Target?

AR: No, I was looking for a pair of jeans,

that's why I went to the Mall too.  The

Page 11

only thing I bought at Wal-Mart was, I

bought some socks, I bought four pair, I

think for myself and six pair for my mom

and toilet paper and um what else did I

get?  Some (INAUDIBLE) and some

(INAUDIBLE) hamburger.

DA: Some what?

AR: Hamburger.

DA: Oh hamburger.

BB: Okay.  And you said you-I think you

were on the phone, Dan, but I asked ah-

if he'd run into anybody that he knew or

(INAUDIBLE) and you said no right?

AR: Yeah.

BB: Okay.

DA: Did you purchase anything at the Mall?

AR: No.  I bought a, I bought a hunting hat,

where did I buy that at?  (INAUDIBLE).

BB: Buy a new hat?

AR: Yeah.

BB: Like baseball type-type hat?

AR: Yeah, camouflage...

BB: ...oh, okay...

AR: ...kinda hat.  (INAUDIBLE)

BB: What were you wearing that day?

Page 12

AR: Jeans, ah black shirt, hat

(INAUDIBLE) fisherman's hat

BB: Oh, okay, like a baseball style hat...

AR: ...yeah...

BB: ...(INAUDIBLE).

AR: (INAUDIBLE).

BB: Okay, what kind of jacket?

AR: A leather jacket.

BB: Color?

AR: Ah, black.

BB: Tennis shoes, boots?

AR: Tennis shoes.

BB: Have you purchased any knives or

anything like that?

AR: Knives?

BB: Yeah.

AR: No. (INAUDIBLE)?

BB: Yep.

AR: No. No, I haven't purchased, that's all I,

I bought. I bought that hat, but I can't

remember where I bought it. If I bought

it at Target or at ah Wal-Mart.

BB: Okay.

AR: I can't remember for sure.

DA: The ah, the movie theatre that you went

Page 13

to...

AR: ...um hmm...

DA: ...is that the one that's...

AR: ...right by-right by the Mall.

DA: On the Mall property basically?

AR: (INAUDIBLE) across the street I think

(INAUDIBLE) I don't think it's on the

Mall, it's, right off the Mall.

DA: Is it on the south side or the north side

of 32nd?  You don't know.

AR: I'm not sure.  I come from Washington,

it's be on this side.

DA: On the r-on the right?

AR: (INAUDIBLE)

DA: Okay.

BB: W-what was the name of the movie

again?

AR: It was Once Upon A Time in Mexico.

BB: Okay.

AR: I should be better at ah remembering.

DA: What was it about?

AR: (INAUDIBLE) it's a re-run for like ah,

(INAUDIBLE) take off to Tony Banderas.

DA: Antonio Banderas?

AR: Yeah.  And Johnny Depp and

Page 14

(INAUDIBLE).

DA: Drug?

AR: Shooting and all that.

DA: Yep.  I asked what ti-ah how much the movie was and then my phone rang.  Do you remember how much the movie cost?

AR: It's six-fifty, I think.  I'm not sure (INAUDIBLE) I just pay and…

BB: …(LAUGHS) yeah.

AR: (INAUDIBLE) go to the movies.

BB: When you drove up to Grand Forks, did you take the same route going up?

AR: Yeah, yeah, but I went (INAUDIBLE) all the way to 81.

BB: Okay, then left 81 and came out up at (INAUDIBLE)?

AR: And then I took, what is that, County 17 that comes out right behind ah Wal-Mart?  (INAUDIBLE) the same distance.

BB: Um hmm.

AR: (INAUDIBLE)

BB: (INAUDIBLE) go that way.

AR: (INAUDIBLE)

BB: (LAUGHS)

Page 15

DA: Is there any reason that-that we'd find you on the video cameras ah in the JCPenney lot at all?

AR: JCPenney lot?

DA: Yeah, parking lot.

AR: No.

DA: Okay.

AR: No. Not-not Saturday.

DA: Okay.

AR: No, (INAUDIBLE) I was in Marshall Fields lot.

(CELL PHONE RINGING)

DA: Excuse me. Hello? Yes sir?

(STATIC IN BACKGROUND)

DA: Of what?

BB: (INAUDIBLE)

DA: Okay...

BB: ...anything else you can think of Alfonso that, that would you know, we could put down in our report that would help (INAUDIBLE)...

DA: ...okay, um...

BB: ...(INAUDIBLE)...

DA: ...stand by one second.

BB: (INAUDIBLE)

Page 16

(BACKGROUND NOISE)

BB: ...we gotta make sure that we can alibi ya, that we can say, we can put down in a report and we say that Alfonso was here, we know it, we can alibi him and we know this for sure.  Anything else that-that happened or that you say that you could, that we could associate some times or som-you know, there's a time period that we've gotta make sure that everybody that we talk to that we gotta make sure we know where they were during that time period and they aren't ah, they aren't the bad guy we're looking for so.  That's all we're trying to do...

AR: ...(INAUDIBLE)...

BB: ...you know, that's why we're looking for so much detail, you know, we're aren't trying to...

AR: ...(INAUDIBLE) I don't eh-didn't really talk to nobody.

BB: Okay.

AR: (INAUDIBLE)

BB: Anything happen, did you see any car accidents er anything, anything at all

Page 17

that there might be a report on or

anything that was going on that day that

you can think of that you remember

seeing or anything?

AR: (INAUDIBLE)

BB: Okay.  But you know what I mean...

AR: ...yeah, well yeah...

BB: ...you know wh-what I'm getting at here.

Okay.

AR: Yeah, it was pretty quiet (INAUDIBLE).

BB: Um hmm.

AR: (INAUDIBLE) not too much of anything.

BB: Traffic wise, yeah, okay.

(BACKGROUND NOISE)

BB: (INAUDIBLE) any-anything else that you

might've seen or anything going on,

a car accident that he might've seen

some place or anything that would kind

of pin down these times a little bit more

for us and he says no that there-there

isn't.

AR: Yeah, there's no, there's no accidents at

Target or Wal-Mart or Sams or...

BB: ...nothing exciting going on (LAUGHS).

AR: No.

Page 18

BB: Okay. Okay, did you go through the drive-thru at McDonalds or did you go...

AR: ...no, I went in...

BB: ...you...

AR: ...went in.

BB: You went inside, okay.

AR: Yeah, I really don't like (INAUDIBLE).

BB: Sure.

AR: (INAUDIBLE).

DA: So, did you go straight from McDonalds to home?

AR: Yeah.

DA: So what time do you think you would've been at McDonalds, half-hour before you got home or?

AR: Yeah, about 8 o'clock. I got there about 8-8 o'clock, I think. 8-8 o'clock a-around there, not too sure about...

BB: ...okay...

AR: ...specific...

BB: ...do you use alcohol anymore?

AR: No. I don't drink, started smoking again, but.

BB: (LAUGHS)

AR: I don't drink.

Page 19

BB: Okay.

DA: I don't have any further questions, um, w-w-we're gonna do here next is we're gonna ah go to work and you know check everything out and eh-good place to g-get a hold of ya, is that at home there?

AR: Yeah, yeah.

DA: Okay. Um, we're got ah, what we do when we are collecting all this stuff, ah, and information is we generally try to ah, ah see if we can get consent from the person to get a cheek swab, a DNA testing cheek swab...

AR: ...my DNA is on file...

DA: ...it's on file...

AR: ...yeah...

DA: ...in the database?

AR: Yep.

DA: Okay.

BB: When did you give that, when was the- was that when you were released at the time...

AR: ...yeah...

BB: ...of release?

Page 20

AR: No, about oh, when that new law went into effect.

BB: Okay, so they did...

AR: ...(INAUDIBLE)...

BB: ...while you were in prison?

AR: Took blood.

BB: Okay. Where were you incarcerated at?

AR: At Moose Lake.

(CELL PHONE RINGING)

(BACKGROUND NOISE - PEOPLE TALKING IN BACKGROUND)

DA: Hello?  Say can I call you right back?

Okay, thank you, bye.

BB: As Dan was saying, um, part of this that we have to do too is to take, would you mind if we looked in your car, just briefly checked your car?

AR: No.

BB: We'd have to have you sign a release to do that, you know cuz we...

AR: ...yeah, that's no problem.

BB: Okay, all right, if you don't mind this...

AR: ...no...

BB: ...this isn't gonna take very long.

Anything else Dan?

DA: Nope, that'll do it.

Page 21

BB: Is what y-you're next thing you were

gonna ask?

DA: Yeah, I was getting my bearings there

after the phone rang.

BB: Okay, I thought (LAUGH)...

DA: ...um...

BB: ...you were been distracted a few times.

DA: Um, yeah, it's the stuff, the DNA's on

file, if it's okay with you to sign a

consent for us to look in your car, that'd

be great...

AR: ...yeah...

DA: ...um, n-nobody can make you do that,

but I mean, it's up to you.

AR: No, that ain't a problem.

DA: Okay.

BB: (INAUDIBLE)

(BACKGROUND NOISE)

DA: I missed ah, wh-where was it that you

were last incarcerated at?

AR: Moose Lake.

DA: Moose Lake.  How long were you in

prison?

AR: Twenty-three years.

DA: Twenty-three, was that all at one time or

Page 22

did you end up going...

AR: ...(INAUDIBLE)...

DA: ...you stayed in.

BB: I've got one, I don't, do you?

DA: I think I might, yeah.

BB: I used my last one.  Here we go.

DA: Want me to fill it out?

(PAPERS SHUFFLING)

BB: We gotta, sorry for the inconvenience
here, we just have to be as thorough as-
as we can, you know, we aren't, we
aren't accusing anybody of anything,
you know, but we just gotta be as
thorough as we can because...

AR: ...yeah...

BB: ...people review what we do and if we
don't do it right then we...

AR: ...yep...

BB: ...have to come back and ask you more
questions again...

AR: ...yeah...

BB: ...so, we just have to, we have to be as
thorough as we can and you know
because we're, and w-you know.  With the new
law and having the stuff, having you

Page 23

registered and everything, we have to

go through with everybody that is, so...

AR: ...yeah...

BB: ...(INAUDIBLE) people expected us to

be knocking on the doors and visiting

them and everything and...

AR: ...yeah...

BB: ...and I just, I appreciate your

cooperation and I know it's a hard thing

for you...

AR: ...(INAUDIBLE)...

BB: ...happen, yeah, yep, that's part of it, so,

try to-try to be as good about it as we

can when we go out and do it.

DA: Alfonso, what ah, year is your car?

AR: 2002.

DA: 2002? Is it a Sable? Cougar?

AR: Sable.

DA: Sable.

BB: It's the one on the end here?

AR: (INAUDIBLE)

BB: (INAUDIBLE) nice looking car.

(BACKGROUND NOISE)

DA: Um, what I'm gonna do here is I'm just,

here I'll take this outta the way. I'm just

Page 24

gonna read this to you...

AR: ...okay...

DA: ...you can follow along. It's a consent to search form, Minnesota Department of Public Safety, Bureau of Criminal Apprehension. Um, I, Alfonso Rodriguez, having been informed of my constitutional rights not to have a search made of my vehicle herein described without a search warrant or of my right to refuse t-to consent to search, you don't have to allow us to do this, ah, search, okay, let me come back here, search warrant and of my right to refuse to consent to a search hereby authorize Dan Ahlquist and Brad Barker, agents of the Minnesota Bureau of Criminal Apprehension, Department of Public Safety and/or any other duly appointed law enforcement officer to conduct a complete search of my vehicle under my control described as Minnesota license KKY105, a 2002 Mercury Sable. I understand this consent may be withdrawn at any time. This written

Page 25

permission is given by me voluntarily. I have not been threatened nor have any promises of consideration or reward been made to me. I have read this document and fully understand it's contents. Do you understand that?

AR: Yeah.

DA: Okay. Ah, keeping all this in mind that I've just read to you, do you agree to allow...

AR: ...yeah...

DA: ...us to search the vehicle? Okay, I'll have you sign ah right...

AR: ...wh-what are you looking for?

DA: Well, anything ah...

BB: ...an-anything that has evidentiary value that could be associated to this missing girl.

AR: Oh.

BB: And that's all, we aren't...

AR: ...(INAUDIBLE)...

BB: ...we aren't looking for anything else (LAUGHS) so, you don't have any contraband or anything...

AR: ...no, no...

Page 26

BB: ...that we shouldn't...

AR: ...no...

BB: ...shouldn't find in there...

AR: ...my fishing gear

BB: ...okay, well no law against having that.

DA: Ye-...

BB: ...even I'll be in trouble.

DA: You been fishing?

AR: Well, I haven't for a while (INAUDIBLE).

DA: What's your-well, I don't wanna ask you your favorite spot cuz I don't wanna take any spots, but where do you like to fish at?

AR: Usually I go to Maple Lake and the dam

BB: Um hmm.

AR: (INAUDIBLE)

BB: Um hmm.

(SOMEONE WRITING)

DA: Okay, Alfonso, it's the twenty-sixth, could I get you to write the date on there under your name?

(BACKGROUND NOISE)

DA: Twenty-sixth, eleven...

BB: Eleven, twenty-six, yeah.

(SOMEONE WRITING)

Page 27

DA: Thank you.

(BACKGROUND NOISE)

DA: Okay.

(BACKGROUND NOISE)

DA: Set this stuff in here. The time is now 1354 hours and I'm gonna end the statement.

(BACKGROUND NOISE)

TAPE ENDS