STATEMENT OF ALFONSO RODRIGUEZ JR.

November 26, 2003 - 1845 hrs. -js

DA= Dan Ahlquist, MN BCA

RH= Rick Hilzendager, USCS

AR= Alfonso Rodriguez Jr.

RH: Yeah it's cold out.

DA: This is Rick.

RH: I'm Rick Hilzendager.  I'm a Federal Agent with U.S. Customs.

DA: He's...

RH: ...go ahead and take your ah coat and why don't you stay a little while.

DA: He's, he's one of our ah partners working on the case.  The other guy had to head home.  Um, what I wanted to do is, is hook up and, and go through a few more details I for-, we forgot to ask a few questions and, and a you hit so many different places over there on Saturday...

AR: ..um hmm.

RH: And Sunday too.

DA: Yeah, I guess you went to a hockey game or something (INAUDIBLE).

AR: Yeah.

GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 22-3


Page 2

DA: Um...

AR: ...and to Kmart.

DA: Okay, I wanted to touch base um we're at the, the police department.  I, I just turned a recorder on so I don't have to write so fast and ah so I just want to talk a little bit to the recorder and let 'em know where we're at.

AR: Um hmm.

DA: Th—my name is Dan Ahlquist from the BCA office in Bemidji, um, I'm present in Crookston, Minnesota at the Crookston Police Department.  It's the 26th of November.  The time is ah, ah, about 1842 hours.  Present also is Rick, Rick what's your last name again?

RH: Hilzendager.

DA: Hilzendager, and ah and Alfonso Rodriguez.  Ah, Alfonso the address is it 210 Adams Street?

AR: Yes.

DA: In Crookston, okay.  And you know out in the street today we were just sitting around having a visit and everything well now we're at an official police

Page 3

station and everything.

AR: Um hmm.

DA: And I'm gonna advise you of your rights

because that's the way we do things

and ah so I'm gonna, I got a form here.

I'll read it to you here.  Says ah today is

ah 11-26 of '03.  It's 1843 or

6:43 hours.

AR: Um hmm.

DA: Ah the name is Alfonso Rodriguez, date

of birth is 02/18/53, age 50, address

210 Adams Street, Crookston.

AR: Um hmm.

DA: Daniel Ahlquist who has identified

himself as an agent for the Minnesota

Bureau of Criminal Apprehension and has

duly warned and advised you of, of your rights

and protection against self incrimination.

AR: Um hmm.

DA: Ah you have the right to remain silent.

Anything you say can and will be used

against you in the court of law.  You

have the right to talk to a lawyer.  Have

a lawyer present with you while you are

being questioned.  If you can not afford

Page 4

to hire a lawyer one will be appointed to represent you before any questioning, if you wish. You can decide at any time to not answer the questions or make any statements. Do you understand each of those?

AR: Yup.

DA: Um the above statements have been read to me and I understand what they mean. No threats or acts of force have been made against me nor have any promises of any kind been made to me. I am not under the influence of alcohol or a controlled substance at this time. Is that all true?

AR: Yeah.

DA: Ah keep all this that I've read you in mind would you like to talk to us?

AR: Sure.

DA: Okay. Could I get you to, to sign ah, just sign right there.

(BACKGROUND NOISE)

DA: Thank you sir.

(PAPERS SHUFFLING)

DA: We ah we talked about a lot of things

Page 5

and had an opportunity to, to look in your car at that time. The other thing that we want to do and we, whenever we get into a situation and we're talking to somebody we like to be able to look into their living areas too. Now you stay at your mom's place? You got, you got a bedroom upstairs or downstairs?

AR: Downstairs.

DA: Do, do you kinda run the whole downstairs and she has the upstairs or how do you work that?

AR: No it's just a, just the house.

DA: Okay so you just have a bedroom downstairs, okay. Do you remember when we asked this afternoon for consent to search your car?

AR: Yeah.

DA: What we would ask also Alfonso is if you would give us consent to search your bedroom for evidence relating to the abduction of this little girl.

AR: Oh that's up to my mom ya know.

DA: If it's okay with her?

AR: Yeah.

Page 6

DA: The reason we ask you is because the way the law looks at it is if it's if you sleep there then you have the right to ah, to give the consent.  Even though it's your mom's house we'd ask her 'cause it's her house but, but if she'd probably say "well it's Alfonso's room and if he wants to let you search"

AR: ...Um hmm, yeah.

DA: So if it's okay with...

AR: ...yeah...

DA: ...her, it's okay with you?

AR: It's okay with me.

DA: Okay.

AR: Ya know I don't have nothing to hide.

DA: Okay.  Um...

AR: The only thing I made a mistake this afternoon was where I parked.

DA: Oh okay with the park.

AR: I think I parked by Royal Fork.

DA: 'Kay I know you said that you normally park by the Royal Fork.

AR: Yeah I think I did.  I'm not sure 'cause I go there so, so often.

DA: To the mall?

Page 7

AR: Yeah.

DA: Okay.

AR: And ah u—and I usually sometimes me and my mom go over there. Go to eat at the Royal Fork.

DA: Sure.

AR: And she is handicapped so I park in that area.

DA: Right. Help me a little bit with that w— and we'll go back and talk about this in more detail but where exactly is the Royal Fork. Is it by the Marshall Fields?

AR: Sears, it's by Sears.

DA: It's by Sears okay.

AR: Right next to Sears.

DA: Okay.

AR: Go in that door that says Royal Fork.

DA: Okay yeah.

AR: And you go right in and then the restaurant is here and Sears is there.

DA: Okay.

AR: But some—ya know sometimes I park in different places because it's busy but the majority of the time I park at ah Royal Fork.

Page 8

DA: I think what we can do here is let's do this. I will ah fill out this form and then we'll have you call your mother and, and say what the deal is that we want to look in your room. We don't want to search the whole house we just want to look in your room and, and you can tell her that it's okay with you if that's how you feel.

AR: Yeah.

(SOMEONE COUGHS)

DA: And then ah why we're talking here we can have those guys go over there and do that so we can get it all done quickly and, and your mom can kinda. She, is she gonna be home?

AR: Yeah I don't think ah I think I gotta be there.

DA: You have to be there?

AR: Yeah.

DA: Okay.

AR: Ah she gets a little, kinda nervous.

DA: Maybe we should just run over there and do that?

AR: Okay.

Page 9

DA: And then we can come back and, and, and go through the rest of the, of the questions. That way we aren't.

AR: We can do the questions now ya know...

DA: Okay, well ah...

AR: ...I gotta go to work tomorrow too.

DA: Oh you didn't, didn't get it done.

AR: Uh uh.

RH: See that's why it would be nice to do the search, ya know have those guys do that right now so we could.

AR: (INAUDIBLE) my mom wouldn't...

RH: ...she'd be kinda nervous.

AR: Yeah, she'd would be uncomfortable.

RH: Okay.

DA: Okay.

AR: You can search it but ah...

RH: ...I, I, I understand what your saying.

AR: My mom's ah (INAUDIBLE).

RH: But what, what if you told her it was okay though ya know if she was home.

AR: But still...

RH: ...still make her nervous?

AR: Yeah.

Page 10

RH: Okay.

AR: She doesn't like anybody being in her

house.

RH: Oh sure, yeah.

DA: Rick can you spell your last name?

RH: H-I-L-Z as in zebra - E-N-D-A-G-E-R

(BACKGROUND NOISE) (pause)

DA: Okay got that filled out.  As long as

we're here let's talk a little bit about the

other um questions.  What, what I was

mostly, there was a gap in time.  Well

let's even back up further.  You said you

left about 12:30?

AR: About that.

DA: Okay and a half hour to get over there?

AR: Ah, didn't you get the tickets?

DA: I I—yeah, we yeah you were at, you

were at ah...

AR: ...(INAUDIBLE)

DA: Well if you were at ah (PAPERS

SHUFFLING) Wal-Mart at,

checked out of Walmart at

8 minutes to 3.

AR: (INAUDIBLE)

DA: Where did you go after Wal-Mart?

Page 11

AR: First I went to Sams and then I went

to Wal-Mart and then I went to Target

and then I went to the mall after that

DA: Sams, Wal-Mart, Target, and then the

mall. Did you remember if you had

bought anything at Target?

AR: I'm not, see I bought a hat. I got it at

the house.

DA: 'Kay.

AR: Maybe it says it on there.

DA: Okay.

AR: It still has the label.

DA: Okay. At...

AR: ...but I don't know if I bought it at, at ah

at Wal-Mart. I should look (PAPERS

SHUFFLING). I, I don't remember

where I bought it.

DA: Okay, it could have been Wal-Mart or at

Target?

AR: Yeah. I, I know I bought the sox, I

bought the sox for myself.

DA: Yup.

AR: And some sox for my Ma and I bought

some freezer bags, toilet paper, and

sleep aids I think, and that's all I bought

Page 12

there.  And ah Sams I bought flour

sacks, and flour sacks and I don't

remember.

DA: Um hmm.

AR: And (INAUDIBLE).

DA: 'Kay.

AR: And that's all I bought.

DA: When you got to the mall, why don't you

just walk me through where you went in

the mall.

AR: First I went to Sears.

DA: 'Kay.

AR: And then I went to JCPenney and

then...

DA: ...What was your mission at Sears?

AR: I was looking for a pair of jeans.

DA: 'Kay so then the whole day then it was

all jeans?

AR: Yeah.

DA: Okay.

AR: Not expensive jeans, I was looking for a

sale.

DA: Where, where all did you go...

AR: ...(INAUDIBLE)...

DA: ...at Sears...

Page 13

AR: ...huh?...

DA: ...at Sears, where all did you go in the Sears store?

AR: Just in the men's section.

DA: Men's clothing.

AR: Ah, when I went through, you go through I think the women's section is on both sides when you go through.

DA: 'Kay.

AR: Through the mall.

DA: Um hmm.

AR: And I think the men's side is to the right and all the way down to the end.

DA: Okay.  So your goal was to get to the men's clothing.

AR: Yeah.

DA: And then after the men's clothing where did you go?

AR: I went back out to the mall.

DA: Same way you went in?

AR: Yeah.

DA: 'Kay.

AR: I went, I went all the way to ah JCPenney.

DA: Okay.

Page 14

AR: And then I went from there and then I went to Marshall Fields and then that's it. (COUGHS)

DA: 'Kay, when you went to JCPenney, where did you go in JCPenney?

AR: Men's section.

DA: Okay, okay, and then Marshall Fields?

AR: I just went through there.

DA: 'Kay, do they have a men's section there too?

AR: Yeah, yeah.

DA: 'Kay, when you left Marshall Field um did, did you buy anything at all in mall?

AR: No, no.

DA: 'Kay.

AR: I'm pretty sure I didn't buy the hat there either.

DA: Okay, so the hat that you were wearing did you say that had a number three on it?

AR: Um hmm.

DA: Was it like a Dale Air—Earnhardt, it's a number three...

AR: ...no it's a fishing hat.

DA: Okay.

Page 15

AR: I think it says extra fishing, extra, there's three extra's on there.

DA: Okay.

AR: I don't know, it's at the house.

DA: Okay, um you went out then to through the Royal Fork...

AR: ...Yeah...

DA: ...exit?  And where did you go after that?

AR: I went to the movie.

DA: Okay, now how far did you have to drive to go to this theater?  Was it the theater that has four movies or ten or twelve movies?

AR: It's the one that, no it's the one that's I think it's right by that Office...

DA: ...Max?

AR: Office Max.

DA: Right, okay.

RH: So it's still there where the mall is?

AR: Yeah.

RH: It's not the one right on the street but it's in all most the same parking lot as the mall?

AR: (INAUDIBLE)

RH: (INAUDIBLE) 'cause there's a small like

Page 16

I said with four then there's a real large

on that has I don't know like eight.

AR: How many, I don't know how many it

had to tell you the truth.

RH: Do you remember how long it took you

to drive from the mall?

AR: A minute or two, I don't know.

DA: 'Kay.

AR: Went by Off--, I think it's right by Office

Max.

DA: Okay.

AR: Ya know around that area.

DA: When you ah, did you arrive for the

movie on time?

AR: Yeah.

DA: Okay.

AR: It was 3:40 or 4:40.

DA: 'Kay.

AR: Me and times…everybody's always

telling me. Start a journal.

DA: How long were you in the mall?

AR: Not very long, about an hour maybe.

DA: 'Kay.

AR: About an hour.

DA: Okay, um so then you get to the theater,

Page 17

initially I think you said it was about

4:45 or 4

AR: 4:40

DA: 4:40, um a movie about two

hours long so your outta there at

6:40 and your driving away.  Did you go

anywhere after the movie?

AR: To McDonalds.

DA: Is that the only place you went?

AR: Yeah.

DA: And the McDonald's you went to was

where?

AR: Over by ah, on Highway 2.

DA: In East Grand Forks?

AR: Yeah.

DA: The one um…

AR: …on what, ah what's that street ah

19?  It goes, no it goes toward

(INAUDIBLE) and I think it goes to

19.

DA: Yeah on Highway 75, it's at the

intersection of highway…

AR: no it ain't 75.

DA: Oh that's right it's a…

RH: 220?

Page 18

DA: 220 yeah.

AR: 220 yeah.

DA: 220 and Highway 2.

AR: and Highway 2.

DA: By the bowling alley and that.

AR: Yeah.

DA: Okay and your best guess on…

AR: …time?…

DA: Time, see 'cause if the movies at 6, if you're out of there two hours after 6:40, it would be 6:40.

AR: Yeah.

DA: Ya know twenty minutes to get over to a McDonald's is 7.

AR: Yeah.

DA: How long were at McDonalds.

AR: Oh about 30 minutes maybe.

DA: Half hour.  So you're out of there at 7:30 and you're home at 8, 8:30?

AR: Yeah about that.

DA: Or 8:15, okay.

AR: And once I got home I unpacked everything and went to McDonalds again.

Page 19

DA: Okay.

AR: Ah, over in Crookston.

DA: Okay.  The ah did you were, didn't get

enough to eat?

AR: Well I just went to get a small

(INAUDIBLE).

DA: Um, go ahead.

RH: Did you, you, you stopped by home and

then went to McDonald's again or you

went...

AR: Yeah, yeah.

RH: Okay.

AR: Yeah.

(INAUDIBLE)

RH: Okay.

DA: The ah well we want to ah we were do

the best job we can to clear you as a

suspect in this case.   With ah that

movie that you said, it isn't playing there.

AR: Well I don't really know, I'm not really

into that movies.  I, I know I, I seen that

movie but I don't know what week it

(LAUGHS).

DA: Okay.  Well this was just a couple days

ago so I mean if you went to the movie I

Page 20

think...

AR: ...yeah.

DA: Do, do you think you maybe didn't go to the movie on that day?

AR: No, I we--, I went to the movie.

DA: Um...

AR: ...but I can't remember the name of it.

DA: Okay.  Well which, what was it about?

AR: It was about that ah, god I always get Banderas for some reason in my head.

DA: 'Kay, well there is a movie called, called ah no "Once Upon a Time in Mexico".

AR: Um hmm.

DA: And it's got Antonio Banderas in it.

AR: Yeah.

DA: But it's not playing there on Saturday, it wasn't playing there Saturday.

AR: Uh yeah I don't know.

DA: Um what movie do you, did ya see?

AR: God, well I've seen four movies there, it was that one, the one with ah Ed, Edw-- -, some karate movie.  Um, ah where they swap, it's a movie where they swap ah the daughter and the...

RH: ...and the mother?

Page 21

AR: Yeah.

RH: Okay.

AR: Yeah, they swap and what else did I go see there.  I don't know.

RH: You, you've done the four movies there?

AR: Yeah.

RH: You said.

AR: Yeah.

RH: Okay.

AR: One, a couple of times I took my nephews.

RH: Over how long of a span are we talking these four movies that you went too?

AR: Oh once a month maybe.

RH: Okay, so over four months you've probably seen four movies?

AR: Yeah.

RH: Okay, so before Saturday it was probably a month before you?

AR: Yeah.

RH: Okay.

AR: I usually don't go to movies because I can't...

RH: ...right...

Page 22

AR: ...sit still and watch. I'm always getting up and leaving and.

DA: Um hmm. It would make me, it would ya know I ah ya know interview hundreds, and hundreds of people and, and ah we're talking about something that just happened a couple of days ago and if you went to the mall and you went shopping and you remember that you bought sleeping pills and remember that you bought sox...

AR: ...well the only reason I remember that 'cause I got it written down.

DA: Well we'll but you told me that before that you went to Wal-Mart and Target and, and that you went, that you were looking for jeans but going to a movie is something that should just flow right in there but it should flow right in there so I mean if, if you didn't go to the movie it's not a big deal it's just ya know we just need to figure out ya know what did happen.

AR: Well that's what I, I did but I just.

DA: Okay.

Page 23

AR: (INAUDIBLE)

DA: Because I'm not finding you on the McDonalds video either. The McDonalds video from the Highway 2 McDonalds in East Grand Forks.

AR: Um hmm.

DA: I can't find you in there ah going inside the store like you said you did.

AR: Yeah.

DA: So I mean I can't find you there either, so I'm, I'm, I'm just you've got a couple issues that we got to try to figure out. We got to work through this and ah and could be a very logical explanation.

AR: Yeah.

DA: Um it's just a matter of figuring out, ya know, where you went and what you did. Um it, you know, it's never too late sometimes our memories...

AR: Yeah.

DA: You know it's never to late to...(INAUDIBLE)

AR: I, I often lose my car in the parking lot ya know so.

DA: Yeah it's not to late to go back and start

Page 24

over if you don't know the answer you can just say I don't know, ya know.

AR: Um hmm.

DA: But ah ya know we know that you didn't go see the movie that you described to me, you described it in detail.

AR: Yeah.

DA: In the car this afternoon so I mean it was obvious that you know.

AR: I know I seen it.

DA: Eventually somewhere you know.

AR: Yeah.

DA: But, but if you saw it Saturday you should know you saw it Saturday and, and ah you know we just need to get the straight scoop down.

RH: We could just take a moment and just think about Saturday again and try and remember ya know what movie that you did see.

AR: The only one I can think of is that one (LAUGHS). It's the only one I can think of.

DA: Okay. Um is it possible that you, that you.

Page 25

AR: I don't drink so I wasn't drunk.

DA: Yeah.  Is it possible that you went south and didn't go to the McDonalds then on the east side, that you just went to the McDonalds here?

AR: No, I see that's the problem is reading all these dates.

DA: Well we're just talking about one date.

AR: Yeah, yeah.

DA: Just one day, just Saturday night ah the other day.

AR: Well I'm pretty sure I went there that day.

DA: Okay.

AR: And I got two hamburgers, two regular plain hamburgers and then and a, and a Coke.

DA: In, in East Grand Forks?

AR: Yeah, yeah in East Grand Forks. Eating, I always remember

DA: Okay, what.

AR: 'Cause I know like Sunday I went to McDonald's here ya know and bought some stuff for me and my ma.

DA: Um hmm.

Page 26

AR: Before I went to Grand Forks but that's about all that I remember.

DA: 'Kay. Did ah, I, I, I'd feel a lot better about it if we could figure out this whole movie thing ya know.

AR: I don't know what to tell you. I know while, I, I know the time I got home and I know what time I went to McDonald's here.

DA: What times are those?

AR: I think I pulled in here about 8:30, went to McDonald's about 9 maybe. I just unloaded all the stuff in the car, put the stuff I use suppose to be in the freezer and the stuff that's suppose to be in the pantry.

DA: Um hmm.

AR: And I used the bathroom and then I left.

DA: 'Kay.

RH: What time did you arrive back home then after the Crookston McDonald's?

AR: Probably by not more than 10-15 minutes.

DA: Initially when we talked earlier that you thought that you were at the McDonalds

Page 27

over in East Grand around 8 .

AR: Yeah around then.

DA: Could have been such thing that with the movie ya know if you (INAUDIBLE). Problem is the movie didn't start. The movie started at 4:05. But there was no mo--- ya know your movie wasn't there so.

AR: Yeah.

DA: See that's real confusing cause I can't get around that. Um the movie that was playing there started at 4:05.

AR: 4:05?

DA: And ah ya know of course the movie that you said you saw wasn't there. It it it leads me to believe that that you might be mixed up on your day that maybe this trip this past weekend you didn't go to the movie maybe you're mixing that up with the weekend before or two weeks ago or something like that.

AR: I (INAUDIBLE) would of remembered.

DA: (INAUDIBLE)

AR: Yeah.

DA: Well if you you but like I say if you you're

Page 28

right you would of remembered I mean

you know what you saw is what I'm

saying.  See what I mean, if if I went to

a movie ya know

AR: (INAUDIBLE) I don't know why I can

remember.  I got it in I got it in my mind

too.  Just came out but I can't.

DA: It just came out.

RH: It just came out, can you remember who

was in it or anything like that?

AR: Mmm, no I can't.

RH: Do you remember anything that it was

about?

AR: Hm mmm

RH: Was it busy at the movie theater?

AR: No (INAUDIBLE)

RH: Did you buy any popcorn or pop.

AR: No No.  I usually don't, costs too much.  I

remember I, I went out for a smoke and

see I'm not too much into sitting down

so I always have to move around all the

time.

DA: Let me ask you a question.

AR: Mm Hmm.

DA: A number of years ago they convicted

Page 29

you of of ah some assaultive crimes...

AR: Mm hmm.

DA: ...ah stabbing...

AR: Yeah.

DA: ... and what not and you went to prison and served (BACKGROUND COUGH) a lot of time in...

AR: Yeah.

DA: ...prison for that.

AR: Yeah.

DA: Now a girl is abducted and and taken from the store there from the mall property and you're right in that area.

AR: Yeah.

DA: Okay.

AR: Yeah.

DA: You tell us that you went to the movie theater but that doesn't really pan out. We're having trouble finding you on the McDonalds video tape. If, if you were me, put yourself in my shoes...

AR: Yeah Yeah Yeah.

DA: ...wh---what would you think.

AR: Be suspicious. (INAUDIBLE)

RH: Maybe you didn't go to the movie

Page 30

theater but you went somewhere else that you don't want us to know about but y---you didn't actually go to the movie theater.  But you just said that so we would think, wow, he was at the movie theater because y---you know that this stuff is out there.  Or maybe if you think about it maybe maybe you didn't actually go to the movie theater but you just wanted to make sure that okay we knew he was somewhere.  Is, is it possible...

AR: I remember I remember a movie.

RH: Is, is it possible you weren't at the movie theater on Saturday?

AR: It could be but ah...

RH: Okay, I think...

AR: ...but I remember going to a movie.

RH: Well but on Saturday, though, you weren't at the movie, right?  I mean y--- you...

AR: I don't know.  I can't remember.

RH: But it but it's possible that you weren't there?

AR: It's possible.

Page 31

RH: Okay. So n---now that we know that it's possible, probably, um can you go ahead and just think about it a little more and.

AR: Usually what I do like ah like (INAUDIBLE) go to another sometimes when I go to Grand Forks I usually go to them same places and I just drive around, ya know.

RH: Maybe you were just driving around (INAUDIBLE).

AR: Well could be possible but ya know that's all I can say.

RH: Mmm.

AR: See I don't drink ya know I don't. I usually go like sometimes I go to Cabela's sometimes I I go to ah K-Mart, sometimes I go to...

RH: So do you think you were actually somewhere else other than the movie theater?

AR: I don't know ya I don't know.

RH: Mmm Hmm.

AR: Ah but I know I wasn't at the mall when this girl was abducted.

Page 32

DA: How do you know that?

AR: Because I left. I left there around 4, 4 o'clock.

DA: How can you be so sure when ah ya know when when ya. Ya know I just don't understand how you can be so sure you weren't there when she got abducted.

AR: Well I know when I leave the stores ya know when I leave there where I'm going.

DA: Mmm Hmm. But if you if you left Sams at about 3 and went to the mall and you're really kind of unaccounted for from then till...

AR: No I got I got there see I might of got there earlier I think.

DA: Well but you.

AR: Wal-Mart is the one I left at 3.

DA: Yeah Wal-Mart, you're right, yeah Wal-Mart you checked out at about 3 o'clock.

AR: And then I went to Target.

DA: So you went to Target.

AR: Yeah.

Page 33

DA: We actually have a witness that saw you at Target.

AR: Yeah.

DA: And and that was about 4.

AR: 4 o'clock?

DA: Yup.  That they were checking out and their receipts indicate it about 4 and they had seen you in Target.

RH: What time did you leave Target?

AR: Um, not I wasn't there very long.

DA: An---And then that puts you going to the mall around 4 and if you were there for about an hour puts you leaving about 5 and that's about when this girl was taken, was about 5.

AR: Yeah.

DA: So the time frame is about right.

AR: Yeah so.

DA: If if somebody if somebody (BACKGROUND COUGH) comes up in this investigation that tells us that they saw ya around the JC Penney entrance what would you think of that.

AR: JC Penney entrance?

DA: Yeah.

Page 34

AR: I was at the store.

DA: Did you ever go out in the mall lot or in the parking lot?

AR: No. Not not Saturday.

DA: What day did you…

AR: Huh?

DA: Did you go out there another day?

AR: Yeah sometimes I park there, not very often, usually I park at Royal Fork. Ya know or I Marshall Fields that's where you find the parking. Or I'm I'm usually at on Saturdays I usually when when I'm with my mom I can guarantee a parking space because she has a handicap. But when I'm alone sometimes I park there, sometimes I park at Marshall Fields. That's where all the parking is. And I think Saturday I parked at the Royal Fork, I think. I can't remember right. I remember going through the Royal Fork entrance.

RH: I wouldn't mind going back to the mall, if you don't mind.

DA: Go right ahead.

RH: Umm, so wo---would you agree that you

Page 35

end up leaving Target around 4?

AR: I'm not sure.

RH: You felt like it could have been.

AR: Could have been earlier, could have been later.

RH: And then you went right from.

AR: There to the mall.

RH: Target to the mall and then you got to the mall and you parked by...

AR: Royal Fork.

RH: Royal Fork and the first store you went to was...

AR: Sears.

RH: Sears. Why did you enter Sears, you went into the mall and then entered into Sears...

AR: Yup.

RH: Why didn't you just since you were parked by Sears why didn't you just go into the Sears store.

AR: I usually just go through the the mall between the Royal Fork and (INAUDIBLE).

RH: Force of habit. Cause you were gonna go shopping anyway for jeans.

Page 36

AR: Yeah Yeah.

RH: And then so you went right to the men's section at Sears and you were looking for a sale in jeans.  And you got done at Sears and you went to...

AR: JC Penney.

RH: JC Penney.  And you went to the men's section.

AR:  Yeah.

RH: 'Kay.  And then you went right into JC Penney into the men's section and then you left

AR:  Yeah.

RH: and headed right to

AR: Marshall Fields.

RH: Marshall Fields.  And then you you really didn't say what you did when you got to Marshall Fields.

AR: Well I I started going out.

RH: Started going out?

AR: Out in towards Marshall Fields.

RH: Oh, so you're saying you didn't even stop to look at clothes there.

AR: No I thought I had parked at Marshall Fields.

Page 37

RH: Did you find jeans at JC Penney?

AR: No.

RH: How come you didn't want to look for a sale for jeans at Marshall Fields?

AR: I just didn't. (SIGH)  Usually I wouldn't find them there.

RH: Okay.

AR: I thought I had parked on Marshall Fields so I went out just a little ways into the parking lot and I remembered and I backed out came back.

RH: And then you went out headed back towards JC Penney.

AR: Yeah, toward ah Sears.

RH: Toward Sears yea Royal Fork in that area.

AR: Mmm.

RH: Okay.  So how long do you think that that took you?

AR: I don't know, about 45 minutes, 50 minutes, I'm not I'm not sure.

RH: Okay.

AR: I wasn't in the stores very long.

DA: I'm going to do a quick check on something

Page 38

RH: Okay.

DA: I'll be right back.

RH: Okay. So then and then after so then you would have left by the ah the Royal Fork.

AR: (INAUDIBLE)

RH: Then you got in to your car to drive to the theater?

AR: Mm Hmm.

RH: But you don't did you have to look on the map to find a theater or do you know where the theater is.

AR: No, I know where the theater is.

RH: Can you describe to me how you go to the theater since you kind of know where the theater is.

AR: Well I went back on on ah on 32nd Avenue headed towards Washington and then turned off.

RH: Okay. So that that is the larger theater then.

AR: Yeah.

RH: The one right along 32nd there Um to the east of the mall.

AR: Yeah.

Page 39

RH: Okay. Um and then y---you parked in the theater parking lot.

AR: Yeah.

RH: And then ah did you, did you have a movie in mind before you went to the theater?

AR: No.

RH: So you come pulling up, did it take you a little while to decide what to see.

AR: Mm Hmm.

RH: And so you had to look over the movies and pick one. Um was it an easy choice, are there a lot of good movies out.

AR: I really didn't pay too much attention.

RH: You just pick one?

AR: Yeah.

RH: Um do you do you remember any of the movies that are playing?

AR: (INAUDIBLE)

RH: How d---do you remember how what made you decide to pick the one that you did pick?

AR: (INAUDIBLE) interesting.

RH: You thought it'd be interesting?

Page 40

AR: Yeah.

RH: Do you know what about it it was that...

AR: I can't remember.

RH: Do you remember if you thought it would be funny or if you thought it...

AR: No it was an action.

RH: It was a little more like an action movie?

AR: Yeah.

RH: Okay. Do you remember who the action star in it was?

AR: (INAUDIBLE) (SIGH) Some reason I always come back to that movie.

RH: Yeah I'm just trying to help you remember. Um you know how ah y-- you know that that seems kind of kind of different, right, that y---you didn't really have one in mind but y---you looked at ah what was playing but yet you don't really remember anything that was playing and then you picked out this one. So I would like to go back to I mean we we agree that there was a possibility that you didn't go to the movie. And I---I I respect that you know i---it's probably safe to say that you're a

Page 41

little worried about this whole situation, right? A---and we just want to get you eliminated as a suspect.

AR: Yeah.

RH: A---a---and that's what you want too right?

AR: (INAUDIBLE)

RH: Um would it be safe to say that maybe you just picked ah I went to a movie just so we could eliminate you as a suspect quicker?

AR: No.

RH: But it's but it's possible though?

AR: Not for that reason.

RH: Okay, but it's possible though?

AR: Yeah, it could be possible that I I'm mi--- I'm mixing it up with another weekend.

RH: Okay, 'cause I wo---I wo---I would for sure perfectly understand that if it was ya know I didn't do this, I don't want to be involved in this, I just want to be cleared as quick as I can, I was at a movie. Maybe you maybe it was just the first thing that popped into your head.

Page 42

AR: (INAUDIBLE)

RH: Ya know I co---I could understand if that's what happened.

AR: (INAUDIBLE)

RH: Was it was it something maybe like that?

AR: Not for that reason, I don't think.

RH: Wha---what what reason do you think it was maybe.

AR: Trying to remember all these things (SIGH).

RH: Oh, so maybe maybe you just tried to remember ya know what you were doing, maybe you were just mistaken and now when you think about it it it it's more likely that you weren't really at a movie and y---you do like to go driving around right...

AR: Yeah.

RH: ...and just go to visit different stores and stuff.

AR: Yeah Yeah.

RH: So does that seem maybe like that's getting to be more likely?

AR: Maybe (INAUDIBLE).

Page 43

RH: So i--if you think about it ya know on Saturday ya know it's seeming more likely that maybe you just drove around instead of going to a theater.  Can you think about the places that you drove to?

AR: I usually drive like car dealerships.

RH: Well but not, not, but not where you usually drive to.

AR: Oh.

RH: But ya know specifically on Saturday ya know a---as you think about that you know as you think about (INAUDIBLE).

AR: Well, the only thing I remember on Saturday is that I drove by, I like looking for cars.

RH: Yeah I do too.

AR: Ya know so I I usually go to Hanson Ford.

RH: Mm Hmm.

AR: Or I go to ah the other Hanson Ford on Gateway.

RH: Right.

AR: Or Rydells.

RH: Right

Page 44

AR: Or Nissan or.

Rh So y---you think that maybe you drove ah...

AR: Sometimes I just take a drive.

RH: B,but what about on Saturday though. Ya know as we think about it a---and th---then ya know as we think that the movie theater was probably mistaken, ya know c---can you think of specifically now that you realize that.  Can you think of specifically where it was that you...

AR: I can't really say where I went exactly.

RH: Do you remember some of the places that you drove by?

AR: Yeah.  I remember driving by Hanson Ford.

RH: Do you remember what time you might of drove by?

AR: No No (INAUDIBLE).

RH: But it was after you left the mall though.

AR: God I'm not could have been.

RH: Yeah.

AR: Or before I left the mall.  (INAUDIBLE) whats the problem.

RH: Right.  But then that would have been a

Page 45

way earlier that would have been.

AR: See I don't know where where he gets the time at. See I remember I went to Grand Forks early on Saturday or was it Sunday. Sunday I had to be at the game by 1:30. (INAUDIBLE)

RH: Well y---you seem pretty sure of things up to the point to where you left the mall you know I think (INAUDIBLE).

AR: (INAUDIBLE) I got I got I got the tickets.

RH: Right, see that helps (INAUDIBLE) that helps.

AR: (INAUDIBLE) the tickets.

RH: So i---i---it's just a matter of thinking of where was it that you those places that you drove by after you left the mall. Now that's ya know anything like that could help ya know If we could just figure out ya know where you were we could just account for you. And so all I'm trying to do is account f---f---for your whereabouts. Ya know that w---we know that you left the mall now and went driving.

AR: Yeah.

Page 46

RH: Um so ya know can you think of

anything that you you think you drove

through Hansons for?

AR: Yeah.  I'm pretty sure...

RH: W---which one, the one on Gateway?

AR: No, the one over the mall by the Sams.

RH: Oh, okay, okay.  Did you look at any

vehicles in particular?

AR: Nah I was just looking at trucks

(INAUDIBLE).

RH: Okay, yeah okay.  Um do you

remember where you drove to after

Hansons?

AR: I drove to East Grand Forks.

RH: Did you go looking for cars there or

what?

AR: Yeah I usually go look for cars.

RH: B---but not usually, though wh---what

about Saturday specifically.  Try and

think real hard of where you headed to

after right after Hansons, um the one

along 32nd you said.

AR: Mm Hmm.

RH: Okay.

AR: No not 32nd.  Is it on 32nd?

Page 47

RH: Umm (inaudible).

AR: It's off it's off 32nd.

RH: Off thirty-second.  Is it off of Washington?

AR: Well you turn off of Washington you turn to 32nd.

RH: Okay.

AR: And head all the way down.  It's right next to almost right next to Sams.

RH: Okay okay.  So so y---you leave the mall and you go to Hansons and you drive through that lot.

AR: But I don't if everything happened then ya know that time period.

RH: No see that's wh---what ya know that's that's what I'm trying to to really narrow down specifically is is ya know w--- where exactly you went Saturday.  Ya know that that day that's th---that's the ya know the day that we're looking at and ya know it.

AR: To me all these dates…

RH: Well b---but .

AR: Mesh mesh.

Page 48

RH: B---but we're pretty good up up to the time wh---when you leave the mall ya know w---we're able to to say. (Inaudible) you got those tickets that help you out ya know it's nice we we have a look back at those tickets and be able to plot where exactly it was that you went to. But a---as you left the as you left the mall that's w---where-we're having some problems. Um do you do you remember specifically there going by Hansons Fords that day or you're not sure now. Think of remember now y---you left the mall um out by the Royal Fork and then you headed out. Do you remember where it was that you drove to?

AR: Well I was coming back out. I'm pretty sure I drove by there.

RH: Okay. Did you stop and take a look at any vehicles in particular.

AR: Yeah I stopped and looked at some trucks.

RH: Okay. How long do you think you spent at Hansons Ford?

Page 49

AR: (Inaudible)

RH: Um.

AR: 5-10 minutes.

RH: 5-10 minutes okay.  Now from there ya know specifically on Saturday where do you think that you drove to.

AR: God let me think.  From there I went to ah.  I don't know why I go always back to that movie.  That's where I went ya know.  But I just can't.

RH: But it's possible though that there wa--- that there wasn't a movie too, right?

AR: Yeah it could be possible.

RH: So I---let's try and get real specific about that, ah.  Ya know r---remember now do you remember pretty specifically now leaving the mall and heading to Hansons Ford.

AR: Mm Hmm.

RH: Okay.  Think real real hard about where you drove t---t---to there.  It's possible that there wasn't...

AR: Well see I get em mixed up with some other dates.

RH: Mm Hmm.

Page 50

AR: Ya know that's the problem.

RH: But you know it I don't have a very good memory either.  I got a good memory but it's real short ya know I mean so I forget about stuff a lot.  But I I found that if I can just kind of plot step one, step two, step three, step four than I can kind of get into a grove (INAUDIBLE).

AR: But they but they jumble up together.

RH: Yeah.

AR: Like I I can tell ya ah what I did two weeks ago ya know but I don't know what I did in that same day or Sunday.

RH: But what if together we work through this date together

AR: (INAUDIBLE)

RH: ...ya know.  So so w---we're pretty confident though that we have from the mall to Hansons Ford looking at a truck. It's just from there that we having troubles (INAUDIBLE).

AR: Okay this is what I usually do.

RH: But I don't know about but you usually do.

AR: No No but this is what I usually do that's

Page 51

why I gets it mixed up all the time.

Every Saturday if I'm not with my ma I usually go to Sams, Wal-Mart, Target, well I go to K-Mart first ya know.

RH: Mm Hmm.

AR: I go to K-Mart first. I think that's where I probably bought that hat, was K-Mart on Saturday.

DA: Did you go, oh you went to K-Mart Saturday?

AR: Yea. I I always, that's my routine. I---I go to K-Mart, first I go to Big Lots, that's in the K-mart...

DA: Mm Hmm.

AR: I go there to check for my---my mom usually wants something from there.

DA: Yeah.

AR: And then from there I go to K-Mart and check (BACKGROUND COUGH) that out and then I go to Wal, Sams and then I go to Wal-Mart then I go to Target. Sometimes I go to the mall, not all the time.

DA: Mm hmm.

AR: Ah, and then I go either to the movie or I

Page 52

go look at cars or I go to Cabela's, and I like fishing, so I go and look at some fishing gear or ah or I go on a drive.  I go to the air base I go up to Grafton I go to Thompson, I go…

RH: Okay, lets try and go back to Saturday um a---and we're going to try and really help you work your way through this, ya know.  We really want a you know, for you and I---I know you can understand we really want to place you um so ya know we can just place your whereabouts and can get you eliminated as quickly as possible.  Um a---and I think we got the wall---the mall down pretty well, um, and where you went and where you parked.  And then when you left and then heading to Hanson Ford.  This is---this is where we get stuck, um, a---and I'm not sure why that is.  Here---here's why I have a problem with going from Hansons to a movie is ah, as we talked about before, you pulled up there, you don't have a movie in mind.

Page 53

AR: Huh uh.

RH: So you're gonna pick one. You look at the movies that are playing but you don't remember any of the movies that are playing and then you just pick one but you didn't put much thought into it and then you went to it, but you don't remember anything about it so.

AR: I usually don't like I said I'm not gonna.

RH: How much did it cost to go to that movie?

AR: I think it was 6 bucks, 7 bucks I think.

DA: But I---let me say something. I---I went out and called some people or the guy that interviewed some people today. They saw you at Target about 4:05 or 4:10 okay. And they can tell that 'cause they checked out at 4:20.

AR: That could be right yeah. (INAUDIBLE)

DA: 4:20 something, 4:20 something. So then you go from there to the mall. And you do an hour at the mall. That st---that still puts you leaving

Page 54

in that 5, 5:30, 5:45 area.

AR: Mmm.

DA: Um, I mean so you---you're right in the ballpark there.  You know, I'm convinced that there was no movie.  I mean there's....

AR: That could have been.

DA: Yeah, because you---you'd be able to tell us (BACKGROUND COUGH) ya know what the movie was and you'd be able to tell us.  So it leaves us ah open there for the mall and ah.

AR: Well I know I wasn't in the mall for very long.

DA: Right, but even---but you...

AR: Ya know.

DA: ...would you say walked ya know through these different stores and down to Marshall Fields and back around.  And I mean it takes a certain about of time to do that.

AR: Yeah yeah I know.

RH: You already said you thought you were there for 40, 45 minutes (INAUDIBLE).

Page 55

AR: Yeah.

DA: I mean so that basically puts you leaving of I mean right in the same time that this girl was leaving.

AR: Yeah.

RH: Ya know. Um.

AR: Did she left through the Royal Fork too?

DA: No, she probably left on a different exit.

AR: Oh.

DA: Probably. Um, but anything's possible when you work there. Um so when you go to the mall, what's at the mall besides stores?

AR: Yeah.

DA: Pretty girls.

AR: Yeah.

DA: Yeah and I watched a lot of video tape of the mall over the last few days and there was a lot of people in that mall that day.

AR: Yeah. Mm Hmm.

DA: Lot of lot of people. Did you see, you've seen this girl probably on the media.

AR: No, I haven't seen her before in my life.

DA: Okay, but on the media now after this

Page 56

happened (BACKGROUND COUGH).

AR: (INAUDIBLE)

DA: Yeah. Did you s---do you think you saw her at the mall that day?

AR: Nope nope. I never, like you said, I never been in that store. I didn't even know they had a store like that.

DA: Right.

AR: Ya know, so. The only stores I usually go into at the mall is Sears, JC Penney, Marshall Fields, the video store, the two video stores that are there and then I go buy a movie (INAUDIBLE) usually buy one.

DA: Okay.

AR: I think I've bought two movies there and I go to the pet store with my nephews because they always want to look at the pets. And where else do I go to, um well video arcade when I'm with my nephews, um, and that's it. That's a--- all the stores I go in to.

DA: Mm-hmm.

AR: I've never been into any (INAUDIBLE) stores at all.

Page 57

DA: Mm hmm.

AR: Ya know, I don't think you could ever find my video in any of them. I've never been in Victorias Secrets ya know.

DA: She was she a---and I'm not saying you were.

AR: Yeah.

DA: Um, but she was off duty and walking around...

AR: Oh.

DA: ...in the mall for a while.

AR: I thought, I thought (BACKGROUND COUGH) she was at work.

DA: She had been.

AR: Oh.

DA: But she shopped a little bit afterwards ya know before she left. Um, ya know I'm I---I'm really working hard to try and put it all together because we want to rule you out of this investigation.

AR: Yeah.

DA: Ya know if you're not involved in it and ah it takes a lot of work on both peoples parts ya know.

AR: My, my problem is ah remembering

Page 58

stuff.

DA: Um hmm.

RH: B-but what I don't understand about that or what I have a problem with is w-we got the whole day worked out all the way up to Hanson Ford. Then it's just like boom (SNAP) the lights go off.

AR: Well, because I get 'em mixed up with other stuff, ya know. I g---I can tell you what I do when I go to Grand Forks but I cannot tell you here, here, here, this time I go here this time I go there. (BACKGROUND NOISE) I can't tell you that. I've never have been able to. Ya know I can tell---I---I can tell you all the places I go to but I can't ever tell you the time.

RH: But and I---I don't want the time, ya know, I d---ya know we don't have to be that exact.

AR: Yeah.

RH: But I'm jus---it would really help out a lot is if you could think of where you drove after Hansons. Do remember looking

Page 59

at any other vehicles that day?

AR: I usually just look at trucks, that's all.

RH: Do you remember looking at any other trucks besides Hanson on Saturday.

AR: No, not not on Saturday.  Not on Saturday.  (BACKGROUND NOISE)

DA: Thanks.  Well, (BACKGROUND NOISE) I guess it's it's getting kind of late and and we wanted to we don't want to wake your mom up when we go over there so ah ya know we really appreciate your cooperation and we'll try to get this figured out.  Ah, what we're gonna do here is I'll go ahead and go through this form just like we did this afternoon and ah we'll ah go from there.

Um.

AR: See the problem I have is m---meshing dates.  Ya know cause I go over there all the time.  I go to Grand Forks just about every weekend.  Sometimes during the week when I'm not working.  Ya know and I always do the same thing.  Ya know I always go to the same places.  I always do the same thing ya

Page 60

know might be a like I sometimes I go eat at Panda.

RH: So w---what do you do every other day after you leave Hanson Ford.

AR: Huh?

RH: All those other days when you leave Hanson Ford?

AR: (INAUDIBLE) from the Subway we usually go eat.  We usually go eat at the Panda or at the...

RH: Saturday you were alone though.

AR: Yeah.

RH: So what you normally do on those types of days.

AR: Well I---I sometimes I go eat.  Ya know sometimes I go to Pandas.

RH: Do you remember if you went anywhere to eat right after Hanson Ford?

AR: No, I didn't go until I went to McDonalds, ya know.  I usually go (INAUDIBLE).  Also I go to that ah Express, East Side Express on east side there.

RH: Is that a car dealership?

AR: No it's a eating it's a gas station.

Page 61

RH: Okay.

AR: But they serve they sell pizzas and...

RH: Did you go there on Saturday after Hansons.

AR: Nah I think I went there Sunday.

RH: Mm Hmm.

AR: Think I went there Sunday or was it Saturday.  I think it was Sunday.

DA: On the way home do you ever go ah Highway 2 to the 75 bypass and around that way?

AR: Well sometimes I do but no, most of the time I take the 220 right off ah by that bean plant or whatever that is

DA: Ah huh.

AR: by East Grand Forks there.

DA: Ah huh.

AR: I turn off there and take the back on the on Highway 9 here

DA: Ah huh.

AR:  and come out by the beet plant.

DA: Okay.

AR: That's were I usually go and come ya know.

DA: Okay.  There's ah there's ah we'll get

Page 62

through this search thing.  That knife

that was in the trunk...

AR:  Yeah.

DA: ...the bigger one on the left hand side.

AR: Yeah.

DA: How long have you had that?

AR: Since I started working.

DA: At the for the sheet rocking?

AR: Yeah

(BACKGROUND COUGH)

DA: Do you remember where you bought

that knife at?

AR: God, I think it was ah Wal-Mart or

Target, I'm not sure.