STATEMENT OF ALFONSO RODRIGUEZ JR.

November 26, 2003 - 1949 hrs. - av

DA= Dan Ahlquist, MN BCA

RH= Rick Hilzendager, USCS

AR= Alfonso Rodriguez Jr.

DA: Okay, came back in here. Um, fill this thing out. Um, I went back on tape for a second um, it's now, what is it now, s- 1949 hours. Everything that you know we ah, did earlier still is ah, in place, but after looking at that knife, I wanna touch base with ya on something else. Um, the ah, let's see where did that other form go? You know, all that stuff, all the rights forms and stuff are still in place. We got the search form ah, we're ready to go, but I wanted to touch base with ya. When did you buy that knife?

AR: Oh, about 4 months ago maybe.

DA: 4 months ago. Um, I'm very familiar with the knife like that, very familiar. They're sold at Menards.

AR: Really?

DA: Yep. They're sold at Menards and the, the issue at this point is, I wanna make

GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 24-3

Page 2

sure that-that-that you're ah, truthful with us because it's a very unique knife.

AR: Yeah.

DA: We have researched a knife like this at- at great length, um, because we found a sheath for-for a knife exactly like this, this manufacture everything out by that girl's car.

AR: Hmm.

DA: And ah, so this ah, knife becomes um you know pretty-pretty interesting, pretty critical and I wanna make sure that-that ah, y-you know, y-where exactly did you buy this knife?

AR: I'm not too sure, I think I bought it at Wal-Mart, Kmart, I don't know.

DA: Wh-where's the sheath for the knife?

AR: I don't know, threw it out cuz I've ah, I put it in my belt, okay, my work belt.

DA: Okay.  You wear it from time to time?

AR: Huh?

DA: You wear it from time to time?

AR: I put it in my work belt.

DA: Okay.

AR: The rest of the time I just throw it in the

Page 3

car.

DA: Okay.

AR: (INAUDIBLE)

DA: Okay. The ah, the thing that-that I'm concerned about is this. Where-we've been ah, talking you know today about this stuff. I'm convinced that you didn't go to the movie. I'm convinced that you got to the Mall about 4:15 or so and that you left about the time this girl was abducted and right down the parking lot from where her car was parked, we found a sheath for this exact knife right here and all that leads me to believe that it's-it's very likely that you may be involved in the abduction of this girl and there's a few things that are gonna happen as a result of-of all this investigation. Um, the transfer of-of cells occurs, skin cells occurs when we touch things...

AR: ...um hmm...

DA: ...when we ah, touch things fingerprints are left on things...

AR: ...um hmm.

Page 4

DA: Different ah types of evidence, fingerprints, DNA...

AR: ...um hmm...

DA: ...can co-extract DNA from skin cells...

AR: ...um hmm...

DA: ...we have the sheath that was found...

AR: ...um hmm...

DA: ...the sheath that matches this knife was found...

(SOMEONE COUGHS)

DA: ...out there, we'll be submitting that to the lab for DNA testing cuz if there's a skin cell on there ah, that would give us DNA and we could test it against other...

AR: ...um hmm...

DA: ...people's DNA and find out whose skin cells were left on there.  Um, fingerprint evidence is gonna be compared and if something of that evidence were to come back to you, that would be bad for you in this case, it would make us ah, you know positive that you were involved in this.  Right now things are, the evidence that we've seen, the

Page 5

statements that we've taken, this knife an-and the sheath, all indicate that-that some of the things that you're saying, the thing-the story that you're giving us might not be what you're saying, okay? And-and I wanna make sure that you have the oppor-cuz it's not too late to change back and tell us what happened because if you are involved, if you did have a conversation with this girl and something went wrong and something went wrong...

AR: ...I never met her.

DA: Okay.

AR: Never met her.

DA: Okay. Do you know how-how coincidental or how odd it is that we found a sheath for this knife just a few feet away from where she disappeared from?

AR: I don't know.

DA: That's real coincidental and the fact that-that you have a history of th-of ah that type of behavior or being convicted of that type of behavior and that-that you

Page 6

ah, were in that area at that time and

that the sheath for a knife just like this

was found in that area...

AR: ...hmmm...

DA: ...it, all that information and I've been a,

I've been a homicide investigator since

1989. I've investigated...

(SOMEONE COUGHS)

DA: ...hundreds of homicides...

AR: ...um hmm...

DA: ...and sat in a room just like this with

dozens of guys that have been involved

in this stuff, that made mistakes

AR: ...um hmm...

DA: ...in the-in the heat of a-of a-of a-of a

bad idea, they make a bad mistake.

They make a de-a decision that they

maybe would regret, they wouldn't've

done normally, but something happened

and they make a decision to do

something. If that happened in this

regard, there's a lot of things that are

going on that-that could make it not so

bad. Showing that you care for the

outcome of this investigation would help

Page 7

greatly. Consideration you know, your mother is concerned, your mother is concerned because you didn't come home that night in a s-in a-in a...

AR: ...um hmm...

DA: ...timely fashion. You know, if this were to be, to drag on in a-in a- in a big long um court situation, your-it would hurt your mother. The family of the girl is r- hurting right now and they would like to know where she is. That would help the situation greatly if-if you were to be able to help find the girl. So all these things would be go in your favor if you were able to help. Your mother would be benefited because it wouldn't hurt her so much. It wouldn't hurt the family of the victim anymore. Um, it would better your position to being that helper in the case inst-instead of ah of silence. So all these things would be beneficial for you and it would show that you do care about the outcome of this investigation and I'm convinced that-that there's, you have involvement in this from the

Page 8

evidence. I'm convinced...

AR: ...(INAUDIBLE)...

DA: ...and y-and you can help us and there's

been some items found. Um, I

understand you're a fisherman...

AR: ...yeah...

DA: ...there's been an item found in an area

that you're known to fish from.

AR: Where?

DA: Um, I'm not ready to say that yet, but...

AR: ...(INAUDIBLE)...

DA: ...well an-and there's other areas that

you have fished and known to frequent

and there was an item...

(SOMEONE COUGHS)

DA: ...found there that has been positively

traced back to the victim and so that's

something, but you know, th-it-bottom

line is, the-that sheath, if you've had

any-any contact with that sheath at all,

we're gonna get DNA off of it cuz our

skin cells are very small, you can't even

see em most of the time.

AR: Yeah, I know about DNA

RH: Is it possible that sheath is yours and

Page 9

you dropped that sheath in the Mall lot?

AR: Well, I threw it out a long time ago, I don't remember if I...

RH: ...is it, bu-but is it possible that one there ended up being yours? The one in the Mall parking lot?

AR: (INAUDIBLE) I didn't lose it Saturday...

DA: ...okay...

AR: ...if that's what you're trying to say.

DA: Well, it would be highly unlikely that somebody else that owns a knife exactly like this would drop their knife sheath in the parking lot near the victim's car on the day that you're in the Mall as well...

AR: ...um hmm...

DA: ...and your knife is with-with you in your vehicle (INAUDIBLE) or whatever...

AR: ...(INAUDIBLE) sheath for a long time, you know.

DA: It-it's, I think it's gone, you know beyond the ah, you know, it's, this investigation has kinda gone beyond ah the point of, I mean, this knife, this unique knife has a matching sheath that is exactly like the one that was found in the JCPenney

Page 10

parking lot near this girl's car. You were in the JCPenney's store at precise . . at almost exactly the same time that she was-would be leaving the JCPenney store. I'm convinced that you're in a position here where you could end the investigation and end any concern, shorten any pain for your mother and take us, I think you can take us to that girl.

AR: You got-you got some (INAUDIBLE).

DA: I, I really (INAUDIBLE)...

AR: ...(INAUDIBLE) involved.

DA: Then let me-let me run this...

(SOMEONE COUGHS)

DA: ...this scenario by you. Remember the question I asked before, now look at it like this. A judge or a jury is sitting there and they hear somebody saying that he got out of prison in May for assaulting women. He owns a knife exactly like the sheath th-that was found in the parking lot. He was there in the mall.

AR: ...(INAUDIBLE) proof.

DA: I'm giving the whole thing to ya...

Page 11

(SOMEONE COUGHS)

DA: ...and together, the whole package...

AR: ...yeah, but you're-you're trying to say

by my past that's gonna convict me...

RH: ...not just your past...

DA: ...no-no-no-no-no, no...

RH: ...there's a whole lot of other things

here...

DA: ...no-no, no-no-no-no-no.  That you

came, you moved here on May 1st or

around that time in May...

AR: ...yeah...

DA: ...you own a knife that a sheath belon-a

sheath for this knife, a she-a se-th-

sheath just like the sheath for this knife

was found near the victim...

(SOMEONE COUGHS)

DA: ...you were out at the Mall at the time

the victim disappeared.  You lied when

you told us that you went to a movie...

AR: ...I didn't lie, I just don't remember.

DA: No, nope.  You lied cuz you told me

specifically about the-the name of the

movie and what wa-the movie was

about, like who was in the movie.  You

Page 12

named all that stuff.  This is just a few days ago, so I mean, if you went to the movie, you'd be able to tell me what movie you went to.  Um, what I'm trying to show you is that I-the-the case is kinda, it's m-it's closing in on you and it's a good time now to look at things and say...

RH: ...now's your chance...

DA: ...I think it's time to-to...

AR: ...but I didn't do nothing...

DA: ...hmmm...

AR: ...you know.  W-what you want me to admit to something I didn't do?

DA: We never want that...

AR: ...(INAUDIBLE)...

DA: ...we never want that.

AR: Why should I say yeah, okay, I did it?

DA: Well, w-you know...

AR: ...(INAUDIBLE)...

DA: ...the only reason you would ever say that is if it was true.

AR: Well, it ain't true.

DA: Um, one thing that's-that's true an-in- let's, I don't mean to go back to your

Page 13

past, but something just came to my mind. Back then, you never admitted that you did anything to any of those people.

AR: Yeah, I did.

DA: Did you?

AR: Yeah.

DA: Maybe...

AR: ...the last one I didn't admit to.

DA: Okay.

AR: But ah, the ones before I did.

DA: Eventually?

AR: No, I pleaded guilty.

DA: Right, but, okay, but then at this last one, you sat in prison all those years...

AR: ...yeah, I said, no I didn't do it and I still say I didn't do it, you know.

DA: The-the thing that, that changes everything in this case and the reason that we're having this discussion is, this very unique knife, I'm convinced belongs to the sheath that we found in the parking lot at the Mall.

AR: Well, what does it matter even if it did? You know?

Page 14

DA: Because it was right near where...

AR: ...what does it matter...

DA: ...the victim's car...

AR: ...was does that have to do with it?

DA: Well, it belongs, this, that means that- that whoever lost that sheath and owns this knife may very well be involved in the abduction of that girl.

AR: Well that doesn't prove that...

DA: ...well certainly it doesn't prove, just that one thing.  But if you put it altogether...

AR: ...try to use...

DA: ...if you put it altogether...

AR: ...try to use my past...

DA: ...no, no, no, no-no, I'm talking everything at the Mall that day.

AR: I, ah, that could've been, you could've picked any Saturday, coulda been the same way, you know?

DA: But the fact that you have a knife without the sheath and the sheath is over at ah, ah parking lot and that you were there when the woman exited...

AR: ...yes...

DA: ...the Mall?

Page 15

AR: Yeah.

DA: I think that you had contact with that woman. You know and maybe it's not that, that you know, people can think whatever it happened, but only the people that were there know what happened. Maybe, this-this girl is very talkative and very ah nice...

AR: ...I never met her...

DA: ...and outgoing...

AR: ...never met her. Haven't never talked to her. I never seen her until I seen her in the paper. I never knew where...

(SOMEONE COUGHS)

AR: ...she worked until you told me.

DA: Um hmm.

AR: You know. I never seen her before. See this is what I was talking about.

DA: What's that?

AR: Th-as for you are making me nervous.

DA: Well, the things...

AR: ...because...

DA: ...the things that make us...

AR: ...they're all coincidences, you know?

DA: But when you...

Page 16

AR: ...that's all it is.

DA: When you put, when you put that many coincidences together...

AR: ...yeah, but they...

DA: ...then it's higher than the odds are.

RH: Wh-what do you think of these coincidences? Wh-what would you think if you were us?

AR: Well, I'd think the same thing you're thinking, but...

RH: ...s-you know what, we don't want you to get defensive or...

AR: ...you know...

RH: ...or anything like that or we don't wanna make you mad...

AR: ...well I'm not, but...

RH: ...but...

AR: ...you're accusing me or anything...

RH: ...well and I, and I understand that but you-but you even acknowledge how, how everything looks.

AR: Well, yeah, th-e...

RH: ...you know and if it looks, it looks, everything's pointing at you right?

AR: Well, not really, what's pointing at me?

Page 17

RH: Well, but you agree that...

AR: ...just cuz I don't remember what I did?

RH: But you agree that when you look at

everything, you would, if you were us,

you would think the same thing?

AR: Well, yeah, but.