## Category Winners

| | |
|---|---|
| Best Student Film | No entries |
| Best Documentary | "Irruption of the Great Gray Owls" |
| | By Mark Hegvik |
| Best Short Subject | "Mean" |
| | By Charles Hinton |
| Best Feature | "Awry" |
| | By Terence Brown II |

Please remember to vote for the Fan Favorite award in the lobby before you leave. Rank each movie you have seen on a scale of 1 to 10. The scores will be averaged and the film or video with the highest average score at the end of the festival will win the Fan Favorite award.



EMPIRE ARTS CENTER
419 DEMERS AVENUE
GRAND FORKS, NORTH DAKOTA 58201

This project is supported in part by a grant from the North Valley Arts Council and the city of Grand Forks.

# Forx Film Fest 2003
## The sequel!

**Friday, November 21**
**7:00 PM**
**Saturday, Novmeber 22**
**10:00 AM**
**Saturday, November 22**
**1:00 PM**
**Saturday, November 22**
**7:00 PM**

GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 28

Case 2:04-cr-00055-RRE   Document 799-16   Filed 01/12/12   Page 1 of 2

Case 2:04-cr-00055-RRE     Document 799-16     Filed 01/12/12     Page 2 of 2

## Friday, November 21
*Session 1*

7:00 "Hollywood Nocturne"
Tony Tilton - West Fargo, ND
A grieving private detective takes on a missing person case from a beautiful women. The case leads him to a string of mysterious deaths that are all connected.

9:15 "Mean"
Charles Hinton - Fargo, ND
In a world of guns, drugs, deceit and murder, Brax and Lyle, two ruthless hit men, must seek, destroy, and return what is due to Georgie, their boss lady.

10:10 "Awry"
Terry Brown and Eric Thompson - Fargo, ND
A man has to deal with his inner demons and the voices in his head to cope with his life and problems.

## Saturday, November 22

10:00 AM Panel discussion group discussing making movies on low or no budgets (open and free to the public)

*Session 2*

1:00 "Irruption of the Great Gray Owl"
Mark Hegvik - Roseau, MN
This video is about the Great Gray Owls that migrated down to Northern Minnesota from the boreal forest of Canada during the 2000-2001 winter season. It is dedicated to Dr. Robert Nero of Winnipeg, Manitoba, Canada for his extensive study of the Great Gray Owl.

1:25 "Clouds Parting" music video
Les Sholes - Grand Forks, ND
This rock video was shot of the Zen Mothers performing "Clouds Parting" on the river banks of the Red River in Grand Forks, ND.

1:30 "Four Funny Commercials"
Les Sholes - Grand Forks, ND
These comercials stand out from the rest, they have a creative flair and style and offer all the great things a good business should.

1:40 "Success Through Violence" music video
Chris Jacobs - Grand Forks, ND
Rock video of song from the soundtrack of "Dark Highways" performed by Sons of Posiedon.

1:50 "Flash Flood"
Mark Hegvik and Dennis Erickson - Roseau, MN
This video is about the flood that practically wiped out 80% of the city of Roseau in 2002, along with damaging the surrounding area including the city of Warroad, MN.

2:55 "Cardio-Fallangies" music video
Les Sholes - Grand Forks, ND
This rock video was shot of Hadley Freng performing "Cardio-Fallangies" in downtown Grand Forks.

2:57 "Calypso" music video
Les Sholes - Grand Forks, ND
This rock video was shot of Drambuee performing "Calypso" at Sertoma Park in Grand Forks, ND.

3:05 "Maymi and Molly Meet the Mummy"
Chris Jacobs - Grand Forks, ND
Two girls find a mummy that grants wishs in an empty house, or do they?

3:15 "Pros and Cons"
Terry Brown and Eric Thompson - Fargo, ND
In a small town far up north...murders will be committed... a blind man will see... and the truth will be found.

*Session 3*

7:00 "Dick's Beer"
Derek Breuer and Dustin Ness - Georgetown, MN
A group of friends needs to raise money to move to the Virgin Islands. They decide to sell beer, named Dick's Beer, to make money. A small mix-up leads the DEA to believe the kids are running a meth lab. A lot of lowbrow humor results.

8:45 "Dark Highways"
Christopher Jacobs - Grand Forks, ND
Val just wants to get home. Tasha, Kevin and Mandi want to get better acquainted. Tiffi wants to celebrate what she thinks is a new career. They're all about to get some disturbing surprises.

10:30 "Bleeding Iowa"
Stephen Goetsch
In the farmlands of Iowa, an FBI agent commandeers a prison van and sets a convicted felon free. In order to keep his freedom, the prisoner, "Iowa," must find a briefcase of money he'd hidden 15 years earlier. But the FBI has no intention of setting him free and Iowa soon realizes he's merely a pawn ina political assassination plot. With the taste of freedom now, he must fight not only to outlive his past but to have a future.