```
--------------- CLOSE BOX OFFICE ---------------

COLUMBIA 4 GRND FORK 078112 Saturday, November 22, 2003

        MISC. EXPENSES                        MISC. INCOME

ADVERTISING        000000          REAL ESTATE        000000
EXP.-POSTAGE       000000          SPEC. SHOWS         000000
REPAIRS            000000          SERVICE CHARGES     000000      0.00
SUPPLIES           000000   42.64  GIFT CERT SALES     000000
MISCL.             000000          GAME, CIG. & TEL.   000000
GIFT CERT REDM.    000000   97.00  XMAS ADS            000000
DISCOUNT TICKETS   000000  195.00
DISCOUNT TICKETS   000000    0.00  CHANGE FUND         000000
SALARY             000000

CHANGE FUND        000000

TOTAL MISC. EXPENSES    334.64     TOTAL MISC. INCOME          0.00


        Print screen NOW!   Strike any key to continue.

 THEATRE CLOSING REPORT

  COLUMBIA 4 GRND FORK 078112 Saturday, November 22, 2003

BOX OFFICE SALES     6069.00    BOX OFFICE SALES     6069.00
CONCESSION SALES     3780.60    ADD: SERVICE CHGS       0.00
TOTAL SALES          9849.60    ADD: PETTY CASH         0.00
MISC. INCOME            0.00    EXPECTED COUNT       6069.00
TOTAL INCOME         9849.60    ACTUAL COUNT         6069.00
                                OVER/SHORT              0.00
MISC. EXPENSES        334.64
OVER/SHORT              1.60-   CONCESSION SALES     3780.60
TOTAL DEPOSIT        9513.36    ADD: PETTY CASH         0.00
                                EXPECTED COUNT       3780.60
OPENING CHANGE FUND  3500.00    ACTUAL COUNT         3779.00
ADJUSTMENT              0.00    OVER/SHORT              1.60-
CLOSING CHANGE FUND  3500.00
                                ADJ. CONCESSION SALES 3780.60
EXPECTED DISC TICKETS 195.00    TOTAL ATTENDANCE        1205
ACTUAL DISC TICKETS   195.00    CENTS/PERSON            3.14
OVER/SHORT              0.00


        Print screen NOW!   Strike any key to continue.
```



GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 29-1

```
DAILY REPORT COLUMBIA 4 GRND FORK 078112 Saturday, November 22, 2003
MOVIE NAME : CAT IN THE                  MOVIE NUMBER : UNI3020
```

| CAT | CLOSING NO. | OPENING NO. | SOLD | PRICE | ADMISSIONS | REFUNDS | EXT. REFUNDS |
|-----|-------------|-------------|------|-------|------------|---------|--------------|
| ADULT | 000133 | 000082 | 51 | 7.25 | 369.75 | 0 | 0.00 |
| CHILD | 000071 | 000043 | 28 | 4.75 | 133.00 | 0 | 0.00 |
| DISC 1 | 000032 | 000016 | 16 | 5.00 | 80.00 | 0 | 0.00 |
| BARGAN | 000350 | 000001 | 349 | 4.75 | 1657.75 | 0 | 0.00 |
| DISC 2 | 000001 | 000001 | 0 | 5.00 | 0.00 | 0 | 0.00 |
| MISC | 000001 | 000001 | 0 | 4.50 | 0.00 | 0 | 0.00 |
| NET ADMISSIONS | 2240.50 | | 444 | | 2240.50 | 0 | 0.00 |

| | | | | | | | |
|-----|-------------|-------------|------|-------|------------|---------|--------------|
| PASS SC | 000001 | 000001 | 0 | 0.50 | 0.00 | 0 | 0.00 |
| PASS NC | 000007 | 000001 | 6 | 0.00 | 0.00 | 0 | 0.00 |
| NET ADMISSIONS | 2240.50 | | 450 | | 2240.50 | 0 | 0.00 |

```
Strike any key for next show

DAILY REPORT COLUMBIA 4 GRND FORK 078112 Saturday, November 22, 2003

MOVIE NAME : BROTHER B                   MOVIE NUMBER : BV 3019
```

| CAT | CLOSING NO. | OPENING NO. | SOLD | PRICE | ADMISSIONS | REFUNDS | EXT. REFUNDS |
|-----|-------------|-------------|------|-------|------------|---------|--------------|
| ADULT | 000712 | 000690 | 22 | 7.25 | 159.50 | 2 | 14.50 |
| CHILD | 000566 | 000549 | 17 | 4.75 | 80.75 | 0 | 0.00 |
| DISC 1 | 000165 | 000158 | 7 | 5.00 | 35.00 | 0 | 0.00 |
| BARGAN | 003074 | 002907 | 167 | 4.75 | 793.25 | 0 | 0.00 |
| DISC 2 | 000001 | 000001 | 0 | 5.00 | 0.00 | 0 | 0.00 |
| MISC | 000001 | 000001 | 0 | 4.50 | 0.00 | 0 | 0.00 |
| NET ADMISSIONS | 1054.00 | | 213 | | 1068.50 | 2 | 14.50 |

| | | | | | | | |
|-----|-------------|-------------|------|-------|------------|---------|--------------|
| PASS SC | 000001 | 000001 | 0 | 0.50 | 0.00 | 0 | 0.00 |
| PASS NC | 000053 | 000053 | 0 | 0.00 | 0.00 | 0 | 0.00 |
| NET ADMISSIONS | 1054.00 | | 213 | | 1068.50 | 2 | 14.50 |

```
Strike any key for next show
```

```
DAILY REPORT COLUMBIA 4 GRND FORK 078112 Saturday, November 22, 2003

MOVIE NAME : LOONEYTUNE                    MOVIE NUMBER : WB 3079

CAT     CLOSING NO. OPENING NO. SOLD  PRICE ADMISSIONS REFUNDS EXT. REFUNDS

ADULT    000094      000089       5   7.25    36.25        0         0.00
CHILD    000054      000053       1   4.75     4.75        0         0.00
DISC 1   000027      000025       2   5.00    10.00        0         0.00
BARGAN   000249      000175      74   4.75   351.50        0         0.00
DISC 2   000001      000001       0   5.00     0.00        0         0.00
MISC     000001      000001       0   4.50     0.00        0         0.00
                                -----       --------    ------    --------
NET ADMISSIONS       402.50      82          402.50        0         0.00

--------------------------------------------------------------------------

PASS SC  000001      000001       0   0.50     0.00        0         0.00
PASS NC  000015      000015       0   0.00     0.00        0         0.00
                                =====       ========    ======    ========
NET ADMISSIONS       402.50      82          402.50        0         0.00


Strike any key for next show

DAILY REPORT COLUMBIA 4 GRND FORK 078112 Saturday, November 22, 2003

MOVIE NAME : CAT HAT X                     MOVIE NUMBER : UNI3035

CAT     CLOSING NO. OPENING NO. SOLD  PRICE ADMISSIONS REFUNDS EXT. REFUNDS

ADULT    000206      000123      83   7.25   601.75        2        14.50
CHILD    000143      000104      39   4.75   185.25        0         0.00
DISC 1   000029      000015      14   5.00    70.00        0         0.00
BARGAN   000323      000001     322   4.75  1529.50        0         0.00
DISC 2   000001      000001       0   5.00     0.00        0         0.00
MISC     000001      000001       0   4.50     0.00        0         0.00
                                -----       --------    ------    --------
NET ADMISSIONS      2372.00     458         2386.50        2        14.50

--------------------------------------------------------------------------

PASS SC  000001      000001       0   0.50     0.00        0         0.00
PASS NC  000007      000001       6   0.00     0.00        0         0.00
                                =====       ========    ======    ========
NET ADMISSIONS      2372.00     464         2386.50        2        14.50


     Strike any key to return to menu
```