

**GOVERNMENT EXHIBIT**

CASE NO. 2:04-cr-55

EXHIBIT NO. 29-2

```
---------------- CLOSE BOX OFFICE ----------------

 CARMIKE 10 GRND FORK 078114 Saturday, November 22, 2003

      MISC. EXPENSES                        MISC. INCOME

ADVERTISING        000000            REAL ESTATE       000000
EXP.-POSTAGE       000000    337.39  SPEC. SHOWS       000000
REPAIRS            000000            SERVICE CHARGES   000000        0.00
SUPPLIES           000000            GIFT CERT SALES   000000      125.00
MISCL.             000000            GAME, CIG. & TEL. 000000
GIFT CERT REDM.    000000     96.00  XMAS ADS          000000
DISCOUNT TICKETS   000000     80.00
DISCOUNT TICKETS   000000    610.00  CHANGE FUND       000000
SALARY             000000

CHANGE FUND        000000

TOTAL MISC. EXPENSES     1123.39     TOTAL MISC. INCOME          125.00


          Print screen NOW!   Strike any key to continue.

 THEATRE CLOSING REPORT

 CARMIKE 10 GRND FORK 078114 Saturday, November 22, 2003

BOX OFFICE SALES     13717.50        BOX OFFICE SALES        13717.50
CONCESSION SALES      5288.20        ADD: SERVICE CHGS           0.00
TOTAL SALES          19005.70        ADD: PETTY CASH            0.00
MISC. INCOME           125.00        EXPECTED COUNT          13717.50
TOTAL INCOME         19130.70        ACTUAL COUNT            13739.25
                                     OVER/SHORT                21.75
MISC. EXPENSES        1123.39
OVER/SHORT              21.20        CONCESSION SALES         5288.20
TOTAL DEPOSIT        18028.51        ADD: PETTY CASH            0.00
                                     EXPECTED COUNT           5288.20
OPENING CHANGE FUND   7500.00        ACTUAL COUNT             5287.65
ADJUSTMENT               0.00        OVER/SHORT                0.55-
CLOSING CHANGE FUND   7500.00
                                     ADJ. CONCESSION SALES    5288.20
EXPECTED DISC TICKETS  690.00        TOTAL ATTENDANCE           2314
ACTUAL DISC TICKETS    690.00        CENTS/PERSON               2.29
OVER/SHORT               0.00


          Print screen NOW!   Strike any key to continue.
```

```
DAILY REPORT CARMIKE 10 GRND FORK 078114 Saturday, November 22, 2003

MOVIE NAME :     ELF                          MOVIE NUMBER : NLC3012

CAT     CLOSING NO. OPENING NO. SOLD   PRICE ADMISSIONS REFUNDS EXT. REFUNDS

ADULT    003113      002795       318  7.25   2305.50      3       21.75
CHILD    000176      000173         3  4.75     14.25      0        0.00
DISC 1   000773      000734        39  5.00    195.00      0        0.00
BARGAN   003954      003520       434  4.75   2061.50      1        4.75
DISC 2   000001      000001         0  5.00      0.00      0        0.00
MISC     000001      000001         0  4.50      0.00      0        0.00
                                  ----          -------   ----     -------
NET ADMISSIONS   4549.75           794         4576.25      4      26.50

------------------------------------------------------------------------

PASS SC  000003      000003         0  0.50      0.00      0        0.00
PASS NC  000145      000135        10  0.00      0.00      0        0.00
                                  =====         ========   =====   ========
NET ADMISSIONS   4549.75           804         4576.25      4      26.50


Strike any key for next show

DAILY REPORT CARMIKE 10 GRND FORK 078114 Saturday, November 22, 2003

MOVIE NAME : MATRIX REV                       MOVIE NUMBER : WB 3077

CAT     CLOSING NO. OPENING NO. SOLD   PRICE ADMISSIONS REFUNDS EXT. REFUNDS

ADULT    001637      001575        62  7.25    449.50      0        0.00
CHILD    000020      000020         0  4.75      0.00      0        0.00
DISC 1   000353      000347         6  5.00     30.00      0        0.00
BARGAN   001158      001113        45  4.75    213.75      0        0.00
DISC 2   000001      000001         0  5.00      0.00      0        0.00
MISC     000001      000001         0  4.50      0.00      0        0.00
                                  ----          -------   ----     -------
NET ADMISSIONS    693.25           113          693.25      0       0.00

------------------------------------------------------------------------

PASS SC  000001      000001         0  0.50      0.00      0        0.00
PASS NC  000040      000040         0  0.00      0.00      0        0.00
                                  =====         ========   =====   ========
NET ADMISSIONS    693.25           113          693.25      0       0.00


Strike any key for next show
```

```
DAILY REPORT CARMIKE 10 GRND FORK 076114 Saturday, November 22, 2003

MOVIE NAME :  SCARY 3                          MOVIE NUMBER : MIR3035

CAT     CLOSING NO. OPENING NO. SOLD   PRICE ADMISSIONS REFUNDS EXT. REFUNDS

ADULT    000044      000014       30   7.25    217.50       0       0.00
CHILD    000001      000001        0   4.75      0.00       0       0.00
DISC 1   000003      000003        0   5.00      0.00       0       0.00
BARGAN   000020      000001       19   4.75     90.25       0       0.00
DISC 2   000001      000001        0   5.00      0.00       0       0.00
MISC     000001      000001        0   4.50      0.00       0       0.00
                                 ------        --------   ------  ----------
NET ADMISSIONS      307.75        49           307.75       0       0.00


PASS SC  000001      000001        0   0.50      0.00       0       0.00
PASS NC  000002      000002        0   0.00      0.00       0       0.00
                                 ======        ========   ======  ==========
NET ADMISSIONS      307.75        49           307.75       0       0.00


Strike any key for next show

DAILY REPORT CARMIKE 10 GRND FORK 076114 Saturday, November 22, 2003

MOVIE NAME :   MYSTIC                          MOVIE NUMBER : WB 3075

CAT     CLOSING NO. OPENING NO. SOLD   PRICE ADMISSIONS REFUNDS EXT. REFUNDS

ADULT    001162      001158        4   7.25     29.00       0       0.00
CHILD    000052      000052        0   4.75      0.00       0       0.00
DISC 1   000286      000285        1   5.00      5.00       0       0.00
BARGAN   000938      000918       20   4.75     95.00       0       0.00
DISC 2   000001      000001        0   5.00      0.00       0       0.00
MISC     000001      000001        0   4.50      0.00       0       0.00
                                 ------        --------   ------  ----------
NET ADMISSIONS      129.00        25           129.00       0       0.00


PASS SC  000001      000001        0   0.50      0.00       0       0.00
PASS NC  000048      000048        0   0.00      0.00       0       0.00
                                 ======        ========   ======  ==========
NET ADMISSIONS      129.00        25           129.00       0       0.00


Strike any key for next show
```

```
DAILY REPORT CARMIKE 10 GRND FORK 078114 Saturday, November 22, 2003

MOVIE NAME : TEXASCHAIN                    MOVIE NUMBER : NLC3011

CAT     CLOSING NO. OPENING NO. SOLD  PRICE ADMISSIONS REFUNDS EXT. REFUNDS

ADULT    005260       005195       65   7.25   471.25       0        0.00
CHILD    000048       000048        0   4.75     0.00       0        0.00
DISC 1   000805       000801        4   5.00    20.00       0        0.00
BARGAN   001686       001668       18   4.75    85.50       0        0.00
DISC 2   000001       000001        0   5.00     0.00       0        0.00
MISC     000001       000001        0   4.50     0.00       0        0.00
                                  _____       _____  _____  _____
NET ADMISSIONS   576.75            57          576.75       0        0.00

_____

PASS SC  000001       000001        0   0.50     0.00       0        0.00
PASS NC  000132       000132        0   0.00     0.00       0        0.00
                                  ======       ==========  ======  ==========
NET ADMISSIONS   576.75            57          576.75       0        0.00


Strike any key for next show

DAILY REPORT CARMIKE 10 GRND FORK 078114 Saturday, November 22, 2003

MOVIE NAME : MASTEY AND                    MOVIE NUMBER : FOX3044

CAT     CLOSING NO. OPENING NO. SOLD  PRICE ADMISSIONS REFUNDS EXT. REFUNDS

ADULT    000695       000558      137   7.25   993.25       3       21.75
CHILD    000004       000004        0   4.75     0.00       0        0.00
DISC 1   000166       000141       25   5.00   125.00       0        0.00
BARGAN   000857       000682      175   4.75   831.25       0        0.00
DISC 2   000001       000001        0   5.00     0.00       0        0.00
MISC     000001       000001        0   4.50     0.00       0        0.00
                                  _____       _____  _____  _____
NET ADMISSIONS  1927.75           337         1949.50       3       21.75

_____

PASS SC  000001       000001        0   0.50     0.00       0        0.00
PASS NC  000028       000025        3   0.00     0.00       0        0.00
                                  ======       ==========  ======  ==========
NET ADMISSIONS  1927.75           340         1949.50       3       21.75


        Strike any key to return to menu
```

```
DAILY REPORT CARMIKE 10 GRND FORK 078114 Saturday, November 22, 2003

MOVIE NAME : LOVEACTUAL                    MOVIE NUMBER : UNI3021

CAT     CLOSING NO. OPENING NO. SOLD   PRICE ADMISSIONS REFUNDS EXT. REFUNDS

ADULT    000625       000505     120   7.25   870.00      0        0.00
CHILD    000006       000006       0   4.75     0.00      0        0.00
DISC 1   000200       000177      23   5.00   115.00      0        0.00
BARGAN   000361       000267      94   4.75   446.50      0        0.00
DISC 2   000001       000001       0   5.00     0.00      0        0.00
MISC     000001       000001       0   4.50     0.00      0        0.00
                                 -----               ---------  -------  ---------
NET ADMISSIONS    1431.50        237          1431.50      0        0.00
_____

PASS SC  000001       000001       0   0.50     0.00      0        0.00
PASS NC  000021       000019       2   0.00     0.00      0        0.00
                                 =====               =========  ======  =========
NET ADMISSIONS    1431.50        239          1431.50      0        0.00


Strike any key for next show

DAILY REPORT CARMIKE 10 GRND FORK 078114 Saturday, November 22, 2003

MOVIE NAME : MAT REV XX                    MOVIE NUMBER : WB 3085

CAT     CLOSING NO. OPENING NO. SOLD   PRICE ADMISSIONS REFUNDS EXT. REFUNDS

ADULT    000818       000786      32   7.25   232.00      0        0.00
CHILD    000009       000009       0   4.75     0.00      0        0.00
DISC 1   000201       000195       6   5.00    30.00      0        0.00
BARGAN   000813       000786      27   4.75   128.25      0        0.00
DISC 2   000001       000001       0   5.00     0.00      0        0.00
MISC     000001       000001       0   4.50     0.00      0        0.00
                                 -----               ---------  -------  ---------
NET ADMISSIONS     390.25         65           390.25      0        0.00
_____

PASS SC  000001       000001       0   0.50     0.00      0        0.00
PASS NC  000028       000028       0   0.00     0.00      0        0.00
                                 =====               =========  ======  =========
NET ADMISSIONS     390.25         65           390.25      0        0.00
```

1085

```
Strike any key for next show
```

```
DAILY REPORT CARMIKE 10 GRND FORK 078114 Saturday, November 22, 2003

MOVIE NAME :  GOTHIKA                      MOVIE NUMBER : WB 3076

CAT    CLOSING NO. OPENING NO. SOLD  PRICE ADMISSIONS REFUNDS EXT. REFUNDS

ADULT    000570     000266       304   7.25   2204.00      0       0.00
CHILD    000003     000002         1   4.75      4.75      0       0.00
DISC 1   000041     000023        18   5.00     90.00      0       0.00
BARGAN   000155     000041       114   4.75    541.50      0       0.00
DISC 2   000001     000001         0   5.00      0.00      0       0.00
MISC     000001     000001         0   4.50      0.00      0       0.00
                                 -----                  ------           --------
NET ADMISSIONS      2840.25       437          2840.25      0       0.00

_____

PASS SC  000001     000001         0   0.50      0.00      0       0.00
PASS NC  000007     000003         6   0.00      0.00      0       0.00
                                 =====                  =======           ========
NET ADMISSIONS      2840.25       443          2840.25      0       0.00


Strike any key for next show

DAILY REPORT CARMIKE 10 GRND FORK 078114 Saturday, November 22, 2003

MOVIE NAME :  RADIO                        MOVIE NUMBER : SON3030

CAT    CLOSING NO. OPENING NO. SOLD  PRICE ADMISSIONS REFUNDS EXT. REFUNDS

ADULT    001615     001555        60   7.25    435.00      0       0.00
CHILD    000061     000060         1   4.75      4.75      0       0.00
DISC 1   000187     000171        16   5.00     80.00      0       0.00
BARGAN   001317     001243        74   4.75    351.50      0       0.00
DISC 2   000001     000001         0   5.00      0.00      0       0.00
MISC     000001     000001         0   4.50      0.00      0       0.00
                                 -----                  -------           --------
NET ADMISSIONS       871.25       151           871.25      0       0.00

_____

PASS SC  000001     000001         0   0.50      0.00      0       0.00
PASS NC  000097     000092         5   0.00      0.00      0       0.00
                                 =====                  =======           ========
NET ADMISSIONS       871.25       156           871.25      0       0.00


Strike any key for next show
```