P-0585

