P-0474



GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 40-4