P-0455



GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 40-5