P-0459



GOVERNMENT
EXHIBIT

CASE
NO. 2:04-cr-55

EXHIBIT
NO. 40-6