P-0484

