P-0485

