P-0489

