

GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 40-12

P-0495