

P-0516