Form 823 (1967 Ed.) Criminal Complaint—Statutory Offense                                      Miller-Davis Co., Minneapolis

STATE OF MINNESOTA                    )                    CC   .Y COURT
                                      ) ss.          CIVIL AND CRIMINAL DIVISION
County of _____ Polk _____      )

GOVERNMENT
EXHIBIT

CASE
NO. 2104-cr-55

EXHIBIT
NO. 48

_____ Elizabeth Knudson _____, being first duly sworn, makes complaint to the undersigned, Judge of the above named Court, herein acting as a magistrate, to determine whether probable cause required to support a warrant of arrest of one _____ Alfonso Rodriguez, Jr. _____ exists, as follows:

That she is* a resident of Polk County, Minnesota. That on November 19, 1974 said complainant attended a movie at the Grand Theater in Crookston, Minnesota and left the theater at approximately 9:45 p.m. where she went to her father's pickup truck. She had difficulty starting the vehicle and Alfonso Rodriguez, Jr., hereinafter referred to as the defendant, came up to the vehicle, opened the door and told her to move over. The defendant at that time had a kitchenknife with a serrated blade of approximately six inches long in his hand. She did as he instructed and he later told her to drive said vehicle onto a gravel road near the radio tower just east of Crookston at which time he told her to stop the pickup truck and to take off her coat and her top and the rest of her clothing; again threatened her with the knife; and he then had sexual intercourse with said complainant.

That based upon the foregoing, complainant makes complaint and says that on the _____ 19th _____ day of _____ November _____, 19 74, in the Township of _____ Crookston _____, in the County of _____ Polk _____, State of Minnesota, one _____ Alfonso Rodriguez, jr. _____ _____, then and there being, did wrongfully, unlawfully, and

COUNT I.
did wrongfully, unlawfully, wilfully and feloniously have sexual intercourse with a female person, not his wife, to wit: Elizabeth Knudson, without the consent of said Elizabeth Knudson and while her resistance is prevented by reasonable fear of immediate and great bodily harm to her;

COUNT II.
did wilfully, wrongfully, unlawfully and feloniously kidnap, confine and remove from one place to another, to wit: the parking lot of the Grand Theater in the City of Crookston, County and State aforesaid to a point and place at and near east of the City of Crookston on a gravel road near the radio tower and north of Highway #2, State of Minnesota, of another person, to-wit: one Elizabeth Knudson, without the consent of said Elizabeth Knudson, and for the purpose of committing a felony, to wit: aggravated rape and aggravated assault and at the time of release of said Elizabeth Knudson, the said Elizabeth Knudson, was released in a safe place and without great bodily harm;     (over)

contrary to the statutes in such case made and provided and against the peace and dignity of the State of Minnesota.

WHEREFORE, Complainant prays that said offender may be arrested and dealt with according to law.

_____
Elizabeth Knudson          Complainant

Sworn to and subscribed and complained of before me this _____ day of November, 19 74.

_____
Robert A. Peterson, Judge of County Court

Section: 609.291; 609.25 Subdivision 1 (2) (3) and Subd. 2 (1); 609.225 Subd. 2

Charge: AGGRAVATED RAPE, KIDNAPPING, AGGRAVATED ASSAULT

Witnesses examined by Magistrate:

FILED

DEC 31 1974

STATE OF MINN.    ) ss
COUNTY OF POLK    )
CERTIFIED to be a true & correct copy of the original on file and of record in my office
Dated: _____
BY: _____
COURT ADMINISTRATOR
DEPUTY

*State when applicable: (a) The official capacity of complainant if complaint is made by a law enforcement officer, (b) that the complaint is made upon investigation conducted by complainant, (c) offense committed in presence of complainant, (d) detailed statement of facts from person having knowledge, (e) documentary or other evidence available pointing to the guilt of the accused, (f) name of person injured, (g) that complainant has reason to believe and does believe that the persons from whom the facts were obtained are reliable.
   Note: Enough information must be presented to the magistrate to enable him to make the judgment that the charges are not capricious and are sufficiently supported to justify bringing into play the further steps of the criminal process.

OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY, MINNESOTA
ELAINE MORBERG

## COUNT III.

did wilfully, wrongfully, intentionally and feloniously assault another person, to-wit: Elizabeth Knudson, with a dangerous weapon, to-wit: a six inch in length kitchen knife, a more paricular description being to your complainant unknown, by threatening the said Elizabeth Knudson with said knife and without the intent by said defendant to inflict great bodly harm upon the said Elizabeth Knudson;

COUNTY COURT

County of ___

STATE OF MINNESOTA

AGAINST

CRIMINAL COMPLAINT

Statutory Offense

Filed this ___ 20 ___ day of ___ Nov ___, A. D. 19 74

_Clerk of County Court_

By ___ Deputy.

FILED

DEC 31 1974

OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY, MINNESOTA
DORIS MORBERG

Miller-Davis Co., Minneapolis

State of Minnesota,
County of...........Polk..........  } ss.    DISTRICT COURT,
...........Ninth...........Judicial District.

## STATE OF MINNESOTA
### AGAINST

...................ALFONSO RODRIGUEZ, JR....................

I, ...................John A. Winters..................., County Attorney for said County,

hereby inform the Court that on the.............19th.............day of.........November.............in the year 1974.,

at said County.......in the Township of Crookston, ALFONSO RODRIGUEZ, JR................did

### COUNT I.
did wrongfully, unlawfully, wilfully and feloniously have sexual intercourse with a
female persn, not his wife, to wit: Elizabeth Knudson, without the consent of said
Elizabeth Knudson and while her resistance is prevented by reasonable fear of immediate
and great bodily harm to her;

### COUNT II.
did wilfully, wrongfully, unlawfully and feloniously kidnap, confine and remove from one
place to another, to wit: the parking lot of the Grand Theater in the City of Crookston,
County and State aforesaid to a point and place at and near east of the City of Crookston
on a gravel road near the radio tower and nath of Highway #2, State of Minnesota, of
another person, to-wit, one Elizabeth Knudson, without the consent of said Elizabeth
Knudson, and for the purpose of committing a felony, to wit: aggravated rape and ag-
gravated assault and at the time of release of said Elizabeth Knudson, the said Elizabeth
Knudson was released in a safe place and without great bodily harm;

### COUNT III.
did wilfully, wrongfully, intentionally and feloniously assault another person, to wit:
Elizabeth Knudson, with a dangerous weapon, to wit: a six inch in length kitchen knife,
a more particular description being to your complainant unknown, by threatening the said
Elizabeth Knudson with said knife and without the intent by said defendant to inflict
great bodily harm upon the said Elizabeth Knudson;

STATE OF MINN. } ss
COUNTY OF POLK
CERTIFIED to be a true & correct copy of the original on
file and of record in my office
Dated: _March 4 2004_
_Kathy Hanick_
COURT ADMINISTRATOR
BY: _Paulette Cabalan_
DEPUTY

contrary to the form of the statute in such case made and provided, the same being Section 609.291; 609.25
Subdivision 1 (2), (3) and Subd. 2 (1); 609.225 Subd. 2
said acts constituting    AGGRAVATED RAPE, KIDNAPPING, AGGRAVATED ASSAULT

and against the peace and dignity of the State of Minnesota.

Dated    December 31    19 74

FILED

John A. Winters,    County Attorney.

OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY, MINNESOTA
DORIS MORBERG

Form No. 3296—Petition to Enter Plea of G ilty.                                                    MILLER-DAVIS CO., MINNEAPOLIS

## STATE OF MINNESOTA }                    ### DISTRICT COURT,

COUNTY OF__Polk_____ }          _____Ninth_____ JUDICIAL DISTRICT

The State of Minnesota                                           FOR ACCEPTANCE OF
               against                                    PETITION TO ENTER
                                                         PLEA OF GUILTY
__ALFONSO RODRIGUEZ, JR._____

                                    Defendant.

The defendant above named respectfully represents to the Court as follows:

    (1)   My full true name is: Alfonso Rodriguez, Jr.

and I request that all proceedings against me be had in the name which I here declare to be my true name.

    (2)   I am represented by counsel and the name of my attorney is: Mr. Leon Oistad, of the Firm of Olson and Oistad, Assistant Public Defenders for the Ninth Judicial District.
    (3)   I have received a copy of the xxdxxxxxx (information) before being called upon to plead, and have read and discussed it with my attorney, and believe that I understand every accusation made against me in this case.

    (4)   I have told my attorney the facts and surrounding circumstances as known to me concerning the matters mentioned in the xxxxxxxxxx(information), and believe that my attorney is fully informed as to all such matters. My attorney has since informed me, and has counselled and advised with me, as to the nature and cause of every accusation against me, and as to any possible defenses I might have in this case.

    (5)   My attorney has advised me that the punishment, which the law provides, is as follows: A

maximum of__Thirty (30)____years imprisonment xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
                                                    in Count I
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxfor the offense charged/in the xxxxxxxxx (information);_to-wit:

__609.291 aggravated rape_____

also that probation may or may not be granted; and that if I plead "GUILTY" to more than one offense, the Court may order the sentence to be served consecutively, one after another.

    (6)   I understand that I may, if I so choose, plead "Not Guilty" to any offense charged against me, and that if I choose to plead "Not Guilty" the Constitution guarantees me: (a) the right to a speedy and public trial by jury; (b) the right to see and hear all witnesses against me; (c) the right to use the power and process of the Court to compel the production of any evidence, including the attendance of any witnesses, in my favor; and (d) the right to have the assistance of counsel in my defense at all stages of the proceedings.

    (7)   I also understand that if I plead "GUILTY" the Court may impose the same punishment as if I had pleaded "Not Guilty", stood trial and been convicted by a jury.

    (8)   I declare that no officer or agent of any branch of government (Federal, State or Local), nor any other person, has made any promise or suggestion of any kind to me, or within my knowledge to anyone else, that I would receive a lighter sentence, or probation, or any other form of leniency, if I would plead "GUILTY". I hope to receive probation, but am prepared to accept any punishment permitted by law which the Court may see fit to impose. However, I respectfully request that the Court consider in mitigation of punishment at the time of sentence the fact that by voluntarily pleading "GUILTY" I have saved the State and the Court the expense and inconvenience of a trial.

    (9)   I believe that my attorney has done all that anyone could do to counsel and assist me, and that I now understand the proceedings in this case against me.

    (10)   I know the Court will not accept a plea of "GUILTY" from anyone who claims to be innocent and, with that in mind and because I make no claim of innocence, I wish to plead "GUILTY", and respectfully request the Court to accept my plea. to Count I in the information, to-wit: 609.291 aggravated rape
    (11)   I declare that I offer my plea of "GUILTY" freely and voluntarily and of my own accord; also that my attorney has explained to me, and I believe I understand, the statements set forth in the xxxxx xxxxx (information), and in this petition, and in the "Certificate of Counsel" which is attached to this petition.



F I L E D

DEC 31 1974

OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY, MINNESOTA
DORIS MORBERG

Signed by me in open court in the presence of my attorney this__31st_day of__December__, 19__74.

                                        _Alfonso Rodriguez Jr._
                                        Alfonso Rodriguez, Jr.    Defendant

STATE OF MINN.
COUNTY OF POLK } ss
CERTIFIED to be a true & correct copy of the original on file and of record in my office
Dated:_____
_____ COURT ADMINISTRATION
BY:_____ DEPUTY

## CERTIFICATE OF COUNSEL

The undersigned, as attorney and counsellor for the defendant above named___Alfonso Rodriguez, Jr. hereby certifies as follows:

(1)   I have read and fully explained to the defendant all the accusations against the defendant which are set forth in the ~~indictment~~ (information) in this case;

(2)   To the best of my knowledge and belief each statement set forth in the foregoing petition is in all respects accurate and true;

(3)   The plea of "GUILTY", as offered by the defendant in paragraph 10 of the foregoing petition, accords with my understanding of the facts as related to me by the defendant, and is consistent with my advice to the defendant;

(4)   In my opinion the plea of "GUILTY", as offered by the defendant in paragraph 10 of the forefoing petition, is voluntarily and understandingly made; and I recommend to the Court that the plea of "GUILTY" be now accepted and entered on behalf of the defendant as requested in paragraph 10 of the foregoing petition.

Signed by me in open court in the presence of the defendant above named this_____31st____day

of____December_____, 19 74 .

Leon Oistad,        *Attorney for the Defendant.*

State of Minnesota,

County of

DISTRICT COURT

The State of Minnesota

vs.

Petition to Enter Plea of Guilty



Filed the                    day

of

By                    Deputy.

DEC 31 1974

Clerk of District Court.

OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY, MINNESOTA
DORIS MOHBERG

MILLER-DAVIS CO., MINNEAPOLIS

STATE OF MINNESOTA                                  IN DISTRICT COURT

COUNTY OF POLK                                NINTH JUDICIAL DISTRICT

State of Minnesota, Plaintiff    )                 Court Minutes on
                                 )                 Arraignment
vs                               )
                                 )                 Case No.5447
Alfonso Rodriguez, Jr., Defendant )

                        Charges:  Aggravated Rape,MSA 609.291
                                  Kidnapping, MSA 609.25; Subd. 1 (2) (3) & Subd. 2 (1)
                                  Aggravated Assault, MSA 609.225 Subd. 2
                        - - - - - - - - - - - - - - - - - - - - -

        The District Court of Polk County, Ninth Judicial District, Minnesota,

did convene in the courtroom of the Court House, Crookston, Minnesota at

11:40 AM, December 31, 1974 with the Honorable Harley G. Swenson presiding,

for the purpose of the arraignment of the above-named Defendant Alfonso

Rodriguez, Jr.

        Present in the courtroom were:
                Wayne H. Swanson, Assistant County Attorney in and for the County
of Polk.
                Leon Oistad, Assistant Public Defender.
                Defendant, Alfonso Rodriguez, Jr.

        Mr. Wayne Swanson related Defendant had on November 20, 1974 appeared

in County Court on a Complaint.  A public defender had been appointed to

represent him and a bond was set at $15,000.00 which was not furnished.

Defendant was removed to custody of the Sheriff of Polk County.  On December

20, 1974 Defendant again appeared in County Court, preliminary hearing was

waived and Defendant was bound over to District Court and again removed to

the custody of the Sheriff.

        The Court satisfied there were no jurisdictional or subject challenges

called Defendant, his counsel, and the Assistant County Attorney before the

bench where Mr. Swanson read the Information, first handing a copy to the

Defendant, charging Defendant with Count I, Aggravated Rape, MSA 609.291,

Count II, Kidnapping, 609.25; Subd. 1 (2) (3) and Subd. 2 (1) and Count III,

Aggravated Assault, 609.225; Subd. 2.

        Plea Negotations entered into in this instance were on a Guilty Plea

to Count I of the Information,  Count II and Count III would be dismissed

after sentencing to Count I and that sentence would be limited to 15 years

and sentence would run concurrently with the sentence in Case No. 5438

(State of Minnesota vs Alfonso Rodriguez, Jr.).

        Petition to enter a Guilty Plea to Count I of the Information was filed.

        Court accepted a Guilty Plea to Count I, and a Not Guilty Plea to

Count  II & Count III.

STATE OF MINN. }ss
COUNTY OF POLK }
CERTIFIED to be a true & correct copy of the original on
file and of record in my office
Dated
COURT ADMINISTRATOR
BY:
DEPUTY

Defendant was advised of his constitutional rights, his right to a jury trial on a not guilty plea, etc. Defendant stated he had not been threatened or no promises had been made to him and he made no claim to innocence of this offense.

Defendant was sworn and testified under Assistant County Attorney's questioning. There were no questions by Defense Counsel.

The Court made the following order:

"You, Alfonso Rodriguez, Jr., having entered the plea of guilty on this day, December 31, 1974, to the crime of aggravated rape, in violation of Minnesota Statutes Section 609.291, as charged in Count One of the Information, the Court finds and determines that you are guilty and have been duly convicted of the crime so charged;

IT IS THEREFORE ORDERED that you be committed to the Commissioner of Public Welfare of the Department of Public Welfare for the State of Minnesota for a pre-sentence, social, physical, and mental examination pursuant to and in accordance with the provisions of Minnesota Statutes Section 246.43.

IT IS FURTHER ORDERED that the Sheriff of Polk County convey the defendant to the Minnesota Security Hospital at St. Peter, Minnesota; and that the attention of Dr. C. G. Sheppard, Medical Director thereat, be called to this commitment.

Court adjourned at 12:10 PM

Dated:  December 31, 1974

Doris Morberg, Clerk of District Court, Polk County, Minnesota

(District Court Seal)

FILED

DEC 31 1974

DORIS MORBERG
OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY. MINNESOTA

STATE OF MINNESOTA
COUNTY OF POLK

STATE OF MINNESOTA                                              IN DISTRICT COURT

VS                                                       NINTH JUDICIAL DISTRICT

ALFONSO RODRIGUEZ JR.                                  Court Minutes on Sentencing

                                                        Case Nos. 5438 and 5447

                        - - - - - - - - - -

        The District Court of Polk County, Minnesota, Ninth Judicial District,

with the Hon. Harley G. Swenson, judge presiding, convened for the purpose

of the sentencing of the Defendant, Alfonso Rodriguez Jr., at 11:45 A.M.,

April 3, 1975, in the courtroom of the Court House at Crookston, Minnesota.

        Present in the courtroom were:
            Wayne H. Swanson, Assistant County Attorney of Polk County represent-
ing the State of Minnesota.
            James A. Beuning, Assistant Public Defender, Mahnomen, Minnesota
representing the Defendant.
            Alfonso Rodriguez Jr., Defendant.

        The Defendant had last been before the court on December 31, 1974 when

he was arraigned. At that time he pleaded guilty to Count I of the Information

charging him with the crime of Aggravated Rape in violation of M.S.A. 609.291.

Upon the sentencing on Count I, Counts II and III would be dismissed.

        It was brought out before the Court that the Defendant was originally

represented by Mr. Leon Oistad, Assistant Public Defender from Ada, Minnesota,

and has since been replaced by the new Assistant Public Defender, Mr. James

Beuning.

        The Court was informed that plea negotiations had been entered into

with both the State and Defense counsels recommending that the Defendant be

committed to the Security Hospital, St. Peter, Minnesota, under the custody

of the Commissioner of Public Welfare on the charge of Aggravated Rape.

The hospital will be required to submit a quarterly report to the Court on

Defendant's progress.

        Both counsels had examined the presentence investigation report and

neither the State nor the Defense took issue with any part of the report.

        Mr. Beuning then made a short statement concerning the preliminary

hearing that Defendant requested to have waived.

        The Defendant then came before the bench. Defendant had no statement

to make at this time. As there was no reason that sentencing could not be

had at this time, the following sentence was imposed:

        "You, Alfonso Rodriguez, Jr., having entered the plea of guilty on

December 31, 1974, to the crime of aggravated rape in violation of M.S.A.

STATE OF MINN. }ss
COUNTY OF POLK }
CERTIFIED to be a true & correct copy of the original on
file and of record in my office
Dated:
COURT ADMINISTRATOR
BY:
        DEPUTY

609.291 as charged in Count I of the Information, the Court finds and determines that you are guilty and have been duly convicted of the crime so charged;

IT IS THEREFORE the judgment and sentence of this court that as punishment for said crime you be committed to the custody of the Commissioner of Public Welfare of the State of Minnesota for care and treatment as a sex offender pursuant to the provisions of Minnesota Statutes 246.43, and that you remain in his custody until you are discharged as provided by law.

The Commissioner of Public Welfare is requested to afford to you the care and treatment as a sex offender contemplated by the provisions of law, and to furnish this Court with quarterly reports with reference to your progress and related matters, and to further notify this Court as to the time that is contemplated a petition for your release will be sought. Any confinement in this case will be limited to the period of 15 years or until discharged as provided by law."

Immediately after the sentencing on the Aggravated Rape charge, Defendant was sentenced on another charge, that of Attempted Aggravated Rape. The following sentence was then imposed:

"It is therefore the judgment and sentence of this Court that as punishment for said crime you be committed to the custody of the Commissioner of Corrections for the State of Minnesota for a period not to exceed 15 years or until you are discharged as provided by law. It is further ordered that the execution of the sentence now imposed be and the same hereby is stayed from today for a period of 15 years, unless prior to the expiration of said period, said stay has been revoked or you have been discharged.

It is further ordered that you be forthwith placed on probation during the continuance of said stay under the supervision of the Commissioner of Corrections of the State of Minnesota.

It will be a further condition of probation that upon your release or discharge from the custody of the Commissioner of Public Welfare that you immediately return to Crookston and report to this Court. It is further ordered that the two sentences now imposed shall run concurrently.

Court adjourned at 12:15 P.M.

Dated:  April 3, 1975

(District Court Seal)

Doris Morberg, Clerk of District
Court, Polk County, Minnesota

FILED

APR 3  1975

OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY, MINNESOTA
DORIS MORBERG

# State of Minnesota,  } ss.

County of ..... Polk .....

## DISTRICT COURT

..... Ninth ..... *Judicial District*

### THE STATE OF MINNESOTA
*vs.*

..... Alfonso Rodriguez, Jr. .....

................. *Defendant*

## Warrant of Commitment

### THE STATE OF MINNESOTA

*TO THE SHERIFF OF THE COUNTY AFORESAID, AND TO THE COMMISSIONER OF* ~~CORRECTIONS~~ PUBLIC WELFARE *OF THE STATE OF MINNESOTA,*

*Reference being hereby made to the papers hereto attached, which are made a part hereof,*

*NOW THEREFORE, in the name of the State of Minnesota, you, the said Sheriff are hereby commanded to convey and deliver the defendant,* ..... Alfonso Rodriguez, Jr. .....,

*into the custody of the Commissioner of* ~~Corrections~~ Public Welfare *of the State of Minnesota at* ..... St. Peter .....

..... Security Hospital ....., *and you, said Commissioner, are hereby commanded to receive the*

*defendant,* ..... Alfonso Rodriguez, Jr. ....., *in your custody and safe keeping until he shall have been thence discharged by due course of law, or by competent authority.*

*WITNESS, The Honorable* ..... Harley G. Swenson ....., *Judge of said*

*District Court, and the Seal of said Court, in said County and State this* ..... 3rd ..... *day of*

..... April ....., 19 75 .

..... Doris Monberg .....
*Clerk of District Court*

By ..... *Deputy*

STATE OF MINN. } ss
COUNTY OF POLK
CERTIFIED to be a true & correct copy of the original on
file and of record in my office
Dated:
COURT ADMINISTRATOR
BY:
DEPUTY

**State of Minnesota,** } ss.

County of ........... Polk ....................

I, .................. Doris Morberg ..................

Clerk of the District Court in and for said County and State, do hereby certify that I have compared the foregoing copy of Warrant of Commitment with the original on file in this office and that the same is a full and correct transcript of the whole thereof.

WITNESS, My hand and seal of said Court,

this........3rd.......day of........April................, 19.75.

.................. Doris Morberg ..................
_____ Clerk

By _____, Deputy

Return to Clerk of Court, Crookston, Minnesota

No. 5447

**State of Minnesota,**

County of ........ Polk ........

**DISTRICT COURT**

Ninth ................ Judicial District

THE STATE OF MINNESOTA

vs.

Alfonso Rodriguez, Jr.
Defendant

**Warrant of Commitment**

FILED

Filed this .......... day of .........., 19.....
APR 11 1975

OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY, MINNESOTA
DORIS MORBERG
Clerk of District Court

Form 5005
Miller-Davis Co., Minneapolis

STATE OF MINNESOTA                          DISTRICT COURT

COUNTY OF POLK              .          NINTH JUDICIAL DISTRICT

State of Minnesota        )
                          )
     vs.                  )          SENTENCE OF THE COURT
                          )
Alfonso Rodriquez, Jr.    )          File# 5447

---

     Alfonso Rodriquez, Jr., having entered the plea of guilty on December 31, 1974, to the crime of aggravated rape in violation of M.S.A. 609.291 as charged in Count I of the Information, the Court finds and determines that you are guilty and have been duly convicted of the crime so charged;

     IT IS THEREFORE the judgment and sentence of this Court that as punishment for said crime you be committed to the custody of the Commissioner of Public Welfare of the State of Minnesota for care and treatment as a sex offender pursuant to the provisions of Minnesota Statutes §246.43, and that you remain in his custody until you are discharged as provided by law.

     Sentence imposed April 3, 1975.

               Harley G. Swenson
               Judge of District Court

FILED
APR 3 1975
OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY, MINNESOTA
DORIS MORBERG

STATE OF MINN. } ss
COUNTY OF POLK
CERTIFIED to be a true & correct copy of the original on file and of record in my office
Dated: March 4, 2004
COURT ADMINISTRATOR
BY: _____ DEPUTY