Form 823 (1967 Ed.) Criminal Complaint—Statutory Offense                                    Miller-Davis Co., Minneapolis

COUNTY COURT

**STATE OF MINNESOTA**                    ) ss.      CIVIL AND CRIMINAL ___DIVISION

County of___Polk_____              )

_____Shirley Seddon_____, being first duly sworn, makes complaint to the undersigned, Judge of the above named Court, herein acting as a magistrate, to determine whether probable cause required to support a warrant of arrest of one_____Alfonso Rodriguez, Jr._____ exists, as follows:

That she is went to the Viking Bar and Lounge in Crookston with a girlfriend on October 18, 1974 at about 10:00 p.m. That your complainant left by herself at about 11:45 p.m. That she got into her father's automobile which was parked there. That upon her starting the said automobile, the above-named individual, hereinafter referred to as the defendant, approached the driver's side of the said automobile, and asked for a ride home. That your complainant knew the defendant, although she had not seen him for several years. That she agreed to give him a ride home. That the defendant directed her into a driveway on College Avenue, Crookston, and then he reached over and turned off the ignition. That he suddenly grabbed her by the throat so she could not breath, and pulled her back in the automobile when she opened the door to try to get out. That he unzipped her pants, placed his hands under her sweater, and ordered her to take her pants off. That she refused to take her pants off, and struggled with the defendant. That the defendant demanded that he have sexual intercourse with her, which your complainant refused to do. That the defendant then said he wanted a "blow job", and opened his pants and exposed himself to your complainant. That out of fear, your complainant did then place her mouth around and on the defendant's penis. That when she got home shortly after 1:00 a.m. on October 19, 1974, immediately after leaving the defendant, she woke up her mother and reported this to her.

That based upon the foregoing, complainant makes complaint and says that on the_____19th_____ day of___October_____, 19_74_, in the____City_____of___Crookston_____, in the County of_____Polk_____, State of Minnesota, one____Alfonso Rodriguez, Jr.____ _____, then and there being, ~~the wrongfully, willfully wilfully and~~

**COUNT I**

did wrongfully, unlawfully, wilfully and feloniously cause another, to wit, one Shirley Seddon, to participate in an act of sodomy, to wit, placing the mouth of said Shirley Seddon around and on the defendant's penis, without the consent of said Shirley Seddon, under the circumstance of said Shirley Seddon's resistance being prevented by reasonable fear of immediate and great bodily harm to her;

**COUNT II**

did wrongfully, unlawfully, wilfully and feloniously kidnap and confine one Shirley Seddon, without the consent of said Shirley Seddon, to facilitate the commission of a felony, to wit, attempted aggravated rape and aggravated sodomy, and to terrorize the said Shirley Seddon, and at the time of the release of said Shirley Seddon by said defendant, the said Shirley Seddon was released in a safe place without great bodily harm to said Shirley Seddon;

(over)

contrary to the statutes in such case made and provided and against the peace and dignity of the State of Minnesota.

WHEREFORE, Complainant prays that said offender may be arrested and dealt with according to law.

_Shirley Seddon_
Shirley Seddon                    Complainant

Sworn to and subscribed and complained of before me this ___21st___ day of _October____, 19_74__.

_Robert A. Peterson_
Robert A. Peterson    Judge of County Court

Section: 609.293, Subd. 2(2); 609.25, Subdivision 1(2) and (3); Subd. 2 (1); 609.17; 609.291 (2); 609.296, Subdivision 1 (2)

Charge: AGGRAVATED SODOMY; KIDNAPPING; ATTEMPTED AGGRAVATED RAPE; INDECENT LIBERTIES

Witnesses examined by Magistrate:

*State when applicable: (a) The official capacity of complainant if complaint is made by a law enforcement officer, (b) nature of offense and extent of investigation conducted by complainant, (c) offense committed in presence of complainant, (d) detailed statement of facts from personal knowledge and/or resulting from investigation, (e) documentary or other evidence available pointing to the guilt of the accused, (f) names of witnesses who can identify accused, and (g) that complainant has reason to believe and does believe that the persons from whom the facts were obtained are reliable.

Note: Enough information must be r___ ___d to the magistrate to enable him to make the judgment t' ~~~~e charges are not capricious and are sufficiently supported to justify bringing int~ e further steps of the criminal process.

GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 49

STATE OF MINN. } ss. COUNTY OF POLK
CERTIFIED to be a true & correct copy of the original on file and of record in my office
Dated:
COURT ADMINISTRATOR
BY:
DEPUTY

## COUNT III

did wrongfully, unlawfully, wilfully and feloniously and with intent to commit a crime, to wit, aggravated rape, do an act which was a substantial step toward the commission of said crime, in this, to wit:  That at said time and place defendant choked one Shirley Seddon, by holding her throat with his hand so that she could not breath, that defendant then and there unzipped said Shirley Seddon's pants, exposed his penis, and forced her to commit an act of sodomy on him, all with intent and attempt to have sexual intercourse with a female person, not his wife, to wit, said Shirley Seddon, without the consent of said Shirley Seddon, under the circumstance of said Shirley Seddon's resistance being prevented by reasonable fear of immediate and great bodily harm to said Shirley Seddon;

## COUNT IV

did wrongfully, unlawfully, wilfully and feloniously take indecent liberties with a person not his wife, to wit, he, the defendant, did unzip the pants of one Shirley Seddon, did place his hands under her sweater, and did cause the said Shirley Seddon to touch the defendant's penis, all without the consent of said Shirley Seddon expressly given, but without the said Shirley Seddon suffering any great bodily harm as a result of the indecent liberties;



FILED

NOV 14 1974

DORIS MORBERG
OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY, MINNESOTA

COUNTY COURT

County of

STATE OF MINNESOTA
AGAINST

CRIMINAL COMPLAINT
Statutory Offense

Filed this ___ day of ___, A. D. 19__

Clerk of County Court

By ___ Deputy.

Miller-Davis Co., Minneapolis

ORIGINAL

**State of Minnesota,** } ss.                                                   **DISTRICT COURT,**

County of ............Polk.........................                    ............Ninth............. ........Judicial District.

## STATE OF MINNESOTA
### AGAINST

ALFONSO RODRIGUEZ, JR. '                                    } File N₀. 5438

I, ...........................John A. Winters................................, County Attorney for said County,

hereby inform the Court that on the .........19th.........day of .....October.................'in the year 19.74,

at said County..in.the.City.of.Crookston., ALFONSO RODRIGUEZ, JR......................................xix

### COUNT I.

did wrongfully, unlawfully, wilfully and feloniously cause another, to wit, one Shirley Seddon, to participate in an act of sodomy, to wit, placing the month of said Shirley Seddon around and on the defendant's penis, without the consent of said Shirley Seddon, under the circumstance of said Shirley Seddon's resistance being prevented by reasonable fear of immediate and great bodily harm to her;

### COUNT II.

did wrongfully, unlawfully, wilfully and feloniously kidnap and confine one Shirley Seddon, without the consent of said Shirley Seddon, to facilitate the commission of a felony, to wit, attempted aggravated rape and aggravated sodomy, and to terrorize the said Shirley Seddon, and at the time of the release of said Shirley Seddon by said defendant, the said Shirley Seddon was released in a safe place without great bodily harm to said Shirley Seddon;

### COUNT III.

did wrongfully, unlawfully, wilfully and feloniously and with intent to commit a crime, to wit, aggravated rape, do an act which was a substantial step toward the commission of said crime, in this, to wit:  That at said time and place defendant choked one Shirley Seddon by holding her throat with his hand so that she could not breath, that defendant then and there unzipped said Shirley Seddon's pants, exposed his penis, and forced her to commit an act of sodomy on him, all with intent and attempt to have sexual intercourse with a female person, not his wife, to wit, said Shirley Seddon, without the consent of said Shirley Seddon, under the circumstance of said Shirley Seddon's resistance being prevented by reasonable fear of immediate and great bodily harm to said Shirley Seddon;

### COUNT IV.

did wrongfully, unlawfully, wilfully and feloniously take indecent liberties with a person not his wife, to wit, he, the defendant, did unzip the pants of one Shirley Seddon, did place his hands under her sweater, and did cause the said Shirley Seddon to touch the defendant's penis, all without the consent of said Shirley Seddon expressly given, but without the said Shirley Seddon suffering any great bodily harm as a result of the indecent liberties;

STATE OF MINN. } ss
COUNTY OF POLK
CERTIFIED to be a true & correct copy of the original on
file and of record in my office
Dated: March 4, 2004
BY: _____ COURT ADMINISTRATOR
DEPUTY

contrary to the form of the statute in such case made and provided, the same being Section 609.293, Subd. 2 (2); 609.25 Subdivision 1 (2) and (3); Subd. 2 (1); 609.17; 609.291 (2); 609.296, xxxxxxxxxxxxxxxx Subdivision 1 (2) said acts constituting AGGRAVATED SODOMY; KIDNAPPING; ATTEMPTED AGGRAVATED RAPE; INDECENT LIBERTIES

and against the peace and dignity of the State of Minnesota.

Dated      **December 31,**     19 **74**

                                                    John A. Winters, County Attorney.

FILED
DEC 31 1974

OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY, MINNESOTA
NORIS MORBERG

STATE OF MINNESOTA                                    IN DISTRICT COURT

COUNTY OF POLK                                      NINTH JUDICIAL DISTRICT

State of Minnesota, Plaintiff      )                    Court Minutes on
                                   )                    Arraignment
vs                                 )
                                   )                    Case No.  5438
Alfonso Rodriguez, Jr., Defendant  )

                    Charges:  Aggravated Sodomy, MSA 609.293, Subd. 2(2)
                              Kidnapping, MSA 609.25; Subd. 1(2) & (3), Subd. 2 (1)
                              Attempted Aggravated Rape, 609.17 & 609.291 (2)
                              Indecent Liberties, 609.296; Subd. 1 (2)
                    - - - - - - - - - - - - - -

        The District Court of Polk County, Ninth Judicial District, Minnesota,

did convene in the courtroom of the Court House, Crookston, Minnesota at

10:40 AM, December 31, 1974 with the Honorable Harley G. Swenson, presiding,

for the purpose of the arraignment of the above-named Defendant Alfonso

Rodriguez, Jr.

        Present in the courtroom were:
                John A. Winters, County Attorney in and for the County of Polk.
                Wayne Swanson, Assistant County Attorney in and for the County
of Polk.
                Leon Oistad, Assistant Public Defender.
                Marian S. Olson, representing the Department of Public Welfare.
                Keith Mills, Agent of the Commissioner of Corrections of the State
of Minnesota.
                Defendant Alfonso Rodriguez, Jr.

        Mr. Winters moved for the arraignment in the above-entitled matter

and stated Defendant had been in County Court on a complaint on October 21,

1974.  A Public Defender was appointed and bond was set at $1500.00.  Defend-

ant was released on furnishing a surety bond.  On November 1, 1974 the

Defendant, represented by Leon Oistad, appeared in County Court for a pre-

liminary hearing, after which Defendant was bound over to District Court.

        The Court satisfied there were no jurisdictional or subject challenges

called Defendant, his counsel and the County Attorney before the bench

where Mr. Winters read the Information, after handing a copy to the Defendant,

charging Defendant with Count I, Aggravated Sodomy, MSA 609.293; Subd. 2 (2),

Count II, Kidnapping, MSA 609.25; Subd. 1 (2) & (3), Subd 2 (1), Count III,

Attempted Aggravated Rape, 609.17 & 609.291 (2), and Count IV, Indecent

Liberties, 609.296; Subd. 1 (2).

        Defendant was informed against under his true name (sometimes uses the

nickname of "Al").

        Upon a Guilty Plea to Count III, Attempted Aggravated Rape, 609.17 and

609.291 (2), the other three Counts would be held in abeyance until after

sentencin    Count III.

STATE OF MINN. } ss
COUNTY OF POLK
CERTIFIED to be a true & correct copy of the original on
file and of record in my office
Dated:
COURT ADMINISTRATOR
BY:
DEPUTY

At 10:55 AM, Defendant conferred in private with the public defender. There were no objections. At 11:00 AM Defendant and counsel returned to the courtroom.

Defendant filed Petition to Plead Guilty to Count III, and informed the Court he had been advised of his constitutional rights.

Court accepted Defendant's Guilty Plea to Count III of the Information.

Court accepted Defendant's Not Guilty pleas to Count I, Count II, and Count IV of the Information. Defendant was sworn and was examined by the Court.

Court questioned Defendant who stated he had gone as far as starting the 11th grade in school at Central High, Crookston, Minnesota, was born on February 18, 1953 (was 21 years of age), was single, lived at 210 Adams Street, Crookston, Minnesota. He had not been threatened by anyone or promised any leniency by his plea to Count III.

Mr. Winters questioned Defendant as to facts pertaining to the offense as charged.

> State's Exhibit No. 1 - Voluntary Statement
> Offered and received in evidence.
>
> State's Exhibit No. 2 - Transcript of
> Preliminary Hearing.
> Offered and received in evidence.

Court Order:

"You, Alfonso Rodriguez, Jr., having entered a plea of guilty on this day, December 31, 1974, to the crime of attempted aggravated rape, in violation of Minnesota Statutes Section 609.17 and Section 609.291 (2), as charged in Count Three of the Information, the Court finds and determines that you are guilty and have been duly convicted of the crime so charged;

IT IS THEREFORE ORDERED that you be committed to the Commissioner of Public Welfare of the Department of Public Welfare for the State of Minnesota for a pre-sentence, social, physical and mental examination pursuant to the provisions of Minnesota Statutes Section 246.43.

IT IS FURTHER ORDERED that the Sheriff of Polk County convey the defendant to the Minnesota Security Hospital at St. Peter, Minnesota; and it is further ordered that the matter be brought to the attention of Dr. C. G. Sheppard, Medical Director thereat."

Court adjourned at 11:40 AM

Dated: December 31, 1974

*Doris Morberg*

Doris Morberg, Clerk of District
Court, Polk County, Minnesota

(District Court Seal)

FILED
DEC 31 1974
DORIS MORBERG
OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY, MINNESOTA

Form No. 3296—Petition to Enter Plea of Guilty.                                                    MILLER-DAVIS CO., MINNEAPOLIS

## STATE OF MINNESOTA

COUNTY OF_____Polk_____

## DISTRICT COURT,

_____Ninth_____ JUDICIAL DISTRICT

The State of Minnesota

against

ALFONSO RODRIGUEZ, JR.

Defendant.

File No. 5438

FOR ACCEPTANCE OF

PETITION XXXXXXXXX
PLEA OF GUILTY

The defendant above named respectfully represents to the Court as follows:

*(1)  My full true name is:* Alfonso Rodriguez, Jr.

*and I request that all proceedings against me be had in the name which I here declare to be my true name.*

*(2)  I am represented by counsel and the name of my attorney is:* Mr. Leon Oistad of the Firm of Olson and Oistad, Assistant Public Defenders for the Ninth Judicial District.
*(3)  I have received a copy of the* xxxxxxxxx *(information) before being called upon to plead, and have read and discussed it with my attorney, and believe that I understand every accusation made against me in this case.*

*(4)  I have told my attorney the facts and surrounding circumstances as known to me concerning the matters mentioned in the* xxxxxxxxx *(information), and believe that my attorney is fully informed as to all such matters. My attorney has since informed me, and has counselled and advised with me, as to the nature and cause of every accusation against me, and as to any possible defenses I might have in this case.*

*(5)  My attorney has advised me that the punishment, which the law provides, is as follows:  A maximum of* __Fifteen (15)__ *years imprisonment* xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
in Count III
xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx *for the offense charged in the* xxxxxxxx *(information);* to wit:
609.291 (2)
__609.17 attempted aggravated rape__
*also that probation may or may not be granted; and that if I plead "GUILTY" to more than one offense, the Court may order the sentence to be served consecutively, one after another.*

*(6)  I understand that I may, if I so choose, plead "Not Guilty" to any offense charged against me, and that if I choose to plead "Not Guilty" the Constitution guarantees me:  (a) the right to a speedy and public trial by jury;  (b) the right to see and hear all witnesses against me;  (c) the right to use the power and process of the Court to compel the production of any evidence, including the attendance of any witnesses, in my favor; and  (d) the right to have the assistance of counsel in my defense at all stages of the proceedings.*

*(7)  I also understand that if I plead "GUILTY" the Court may impose the same punishment as if I had pleaded "Not Guilty", stood trial and been convicted by a jury.*

*(8)  I declare that no officer or agent of any branch of government (Federal, State or Local), nor any other person, has made any promise or suggestion of any kind to me, or within my knowledge to anyone else, that I would receive a lighter sentence, or probation, or any other form of leniency, if I would plead "GUILTY". I hope to receive probation, but am prepared to accept any punishment permitted by law which the Court may see fit to impose.  However, I respectfully request that the Court consider in mitigation of punishment at the time of sentence the fact that by voluntarily pleading "GUILTY" I have saved the State and the Court the expense and inconvenience of a trial.*

*(9)  I believe that my attorney has done all that anyone could do to counsel and assist me, and that I now understand the proceedings in this case against me.*

*(10)  I know the Court will not accept a plea of "GUILTY" from anyone who claims to be innocent and, with that in mind and because I make no claim of innocence, I wish to plead "GUILTY", and respectfully request the Court to accept my plea.* to Count III in the information, to-wit:  609.17
609.219 (2)
attempted aggravated rape.
*(11)  I declare that I offer my plea of "GUILTY" freely and voluntarily and of my own accord; also that my attorney has explained to me, and I believe I understand, the statements set forth in the* xxxxxxxxx *(information), and in this petition, and in the "Certificate of Counsel" which is attached to this petition.*

Signed by me in open court in the presence of my attorney this __31st__ day of __December__, 1974

FILED

DEC 31 1974

OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY, MINNESOTA
DORIS MORBERG

_Alfonso Rodriguez, Jr._
Alfonso Rodriguez, Jr. *Defendant*

STATE OF MINN.
COUNTY OF POLK } ss
CERTIFIED to be a true & correct copy of the original on file and of record in my office
DATED
BY:
COURT ADMINISTRATOR
DEPUTY

## CERTIFICATE OF COUNSEL

The undersigned, as attorney and counsellor for the defendant above named___Alfonso Rodriguez, Jr. hereby certifies as follows:

(1)    I have read and fully explained to the defendant all the accusations against the defendant which are set forth in the ~~indictment~~ (information) in this case;

(2)    To the best of my knowledge and belief each statement set forth in the foregoing petition is in all respects accurate and true;

(3)    The plea of "GUILTY", as offered by the defendant in paragraph 10 of the foregoing petition, accords with my understanding of the facts as related to me by the defendant, and is consistent with my advice to the defendant;

(4)    In my opinion the plea of "GUILTY", as offered by the defendant in paragraph 10 of the forefoing petition, is voluntarily and understandingly made; and I recommend to the Court that the plea of "GUILTY" be now accepted and entered on behalf of the defendant as requested in paragraph 10 of the foregoing petition.

Signed by me in open court in the presence of the defendant above named this___31st___day

of_____December_____, 19__74.

Leon Oistad,                    Attorney for the Defendant.

---

State of Minnesota,

County of_____

DISTRICT COURT

The State of Minnesota
vs.

Petition to Enter Plea of Guilty

Filed the_____day

of_____

By_____

FILED

DEC 31 1974

Clerk of District Court.

OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY, MINNESOTA
Deputy.
DORIS MORBERG

MILLER-DAVIS CO., MINNEAPOLIS

STATE OF MINNESOTA                                    IN DISTRICT COURT

VS                                              NINTH JUDICIAL DISTRICT

ALFONSO RODRIGUEZ JR.                        Court Minutes on Sentencing

                                              Case Nos. 5438 and 5447

- - - - - - - - - -

The District Court of Polk County, Minnesota, Ninth Judicial District, with the Hon. Harley G. Swenson, judge presiding, convened for the purpose of the sentencing of the Defendant, Alfonso Rodriguez Jr., at 11:45 A.M., April 3, 1975, in the courtroom of the Court House at Crookston, Minnesota.

Present in the courtroom were:
Wayne H. Swanson, Assistant County Attorney of Polk County representing the State of Minnesota.
James A. Beuning, Assistant Public Defender, Mahnomen, Minnesota representing the Defendant.
Alfonso Rodriguez Jr., Defendant.

The Defendant had last been before the court on December 31, 1974 when he was arraigned. At that time he pleaded guilty to Count I of the Information charging him with the crime of Aggravated Rape in violation of M.S.A. 609.291. Upon the sentencing on Count I, Counts II and III would be dismissed.

It was brought out before the Court that the Defendant was originally represented by Mr. Leon Oistad, Assistant Public Defender from Ada, Minnesota, and has since been replaced by the new Assistant Public Defender, Mr. James Beuning.

The Court was informed that plea negotations had been entered into with both the State and Defense counsels recommending that the Defendant be committed to the Security Hospital, St. Peter, Minnesota, under the custody of the Commissioner of Public Welfare on the charge of Aggravated Rape. The hospital will be required to submit a quarterly report to the Court on Defendant's progress.

Both counsels had examined the presentence investigation report and neither the State nor the Defense took issue with any part of the report.

Mr. Beuning then made a short statement concerning the preliminary hearing that Defendant requested to have waived.

The Defendant then came before the bench. Defendant had no statement to make at this time. As there was no reason that sentencing could not be had at this time, the following sentence was imposed:

"You, Alfonso Rodriguez, Jr., having entered the plea of guilty on December 31, 1974, to the crime of aggravated rape in violation of M.S.A.

STATE OF MINN. }ss
COUNTY OF POLK }
CERTIFIED to be a true & correct copy of the original on file and of record in my office
Dated _____ March 4, 2004
_____
COURT ADMINISTRATOR
BY: _____
DEPUTY

609.291 as charged in Count I of the Information, the Court finds and determines that you are guilty and have been duly convicted of the crime so charged;

IT IS THEREFORE the judgment and sentence of this court that as punishment for said crime you be committed to the custody of the Commissioner of Public Welfare of the State of Minnesota for care and treatment as a sex offender pursuant to the provisions of Minnesota Statutes 246.43, and that you remain in his custody until you are discharged as provided by law.

The Commissioner of Public Welfare is requested to afford to you the care and treatment as a sex offender contemplated by the provisions of law, and to furnish this Court with quarterly reports with reference to your progress and related matters, and to further notify this Court as to the time that is contemplated a petition for your release will be sought. Any confinement in this case will be limited to the period of 15 years or until discharged as provided by law."

Immediately after the sentencing on the Aggravated Rape charge, Defendant was sentenced on another charge, that of Attempted Aggravated Rape. The following sentence was then imposed:

"It is therefore the judgment and sentence of this Court that as punishment for said crime you be committed to the custody of the Commissioner of Corrections for the State of Minnesota for a period not to exceed 15 years or until you are discharged as provided by law. It is further ordered that the execution of the sentence now imposed be and the same hereby is stayed from today for a period of 15 years, unless prior to the expiration of said period, said stay has been revoked or you have been discharged.

It is further ordered that you be forthwith placed on probation during the continuance of said stay under the supervision of the Commissioner of Corrections of the State of Minnesota.

It will be a further condition of probation that upon your release or discharge from the custody of the Commissioner of Public Welfare that you immediately return to Crookston and report to this Court. It is further ordered that the two sentences now imposed shall run concurrently.

Court adjourned at 12:15 P.M.

Dated: April 3, 1975

(District Court Seal)

Doris Morberg, Clerk of District
Court, Polk County, Minnesota

FILED
APR 3 1975
OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY, MINNESOTA
DORIS MORBERG

STATE OF MINNESOTA

County of ..Polk...........

THE STATE OF MINNESOTA

vs.

...Alfonso Rodriguez, Jr....

# DISTRICT COURT

...........Ninth...............Judicial District

**COURT'S NOTICE TO THE
COMMISSIONER OF CORRECTIONS**

---

TO THE COMMISSIONER OF CORRECTIONS:

St. Paul, Minnesota

You are hereby informed --

1. That the above defendant was, on the .31st. day of ....December..., 19.74., duly charged by ~~indictment~~ information in the above county with the crime of .....Attempted Aggravated Rape........... and that on the .31st. day of....December......., 19..74, he was duly arraigned before the above Court on said charge.

2. That on the .31st. day of ....December......, 19.74, at ...Crookston,.Minnesota.... before the Honorable....Harley G. Swenson............, a judge of the District Court he duly ~~was found~~ pleaded guilty under said charge to the crime of ....Attempted Aggravated Rape...........

3. That on the ..3rd. day of....April........., 19.75., he was, under said conviction, placed on probation to the Commissioner of Corrections for an indeterminate term not to exceed...15... years pursuant to the Court's Order staying ......Execution................ of sentence.
(imposition or execution)

4. Such probation is subject to laws of this state and the rules of the Commissioner of Corrections.

5. That the reasons set forth by the Court for the order of probation are:

6. That in addition to the regular rules of probation, the Court imposed the following special conditions on this defendant:

That upon release or discharge from the Custody of the Commissioner of Public Welfare that you immediately return to Crookston and report to this Court.

(Custody of Commissioner of Public Welfare on sentence pronounced on Case No. 5443; dated April 3, 1975 on Aggravated Rape Charge)

7. That the true name and present address of the above defendant is ....................... Alfonso Rodriguez, Jr.......................................

I hereby certify that the above facts are true and correct according to the records and to the best of my knowledge.

Dated at Crookston, MN  April 4th ... 19.75.     _Doris ~~Zzeenberg~~_
                                                  Clerk of the District Court

                                                  .....Polk..........County, Minnesota

STATE OF MINN. }ss
COUNTY OF POLK }
CERTIFIED to be a true & correct copy of the original on file and of record in my office
Dated: _March 4, 2004_
_Kathy Wallick_
COURT ADMINISTRATOR
BY: _Paulette Thielan_
DEPUTY

**STATE OF MINNESOTA**

County of ..Polk..........................

**F I L E D**

JUN 24 1980

OFFICE OF CLERK OF DISTRICT COURT
POLK COUNTY, MINNESOTA

...........Ninth.. *Judicial District*

**STATE OF MINNESOTA**

vs.

Alfonso Rodriguez, Jr.
.................................
*Defendant*

Plaintiff  **JAMES H. O'NEIL**

RECOMMENDATION OF THE COMMISSIONER
OF CORRECTIONS AND ORDER OF THE
COURT VACATING STAY OF ...........
EXECUTION OF SENTENCE ...........

*TO THE COURT:*

WHEREAS .Alfonso.Rodriguez,.Jr.......... *who was heretofore on the* ...31st. *day of*

1.) Attempted Rape

..December...........*, 19.*74*.. duly convicted of the crime of.* 2.) Aggravated Rape........ *and*

*placed on probation to the Commissioner of Corrections for a period of.* .0-15....*years pursuant to the Order of*

*the Honorable* .Harley.G..Swenson........................., *Judge of District Court, whereby*

..execution.of.sentence.......... *was stayed and the said.* Alfonso.Rodriguez,.Jr......

*being now on probation to the Commissioner of Corrections and*

WHEREAS, *it has been made to appear to the satisfaction of the Commissioner of Corrections that*

..Alfonso.Rodriguez,.Jr.................... *aforesaid has violated the terms of his said proba-*

*tion in the following particulars:*

I. **NEW FELONY CONVICTION.**

*IT IS RECOMMENDED that the stay of* ...execution.of.sentence..........*be vacated and annulled.*

*Dated this* ....17th.... *day of* .....June..........*, 19*..80..

Commissioner of Corrections

By.*William H. Welte*..........

---

**ORDER OF THE COURT**

**VACATING STAY OF** EXECUTION.OF.SENTENCE

*It appearing from the foregoing that defendant has violated the terms and conditions of h .* is. *probation,*

*IT IS HEREBY ORDERED that the stay of* ..execution.of.sentence.......*heretofore granted the said*

..Alfonso.Rodriguez,.Jr......... *be and same is hereby annulled.*

*IT IS FURTHER ORDERED that the sheriff forthwith apprehend the said .* Alfonso.Rodriguez,.Jr.

........................... *and bring h.* im. *before this Court to abide the further Order or Judgment of*

*this Court, and that a copy of the foregoing Recommendation and of this Order be served upon the defendant, ....*

..Alfonso.Rodriguez,.Jr........., *upon execution of this Order.*

*Dated this* ... 23 ....*day of* .. June ........*, 19.* 80

Harley G. Swenson                    *Judge of District Court*

STATE OF MINN. } ss
COUNTY OF POLK }
CERTIFIED to be a true & correct copy of the original on
file and of record in my office
Court 255-CR-09207-02
Dated:
COURT ADMINISTRATOR
BY:
DEPUTY

**State of Minnesota,** } ss.

County of ........POLK........

# DISTRICT COURT

NINTH ................Judicial District

THE STATE OF MINNESOTA
vs.

ALFONSO RODRIGUEZ, JR.

5438 ........................ Defendant

## Warrant of Commitment

### THE STATE OF MINNESOTA

TO THE SHERIFF OF THE COUNTY AFORESAID, AND TO THE COMMISSIONER OF CORRECTIONS OF THE STATE OF MINNESOTA,

Reference being hereby made to the papers hereto attached, which are made a part hereof,

NOW THEREFORE, in the name of the State of Minnesota, you, the said Sheriff are hereby commanded to convey and deliver the defendant, ......ALFONSO RODRIGUEZ, JR........................................., into the custody of the Commissioner of Corrections of the State of Minnesota at.....Minnesota Correctional Facility, Stillwater, Mn........., and you, said Commissioner, are hereby commanded to receive the defendant, ..........ALFONSO RODRIGUEZ, JR..........................................., in your custody and safe keeping until he shall have been thence discharged by due course of law, or by competent authority.

WITNESS, The Honorable........Robert A. Peterson...................................., Judge of said District Court, and the Seal of said Court, in said County and State this........26th.....................day of June.................................., 19..80..

(District Court Seal)

................James H. O'Neil....................
Clerk of District Court

By...Sue Halverson............................Deputy

Received Warrant of Commitment the prisoner named therein and Court Records this 9th day of July, 1980.

_Robert A. Erickson_
Robert A. Erickson, Warden

By: George L. Crust, Director of Records & Data Management

STATE OF MINN. } ss
COUNTY OF POLK
CERTIFIED to be a true & correct copy of the original on file and of record in my office
Dated: March 4, 2004

Kathy Matlock
COURT ADMINISTRATOR

BY: Paulette Casson
DEPUTY

# State of Minnesota, } ss.

County of ............POLK............................}    I, ........James H. O'Neil............................

Clerk of the District Court in and for said County and State, do hereby certify that I have compared the foregoing copy of Warrant of Commitment with the original on file in this office and that the same is a full and correct transcript of the whole thereof.

WITNESS, My hand and seal of said Court,

this....26th....day of........June.................., 19....80    ........James H. O'Neil........................
                                                                                                    Clerk

                                                        By....Sue Halverson...................., Deputy

RETURN THIS COPY TO THE CLERK OF DISTRICT COURT, CROOKSTON, MN.

No....5438...............

State of Minnesota,
County of ......POLK.....

DISTRICT COURT

NINTH.......Judicial District

THE STATE OF MINNESOTA

vs.

ALFONSO RODRIGUEZ, JR.,
Defendant

Warrant of Commitment

FILED

Filed this JUL 11 1980........day of..............

OFFICE OF CLERK OF DISTRICT COURT 19....
POLK COUNTY, MINNESOTA
JAMES H. O'NEIL

Clerk of District Court

Form 5005
Miller-Davis Co., Minneapolis