

GOVERNMENT
EXHIBIT

CASE
NO. 2:04-cr-55

EXHIBIT
NO. 51-1

P-1087