

GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 52-1

P-1118