

P-1076