

GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 53-12

P-1049