

GOVERNMENT
EXHIBIT

CASE
NO. 2:04-cr-55

EXHIBIT
NO. 53-13

P-1050