# COMPARISON MICROSCOPE





Case 2:04-cr-00055-RRE    Document 799-61    Filed 01/12/12    Page 1 of 34



GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 79

# Microspectrophotometer (MSP)

Case 2:04-cr-00055-RRE    Document 799-61    Filed 01/12/12    Page 2 of 34





red
object

spectral reflectance curve

**The MSP Spectra shows an absorbance peak at the wavelength represented by the color of the fiber**



# Fourier Transform Infrared Spectroscopy (FTIR)





Case 2:04-cr-00055-RRE   Document 799-61   Filed 01/12/12   Page 4 of 34

Case 2:04-cr-00055-RRE    Document 799-61    Filed 01/12/12    Page 5 of 34

# Synthetic fiber examinations:

1. **Type**

2. Color

3. Microscopic characteristics

4. Cross-section

5. Microspectrophotometer (MSP)

6. Fourier Transform Infrared Spectroscopy (FTIR)

Case 2:04-cr-00055-RRE    Document 799-61    Filed 01/12/12    Page 6 of 34

# Synthetic fiber examinations:

1. Type

2. **Color**

3. Microscopic characteristics

4. Cross-section

5. Microspectrophotometer (MSP)

6. Fourier Transform Infrared Spectroscopy (FTIR)

# Synthetic fiber examinations:

1. Type

2. Color

**3. Microscopic characteristics**

   - Diameter

   - ***Delusterant***

   - Voids/spaces

4. Cross-section

5. Microspectrophotometer (MSP)

6. Fourier Transform Infrared Spectroscopy (FTIR)



**Delusterant present**



**No delusterant**

Case 2:04-cr-00055-RRE    Document 799-61    Filed 01/12/12    Page 7 of 34

Case 2:04-cr-00055-RRE    Document 799-61    Filed 01/12/12    Page 8 of 34

# Synthetic fiber examinations:

1. Type

2. Color

3. Microscopic characteristics

**4. Cross-section**

5. Microspectrophotometer (MSP)

6. Fourier Transform Infrared Spectroscopy (FTIR)



# Cross-sections





Case 2:04-cr-00055-RRE   Document 799-61   Filed 01/12/12   Page 10 of 34

# Synthetic fiber examinations:

1. Type

2. Color

3. Microscopic characteristics

4. Cross-section

**5. Microspectrophotometer (MSP)**

6. Fourier Transform Infrared Spectroscopy (FTIR)

# Microspectrophotometer (MSP)



Unknown red acrylic fiber found on Dru's Peacoat

Known red acrylic fiber from Rodriguez' blanket

Absorbance

Nanometers

File 1:= 113_AA2-1   6/3/05  5:12 PM
File 2:= 73C_OA1-4  6/3/05  4:05 PM

SF=100 KHz/NS=50
SF=100 KHz/NS=50

SEE

# Synthetic fiber examinations:

1. Type

2. Color

3. Microscopic characteristics

4. Cross-section

5. Microspectrophotometer (MSP)

6. **Fourier Transform Infrared Spectroscopy (FTIR)**



# FTIR

**Red acrylic fiber from Rodriguez' blanket**

**Red acrylic fiber from Dru's coat**

%T

cm-1

4000.0  3600  3200  2800  2400  2000  1800  1600  1400  1200  1000  800  700.0

Case 2:04-cr-00055-RRE    Document 799-61    Filed 01/12/12    Page 13 of 34



**SUMMARY OF ACRYLIC FIBERS**

Knife sheath – Ex 6

Red acrylic (multiple)

Blanket from Rodriguez' bed – Ex 76

Red acrylic

Red "D" acrylic

Fuchsia acrylic

Fuchsia "D" acrylic

Case 2:04-cr-00055-RRE    Document 799-61    Filed 01/12/12    Page 14 of 34

Case 2:04-cr-00055-RRE    Document 799-61    Filed 01/12/12    Page 15 of 34



## SUMMARY OF ACRYLIC FIBERS

Knife sheath – Ex 6

Blanket from Rodriguez' bed – Ex 76

Red acrylic

Red "D" acrylic

Fuchsia acrylic

Fuchsia "D" acrylic

Red acrylic (multiple)

Vacuuming of Rodriguez' vehicle

Red acrylic (3)



# SUMMARY OF ACRYLIC FIBERS

Knife sheath – Ex 6

Blanket from Rodriguez' bed – Ex 76

Red acrylic

Red "D" acrylic

Fuchsia acrylic

Fuchsia "D" acrylic

Red acrylic (multiple)

Vacuuming of Rodriguez' vehicle

Red acrylic (3)

Rodriguez' gloves – Ex 75

Red "D" acrylic (1)

Fuchsia acrylic (1)

Case 2:04-cr-00055-RRE    Document 799-61    Filed 01/12/12    Page 16 of 34



**SUMMARY OF ACRYLIC FIBERS**

Knife sheath – Ex 6

Blanket from Rodriguez' bed – Ex 76

Red acrylic

Red "D" acrylic

Fuchsia acrylic

Fuchsia "D" acrylic

Red acrylic (multiple)

Vacuuming of Rodriguez' vehicle

Red acrylic (3)

Rodriguez' gloves – Ex 75

Red "D" acrylic (1)

Fuchsia acrylic (1)

Rodriguez' boots – Ex 34

Red acrylic (2)

Case 2:04-cr-00055-RRE    Document 799-61    Filed 01/12/12    Page 17 of 34



# SUMMARY OF ACRYLIC FIBERS

Knife sheath - Ex 6

Red acrylic

Red "D" acrylic

Fuchsia acrylic

Fuchsia "D" acrylic

**Blanket from Rodriguez' bed – Ex 76**

Red acrylic (multiple)

Rodriguez' gloves –Ex 75

**Vacuuming of Rodriguez' vehicle**

Red acrylic (3)

Red "D" acrylic (1)

Fuchsia acrylic (1)

Rodriguez' boots – Ex 34

Red acrylic (2)

Black pants – Ex 72

Red acrylic (2)

Case 2:04-cr-00055-RRE    Document 799-61    Filed 01/12/12    Page 18 of 34



Case 2:04-cr-00055-RRE   Document 799-61   Filed 01/12/12   Page 20 of 34

# SUMMARY OF ACRYLIC FIBERS

Knife sheath - Ex 6

Red acrylic (multiple)

Vacuuming of Rodriguez' vehicle

Red acrylic (3)

Blanket from Rodriguez' bed – Ex 76

Red acrylic

Red "D" acrylic

Fuchsia acrylic

Fuchsia "D" acrylic

Rodriguez' gloves – Ex 75

Red "D" acrylic (1)

Fuchsia acrylic (1)

Rodriguez' boots–Ex 34

Red acrylic (2)

Black pants–Ex 72

Red acrylic (2)

Dru's coat – Ex 59

Red acrylic (4)

Red "D" acrylic (2)

Fuchsia acrylic (1)

# Synthetic fiber examinations:

1. Type

2. Color

3. Microscopic characteristics

   - Diameter

   - Delusterant

   - Voids/spaces

   - *Diochroism*

4. Cross-section

5. Microspectrophotometer (MSP)

6. Fourier Transform Infrared Spectroscopy (FTIR)

7. Melting point



*Diochroism*

Case 2:04-cr-00055-RRE   Document 799-61   Filed 01/12/12   Page 21 of 34

# Synthetic fiber examinations:

1. Type

2. Color

3. Microscopic characteristics

   - Diameter

   - Delusterant

   - Voids/spaces

   - Diochroism

4. **Cross-section**

5. Microspectrophotometer (MSP)

6. Fourier Transform Infrared Spectroscopy (FTIR)

7. Melting point



# Unknown red polyester fibers



Case 2:04-cr-00055-RRE  Document 799-61  Filed 01/12/12  Page 23 of 34

# Natural fiber examinations:

1. Type

2. Color

3. Microspectrophotometer (MSP)

# SUMMARY OF PINK COTTON FIBERS



Dru's shirt
Ex 63

Trunk of
Rodriguez' vehicle

Pink cotton fibers (2)

# SUMMARY OF PINK COTTON FIBERS



Dru's shirt
Ex 63

Trunk of
Rodriguez' vehicle

Pink cotton fibers (2)

Vacuuming of
Rodriguez' vehicle

Pink cotton fibers (3)

Case 2:04-cr-00055-RRE    Document 799-61    Filed 01/12/12    Page 26 of 34



# SUMMARY OF PINK COTTON FIBERS

Dru's shirt
Ex 63

Rodriguez' boots
Ex 34

Pink cotton fibers (2)

Vacuuming of
Rodriguez' vehicle

Pink cotton fibers (3)

Trunk of
Rodriguez' vehicle

Pink cotton fibers (2)



SUMMARY OF PINK COTTON FIBERS

Rodriguez' gloves Ex 75

Pink cotton fibers (2)

Dru's shirt Ex 63

Rodriguez' boots Ex 34

Pink cotton fibers (2)

Vacuuming of Rodriguez' vehicle

Pink cotton fibers (3)

Trunk of Rodriguez' vehicle

Pink cotton fibers (2)



# COMPARISON MICROSCOPE





**Fiber from Rodriguez' boots**          **Known fibers from Dru's shirt**

Case 2:04-cr-00055-RRE    Document 799-61    Filed 01/12/12    Page 30 of 34



COMPARISON MICROSCOPE

Known fiber from Dru's coat

Fiber from Rodriguez' vehicle

Known fiber from Dru's coat

Fiber from Rodriguez' vehicle

# SUMMARY OF WOOL FIBERS



Black wool fibers (3)

Black wool fibers (1)

Blue wool fibers (4)

Dru's coat Ex 59

Vacuuming of Rodriguez' vehicle





**Exhibit 54**
(BCA Item #67)

**Exhibit 53**
(BCA Item #65)

**Exhibit 55**
(BCA Item #68)

Medium size K'mart bag

**Exhibit 68**
(BCA Item #81)