# **D**eoxyribo**N**ucleic **A**cid



- carries genetic information
- made of pairs of "bases"-- building blocks of DNA

  4 bases -- G, C, A, T

- order of bases is important

  CAT vs. ACT

GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 80

# Where is DNA found?

**Nuclear**
- 2 copies
- inherited from both parents
- unique to an individual

**Mitochondrial**
- >1000 copies
- maternally inherited
- **not unique to an individual**

Case 2:04-cr-00055-RRE    Document 799-62    Filed 01/12/12    Page 2 of 5



Maternal Inheritance

# mtDNA Analysis

- **Extraction**
- **Amplification**
- **Determine the order of bases (sequencing)**
  **G, C, A, T**
- **Compare the order between samples**

| | Case #1 | Case #2 |
|---|---|---|
| **Q**uestion | **GCATATTACGCCTA** | **GCATATTACGCCTA** |
| **K**nown | **GCACATTACGTCTA** | **GCATATTACGCCTA** |
| | EXCLUSION | CANNOT EXCLUDE |

Case 2:04-cr-00055-RRE    Document 799-62    Filed 01/12/12    Page 4 of 5

## Compare sequence to database sequences

