Case #: 803-71062    (4)    11/29/03

GOVERNMENT
EXHIBIT

CASE
NO. 2:04-cr-55

EXHIBIT
NO. 81-1

Item #22: One t-s. (mu) containing a cutting from the front driver's seat of Item 5.
- area on cutting previously tested ph (+)
- Collected cutting → -20°C.
  (7cm × 3½ cm) ← cutting

Item #15: One t-s. (mu) containing a section of seat belt from the passenger's side back seat w/ small red/brown stains on one side.
  (3/0.25cm²)
  Ih 15-2

ph + (3)    ph + (3)
ph + (1)
ph + (2)    ph + (1)
Ih 15-1
(1 swab)

- Stains ranged in size
  (2mm → ½ mm dia)

    - no stains observed on backside

    - Collected Ih's 15-1 + 15-2

- difficult to take cuttings of ph(+) areas because material falls apart. A swab was used to collect Ih 15-1

- Reopened Item on same day to show stains to AU.