GOVERNMENT
EXHIBIT

CASE
NO. 2:04-cr-55

EXHIBIT
NO. 81-2



Case #: B03-11062          ⑤          11/29/03

Item #16: One t.s. (me) containing a section of the seat belt from the center of the rear seat of Item 5. Small red/brown stains on one side.

- Reopened Item to show stains to ALD on same day

ph +(3)

- Stains ranged in size from 4mm → 1/2mm dia

It 16-1 (2 swabs)

- Collected It 16-1

Item #7: One t.s. b.p.b. containing 3 Latex gloves collected from the trunk of Item #5:

Item #7A: One Latex glove w/ red/brown stains on its surface.

1st side          2nd side

- smaller stains < 1mm dia

- no stains observed on inside surface ph(7)

ph+(4)
It 7A-1 (1 swab)

ph +(4)

- collected It 7A ↓ -20°C.

9829a