Case #: B03-11062                    ⑦    11/29/03
                                            SF

GOVERNMENT EXHIBIT

CASE
NO. 2:04-Cr-55

EXHIBIT
NO. 81-3

Item #14: One large b.p.b. that was t-r. on both ends containing the back of the rear seat of Item #5. - gray/tan in color

- Various small stains tested ph(+) on back seat.

- most stains < 1mm$^{sq}$ dia

Collected Items 14-1, 14-2, 14-3, 14-4

Item #14 previously searched for hairs by crime scene team.

* Additional exams w/ als didn't find any additional areas of fluorescence.

9831a