Supplement
Case 03-7101

On 4-27-04 I recorded the time and distance from certain locations pertaining to this case. The times are approximates due to the amount of traffic.

| Points of Interest | Miles | Time | Routes |
|---|---|---|---|
| Rodriguez's house to Recovered body | 4.2 | 6 min 30 sec | Co.61/Hwy75/3$^{rd}$Ave/ Fairfax/Campbell/ Twin Dr/Adam St |
| Recovered body to Hwy 75 bridge | 2.1 | 2 min 40 sec | Co.61/Hwy 75 |
| Recovered body to Columbia Mall Parking | 33.1 | 40 min | Co.61/Hwy 75/Co.9/ Co.7/Hwy81/Columbia Rd/Mall North parking |
| Columbia Mall to Recovered body | 27.1 | 33 min 10 sec | North Parking/Columbia Rd/Hwy2/township road /Co.61 |
| Recovered body to Columbia Rd | 33.5 | 42 min | Co.61/Co.15/Hwy220/Co 9/Co.7/Hwy81/Columbia Rd/Mall North Parking |
| Rodriguez's house To Crookston McDonald's | 2.4 | 5 min 19 sec. | McDonald's/Hwy2/6th St/ Main St/Robert/S. Wash/ Crescent/Adam |

End of Report
Randall Sondrol

MAY 5 2004



GOVERNMENT EXHIBIT

CASE NO. 2:04-cr-55

EXHIBIT NO. 83