

Minnesota Department of Corrections
Mental Health Services
MCF-Willow River/Moose Lake
☒ **Diagnostic Assessment**
☐ **Referral for Psychiatric Care**

**Name: Rodriguez, Alfonso Jr.**          OID# 108212          **Date: January 23, 2003**

**Reason for Referral:** Offender Rodriguez is self referred stating, "I need to talk to someone about a mental health problem." Upon interview, he related that he is scheduled for release this May. Furthermore, he has been incarcerated for 28 years and will be released as a Level III sex offender; however, he has served all of his time and will not be on probation. He is 50 years old.

He stated he is very frightened to go back out. He shared that he is having bouts of anxiety that make it difficult for him to breath. He commented that he wished there was someplace that he go where he was still locked up, but not locked up.

He reported an interrupted sleep pattern and an erratic appetite. He indicated that his symptoms began approximately 3 months ago. He has been engaged in release planning and has a friend on the outside that is helping him. Recently, he had arranged for an apartment in Georgia and a possible job making signs. The apartment fell through because of his Level III status, and the job has never been a firm offer.

He stated he is also fearful of returning to the community as a Level III and how he will be accepted. He has also entertained the idea of moving to New York or Mexico. He disclosed that he has saved $30,000.

**Diagnosis:**

| | | |
|---|---|---|
| Axis I: | 309.24 | **Adjustment Disorder, with Anxiety** |
| | V.61.12 | **Sexual Abuse of an Adult** |
| Axis II: | V71.01 | **Adult Antisocial Behaviors** |
| :is III: | | **None/Health good** |
| Axis IV: | | **Upcoming release following 28 years of incarceration** |
| Axis V: | GAF = (53) | **Current** |

**Diagnostic Criteria:** Offender Rodriguez reported anxiety symptoms following the realization that he will be free fairly soon. He has demonstrated marked distress above what would normally be expected. The stress does not meet criteria for any other disorder and are not representative of Bereavement.

His criminal history is significant for raping adult females.

**Plan:** Offender Rodriguez prefers to not use psychotropic medications; therefore no referral to psychiatry will be made. He agreed to continue planning and possibly send for information about New York and Georgia – information such as one can get from a chamber of commerce. This will help to introduce him to the communities. In addition, he agreed to begin jotting down some thoughts about how he remembers the world when he was in the community and how does he think it has changed. He agreed to send a kite should his symptoms worsen, otherwise he will be seen again in approximately 2 weeks to continue working on relapse prevention items.

*R. M. Saint George, Psy. D.*
R. M. Saint George, Psy. D.
Doctor of Clinical Psychology

Mental Health Staff

stribution: Mental Health File, Medical File

**GOVERNMENT EXHIBIT**

CASE NO. 2:04-cr55

EXHIBIT NO. 85

000512

Mental Health Record