| | |
|---|---|
| From: | Jeff Peterson |
| To: | Mickelson, Ted |
| Date: | 12/21/01 8:05AM |
| Subject: | Re: Rodriguez, Alphonso #108212 |

Thanks for the reply; release will then be at expiration. I do not have any information re; a correct date of expiration. His file should be audited to ascertain a correct date. I would assume records wou;ld do that ?

>>> Ted  Mickelson 12/20/01 01:31PM >>>
I spoke to Alphonso Rodriguez, 108212, today. He is not interested in sex offender treatment or in complying with a psych assessment. It is his expectation to serve expiration, 05-03-03. Note that COMS still reads his Release Date as 09-30-02. Please notify records if that date needs to be changed.

_error sh be 5-1-03_

>>> Jeff Peterson 12/18/01 08:50AM >>>
I don't suspect there is any change in desire for s/o treatment or to participate in psyche assessment ? He has about a year and ahalf left until expiration so I'm sure his intention is just to wait it out ? Send me a copy of annual in April and let me know if there are any changes. If there was successful s/o treatment completetion and participation in a psychological with favorable prognosis, release prior to 5/3/03 could be condidered.

| | |
|---|---|
| From: | Ted  Mickelson |
| To: | Candy Adamczak |
| Date: | 12/21/01 11:38AM |
| Subject: | Fwd: Re: Rodriguez, Alphonso #108212 |

If I understand Jeff Peterson correctly, the PRD needs to be changed to match the EXP on this case. Can you fix this?



GOVERNMENT
EXHIBIT

CASE
NO. 2:04cr55

EXHIBIT
NO. 86