Minnesota Department of Corrections
Mental Health Services
MCF- WILLOW RIVER/MOOSE LAKE
**Mental Health Record**
**CHART NOTES**

| NAME: Rodriguez, Alfonso Jr | OID: 108212 |
|---|---|

**DATE:  February 12, 2003**

**Subjective:**  Offender Rodriguez was seen today for a follow up session.  He stated he is continuing to struggle with issues related to release.  Specifically, he indicated that he needs a picture ID.  He reported he has a driver's license; however, the license does not have his picture on it.  Moreover, he stated he was told through the Transitions Program that he cannot get a state ID if he already has a driver's license.  The license he has is of little use without his picture on in.

Offender Rodriguez commented that moving to New York is no longer an option.  Similarly, he stated, he has contacted to Mexican consulate in Minneapolis and was told that he may not be able to move to Mexico because of his felonies.  He reported he has a sister that lives in New Jersey and he is not considering moving there.  However, he doe not want to move in with his sister and cause her problems that would stem from his Level III classification.  He shared that finding a job does not appear to be an issue and he is confident that he will be able to find gainful employment.

Offender Rodriguez presented that he is feeling objectified by DOC staff.  He explained that when he asks for help during this period of transition, he often senses that staff is not interested in him as a person.  He stated he feels like he is just another body that staff wants to move out of here.  Offender Rodriguez disclosed that for the first time in his life he is beginning to understand how the victims he abused might have felt – at least in the area of objectification.  He commented that he never quite understood this before.

**Objective:**  Offender Rodriguez was oriented as to person, place, time, and situation. His mood appeared bright and affect was congruent.  He endorsed no sleep or appetite complaints. His thoughts were logical, coherent, and goal directed.  There was no evidence of hallucinations, delusions, or compulsions.  He denied suicidal and homicidal ideation and did not appear to be at risk to engage in either behavior.

**Assessment:  Adjustment Disorder with Anxiety; Sexual Abuse of an Adult; Adult Antisocial Behaviors.**

**Plan:**  This writer will contact N. Knutson from the Transitions Program for more information.  Offender Rodriguez will continue to develop an effective plan for release. He will be seen for a follow up appointment in approximately one month.

R. M. Saint George, Psy.D.
Doctor of Clinical Psychology



**GOVERNMENT EXHIBIT**

CASE NO. 2:04-cr-55

EXHIBIT NO. 90    58