# SANYO

## SCP-4500

## Dual-Mode/Dual-Band Sprint PCS Phone with Hands Free Speakerphone, Voice Announce, Voice Memo, Caller ID Capability, Voicemail, and Mini Browser



- Dual Band/Dual Mode
- CDMA (Code Division Multiple Access) Technology
- Built-In Hands-Free Speakerphone
- Bi-lingual - Supports both English and Spanish
- Voice Activated Dialing
- Voice Announcement for Incoming Calls
- Voice Memo Records, Phone Numbers, Notes or Dictation
- Electronic Organizer with Scheduler/Calendar and To-Do List
- Tegic (T9) Predictive Keypad Entry
- Phone Book with up to 300-Number Capacity
- Large ClearGlo™ Five-Line Easy-to-Read Backlit Display
- 3 Chord Melody Ringer
- Vibrating Ringer Mode
- Auto Answer

- Mobile Modem
- Internet Access
- One-Touch Voicemail Access
- Various Voicemail Alerts, (Audio, On Screen, Flashing LED)
- Display Contrast Control
- Navigational Key
- 3-Way Calling Capability
- 8-Number Speed Dialing
- 10-Number Call Lists (Calls Made, Missed or Received)
- Caller ID Capability
- Alphanumeric Paging Service Capability
- Security Lock
- Power Saver Mode
- Standard Long Life Lithium Ion (LiIon) Battery
- Travel Charger (included)
- Desktop Charger (optional)
- Car Adapter (optional)
- Leather Case (optional)

## SCP-4500
### Dual-Mode/Dual-Band Sprint PCS Phone with Hands Free Speakerphone, Voice Announce, Voice Memo, Caller ID Capability, Voicemail, and Mini Browser

## Fabulous SANYO Features

**Dual Band**...Functions as both a digital and an analog phone. Users will be able to make or receive a call, whether they are on the Sprint PCS Network, on other PCS CDMA (digital) networks, or on any analog cellular network where Sprint PCS has agreements. An extremely important feature if the phone is to be used a lot.

**CDMA Digital Transmission**...1)Ensures "across-the-table" sound clarity that is like nothing ever before heard in a phone conversation. 2)Provides unfathomable protection against anyone stealing the phone number, assuring no fraudulent calls or cloning.

**Built-In Hands-free Speakerphone**...Allows hands-free conversations with the party you are talking with on your phone.

**Voice Announce**...Announces who is calling you on your phone.

**Voice Dialing**...Allows you to speak the name of the person you wish to call and dials for you. (If the number is in the voice dial directory)

**Voice Memo**...Allows you to record voice memos, phone numbers, notes and dictation time for voice memo. (If the number is in the voice dial directory)

**Electronic Organizer**...Built-In Scheduler/Calendar, To-Do List, and Event Manager function.

**Phone Book**...Allows user to enter up to 7 phone numbers for each name that is entered into the phone book. A total of 300 numbers can be placed into the phone memory.

**Long Battery Life**...With a standard lithium ion battery, this model provides up to 4 hours of continuous talk time and up to 12 days continuous standby time in digital mode, and up to 1.25 hours continuous talk time or up to 10 hours of continuous standby time in analog mode.

**Extended Battery Life**...With a high-capacity SANYO lithium ion battery, this model provides up to 7.5 hours of continuous talk time and up to 18 days of continuous standby time in digital mode.

**Menu-Driven Interface**...Allows for logical operation of telephone features, as it displays all options that are accessible during operation.

**Navigational Key**...Allows quick and easy scrolling through the phone menus.

**Five-Line Easy-to-Read Display**...Bright and ultraclear display with four alphanumeric lines and one icon line. ClearGlo backlight increases visibility.

**One-Touch Message Access**...Voicemail messages can be picked up by pressing just one key.

**Voicemail Alert**...Three message indicators—flashing light and icon audible alert—let user know when there is an unchecked voicemail message.

**Vibrator Ringer**...Special courtesy feature that alerts user when there is an incoming call, eliminating a potentially disturbing ringing noise.

**3-Way Calling**...Enables you to talk with two different people at the same time.

**10-Number Call Lists**...Allows any of the last ten received, made, and missed calls to be easily and quickly redialed. (Calls Made, Missed or Recieved)

**Caller ID Capability**...Displays the number of an incoming call. If the number is listed in the phone's internal phone book, the name appears along with the number. (NOTE: Available only in areas where Caller ID service is offered.)

**Short Message Service**...User can send messages to Sprint PCS phones via Sprint PCS Web Page or via Internet E-Mail.

**Mobile Modem**...When connected to a data cable (sold separately) the SANYO SCP-4500 can link user's PC or laptop to their company's information database to get e-mails, contracts, and electronic order forms; send and receive faxes; and browse web sites.

**Auto Answer**...User can set the phone to Automatically answer in one or three rings in the speaker on mobile mode.

**Internet Access**...Wireless Web is included that allows user to access the Internet to browse text versions of popular websites.

**3 Chord Melody Ringer**...Advanced musically enhanced ringer system

## SPECIFICATIONS

| | |
|---|---|
| Band | Dual, 1.9Gigahertz Digital, 800MHz Analog |
| Digital Standby Time | 12 Days with Standard Lithium Ion battery <br> 18 Days with High-Capacity SANYO Lithium Ion Battery |
| Analog Standby Time | 10 Hours with Standard Lithium Ion battery <br> 20 Hours with High-Capacity SANYO Lithium Ion Battery |
| Call Logs | Last 10 Numbers |
| Voice Mail | One-Touch Retrieval |
| ClearGlo Backlight Display | Yes |
| Auto Redial | Yes |
| Last Number Redial | Yes |
| Internet Access | Yes |
| Travel Charger | Optional |
| Leather Carrying Case | Optional |
| Unit Weight' | 5.0 Oz. |



SANYO WIRELESS COMMUNICATIONS
21605 Plummer St.
Chatsworth, CA 91311

Phone: (818) 998-7322
www.sanyousa.com

©2000 Sprint Spectrum. All rights reserved. Sprint, Sprint PCS, Sprint PCS Wireless Web and diamond logo are trademarks of Sprint Communications Company L.P. used under license. ©2000 SANYO Wireless Communications. Because its products are subject to continuous improvements, SANYO reserves the right to modify product design, features, and specifications without notice.

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 1

**Sprint PCS***

The clear alternative to cellular.*

10809

60801

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 1

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 2

© 2000 Sprint Spectrum L.P. All rights reserved. No reproduction in whole or in part without prior written approval. Sprint, Sprint PCS, Sprint PCS Phone, Sprint PCS Wireless Web and the diamond logo are trademarks of Sprint Communications Company L.P. All other trademarks are property of their respective owners.

Printed in Japan

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 3

## Table of Contents

**Welcome to Sprint PCS** ....................7

**1. Getting Started with Sprint PCS Service** ......9

▶ Activating your Phone ....................10

▶ Setting up your Voicemail ................12

▶ Getting Help ............................13

▶ Understanding this User Guide .............18

**2. Getting to Know your Sprint PCS Phone™** ....19

▶ Front View of Phone .....................20

▶ Viewing the Display Screen ...............22

▶ Turning your Phone ON and OFF ..........23

▶ Using the Battery .......................24

▶ Entering Information Using Keypad .........26

**3. Understanding Roaming** .................31

▶ Understanding how Roaming Works .........32

▶ Setting your Phone's Roam Mode ..........34

▶ Setting an Alert When Roam Charges Apply (Call Guard) .........35

**4. Making Calls** ...........................37

▶ Making Calls ...........................38

▶ Correcting Dialing Mistakes ..............38

▶ Answering Calls ........................38

▶ Calling Emergency Numbers ...............39

▶ Dialing from an Internal Phone Book Memory Location .........39

▶ Redialing Last Outgoing Number ..........39

▶ Using Speed Dial .......................40

▶ Displaying your Phone Number ............41

SCP-4500 (Qurak)-1   2000.6.5  13:53   Page 4

**5. Adjusting Volume** ...................... **43**

► Changing Ringer Volume ................................... 44
► Silencing the Ringer ..................................... 44
► Adjusting Volume During a Conversation ................... 45
► Muting a Call ........................................... 45
► Using the Speakerphone .................................. 46

**6. Managing Call History** .................... **47**

► Viewing the Call History List (Outgoing, Incoming and Missed) .... 48
► Making a Call from the Call History List ................... 49
► Saving a Phone Number from the Call History List .......... 50
► Viewing Details of a Call in the Call History List ......... 51
► Erasing Individual or All Call History .................... 52

**7. Using Sprint PCS Service Features** .......... **53**

► Using Caller ID ......................................... 54
► Responding to Call Waiting .............................. 54
► Setting Up a Three-Way Call ............................. 55
► Forwarding your Calls ................................... 56

**8. Managing Messaging** ...................... **57**

► Setting up Voicemail .................................... 58
► Message Types ........................................... 58
► Knowing When you Have Messages .......................... 59
► Retrieving your Messages ................................ 60

**9. Using your Internal Phone Book** ........... **65**

► Viewing Phone Numbers ................................... 66
► Saving New Entries ...................................... 66
► Adding Multiple Phone Numbers/E-mail/Web Addresses to an Existing Entry .68
► Finding and Retrieving Numbers .......................... 68
► Erasing a Stored Phone Number ........................... 70
► Entering Secret Phone Numbers ........................... 70

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 5

► Changing Stored Phone Numbers, E-mail and Web Addresses ......71
► Storing Special Numbers in the Phone Book ..................72

## 10. Changing your Phone's Display .............75

► Changing the Menu Language ..............................76
► Changing the Backlight Time Length ........................76
► Changing the Contrast Setting .............................77
► Changing your Standby Mode Display Banner ..................77

## 11. Setting your Phone's Security ..............79

► Locking the Keypad .....................................80
► Unlocking the Keypad ...................................80
► Locking your Phone .....................................80
► Unlocking your Phone ...................................81
► Restricting your Calls ...................................81
► Changing your Keypad Lock Code ..........................82
► Storing Special Numbers .................................82
► Erasing the Entire Internal Phone Book .....................83
► Resetting your Phone ...................................83
► Resetting and Locking your Phone through SMS ..............84
► Changing the Passcode ..................................85

## 12. Personal Information Management ..........87

► Managing Phone Book ...................................88
► Managing Schedules ....................................88
► Setting Environment ....................................97
► Using Voice Memo ......................................99
► Using Voice Dial ........................................101
► Using Voice Ringer .....................................105
► Using Voice Prompt .....................................106
► Playing Games .........................................107
► Using the Calculator .....................................108

SCP-4500 (Quzak)-1   2000.6.5 13:03   Page 6

## 13. Experiencing Sprint PCS Wireless Web℠ ....109

► The Sprint PCS Wireless Web Browser .......................110

► Launching the Sprint PCS Wireless Web Browser Session .........112

► Navigating the Sprint PCS Wireless Web .......................114

► Using Special Features within the Sprint PCS Wireless Web .......117

► Setting up the Sprint PCS Wireless Web Connection ............120

► Accessing Sprint PCS Wireless Web Updates ...................124

## 14. Learning the Settings on your
## Sprint PCS Phone .........................127

► Viewing the Menus ......................................128

► Working within the Menu Structure .........................130

► Defining the Menu Categories ............................131

## 15. Selecting your Accessories ...............141

► Overview of Available Accessories for this Phone ..............142

► How to Order ..........................................144

## 16. Knowing Performance and Safety Guidelines .145

► Getting the Most Out of your Reception ......................146

► Safety Information: FCC RF Exposure Information .............147

► Maintaining Safe Use and Access to your Phone ...............150

► Caring for the Battery ....................................154

► Acknowledging Special Precautions and the FCC Notice .........156

## 17. Index ................................157

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 7

# Welcome to
# Sprint PCS

Sprint PCS built the only all-digital, all-PCS nationwide network from the ground up for clearer calls, serving more than 300 major metropolitan areas. We built our network to give you what we believe you really want from a wireless phone: clear sound, private conversations and time-saving features.

And Sprint Personal Communications Services® can do something even more far-reaching – simplify your life. Our advanced technology is designed to grow with your communications needs so that one day, you'll be able to rely entirely on your Sprint PCS Phone™ to stay connected.

This guide will introduce you to our technology and your new Sprint PCS Phone through simple, easy-to-follow instructions. Since you're probably anxious to start using your phone, we encourage you to immediately flip to Section One – Getting Started With Sprint PCS Service. This section provides all the information you need to quickly activate your phone, set up your voicemail and much more. It also contains information on how to contact Sprint PCS should you have questions about service, want to purchase additional products or services, or just check your account balance.

Thank you for choosing Sprint PCS.

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 8

10816

10816

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 9

**1**

# Getting Started with Sprint PCS Service



## In This Section

► **Activating your Phone**

► **Setting up your Voicemail**

► **Getting Help**

► **Understanding this User Guide**

This section walks you through the step-by-step basics of setting up service to your Sprint PCS Phone™, including activating or unlocking your phone, selecting your Sprint PCS Service Plan, receiving your new Sprint PCS Phone Number and setting up your voicemail.

Once you have completed this section, you're ready to explore the advanced features of your new phone.

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 10

## Getting Started with Sprint PCS Service

### Determine if your Phone is Already Activated

If you received your phone in the mail or purchased it at a Sprint PCS Center, your phone is probably already activated. All you need to do is unlock your phone.

### Unlocking your Phone

Follow these steps to unlock your phone:

1. Press ⬛ to turn on the phone.
2. Highlight Unlock Phone and press ⬛ .
3. Enter your four-digit lock code. For security purposes, the code is not visible as you type.

### Activating your Phone

There are two ways to activate your phone. Follow these steps:

► The fastest way is to call from your new Sprint PCS Phone™.

1. Fully charge your battery (see instructions on page 24).
2. Turn on your Sprint PCS Phone.
3. Press ⬛ ⬛ ⬛ or ⬛ to reach a Sprint PCS Customer Advocate. You must be in a Sprint PCS Service Area when making this call.

**Tip:**
If you can't recall your lock code, try using the last four digits of either your Social Security number or Sprint PCS Phone Number or try 0000. If none of these work, call Sprint PCS Customer Care at 1-888-211-4PCS (4727).

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 11

▶ The other way is to call Sprint PCS Customer Care from any phone other than your new Sprint PCS Phone (which isn't yet activated).

**1. Call us toll-free at 1-888-715-4588.**

During this call you will be guided through the activation process. The call typically takes approximately 30 minutes, but could be longer during peak times. You can streamline the process by reviewing the Clear and Simple Facts brochure and pre-selecting your Sprint PCS Service Plan.

### What you Should have Handy When you Call:

▶ Your new Sprint PCS Phone

▶ The original packaging from your phone

▶ Your Social Security number or Tax ID number

▶ Your driver's license number

▶ Pen and paper to write down your new Sprint PCS Phone Number



**Note:**
The activation process varies in certain Affiliate areas.

SCP-4500 (Qurak)-1  2000.6.5 13:53  Page 12

## Setting Up your Voicemail

All unanswered calls to your Sprint PCS Phone are automatically transferred to voicemail, even if your phone is off or in use. To avoid missing any important messages, you will want to set up your Sprint PCS voicemail box and personal greeting as soon as your Sprint PCS Pone is activated.

To set up voicemail, follow these steps:

1. Press and hold ▬▬.

2. Follow the system prompts to create your passcode, record your greeting, record your name announcement and choose whether to activate One-Touch Message Access (a feature that lets you press one key to access messages and bypasses the need for you to enter your passcode).

For more information on accessing voicemail messages, see section 8 on page 57.

**Note:**

The voicemail setup process may vary in certain Affiliate areas.

SCP-4500 (Qurak)-1   2000.6.5 13:53   Page 13

## Getting Help

### Visit our Web Site

Stop by www.sprintpcs.com to get up-to-date information on Sprint PCS. You can also:

- ► Review coverage maps
- ► Learn how to use voicemail
- ► Access your customer account
- ► Purchase accessories
- ► Add additional options to your service plan
- ► Check out frequently asked questions
- ► And much more

### Sprint PCS Customer Care

Sprint PCS Customer Advocates are available to assist you 24 hours a day, seven days a week. Simply dial 1-888-211-4PCS (4727) from any phone, or press ⬤ ⬤ ⬤ or ⬤ from your activated Sprint PCS Phone while on the Sprint PCS Nationwide Network.

To reach Sprint PCS Customer Care from the menu:

1. From the main menu, highlight Phone Book.
2. Press ⬤.
3. Highlight Services.
4. Press ⬤.
5. Highlight Customer Care.
6. Press ⬤.
7. Highlight Call or Call:Speaker On.
8. Press ⬤.



**Tip:**
If you need to reach Customer Care while you are off the Sprint PCS Network, dial 1-888-211-4PCS (4727).

Case 2:04-cr-00055-RRE    Document 799-71    Filed 01/12/12    Page 16 of 166

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 14

Once you dial Sprint PCS Customer Care, you can access a number of helpful account services through our automated Customer Care line. By following the voice prompts, you'll be able to learn more about Sprint PCS Products and Services, get Sprint PCS coverage by zip code or request a copy of your invoice.

**Sprint PCS Directory Assistance**

Sprint PCS Directory Assistance provides a variety of services, including: residential, business and government listings; assistance with local or long-distance calls; movie listings; hotel, restaurant and shopping information and major local event information. There is a per call charge and you will be billed for airtime.

1. Press (4) (1) (1) (TALK) or (SPEAKER).

   OR

1. From the main menu, highlight Phone Book.
2. Press (OK).
3. Highlight Services.
4. Press (OK).
5. Highlight Dir Assist.
6. Press (OK).
7. Highlight Call or Call:Speaker On.
8. Press (OK).

14       Getting Started with Sprint PCS Service

SCP-4500 (Qurak)-1  2000.6.5 13:53  Page 15

## Prepaid Calls

Prepaid customers can access the Prepaid Options Menu to receive account balance notification, replenish their account or speak with Sprint PCS Customer Care. There are two ways to access the Prepaid Options Menu, free of charge:

1. Press ⬤ ⬤ ⬤ ⬤ ⬤ or
   ⬤.

   **OR**

1. From the main menu, highlight Phone Book .
2. Press ⬤ .
3. Highlight Services .
4. Press ⬤ .
5. Highlight Prepaid .
6. Press ⬤ .
7. Highlight Call or Call:Speaker On .
8. Press ⬤ .

**Tip:**
Prepaid Options Menu is only available to Sprint PCS customers that have a Prepaid account.



**Getting Started with Sprint PCS Service          15**

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 16

## Dialing Sprint PCS Roadside Rescue

If you need emergency service on the road, you can get help from Sprint PCS Roadside Rescue. Follow these steps:

1. Press ⬤ ⬤ ⬤ ⬤ ⬤ ⬤ or ⬤.

   OR

1. From the main menu, highlight Phone Book.

2. Press ⬤.

3. Highlight Services.

4. Press ⬤.

5. Highlight Road Assist.

6. Press ⬤.

7. Highlight Call or Call:Speaker On.

8. Press ⬤.

## Receiving Automated Billing Information

For your convenience, your phone gives you free access to billing information on your Sprint PCS Account. This information includes balance due, payment received, billing cycle and the amount of minutes used since your last billing cycle. Follow these steps to access this information:

1. Press ⬤ ⬤ ⬤ or ⬤.

2. Follow the voice prompts to receive the information you want.

   OR

SCP-4500 (Qurak)-1  2000.6.5 13:33  Page 17

1. From the main menu, highlight
   Phone Book.

2. Press ⬤ .

3. Highlight Services.

4. Press ⬤ .

5. Highlight Account Info..

6. Press ⬤ .

7. Highlight Call or Call:Speaker On.

8. Press ⬤ .

**Sprint PCS Operator Services**

Sprint PCS Operator Services can provide assistance in placing collect calls or calls billed to a local telephone calling card or a third party.

1. Press ⬤ ⬤ or ⬤ .

For more information or to see the latest in products and services, visit us online @ www.sprintpcs.com.



SCP-4500 (Qurak)-1   2000.6.5 13:53   Page 18

## Understanding this User Guide

This user guide introduces you to our technology and all the advantages of your new Sprint PCS Phone – through easy-to-follow instructions.

► Sections breakdown categories of information to progressively take you all the way from learning the basics to using the most advanced phone features.

► Tips highlight special shortcuts and timely reminders to help you make the most of your new phone.

► The Index helps you find specific information quickly.

We know that your time is valuable and that's why we've designed this guide to be used in a building block format or in stand-alone sections. You'll get the most out of your phone if you read each section. However, if you'd like to get right to a specific feature, you'll be able to locate the specific section through color coded tabbing. Follow the instructions in that section and you'll be ready to use your phone in no time.

SCP-4500 (Qurak)-1  2000.6.5 13:53  Page 19

# 2

# Getting to Know
# your Sprint PCS Phone™



### In This Section

▶ Front View of Phone

▶ Viewing the Display Screen

▶ Turning your Phone ON and OFF

▶ Using the Battery

▶ Entering Information Using Keypad

Your Sprint PCS Phone is packed with features that can simplify your life and expand your ability to stay connected to the people and information that are important to you. We know that you're anxious to start using it, so this section will give you a quick introduction to your new phone. Easy-to-follow instructions will guide you through the basics of the most common features of your phone and you'll be on your way to using it in no time.

Don't forget the other chapters in this guide. They're filled with information about the capabilities and benefits of your new Sprint PCS Phone. They include detailed step-by-step instructions to familiarize you with all the features, and how to customize your phone to meet your specific needs.

SCP-4500 (Quzak)-1   2000.6.5 13:33   Page 20

**Front View of Phone**



11. Antenna

1. Red Light

2. Headset Jack

3. VOL (Volume)

4. OK

5. Navigation Key

6. TALK

7. POWER

10. SPEAKER Key

9. CLR (Clear)

8. END

20          **Getting to Know your Sprint PCS Phone**

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 21

1. Red Light: Illuminates when ⬤ is pressed and when you have incoming calls or messages.

2. Headset Jack: Insert the plug of the headset (must be purchased separately) for hands-free listening.

3. VOL: Lets you adjust the sound level during a call, or ring volume in Standby mode.

4. OK: Lets you place a call, receive a call and select menu options.

5. Navigation Key: Lets you navigate quickly and easily through the menu options.

6. TALK: Lets you place a call, receive a call, answer Call Waiting, use Three-Way Calling and Voice Dial.

7. POWER: Turns the phone on and off.

8. END: Lets you disconnect a call and return to Standby mode. Lets you mute ringer when ringing.

9. CLR: Allows you to clear characters from the screen or back up menu levels.

10. SPEAKER Key: Lets you set the Speaker Phone Mode to on and off (Speaker is backside of the phone.) or use Voice Dial.

11. Antenna: The voice on the other end sounds clearest when the antenna is all the way up.



**Getting to Know your Sprint PCS Phone**        **21**

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 22

## Viewing the Display Screen

This list identifies some of the more common symbols you'll see on your display screen.

► ▮ shows your current signal strength. The more lines you have, the stronger your signal.

► ✗ means your phone cannot find a signal.

► ✆ tells you a call is in progress.

► ▤ indicates the phone is on another service provider's network.
If this icon is not displayed, you are on the digital Sprint PCS Nationwide Network.

► ☑ indicates you have messages waiting.

► ▯ indicates the vibrate feature is set to ON.

► ▧ indicates the phone is roaming on an analog cellular network.

► ◁ indicates the Speaker Phone mode is set to ON.

► ▰ shows the level of your battery charge. The more black you see, the more power you have left. When the charge is low, this icon blinks and an alert tone is sounded. Recharge regularly to avoid losing any of the phone's functionality.

**Tip:**
Display indicators let you know when you're off the Sprint PCS Nationwide Network and whether you're operating in digital or analog cellular mode.

22      Getting to Know your Sprint PCS Phone

SCP-4500 (Qurak)-1    2000.6.5 13:03    Page 23

## Turning your Phone ON and OFF

### Turning your Phone ON

Follow these steps:

1. Fully extend the antenna to receive the best reception.

2. Press ⬤ for approximately one second.

Once your phone is ON, the red light turns on for approximately 5 seconds while your phone looks for a signal. When your phone finds a signal, it automatically enters Standby mode – the phone's idle state. At this point, you're ready to begin making and receiving calls.

If your phone is unable to find a signal after 15 minutes of searching, a Power Save feature is automatically activated. When a signal is found, your phone returns to Standby mode.

Your phone searches for a signal periodically without your intervention. You can also initiate a search for Sprint PCS Service by pressing any key (when your phone is turned ON).

### Turning your Phone OFF

Follow these steps:

1. Press ⬤ for two seconds until you see "Powering off" on the display.

Your screen remains blank while your phone is off, unless you're charging the battery.

**Tip:**
The Power Save feature helps to conserve your battery power while outside a Sprint PCS Service Area.

SCP-4500 (Qurak)-1   2000.6.5 13:83   Page 24

## Using the Battery

### Installing the Battery

Your Sprint PCS Phone comes with a Lithium Ion battery. Follow these steps to install it:

1. Place the battery in the opening at a 45-degree angle with the metal contacts at the bottom, facing downward.

2. Gently press down until it's in place and the battery release latch snaps.

### Removing the Battery

To remove your battery for charging or for another reason, follow these easy steps:

1. Make sure the power is off so that you don't lose any stored numbers or messages.

2. Press up the battery release latch and hold the battery, then pull it up and out at a 45-degree angle.

### Charging the Battery

Your Sprint PCS Phone comes with a rechargeable battery. You should charge the battery as soon as possible so you can begin using your phone.

Keeping track of your battery's charge is important. If your battery level becomes too low, your phone automatically turns off and you'll lose everything you were just working on. For a quick check of your phone's battery level, glance at the battery charge indicator located in the upper-right corner of your

**Tip:**

Be sure to charge your phone's battery and watch your indicator to ensure your levels are OK.

SCP-4500 (Qurak)-1  2000.6.5 13:33  Page 25

phone's display screen. If the battery charge gets too low, the battery icon  blinks and the phone sounds a warning tone.

Always use the approved manufacturer approved Desktop Charger, AC Adapter Charger or Cigarette Lighter Adapter to charge your battery.

### Using the Desktop Charger or Adapter Charger

When you're ready to charge your battery, it is vital that you use only Sanyo-approved desktop chargers and AC adapter chargers. To use your charger:

1. Plug one end of the AC adapter into the charger holder and the other end into the electrical outlet.

2. Either insert the battery alone into the back slot or the phone with the battery installed into the front slot.

► A **red light** on the desktop charger lets you know the battery is charging.

► A **green light** on the desktop charger lets you know the battery is fully charged.

It generally takes about three hours to fully recharge a completely rundown battery. With the Sanyo approved LiIon battery, it is okay to recharge the battery before it becomes completely run down.

**Warning:**

Using the wrong battery charger could cause damage to your phone and void the warranty.

SCP-4500 (Qurak)-1　2000.6.5 13:33　Page 26

## Entering Information Using Keypad

### Entering Text Using T9 Mode

T9 mode uses an intelligent software protocol that allows you to enter text with fewer key presses than the multi-tap method. Type the entire word by pressing each corresponding key only once for each letter of the word. T9 determines the word by matching the keys you pressed with words in an internal database and displays the matching word that is used most often.

1. In a text entry field, use your Navigation key to highlight current selected mode ( [Mode > T9 Word] , [Mode > Alphabet] or [Mode > NUMBER] ).

2. Press ⬤.

3. Highlight [T9 Word] .

4. Press ⬤.

5. Type the entire word, but press each key only once per letter.

▶ For example, to type the word "Hello", press the keys ⬤ ⬤ ⬤ ⬤ ⬤ (in that order). As you type, T9 matches your key presses with words from its database.

▶ Different words may appear as you type because each key you press changes the word possibility. The word you want may appear only after you press all of the necessary keys.

**Tip:**

You can shift the way of entering letters to upper/lower case by pressing ⬤ . It will change as following circulating order:

▶ **Word** – One-character-shifted.

▶ **WORD** – Caps Lock.

▶ **word** – Unshifted.

SCP-4500 (Qurak)-1   2000.6.5  13:33   Page 27

► Press ⬤ to display alternate word choices. Short words are more likely to share the same key sequences. Cycle through all the choices for a key sequence by pressing ⬤.

► Press ⬤ to accept the word displayed and continue typing the next word.

► Press ⬤ to correct the last letter you entered. To clear the whole characters or the reversed text (selected status), hold down ⬤ for about two seconds.

### Adding Words to T9 Database

Each word you type in Alphabet mode is automatically added to your T9 database. If the word you want isn't one of the T9 alternate choices, it's quick and easy to add it.

1. Switch to Alphabet mode (use Navigation key to highlight Mode > T9 Word, and press ⬤. Then highlight Alphabet, and press ⬤.)

2. Type the word using the multi-tap method.

3. Switch back to T9 (highlight Mode > Alphabet and press ⬤, then highlight T9 Word and press ⬤.)

► Press ⬤ to display the new word if other words share the same key sequence.

The word is saved automatically and will appear as a word choice in T9 the next time you use it.

**Tip:**

Press ⬤ to change:

► **Alphabet** – One-character-shifted.

► **ALPHABET** – Caps Lock.

► **alphabet** – Unshifted.

SCP-4500 (Qurak)-1  2000.6.5 13:33  Page 28

## Using Smart Punctuation

"Smart punctuation" is available using ⬤ in T9 mode. It's a quick and easy way to type e-mail domains, possessive forms and contractions. When you press ⬤, T9 displays a period.

However, as you continue to type, T9 determines the appropriate mark based on your word database.

For example, to type "It's easy."

Press ⬤ ⬤ ⬤ ⬤ ⬤ .
⬤ ⬤ ⬤ ⬤ ⬤ .

## Entering Text Using Alphabet Mode

1. In a text entry field, highlight current selected mode (e.g. Mode > T9 Word).

2. Press ⬤ .

3. Highlight Alphabet .

4. Press ⬤ .

5. Press a key several times until the desired letter appears.

   Letters scroll in the following order:

| Key | English Sequence | |
|---|---|---|
| | capital letter | small letter |
| ⬤ | . - ' / : @ , ? ! 1 | |
| ⬤ | A B C 2 | a b c 2 |
| ⬤ | D E F 3 | d e f 3 |
| ⬤ | G H I 4 | g h i 4 |
| ⬤ | J K L 5 | j k l 5 |
| ⬤ | M N O 6 | m n o 6 |
| ⬤ | P Q R S 7 | p q r s 7 |
| ⬤ | T U V 8 | t u v 8 |
| ⬤ | W X Y Z 9 | w x y z 9 |
| ⬤ | 0 | |
| ⬤ | Space | |
| ⬤ | One-character-shifted Caps Lock Unshifted | |

### Tip:

For entering numbers, press and hold the corresponding key. Or press and hold ⬤ for the shortcut to the Number mode.

SCP-4500 (Qurak)-1   2000.6.5 13:03  Page 29

| Key | Spanish Sequence | |
| --- | --- | --- |
| | capital letter | small letter |
| | . - ' / : @ , ? 1 1 | |
| | AÁBC2 | aábc2 |
| | DEÉF3 | deéf3 |
| | GHIÍ4 | ghií4 |
| | JKL5 | jkl5 |
| | MNÑOÓ6 | mnñoó6 |
| | PQRS7 | pqrs7 |
| | TUÚV8 | tuúv8 |
| | WXYZ9 | wxyz9 |
| | 0 | |
| | Space | |
| | One-character-shifted Caps Lock Unshifted | |

For example, to enter the letter "J", press 🔘 key once in rapid succession. To enter the letter "Z", press the 🔘 key four times.

After two seconds, the cursor will automatically advance to the next space once a character has been entered.

▶ To expedite the process, use your Navigation key (right) to move the cursor forward and enter any character.

▶ Press 🔘 to correct the last letter you entered. To clear the whole name, hold down 🔘 for about one second.

### Entering Special Characters Using Symbol Mode

1. In a text entry field, highlight current selected mode (e.g. Mode > T9 Word ).
2. Press 🔘 .
3. Highlight SYMBOL .
4. Press 🔘 .
5. Find the character you want and press the corresponding key (1 ~ 9) with each symbol.



**Tip:**
For the Shortcut to the Symbol mode from the other entering mode, press and hold 🔘 .

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 30

You can select characters from the four lists as shown below.

To see the other list:

1. Highlight Next Page.
2. Press ▭.

OR

1. Press ▶ or ◀ of the Navigation key.

SYMBOL List

| 1/4 | . | - | ' | / | : | ☺ | , | ? | ¦ |
| 2/4 | ( | ) | " | \ | ; | % | & | * | # |
| 3/4 | { | } | ~ | ¦ | = | ^ | _ | [ | ] |
| 4/4 | < | > | + | $ | « | › | ° | ¿ | ¦ |

**Tip:**
One symbol input also reverts the mode automatically.

To return to the previous mode:

1. Highlight Previous Mode.
2. Press ▭.

OR

1. Pressing ▭.

### Entering Text Using Number Mode

Number mode allows you to enter numbers. To change to Number mode in a text entry field:

1. Highlight current selected mode (e.g. Mode > T9 Word).
2. Press ▭.
3. Highlight NUMBER.
4. Press ▭.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 31

# 3

# Understanding Roaming

## In This Section

► **Understanding the Difference Between Roaming and Sprint PCS Calls**

► **Understanding how Roaming Works**

► **Setting your Phone's Roaming Mode**

► **Setting Call Guard**

Roaming is the ability to make or receive calls while you're off the Sprint PCS Nationwide Network. Your new dual-band Sprint PCS Phone™ works anywhere on the Sprint PCS Nationwide Network and allows you to roam on analog cellular and digital networks where Sprint PCS has implemented roaming agreements.

This section explains how roaming works as well as special features that let you manage your roaming experience.

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 32

## Understanding How Roaming Works

**Tip:**

Remember, when you're using your phone off the Sprint PCS Network, always dial numbers using 11 digits (1 + area code + number).

**Tip:**

You will pay a higher per-minute rate for roaming calls.

### Recognizing Icons on the Display Screen

Your phone's display screen always lets you know when you're off the Sprint PCS Network and whether your phone is operating in analog cellular or digital mode. The following chart indicates what you'll see depending on where you're using your phone.

|  | Analog Indicator | Roaming Indicator |
|---|---|---|
| Sprint PCS Nationwide Network |  |  |
| Other CDMA Networks |  |  |
| Analog Cellular Networks | 🛰 | 🔲 |

**32**                    **Understanding Roaming**

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 33

### Roaming on Other PCS CDMA Networks

When you're roaming on other PCS CDMA networks, your call quality will be similar to the quality you receive when making calls while on the Sprint PCS Network. You may not be able to access certain calling features, such as Sprint PCS Wireless Web, however, all of your calls are still private and secure.

### Roaming on Analog Cellular Networks

When you roam on analog cellular networks, you will experience the same quality provided by analog cellular carriers today. Although certain calling features, such as Sprint PCS Wireless Web, may be unavailable, you can still make and receive calls. You will experience a few differences including:

▶ You are more likely to experience static, cross-talk, fade-out and dropped calls.

▶ Some calling features that are standard on the Sprint PCS Network are unavailable.

▶ There are security and privacy risks (eavesdropping and cloning) that exist with conventional analog cellular services today.

▶ Your battery needs recharging sooner when you use your phone for analog cellular roaming.

**Tip:**
If you're on a call when you leave the Sprint PCS Network and enter an area where roaming is available (whether CDMA or analog cellular), your call is dropped. If your call is dropped in an area where you think Sprint PCS Service is available, turn your phone off and on again to reconnect to the Sprint PCS Nationwide Network.



**Understanding Roaming**     33

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 34

## Setting your Phone's Roam Mode

Your Sprint PCS Phone allows you to control your ability to roam. By using the menu option **Roaming**, you determine which signals your phone accepts.

### Set Mode

Choose from three different settings on your dual-band phone to control your roaming experience:

1. From the main menu, highlight Roaming.

2. Press [ OK ].

3. Highlight Set Mode.

4. Press [ OK ].

5. To select an option, highlight it and press [ OK ].

► **Sprint PCS:** This setting allows you to select the Sprint PCS Nationwide Network only and prevents roaming on other networks.

► **Automatic:** This setting seeks Sprint PCS Service. When Sprint PCS Service is unavailable, it searches for an alternative system.

► **Analog:** This setting forces the phone to seek an analog roaming system. The previous setting is restored the next time the phone is turned on.

## Setting an Alert When Roam Charges Apply (Call Guard)

In addition to the roaming icon, call guard alerts you when roaming charges apply. The following settings apply to Call Guard.

### Call Guard

This feature makes it easy to control when you roam by reminding you when you make or receive a roaming call. It also requires you to take additional steps before placing or answering a roaming call. These additional steps are not required when you make or receive calls while on the Sprint PCS Nationwide Network.

### To Turn the Call Guard Feature Off:

1. From the main menu, highlight Roaming.

2. Press ⬛.

3. Highlight Call Guard.

4. Press ⬛.

5. Highlight No.

6. Press ⬛.

### To Place Roaming Calls with Call Guard On:

1. From the main menu, dial 1 + area code + the seven-digit number.

2. Press ⬛ or ⬛.

3. Highlight Roam Call.

4. Press ⬛.

**Understanding Roaming**

Understanding Roaming                    35

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 36

**To Answer Incoming Roaming Calls with Call Guard On:**

1. When you have an incoming roaming call, highlight Answer or Answer:Speaker .

2. Press ▭ .

Remember if the Call Guard feature is set to **On**, you need to take extra steps to make and receive roaming calls even if you have selected the **Analog** setting.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 37

# 4

# Making Calls

## In This Section

▶ Making Calls

▶ Correcting Dialing Mistakes

▶ Answering Calls

▶ Calling Emergency Numbers

▶ Dialing from an Internal Phone Book Memory Location

▶ Redialing Last Outgoing Number

▶ Using Speed Dial

▶ Displaying your Phone Number

Your Sprint PCS Phone™ gives you different options for making calls so that you can use the method that works best for you. Once you learn the basics here, the possibilities are endless.

Making Calls 4

SCP-4500 (Qurak)-1  2000.6.5 13:33  Page 38

10846

**Tip:**

When making calls off the Sprint PCS Network, always dial using 11 digits (1 + area code + number)

## Making Calls

1. Make sure your phone is on.

2. Enter a phone number.

3. Press ⬤TALK or ⬤SPEAKER.

   or

   Highlight [Call] or [Call:Speaker On], and press ⬤OK.

4. When you're finished, press ⬤END.

## Correcting Dialing Mistakes

If you make a mistake while dialing, press ⬤CLR to erase one digit at a time. Or, if you need to erase the entire number all at once, press and hold ⬤CLR for at least one second.

## Answering Calls

1. Make sure your phone is on. If your phone is off, incoming calls go to voicemail.

2. When your phone rings, press ⬤TALK or ⬤SPEAKER.

   or

   Highlight [Answer] or [Answer:Speaker], and press ⬤OK.

3. To disconnect the call, press ⬤END.

38                                   **Making Calls**

10846

SCP-4500 (Qurak)-1   2000.6.5 13:53   Page 39

## Calling Emergency Numbers

You can place calls to 911, (dial ⬤ ⬤ ⬤ and press ⬤ or ⬤) even if your keypad is locked or your account is restricted, just as long as you are in a Sprint PCS Service Area.

## Dialing from an Internal Phone Book Memory Location

To dial directly from an Internal Phone Book memory location:

1. Press ▶ of the Navigation key.
2. Scroll to the Internal Phone Book entry you want to call.
3. Press ⬤ or ⬤ when the on-screen cursor appears beside the phone number.

## Redialing Last Outgoing Number

Press ⬤ or ⬤ twice.

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 40

## Using Speed Dial

With this feature, you can dial Internal Phone Book entries through one key press for locations 2-9. To use this feature, speed dial number must be stored in your Phone Book.

To store a speed dial number:

1. From the main menu, highlight [Phone Book].

2. Press [OK].

3. Highlight [Speed Dial #s].

4. Press [OK].

5. To select an appropriate speed dial number 2-9 unassigned, highlight it and press [OK].

6. Highlight the name you wish to store, and press [OK].

▶ Press ▶ or ◀ of the Navigation key to scroll right and left the list per entry name.

To speed dial:

1. Press and hold the appropriate key that corresponds to the memory location for approximately two seconds.

   or

   Press the appropriate key, and then press [TALK] or [SPEAKER].

▶ The display confirms that the number has been dialed when it shows "Connecting."

SCP-4500 (Qurak)-1   2000.6.5 13:43   Page 41

## Displaying your Phone Number

Just in case you forget your own number, your Sprint PCS Phone can remind you.

To display your phone number:

1. From the main menu, highlight Phone Book.

2. Press ⬤.

3. Highlight My Phone#.

4. Press ⬤.

**Making Calls**          41

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 42

42                              Making Calls

10850

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 43

5

# Adjusting Volume

## In This Section

► Changing Ringer Volume

► Silencing the Ringer

► Adjusting Volume During a Conversation

► Muting a Call

► Using the Speakerphone

With all the things that demand your attention in today's fast paced world, it's important to tune-in to what really matters. Your Sprint PCS Phone™ gives you the ability to control your phone's volume with the touch of a button. Not only can you control what you hear, you can also control what your caller hears.



SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 44

## Changing Ringer Volume

To change the ringer volume:

1. Use the volume keys (▲) or (▼) in the Standby mode.

OR

1. From the main menu, highlight Sounds.

2. Press [OK].

3. Highlight Ringer/Key Vol.

4. Press [OK].

5. Highlight Ringer.

6. Press [OK].

7. Highlight your desired volume level, and press [OK].

## Silencing the Ringer

You can silence the ringer on incoming calls one of two ways:

1. When the phone rings, press [END] or [CLR].

2. Press [TALK] or [SPEAKER] to answer the call.

OR

1. When the phone rings, use the volume keys on the side of the phone to lower the volume. The display momentarily shows "Off," then returns to "Call From:"

2. Press [TALK] or [SPEAKER] to answer the call.

OR

1. When the phone rings, highlight Quiet Ringer, and press [OK].

2. Press [TALK] or [SPEAKER] to answer the call.

**Tip:**

You can adjust the default setting for your phone's ringer, key beep, earpiece and speakerphone volume with the **Sounds** menu.

When you set the Ringer Volume "High", don't bring your ears close to the speaker for avoiding ear damages.

SCP-4500 (Qurak)-1  2000.6.5 13:53  Page 45

## Adjusting Volume During a Conversation

Whether you need to hear more or less of a conversation, adjust the volume keys on the side of your phone. You can do this during a call or in between calls.

To adjust volume:

1. Use the volume keys ⊙ or ⊙ on the side of the phone. (In Standby mode, the keys on the side of the phone adjust the ringer.)

   OR

1. From the main menu, highlight Sounds.
2. Press [ OK ].
3. Highlight Receiver Volume.
4. Press [ OK ].
5. Highlight Earpiece.
6. Press [ OK ].
7. Highlight your desired volume level, and press [ OK ].

## Muting a Call

There are times when it's necessary to mute a call so that your caller does not hear you or certain background noise. To use this function during a call:

1. Highlight Mute.
2. Press [ OK ].
▶ When the phone is muted, "MUTE:" blinks on the display.



**Adjusting Volume**                    45

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 46

**Tip:**

In noisy circumstances (e.g. in a car), using the Speakerphone cannot be recommended.

## Using the Speakerphone

To use speakerphone:

1. When you make/receive a call or while talking, press ▇▇▇ directly.

   OR

1. Highlight Call:Speaker On , Answer:Speaker or Speaker On .

2. Press ▇▇ .

46                                    **Adjusting Volume**

SCP-4500 (Qurak)-1  2000.6.5 13:03  Page 47

# 6

# Managing Call History

## In This Section

► Viewing the Call History List (Outgoing, Incoming and Missed)

► Making a Call from the Call History List

► Saving a Phone Number from the Call History List

► Viewing Details of a Call in the Call History List

► Erasing Individual or All Call History

The call history list helps you manage your time more effectively. It keeps track of incoming calls, calls made from your Sprint PCS Phone™ and calls that you missed. This section guides you through accessing and making the most of your call history list.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 48

## Viewing the Call History List (Outgoing, Incoming and Missed)

You'll find your recent call history list invaluable. This is a list of the last 10 phone numbers for calls you placed, accepted, or missed. The call history list makes redialing a number fast and easy. It is continually updated as new numbers are added to the beginning of the list and the oldest entries are removed from the bottom of the list.

Depending on the operating mode and available features, each entry may contain a phone number, name and time stamp of when the call occurred. Duplicate calls (same number and type of call) may only appear once on the list. When reviewing your entries, you'll see the type of call as described below:

► **Outgoing:** Indicates a call you placed.

► **Incoming:** Indicates a call you received and answered if Caller ID is available.

► **Missed:** Indicates an unanswered incoming call.

**Tip:**

You can make a call directly from your call history list. See page 49 for details.

48                              Managing Call History

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 49

## Making a Call from the Call History List

To place a call from the recent call history list, follow these steps:

1. From the main menu, highlight [Call History].

2. Press [OK].

3. Highlight either [Outgoing Calls], [Incoming Calls] or [Missed Calls].

4. Press [OK].

5. Scroll through the list to display the number you want to call.

6. Press [TALK] or [SPEAKER] to place the call.

   or

   Highlight [Call] or [Call:Speaker On] and press [OK].

**Note:**

You will be unable to make Sprint PCS Wireless Web calls from the call history list.



Managing Call History

6

Managing Call History      49

SCP-4500 (Qurak)-1  2000.6.5 13:33  Page 50

**Note:**

Sprint PCS Wireless Web calls can not be saved in the call history list.

## Saving a Phone Number from the Call History List

Your Sprint PCS Phone can store up to 300 names and phone numbers. Each entry can contain up to 32 digits, with an associated name of up to 16 characters. Your phone automatically sorts the Internal Phone Book entries by memory location number.

To **save numbers to your Phone Book**, follow these steps:

1. Highlight the number you want to save, and press [OK].

2. Highlight [Save Phone#].

3. Press [OK].

4. Highlight the appropriate label ([Home], [Work], [Mobile], [Pager], [Data], [Fax] or [No Label]).

5. Press [OK].

6. If you store the number without name, highlight [Save w/o Name], and press [OK].

   or

   If you store the number with name, enter it (See "Entering Information Using Keypad" on page 26), highlight [Next Step] and then press [OK].

SCP-4500 (Qurak)-1  2000.6.5 13:33  Page 50

SCP-4500 (Qurak)-1  2000.6.5 13:53  Page 51

## Viewing Details of a Call in the Call History List

For additional information or options on a particular call:

1. Highlight the desired number in the call history menu, and press .

2. Highlight one of followings and press .

► **Call** to place a call.

► **Call: Speaker On** to place a call in Speaker Phone mode.

► **Alternate #s** to store some other numbers into the same entry in the Phone Book, enables to alternate it.

    or

    **Save Phone#** to store the number in the Internal Phone Book.

► **Display Phone#** to see the number.

► **Time/Date** to see the time and date of the call.

► **Prepend** to add additional numbers.

► **Erase** to erase the entry.

► **Next** to display the next call history.

► **Previous** to display the previous call history.

SCP-4500 (Qurak)-1    2000.6.5 13:33    Page 52

## Erasing Individual or All Call History

To erase an individual call:

1. From the main menu, highlight
   Call History.
2. Press ⬤.
3. Highlight the call you wish to erase
   (Outgoing Calls, Incoming Calls or
   Missed Calls) and press ⬤.
4. Select the number using the Navigation
   key, and press ⬤.
5. Highlight Erase.
6. Press ⬤.
7. Highlight Yes.
8. Press ⬤.

To erase all calls (Outgoing calls, Incoming
calls, and Missed calls):

1. From the main menu, highlight
   Call History.
2. Press ⬤.
3. Highlight Erase History.
4. Press ⬤.
5. Highlight Outgoing Calls,
   Incoming Calls, Missed Calls or
   All Calls.
6. Press ⬤.
7. Highlight Yes.
8. Press ⬤.

SCP-4500 (Qurak)-1  2000.6.5 13:03  Page 53

**7**

# Using Sprint PCS Service Features



**In This Section**

▶ Using Caller ID

▶ Responding to Call Waiting

▶ Setting Up a Three-Way Call

▶ Forwarding your Calls

Now that you've mastered the basics, you can begin to focus on where you want to go. This section guides you step-by-step through the calling features that enhance your Sprint PCS Service. From Caller ID to Call Forwarding, using these features will help you make the most of your Sprint PCS Service.

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 54

10862

## Using Caller ID

Caller ID lets you know who's calling by displaying the number of the person calling when your phone rings. If the caller's name and number are already stored in your Internal Phone Book, the corresponding name appears with the number. In the same way, if you call someone who has this feature, your phone number displays on their phone.

If you want to block your phone number from being displayed for a specific outgoing call, follow these steps:

1. Press ⬤ ⬤ ⬤ .

2. Dial the number you want to call.

3. Press ⬤ or ⬤ .

To permanently block your number, call Sprint PCS Customer Care (see page 13 for number).

## Responding to Call Waiting

Call Waiting alerts you of incoming calls while you're on a call by sounding beeps. The display screen informs you that a call is coming in and shows the caller's name (if you have the Phone Book entry) or the phone number. To respond to an incoming call while you're on a call:

▶ Press ⬤ (or highlight Flash and press ⬤ ). This puts the first caller on hold and answer the second call.

**Tip:**
For those calls where you don't want to be interrupted, you can temporarily disable call waiting by pressing

⬤ ⬤ ⬤

before placing your call. Call Waiting is automatically reactivated once you end the call.

54                                    Service Features

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 55

► To switch back to the first caller, press
⬤ (or highlight Flash and press
⬤ ) again.

## Using Three-Way Calling

With Three-Way Calling, you can talk to two different people at the same time. When using this feature, the normal airtime rates will be charged for each of the two calls.

1. Dial a number you wish to call.

2. Press ⬤ or ⬤ (or highlight Call /Call:Speaker On, and press ⬤ ).

3. Once you have established the connection, press ⬤ (or highlight 3-Way Call and press ⬤ ) to put the first caller on hold.

4. Dial the second number you wish to call.

5. Press ⬤ (or highlight Call /Call:Speaker On, and press ⬤ ).

6. When you're connected to the second party, press ⬤ (or highlight Flash and press ⬤ ) once more to begin your three-way call.

If one of the people you called hangs up, you and the remaining caller stay connected. If you initiated the call and are the first to hang up, all three callers are disconnected.

**Tip:**
You don't have to worry about being interrupted during a Sprint PCS Wireless Web call because Call Waiting and Three-Way Calling are automatically disabled.



Service Features                55

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 56

## Forwarding your Calls

Call Forwarding lets you forward all your incoming calls to another phone number — even when your phone is turned off. You can continue to make calls from your phone with Call Forwarding activated.

### To Activate Call Forwarding:

1. Press ▬▬ ▬▬ ▬▬.

2. Enter the area code and phone number to which your calls should be forwarded.

3. Press ▬▬ or ▬▬. You will hear a tone confirming the activation of Call Forwarding.

### To Deactivate Call Forwarding:

1. Press ▬▬ ▬▬ ▬▬ ▬▬.

2. Press ▬▬ or ▬▬. You will hear a tone to confirm the deactivation.

SCP-4500 (Qurak)-1  2000.6.5 13:03  Page 57

**8**

# Managing Messaging

**In This Section**

► Setting up Voicemail

► Message Types

► Knowing When you Have Messages

► Retrieving your Messages

Your Sprint PCS Phone™ is always working to help you stay connected even when you're unavailable. With three types of messaging, you can depend on your callers being able to leave you important information. This section steps you through the messaging functions available on your phone including Sprint PCS Wireless Web™ Messaging.



SCP-4500 (Qurak)-1  2000.6.5 13:03  Page 58

10866

**Tip:**

When you are roaming off the Sprint PCS Network, you may not receive notification of new voicemail messages. It is recommended that you periodically check your voicemail by dialing 1 + area code + your Sprint PCS Phone Number.

**Note:**

Sprint PCS Wireless Web services may not be available in certain Affiliate areas.

## Setting up Voicemail

The first thing you'll want to do after activating your phone is to set up voicemail. See Section 1 page 12 for instructions.

## Message Types

There are three types of messaging functions available on your Sprint PCS Phone. Voicemail, Numeric Paging and Sprint PCS Wireless Web Messaging allow you to receive messages as long as your phone has enough memory locations to store them.

**Voicemail** captures calls automatically when you can't answer your phone or it is turned off. The voicemail system sends a notification to your phone letting you know when you have new voice messages waiting in your voicemail box.

**Numeric paging** allows a caller to enter a phone number into your voicemail box instead of a voice message. The phone number appears on your phone as a numeric page.

**Sprint PCS Wireless Web Messaging** (also known as Text Messaging) allows messages to appear as short alphanumeric messages on your phone's display screen. You must purchase the Sprint PCS Wireless Web option in order to receive text messages on your Sprint PCS Phone.

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 59

There are three ways to send a text message to a Sprint PCS Phone:

1. E-mail (your phone number @ messaging.sprintpcs.com).

2. Through the Sprint PCS Web site – www.sprintpcs.com.
   Select the wireless web messaging link.

3. Using a messaging software (TAP 1.5 compatible).

## Knowing When you Have Messages

There are several ways your Sprint PCS Phone alerts you of new messages:

► By displaying a message on the screen.

► By sounding tone alerts (except when the Messages Alerts in Sounds menu is set to Off).

► By displaying ☑ at the top of your screen.

► By flashing a red LED light.

### Receiving Messages

You will receive voicemail even if you have not set up your voicemail.

In other words, people can leave messages they just would not hear a greeting.

SCP-4500 (Qurak)-1  2000.6.5 13:03  Page 60

## Retrieving your Messages

You can review your messages directly from your Sprint PCS Phone or from any other touch-tone phone. To dial from your Sprint PCS Phone, you can either speed dial to your voicemail box or use the menu keys.

### Using One-Touch Message Access:

1. Press and hold ▇▇. Follow the system prompts.

### Using the Menu Keys on your Sprint PCS Phone to Access your Messages:

1. Highlight [Messages].
2. Press and hold ▇▇ for approximately 2 seconds.

OR

1. Highlight [Messages].
2. Press ▇▇.
3. Highlight [Voicemail New] or [Voicemail].
4. Press ▇▇.
5. Press ▇▇ or ▇▇ (or highlight [Call Voicemail]/[Call:Speaker On], and press ▇▇).

### Message Clear Count

In the rare circumstances that the network does not clear the ☑ icon even when you don't have any new voicemail, you can use this feature to reset the ☑ icon.

**Tip:**

Your phone accepts messages even when it is turned off. However, you are only notified of new messages when your phone is turned on.

**Tip:**

You are charged for airtime minutes when you are accessing your voicemail.

10869

SCP-4500 (Qurak)-1  2000.6.5 13:03  Page 61

To clear the voice message count:

1. Highlight Messages.

2. Press ⬤.

3. Highlight Voicemail New.

4. Press ⬤.

5. Highlight Clear Count.

6. Press ⬤.

7. Highlight Yes, and press ⬤.

**Reading Page/Text messages:**

1. From the main menu, highlight
   Messages.

2. Press ⬤.

3. Highlight Page/Text.

4. Press ⬤.

  ► Press ◄ of the Navigation key to take a
    shortcut (steps 1 through 4).

5. Highlight Unfiled or a folder name you
   edited, and press ⬤.

6. Highlight the header of the message, and
   press ⬤.

SCP-4500 (Qurak)-1   2000.6.5 13:53   Page 62

### Classifying Page/Text Messages

Your Sprint PCS Phone allows you to classify the received messages into 10 User-defined Folders. If new messages contain the same word as the folder name you set, they are stored into the folder. Each folder can store up to 200 messages.

**Adding a Folder:**

1. Highlight the header of the message, and press ⬤ to view the options.

2. Highlight Add Folder .

3. Press ⬤.

4. Select a folder name from the message, and press ⬤.

5. If you want the message to be filed into the folder automatically, highlight Yes and press ⬤.

6. Highlight the ringer type which alerts you to receive the message, and press ⬤.

**Creating a Folder:**

1. Press ◀ of the Navigation key.

2. Highlight Create Folder .

3. Press ⬤.

4. Enter a folder name.

5. Highlight Next Step .

6. Press ⬤.

7. If you want the message to be filed into the folder automatically, highlight Yes and press ⬤. Then Select the Ringer Type.

SCP-4500 (Qurak)-1   2000.6.5  13:33   Page 63

To edit/erase the folders:

1. Press ◄ of the Navigation key.

2. Highlight Edit Folder or Erase Folder.

3. Press OK.

4. Select the folder name.

5. Follow the phone's prompts.

► If you select **Erase Folder**, the messages within the folder are also deleted.

To move a Page/Text message into the other folder:

1. Highlight the message within unfiled or your defined folder, and press OK.

2. Press OK to view the options.

3. Highlight Move Message.

4. Press OK.

5. Highlight your desired folder name, and press OK.

## Managing your Page/Text Messages

Your Sprint PCS Phone can store up to 200 incoming text messages and numeric pages. Deleting old messages keeps memory space available for new messages. Erasing the message notification does not erase the messages. New messages are rejected if your phone's memory is full.



**Tip:**

Remember, it's time to delete old messages when the available memory falls below 25% of the total memory.

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 64

To extract a phone number e-mail or web address from a Page/Text message:

1. While reading a received message, press 🔘 to view the message option menu.

2. Highlight [Extract].

3. Press 🔘 .

4. Highlight [Phone#], [E-mail Address] or [Web Address].

5. Press 🔘 .

6. Highlight the appropriate number or address, and press 🔘 .

7. Highlight the optional feature you want, and press 🔘 .

To delete a Page/Text message:

1. Highlight the header of the messages, and press 🔘 to view the options.

2. Highlight [Erase Message].

3. Press 🔘 .

4. Highlight [Yes].

5. Press 🔘 .

   OR

1. Press ◄ of the Navigation key.

2. Highlight [Unfiled] or a folder name.

3. Press 🔘 .

4. Highlight [Erase Old Msgs].

5. Press 🔘 .

6. Highlight [Yes].

7. Press 🔘 to delete old received messages.

64                           Managing Messaging

# 9

# Using your
# Internal Phone Book

## In This Section

▶ Viewing Phone Numbers

▶ Saving New Entries

▶ Adding Multiple Phone Numbers/E-mail/Web Addresses to an Existing Entry

▶ Finding and Retrieving Numbers

▶ Erasing a Stored Phone Number

▶ Entering Secret Phone Numbers

▶ Changing Stored Phone Numbers, E-mail and Web Addresses

▶ Using Different Dialing Methods

▶ Storing Special Numbers into the Phone Book



Now you know the basics and you've learned the advanced features that can help make it easier to stay in touch with people and information. This section helps you make the most of your contacts and use your time more effectively when you're trying to connect with the important people in your life.

SCP-4500 (Qurak)-1   2000.6.5 13:53   Page 66

## Viewing Phone Numbers

In some cases where an Internal Phone Book entry is too long, the entire number does not show on the display screen. To view all the digits in a number (up to 32), follow these steps:

1. Recall an Internal Phone Book memory location.

2. Highlight Display Phone# .

3. Press .

**Tip:**
Save your memory locations 2-9 for speed dialing or your most commonly used phone numbers.

## Saving New Entries

Your Sprint PCS Phone can store up to 300 names and phone numbers. Each entry can contain up to 32 digits, with an associated name of up to 16 characters. Your phone automatically sorts the Internal Phone Book entries by alphabetical order.

Your Sprint PCS Phone also has capability of storing five 48-digit phone numbers (Long Phone numbers) within the above 300 phone numbers. If you enter more than 32 digits, it is necessary to enter a hard pause or 2-second pause between any 2 digits within 32 digits, or immediately after 32 digits. See also "Using the Pause Feature" on page 72.

SCP-4500 (Qurak)-1    2000.6.5 13:03    Page 67

10875

To **save numbers to your phone book**, follow these steps:

1. Enter the phone number you want to save.

2. Highlight Save .

3. Press ⬭ .

4. Highlight the appropriate label, and press ⬭ .

5. Enter a name to correspond with the phone number (up to 16 characters).

6. Highlight Next Step .

7. Press ⬭ .

OR

1. From the main menu, highlight Phone Book .

2. Press ⬭ .

3. Highlight Add New Entry .

4. Press ⬭ .

5. Enter a name. (See "Entering Information Using Keypad" on page 26)

6. Highlight Next Step .

7. Press ⬭ .

8. Enter the number, highlight Next Step , and press ⬭ .

9. Select the appropriate label.

SCP-4500 (Qurak)-1   2000.6.5 13:53   Page 68

## Adding Multiple Phone Numbers/E-mail/Web Addresses to an Existing Entry

**Tip:**

Your Sprint PCS Phone can also store up to 100 e-mail and 20 Web addresses. (up to 9 phone numbers or e-mail/web addresses can be assigned per entry.)

1. Select the entry you wish to add phone numbers/e-mail/web addresses to (See "Finding and Retrieving Numbers" for finding an existing entry).

2. Highlight Add Phone #, Add E-mail Addr or Add Web Address and press ⬤.

3. Enter the number or address, highlight Next Step and press ⬤.

4. Select the appropriate label for the phone number entry.

   E-mail and Web Address are labeled automatically.

## Finding and Retrieving Numbers

There are several ways to access numbers in your Internal Phone Book. Follow the steps outlined in the sections below. Make sure your phone is in Standby mode.

### Reviewing All Memory Locations

You can review all the numbers stored in your Internal Phone Book by name, phone number, e-mail and web address. Follow these simple steps:

1. From the main menu, highlight Phone Book.

2. Press ⬤.

3. Highlight Find Name.

4. Press ⬤.

► Press ► of the Navigation key for the shortcut (steps 1 through 4).

SCP-4500 (Qurak)-1  2000.6.5 13:53  Page 69

5. Use your Navigation key to scroll through the Phone Book entry list.

6. Select one of the appropriate number or address, and press .

7. Highlight your desired feature, and press .

### Finding a Number Using a Person's Name

To find a number by using a person's name:

1. Press ▶ of the Navigation key.

2. Enter the first letter of the name or part of a name (such as "ave" for "Dave") using multi-tap method.

3. Press .

If you enter a single letter, the display shows the first name in the list that begins with that letter.

### Finding a Number When you Know at Least Four Digits

You can search for a number in the Internal Phone Book even if all you can remember is four consecutive numbers from the phone number. Enter the four digits and highlight [Find], then press  in order and the phone lists all numbers with those four numbers consecutive. Press ▲ or ▼ of the Navigation key to scroll up or down through the list.

**Tip:**
You can use upper or lower case letters when you're searching for a name because the name search is not case sensitive.

Internal
Phone Book

9

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 70

## Erasing a Stored Phone Number

To erase a phone number from your Internal Phone Book:

1. Press ► of the Navigation key.

2. Scroll to the Internal Phone Book entry you want to erase.

3. Press ⬤ to see the details of the entry. Highlight Erase Entry.

4. Press ⬤ to confirm that you want to erase the memory.

5. Then, highlight Yes and press ⬤ to erase the memory location. "Phone Book Entry Erased" appears on the display to confirm that you have successfully deleted the entry.

## Entering Secret Phone Numbers

In order to enter an Internal Phone Book entry that is tagged **Secret**:

1. Select the entry number you want to tag "Secret".

2. Highlight Edit.

3. Press ⬤.

4. Highlight Set Secret.

5. Press ⬤.

6. Enter lock code.

7. Highlight Yes.

8. Press ⬤.

► For Non-Secret setting, select No at step 7.

SCP-4500 (Qurak)-1   2000.6.5 13:53   Page 71

## Changing Stored Phone Numbers, E-mail and Web Addresses

You can change the phone number, address and name of any phone number stored in your Internal Phone Book.

To change a number:

1. Press ▶ of the Navigation key.

2. Scroll to the Internal Phone Book entry you want to edit by pressing ▲ or ▼ of the Navigation key.

3. Press ⬤ to see the details of the entry.

4. Highlight [Edit].

5. Press ⬤.

6. Highlight the feature you've already stored ([Phone#], [E-mail Address], [Web Address] or [Name]), and press ⬤.

7. Select the entry you wish to edit.

8. Use ⬤ and the digit keys to edit the phone number, address or name.

9. Move the cursor forward using the ⬤ or Navigation keys when entering numbers and letters when entering text.

10. Press ⬤ when you are finished editing the entry.

When you are finished making all your changes, a confirmation message appears on your screen.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 72

## Storing Special Numbers in the Phone Book

### Using the Pause Feature

Generally, when you call an automated system, like voicemail boxes or credit card calling, you are required to enter a password or calling card number. Rather than entering the numbers manually each time, you can store the numbers in your Internal Phone Book, separated by special characters, called pauses.

### Using Two Different Types of Pauses

There are two different types of pauses that you can use when storing a number in your Internal Phone Book.

► **Timed pauses** wait two seconds before sending the next string of digits.

► **Hard pauses** cause the phone to stop dialing until you press 🔘 after selecting **Send Tone**.

To insert pauses into a number:

1. Enter the number you want to dial.

2. Highlight:

   ► Hard Pause for a hard pause

   ► 2-Second Pause for a timed pause

   ► Hyphen for a hyphen (see following section)

3. Press 🔘 to insert a pause or manual hyphen.

4. Finish entering the rest of the numbers, then dial or save the entered number.

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 73

## Using Hyphens

You can add hyphens to your Internal Phone Book numbers, however, they are mainly for show. You can insert hyphens manually where you like, or choose automatic hyphenation which inserts hyphens according to the North American Numbering Plan. Entering a manual hyphen suspends any automatic hyphenation for that number.

## Prepend Dialing

Prepend dialing allows you to alter a phone number in your Phone Book by adding additional numbers. For example, if your Internal Phone Book entry was entered without an area code and you are out of town, you can prepend that entry with the appropriate area code.

1. Select the Phone Book entry or call history using one of the previously described methods.

2. Highlight Prepend.

3. Press ___.

4. Enter the digits you wish to prepend.

5. Press TALK or SPEAKER.

   or

   Highlight Call or Call:Speaker On, and press ___.

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 74

### Using Speed Dial

Your phone lets you dial numbers saved in your Internal Phone Book by pressing fewer keys. See page 40 for details.

### To use Speed Dial:

1. Press the keys that correspond to the speed dial number (2-9).
2. Press [×].

### Abbreviated Dialing

Abbreviated Dialing is another form of speed dialing. If the last four digits you entered do not match any entry's phone number in your phone book, the four digits are prepended with the digits specified by you and a call to the prepended number is initiated without further input.

1. Dial the last four digits of a Phone Book entry's phone number.
2. Highlight [Abbrev. Dial].
3. Press [OK] (or [TALK]/[START]).

To activate this feature:

1. From the main menu, highlight [Setup].
2. Press [OK].
3. Highlight [Abbrev. Dial].
4. Press [OK].
5. Highlight [Edit].
6. Press [OK].
7. Enter a string of digits (up to six).
8. Highlight [Save], and press [×].

74                    Using your Internal Phone Book

SCP-4500 (Qurak)-1  2000.6.5 13:33  Page 75

## 10

# Changing your Phone's Display

### In This Section

➤ **Changing the Menu Language**

➤ **Changing the Backlight Time Length**

➤ **Changing the Contrast Setting**

➤ **Changing your Standby Mode Display Banner**

This section describes how you can change your phone's display to best suit your viewing requirements. Every function and feature is displayed through your phone's menu. Take a few moments to review these options and adjust or add settings that are right for you.



SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 76

## Changing the Menu Language

When you first turn on your phone, the menus are displayed in English. To change the menu language to Spanish, follow these steps:

1. From the main menu, highlight [Setup].

2. Press [ OK ].

3. Highlight [Language].

4. Press [ OK ].

5. Highlight [Español].

6. Press [ OK ].

## Changing the Backlight Time Length

Backlight lets you choose how long the display screen and keypad are backlit after any key press is made. To change the backlight setting:

1. From the main menu, highlight [Display].

2. Press [ OK ].

3. Highlight [Backlight].

4. Press [ OK ].

5. Highlight your desired time length, and press [ OK ].

SCP-4500 (Qurak)-1  2000.6.5 13:33  Page 77

## Changing the Contrast Setting

Contrast lets you choose the shades of the display screen. To change the contrast setting:

1. From the main menu, highlight Display.

2. Press ⬤.

3. Highlight Contrast.

4. Press ⬤.

5. Highlight your desired setting, and press ⬤.

## Changing your Standby Mode Display Banner

The banner lets you customize the 16 characters of text displayed on the first line of your phone's display screen in Standby mode. You can create or change your banner by:

1. From the main menu, highlight Display.

2. Press ⬤.

3. Highlight Greeting.

4. Press ⬤.

5. Highlight Change.

6. Press ⬤.

7. Pressing ⬤.

8. Entering characters. (See "Entering Information Using Keypad" page 26 for details).

9. Highlight Save.

10. Press ⬤.

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 78

78                          Changing your Phone's Display

SCP-4500 (Qurak)-1   2000.6.5 13:53   Page 79

# 11

# Setting your Phone's Security

## In This Section

▶ Locking the Keypad

▶ Unlocking the Keypad

▶ Locking your Phone

▶ Unlocking your Phone

▶ Restricting your Calls

▶ Changing your Keypad Lock Code

▶ Storing Special Numbers

▶ Erasing the Entire Internal Phone Book

▶ Resetting your Phone

▶ Resetting and Locking your Phone through SMS

▶ Changing the Passcode

By using the security setting on your Sprint PCS Phone™, you receive peace of mind without sacrificing flexibility. With several options available, you can customize your phone to meet your personal needs.

SCP-4500 (Qurak)-1  2000.6.5 13:33  Page 80

108888

**Tip:**

Don't forget, to receive an incoming call while your keypad is locked, press ⬤ , ⬤ or ⬤ to answer the call and unlock the keypad. Once you end the call, keyguard automatically reactivates.

**Tip:**

You must enter your lock code to view the security menu.

Typical default values are either the last 4 digits of your phone number or 0000.

If you forget your lock code, take your phone to the nearest Sprint PCS Center.

## Locking the Keypad

Locking the keypad helps avoid accidental key presses without blocking incoming calls or messages. This feature can only be activated when your phone is in Standby mode.

To lock your keypad:

1. From the main menu, highlight KeyGuard.

2. Press ⬤ .

## Unlocking the Keypad

1. Press and hold ⬤ for two seconds.

## Locking your Phone

When your phone is locked, you can only make emergency calls (9-1-1, ⬤ ⬤ and your user-specified Special Numbers) or receive incoming calls. All other functions of the phone are disabled.

To lock the phone:

1. Highlight Security.

2. Press ⬤ .

3. Enter lock code.

4. Highlight Lock Phone.

5. Press ⬤ .

6. Depending on your preference, highlight either Lock Now or On Power-Up and press ⬤ .

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 81

## Unlocking your Phone

1. Highlight Unlock Phone .

2. Press 🔳 .

3. Enter lock code.

## Restricting your Calls

You can limit your outgoing calls to emergency numbers, Sprint PCS Customer Care and the numbers in your Internal Phone Book. You may answer incoming calls and view or dial the Internal Phone Book numbers, but you cannot erase, add or edit any numbers.

To restrict your calls:

1. Press 🔳 in the **Security** menu.

2. Enter a four-digit lock code. This code is typically 0000 or the last four digits of your phone number.

3. Highlight Limit Use .

4. Press 🔳 .

5. Highlight Outgoing or Incoming .

6. Press 🔳 .

The options on this setting are "Allow All", "Phone Book Only" or "Special #s Only".

To deactivate restrict calls:

1. Highlight Off at the step 5 above.

2. Press 🔳 .



**Tip:**
Emergency calls (9-1-1, 🔳 🔳) can still be made in this state.

SCP-4500 (Qurak)-1   2000.6.5 13:33  Page 82

## Changing your Lock Code

You can enter a personal lock code and then change it as often as you like. To enter a new lock code:

1. Press ⬤ in the **Security** menu.

2. Enter a four-digit lock code. This code is typically 0000 or the last four digits of your phone number.

3. Highlight Change Lock.

4. Press ⬤.

5. Enter new lock code.

6. Re-enter your new code.

   If you've changed your lock code and forgotten what you changed it to, call Sprint PCS Customer Care for assistance. (See page 13 for number).

## Storing Special Numbers

This feature allows you to store three important phone numbers that you would like access to even if your phone is locked.

To add a phone number to your Special Numbers:

1. Highlight Security.

2. Press ⬤.

3. Enter lock code.

4. Highlight Special #s.

5. Press ⬤.

6. Highlight the entry number where you would like to store the number and press ⬤.

7. Enter the phone number.

8. Highlight Save.

9. Press ⬤.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 83

## Erasing the Entire Internal Phone Book

1. Highlight Security.
2. Press [OK].
3. Enter lock code.
4. Highlight Erase PhoneBook.
5. Press [OK].
6. If you're sure you want to erase your phone book, highlight Yes and press [OK].

## Resetting your Phone

Resetting your Sprint PCS Phone will restore all the factory defaults, including ringer types, display settings, etc. However, your Call History, Internal Phone Book and Messages will not be affected.

1. From the main menu, highlight Security.
2. Press [OK].
3. Enter lock code.
4. From the security menu, highlight Reset Phone.
5. Press [OK].
6. If you're sure you want to reset your phone, highlight Yes and press [OK].

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 84

10892

**Tip:**

There is a help menu for "Found Me" Instruction.

## Resetting and Locking your Phone through SMS

When your phone is lost or stolen, you can erase your important personal information (such as phone book entries, call history and messages) and lock your phone by sending a special formatted SMS message to your phone. Send the following format from your computer:

\\RESET ✱ ✱ <Passcode> ✱ ✱ RESET

► <Passcode> – your defined passcode. Default Passcode is 11-digit ESN (Electronic Serial Number) which is described on the package or phone itself.

The locked phone will display the following message:

"If found, please call Sprint PCS Customer Care at 1-888-217-4727".

To activate this feature, following presetting is required:

1. From the main menu, highlight Security .
2. Press  .
3. Enter lock code.
4. Highlight Found Me .
5. Press  .
6. Highlight Reset/Lock .
7. Press  .
8. Highlight Enable .
9. Press  .

► To unlock the phone locked through SMS when you get back your phone, bring the phone to Sprint PCS Retail Store.

84                    **Setting your Phone's Security**

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 85

## Changing the Passcode

To change the passcode for the special formatted SMS messages:

1. From the main menu, highlight Security.

2. Press ⬤.

3. Enter lock code.

4. Highlight Found Me.

5. Press ⬤.

6. Highlight Change Passcode.

7. Press ⬤.

8. Enter new passcode (11 digits).

9. Re-enter your code and your new code will be saved.



SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 86

86                          Setting your Phone's Security

SCP-4500 (Qurak)-1  2000.6.5 13:33  Page 87

## 12

# Personal Information Management

### In This Section

► Managing Phone Book

► Managing Schedules

► Setting Environment

► Using Voice Memo

► Using Voice Dial

► Using Voice Ringer

► Using Voice Prompt

► Playing Games

► Using the Calculator

Your Sprint PCS Phone™ has been equipped with several personal information management features to help you manage your busy lifestyle. These features turn your phone into a time management planner that helps you keep up with your contacts, schedules and commitments. It takes productivity to a whole new level.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 88

## Managing Phone Book

See "Internal Phone Book" on page 65.

## Managing Schedules

### Calendar

**Tip:**
In Analog mode or No Service area, it's necessary to set actual time and date to use Calendar function.

Use the Calendar to remind you of events or important calls you need to make. You can schedule up to 100 events, 15 Call Alarms and 20 To-Do Items.

### Adding Events

1. From the main menu, highlight Calendar .

2. Press .

3. Highlight the day you want to add an event to using the Navigation key (◄ previous day, ► next day, ▲ previous week, ▼ next week), and press .

4. Highlight Add Event .

5. Press .

6. Highlight Event .

7. Press .

**Tip:**
If you have To-Do memory, you can extract the description from them. Highlight From To Do List and press , then select desired one and press .

8. Enter a description and highlight Next Step .

9. Press .

10. Enter the time and date using your keypad. (To toggle between AM and PM, highlight AM/PM and press .)

11. To schedule the event, highlight Save .

12. Press .

SCP-4500 (Qurak)-1   2000.6.5 13:53   Page 89

To further edit the event, follow these options:

▶ **Set Location** Editing the location of your event.

▶ **Edit Alarm** Entering the number of hours or minutes before the event starts. Highlight Beep or Voice Alarm, and press ⬤. If you do not want to be reminded, select No Alarm.

▶ **Edit Repeat** Repeating the event. Select Daily, Weekly, Monthly, Yearly or None.

▶ **Edit End Time** Scheduling an end time. Enter the time and date.

## Notifying Events

When an event alarm is scheduled, the information is displayed.

**1.** Press ⬤ to select an option.

**2.** Highlight it, and press ⬤.

Options:

▶ **OK** Returns to the main menu.

▶ **Snooze** Notifies again after 10 minutes.

▶ **View Details** Returns to the display of detailed information.

▶ **Erase** Deletes the event, even if it is a repeating event.

▶ **Edit Time/Date** Lets you edit the time and date of the event.

**Tip:**
Default alarm times are 10 minutes.



**Tip:**
Event Alarm cannot sound if your phone is turned off, in Analog mode/No Service area or during a call.

Missed Alarm notification is displayed at the time when the phone returns to each appropriate situation.

SCP-4500 (Qurak)-1  2000.6.5 13:33  Page 90

**Tip:**

You can also add a Call Alarm from the Phone Book menu. Select Call Alarm after selected the entry phone number to skip to the Step 9.

## Adding Call Alarms From the Calendar

Scheduling a Call Alarm lets you remind yourself to make an important call by displaying a notice.

To add a Call Alarm from the Calendar, follow these steps:

1. From the main menu, highlight Calendar.

2. Press OK.

3. Highlight the day you want to schedule a Call Alarm, and press OK.

4. Highlight Add Event.

5. Press OK.

6. Highlight Call Alarm.

7. Press OK.

8. Highlight the Phone Book entry by selecting From Phone Book, or highlight Voicemail and press OK.
   or
   Enter the phone number directly.

9. Highlight Next Step.

10. Press OK.

11. Enter the time and date. (To toggle between AM and PM, highlight AM/PM and press OK. To repeat the alarm, highlight Edit Repeat and press OK.)

12. Highlight Save.

13. Press OK.

SCP-4500 (Qurak)-1  2000.6.5 13:53  Page 91

### Notifying Call Alarm

If your phone is turned on when a Call Alarm is scheduled, the phone displays the time and date of the alarm and the Phone Book entry name or phone number.

1. Press  to select an option.

2. Highlight it, and press  .

Options:

► **Call** Lets you place a call.

► **Call: Speaker On** Lets you place a call with setting the speaker phone mode to on.

► **Snooze** Notifies again after 10 minutes.

► **View Details** Returns to the previous display.

► **Alternate #s** When you stored some other numbers into the same entry in Phone Book, enables to alternate it.

   or

   **Save Phone #** Stores the number into Phone Book.

► **Erase** Deletes the alarm.

► **Edit Time/Date** Lets you reschedule the time and date of the alarm.

► **Exit** Returns to the main menu.

**Tip:**
Call Alarm cannot sound if your phone is turned off, in Analog mode/No Service area or during a call.

Missed Alarm notification is displayed at the time when the phone returns to each appropriate situation.

Personal Information 12

SCP-4500 (Qurak)-1   2000.6.5 13:43  Page 92

**Viewing Events and Call Alarms**

1. From the main menu, highlight
   Calendar.

2. Press ⬤. Then, a " ✳ " is displayed next
   to the date if an event or call alarm is
   scheduled.

3. To view an individual day, highlight the
   day by pressing ◄ or ► of the Navigation
   key and press ⬤.

   ► Highlight View Week to return to the
   week display.

4. Highlight an event description, and press
   ⬤.

5. Press ⬤ to display event options. (See
   "Editing Events" on page 93.)

To view a future or past day's scheduled
events, follow these steps:

1. From the main menu, highlight
   Calendar.

2. Press ⬤.

3. Press ⬤ to display the Calendar menu.

4. Highlight Go To Date.

5. Press ⬤.

6. Enter the date using your keypad.

7. Highlight Go and press ⬤. Press
   ⬤ again to view the day's events.

**Tip:**

Events are displayed in
chronological order.

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 93

### Editing Events

1. Display the event you want to edit, and press ⬛.

2. Highlight an option and press ⬛.

Options:

- ► **Erase** Deletes the event.
- ► **Edit** Edits the event description and time/date.
- ► **Next** Displays the next scheduled event or Call Alarm for the selected day.
- ► **Previous** Displays the previous scheduled event or Call Alarm for the selected day.
- ► **Exit** Returns to previous display.

### Editing Call Alarms

1. Highlight the alarm to edit, and press ⬛. The time, date and phone number (or Phone Book entry) are displayed with the options.

2. Press ⬛ to select an option.

3. Highlight your desired option, and press ⬛.

Options:

- ► **Erase** Deletes the Call Alarm.
- ► **Edit** Edits the phone number and time/date.
- ► **Next** Displays the next scheduled event or Call Alarm for the selected day.
- ► **Previous** Displays the previous scheduled event or Call Alarm for the selected day.
- ► **Exit** Returns to the previous display.



SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 94

## Adding To-Do's

To add an entry to your To-Do List, follow these steps:

1. From the main menu, highlight Calendar.

2. Press ⬛.

3. Press ⬛ again to display the Calendar menu.

4. Highlight To Do List.

5. Press ⬛.

6. Highlight Add Item.

7. Press ⬛.

8. Enter a description.

9. Highlight Next Step and press ⬛.

10. Highlight Normal, !Urgent or √Done.

11. Press ⬛ to edit priority.

SCP-4500 (Qurak)-1   2000.6.5 13:53   Page 95

## Viewing To-Do's

To view your To-Do List, follow these steps:

1. From the main menu, highlight Calendar.

2. Press .

3. Press again to display the Calendar menu.

4. Highlight To Do List.

5. Press .

## Editing To-Do's

1. Highlight the To-Do to edit, and press .

2. Press to select an option.

3. Highlight an option and press .

Options:

► **Erase** Deletes the To-Do.

► **Edit** Edits the To-Do's priority or identifies it as Done (✓) and Urgent (!) and the To-Do's description.

► **Add To Schedule** Removes the To-Do from the To-Do List and makes it a scheduled event.

► **Next** Displays the next scheduled To-Do.

► **Previous** Displays the previous scheduled To-Do.

► **Exit** Returns to the previous display.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 96

## Viewing Calendar, Call Alarm and To-Do Memory

To view memory space, follow these steps:

1. From the main menu, highlight Calendar .

2. Press .

3. Press to display the Calendar menu.

4. Highlight View Memory .

5. Press .

6. Highlight Schedule , Call Alarm or To Do List .

7. Press .

## Erasing Multiple Events, Call Alarms or To-Do's

To erase old Events, Call Alarms and To-Do's, follow these steps:

1. From the main menu, highlight Calendar .

2. Press .

3. Press to display the Calendar menu.

4. Highlight Erase Memory .

5. Press .

6. Highlight Erase Old .

   ► To erase all Events, Call Alarms and To-Do's, highlight Erase All .

7. Press .

8. Highlight Yes .

9. Press .

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 97

## Setting Environment

This feature provides you with a convenient method of setting volume and backlight of the display depends on the environments as Normal, Silent, Meeting, Outside or Custom.

1. From the main menu, highlight [Environment].

2. Press 🔘 .

3. Highlight the appropriate environment ([Normal], [Silent], [Meeting], [Outside] or [Custom]) and press 🔘 .

4. Highlight [Set].

5. Press 🔘 .

### Editing the Environment Setting

To change the default sounds or backlight setting of each environment except "Normal":

1. Select an environment except "Normal".

2. Highlight [Edit].

3. Press 🔘 .

4. Highlight the desired feature ([Ringer/Key Vol], [Ringer Type], [Alerts] or [Backlight]) and press 🔘 .

5. Select the desired setting using your Navigation key scroll through the list of each setting, and press 🔘 .

### Tip:

Once you have set the sounds or backlight for the environment except "Normal", the environment title is shown as banner on the standby mode display.

If you change the setting afterwards, "✳" is marked with the banner.



SCP-4500 (Qurak)-1   2000.6.5 13:53   Page 98

► If you choose [Custom] on the step 1, you can also change the title. Follow these steps.

1. Highlight [Edit].

2. Press ⬤⬤.

3. Highlight [Edit Title].

4. Press ⬤⬤.

5. Enter the title, then highlight [Save] and press ⬤⬤.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 99

## Using Voice Memo

Voice Memo allows you to record a caller's voice while talking and yours in Standby mode instead of taking notes.

Your Sprint PCS Phone is capable of storing up to 10 memos for 30 seconds each. When the memory is full, a warning message will be displayed, prompting you to erase an old memo.

### Recording Memos

1. From the main menu, highlight Voice Service.

2. Press [OK].

3. Highlight Voice Memo.

4. Press [OK].

5. Highlight Memo Record.

6. Press [OK].

7. Press [OK] again for start, and follow the system prompts.

▶ For the shortcut to start recording memos, press and hold [TALK] instead of using above steps. [TALK] is also available when the phone is in Standby mode.

**Tip:**
Voice Memo does not work while talking in analog mode or replay while talking.

**Tip:**
Voice Memo is stored with the date and time stamp except when it's recorded in Analog or No Service area.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 100

**Tip:**

The voice memo play list is organized in reverse chronological order.

### Replaying a Memo

1. From the main menu, highlight Voice Service .

2. Press ⬤.

3. Highlight Voice Memo .

4. Press ⬤.

5. Highlight Play or Play Speaker (Speaker Phone mode setting).

6. Press ⬤.

7. Highlight the memo number you want to listen to, and press ⬤.

### Erasing Recorded Voice Memo

To erase an individual Voice Memo:

1. After playing a Voice Memo.

2. Highlight Erase .

3. Press ⬤.

4. Highlight Yes .

5. Press ⬤.

To erase all Voice Memos:

1. From the main menu, highlight Voice Service .

2. Press ⬤.

3. Highlight Voice Memo .

4. Press ⬤.

5. Highlight Erase All Memos .

6. Press ⬤.

7. Highlight Yes .

8. Press ⬤.

SCP-4500 (Qurak)-1   2000.6.5  13.33   Page 101

## Using Voice Dial

When on the Sprint PCS Network, you can call up to 30 stored entries by speaking the name into the microphone of the handset. Using the Voice Dial option requires that you first train the phone to recognize the name of the person you are calling.

### Tips on Recording Names

► Avoid recording similar names phonetically. If you record a similar name to one that is already in memory, the phone requests another name.

► Avoid recording in a noisy place.

► Speak clearly and naturally.

► The person who will use the phone should record the name.

► Avoid very long or very short names. Names with two to five syllables are recommended.

► If a voice dial entry does not properly connect, you may need to record the name and number again.



SCP-4500 (Qurak)-1    2000.6.5 13:33    Page 102

**Tip:**

Speakerphone, Headset or Handsfree Car Kit microphones are not workable for Voice Dial programming.

### Programming the Phone for Voice Dial

Programming your Sprint PCS Phone for Voice Dial is easy. The phone provides voice prompts (when "Voice Prompt" on page 106 is set to ON) and screen displays to guide you through the recording process.

To program the phone for Voice Dial:

1. From the main menu, highlight Voice Service.

2. Press ⬛.

3. Highlight Voice Dial.

4. Press ⬛.

5. Highlight Program.

6. Press ⬛. The phone will prompt you to say the name you want to program.

7. Wait for the beep and then say the name.

8. Respond to the prompt by repeating the name after the beep.

9. To store the phone number,

   Enter the phone number directly, highlight Next Step and press ⬛.

   If you want to store the name, enter it and press ⬛. Then highlight Save, and press ⬛.

   or

   Highlight the desired Phone Book entry by selecting From Phone Book, highlight Save and press ⬛.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 103

## Placing a Call Using Voice Dial

1. Press [TALK] or [SPEAKER].

2. At the prompt, say the name into the phone in four seconds.

► The phone places the call if it recognizes the name.

► If the phone does not recognize the name, it prompts for the name again.

► If the phone is unable to recognize the name after two attempts, the following message displays: "Cannot recognize name." The phone returns to Standby mode automatically, and you can try the call again later.

► Avoid using Voice Dial in noisy places.

## Reviewing Voice Dial Entries

1. From the main menu, highlight Voice Service .

2. Press [OK] .

3. Highlight Voice Dial .

4. Press [OK] .

5. Highlight Review or Review Speaker .

6. Press [OK] .

7. Highlight the desired entry, and press [OK] . The recorded names play audibly.

8. Press [CLR] to return to the previous screen.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 104

### Erasing Voice Dial Entries

To erase an individual Voice Dial entry:

1. Highlight the desired entry (See previous "Reviewing Voice Dial Entries" section), and press [OK].
2. Highlight [Erase].
3. Press [OK].
4. Highlight [Yes].
5. Press [OK].

To erase all Voice Dialing entries:

1. From the main menu, highlight [Voice Service].
2. Press [OK].
3. Highlight [Voice Dial].
4. Press [OK].
5. Highlight [Erase All].
6. Press [OK].
7. Highlight [Yes].
8. Press [OK].

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 105

## Using Voice Ringer

Your Sprint PCS Phone allows you to set the voice prompt (instead of sound) for ringer which is heard when you receive an incoming call or new message. To activate this feature:

1. From the main menu, highlight Voice Service.

2. Press OK.

3. Highlight Voice Ringer.

4. Press OK.

5. Highlight Voice Calls or Messages depending on your preference to set the Voice Ringer for incoming calls or new text messages.

6. Press OK.

► When you have a call from the person whose name is stored in the Voice Dial function, your recorded voice (caller's name) is heard, for example, "Call from XXX".

7. Highlight On.

8. Press OK.

### Tips:

"Voice Ringer" does not apply to the following cases.

► When Ringer Volume is set to off or vibrate.

► When Ringer Type is set to vibrate or None.

► When the phone is in analog mode.

► While talking in digital mode.



Personal information 12

SCP-4500 (Qurak)-1   2000.6.5 13:03   Page 106

## Using Voice Prompt

At the following four features your Sprint PCS Phone allows you to hear the voice prompts (Default Setting is On):

Voice Alarm (See "Edit Alarm" on page 89), Auto Answering, Voice Memo and Voice Dial.

To deactivate this feature:

1. From the main menu, highlight Voice Service.

2. Press OK.

3. Highlight Voice Prompt.

4. Press OK.

5. Highlight Off.

6. Press OK.

SCP-4500 (Qurak)-1   2000.6.5 13:53   Page 107

## Playing Games

### Crab Catch Game:

1. From the main menu, highlight Special .

2. Press ⬛.

3. Highlight Game .

4. Press ⬛.

5. Select On or Off for the backlight of the display, and press ⬛.

6. Highlight Crab Catch .

7. Press ⬛ to start.

▶ Press ◀ or ▶ of the Navigation key (or use ⬛ or ⬛ ) to move the crab to left or right to catch apples into the crab's claw.

▶ The game is over when three apples are not caught with the crab claw.

8. To end the game, press ⬛.

### Slot Machine Game:

1. At the step 6 above, highlight Slot Machine .

2. Press ⬛.

3. Select how many coin(s) you bet by pressing ⬛, ⬛ or ⬛.

It decides the line(s) that the same numbers/marks should be in.

▶ 1 coin: Middle line only.

▶ 3 coins: Upper, Middle or Lower line.

▶ 5 coins: Upper, Middle, Lower or Diagonal lines.



Personal Information 12

SCP-4500 (Qurak)-1   2000.6.5  13:33   Page 108

4. To start the slot, press ⬤.

5. To stop the slot, press ⬤ again or leave it for five seconds.

► If you win/lose, your coins increase/decrease.

► If you have lost all coins, the game is over. You can continue the game by pressing ⬤ (Yes) from default amount.

6. To end the game, press ⬤.

## Using the calculator

Your phone comes with a built-in calculator function. To use this tool, follow these easy steps:

1. From the main menu, highlight Special.

2. Press ⬤.

3. Highlight Calculator.

4. Press ⬤.

► For addition, press ▲

► For subtraction, press ▼

► For multiplication, press ◄

► For division, press ►

► For decimal, press ⬤

► To clear the numbers, press ⬤

► To end calculation, press ⬤

SCP-4500 (Qurak)-1   2000.6.5 13:33  Page 109

## 13

# Experiencing Sprint PCS Wireless Web℠

**In this Section**

➤ The Sprint PCS Wireless Web Browser

➤ Launching the Sprint PCS Wireless Web Browser

➤ Navigating the Sprint PCS Wireless Web

➤ Using Special Features Within the Sprint PCS Wireless Web

➤ Setting up a Sprint PCS Wireless Web Connection

➤ Accessing Sprint PCS Wireless Web Updates



By now you've discovered the great features that come with your Sprint PCS Phone™. Now it's time to experience the Sprint PCS Wireless Web. Let the adventure begin.

SCP-4500 (Qurak)-1   2000.6.5 13.33   Page 110

## The Sprint PCS Wireless Web Browser

**Note:**

Sprint PCS Wireless Web service will not work when roaming off the Sprint PCS Nationwide Network and may not be available in select Affiliate areas.

Your phone comes equipped with a MiniBrowser, which allows you to access up-to-the-minute information through the Sprint PCS Wireless Web.

You can view specially-designed text versions of popular Internet sites including Yahoo!®, CNN.com℠, The Weather Channel®and more. Browsing the wireless Internet using your phone is different than using a home computer. Site providers select the most critical aspects of their site and present it in text format.

Whenever you launch the Sprint PCS Wireless Web Browser, your phone automatically connects to the Wireless Internet through the Sprint PCS Wireless Web and a 📞 appears on the display. Service charges vary depending on your service option.

If you have not signed up for the Sprint PCS Wireless Web option, visit our web site at www.sprintpcs.com or call Customer Care for details.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 111

The Sprint PCS Wireless Web Browser ends a connection after a certain period of network inactivity and automatically reconnects as necessary. For this reason, you may find that you are billed for several network connections within a single session. This is normal and is designed to minimize costs.

Every time you launch the Sprint PCS Wireless Web Browser, a message on your display screen reminds you that you are billed for the connection time.

**To disable the reminder:**

1. From the main menu, select Setup.

2. Highlight Web Guard.

3. Press ⬤.

4. Highlight Prompt.

5. Press ⬤.

6. Select None to disable the reminder.

**Tip:**

Remember, anytime you see ☎ on your display, your phone is connected to the Sprint PCS Nationwide Network and you are billed accordingly.



SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 112

## Launching the Sprint PCS Wireless Web Browser Session

There is a certain security setup process that you go through the first time you launch the Sprint PCS Wireless Web Browser. Please follow the on-screen prompts and wait 3-6 minutes to complete the security setup process.

To launch the Sprint PCS Wireless Web Browser:

1. From the main menu, highlight Wireless Web.

2. Press OK.

   A reminder of the charge appears.

3. Select Yes. After a few moments, you are connected directly to your Home Page.

**Tip:**

If the "Prompt To start" or "Prompt Both" option is set in the MiniBrowser Setup, you are prompted whether or not you want to start the browser call.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 113

Here is an example of a home page:*

```
1 Email
2 Contacts
3 Calendar
4 To Do's
5 Bookmarks
6 Web Sites
7 Settings
8 Help
OK        Inbox
```

*Subject to change

### Ending the Sprint PCS Wireless Web Browser Session

To end a Sprint PCS Wireless Web Browser session:

▶ **From the home page,** press  to exit the MiniBrowser and return your phone to Standby mode.

OR

▶ **From anywhere in the browser,** at any time, press  and your phone exits the MiniBrowser and returns to Standby mode. Exiting this way saves the URL (web site location) that you were using last.

**Tip:**
If the "Prompt To exit" or "Prompt Both" option is set in the MiniBrowser Setup, you are prompted whether or not you want to end the browser call.



Sprint PCS Wireless Web
13

SCP-4500 (Qurak)-1   2000.6.5  13:33   Page 114

## Navigating the Sprint PCS Wireless Web

While using the Sprint PCS Wireless Web Browser, you will find that on-screen items may be presented in one of the following ways:

▶ Numbered options (some options may not be numbered)

▶ Hyperlinks (embedded in content)

▶ Text or numeric input

▶ Simple text

Use the soft keys on the bottom line of the display to choose the options or links. You can use these keys by highlighting using Navigation key and pressing ▬▬ .

SCP-4500 (Qurak)-1    2000.6.5 13:53    Page 115

## Knowing your Navigation Keys

The following keys allow you to navigate the Sprint PCS Wireless Web:

► **Scrolling up/down by item** You can use ⊙ to scroll through contents when a page does not fit on one screen and to move the cursor. The selected item is indicated by a > cursor or highlighted on the screen.

► **Scrolling up/down by page** Use Vol key ⊙ or ⊙ to scroll through information a page at a time rather than a line at a time.

► **Back to previous page** When you're viewing a web page and want to go back to a previous page, press ▣. Highlighting "Home" of the soft key, and press ▣ (or from the Browser menu, select "Home" then press ▣) to return you to the Home Page.

► **Clearing out text/number entered** When you need to clear the last number, letter or symbol entered, press ▣. To completely clear the field, press and hold ▣.

► **Selecting and activating items using soft keys and/or digits** If the items on a page are numbered, you can use your keypad (number keys) to select an item, or you can select the items by moving the cursor and selecting the appropriate soft key.

► Using your browser to return to the home page, add a site to your bookmarks, clear the cache, etc.



Sprint PCS Wireless Web 13

SCP-4500 (Qurak)-1   2000.6.5 13.33   Page 116

Soft keys help you navigate to different screens or select special functions. They appear on the bottom screen of your phone's display. The function of soft keys can change with each page and also depend on each highlighted item.

► Press ⬤ — The left soft key is used primarily for selecting the highlighted item but its function can change.

► Highlight the right key moving Navigation key to the right, and press ⬤ — The right soft key is used primarily for secondary options or a menu of secondary options.

**Entering text, numbers or symbols** Each time you're prompted to enter text, the current text entry method displays the mostly right soft key as ALPHA, NUM, SYM or WORD.

To change the input mode:

1. Select the softkey of the desired mode by pressing the current text entry mode key.

2. Press ⬤.

**Tip:**
You can shift the way of entering letters to upper/lower case by pressing ⬤ (if available).

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 117

## Using Special Features within the Sprint PCS Wireless Web

### Using Links

Links allow you to jump to a different page or a different site. They even allow you to initiate a phone call from some sites. Links are represented by [Link]. You can normally use the left soft key to select a link when it's highlighted.

### Making a Phone Call from the Sprint PCS Wireless Web Browser

There are some sites that allow you to make a phone call from the Sprint PCS Wireless Web Browser. The phone number may be highlighted and the left soft key appears as "Call." In most cases, press $\boxed{\text{TALK}}$ to call the number. When making a call from the Sprint PCS Wireless Web Browser, the following takes place:

► When you first make the call, the Sprint PCS Wireless Web Browser connection is automatically terminated.

► After you end the call, your phone will return to the screen from which you initiated the call.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 118

### Creating a Bookmark

Bookmarks tag individual pages for easy access at a later time. Bookmarks save time by reducing the number of steps it takes to access a desired site.

1. Go to the page you want to mark.

2. Select "Help" or "Mark".

3. Select "Mark Site" or "Mark".

4. When a page has a title, it is automatically used for the name of the bookmark. If you want, you can change the name.

5. Select **Save** to save the name and add the page to your list of bookmarks. A message appears confirming the bookmark was added to the list.

6. Select **OK** to return to the screen that you marked and resume navigation within the Sprint PCS Wireless Web Browser.

► The new bookmark is added to the bottom of your bookmark list.

SCP-4500 (Qurak)-1  2000.6.5 13:33  Page 119

### Finding a Bookmark

1. From the home page, select **Bookmarks**.

2. Choose the bookmark you want. Press the number associated with the bookmark in the bookmark list.

### Deleting a Bookmark

1. From the bookmark list, scroll to the bookmark you want to delete.

2. Select "Menu" of the soft key, and press .

3. Select "Delete", and press .

4. A message displays prompting you to confirm.

5. Select "Yes", and press  to delete the bookmark.

SCP-4500 (Qurak)-1  2000.6.5 13:33  Page 120

## Setting up the Sprint PCS Wireless Web Connection

**Tip:**

You will not need to install the Sprint PCS Dialer for Palm or HPC/Wince.

### Getting Started

Your wireless Internet-ready Sprint PCS Phone allows you to connect to a laptop PC, handheld or palm-sized computing device to send and receive e-mail, access the Internet or your company's network and more, without searching for a wall-mounted telephone jack. In just three steps, you can use your connectivity:

1. First, you'll need a Sprint PCS Wireless Web™ Connection Kit (sold separately).

2. Connect your laptop PC to your Sprint PCS Phone by using the serial data cable. The cable adapter will connect to a handheld or palm-sized computing device.

3. Finally, take a few minutes to install the Sprint PCS Dialer℠ software onto your computer using your CD.

   For complete details on how to install and use this software, refer to the user guide in the Sprint PCS Wireless Web Connection Kit.

SCP-4500 (Quzak)-1    2000.6.5 13:33    Page 121

## Placing a Call

To place a call while you're connected to the Sprint PCS Wireless Web:

1. First, make sure the cable is connected properly.

2. Open the Sprint PCS Dialer software or application on your computer and place the call.

► The phone displays the number your computer is calling and a "connecting" message is displayed.

► Once the call successfully connects, your phone's display shows you information on the status of the data call.

## Receiving a Call

To receive a call while you're connected to the Sprint PCS Wireless Web.

1. From the main menu, highlight Setup.

2. Press [OK].

3. Highlight Data/Fax (in).

4. Press [OK].

5. Highlight Incoming Fax or Incoming Data and press [OK].

► Open the Sprint PCS Dialer software to automatically answer incoming calls.

► Your phone will display either "Data Call From:" or "Fax Call From:", depending on the type of incoming call.

**Tip:**

Your phone's display shows you information on the status of the Sprint PCS Wireless Web Connection call.



**Tip:**

To terminate the data call, use your Sprint PCS Dialer software; fax calls typically terminate automatically.

Don't press [END] while sending data, this may cause your data or fax application to temporarily lock up and could cause loss of data.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 122

## Using Special Features During a Sprint PCS Wireless Web Call

Your phone gives you the ability to use special features while you're on a wireless Internet call. They are outlined below:

> **Tip:**
>
> Caller ID is not available on Sprint PCS Wireless Web Browser calls.

 **Caller ID:** Just like your phone stores regular Caller ID numbers, it also stores the numbers of incoming Sprint PCS Wireless Web Connection calls. To distinguish between the two types of calls, "Data" or "Fax" displays along with the number of the caller when you view your Caller ID records.

 **Call Waiting:** If someone tries to reach you while you're connected to the Sprint PCS Wireless Web, your phone behaves like it is turned OFF. Depending on your service, callers may get your voicemail. Call Waiting is automatically deactivated whenever you place or receive a Sprint PCS Wireless Web Connection call.

 **Accessing features:** You can still access most of your phone's features while you're connected to a Sprint PCS Wireless Web Connection Call. You can navigate the phone's menu system to change or view your phone's features or Phone Book entries. You can also read messages or view the Caller ID records that you received before placing the call.

SCP-4500 (Qurak)-1    2000.6.5 13:33    Page 123

### Ending a Sprint PCS Wireless Web Call

It's important to note that some of the normal ways to end a call won't work with the Sprint PCS Wireless Web Connection calls. You should always close the connection through the application on your computer. Your phone will then return to Standby mode.

Although you can end a wireless web connection call by disconnecting the data cable or turning off your phone, this may disrupt your computer.



SCP-4500 (Qurak)-1  2000.6.5 13:33  Page 124

## Accessing Sprint PCS Wireless Web Updates

With Sprint PCS Wireless Web Updates, you'll automatically receive the information that's important to you. Internet updates are sent at the times you choose with the Sprint PCS Wireless Web℠ Messaging capability.

By using personalization options on the My Yahoo! Page, you can decide which updates you want to receive. In addition to stock quotes and news headlines, you'll also have access to weather reports, Yahoo!, sports scores and more.

Every Sprint PCS Phone is capable of receiving updates or other text messages if you have signed up for a messaging plan.

To enroll in Sprint PCS Wireless Web Updates, you must be able to access the Internet from a computer.

To sign up:

1. Visit www.sprintpcs.com to sign up for service.

2. Visit www.sprintpcs.my yahoo.com to change selections and times after your initial sign-up for the service.

124      Experiencing the Sprint PCS Wireless Web

SCP-4500 (Qurak)-1    2000.6.5 13:33    Page 125

### Receiving a Sprint PCS Wireless Web Update Alert

If your phone is on and you receive a message alert, your phone's alert sounds or vibrates. To view the alert, follow the steps listed below:

1. Highlight "View" of the soft key, and press  .

2. Select your desired message title, then highlight "View" and press  .

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 126

**126**      **Experiencing the Sprint PCS Wireless Web**

SCP-4500 (Qurak)-1   2000.6.5  13.33   Page 127

## 14

# Learning the Settings on your Sprint PCS Phone

**In this Section**

► Viewing the Menus

► Working Within the Menu Structure

► Defining the Menu Categories

This section is the road map to using your Sprint PCS Phone™. Every function and feature you've learned can be accessed through a menu. Take a few moments to get to know your way around. You'll find that it makes it easier to use and understand your phone.



SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 128

## Viewing the Menus

### Menu Diagram

Menus let you check or change your phone settings. The following illustration shows the menu structure. Later in the section, you'll find out how to use menus and a more detailed description of each feature.

Notice that each menu, except the Sprint PCS Wireless Web and the keyguard menu, contains a secondary list of menu items.



128    Learning the Settings on your Sprint PCS Phone

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 129



SCP-4500 (Qurak)-1   2000.6.5  13:33   Page 130

## Working within the Menu Structure

### Entering the Menu Structure

To open a menu:

1. Highlight your desired menu by using the Navigation key.

2. Press ⬤ to see the option menus.

### Backing up within a Menu

To go to the previous menu:

1. Press ⬤ to return to the previous step (display) one by one.

   OR

1. Press ⬤ to return to the Standby display.

2. Select the menu by using the Navigation key, and press ⬤ .

**130**    Learning the Settings on your Sprint PCS Phone

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 131

## Defining the Menu Categories

The main menu in Standby mode contains 14 primary options, most of which contain sub-menus with context-specific options.

### Call History

This feature tracks each 10 outgoing, 10 incoming and 10 missed calls for reference or call back. See Section 6, on page 47.

▶ **Outgoing Calls** stores the numbers you called.

▶ **Incoming Calls** stores the numbers you received.

▶ **Missed Calls** stores the numbers of calls you have not received.

▶ **Erase History** erases individual or all Call History.

### Messages

The messages feature lets you receive voice, page/text and web messages. See Section 8 on page 57.

▶ **Voicemail** records the caller's voice messages when you cannot answer the call.

▶ **Page/Text** receives the messages. It also allows you to create a folder with your own entered folder name. See "Creating a Folder" in Section 8, on page 62.

▶ **Browser Msgs** lets you access Browser messages.

SCP-4500 (Qurak)-1   2000.6.5 13:53   Page 132

### Internal Phone Book

A total of 300 phone numbers, 100 e-mail addresses and 20 web addresses can be assigned to different Phone Book entries (up to 9 numbers or addresses per entry). See Section 9, on page 65.

► **Find Name** searches the entry name with the number.

► **Add New Entry** lets you store the new entry to the existing Phone Book.

► **My Phone#** displays your Sprint PCS Phone number on the display.

► **Speed Dial #s** lets you store the number as a Speed Dial. You can dial the entry number by pressing only one key (2-9).

► **Long Phone #s** lets you see the long phone number that you entered.

► **Services** lets your phone connect to the Sprint PCS service from the menu. **Customer Care, Dir Assist, Prepaid, Road Assist** and **Account Info.** are available. See "Getting Help" on page 13-17.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 133

## Roaming

This menu controls your roaming experience. See Section 3, on page 31.

▶ **Set Mode** allows you to select the Roaming mode from "Sprint PCS", "Automatic" or "Analog".

▶ **Call Guard** alerts you when roaming charge apply.

## Wireless Web

This menu launches the Sprint PCS Wireless Web Browser. For instructions on how to use the Mini Browser, see "Launching a Sprint PCS Wireless Web Browser Session" on page 112.

## Calendar

This calendar menu allows you to track and prioritize some events and important calls you need to make. It is useful to manage your schedules, see "Managing Schedules" on page 88.

▶ **View Week** shows the week display.

▶ **Add Event** lets you add the events or call alarms to your schedule calendar.

▶ **To Do List** lets you add tasks to the To-Do List. Also you can view and edit the list.

▶ **Go To Date** lets you view a future or past day's scheduled events.

▶ **View Memory** shows the Schedule, Call Alarm and To Do List memories.

▶ **Erase Memory** allows you to erase the old or all Events, Call Alarm or To Do List.

▶ **Exit** returns to the Calendar display.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 134

### Environment

The environment options let you set or customize your phone's ringer/key volume, ringer type, alerts or backlight of the display depends on the environment below. See "Setting Environment" on page 97.

- ► Normal
- ► Silent
- ► Meeting
- ► Outside
- ► Custom (User setting)

### Sounds

The sounds menu lets you adjust sound-related features on your phone. The following items can be adjusted:

- ► **Ringer/Key Vol** adjusts the incoming call ringer or key beep. You can also select Car/Headset Use to set the volume of Headset or Car Kit. You can choose from:
  - ► High
  - ► Medium High (Default setting)
  - ► Medium low
  - ► Low
  - ► Off
  - ► Vibrate (Not for Key Beep)

  You can also adjust the volume by using the volume keys on the side of the phone while it's ringing.

  To silence the ringer during an incoming call, press ⬤ or ⬤.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 135

▶ **Ringer Type** lets you select the ringer types for Voice Calls or Messages. Your Sprint PCS Phone provides you with multiple ringer types including seven different 3 chord melodies, vibration and none.

▶ **Alerts** give you access to the feature listed below.

   ▶ **Service** sounds an audible alert when a network service parameter changes. For instance, if you leave the Sprint PCS Nationwide Network and start roaming, the phone beeps to notify you. When you leave the Sprint PCS Nationwide Network, you may pay higher per-minute rates. (For instructions on operating call guard see "Call Guard" on page 35).

   ▶ **Messages** sound an audible alert only once or every two minutes whenever you receive a message.

   Settings are: "Once", "+ Reminder" (every 2 minutes for 20 minutes that a message is waiting) and "Off".

   ▶ **Minute Beep** sounds an audible alert every 10 seconds before each minute during a call. This helps you track your phone use.

**Learning the Settings on your Sprint PCS Phone    135**

SCP-4500 (Qurak)-1   2000.6.5 13 33   Page 136

► **Receiver Volume** adjust the earpiece or speaker volume. You can also select Car/Headset Use to set the volume of Headset or Car Kit. You can choose from:

  ► High

  ► Medium High

  ► Medium Low

  ► Low

► **Tone Length** sets the key beep length and touch tone playback speed. Short length emits a short beep. Long length emits a beep for as long as you hold down a key. Short and long are the only length options.

► **Melody Tempo** changes the tempo of the selected melodies for ringer . You can choose from:

  ► Fast

  ► Medium Fast

  ► Normal (Default tempo)

  ► Medium Slow

  ► Slow

► **Start-up Tone** sounds when you turn the phone on and off (except when Key Beep volume is off). You can choose from:

  ► Tone A (Default tone)

  ► Tone B

  ► Tone C

  ► Off

SCP-4500 (Qurak)-1    2000.6.5 13:03    Page 137

## Display

The display options let you customize your phone's screen (see page 76 and 77).

► **Backlight** lets you choose how long the display screen and keypad are backlit after any key press is made. Options include:
  ► 8 Seconds
  ► 15 Seconds
  ► 30 Seconds
  ► Always Off

► **Greeting** lets you customize the 16 characters of text displayed on the first line of your phone's display screen in Standby mode. You can create or change your banner by pressing [CLR] to delete the existing greeting. Enter characters (see "Entering Information Using Keypad" on page 26).

► **Contrast** lets you change the contrast setting. You can choose from:
  ► Highest
  ► High
  ► Medium
  ► Low
  ► Lowest

► **Version** displays the version number of the software, hardware and the PRL (Preferred Roaming List) installed on your Sprint PCS Phone.

## Security

Before accessing any items in this menu, you'll need to enter a four-digit lock code. This code is typically the last four digits of your phone number, social security or tax ID Number or 0000.

▶ **Lock Phone** locks your phone so that you still receive incoming calls but can only make outgoing calls to your emergency numbers.

▶ **Change Lock** lets you change the existing lock code to a new four-digit lock code. If you've changed your lock code and forgotten what you changed it to, call Sprint PCS Customer Care for assistance or take to a Sprint PCS store.

▶ **Limit Use** limits your outgoing calls to emergency numbers, Sprint PCS Customer Care and the numbers in your Internal Phone Book. You may answer incoming calls and view or dial the Internal Phone Book numbers, but you cannot erase, add or edit any numbers. The options on this setting include:

  ▶ Allow All

  ▶ Phone Book Only

  ▶ Special #s Only

▶ **Special #s** allows you to store three important phone numbers that you would like access to even if your phone is locked.

▶ **Erase Phone Book** erases the entire Internal Phone Book.

SCP-4500 (Qurak)-1   2000.6.5 13.93   Page 139

▶ **Reset Phone** lets you restore all the factory defaults, including ringer types, display setting, etc.

▶ **Found Me** resets or locks your phone by sending text messages when the phone is lost or stolen.

## Setup

The features category highlights some of the special functions on your Sprint PCS Phone. They include:

▶ **Data/Fax (In)** lets you receive a incoming fax or incoming data. Your phone must be connected to your laptop PC or fax capable palm-size computing device via the data cable.

▶ **Any Key Answer** enables you to answer incoming calls by pressing any key (not including the ⬛, ⬛, ⬛, VOL key ⊙/⊙ or ⬭).

▶ **Auto Answer** sets the phone to automatically pick up after one ring or three rings. You can choose "Car/Headset Use" or "Speaker Phone". This feature works great with the hands-free car kit.

▶ **Web Guard** disables the reminder of the Sprint PCS Wireless Web Browser.

▶ **Abbrev. Dial** lets you store the prepend number for abbreviated dialing. See page 74 for details.

▶ **Language** allows you to choose the language (English or Spanish) used to display your phone's menus and enter special language characters on the display.



SCP-4500 (Qurak)-1   2000.6.5 13:83   Page 140

## Special

This menu allows you to take time out to enjoy games or use calculator function.

► **Game** includes "Crab Catch Game" and "Slot Machine Game".

► **Calculator** gives you easy-to-use calculator function.

## Voice Service

The voice service menu gives you access to the features listed below.

► **Voice Memo** allows you to record a caller's voice while talking or your voice in Standby mode.

► **Voice Dial** lets you call up to 30 stored entries by speaking the name into the microphone of the handset.

► **Voice Ringer** sets the voice prompt for ringer when you receive an incoming call or new message.

► **Voice Prompt** lets you hear the voice prompts at the features below.
  ► Auto Answering
  ► Voice Memo
  ► Voice Dial

## KeyGuard

The keyguard feature disables the keypad so that your phone is protected against accidental dialing while the phone is on but not in use. For more information on this feature, see "Locking the Keypad" in Section 10, on page 80.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 141

## 15

# Selecting your Accessories

### In this section

➤ **Overview of Available Accessories for this Phone**

➤ **How to Order**

W e offer a variety of accessories for your new Sprint PCS Phone™. Choose from chargers, batteries and wireless web connection devices – all designed to give you more flexibility and convenience.



SCP-4500 (Qurak)-1    2000.6.5  13,83   Page 142

## Accessory Options

### Standard Battery

The standard battery provides up to 4.0 hours of talk time and up to 12 days of standby time in digital mode. Up to 1.25 hours of talk time and 10 hours of standby time in analog mode. The battery charges in 3.0 hours using any of the charging accessories available with this phone.

Model Number: SPY4BT013

### Extended Battery

The extended battery provides up to 7.5 hours of talk time and up to 18 days of standby time in digital mode. Up to 2.5 hours of talk time and 20 hours of standby time in analog mode. The battery charges in 5.0 hours using any of the charging accessories available with this phone.

Model Number: SPY4BT022

### Cigarette Lighter Adapter

You can charge your phone (even during a call) in your vehicle using the cigarette lighter adapter. The cigarette lighter adapter charges the standard battery in approximately 3.0 hours and the extended battery in 5.0 hours.

Model Number: SPY3PC001

### Desktop Charger

Charges your phone and a standard or extended battery at the same time. Two color LEDs indicate when the battery and/or phone is charging or fully charged. The front slot of the desktop charger charges the standard battery in approximately 3.0 hours and the extended battery in 5.0 hours. The back slot of the desktop charger charges the standard battery in approximately 3.0 hours and the extended battery in approximately 5.0 hours.

Model Number: SPY45CH03

### AC Adapter Charger

Compact and lightweight, this is a convenient way to charge your phone while on the road. The AC Adapter Charger charges the standard battery in approximately 3.0 hours and the extended battery in approximately 5.0 hours.

Model Number: SPY3CH001

### Sprint PCS Wireless Web™ Connection Kit

Lets you use your Sprint PCS Phone linked to a laptop PC, handheld or palm-sized computing device to send and receive e-mail messages and browse the Internet. Includes serial data cable, cable adapter, CD-ROM (with software) and user guide. Designed for Microsoft® Windows 95, 98, NT, CE and Palm® operating systems.

Model Number: SPY4DK001

## How to Order

Most Sprint PCS Accessories found at local Sprint PCS Centers can also be purchased through the Sprint PCS Accessory Hotline℠ by calling 1-800-974-ACC1 (2221). Next day delivery is offered in select areas.

SCP-4500 (Qurak)-1   2000.6.5 13:83   Page 145

## 16

# Knowing Performance and Safety Guidelines



### In this section

► Getting the Most Out of your Reception

► Safety Information: FCC RF Exposure Information

► Maintaining Safe Use and Access to your Phone

► Caring for the Battery

► Acknowledging Special Precautions and the FCC Notice

Part of getting the most out of your Sprint PCS Phone™ is knowing where and how it works at optimum efficiency. This section outlines performance and safety guidelines that ensure you experience the full quality your Sprint PCS Phone was designed to give you.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 146

## Getting the Most Out of your Reception

### Keeping Tabs on Signal Strength

Calling quality of your phone is always at it's best when the antenna is fully raised. If you're inside a building, being near a window may give you better reception.

The quality of each call you make or receive depends on the signal strength in your area. Your phone informs you of the current strength by displaying a number of bars next to the signal strength icon. The more bars displayed, the stronger the signal.

### Understanding Power Save Feature

If you try to use your Sprint PCS Phone in an area where the signal is not available, the Power Save feature automatically activates to conserve battery power if you're unable to pick up a signal for 15 minutes. If your phone is on, it periodically rechecks service availability or you can check yourself by pressing any key. Anytime the Power Save feature is activated, a message displays on the screen.

### Understanding How your Phone Operates

Your phone is basically a radio transmitter and receiver. When it's turned on, it receives and transmits radio frequency (RF) signals. When you use your phone, the system handling your call controls the power level. This power can range from 0.006 watts to 0.2 watts in digital mode.

SCP-4500 (Qurak)-1   2000.6.5 13:33   Page 147



### Safety Information:
### FCC RF Exposure Information



In August 1996 the Federal Communications Commission (FCC) of the United States with its action in Report and Order FCC 96-326 adopted an updated safety standard for human exposure to radio frequency electromagnetic energy emitted by FCC regulated transmitters. Those guidelines are consistent with the safety standard previously set by both U.S. and international standards bodies. The design of this phone complies with the FCC guidelines and these international standards.

### ⚠ CAUTION

Use only the supplied or an approved antenna. Unauthorized antennas, modifications, or attachments could impair call quality, damage the phone, or result in violation of FCC regulations.

Do not use the phone with a damaged antenna. If a damaged antenna comes into contact with the skin, a minor burn may result. Please contact your local dealer for replacement antenna.

**Performance and Safety**

**16**

SCP-4500 (Qurak)-1   2000.6.5  13:34   Page 148

## Body-worn Operation

This device was tested for typical body-worn operations with the back of the phone kept 0.6 inches (1.5 cm) from the body.

To comply with FCC RF exposure requirements, a minimum separation distance of 0.6 inches (1.5 cm) must be maintained between the user's body and the back of the phone, including the antenna, whether extended or retracted. All belt-clips, holsters and similar accessories used by this device must not contain any metallic components. Body-worn accessories that do not meet these requirements may not comply with FCC RF exposure limits and should be avoided.

Note: For more information about RF exposure, please visit the FCC website at _www.fcc.gov_

SCP-4500 (Qurak)-1  2000.6.5 13:34  Page 149

## Maintaining your Phone's Peak Performance

There are several simple guidelines to operating your phone properly and maintaining safe, satisfactory service.

► Extend the antenna fully for best reception.

► Hold the phone with the antenna up and over your shoulder.

► Try not to ever hold, bend or twist the phone antenna.

► Retract the phone antenna when you're not on a call.

► Don't use the phone if the antenna is damaged.

► Speak directly into the mouthpiece.

► Avoid exposing your phone and accessories to rain or liquid spills. If your phone does get wet, immediately turn the power off and remove the battery. If it's inoperable, return it to a Sprint PCS Center or call Sprint PCS Customer Care for service.

► Keep magnetic cards, magnetic tapes, floppy disks, etc. away from your Sprint PCS Phone, or their memory may be erased by magnetism emitted from the speakers of the phone.

**Tip:**

For the best care of your phone, only Sprint PCS authorized personnel should service your phone and its accessories. Faulty service may void the warranty.



Performance and Safety

16

SCP-4500 (Qurak)-1   2000.6.5 13:34   Page 150

## Maintaining Safe Use of and Access to your Phone

FAILURE TO FOLLOW THE INSTRUCTIONS OUTLINED IN THIS SECTION MAY LEAD TO SERIOUS PERSONAL INJURY AND POSSIBLE PROPERTY DAMAGE

### Using your Phone While Driving

Talking on your phone while driving is illegal in some states. Even where it's not, it can divert your attention from driving. Remember that safety always comes first.

When using your phone in the car:

 Get to know your phone and its features, such as speed dial and redial.

 When available, use a hands-free device.

 Position your phone within easy reach.

 Let the person you are speaking to know you are driving; if necessary, suspend the call in heavy traffic or hazardous weather conditions.

 Do not take notes or look up phone numbers while driving.

 Dial sensibly and assess the traffic; if possible, place calls when you are not moving or before pulling into traffic.

 Do not engage in stressful or emotional conversations that may divert your attention from the road.

**Tip:**

If you really need to use your phone while you're driving, use speed dialing.

SCP-4500 (Qurak)-1   2000.6.5 13:34   Page 151

- ► Dial 🔲 🔲 🔲 to report serious emergencies. It's free from your wireless phone.
- ► Use your phone to help others in emergencies.
- ► Call roadside assistance or a special non-emergency wireless number when necessary.

**Following Safety Guidelines**

To operate your phone safely and efficiently, always follow any special regulations in a given area. Turn your phone off in areas where use is forbidden or when it may cause interference or danger.



SCP-4500 (Qurak)-1  2000.6.5 13:34  Page 152

10960

**Tip:**

Always turn off the phone in healthcare facilities and request permission before using the phone near medical equipment.

## Using your Phone Near Other Electronic Devices

Most modern electronic equipment is shielded from radio frequency (RF) signals. However, RF signals from wireless phones may affect inadequately shielded electronic equipment.

RF signals may affect improperly installed or inadequately shielded electronic operating and entertainment systems in motor vehicles. Check with the manufacturer or its representative to determine if these systems are adequately shielded from external RF signals. Also check with the manufacturer regarding any equipment that has been added to your vehicle.

Consult the manufacturer of any personal medical devices, such as pacemakers and hearing aids, to determine if they are adequately shielded from external RF signals.

## Turning Off your Phone Before Flying

Turn off your phone before boarding any aircraft. To prevent possible interference with aircraft systems, the U.S. Federal Aviation Administration (FAA) regulations require you to have permission from a crew member to use your phone while the plane is on the ground. To prevent any risk of interference, FCC regulations prohibit using your phone while the plane is in the air.

## Turning Off your Phone in Dangerous Areas

To avoid interfering with blasting operations, turn off your phone when in a blasting area or in other areas with signs indicating that two-way radios should be turned off. Construction crews often use remote-control RF devices to set off explosives.

Turn off your phone when you're in any area that has a potentially explosive atmosphere. Although it's rare, your phone or its accessories could generate sparks. Sparks could cause an explosion or a fire resulting in bodily injury or even death. These areas are often, but not always, clearly marked. They include:

► Fueling areas such as gas stations

► Below deck on boats

► Fuel or chemical transfer or storage facilities

► Areas where the air contains chemicals or particles such as grain, dust or metal powders

► Any other area where you would normally be advised to turn off your vehicle engine

## Restricting Children's Access to your Phone

Your Sprint PCS Phone is not a toy. Children should not be allowed to play with it because they could hurt themselves and others, damage the phone or make calls that increase your phone bill.

**Tip:**
Never transport or store flammable gas, liquid or explosives in the compartment of your vehicle that contains your phone or accessories.

Performance and Safety

16

SCP-4500 (Qurak)-1   2000.6.5 13:54   Page 154

## Caring for the Battery

### Protecting your Battery

The guidelines listed below help you get the most out of your battery's performance.

► Use only Sprint-approved batteries and desktop chargers. These chargers are designed to maximize battery life. Using other batteries or chargers voids your warranty and may cause damage.

► In order to avoid damage, charge the battery only in temperatures that range from 32°F to 104°F (0°C to 40°C).

► Don't use the battery charger in direct sunlight or in high humidity areas, such as the bathroom.

► Never dispose of the battery by incineration.

► Keep the metal contacts on top of the battery clean.

► Don't attempt to disassemble or short-circuit the battery.

► The battery may need recharging if it has not been used for a long period of time.

10963

SCP-4500 (Qurak)-1   2000.6.5 13:04   Page 155

▶ It's best to replace the battery when it no longer provides acceptable performance. It can be recharged hundreds of times before it needs replacing.

▶ Don't store the battery in high temperature areas for long periods of time. It's best to follow these storage rules:

Less than one month:
-4° F to 131° F (-20° C to 55° C)

More than one month:
-4° F to 95° F (-20° C to 35° C)



Performance and Safety

16

### Disposal of Lithium Ion (LiIon) Batteries

For safe disposal options of your LiIon batteries, contact your nearest Sanyo authorized service center.

**Special note:** Be sure to dispose of your battery properly. In some areas, the disposal of batteries in household or business trash may be prohibited.

**Tip:**
For safety, do not handle a damaged or leaking LiIon battery.

SCP-4500 (Qurak)-1   2000.6.5 13:54   Page 156

## Acknowledging Special Precautions and the FCC Notice

### FCC Notice

The phone may cause TV or radio interference if used in close proximity to receiving equipment. The FCC can require you to stop using the phone if such interference cannot be eliminated.

Vehicles using liquefied petroleum gas (such as propane or butane) must comply with the National Fire Protection Standard (NFPA-58). For a copy of this standard, contact the National Fire Protection Association, One Batterymarch Park, Quincy, MA 02269, Attn: Publication Sales Division.

### Cautions

Any changes or modifications to your phone not expressly approved in this document could void your warranty for this equipment and void your authority to operate this equipment. Only use approved batteries, antennas and chargers. The use of any unauthorized accessories may be dangerous and voids the phone warranty if said accessories cause damage or a defect to the phone.

Although your phone is quite sturdy, it is a complex piece of equipment and can be broken. Avoid dropping, hitting, bending or sitting on it.

SCP-4500 (Qurak)-1   2000.6.5 13:54   Page 157

# 17

# Index

## A

Abbreviated Dialing, 74
AC adapter charger, 25, 144
accessories, 141-144
activation, 10-11
aircraft, phone use prohibited by, 152
Alerts (Sounds menu), 135
Alphabet mode, 28-29
analog networks, 33
answering calls, 38
antenna, 20, 21, 146, 147-148, 149
Any key answer (Setup menu), 139
Auto answer (Setup menu), 139
automatic shutoff
    low battery causes, 24

## B

Backlight Setting (Display menu), 76, 137
banner, 77, 137
battery
    approved, 154
    charge indicator, 22, 25
    charging, 24-25, 142, 143, 144, 154
    disposing of, 154, 155
    installing, 24
    maximizing life of, 154-155
    power off caution, 24
    removing, 24
    storing, 155
beeps
    as low battery indicator, 25
    as message indicator, 59, 135
    as minute beep, 135
    as service beep, 135
blasting areas, phone not used in, 153
blocking Caller ID, 54
Browser, 110-119

## C

Calculator, 108
Calendar menu, 88-96, 133
Call alarm (Calendar menu), 90-92, 93, 96
Caller ID, 54
Call forwarding, 56
call in progress indicator, 32
Call Guard for Roaming, 35-36
calls
    answering, 21, 38
    disconnecting, 21, 38
    emergency, 39

Index

Index

17

making, 21, 38
misdialing, 21, 38
outside Sprint PCS Network, 32, 33
Reviewing your Recent Call History, 48-49, 51
*See also* dialing
Call waiting, 54
CDMA networks, other PCS, 33
characters, erasing, 21, 38
charge indicator, 22, 25
charging battery, 24-25, 142, 143, 144, 154
charging times, 142, 143, 144
chemical storage areas, phone not used in, 153
children, protecting phone from, 153
cigarette lighter adapter, 25, 143
CLR key, 20, 21, 38
Contrast Setting, 77, 137
Crab Catch Game, 107
cross-talk, 33

**D**

Data Calls, 120-123
Data Cable, 120, 121, 123, 144
defaults
    lock code, 80, 82, 138
    passcode, 84

desktop charger, 25, 143, 154
dialing
    Abbrev. Dial, 74
    from phone book, 68-69
    from recent call history, 49
    Prepend Dialing, 73
    redialing, 39
    speed dial, 40, 74
    Voice Dial, 103
Directory Assistance, 14
disconnecting, 21, 38
display indicators, 22, 32
Driving, 150
dropped calls, 33
dual-band feature, 31

**E**

earpiece, 44, 45, 136
Earpiece (Sounds menu), 45, 136
eavesdropping, analog networks, 33
editing
    Call Alarms, 90-91, 93
    environment, 97-98
    events, 89, 93
    folder, 63
    numbers in phone book, 71
    *See also* erasing
    secret phone book, 70

To-Do's, 95

electronic devices, using phone near other, 152

emergency phone numbers calling, 39

END key, 20, 21, 38

Environment menu, 97, 134

erasing

characters, 21, 38

message, 63, 64

individual/all call history, 52

multiple events, call alarm or To-Do's, 96

phone book, 70, 83

Voice Dial, 104

Voice Memo, 100

events (Calendar menu), 88-89, 92-93, 96

explosive atmospheres, phone not used in, 153

extended battery, 142

**F**

fade-out, 33

Fax Calls, 120-123

Federal Aviation Administration (FAA), 152

Federal Communications Commission (FCC), 147-148, 152, 156

finding numbers, 68-69

flashing the red light at the top of phone, 21, 23, 59

flying, phone use prohibited while, 152

Found Me (Security menu), 84-85, 139

fueling area, phone not used in, 153

*See also* liquefied petroleum gas regulations

**G**

green light, 25

Greeting, 77, 137

**H**

Hands-Free Car Kit, 139

hands-free headset, 139

hearing aids, 152

help, 13-17

hotel information, 14

Hyphen, 72, 73

**I**

icons, 22

installing battery, 24

Internal Phone Book

add entry, 67

adding multiple entries, 68

editing an entry, 71

erase, 70, 83

Index

17

find name, 68-69

saving a number, 66-67

secret entries, 70

**K**

Key Beep (Sounds menu), 44, 134

Key guard, 80, 140

keys

CLR, 20, 21, 38

END, 20, 21, 38

Navigation, 20, 21, 115

OK, 20, 21

POWER, 20, 21, 23

SPEAKER, 20, 21, 38, 46

TALK, 20, 21, 38

Volume, 20, 21, 115

**L**

Language, 76

LiIon battery, 24-25, 155

liquefied petroleum gas regulations, 156

liquid spills, exposure to, 149

local event information, 14

lock code

changing, 82, 138

default, 80, 82, 138

and restricting, 81

*See also* unlocking phone

Lock keypad, 80

Lock Phone (Security menu), 80

long-distance call, 14

Long phone number, 66, 132

**M**

magnetism, 149

medical device, 152

Melody Tempo (Sounds menu), 136

Menu Diagram, 128-129

menus

Calendar menu, 88-96, 133

Call History menu, 47-52, 131

Display menu, 76, 77, 137

Environment menu, 97-98, 134

Keyguard menu, 80, 140

Messages menu, 57-64, 131

Phone Book menu, 13-17, 40-41, 65-74, 132

Roaming menu, 34-35, 133

Security menu, 80-85, 138-139

Setup menu, 74, 76, 111, 121, 139

Sounds menu, 44, 45, 134-136

Special menu, 107-108, 140

Voice Service menu, 99-106, 140

Wireless Web menu, 112, 133

**Messages**
Clear Count, 60
Folder, 62, 63
Page/Text, 58, 61-64
Storing, 63
Voice, 58, 60, 61
Wireless Web, 58-59
message indicator, 22, 59, 60
Minute Beep (Sounds menu), 135
misdialing, 21, 38
Missed Call Notification, 48
movie listings, 14
Mute, 45
My Phone # menu, 41

**N**
names
entering, 67, 68-69, 102
searching for, 68-69
National Fire Protection Standard (NFPA-58), 156
networks
dialing outside Sprint PCS Network, 31-36
*See also* roaming.
Number mode, 30
Numeric page, 58

**O**
opening account, 10-11
outside service areas indicator, 22, 32

**P**
pacemaker, 152
Pause Feature, 72
storing number with pauses, 72
PCS CDMA networks, other, 31-36
performance, maximizing, 146, 149
phone book, *see* Internal Phone Book.
phone number
activating your, 10-11
for help, 13-17
for help outside Sprint PCS Network, 13
Sprint PCS Customer Care, 10-11, 13-14
storing numbers. *See* Internal Phone Book
POWER key, 20, 21, 23
powering on/off, 20, 21, 23
Power Save feature, 23, 146
Prepaid Calls, 15
Prepend Dialing, 73

Index

**R**

radio frequency interference, 152, 156

radio frequency range, 146

radio frequency safety, 147-148, 152

Receiver Vol, 136

receiving calls, 21, 38

reception, maximizing, 146, 149

redialing, 39

red light, 20, 21, 23, 25, 59

Reset Phone, 83, 139

Reset/Lock phone through SMS, 84-85

Restrict (Security menu), 81

restricting children's access to phone, 153

Ring Type (Sounds menu), 135

Ringer Vol (Sounds menu), 44, 134

roaming, 31-36, 133

roaming indicator, 22, 32

**S**

safety, 145-156

saving
  numbers and addresses to phone book, 66-67, 68

Schedule, 88-96

searching, 68-69

Secret Phone Book Entries, 70

Security menu, 80-85, 138-139

security outside Sprint PCS Network, 33

service areas, 22, 32, 33

Service (sounds menu), 135

Set Analog menu, 34

setting up your voice mail, 12, 58

Setup menu, 74, 76, 111, 121, 139

shopping information, 14

signal strength, 22, 146

Slot Machine Game, 107-108

Sounds menu, 44, 45 134-136

Speaker Phone mode, 20, 21, 46

Speaker Vol (Sounds menu), 44, 134

Special # (Security menu), 82, 138

speed dial, 40, 74

Sprint PCS Accessory Hotline, 144

Sprint PCS Account Information, 16-17

Sprint PCS Customer Care, 10-11, 13-14
  outside Sprint PCS Network, 13

Sprint PCS Directory Assistance, 14

Sprint PCS Operator Services, 17

Sprint PCS Roadside Rescue, 16

SCP-4500 (Qurak)-1   2000.6.5 13:34   Page 163

Sprint PCS Wireless Web Browser, 110-119

Sprint PCS Wireless Web Connection, 120-123

Sprint PCS Wireless Web Updates, 124-125

standby mode
   returning to, 21

Standard battery, 142

Start-up Tone (Sounds menu), 136

storing battery, 155

Symbol mode, 29-30

**T**

T9 mode, 26-28

TALK key, 20, 21, 38

technical support. *See* customer service

Three-Way Calling, 55

Time and date, 51, 88-93

time, charging, 142, 143, 144

To Do (Calendar menu), 88, 94-95, 96

Tone Length (Sounds menu), 136

turning phone on/off, 21, 23
   low battery and automatic shutoff, 24

TV interference, 156

**U**

unlocking phone, 10, 81

**V**

Version (Display menu), 137

Vibration, 134

voicemail
   accessing, 60
   accessing from another phone, 12, 58
   audible alert, 135
   maximum number of message, 63
   message indicator, 22, 59, 60
   Retrieving, 60-61
   setting up, 12, 58

Voice Service
   Voice Dial, 101-104
   Voice Memo, 99-100
   Voice Prompt, 106
   Voice Ringer, 105

volume, 20, 21, 43-46, 134

**W**

Web Site, 13, 17, 59, 110, 148

Wireless Web Connection Kit, 120, 144

Wireless Web menu, 112, 133

Index

SCP-4500 (Qurak)-1   2000.6.5 13:54   Page 164

10972

## PATENT INFORMATION

Licensed by QUALCOMM Incorporated under one or more of the following United States Patents and/or their counterparts in other nations:

| | | | | |
|---|---|---|---|---|
| 4,901,307 | 5,490,165 | 5,056,109 | 5,504,773 | 5,101,501 |
| 5,506,865 | 5,109,390 | 5,511,073 | 5,228,054 | 5,535,239 |
| 5,267,261 | 5,544,196 | 5,267,262 | 5,568,483 | 5,337,338 |
| 5,600,754 | 5,414,796 | 5,657,420 | 5,416,797 | 5,659,569 |
| 5,710,784 | 5,778,338 | | | |

■ "This product is covered by U.S. Pat. 5,818,437, U.S. Pat. 5,953,541, U.S. Pat. 6,011,554 and other patents pending."

■ "T9 is patented under the following U.S. Patents: 5,818,437, 5,953,541, 5,187,480, 5,945,928, 6,011,554 and additional patents are pending worldwide.".