7-15-69

10984

I Bernard La Chance Crookston Police Dept
went and talked to a Mrs Alfonso Rodrigues
who had called in reference to her son
Alfonso Jr. In talking to Mrs. Rodrigues
she told me that Alfonso Jr. has been
acting kind of strange at home for the
last year or so he does not do real
good in school. She said that Alfonso Jr.
gets some real terrific head aches and
that he just trembles when he gets
these headaches and he goes and puts
his head in deep freeze. When his
mother tell him to do things he always
does what he is suppose to do. Mrs.
Rodrigues said she had taken Alfonso Jr.
to Crookston Clinic last year and see Dr.
Reff and he gave boy some pills but
that didn't help. She also took him to
Dr. Wickoff and he gave boy pills also.
and also took him to a Dr. Lyons at
Grand Forks Clinic. the boy has a
swelling in back of head at times. She
thinks the boy could have a tumor.
Mrs Rodrigues also states that Alfonso Jr.
hid a pair of green panties under
his mother this last winter and about
a month ago she found a pair of
panties and last week she found a

DEFENDANT'S
EXHIBIT
11

pair of Black Panties. Mrs Rodreges
(how talked to her husband obout Boy and
fathers feels real baddy hurt when She
talke obout Alfonso Jr. Mrs. Rodreges
would like to get Boy into hospital
to see if he has head injuries inside
or a tumor). Also boy had a Note Book
and it had some whitting like "Someone is
going to kill me" or "I'm going to kill
Someone". She took and crossed this
line out and boy never put it back in
Note Book. Mother also said he doesn't
go out with girls his own age. Also
that his Sister has brought books home.
Such as true Love Magizines and boy
takes these books and put them under
his Mattories. She will call me on
Thursday to see if they could get boy into
a Hospital or Clinic. She is going to
talk to Husband about this. Boy is alwaeys
home by 10:30 she says.