

DEFENDANT'S EXHIBIT