DEFENDANT'S
EXHIBIT
13
2:04cr55gg

Articles • Anthropological evaluation

but the child's sex had no relationship to any of these outcomes.

Children in both locations performed equally well in the immediate recall of numbers up to four digits. The valley children had more difficulty grasping the concept of repeating the numbers, although marked differences were found between towns. Children with such difficulty were encouraged to repeat one and then two vowel sounds made by the interviewer. Thus, the movement into repeating numbers became more comprehensible. Marked differences in recall were seen with 30-min memory ($\chi^2 = 14.3$; $p = 0.027$). In recalling their gift, 59% of the 17 foothill children remembered both the object and its color, with all but one of the remaining children remembering just the balloon. In contrast, 27% of the 33 valley children recalled the balloon and color, 55% recalled the balloon only, and 18% could recall neither the object nor the color.

One of the most striking differences between the exposed and unexposed children was in the ability to draw a person ($U = 59.0$; $p<0.0001$). The valley children averaged 1.6 body parts to a drawing, compared to the foothill children's 4.4 body parts. Valley females performed better than males, but still remained significantly below that of foothill children, regardless of their sex. In addition, it was noticed that foothill children moved the paper about for better positioning in drawing a specific body part and compared their drawing to an actual person to make necessary corrections. Valley children would look at an individual but continue to draw meaningless circles. Representative drawings are presented in Figures 1 and 2.



Figure 1. Representative drawings of a person by 4-year-old Yaqui children from the valley and foothills of Sonora, Mexico.



Figure 2. Representative drawings of a person by 5-year-old Yaqui children from the valley and foothills of Sonora, Mexico.

## Discussion

A cursory look at the foothill and valley towns could easily lead one to the conclusion that no discernible differences were present in the Yaqui children. Heights varied between the tall and short for age, and weights ranged from the ultrathin to the obese. The lack of physical differences in growth patterns was borne out with anthropometric measurements. Anthropological participant observation (13) indicated that the type of play was different in the two areas. Group play was observed more frequently in the foothills, with pretend parties for dolls and street games. Valley children appeared less creative in their play; they roamed the area aimlessly or swam in irrigation canals with minimal group interaction. Some valley children were observed hitting their siblings when they passed by, and they became easily upset or angry with a minor corrective comment by a parent. These aggressive behaviors were not noted in the foothills. Such clues indicated that additional aspects of development may be affected by environmental change, as opportunities and toys for play were available at both sites. In both areas, mothers were generally home on a full-time basis and showed interest in their children.

The rapid assessment tool did show that psychological and physiological differences in functional abilities exist between the valley and foothill children at 4 and 5 years of age. The jumping assessment, reflecting a decrease in stamina for valley children, could be an indicator of the presence of a physiologic modifier resulting in reduced intensity and/or frequency of play. In addition, playing ball or other activities involving gross or fine eye–hand coordination are less exciting or fulfilling when the child cannot perform the required skills. Of increased concern are the differences found with activities involving mental/neurological functioning. The inability to remember a meaningful statement after 30 min has implications for school performance and performance in social activity. The drawing of a person, often used as a nonverbal screening measure of cognitive ability, could also indicate a breakdown between visual sensory input and neuromuscular output, as found with brain dysfunction (29). The decreases in eye–hand coordination, as with catching the ball and dropping raisins into a circumscribed area, could also correlate with this type of brain dysfunction. This concept of breakdown between incoming sensory signals and neuromuscular output certainly deserves greater attention in future research.

The applied use of this rapid field assessment tool points out the need to recognize cultural differences. When working within developing countries, we must be aware of possible differences between the