IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

United States of America,

       Plaintiff/Respondent,                  Criminal No. 2:04-cr-55
                                            Civil Case No. 2:11-cv-88
  vs.

                                        **ORDER UNSEALING CERTAIN**
Alfonso Rodriguez, Jr.,                          **TRIAL EXHIBITS**

       Defendant/Petitioner.

       Having had an opportunity to review the exhibits that the parties requested be filed under seal, the Court hereby unseals the following trial exhibits:  50-1;  51-1; 51-2; 52-1; 52-2; 52-3;  52-12; and 52-13. The Court finds the public's common law right of access in disclosure of this evidence presented at trial outweighs the privacy interests at stake.

       **IT IS SO ORDERED**.

       Dated: February 24, 2012            /s/  *Ralph R. Erickson*
                                            Ralph R. Erickson
                                          Chief United States District Court Judge