IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ALFONSO RODRIGUEZ, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 2:04-cr-55 |
| | ) | Civil Case No.  2:11-cv-00088 |
| UNITED STATES OF AMERICA , | ) | |
| | ) | |
| Respondent. | ) | |

**UNITED STATES' MOTION FOR EXTENSION OF TIME TO
RESPOND TO PETITIONER'S 28 U.S.C. § 2255 MOTION**

The United States of America, by Lynn C. Jordheim, Acting United States

Attorney for the District of North Dakota Under Authority Conferred by 28 U.S.C. § 515,

and Keith W. Reisenauer, Assistant United States Attorney, hereby moves the Court for

an extension of time within which to file a response to Petitioner's Motion to Vacate, Set

Aside, or Correct Sentence under 28 U.S.C. § 2255 until September 21, 2012.  This

motion is based upon the following grounds:

This case was prosecuted by former United States Attorney Drew H. Wrigley and

Assistant United States Attorneys Keith W. Reisenauer and Norman G. Anderson in

August and September 2006.  The conviction and death sentence was affirmed by the

Eighth Circuit in September 2009.  The Supreme Court denied Petitioner's application for

a writ of certiorari on October 18, 2010, and Petitioner filed his Motion to Vacate, Set

Aside, or Correct Sentence. (Doc. #752) Petitioner had one year to prepare his motion and supporting documentation. The United States could not have anticipated the specific claims made in this action before it was filed. The motion filed by Rodriguez is over 335 pages long and supported by thousands of pages of exhibits, and alleges 21 putative grounds for relief, most of which contain numerous arguments and sub-issues. The United States' response will be extensive and requires significant preparation and documentary review of materials in a case tried over five years ago. Currently, the United States' response to Petitioner's motion is due on or about July 2, 2012. Based upon the complexity of the claims and the recent schedule of the undersigned Assistant United States Attorney, who is the sole AUSA preparing the United States' response, the United States requests an extension until September 21, 2012, to respond to Petitioner's motion.

In support of its request the United States asserts:

The United States just recently received authority from the Department of Justice for necessary funding to hire experts needed to address the claims in Petitioner's motion. The funding approval process, however, has delayed the undersigned counsel's ability to further address various areas of the motion until the experts' opinions are received. The government experts are now hired, and this office is in the midst of providing them voluminous amounts of investigative reports, photos, court docket items, transcripts, and

laboratory results for their review, analysis, testing, and further opinion.  Undersigned counsel for the United States can only now begin to respond to the entire breadth of issues raised by Petitioner upon the anticipated receipt of the government's experts' analyses and opinions in their respective areas of expertise.  This requires additional time.

Also, undersigned counsel has been or will be involved with the following major commitments in the past and coming months, as set forth below:

1.  On August 11, 2011, AUSA Reisenauer prosecuted a criminal trial, United States v. Clifton Patterson, Criminal No. 2:09-cr-00085, wherein the defendant was found guilty on a count of possession of a firearm by a convicted felon, and acquitted on a count of use and carrying of a firearm during and in relation to a crime of violence and aiding and abetting.  Defendant Patterson appealed his conviction and filed Appellant's brief on December 12, 2011.  AUSA Reisenauer was responsible for the preparation and filing of the Appellee's brief in this case.  The United States filed its brief on January 31, 2012.  Oral argument has not been set as of this date.  Oral argument has been set for May 18, 2012, and time will need to be spent in preparation and argument.

2.  In addition, AUSA Reisenauer supervises the Criminal AUSAs in the Fargo United States Attorney's Office as his primary assignment.  Recently, the undersigned

counsel's supervisory position required his active involvement in the interview and hiring process for two AUSA positions in Fargo.  This was a time-consuming process and required counsel's attention for a couple of weeks.

3.  AUSA Reisenauer is also required and scheduled to attend the Department of Justice's Criminal Chiefs' Conference at the National Advocacy Center (NAC) on May 30 thru June 1, 2012.

4.  AUSA Reisenauer is the lead prosecutor in the trial of United States v. Christopher Lancaster, Criminal No. 2:11-cr-00071, which is scheduled for trial on June 12, 2012.  It is anticipated that the preparation and trial of this matter will take approximately two weeks.

5.  Finally, the United States has contacted counsel for Petitioner Alfonso Rodriguez, Jr., who indicate they have no objection to the United States' motion for extension of time.

Accordingly, the United States requests an extension of time to respond to Rodriguez's motion.  Under the Order entered by this Court, the United States' response is presently due on July 2, 2012.  The United States respectfully requests an extension to September 21, 2012, to file its response.

**WHEREFORE**, the United States requests an extension until Friday,

September 21, 2012, to respond to Rodriguez's § 2255 motion.

Dated April 13, 2012.

<div style="margin-left:45%;">

LYNN C. JORDHEIM
Attorney for the United States Acting under
Authority Conferred by 28 U.S.C. § 515


/s/ Keith W. Reisenauer
</div>

By:    _____
KEITH W. REISENAUER
Assistant United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North - Suite 250
Fargo, ND  58102-4932
(701) 297-7400
N.D. Bar Board ID No. 03885
Attorney for United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ALFONSO RODRIGUEZ, JR., | ) | |
| | ) | |
| Petitioner, | ) | **Certificate of Service** |
| | ) | |
| v. | ) | Criminal Case No. 2:04-cr-55 |
| | ) | Civil Case No.  2:11-cv-00088 |
| UNITED STATES OF AMERICA , | ) | |
| | ) | |
| Respondent. | ) | |

I certify that on April 13, 2012, the following document:

UNITED STATES' MOTION FOR EXTENSION OF TIME TO
RESPOND TO PETITIONER'S 28 U.S.C. § 2255 PETITION

was filed electronically with the Clerk of Court through ECF.

Dated April 13, 2012.


/s/ Charlotte E. Berg

_____

Charlotte E. Berg
Office of the United States Attorney