IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

United States of America,

      Plaintiff/Respondent,

vs.

Alfonso Rodriguez, Jr.,

      Defendant/Petitioner.

Criminal No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**AMENDED
SCHEDULING ORDER**

Before the Court is the United States' motion for an extension of time to respond to Petitioner Alfonso Rodriguez's 28 U.S.C. § 2255 motion (Doc. #809).  Petitioner does not object to an extension.  Upon consideration, the Court finds good cause exists to extend the deadline for responding to the petition.  The United States' motion is **GRANTED**.  The parties are **HEREBY ORDERED** to comply with the following deadlines:

(1)    The United States' brief responding to all issues raised in the Petition is to be filed no later than **September 21, 2012**; and

(2)    Petitioner's reply brief and Amended Petition, if applicable, are due no later than **November 26, 2012**.

**IT IS SO ORDERED**.

Dated: April 13, 2012

/s/  *Ralph R. Erickson*
Ralph R. Erickson
Chief United States District Court Judge