UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

_____    :
                                     :
UNITED STATES OF AMERICA,            :        Docket # 2:04-cr-55
                                     :
              Respondent,            :        Hon. Ralph R. Erickson
                                     :          Chief United States
              v.                     :        District Court Judge
                                     :
ALPHONSO RODRIGUEZ, JR.,             :
                                     :        Capital 2255 Proceedings
              Petitioner.            :
_____    :

**PETITIONER'S UNOPPOSED MOTION TO ESTABLISH A
SCHEDULE FOR THE PARTIES TO COMPLETE MENTAL HEALTH
EVALUATIONS AND TO RESET THE GOVERNMENT'S TIME
TO FILE ITS ANSWER TO THE 2255 MOTION**

Petitioner, through counsel, moves for an order establishing a schedule for

the parties to complete their mental health evaluations and to reset the

government's time to file its answer to the 2255 Motion, and in support states the

following.  The government does not oppose this Motion.

1.          As the Court is aware, the government recently filed a motion seeking

an order permitting two mental health experts to evaluate Mr. Rodriguez.

(Document # 820).  Petitioner does not oppose the request in general, but had two

specific requests with respect to the evaluation.  (Doc # 821).  The government

1

filed its reply. (Document # 822).

2.        Although Petitioner does not oppose the government's motion, counsel were somewhat surprised by its timing.  Petitioner had thought that such evaluations would come during the discovery stage of these proceedings.  At the time of the receipt of the government's motion, Petitioner in fact was about to file a motion seeking permission to conduct further testing related to Petitioner's impaired mental health.[1]

3.        It would not make sense to have the government's experts conduct their evaluations, only to have Petitioner conduct additional testing thereafter.  The government's experts would inevitably want to consider Petitioner's new results, which would likely lead to a request by the government to conduct yet another round of evaluations.

4.        Accordingly, undersigned counsel has spoken with opposing counsel and proposed that the government hold off on conducting their evaluations to allow Petitioner to complete the testing that will be the subject of the motion.  The parties

---

[1]As will be described in far greater detail in the motion that Petitioner will file, counsel seek an order to have Petitioner transported to a nearby medical facility to accomplish advanced neuro-imaging and blood testing that will hopefully shed further light on his impairments.  Such orders have been granted in a number of capital 2255 cases, and Petitioner will provide the full authority allowing the Court to enter such an order.

have negotiated the following schedule, which we submit it to the Court for approval.    Petitioner will immediately file a motion seeking an order to permit the testing that he contemplates.  Within 60 days of the Court's granting such an order, Petitioner will complete this testing.  Within 30 days of the completion of the testing, Petitioner will advise the government of the results in writing.  The government would then be afforded 90 days from that date to complete its own mental health evaluations and to file its 2255 response.

5.    Undersigned counsel has spoken with AUSA Keith W. Reisenauer who has authorized the undersigned to represent to the Court that the government does not oppose this *Motion*.  A proposed order is attached.

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman
Signing for All Counsel
PO Box 120
Swarthmore, PA 19081
Wiseman_Law@Comcast.Net
215-450-0903

Andrew Mohring                      Joseph Margulies
Katherine Menendez                  Roderick MacArthur Justice Center
Federal Public Defender Office      Northwestern University Law School
Minneapolis, MN 55415               300 S. 4th Street, Suite 107
612-664-5858                        Chicago, IL 60611
Andrew_Mohring@fd.org               312-503-0890
Kate_Menendez@fd.org                j-margulies@law.northwestern.edu

Dated:        July 13, 2012
              Swarthmore, Pennsylvania


## CERTIFICATE OF SERVICE

I, Michael Wiseman, hereby certify that on this 13rd day of July, 2012, I served a copy of the foregoing upon the following persons by filing the same with this Court's ECF filing system:

Keith W. Reisenauer
Assistant United States Attorney

/s/ Michael Wiseman

Michael Wiseman

4