UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

_____
                                          :
UNITED STATES OF AMERICA,       :          Docket # 2:04-cr-55
                                          :
            Respondent,          :          Hon. Ralph R. Erickson
                                          :          Chief United States
            v.                   :          District Court Judge
                                          :
ALPHONSO RODRIGUEZ, JR.,         :
                                          :          Capital 2255 Proceedings
            Petitioner.          :
_____          :

**ORDER**

AND NOW, this _____ day of July, 2012 upon consideration of *Petitioner's Unopposed Motion to Establish a Schedule for the Parties to Complete Mental Health Evaluations and to Reset the Government's Time to File it's Answer to the 2255 Motion*, it is hereby Ordered:

The Motion is Granted.

Petitioner shall file his motion seeking an order permitting additional mental health-related testing of Petitioner.

Such testing shall be completed within 60 days of the signing of the order authorizing such testing.

Petitioner's counsel will notify the government of the results of the testing within 30 days of obtaining the results.

The government will then have 90 days to complete its mental health evaluations of Petitioner and to file it answer to the 2255 motion.

**SO ORDERED**

_____
Ralph R. Erickson, Chief USDJ