IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| Alfonso Rodriguez, Jr., | ) | |
| | ) | Criminal Case No.: 2:04-cr-55 |
| Petitioner, | ) | Civil Case No.: 2:11-cv-88 |
| | ) | |
| vs. | ) | **ORDER GRANTING MOTION TO** |
| | ) | **ESTABLISH SCHEDULE FOR** |
| United States of America, | ) | **PARTIES TO COMPLETE MENTAL** |
| | ) | **HEALTH EVALUATIONS AND** |
| Respondent. | ) | **RESET GOVERNMENT'S TIME TO** |
| | ) | **FILE RESPONSE TO 2255 MOTION** |

Before the Court is petitioner Alfonso Rodriguez, Jr.'s Motion to Establish Schedule for

Parties to Complete Mental Health Evaluations and to Reset the Government's Time to File

Response to 2255 Motion (Doc. #823). The government has no objection to the petitioner's motion

and joins in his request. The motion is therefore **GRANTED** and the Court hereby **ORDERS**:

- Petitioner shall file his motion seeking an order permitting additional mental health-related testing of Petitioner;

- Such testing shall be completed within 60 days of the signing of the order authorizing such testing;

- Petitioner's counsel will notify the government of the results of the testing within 30 days of obtaining the results;

- The government will then have 90 days to complete its mental health evaluations of Petitioner and to file its answer to the 2255 motion.

**IT IS SO ORDERED.**

Dated this 16th day of July, 2012.

        /s/   Ralph R. Erickson        
Ralph R. Erickson, Chief Judge
United States District Court

1