United States of America

v.                                          Case Number: 2:04-cr-55

Alfonso Rodriguez, Jr.

Clerk's Minutes
Proceeding: Status Conference

Honorable Ralph R. Erickson                 Date: Thursday, August 2, 2012
Shelley M. Giauque, Deputy Clerk            Time: 3:45 PM
Kelly Kroke, Court Reporter                 Recess: 3:55 PM
Neil Roesler, Law Clerk
*************************************************************************
Appearances:
Attorney for plaintiff:    Keith Reisenauer
Attorney for defendants:   Michael Wiseman (via phone)
*************************************************************************
Court calls case and notes appearances.
Court notes unopposed motion - Court will approve request, but would like additional
information as to logistics.

Counsel will check into logistics and provide law clerk with additional information - proposed
order.

Upon completion of the evaluation the court will set a status conference.  Deadlines for written
responses will be determined at the next status conference.

Recess.