UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

_____ :

UNITED STATES OF AMERICA,         :         Docket # 2:04-cr-55
                                  :
        Respondent,               :         Hon. Ralph R. Erickson
                                  :     Chief United States District Court Judge
        v.                        :
                                  :         Capital 2255 Proceedings
ALFONSO RODRIGUEZ, JR.,           :
                                  :
        Petitioner.               :
_____ :


ORDER


        AND NOW, this _____ day of _____, 2012, upon consideration
of Petitioner's *Motion for an Additional Twenty-One Days to Respond to the
Government's Motion to Seek or to Gain Full Access to Trial ex Parte Motions,
Orders, Reports, and Proceedings*, it is hereby ORDERED:

        The Motion is GRANTED.  Petitioner shall file his Response to the above
Motion on or before November 26, 2012.

SO ORDERED


                                          _____
                                          Hon. Ralph R. Erickson
                                          Chief, USDJ