IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

United States of America,

      Plaintiff/Respondent,

vs.

Alfonso Rodriguez, Jr.,

      Defendant/Petitioner.

Criminal No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**ORDER GRANTING MOTION FOR
EXTENSION OF TIME TO RESPOND**

Before the Court is Petitioner Alfonso Rodriguez, Jr.'s Motion for an Extension of Time to Respond to the United States' Motion for Access to Ex Parte Documents and Proceedings (Doc. #835). Petitioner seeks an additional 21 days to respond to the motion.

Upon consideration, the Court finds good cause for the requested extension. The Court **HEREBY GRANTS** Petitioner's motion. Petitioner's deadline to respond to the United States' motion is **November 26, 2012**.

    **IT IS SO ORDERED**.

Dated: October 31, 2012        /s/ *Ralph R. Erickson*
                                   Ralph R. Erickson
                                   Chief United States District Court Judge