IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

United States of America,

        Plaintiff/Respondent,

vs.

Alfonso Rodriguez, Jr.,

        Defendant/Petitioner.

Criminal No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**ORDER GRANTING, IN PART, UNITED STATES' MOTION TO RELEASE EX PARTE DOCUMENTS**

Before the Court is the United States' Motion to Release Ex Parte Documents in the Underlying Case (Doc. #834). Petitioner objects only to the release of documents and transcripts related to the case budget (Doc. #837). Upon review of the motion and the parties' arguments, the Court finds that the five documents relating to the case budget are protected by the attorney work-product privilege and there is nothing in the record to indicate that Petitioner has waived that privilege. Accordingly, the Court grants the United States' motion, in part. The Clerk is directed to release to the United States the requested ex parte records except for the following documents: #50, #75, #102, #669, and #681.

        **IT IS SO ORDERED**.

Dated: November 29, 2012        /s/ *Ralph R. Erickson*
                                      Ralph R. Erickson
                                      Chief United States District Court Judge