UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

_____
                                        :
UNITED STATES OF AMERICA,               :        Docket # 2:04-cr-55
                                        :
              Respondent,               :        Hon. Ralph R. Erickson
                                        :    Chief United States District Judge
              v.                        :
                                        :        Capital 2255 Proceedings
ALFONSO RODRIGUEZ, JR.,                 :
                                        :
              Petitioner.               :
_____         :

### PETITIONER'S MOTION TO SEAL

Petitioner, through counsel, moves to seal a document filed today.

1.      Petitioner has today filed *Petitioner's Sealed Status Report* (document # 842).  Because this document contains information that was the subject of a previous order to seal, Petitioner requests that the *Status Report* also be sealed.

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman Signing for All Counsel
PO Box 120
Swarthmore, PA 19081
Wiseman_Law@Comcast.Net
215-450-0903

1

Andrew Mohring                  Joseph Margulies
Katherine Menendez             Roderick MacArthur Justice Center
Federal Public Defender Office  Northwestern University Law School
Minneapolis, MN 55415          300 S. 4th Street, Suite 107
612-664-5858                   Chicago, IL 60611
Andrew_Mohring@fd.org          312-503-0890
Kate_Menendez@fd.org           j-margulies@law.northwestern.edu

Dated:        December 17, 2012
              Swarthmore, Pennsylvania


## CERTIFICATE OF SERVICE

I, Michael Wiseman, hereby certify that on this 17th day of December, 2012, I served a copy of the foregoing upon the following persons by filing the same with this Court's ECF filing system:

Keith W. Reisenauer
Assistant United States Attorney

/s/ Michael Wiseman

Michael Wiseman