UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

_____
                                    :
UNITED STATES OF AMERICA,           :        Docket # 2:04-cr-55
                                    :
         Respondent,                :        Hon. Ralph R. Erickson
                                    :    Chief United States District Judge
         v.                         :
                                    :        Capital 2255 Proceedings
ALFONSO RODRIGUEZ, JR.,             :
                                    :
         Petitioner.                :
_____  :

**ORDER**

AND NOW, this _____ day of December, 2012, upon motion of Petitioner to Seal *Petitioner's Sealed Status Report*, and upon the Court's finding of good cause to do so, it is ORDERED:

The Motion is Granted. The Clerk shall seal the document captioned, *Petitioner's Sealed Status Report*, document # 842.

_____
Ralph R. Erickson, Chief USDJ