IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

United States of America,

        Plaintiff/Respondent,

vs.

Alfonso Rodriguez, Jr.,

        Defendant/Petitioner.

Criminal No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**ORDER MOTION TO SEAL DOCUMENT**

Before the Court is Petitioner Alfonso Rodriguez, Jr.'s motion to seal document (Doc. #843).

Upon consideration, the Court finds good cause has been shown to allow the document to be filed

under seal. The reasons for sealing the document are contained in a separately filed sealed

supplement.

    **IT IS SO ORDERED**.

Dated: December 18, 2012

/s/  *Ralph R. Erickson*
Ralph R. Erickson
Chief United States District Court Judge