United States of America

        Plaintiff/Respondent

      v.                                   Criminal Case No.: 2:04-cr-55

Alfonso Rodriguez, Jr.                      Civil Case No.: 2:11-cv-88

        Defendant/Petitioner

Clerk's Minutes
Proceeding:  Status Conference

| | |
|---|---|
| Honorable Ralph R. Erickson | Date: Tuesday, December 18, 2012 |
| Shelley M. Giauque, Deputy Clerk | Time: 1:30 PM |
| Kelly Kroke, Court Reporter | Recess: 1:45 PM |
| Susan Hettich, Law Clerk | |

************************************************************************

Appearances:
Attorney for plaintiff:    Keith Reisenauer
Attorney for defendants: Michael Wiseman and Andrew Mohring (via phone)

************************************************************************

Court calls case.
Attorney Wiseman comments as to data being turned over, issue regarding the contact information as to who did the imaging, blood testing has not been completed.
Court notes court order previously entered.
Court directs that AUSA Reisenauer contact and advise of previous order - if don't comply the court will issue an order to show cause.
Disclosure of experts will need to be reset.
Counsel will get together and provide a status memo to the court by 1/3/13.  The court will then set final deadlines.  Will also include details re: blood testing.

Recess.