IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

United States of America,

          Plaintiff/Respondent,

    vs.

Alfonso Rodriguez, Jr.,

          Defendant/Petitioner.

Criminal No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**ORDER GRANTING MOTION FOR
LEAVE TO FILE UNDER SEAL**

Before the Court is Petitioner Alfonso Rodriguez, Jr.'s motion for leave to file under seal

a status report (Doc. #847).  Upon consideration, the Court finds good cause has been shown to

allow the document to be filed under seal. Counsel is directed to file the document under seal.  The

reasons for sealing the document are contained in a separately filed sealed supplement.

    **IT IS SO ORDERED**.

Dated: January 28, 2013          /s/  *Ralph R. Erickson*
                                      Ralph R. Erickson
                                      Chief United States District Court Judge