IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

United States of America,

      Plaintiff/Respondent,

    vs.

Alfonso Rodriguez, Jr.,

      Defendant/Petitioner.

Criminal No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**ORDER GRANTING MOTION TO
SEAL DOCUMENT**

Before the Court is Petitioner Alfonso Rodriguez, Jr.'s motion to seal document (Doc. #851).

Upon consideration, the Court finds good cause has been shown to allow the proposed document to

be filed under seal. The reasons for sealing the document are contained in a separately filed sealed

supplement. The motion to seal is **HEREBY GRANTED**.

    **IT IS SO ORDERED**.

Dated: February 26, 2013       /s/  *Ralph R. Erickson*
                                  Ralph R. Erickson
                                  Chief United States District Court Judge