United States of America

v.                                                    Criminal Case No.: 2:04-cr-55

**Alfonso Rodriguez, Jr**

Clerk's Minutes
Proceeding: In Chambers Status Conference

Honorable Ralph R. Erickson            Date:  March 21, 2013
Shelley M. Giauque, Deputy Clerk       Time: 2:30 PM
Kelly Kroke, Court Reporter            Recess: 2:50 PM
Susan Hettich, Law Clerk
*************************************************************************
Appearances:
Attorney for plaintiff:    Keith Reisenauer
Attorney for defendants: Michael Wiseman/Kate Menendez (via phone)
*************************************************************************

Court calls case and notes appearances.
Court notes that reports have been produced.

Mr. Reisenauer requests that a new schedule be set.  Notes that since there was a delay the government experts will not be available until sometime in June or July.  No objections by defendants.

Mr. Wiseman clarifies understanding of evaluations (partial objection - response filed - waiting for ruling).

Mr. Reisenauer will get a date certain as to when their experts are available and then the court will rule on the pending motion.

Mr. Reisenauer notes the request for raw data for review by government experts.  Defendant does not agree to provide raw data, since it only consists of doctor's handwritten notes.  Court directs that a motion be filed by the government as to why discoverable and what value they have.  Mr. Reisenauer will review and file a motion if necessary.

Answer deadline to be filed by USA: 10/15/13.

Court sets status conference for Friday, November 1, 2013 at 9 AM (in person conference).  Court requests that counsel provide a summary at least 24 hours prior to the status conference to determine what the issues are that need to be discussed.

Recess.