IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

United States of America,

       Plaintiff/Respondent,                Criminal No. 2:04-cr-55
                                    Civil Case No. 2:11-cv-88

vs.

                             **REVISED SCHEDULING ORDER**

Alfonso Rodriguez, Jr.,

       Defendant/Petitioner.

On March 21, 2013, this case came on for a status conference. The Court set the following deadlines:

(1)    The United States shall obtain specific dates for testing from its two experts forthwith and notify the Court and counsel of those dates.

(2)    The United States' Answer to the petition shall be due not later than **October 15, 2013**.

In addition, if the United States wants the handwritten notes the doctors used to prepare their reports on behalf of Mr. Rodriguez, it should file a motion outlining why the information is discoverable and what value it has in the case. Petitioner's counsel has indicated that there are no audio or video recordings of the testing/interviews performed by its experts, and the only raw data is the handwritten notes.

A status conference is set for **Friday, November 1, 2013, at 9:00 a.m.** The parties are directed to appear in person for this hearing. The parties shall prepare a summary at least 24 hours before the hearing identifying, generally, the issues that need to be addressed.

     **IT IS SO ORDERED**.

Dated: March 22, 2013           /s/  *Ralph R. Erickson*
                                 Ralph R. Erickson
                                 Chief United States District Court Judge