IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ALFONSO RODRIGUEZ, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 2:04-cr-55 |
| | ) | Civil Case No.  2:11-cv-88 |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

**UNITED STATES' MOTION TO COMPEL EXPERT DISCOVERY**

The United States of America, by Lynn C. Jordheim, Acting United States

Attorney for the District of North Dakota Under Authority Conferred by 28 U.S.C. § 515,

and Keith W. Reisenauer, Assistant United States Attorney, hereby moves this Court for

an order compelling Petitioner to produce expert reports, notes, raw data, and supporting

materials upon which his experts base their opinions relating to Petitioner's medical and

mental health-related testing and evaluations conducted pursuant to this Court's Order,

dated August 22, 2012. (Doc. 831)  The United States requests the production of these

particular items for the purpose of providing this information to the United States' experts

to assist in the related examinations of Petitioner, Alfonso Rodriguez, Jr., which are

tentatively being scheduled in this matter.

Specifically, the United States requests the production of reports, notes, and raw

data upon which the declarations of Dr. Stephen Greenspan, Dr. David Lisak, Dr. Pablo

Stewart, and Dr. Arturo Silva are derived as they relate to the examination and evaluation

of Petitioner, Alfonso Rodriguez, Jr.  Petitioner has failed to produce these documents, and related materials, as requested by the United States.

For the reasons more fully set forth in its Memorandum in Support of this Motion, the United States respectfully requests the Court order Petitioner provide the government with:

(1)    A report by Dr. David Lisak about his October 17-18, 2012, examination of and findings regarding Petitioner, Alfonso Rodriguez, Jr.;

(2)    A report by Dr. Stephen Greenspan about his October 26, 2012, examination of and findings regarding Petitioner, Alfonso Rodriguez, Jr.;

(3)    A report by Dr. Arturo Silva about his September 13, 2011, examination of and findings regarding Petitioner, Alfonso Rodriguez, Jr.;

(4)    A report by Dr. Pablo Stewart about his September 16, 2011, examination of and findings regarding Petitioner, Alfonso Rodriguez, Jr.;

(5)    A copy of any and all results of tests or examinations conducted by Dr. David Lisak, Dr. Stephen Greenspan, Dr. Pablo Stewart, and Dr. Arturo Silva of Petitioner, Alfonso Rodriguez, Jr.;

(6)    A copy of any and all work papers or audio and video recordings, including notes of interviews, created by Dr. David Lisak, Dr. Stephen Greenspan, Dr. Pablo Stewart, and Dr. Arturo Silva in connection with their examinations and testing of Petitioner, Alfonso Rodriguez, Jr.;

(7)    A copy of any report, notes, recording of, or reflection of an interview of Petitioner, Alfonso Rodriguez, Jr., of said examinations by Dr. David Lisak, Dr. Stephen Greenspan, Dr. Pablo Stewart, and Dr. Arturo Silva;

(8)    A copy of all raw data upon which any reports were derived from said evaluations by Dr. David Lisak, Dr. Stephen Greenspan, Dr. Pablo Stewart, Dr. Arturo Silva, and Dr. Susan Koslow;

(9)     A copy of all notes and reports of interviews of individuals conducted and reviewed for the purpose of arriving at the opinions of Dr. David Lisak, Dr. Stephen Greenspan, Dr. Pablo Stewart, and Dr. Arturo Silva; and

(10)    A copy of all notes and reports of interviews of individuals conducted by any Mitigation Specialist for the purpose of the additional testing ordered by the Court, including, but not limited to, the following people:  Delores Rodriguez (mother); Illeana Noyes (sister); Sylvia D'Angelo (sister); Rosa Rodriguez (sister); Paco Rodriguez (brother); Belia Flores (aunt); Eva Mendes (family friend); Geraldo Chavez (cousin), Reymundo "Rey" Espinosa (friend); Jose Lopez (case manager at Stillwater prison); and Fred Waldon (former patient/prisoner at St. Peter ) on August 22, 2012. (Doc. 831).

Dated April 2, 2013.

> LYNN C. JORDHEIM
> Attorney for the United States Acting under
> Authority Conferred by 28 U.S.C. § 515
>
> By:    /s/ Keith W.  Reisenauer
>        KEITH W. REISENAUER
>        Assistant United States Attorney
>        Quentin N. Burdick United States Courthouse
>        655 First Avenue North - Suite 250
>        Fargo, ND  58102-4932
>        (701) 297-7400
>        N.D. Bar Board ID No. 03885
>        Attorney for United States