UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

_____
                                          :
UNITED STATES OF AMERICA,                 :        Docket # 2:04-cr-55
                                          :
            Respondent,                   :        Hon. Ralph R. Erickson
                                          :     Chief United States District Court Judge
      v.                                  :
                                          :        Capital 2255 Proceedings
ALFONSO RODRIGUEZ, JR.,                    :
                                          :
            Petitioner.                   :
_____           :

**PETITIONER'S MOTION FOR AN ADDITIONAL TEN DAYS
TO RESPOND TO THE GOVERNMENT'S
*MOTION TO COMPEL***

Petitioner, Alfonso Rodriguez, through counsel, files this *Motion* seeking an additional ten days to respond to the Government's *Motion to Compel* and supporting *Brief* (documents # 860 and 861) (hereafter, *Motion*), and in support states the following.

1.      On April 3, 2013 the government filed its *Motion* seeking discovery of certain documents and information it believes are in possession of Petitioner's expert witnesses.[1]

_____

[1]Pursuant to Local Rule 7.1 (B), Petitioner's response to this non-dispositive motion is due fourteen days from the government's filing, or April 17, 2013. This *Motion* for ten additional days would make his *Response* due on April 26, 2013.

2.      Undersigned counsel commenced a homicide trial on the day that the *Motion* was filed.  That trial ended last Thursday and the jury is still deliberating. Additionally, co-counsel Menendez was also on trial during Petitioner's response time.   Co-counsel Margulies is still out of the country.  Accordingly, counsel for Petitioner request an additional ten days to submit their *Response in Opposition*.

WHEREFORE, counsel for Petitioner requests an additional ten days, until April 26, 2013 to file their *Response.*

Respectfully

/s/ Michael Wiseman

Michael Wiseman
Signing for All Counsel
PO Box 120
Swarthmore, PA 19081
Wiseman_Law@Comcast.Net
215-450-0903

Andrew Mohring                          Joseph Margulies
Katherine Menendez                      Roderick MacArthur Justice Center
Federal Public Defender Office          Northwestern University Law School
Minneapolis, MN 55415                   300 S. 4th Street, Suite 107
612-664-5858                            Chicago, IL 60611
Andrew_Mohring@fd.org                   312-503-0890
Kate_Menendez@fd.org                    j-margulies@law.northwestern.edu

Dated:      April 16, 2013
            Swarthmore, Pennsylvania

## CERTIFICATE OF SERVICE

I, Michael Wiseman, hereby certify that on this 16th day of April, 2013 served a copy of the foregoing upon the following persons by filing the same with this Court's ECF filing system:

Keith W. Reisenauer
Assistant United States Attorney

/s/ Michael Wiseman

Michael Wiseman