UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

_____
                                          :
UNITED STATES OF AMERICA,                 :          Docket # 2:04-cr-55
                                          :
            Respondent,                   :          Hon. Ralph R. Erickson
                                          :    Chief United States District Court Judge
            v.                            :
                                          :          Capital 2255 Proceedings
ALFONSO RODRIGUEZ, JR.,                   :
                                          :
            Petitioner.                   :
_____   :

ORDER

        AND NOW, this _____ day of _____, 2013, upon consideration of Petitioner's *Motion for an Additional Ten Days to Respond to the Government's Motion to Compel* (document # 860), it is hereby ORDERED:

        The Motion is GRANTED.  Petitioner shall file his Response to the above Motion on or before April 26, 2013.

SO ORDERED

                                          _____
                                          Hon. Ralph R. Erickson
                                          Chief, USDJ