IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

United States of America,

      Plaintiff/Respondent,

vs.

Alfonso Rodriguez, Jr.,

      Defendant/Petitioner.

Criminal No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**ORDER GRANTING MOTION FOR EXTENSION**

Before the Court is Petitioner Alfonso Rodriguez, Jr.'s motion for an extension of the deadline to respond to the United States' motion to compel (Doc. #862). Upon consideration, the Court finds good cause has been shown for the requested extension. The deadline to respond to the motion to compel is extended until **April 26, 2013.**

      **IT IS SO ORDERED**.

Dated: April 17, 2013        /s/   *Ralph R. Erickson*
                      Ralph R. Erickson
                      Chief United States District Court Judge