United States of America

        v.                                  Criminal Case No.: 2:04-cr-55

**Alfonso Rodriguez, Jr**        **Clerk's Minutes**

Proceedings: Motion Hearing
Re: Motion to Compel Expert Discovery

Honorable Ralph R. Erickson        Date: Tuesday, May 21, 2013
Shelley M. Giauque, Deputy Clerk        Time: 1:40 PM
Kelly Kroke, Court Reporter        Recess: 2:10 PM
Susan Hettich, Law Clerk
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Appearances:
Attorney for plaintiff:    Keith Reisenauer/Norm Anderson
Attorney for defendants:  Michael Wiseman/Kate Menendez/Andrew Mohring (via phone)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court calls case and notes appearances.
Mr. Reisenauer comments.
Mr. Wiseman comments.
Court comments.

Court takes matter under advisement.

Recess.