UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Docket # 2:04-cr-55 |
|  | : |  |
| Respondent, | : | Hon. Ralph R. Erickson |
|  | : | Chief United States District Judge |
| v. | : |  |
|  | : | Capital 2255 Proceedings |
| ALFONSO RODRIGUEZ, JR., | : |  |
|  | : |  |
| Petitioner. | : |  |

_____  :

**PETITIONER'S NOTICE OF COMPLIANCE**

Petitioner, through counsel, files this *Notice* to demonstrate compliance with

the Court's order of May 24, 2013 (document # 867), in that counsel has today

provided the government with the notes referenced in the order.

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman Signing for All Counsel
PO Box 120
Swarthmore, PA 19081
Wiseman_Law@Comcast.Net
215-450-0903

1

Andrew Mohring                  Joseph Margulies
Katherine Menendez             Roderick MacArthur Justice Center
Federal Public Defender Office  Northwestern University Law School
Minneapolis, MN 55415          300 S. 4th Street, Suite 107
612-664-5858                   Chicago, IL 60611
Andrew_Mohring@fd.org          312-503-0890
Kate_Menendez@fd.org           j-margulies@law.northwestern.edu


Dated:        May 31, 2013
              Swarthmore, Pennsylvania

## CERTIFICATE OF SERVICE

I, Michael Wiseman, hereby certify that on this 31st day of May, 2013, I served a copy of the foregoing upon the following persons by filing the same with this Court's ECF filing system:

Keith W. Reisenauer
Assistant United States Attorney

/s/ Michael Wiseman

Michael Wiseman

2