IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ALFONSO RODRIGUEZ, JR., | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Criminal Case No. 2:04-cr-55 |
| | ) | Civil Case No.  2:11-cv-00088 |
| UNITED STATES OF AMERICA , | ) | |
| | ) | |
| Respondent. | ) | |

**GOVERNMENT'S NOTICE OF POTENTIAL TESTING INSTRUMENTS**

On May 24, 2013, the Court ordered the United States to provide "a list of tests"

that its experts will use when performing examinations of Alfonso Rodriguez, Jr.  The

Court ordered these disclosures be made not later than Monday, June 3, 2013.

(1)  Dr. Michael Welner, M.D., is scheduled to examine Rodriguez on June 26-28,

2013.  Dr. Welner will not do any testing when he meets with Rodriguez.  Dr. Welner will

conduct a clinical interview, mental-status examination, and behavior observation of

Rodriguez.  As previously provided, the interviews will be recorded.

(2)  Dr. James Seward, Ph.D., is scheduled to examine Rodriguez on July 10-12,

2013.  Dr. Seward will employ the following possible assessment techniques and battery

of tests:

> Interview
> Neuropsychological Symptom Checklist (NSC)
> Mini Mental State-2 (MMSE-2)
> Wide Range Achievement Test-4 (WRAT-4)
> Trauma Symptom Inventory-2 (TSI-2)
> Minnesota Multiphasic Personality Inventory-2 (MMPI-2)

Personality Assessment Inventory (PAI)
15 Items Test with Recognition
Structured interview of Malingered Symptomatology (SIMS)
Conner's Continuous Performance Test-II (CPT-II)
Victoria Symptom Validity Test (VSVT)
Wechsler Adult Intelligence Test-Fourth Edition (WAIS-IV)
Booklet Category Test (BCT)
Dot-Counting Test (DCT)
Boston Naming Test (BNT)
Word Memory Test (WMT)
Wisconsin Card Sorting Test (WCST)
Rey Complex Figure Test (RCFT)
Stroop Color and Word Test
California Verbal Learning Test-2 (CVLT-2)
Trail Making Test
Finger Tapping Test
Thurstone Word Fluency Test
Wechsler Memory Scale-Third Edition Abbreviated (WMS-III Abbr.)
Verbal Fluency
Category Fluency
Test of Memory Malingering (TOMM)

Dated June 3, 2013.

LYNN C. JORDHEIM
Attorney for the United States Acting under
Authority Conferred by 28 U.S.C. § 515

/s/ Keith W.  Reisenauer

By:    _____
KEITH W. REISENAUER
Assistant United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North - Suite 250
Fargo, ND  58102-4932
(701) 297-7400
N.D. Bar Board ID No. 03885
Attorney for United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

ALFONSO RODRIGUEZ, JR.,      )

                  )

           Petitioner,      )    **Certificate of Service**

                  )

        v.             )    Criminal Case No. 2:04-cr-55

                  )    Civil Case No.  2:11-cv-88

UNITED STATES OF AMERICA,    )

                  )

          Respondent.    )

      I certify that on June 3, 2013, the following document:

**GOVERNMENT'S NOTICE OF POTENTIAL TESTING INSTRUMENTS**

was filed electronically with the Clerk of Court through ECF and that ECF will send a Notice of Electronic Filing (NEF) to the following:

**Joseph Margulies**
    j-margulies@law.northwestern.edu

**Katherine M. Menendez**
    Kate_Menendez@fd.org,wendi_tilden@fd.org

**Andrew H. Mohring**
    andrew_mohring@fd.org
**Michael Wiseman**
    wiseman_law@comcast.net

    Dated June 3,  2013.


                /s/ Charlotte E. Berg

                _____

                Charlotte E. Berg
                Office of the United States Attorney