IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ALFONSO RODRIGUEZ, JR., | ) | |
| | ) | Criminal Case No. 2:04-cr-00055-RRE |
| Petitioner, | ) | Civil Case No. 2:11-cv-00088-RRE |
| | ) | |
| v. | ) | **UNITED STATES' MOTION FOR** |
| | ) | **EXTENSION OF TIME TO RESPOND** |
| UNITED STATES OF AMERICA, | ) | **TO PETITIONER'S 28 U.S.C. § 2255** |
| | ) | **MOTION** |
| Respondent. | ) | |

The United States of America, by Lynn C. Jordheim, Acting United States Attorney

for the District of North Dakota Under Authority Conferred by 28 U.S.C. § 515, and Keith

W. Reisenauer, Assistant United States Attorney, hereby moves the Court for an extension

of time within which to file a response to Petitioner's Motion to Vacate, Set Aside, or

Correct Sentence under 28 U.S.C. § 2255 until December 15, 2013. This motion is based

upon the following grounds:

1. Petitioner filed his Motion to Vacate, Set Aside, or Correct Sentence (DKT 752)

    on October 17, 2011. The motion filed by Rodriguez is over 335 pages long

    and supported by thousands of pages of exhibits, and alleges 21 putative grounds

    for relief, most of which contain numerous arguments and sub-issues. The

    United States' Answer is extensive and requires significant preparation and

    documentary review of materials. Currently, the United States' Answer is due

    on October 15, 2013, to respond to Petitioner's motion. Based upon the

    complexity of the claims, and primarily due to the **federal government**

    **shutdown**, the undersigned Assistant United States Attorney, who is the sole

AUSA preparing the United States' Answer, requests an extension until December 15, 2013, to respond to Petitioner's motion.

2. At the end of the day on September 30, 2013, the Appropriations Act that had been funding the Department of Justice expired and appropriations to the Department lapsed.   The same is true for most executive agencies, including the United States Attorney's Office – District of North Dakota.   The Department does not know when funding will be restored by Congress.

3. Absent an appropriation, Department of Justice attorneys and employees of the United States Attorney's Office – District of North Dakota are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property."   31 U.S.C. § 1342.   The support staff helping the undersigned are not working as a result.

4. Undersigned counsel for the Department of Justice therefore requests a 60-day continuance for the filing of the United States' Answer in Opposition to Motion under 28 U.S.C. § 2255 for Collateral Relief, To Vacate, Set Aside, or Correct Sentence, and for a New Trial.

5. The United States has contacted counsel for Petitioner, specifically Michael Wiseman, who indicates they have no objection to the United States' motion for extension of time.

Therefore, although we greatly regret any disruption caused to the Court, the United States

requests an extension of time to respond to Petitioner's motion until Department of Justice attorneys and staff are permitted to resume their usual litigation functions.   Under the Order by this Court, the United States' response is presently due on October 15, 2013. The United States respectfully request an extension to December 15, 2013, to file its Answer.

Dated this 3rd day of October, 2013.

LYNN C. JORDHEIM
Attorney for the United States Acting Under
Authority Conferred by 28 U.S.C. § 515


By:    _/s/ Keith W. Reisenauer_____
KEITH W. REISENAUER
Assistant United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North - Suite 250
Fargo, ND   58102-4932
(701) 297-7400
N.D. Bar Board ID No. 03885
Attorney for United States

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | | |
|---|---|---|
| ALFONSO RODRIGUEZ, JR., | ) | Criminal Case No. 2:04-cr-55 |
| | ) | Civil Case No. 2:11-cv-00088 |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CERTIFICATE OF SERVICE |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

I certify that on October 3, 2013, the following document:

UNITED STATES' MOTION FOR
EXTENSION OF TIME TO RESPOND
TO PETITIONER'S 28 U.S.C. § 2255 MOTION

was filed electronically with the Clerk of Court through ECF and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Joseph Margulies
    j-margulies@law.northwestern.edu

Katherine M. Menendez
    Kate_Menendez@fd.org
    wendi_tilden@fd.org

Andrew H. Mohring
    andrew_mohring@fd.org

Michael Wiseman
    Wiseman_law@comcast.net

Dated this 3rd day of October, 2013.

__/s/Tanya L. Abraham_____
TANYA L. ABRAHAM
Office of United States Attorney

4