00169

```
BBPTPFP              CASS COUNTY                          Page   1
ERNSTA               Print Inmate Contact                 4/05/12
CJ008511A1                                                10:55:59

Booking # CAS-04-02942   RODRIGUEZ, ALFONSO          MNI #   258094

Date       Time     Type      Name                    Relationship Cmpltd

 2/07/2007 15:00:37 VISIT     RODRIGUEZ, DOLORES       PARENT         Y
 2/07/2007 15:00:32 VISIT     RODRIGUEZ, ILEANNA NOYES RELATIVE       Y
 1/20/2007 15:00:22 VISIT     RODRIGUEZ, DOLORES       PARENT         Y
 1/20/2007 14:55:39 VISIT     GONZALEZ, MARTA          FRIEND
 1/06/2007 15:00:12 VISIT     RODRIGUEZ, ILEANNA NOYES RELATIVE
11/25/2006 14:50:11 VISIT     RODRIGUEZ, ROSA          RELATIVE       Y
11/25/2006 14:50:00 VISIT     RODRIGUEZ, DOLORES       PARENT         Y
11/11/2006 15:00:59 VISIT     RODRIGUEZ, ILEANNA NOYES RELATIVE       Y
11/11/2006 15:00:22 VISIT     RODRIGUEZ, DOLORES       PARENT         Y
10/28/2006 15:00:20 VISIT     NOYES, ALINA             RELATIVE       Y
10/28/2006 15:00:16 VISIT     RODRIGUEZ, DOLORES       PARENT         Y
10/14/2006 15:00:55 VISIT     SANTOS, PEDRO            RELATIVE       Y
10/14/2006 15:00:20 VISIT     NOYES, ALINA             RELATIVE       Y
10/14/2006 15:00:16 VISIT     RODRIGUEZ, DOLORES       PARENT         Y
 9/09/2006 15:00:30 VISIT     RODRIGUEZ, DOLORES       RELATIVE       Y
 9/09/2006 15:00:20 VISIT     D'ANGELO, SYLVIA         RELATIVE       Y
 8/30/2006 14:19:30 VISIT     NELSON, YVONNE           CLERGY         Y
 8/30/2006 14:19:12 VISIT     RODRIGUEZ, DOLORES       PARENT         Y
 8/30/2006 14:18:50 VISIT     NOYES, ALINA             RELATIVE       Y
 5/27/2006 14:48:11 VISIT     RODRIGUEZ, ROSA          RELATIVE       Y
 5/27/2006 14:44:38 VISIT     RODRIGUEZ, DOLORES       PARENT         Y
 5/13/2006  9:00:34 CONTACT   FROMING, DR. KAREN       DOCTOR         Y
 5/12/2006  9:15:34 CONTACT   HUTCHINSON, MARILYN ANNE OTHER SERV     N
 5/06/2006 14:00:00 VISIT     RODRIGUEZ, DOLORES       PARENT
 5/06/2006 14:00:00 VISIT     NOYES, ALINA             RELATIVE
 4/15/2006 14:00:58 VISIT     RODRIGUEZ, DOLORES                      Y
 4/15/2006 14:00:56 VISIT     RODRIGUEZ, ILEANNA NOYES RELATIVE       Y
 4/15/2006 14:00:06 VISIT     NOYES, ALINA             RELATIVE       Y
 4/07/2006 15:13:48 CONTACT   HOY, ROBERT G            ATTORNEY       Y
 4/07/2006 15:12:02 CONTACT   HAAKE, BRETT CHRISTOPHER DOCTOR         Y
 4/06/2006 14:09:36 CONTACT   HOY, ROBERT G            ATTORNEY       Y
 3/25/2006 14:15:33 CONTACT   RODRIGUEZ, ROSA          RELATIVE       Y
 3/25/2006 14:11:18 CONTACT   RODRIGUEZ, DOLORES       RELATIVE       Y
 3/02/2006  9:17:01 CONTACT   HUTCHINSON, MARILYN ANNE OTHER SERV     Y
 3/01/2006 13:24:55 CONTACT   NEY, RICHARD A           ATTORNEY       Y
 3/01/2006 13:24:38 CONTACT   HOY, ROBERT G            ATTORNEY       Y
11/19/2005 13:50:38 VISIT     RODRIGUEZ, ROSA          RELATIVE       Y
11/19/2005 13:50:38 VISIT     RODRIGUEZ, ROSA          RELATIVE       Y
11/19/2005 13:50:08 VISIT     RODRIGUEZ, DOLORES       PARENT         Y
11/10/2005 15:15:53 VISIT     HOY, ROBERT G            ATTORNEY       N
10/21/2005  9:04:00 CONTACT   HUTCHINSON, MARILYN ANNE OTHER SERV     Y
10/20/2005  9:11:42 CONTACT   HOY, ROBERT G            ATTORNEY       Y
10/20/2005  9:07:49 CONTACT   HUTCHINSON, MARILYN ANNE OTHER SERV     Y
10/15/2005 15:00:39 VISIT     RODRIGUEZ, ILEANNA NOYES RELATIVE       Y
10/15/2005 14:00:21 VISIT     RODRIGUEZ, DOLORES       PARENT         Y
 9/13/2005 15:26:18 CONTACT   HOY, ROBERT G            ATTORNEY       Y
 8/27/2005 14:58:21 VISIT     RODRIGUEZ, DOLORES       PARENT         Y
 7/05/2005 14:58:49 CONTACT   HOY, ROBERT G            ATTORNEY       Y
 6/24/2005 15:57:55 CONTACT   HOY, ROBERT G            ATTORNEY       N
 6/24/2005 15:57:44 CONTACT   CHRISTIANSON, INGRID     ATTORNEY       N
 5/21/2005 15:00:39 VISIT     RODRIGUEZ, ILEANNA NOYES RELATIVE       Y
 5/21/2005 15:00:02 VISIT     RODRIGUEZ, DOLORES       PARENT         Y
```

US EXHIBIT-3-1

```
BBPTPFP              CASS COUNTY                           Page      2
ERNSTA               Print Inmate Contact                  4/05/12
CJ008511A1                                                 10:55:59
```

| Date | Time | Type | Name | Relationship | Cmpltd |
|------|------|------|------|--------------|--------|
| 5/07/2005 | 0:15:00 | VISIT | RODRIGUEZ, ILEANNA NOYES | RELATIVE | Y |
| 5/07/2005 | 0:15:00 | VISIT | RODRIGUEZ, DOLORES | PARENT | Y |
| 1/05/2005 | 8:55:04 | CONTACT | NELSON, YVONNE | CLERGY | Y |
| 12/24/2004 | 14:00:55 | VISIT | RODRIGUEZ, ROSA | RELATIVE | Y |
| 12/24/2004 | 13:49:51 | VISIT | RODRIGUEZ, DOLORES | PARENT | Y |
| 12/18/2004 | 9:50:00 | CONTACT | CHRISTIANSON, INGRID | ATTORNEY | |
| 11/22/2004 | 15:39:36 | CONTACT | NEY, RICHARD A | ATTORNEY | Y |
| 11/22/2004 | 15:39:26 | CONTACT | HOY, ROBERT G | ATTORNEY | Y |
| 11/19/2004 | 9:35:40 | CONTACT | HOY, ROBERT G | ATTORNEY | Y |
| 11/10/2004 | 8:49:27 | CONTACT | NELSON, YVONNE | CLERGY | Y |
| 11/03/2004 | 8:56:13 | CONTACT | NELSON, YVONNE | CLERGY | Y |
| 10/29/2004 | 15:57:54 | CONTACT | HOY, ROBERT G | ATTORNEY | N |
| 10/29/2004 | 15:38:30 | CONTACT | HOY, ROBERT G | ATTORNEY | N |
| 10/27/2004 | 8:54:00 | CONTACT | NELSON, YVONNE | CLERGY | Y |
| 10/20/2004 | 8:53:13 | CONTACT | NELSON, YVONNE | OTHER SERV | Y |
| 9/29/2004 | 8:58:18 | CONTACT | NELSON, YVONNE | CLERGY | N |
| 9/28/2004 | 14:30:34 | CONTACT | HOY, ROBERT G | ATTORNEY | N |
| 9/25/2004 | 13:51:02 | VISIT | GONZALEZ, MARTA | | Y |
| 9/25/2004 | 13:49:51 | VISIT | RODRIGUEZ, DOLORES | PARENT | Y |
| 9/23/2004 | 8:59:08 | CONTACT | NELSON, YVONNE | CLERGY | N |
| 9/15/2004 | 8:57:22 | CONTACT | NELSON, YVONNE | CLERGY | Y |
| 9/08/2004 | 8:53:34 | CONTACT | NELSON, YVONNE | CLERGY | Y |
| 9/01/2004 | 8:58:08 | CONTACT | NELSON, YVONNE | CLERGY | Y |
| 8/28/2004 | 14:00:41 | VISIT | HERNANDEZ, MA LUISA | RELATIVE | Y |
| 8/28/2004 | 14:00:08 | VISIT | RODRIGUEZ, DOLORES | PARENT | Y |
| 8/24/2004 | 8:54:53 | CONTACT | NELSON, YVONNE | CLERGY | Y |
| 8/18/2004 | 8:52:26 | CONTACT | NELSON, YVONNE | CLERGY | Y |
| 8/11/2004 | 8:51:16 | CONTACT | NELSON, YVONNE | CLERGY | Y |
| 8/07/2004 | 14:00:55 | VISIT | RODRIGUEZ, ROSA | RELATIVE | Y |
| 8/07/2004 | 14:00:54 | VISIT | RODRIGUEZ, DOLORES | PARENT | Y |
| 8/04/2004 | 8:52:13 | CONTACT | NELSON, YVONNE | CLERGY | Y |
| 7/28/2004 | 8:52:14 | CONTACT | NELSON, YVONNE | CLERGY | Y |
| 7/24/2004 | 14:00:03 | VISIT | RODRIGUEZ, DOLORES | | Y |
| 7/24/2004 | 14:00:03 | VISIT | RODRIQUEZ, FRANK | RELATIVE | Y |
| 7/15/2004 | 15:30:52 | VISIT | GONZALEZ, LEA | RELATIVE | Y |
| 7/15/2004 | 15:30:29 | VISIT | RODRIGUEZ, ALICIA CRUZ | RELATIVE | Y |
| 7/15/2004 | 13:30:32 | CONTACT | NEY, RICHARD A | ATTORNEY | Y |
| 7/15/2004 | 13:30:14 | CONTACT | HOY, ROBERT G | ATTORNEY | Y |
| 7/10/2004 | 13:58:13 | VISIT | D'ANGELO, SYLVIA | RELATIVE | |
| 7/10/2004 | 13:57:25 | VISIT | RODRIGUEZ, DOLORES | PARENT | |
| 7/06/2004 | 8:49:57 | CONTACT | NELSON, YVONNE | CLERGY | Y |
| 6/30/2004 | 8:57:29 | CONTACT | NELSON, YVONNE | CLERGY | Y |
| 6/26/2004 | 14:00:38 | VISIT | NOYES, ALINA | RELATIVE | Y |
| 6/26/2004 | 14:00:35 | VISIT | RODRIGUEZ, DOLORES | PARENT | Y |
| 6/26/2004 | 14:00:35 | VISIT | RODRIGUEZ, ILEANNA NOYES | RELATIVE | Y |
| 6/16/2004 | 13:31:56 | CONTACT | HOY, ROBERT G | ATTORNEY | Y |
| 6/09/2004 | 15:35:45 | CONTACT | DUSEK, DAVID DUANE | ATTORNEY | Y |
| 6/09/2004 | 14:08:23 | CONTACT | NEY, RICHARD A | ATTORNEY | Y |
| 6/08/2004 | 13:02:39 | CONTACT | NEY, RICHARD A | ATTORNEY | Y |
| 6/08/2004 | 9:21:04 | CONTACT | NEY, RICHARD A | ATTORNEY | Y |
| 6/07/2004 | 14:00:15 | CONTACT | NEY, RICHARD A | ATTORNEY | Y |
| 6/07/2004 | 13:59:54 | CONTACT | HOY, ROBERT G | ATTORNEY | Y |
| 6/04/2004 | 14:51:30 | CONTACT | HOY, ROBERT G | ATTORNEY | Y |
| 5/29/2004 | 14:00:52 | VISIT | RODRIGUEZ, ILEANNA NOYES | PARENT | |

US EXHIBIT-3-2

```
BBPTPFP              CASS COUNTY                          Page      3
ERNSTA               Print Inmate Contact                 4/05/12
C1008511A1                                                10:55:59
```

| Date | Time | Type | Name | Relationship Cmpltd |
|------|------|------|------|---------------------|
| 5/29/2004 | 14:00:25 | VISIT | RODRIGUEZ, DOLORES | RELATIVE |

** END OF REPORT **

US EXHIBIT-3-3