FD-302 (Rev. 10-6-95)

- 1 -

FEDERAL BUREAU OF INVESTIGATION

Date of transcription    07/21/2006

David Hall, a retired Corrections Officer of the Minnesota Department of Corrections (MDC), was contacted at the AmericInn and Suites Motel, Highway 31, Moose Lake, Minnesota. Hall was advised of the identity of Special Agent (SA) Frank R. Brostrom, Federal Bureau of Investigation (FBI), St. Louis, Missouri, as well as, Assistant United States Attorney (AUSA) Michael A. Reilly and AUSA Carrie Costantin from the office of the United States Attorney, Eastern District of Missouri (EDMO), at St. Louis, Missouri. After being advised of the purpose of the interview Hall provided the following information:

Hall was employed with the Department of Human Services of Minnesota from 1985 to 1994 at the Faribault State Hospital. Hall was then hired as a Corrections Officer at Moose Lake Correctional Facility (MLCF) from 1994 to April 23, 2003. Hall recalled Alfonso Rodriguez as an inmate at MLCF during the period of approximately ten (10) years that Hall worked at the facility. As a Corrections Officer, Hall worked the night shift between the hours of 11:30 p.m. and 7:00 a.m.

Hall advised that he has nothing good to say about Rodriguez. Approximately two (2) summers ago, Hall received a telephone call from a female lawyer at Wichita, Kansas. The woman was trying to locate character witnesses for Rodriguez in preparation for his trial. Hall told the woman that she did not want to talk to him (Hall) because she wouldn't like anything he had to say about Rodriguez.

Hall recalled that despite this opinion, he could say that Rodriguez awoke each day by 5:30 a.m. to shower and ready himself for the day. Rodriguez had one of the cleanest units on the floor. Rodriguez always had clean, finely creased shirts and shoes that were well shined.

Hall further recalled that Rodriguez was a good inmate who had only one incident while working in the prison industry print shop. Hall recalled that Rodriguez was sent to segregation because he produced unauthorized photo copies while working at his industry print shop job. Rodriguez' supervisor at the time was Gordy Stoltz. Rodriguez lost his job because of the incident and

| Investigation on | 07/13/2006 | at Moose Lake, Minnesota |

File # 7A-MP-64106                                    Date dictated 07/20/2006

by  SA Frank R. Brostrom
194frb01.302

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.

US EXHIBIT-16-1

X-1-HALL-00003

FD-302a (Rev. 10-6-95)

7A-MP-64106

Continuation of FD-302 of ___David Hall_____, On _07/13/2006__ , Page ___2___

was ultimately sent to segregation.  Hall opined that Stoltz would be able to provide further details regarding this incident.

Hall previously met Rodriguez' mother and sister during their authorized visits to the prison.  The visitation would have been upon after Rodriguez sent a "Kite" to the Visitation Department requesting approval for his mother and sister to visit. After a background check Rodriguez' mother and sister would have been authorized to visit him.

Rodriguez was not a problem inmate and mostly kept to himself while serving his sentence.  Hall is familiar with dysfunctional behavior to include inmates with serious psychological behavior issues.  Hall advised that he has experience identifying dysfunctional and serious psychological behavior through his previous work as an employee of the Department of Human Services.  Through this work Hall learned to recognize when someone is mentally ill.  Hall opined that based on this experience and knowledge, Hall opined that Rodriguez is not mentally ill.

Hall reiterated that Rodriguez was not one of the dysfunctional inmates.  This was exemplified through Rodriguez' ability to speak English clearly and to understand when others spoke English with him and gave him directions.

Hall advised that Rodriguez did not have any problems or issues with female corrections officers or prison industry people. Rodriguez would have been exposed to females on frequent occasions from day to day.  Rodriguez did not have any incidents related to his contact with these females.

Hall stated that Rodriguez knew how to "work the system."

US EXHIBIT-16-2