7A-MP-64106
RRL:rrl

1

On July 28, 2006, Federal Bureau of Investigation
(FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone
conversation recorded at the Cass County Jail, Fargo, North
Dakota.  The collect call was between Alfonso Rodriguez and an
unknown female (U/F) believed to be his mother.  The following
is a summary of that call:

The topic of conversations began with the discussion
of a recent court date for Rodriguez which was written about
in the local newspapers.  The female asked if he went to court
on Wednesday to which Rodriguez said no.  The U/F asked if it
was the lawyers.  The U/F stated the article described some
motions to be filed.  Rodriguez speculated that it may have
had something to do with letters or correspondence.  The U/F
talked about ball games in Fargo and the possibility of the
other female (relative) visiting him between games.  They
talked about Josh's game and about Dan.  The discussion turned
to the topic of two men and their sons who were going to
commute to a ball game and share the expenses.  Rodriguez
asked about the success of the team and how certain ball
players were doing including Lena.  U/F referred to him as
Tito and said she wanted to buy a shirt for him to wear a
court.  They discussed which underwear he wears to court.

The female spoke about riding to Grand Fork with
Martha with whom she wants to share a ride.  They talked about
certain females and if they have called.  Someone sent someone
$100.00 so the female could get her hair done three times
however, the money didn't show up according the recipient.
They talked about Dan and how he should change the filter
because her gas bill was so high and the possible problems
with an inefficient furnace.  Rodriguez suggested turning down
the temperature.  Rodriguez speculated that it could be the
windows which lead to the high gas bill.  U/F said she didn't
open the doors and once the kids were home from school they
stayed in.  Rodriguez suggested that she use the insurance she
has to request the needed repair.  The U/F told Rodriguez that
his aunts called and were going to church to pray.  They
generally spoke about relatives and birthdays.

Rodriguez discussed having to go through a bunch of
voice mail messages to find the new ones for him.  U/F asked
if the nun had been going by to visit him and that she didn't
get a Christmas card from her.  They discussed the weather and
favorable temperatures.  Rodriguez asked about the neighbor
who goes outside to smoke and wraps herself up in a blanket.
She has two children and does not work because she has heart
problems.  One of the little boys has medical problems.
Rodriguez asked if the neighbor (man) works.  U/F told him he

F08228

FU-09054

US EXHIBIT-19-01

7A-MP-64106

2

is a physicians assistant.  They say their goodbyes because someone was waiting to use the phone.

The above conversation was a mixture of Spanish and English.  The female believed to be Rodriguez' mother did most of the speaking.  The call is identified as 01/07/2006.

F08229

FU-09055

US EXHIBIT-19-02

7A-MP-64106
RRL:rrl

1

On July 28, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) believed to be his mother. The following is a summary of that call:

Rodriguez said hello to a female who called him son. She told him about all the work with the kids and how she can't get a ride to see him. Steve (possibly a nephew of Rodriguez) just got his drivers license. Rodriguez asked how many times Steve failed the test before he passed it. She told him how Steve surprised her because he drove himself to her house. U/F complained about the cold temperatures and also numbness in her arm. Rodriguez asked what kind of vehicle Steve was driving. Rodriguez suggested that he be careful on the roads because of all the deer. U/F talked about Steve coming over with his girlfriend.

U/F told Rodriguez that she bought a shirt for him. Another unknown female took her shopping Saturday who had been ill lately. U/F purchased an olive green shirt, some pants, and underclothes for him. The U/F talked to him about waiting in a long line to pay for the shirt. Rodriguez asked if Josh's team is winning. They also talked about other kids sporting activities, possibly hockey. They talked about the kids and parents traveling to play various games.

They then talked about Lena (phonetic) and the travel to different cities for games and tournaments. Rodriguez asked why there were so many tournaments going on. Rodriguez asked about a kid who just got a pony and now wants a gun so he can be a cowboy.

They then talked about a female who should take her drivers test. Rodriguez asked about Mr. Hague and how he's doing. Rodriguez asked about Silvia. Rodriguez said he got three new puzzles from family members. They talked about a box Silvia wanted to send a him. The trick he said is they can only send new unopened boxes for security reasons. Silvia was going to send a box of puzzles as a donation to the people (inmates) there with Rodriguez. The U/F found several puzzles she liked for him. Rodriguez said he thought they were going to shut down the Big Lots (store). U/F talked about construction around Sam's Wholesale store. Rodriguez speculated that they were going to add on to the Sam's and add a gas station. Rodriguez was happy with the crossword puzzle he received. Laurie, an employee at the jail, gave him a

F08230

2006104.INS

FU-09056

US EXHIBIT-19-03

7A-MP-64106

2

puzzle which he found kind of ugly because it was the same three flowers.

Rodriguez talked about another Rodriguez who got a lot of voice mail messages.  He also talked about a couple of Mexican guys who were killed recently.

The above conversation was a mix of English and Spanish.  The female did most of the talking.  This call is identified as 1/14/2006.

F08231

FU-09057

US EXHIBIT-19-04



7A-MP-64106
RRL:rrl

1

On July 28, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) believed to be his mother. The following is a summary of that call:

Rodriguez said hello. U/F said she called early to see if he had a chance to call her back. They talked about the nice weather and melting snow. Rodriguez asked about the little monkeys (kids). She talked about how they have jobs now and how someone worked seven days straight. U/F commented that its hard to keep track of their activities now. U/F asked if Rodriguez needed any money and he said no. Rodriguez asked if someone was working at the factory. U/F said yes and discussed problems with replacement parts to keep the machines running at the factory. They talked about Steve and his travels with the hockey team. She told Rodriguez how the kids should help around the house to keep their Dad happy. She told him about the young drivers and proper behavior. She ran down the schedules for the kids over the last week. Rodriguez was interested in their sports schedules. Rodriguez asked about Martha and a male going ice fishing. Rodriguez asked if Diego had called lately.

Rodriguez told her how jail personnel turned on the phone at 7:30 but it was normally not turned on until 8:00 for the inmates to use. Rodriguez laughed because there were over 150 messages for all the Rodriguez males who were locked up. Rodriguez said they were locked up because they were involved in the drug business. U/F told him about the mother whose daughter was arrested with two other Mexican males. Possibly for drugs. The mother's name may have been Carolina Mata. U/F told him about speaking to a female named Chavela. Chavela offered to pay the bus fare for the U/F to visit her. The female can't go anywhere because of work. They then talked about Rosy's two twenty-year old boys. They talked about a lady's store which has been opened for over fifty years. This lady may be suffering from memory loss. Rodriguez told the U/F that (people with these mental problems) remember things from the past but not the present (short term memory loss). The (ill) woman spoke about a mischievous little boy who is now a grown man. (Sounded like the woman suffers from Alzheimer's). They try to figure how long this woman has been ill and try to figure out by referencing it to Rodriguez's father death. He passed away twelve years ago.

F08232

FU-09058

US EXHIBIT-19-05

7A-MP-64106

2

Rodriguez was curious about this lady's decline in health. Rodriguez speculated that she must have been coming down with Alzheimer's since about that time. They discussed how she was always very well dressed. Rodriguez asked if they had any other brothers. Apparently two who died when they were young.

U/F talked to him about the clothes she sent him and if all the clothes in (his) closet were usable. He said yes that he fixed them all. Dan came over and tried on a pair of pants which were hanging in a closet. She said if it was hanging in the closet it belonged to Tito (Rodriguez). Dan's clothes were in the chair. The pants Dan tried on did not fit well and Rodriguez chuckled at the story.

Rodriguez asked about Rosa and what the doctor said. She was diagnosed with arthritis. Rodriguez asked if it was in the ankles or the knees. U/F said ankles and that she got a cortisone shot. Rodriguez speculated that maybe she was on her feet too long. U/F speculated that Rosa didn't drink enough water. Rodriguez wondered if she drank enough milk. U/F said she didn't drink any milk. Rodriguez asked if she drank milk. Rodriguez said they got new stuff to eat (in the jail). He tried chicken tenders which were good and yesterday they got macaroni salad which was good too. He said they changed the meal every once in a while. He said they could make hard boiled eggs and serve those because they have steamers there. They discussed cooking eggs in a steamer. They discussed the menu at the jail.

U/F asked if he got something (puzzle) and he said it had some bears. She said she told everyone to buy puzzles with one thousand pieces and to buy pretty bright colored ones. Rodriguez said he had to g and they exchange I love you(s).

The above conversation was a mixture of Spanish and English. The female believed to be Rodriguez' mother did most of the speaking. It is identified as 01/28/2006

F08233

US EXHIBIT-19-06

7A-MP-64106
RRL:rrl

On July 31, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F). The following is a summary of that call:

Rodriguez said hello. U/F said she called early to see if she could talk to him before she went outside. She told him about her bird feeders and the different variety of birds. She had trouble identifying a yellow one and Rodriguez said it was probably a finch. Theyed talk about the weather and cleaning the feeders. He asked her if she had any hummingbirds. She purchased two hummingbird feeders because she wanted them back. U/F referred to him as Tito. The U/F is probably his sister. She asked about the puzzles she sent to him at the jail. He he said he completed two of them already. He wanted thousand piece puzzles. They talked about his mom's visit to the jail. They talked about Steve and how he purchased powdered creamer instead of the liquid creamer for his grandmother. She is Steve's mother and told Steve's grandmother that she has to explain details like that to Steve. Rodriguez suggested that she show him the bottle so Steve knows exactly what to buy.

U/F talked about repairs to the house and changes to be made for use as storage space. She asked several times if anything was new (with the case) with him and he said no each time. He mentioned that he spoke to his mother the day before. He then told her about the people (relatives) who called him. She told him she wanted to go visit him in July. She asked him what else he would like to have in the care packages. He described how the items sent to the inmates are controlled and distributed by the guards. He told her about the letters he received and from whom. He said he received letters from people he doesn't even know. They talked about Martha being screwed. Rodriguez said that Martha got screwed and she doesn't even know it. The U/F expressed her concern over filing income taxes since she is not married to the man she lives with. Rodriguez reassured her that she can still file a joint tax return even though she's not married. She told him they had an appointment with a tax man. She told him of her plan to make some improvements to the house with the money from the tax refund. She described the way the house was situated and wanted more privacy. Rodriguez asked if any one lived behind her. The call is unexpectedly terminated.

The above conversation was a mixture of Spanish and English. The female believed to be Rodriguez' sister did most of the speaking. The call is identified as 01/29/2006.

F08234

209rm06.ms

7A-MP-64106
RRL:rrl

On July 31, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) believed to me his mother. The following is a summary of that call:

Rodriguez said hello. U/F said hello son. Rodriguez asked how it was going with her. He asked about the weather and she told him it was five degrees above zero. She asked how it went for him the day before (in court). How they treated him? She asked what it was about. He said the same just arguing and arguing. She asked if the shirt fit right. He said the neck was too small around the neck. He said the shirt fit perfectly otherwise. They talked about making an adjustment to the top button on the shirt. They discussed another man who she believes has a bigger neck than he does. They then talked about the pants and socks she took to him. She asked him to find out if he can have additional change of clothes there. Rodriguez discussed speaking with Silvia and that the call was disconnected abruptly. They discussed the call and the charge of $3.00 per call.

U/F complained about a voice mail reminding her to pay her phone bill. She told him how she sent a check for $30.00. They talked about a female who hasn't worked because she was sick. Also, that Lena and Josh were sick. They talked about Josh and that he is a good worker. Josh normally cleaned the sidewalk and removed the snow. One of the neighbors noticed it was not cleaned off. She offered Steve a $10.00 snow removal job which he did in 35 minutes. She complained about snow removal and Steve's work ethic.

She proceeded to tell her about the kid's activities. Rodriguez chuckled at the stories. Rodriguez asked about Martha. U/F said they had pizza together and that she was doing fine and went to the doctor for a soar throat and a cough. Martha didn't want to come over for dinner because she felt she was contagious. U/F asked if Ingrid went to see him. Evidently Ingrid had problems with her flight and was late. He said it sounded like there was a lot of ice. They transported him to the court room but he usually goes through a garage so he never really stays outside long. He described the meals he has. Rodriguez generally enjoyed what he was fed. He requested a casual pair of black shoes. He was happy with the color of the shirt she bought for him. He laughed at the prospect of an orange shirt. She asked about a beige pair of pants of his which she can get fixed for him for the summer.

F08235

FU-09061

US EXHIBIT-19-08

7A-MP-1818888

2

Rosa went to Florida with a friend because the arrangements were paid for and her daughter couldn't go.  Rosa is Rodriguez's sister.  He chuckled at her aggressive effort to get the free trip.  The female shared a story about a problem his sister had in the bathroom when she was a kid.  They both laugh.  She asked if he needed money and he said he was fine until her next visit.  At this point the call was terminated.

The above conversation was a mixture of Spanish and English.  The female believed to be Rodriguez' mother did most of the speaking. The call is identified as 02/04/2006.

F08236

FU-090062

US EXHIBIT-19-09



JA-MP-64106
RRL:rrl

1

On July 31, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota.  The collect call was between Alfonso Rodriguez and an unknown female (U/F) believed to me his mother.  The following is a summary of that call:

Al Rodriguez called and said hello.  U/F believed to be his mother told him they had a bad snow storm and they canceled school.  He asked if it was still blowing.  The U/F wanted to go see him the day before but was not able to go because of the bad weather.  She complained about her painful shoulder.  U/F will try to get a ride on Saturday to see him for his birthday.  The U/F proceeded to tell him about the sports the children are involved (It is not clear what sport they play).  U/F then told him about the funny grocery shopping experience Steve had when he used a basket instead of a cart.  They both have a good chuckle.  They then talked about the bad snow storm and the effects on the school schedule and dangerous roads.  U/F told him about Mr. Hague (phonetic) (possibly a neighbor) who was taken ill to the hospital.  U/F told him that the neighbor will leave with an oxygen mask.  Rodriguez suggested that he put himself in a nursing home.  Rodriguez asked how Rosa's trip to Florida went.

Rodriguez said the weather was very bad where he was.  The conversation returned to the children's games and transportation issues.  U/F asked how he was doing and Rodriguez said he was fine and had avoided getting sick.  She asked how he was doing and if anyone called him.  They then talked about a man named Santos.  Rodriguez asked about Chavela and one of his aunts.  His relatives send regards.  They talked about the U/F sending cards with money to relatives and the fact that it took a long time to get delivered about six weeks.  Rodriguez asked about Martha's health.  U/F told him she was ill and had an MRI done recently.  They said goodbye to each other and the call was terminated.

The above conversation was a mixture of Spanish and English.  The female believed to be Rodriguez' mother did most of the speaking. The call is identified as 02/11/2006.

F08237

209mlc8.ins

US EXHIBIT-19-10

 7A-MP-64106
RRL:rrl

<u>1</u>

On July 31, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F). The following is a summary of that call:

Al Rodriguez called and said hello. U/F said she called the previous week around three and could not get through. U/F asked if their mom was going to go see him. They discussed who would give his mother a ride. They were planning a schedule for someone to be paid to transport their mother to visit Rodriguez. U/F had not spoken to her mom lately and that a little girl came over who was sick. Rodriguez sounded upset because it appeared someone was cutting their calls short. U/F complained that she changed the feed in the bird feeder and not many birds had come to feed. Rodriguez said that maybe one of the birds had a nest and chased the other birds away. He asked what kind of feeders and what kind of feed. She described the type of feed. Rodriguez suggested putting apples out for the birds. She couldn't think of the fruit and Rodriguez told her they were pomegranates. Rodriguez described the different types of birds that visit his mother's feeders. They then talked about the sick neighbor. The conversation turned to the bad weather and the cold. Rodriguez commented on the favorable weather lately up until the cold spell.

They talked about a girl who visited him that was over weight. The girl may be a relative. They described her personality and how she was lazy. U/F invited the kids to spend a week with her this summer. Lana is someone they don't get to see very often. They talked about Rosa's dislike for Florida. They talked about visits for spring break.

The conversation turned to the need for their mother to exercise and how a relative is taking her out to dinner once a week. Today is Rodriguez's birthday he is fifty three. The U/F he is talking to is going to be fifty five. The call ended abruptly.

The above conversation was a mixture of Spanish and English. The female believed to be Rodriguez' sister did most of the speaking. The call is identified as 02/18/2006.

F08238

7A-MP-64106
RRL:rrl

1

On August 1, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) believed to be his mother. The following is a summary of that call:

Rodriguez said hello and asked how things were going. The U/F told him about the heavy snow fall and how they got eleven inches. She told Rodriguez how she got out of her truck and was waist deep in snow. She proceeded to tell him about various family members and their struggles with the snow. Rodriguez asked about Steve and Josh. She expressed her concern over the health of her neighbor Mr. Hague who wanted to be out shoveling snow.

She asked how he was doing and if he heard from Bob. Rodriguez said he was fine. He changed the topic to the sports the kids are involved in. He asked about Lena whose whereabouts were unknown because she took a bus home. They talked about Steve going out in the snow to see a movie without wearing the right shoes in the snow and cold. The U/F talked about Rosa telling her about cheap airline tickets which would be cheaper than driving. She wondered about the distance from Grand Fork to Alexandria. U/F was tired of the kids running around to attend their sporting events. Rodriguez asked if she had heard from Diego. There was no message from Diego for Rodriguez. Rodriguez asked her how she was able to leave messages for him. She explained when prompted she pressed the first three letters of his last name.

U/F told him they were closing the Super Value grocery store. Rodriguez asked what they are going to replace it with. He then asked what was the latest with the Walmart. Rodriguez asked if they were going to close the Super America. She told him they were going to open a Red Pepper restaurant which sells Mexican food. He asked about the Hardy's and if it was closed. He asked if there was a Taco John or Taco Bell. They then talked about snow removal.

Silvia had not been in touch with him and he told the U/F that Silvia usually called in the afternoon. Rodriguez had a telephone in his cell and punched a code to locate his messages in the voice mail system. He said some of the inmates get songs left as messages. One of the inmate's female friends left 70 messages in one day. Rodriguez told her the nun went by to see him. They talked about someone trying to get back from San Antonio, Texas but couldn't

F08239

FU-09065

US EXHIBIT-19-12

7A-MP-64106

2

because of the bad weather.  They said goodbye and the call
was terminated.

       The above conversation was a mixture of Spanish and
English.  The female believed to be Rodriguez' mother did most
of the speaking. The call is identified as 02/25/2006.

F08240

FU-09066

US EXHIBIT-19-13

7A-MP-64106
RRL:rrl

1

On August 1, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota.  The collect call was between Alfonso Rodriguez and an unknown female (U/F) believed to be his mother.  The following is a summary of that call:

Rodriguez said hello.  The U/F said hello son. Rodriguez asked how things were going?   The U/F told him she had a problem with her digestive system and was in the hospital.  She proceeded to explain in detail the medical problem and Rodriguez listened intently.  She also had a painful problem with a knee.  After listening to the explanation, Rodriguez recommended that she take a stool softener.  He suggested liquid or capsule form.  He asked who took her to the hospital.  She was released the night before. She told him that Lena slipped and fell on the ice and was taken to the hospital the previous night at 8:00 pm.  She told Rodriguez that she missed the appointment to meet with the doctor who examined him.  She was unable to take the trip with Rosy because of her medical condition.

U/F told him that when she returned to her home that Josh and Steve were there waiting for her.  She asked if there was court this morning.  He said they canceled the court date.  He said he tried to talk to Silvia but they always disconnect the call because they are monitoring it.  The conversation returned to the same medical problem which surfaced many years ago and led to her being hospitalized for twenty days.  She told Rodriguez that she ran out of stool softeners and needed to refill it.  She asked him how many you have to take.  Rodriguez told her one a day.  He admonished her and told her she couldn't stop taking them once she started.  He told her to take them continuously every day and that she shouldn't miss a single day.  She told Rodriguez that she missed the five hour trip (to see him?) but was not able to travel.  She told him she was almost 73 years old.  She wanted to obtain a doctors excuse so she could get a refund or credit for her unused airline ticket.  U/F explain the logistics of the travel and that the kids were going to go also.  Rodriguez asked about the kid's sports.  U/F told him that Lena couldn't play because of a neck injury.  They complained about the sudden static on the phone and decide its better to hang up.  They exchange goodbyes and the call was terminated.

The above conversation was a mixture of Spanish and English.  The female believed to be Rodriguez' mother did most

F08241

US EXHIBIT-19-14

7A-MP-64106

2
—

of the speaking.   The call is identified as 03/04/2006.

F08242

FU-09068

US EXHIBIT-19-15

7A-MP-64106
RRL:rrl

1

On August 1, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) believed to be his mother. The following is a summary of that call:

Rodriguez said hello. The U/F said hello son. Rodriguez asked how things were going? The U/F told him she tried to call earlier in the day because when she tried in the past the lines were busy. They were expecting a blizzard. They talked about a trip the day before which was a nice day. They talked about the blizzard of 1966. Rodriguez remembered it was 3-4 feet on College Avenue. U/F thought is was more snow than that because the cars were buried. Rodriguez chuckled. They talked about his Dad's experience with the blizzard of 1983 when they slept a the Target and the police transported stranded people to the armory. She recounted their evening at the armory while stranded.

Rodriguez asked about the kids's games for today. U/F talked about the kids watching their diet. U/F ran down the relatives and the illnesses they have. Rodriguez suggested they take vitamins to improve their health. U/F told Rodriguez she was on a diet because she is overweight. Rodriguez recommended they drink enough milk. Rodriguez described the types foods and vegetables they are fed in the county jail. U/F told him that someone she knows shared their government food and cheese with U/F.

U/F told Rodriguez that Josh ate an incredible amount of jalapeno peppers. Rodriguez said he was reading in article in a magazine that said peppers were actually good for you. U/F again described the activities of the kids. One of the kids ate rabbit for the first time and was shocked by that.

They talked about someone selling a house. Rodriguez suggested they sell the house before their water supply dries up because then it would be harder to sell the house. They then discussed the driving of certain vehicles to economize on gas. U/F asked about the case if there was anything new and he said no. The topic changed to the people who have called him. Rodriguez and his mother then say goodbye and the call was terminated.

The above conversation was a mixture of Spanish and English. The female believed to be Rodriguez' mother did most

F08243

209m112 ws

US EXHIBIT-19-16

7A-MP-64106

2

of the speaking.   The call is identified as 03/11/2006.

F08244

FU-09070

US EXHIBIT-19-17

7A-MP-64106
RRL:rrl

1

On August 1, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) believed to be his mother. The following is a summary of that call:

Rodriguez said hello to a female who called him son. He asked what's going on. She said nothing and then apologized for not going to see him because she couldn't catch a ride. Everyone was busy with sporting events and couldn't give her a ride (to the county jail). U/F went down a list of the people who were busy and couldn't give her a ride. Rodriguez told her his knee was bothering him and that they gave him ibuprofen. U/F had a couple of medical appointments. She describes what a colonoscopy is him. They both chuckle. U/F went on describing her ailments and medication. Rodriguez asked how Mr. Hague was doing. U/F told Rodriguez that Roy Able died. U/F talked about a female who was always sick. Rodriguez inferred that they were not properly nourished and that was why they got sick so often.

The topic turned to the schedule of the kids and how they needed to sleep more to stay healthy. U/F talked about the sport schedules and school schedules for the kids. U/F described how the kids come to her house after school (sounded like other people live with the U/F). Rodriguez asked about Diego who is her grandson. Rodriguez asked about Rosy and Silvia's trip. U/F talked about Martha taking care of two children. U/F complained about high cost of gas. Two weeks ago Martha left a couple of songs on his voice male which are erased automatically by the telephone system. Rodriguez told him Martha left up to five songs once. U/F complained about the high cost of cell phone bills and roaming charges. They say goodbye and the call was terminated.

The above conversation was a mix of English and Spanish. The female did most of the talking. This call is identified as 3/18/2006.

F08245

209cr113.INS

US EXHIBIT-19-18

7A-MP-64106
RRL:rrl

1

On August 2, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota.  The collect call was between Alfonso Rodriguez and an unknown female (U/F).  The following is a summary of that call:

Rodriguez said hello to an unknown female (who may be his sister).  Rodriguez mentioned that he spoke to his mom last week.  U/F complained about the kids and one that is extremely talkative.  She then told him about her Christmas bonus from her boss (a doctor) and shopping for a purse.  She explained how she was insulted by an employee at a store and how one of her nephews went back to the store later and put the sales clerk through a rigorous exercise in retaliation. U/F then told Rodriguez about the tattoos each of the boys got and how the mother found out about it.  She went on to describe the mother's reaction to her sons'  tattoos. Rodriguez chuckled in the background as he heard the stories. The call was abruptly terminated.

The above conversation was a mix of Spanish and English.  The unknown female did most of the talking.  This call is identified as 3/19/2006.

F08246

FU-09072

US EXHIBIT-19-19

7A-MP-64106
RRL:rrl

1

On August 2, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) who may be his mother. The following is a summary of that call:

Rodriguez said hello to an U/F who said hello son. U/F was embarrassed because she pressed the wrong button during an earlier attempt to accept a collect call. U/F asked how he was doing and he said his knee had improved. U/F complained about the melting snow leaking into the basement of the house. U/F asked if he tried to call Silvia and problems with the telephone. Rodriguez described the difficulty in making outgoing calls. Silvia was unable to reach him. Rodriguez asked about the kids. U/F told him about all of the kids' sporting events. U/F told him about the closing the arena. They discussed painting one of the kid's room green and Rodriguez suggested not going to dark. U/F talked about the paint color in her room and other decorating matters. U/F described meals she made for the kids and going out for a hamburger with the kids.

U/F told Rodriguez a story of how one of her daughters forgot her purse at her house and didn't realize it until she was some thirty five miles away. She also forgot some food which the U/F gave to her neighbor. U/F ran down the list of food Silvia took.

Rodriguez asked about Martha and the U/F proceeded to tell her about Martha's life. The guy (unknown) had not been around for about two years. The unknown male is not wanted by the girlfriend's landlord. Unknown male has an ankle monitoring device. The U/F talked about a photo she found of Wayne Bruley in the newspaper. Rodriguez told her he didn't think they (the guards) would deliver it to him in the jail. They talked about a lady who was in a wheelchair who had medical problems.

U/F told Rodriguez about a package of dried shrimp she received in the mail from a friend. Rodriguez asked about Dan and his job. Rodriguez asked if he was still working with Dees. They then talked about the weather and later say goodbye.

The above conversation was a mix of Spanish and English. The unknown female did most of the talking. This call is identified as 4/1/2006.

F08247

Zoomless INS

FU-09073

US EXHIBIT-19-20

JA-MP-64106
RRL:rrl

1

On August 2, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) who may be his mother. The following is a summary of that call:

Rodriguez said hello to an U/F who says hello son. U/F told him she was unable to get a line on the phone (because they were busy). They talked about major construction on the highway and difficulty with the phone system in the jail. U/F described the latest weather conditions and some flooding conditions. U/F described alternate routes her kids have taken because of the flooding. U/F told him about a stranded female motorist who was stuck in flood waters and refused the assistance of a good samaritan. He called 911 and when the authorities responded she had drowned. Rodriguez asked why she refused the good samaritan's help. The U/F said because she must have been scared of him. U/F cautioned Steve about driving into standing water. U/F described areas that were flooded near a bridge. Rodriguez took it all in with great surprise and asked about the houses near Hugo's (in the flooded area). He asked where the new Walmart was going to be built. They laughed that the Walmart will be near Martha's house and that she will be there shopping every day.

Rodriguez asked about Diego and U/F proceeded to tell him about Diego. U/F complained about not being able to get a ride to the beauty shop and to the tax preparer. U/F told Rodriguez about Mr. Hague being on a drinking binge for a while and his goofy activities. Apparently something happened because his face was black and blue. She went on to say that Mr. Hague's kids took the pickup truck away from him because of his drinking. U/F told Rodriguez that a granddaughter of Mr. Hague went to his house and found the door to the truck open and the engine running. All the lights were out in the house and she found him in the house. He got mad at her and chased his granddaughter out of his house.

Rodriguez asked about Lena and Josh. U/F told him about their activities. They went on a field trip and Rodriguez wanted to know what the trip was for. Josh sold a lot of stuff (fund raiser items) and so he got to go on the trip for free. Rodriguez chuckled and said that Josh was going to grow up to be a salesman. U/F complained about dogs getting into her trash and making a mess. U/F told Rodriguez

F08248

FU-09074

US EXHIBIT-19-21

7A-MP-64106

2

that Steve, Josh, and Lena were very bright and made very good grades in school.

Silvia called the telephone company to complain about the problems receiving collect calls from the jail. Silvia also complained of being sick. Rodriguez said the nun had gone to see him but also Ron White went to seen him. White is a minister. Rodriguez asked what the kids were going to do today. U/F talked about a female who was sick and Rodriguez said they were sick because they over eat. U/F told Rodriguez that someone (employee) had to cook because not all the employees showed up for work. Rodriguez can tell they are about to run out of time and told the U/F he had to go. U/F said okay and they terminate the call.

The above conversation was a mix of Spanish and English. The unknown female did most of the talking. This call is identified as 4/8/2006.

F08249

FU-09075

US EXHIBIT-19-22

7A-MP-64106
RRL:rrl

1

On August 2, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) who may be his sister. The following is a summary of that call:

Rodriguez said hello to an U/F who said hello. U/F told him she was just making breakfast. U/F asked if Mom went up to see him yesterday and he said yes. (Rodriguez and the female suspect someone is monitoring their calls). That person created static on the line which caused the calls to be disconnected. In response to warnings by Rodriguez, the U/F said she called the telephone company to inquire about her line not accepting collect calls. She gave him an explanation of what the phone company representative told her. U/F then told Rodriguez about the security alarm going off in the morning which woke her up. Rodriguez suspected someone may have actually been at the door instead of it being a false alarm. They talked about the relatives who visited him in jail.

Rodriguez discussed how the roads have been opened since the flood waters receded including flood water from the interstate. Pedro (lives with the U/F on the phone) said hello to Rodriguez. Pedro was on his way out to work in the yard and on the landscaping. Rodriguez suggested that Pedro buy a spade shovel to work in the flower beds. U/F described an aggressive bird which chases the other birds away from the bird feeders. Rodriguez asked if the aggressive bird gathered mud. U/F said yes mud and sticks. Rodriguez figured it was swallow and that it was protecting its nest. Rodriguez recommended that the bird house be moved away from the feeders. Its proximity may be causing conflict between the birds and the swallow who is protecting its nest. U/F described with joy the collection of birds that gather at the bird feeders which she was observing. The U/F described the beautiful woodpeckers she was watching.

U/F asked what Lana had to say during her visit. The girls talked about the stores that were closing in the area. U/F told him that either she or Mom would be present for the trial. U/F then talked about Mr. Hague and his excessive drinking. Rodriguez saw a pattern of Mr. Hague drinking excessively around the time of his wife's death. U/F started describing the activity of the birds. They both laugh at Pedro trying to chase the aggressive bird away with rocks. Rodriguez chuckled at Pedro's activities. Rodriguez suggested

F08250

FU-09076

US EXHIBIT-19-23

7A-MP-64106

2

making the hole bigger so the swallow abandoned the bird house.  U/F ordered a bird feeder from National Geographic. Rodriguez asked if she had a problem with squirrels she said no.  Rodriguez explained to the U/F how at his recommendation, his mother bought a device which chased squirrels away. Rodriguez described how the squirrels ate two of his mother's bird feeders.  They discussed the value of metal bird feeders. Rodriguez said that Josh came to visit him but that Steven did not.  They discussed how Steven made the honor roll again. The call was abruptly terminated.

The above conversation was a mix of Spanish and English.  The unknown female did most of the talking.  This call is identified as 4/16/2006.

F08251

FU-09077

US EXHIBIT-19-24

7A-MP-64106
RRL:rrl

1

On August 3, 2006, Federal Bureau of Investigation
(FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone
conversation recorded at the Cass County Jail, Fargo, North
Dakota.  The collect call was between Alfonso Rodriguez and an
unknown female (U/F) who may be his mother.  The following is
a summary of that call:

Rodriguez said hello to an U/F who said hello son.
He asked if it was raining over there and she said no.  U/F
said it was very nice outside but it had been cold and windy.
They discussed Mr. Hague's bruises on his face and swollen
eye. (Mr. Hague fell during a drunken binge).  U/F asked how
it went (in court) for him yesterday and if it lasted all day.
He said no only until 11:00.  U/F asked if Ingrid went to
court.  Rodriguez said no and asked if Ingrid was going to go
see him.  Rodriguez told U/F that all of Ingrid's money ran
out but all she had to do was write the report (it is unknown
who Ingrid is or her relation to Rodriguez's case).  They
discussed the collect calls to Silvia's house which always
seemed to be interrupted.  U/F described a conversation with a
guard who told her she wasn't on the visitors list.  She also
described problems with the guards when dropping off clothes
for him during her last visit.

Rodriguez asked about the kids.  U/F gave him a
rundown of the foods she prepared for them and their
activities.  She told Rodriguez about Dan burning some grass
on the farm and how the controlled burn almost got out of
hand.  They called the fire department who got there very
late.  Rodriguez commented that it was too dry to burn grass
and asked if they got fined.  Steve got mild burns on his
hands from putting out the fire.  They brought their dirty
clothes to wash at the U/F's house and they took her clean
laundry by mistake.  They have a water shortage at the farm.
U/F commented that Steve may overeat and that is why he has
stomach problems.  U/F told Rodriguez about Josh walking over
to her house and how he ate all of a $5 submarine sandwich
which was huge.  They both had a good laugh.

U/F asked if they were going to change the venue of
the trial.  Rodriguez said it was just talk and it wasn't
going to happen.  They laughed about Pedro hunting the
aggressive bird with the rocks.  Rodriguez recommended that
she go to a store called Home of Economy where she will be
able to find a good assortment of bird feeders.  They talked
about the shortage of hummingbirds visiting her feeders last
year.  They talked about Mr. Hague and his antics.  U/F sends
food over to his house regularly and she described how

F08252

FU-09078

US EXHIBIT-19-25

7A-MP-64106

2

grateful he was.  U/F talked about Martha and how she didn't have the money to go visit her son who may also be in jail. They then discuss high gasoline prices.  Rodriguez said he had to get going and the call was terminated.

The above conversation was a mix of Spanish and English.  The U/F did most of the talking.  This call is identified as 4/22/2006.

F08253

FU-09079

US EXHIBIT-19-26

7A-MP-64106
RRL:rrl

1

On August 3, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) who may be his mother. The following is a summary of that call:

Rodriguez said hello to an U/F who said hello son. U/F called him early before the telephone lines got busy at the jail. Rodriguez wanted the U/F to check if the number he was using to call Silvia was a cellular telephone. He asked if it was raining over there and she said yes and that it was very windy. They talked about the arena where the kids played sports and that its supposed to be torn down. U/F told Rodriguez that Martha had shingles and was quite ill and in pain. U/F described the symptoms to him. Martha has a son who is also in the Cass County jail. U/F warned Rodriguez to be careful when talking to Martha because she was very nosy and they (guards at the jail) might be listening to their private conversations.

U/F told Rodriguez about financial problems that Lena and Steve's family are having. U/F described all the car problems and the repairs they don't have money to spend on. U/F told him about the calling plan she has on her cell phone and the outrages roaming fees you can incur if you are not careful. They then discussed the disruption of his calls made to Silvia's house and of phone bills.

Rodriguez asked about Rosa and how she was doing. U/F told him she was seeing the same doctor (from Kansas) that was seeing him. Bob wanted Martha to travel and see the doctor from Kansas. Bob called the U/F and told her that the doctor would travel to Crookston to see Martha and the U/F. U/F talked to someone who has illegal aliens (employed) that quit because they are afraid of being arrested by ICE. Rodriguez told her that a Mexican family reopened the Acapulco Restaurant which had been closed by ICE several times. Rodriguez talked about the telephone system at the county jail and its unreliability.

They talked about needed repairs to the cars that Steve's family owns. U/F shared the difficult financial problems because of the high gasoline prices.

U/F and Rodriguez had a laugh about a child not being able to stay over at Lena's house because of the fear of lice. Rodriguez said there were a total of four Rodriguez

F08254

FU-09080

7A-MP-64106

2

boys locked up in the county jail.  Mr. Hague entered the U/F's house for a visit and so the call was terminated.

The above conversation was a mix of Spanish and English.  The U/F did most of the talking.  This call is identified as 4/29/2006.

F08255

FU-09081

US EXHIBIT-19-28

7A-MP-64106
RRL:rrl

1

On August 3, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) who may be his sister. The following is a summary of that call:

Rodriguez said hello to an U/F. Rodriguez and U/F talked about billing records and he asked if she had been billed for his collect calls to her. U/F said yes they charged her $7-$8 per call. They talked about their mother's visit to him at the jail. U/F told him about a call from a Dr. Hutchinson who she talked to for about 2 hours. The Dr. will interview the other close relatives of Rodriguez and him as well. Rodriguez asked if she heard about the fire at the farm. U/F asked what was the purpose of the controlled burn. Rodriguez explained that it was better for the grass because it allowed new green grass to grow after the old tall grass was burned off. Rodriguez asked about the birds coming around the bird feeders. U/F got cut off mid-sentence and the call ended abruptly.

The above conversation was a mix of Spanish and English. The U/F did most of the talking. This call is identified as 5/07/2006.

F08256

FU-09082

US EXHIBIT-19-29

7A-MP-64106
RRL:rrl

1

On August 3, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) who may be his mother. The following is a summary of that call:

Rodriguez said hello to an U/F who said hello son. Rodriguez asked if it was raining there and the U/F proceeded to tell him all about the weather. U/F asked if he went to court yesterday and he said no. The U/F said there were terrible arguments in the courtroom. Rodriguez told her that the Dr. came by to see him and that she was there from 9:00 to 2:30. Rodriguez told U/F that a second doctor was coming to see him. There was a doctor from California and another doctor from Kansas City. Rodriguez told her that he called Silvia (collect) last week and the same thing happened. Rodriguez didn't see any point in calling Silvia back if the same thing was going to happen again. They discussed the phone carrier and what the problem could possibly be. Rodriguez gave the U/F a telephone number to call and to investigate the problem with his calls to Silvia's house.

U/F asked if the doctor told him about the food the U/F prepared for the Dr. when the Dr. was at the U/F' house in Crookston. They then discussed the Dr.'s attitude towards food. Rodriguez told the U/F that the doctor had a knee operation. Rodriguez said she is about sixty three years old or so. They talked about the Dr.'s advice on taking anti depressants. Rodriguez asked about Rosa and that she hadn't been around for a while. Rosa and Efren were going to California soon to visit her sick mother.

U/F told Rodriguez of the bad condition of the flower beds and the need to weed them. Rodriguez asked about Lena who the U/F recruited to help in the yard. Rodriguez wondered why they didn't keep clothes there with the U/F because they were there all the time. They talked about the kids staying over and Steve going to a dance. They laughed at Lena being a big girl and still wanting to be with her mother. They laughed at Lena's figure because she looks like a grown woman now. U/F asked how the food was at the jail. He said it was good and that he had been eating a lot of hard boiled eggs. Rodriguez saved some of them sometimes and made egg salad sandwiches with the mayonnaise and mustard he got at lunch.

F08257

US EXHIBIT-19-30

7A-MP-64106

2

      U/F told him one of her cheeks was swollen and that she didn't know why.  Rodriguez asked about Diego.  She told him she got a bouquet of flowers.  U/F told Rodriguez that Tony attempted suicide and he may be placed in an institution. Tony worked as a chef.  Rodriguez said he ran into him at Hugo's a few years back.  U/F told him that Martha came over last night and was still suffering from shingles.  U/F told Rodriguez how Martha's landlord forced her to get rid of all the boxes she had at her house because they were a fire hazard.  They talked about Steve's favorite submarine sandwiches.  Rodriguez said he had to go and the call was subsequently terminated.

      The above conversation was a mix of Spanish and English.  The U/F did most of the talking.  This call is identified as 5/13/2006.

F08258

FU-09084

US EXHIBIT-19-31

 7A-MP-64106
RRL:rrl

1

On August 3, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) who is his mother. The following is a summary of that call:

Rodriguez said hello to a female (believed to be his mother) who said, hello son. Rodriguez asked what was going on. U/F asked him how it was going and when they did that thing (medical procedure) to you. Rodriguez said Saturday morning. She figured that he couldn't stand all day. Rodriguez said no he couldn't stand and was lying down all day Saturday and Sunday and he just got up and around today. She asked if it hurt when they did it. Rodriguez said no but his back hurt later and he's had a headache since then. She asked if he asked the guards for something to take. He said yes that they gave him ibuprofen. U/F said she thought he had it done on Friday. Rodriguez said it was Saturday morning about 9:30. He said it lasted about an hour. U/F said she got a call from Steve (a Sargent) who asked her to come up. Rodriguez told her the Dr. put him on bed rest for a couple of days. Rodriguez said they gave him local anesthesia in his lower back. Rodriguez told her that two doctors treated him in the jail.

U/F said she spoke to the nun who invited the U/F to stay with them free of charge during the trial. U/F said she has had a bout with allergies lately. Rodriguez said he didn't have much of an appetite over the weekend because of the procedure. They talked about the power outages because caused by the weather. She asked him how Thanksgiving was for him. He described the full menu and said the turkey was very good and he got all the trimmings. They then talked about all the power outages again because of the ice storm.

Rodriguez asked if Lana went to work today. U/F told him about all the cancellations due to the bad weather. The storm was expected to last until the following morning at 6:00 am. She told him there were no meals at the senior citizen center because of the weather. Rodriguez wanted to know if they served breakfast there also. She said no just lunch but that it was open all day for the seniors to go hang out.

Rodriguez asked about relatives and a little boy who got a haircut and always asked the U/F to buy a toy for him. She told Rodriguez about Thanksgiving and the meal with the

F08259

Zo9r-l 23.1N5

7A-MP-64106

2

relatives.  U/F was happy Rodriguez didn't have pain any longer because of the procedure.  She also told him that the nun was going to see Rodriguez tomorrow.  U/F told him that Cindy needed to behave a little better.  Cindy had surgery for digestive problems.  U/F tried to call and leave a message for Rodriguez today but the lines were all busy and she couldn't get through.  Rodriguez said it was time to go and so they ended the call.

The above conversation was a mix of Spanish and English.  The U/F did most of the talking.  This call is identified as 11/28/2005.

F08260

FU-09086

US EXHIBIT-19-33

7A-MP-64106
RRL:rrl

1

On August 3, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) who is believed to be his mother. The following is a summary of that call:

Rodriguez said hello to a female who is believed to be his mother. She answered the phone and said hello son. Rodriguez asked what was going on. U/F said she was suffering from allergies. U/F asked Rodriguez how it went with the Dr. He said she gave him an eye exam and some mechanical ability tests. He said she was of Mexican descent who married an American. The U/F changed the subject to the illegal immigration problem. U/F said she was going to go see him in the county jail but was busy with the kids' end of season soccer parties. They then discussed the problem with the interrupted calls to Silvia's house. U/F complained about the telephone company dunning her for money. Rodriguez asked about Diego. The U/F told Rodriguez he called last week. U/F told Rodriguez about a kid who almost knocked the television on top of him. Rodriguez asked if Dan bought the pheasants. U/F proceeded to tell a story about going over to Dan's house and the bad smell of the meat Lana was cooking.

U/F told Rodriguez how she prepared the smelly meat (intestines) for Lana. Dan purchased fifty pheasant chicks which he was keeping in the kitchen. Rodriguez recommended that they put the pheasants in the chicken coop because they would fly away. U/F told him that Dan bought the pheasants to release in the nearby woods so that they could hunt them later.

The U/F told Rodriguez about the great deals she found at Target and that the groceries were very good. They discussed shopping at length including rebates. U/F said she spoke to his aunt Chavela who is hard of hearing. Rodriguez said they are going to swap out the phone in his room because it had a lot of static. U/F said that Martha was still suffering from shingles. Rodriguez said the Dr. told him she had a friend who suffered from Shingles as well. Rodriguez said he was reading an article in the newspaper that Mexicans suffer from a high rate of stroke. U/F said that was because of their bad diet. Rodriguez asked if Steve got his truck fixed. The U/F told him about Dan's visit and how he was going to till her flower beds. The tiller gave him problems and he never did anything. Dan showered but forgot to bring

F08261

FU-09087

US EXHIBIT-19-34

7A-MP-64106

2

shoes and wanted to wear flip flops with his dress clothes. They both laughed at that.  Rodriguez said he had to go and the call was terminated.

        The above conversation was a mix of Spanish and English.  The U/F did most of the talking.  This call is identified as 5/20/2006.

F08262

FU-09088

US EXHIBIT-19-35

7A-MP-64106
RRL:rrl

1

On August 4, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) who is believed to be his mother. The following is a summary of that call:

Rodriguez said hello to an U/F who said hello son. U/F said very sadly that she was not going to see him because of the power outages and the slippery conditions. He said that was okay that he understood. No one could give her a ride because they are all busy with the kid's sports. Rodriguez said he feels better since the medical procedure. Rodriguez said that neither the nun nor Bob went to see him.

Rodriguez said the weather was very bad in Fargo. They discussed the bad weather. Rodriguez asked about Diego. She told Rodriguez that she tried getting through in the morning but the telephone lines into the jail were busy. They discussed the kids sports again. They laughed at how Lana took so long while shopping. U/F ran into Martha at the beauty salon the previous day and invited her over for lunch. Martha called later and canceled on her and did not come over. She had an accident and hit a van with her car and now her car is damaged badly. Martha was at fault and is still shaken up by it. They discussed the settlement of the claim. Rodriguez speculated that they would raise Martha's insurance premiums because of the accident.

Martha has medical problems and lost her prescriptions and doesn't drink enough water as required. Rodriguez said the other Rodriguez is gone from the jail and he is the only one there now. Rodriguez asked about Silvia and others who his mother has talked to on the phone. U/F returned to conversation about Martha's lunch invitation.

Rodriguez was not clear on what the date was today. U/F thought they were going to be required to be present for a court date on either the 14 or the 15. Rodriguez said he would make certain of the date after he spoke to Bob. Rodriguez told her about the puzzle he just received. U/F told him about a female who was getting a new furnace in her house. Rodriguez has to go because his time has run out. They say goodbye and the call ended.

The above conversation was a mix of Spanish and English. The U/F did most of the talking. This call is identified as 12/03/2005.

F08263

2041col24 INS

FU-06089

US EXHIBIT-19-36

7A-MP-64106
RRL:rrl

1

On August 4, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez attempted to review a telephone conversation believed to be recorded at the Cass County Jail, Fargo, North Dakota.  The collect only captured part of the recorded message.  There was no dialog on this call.

This call is identified as 12/10/2005.

It should be noted that a second attempt was made on the same day with the same results.  This second call was also identified as 12/10/2005 since it was placed the same day.

F08264

FU-09090

7A-MP-64106
RRL:rrl

1

On August 4, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Alfonso Rodriguez and an unknown female (U/F) who is believed to be his mother. The following is a summary of that call:

Rodriguez said hello to the U/F who said hello son. U/F said very sadly that she was not going to see him because no one could take her. She told him of the bad weather conditions and the he told her of the strong winds. Ingrid told her they were required to be there next week on Tuesday and Wednesday. Lana was required to be in court on Tuesday. She asked if it was going to go through Thursday. Rodriguez said not through Thursday. U/F was told she had to be in Bob's office Wednesday at 2:00 pm because they wanted to question her again. It was going to be the same questions such as when he (Rodriguez) returned home and the same question she has already answered before. Her responses were going to be tape recorded in the event she died. U/F asked if he was going to need a jacket. He said no because he doesn't go outside when he is moved. He was only moved from one garage to another.

They each talk about the cards they received and from whom. Rodriguez told the U/F that the nun went to see him on Tuesday. Steve had a game in St. Paul. Rodriguez can't understand why Steve's school was playing teams in St. Paul because it is so far and out of their division. Lana couldn't take off because of her job. A (fat) female (possibly Lena) got hit in the eye with a snowball and now she's going to see a specialist. Rodriguez asked if her eye was covered with a patch. U/F said no but that her eye was black and blue. Lena didn't know who threw the snowball.

Rodriguez got a card from the Salvation Army that he intends to send to Silvia. Rodriguez asked about Diego. They then talked about the weather again. U/F can't find any salt in town and all the stores are sold out. The U/F complained about one of her legs getting dark in color and how she went to the doctor about that. U/F was talking to Rosa on the phone before he called. Rosa bought a new van because the old one was worn out. Rodriguez asked what kind of van Rosa purchased and how they got a lot of good use out of the old one. U/F told him that Ingrid was coming on Monday. U/F told him again about Martha's car and seeing it after the wreck. The front end was gone but it still ran. Rodriguez suggested she not drive much with a car in that condition. Josh and

F08265

FU-09091

US EXHIBIT-19-38

7A-MP-64106

2

Lana were coming over later because Josh had practice in Crookston. Rodriguez said it was expensive for those kids to participate in sports.

Rodriguez told the U/F that the nun brought him a new book and gave him a card. Rodriguez suggested that she go with Lana to Grand Forks so she can get out of the house. U/F complained about the high (natural) gas bill. They talked about how the guards appreciate knowing if Rodriguez was going to have a visitor. They said goodbye and the call ends.

The above conversation was a mix of Spanish and English. The U/F did most of the talking. This call is identified as 12/10/2005.

F08266

FU-09092

US EXHIBIT-19-39

7A-MP-64106
RRL:rrl

1

On August 4, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Al Rodriguez and an unknown female (U/F) who is believed to be his mother. The following is a summary of that call:

Rodriguez said hello to the U/F who said hello son. He asked what was going on and what the weather was like there. U/F said it was still bad and that it was snowing right now. U/F asked him how it was going for him (in court) and he said okay. U/F then told him about being on the stand and telling the truth. U/F told him that the lady officer who was on the stand was lying. U/F believed this because according to the U/F, they made Lana go with her Lana didn't volunteer to go. U/F said the other man didn't remember. Lana was crying because of the stress in the courtroom. U/F accused someone of not remembering and that they (police) lied on the stand in order to frame people.

U/F said they were lying. Rodriguez changed the subject and wanted to know about the kids. Josh's team was winning. Lena was playing again since her eye injury. Rodriguez asked what position Lena played. U/F said she played all positions and that when she played her team won. Lena is a big girl but a good athlete. Lena and her mother went to some game and the U/F was afraid of getting stranded because of the bad weather so they left early.

U/F told him that Ingrid sat down with them and they created a family tree. Ingrid was there Tuesday to see him. Rodriguez was going to send Lana a card but couldn't remember her address. Lana was stressed out and the U/F said they were putting pressure on Lana so that Rodriguez would speak. Rodriguez asked about Diego. U/F said that Paco called and that Diego was already asleep at 6:00 pm.

U/F recommended that he cut his hair and that she would get him a couple of new shirts. Rodriguez asked for a pair of black shoes, a pair of jeans, and a shirt. Rodriguez told her not to try to come with the bad weather. They resumed talking about Josh's games. Rodriguez thought they only played on Saturday. Steve's parents haven't been attending Steve's games and they don't like hockey.

Rodriguez said he got a message from Martha. They talked about the condition of her car after the wreck. Dan

F08267

FU-09093

US EXHIBIT-19-40

7A-MP-64106

2

and Steve stopped by the day before and Dan cleaned the snow off the sidewalk and driveway.

U/F said people lie a lot because a reporter said you had killed the girl with a gun.  Rodriguez chuckled and said the erroneous information reported by the press was good because when they go to court the lies will come out.  U/F said maybe that is why Bob didn't put Lana on the witness stand.  Rodriguez said even the judge knew they were lying on the stand.  Rodriguez has to go because someone wants to use the phone.

The above conversation was a mix of Spanish and English.  The U/F did most of the talking.  This call is identified as 12/17/2005.

F08268

FU-09094

US EXHIBIT-19-41

7A-MP-64106
RRL:rrl

1

On August 4, 2006, Federal Bureau of Investigation (FBI) Special Agent (SA) Ruben R. Lopez reviewed a telephone conversation recorded at the Cass County Jail, Fargo, North Dakota. The collect call was between Al Rodriguez and an unknown female (U/F) who is believed to be his mother. The following is a summary of that call:

Rodriguez said hello to the U/F who said hello son. He asked what was going on and if the kids were around. Lana was on the road with her kids for tournaments. Rodriguez asked about Dan. Dan was going to go with Steve to go see a game. Rodriguez said he discovered he was allergic to acid like what is found in oranges and apples. U/F asked now what are you going to eat since that is all they give you. Rodriguez said when he got the food basked he ate two apples and an orange which caused a burning in his mouth. He got some medication for the symptoms. Rodriguez went into detail about when and how many apples and oranges he ate.

U/F told him about how bad the roads were because of the weather. They were near a stretch of road where they saw about twenty dear. Rodriguez speculated that the boys haven't had good luck with deer hunting because they don't really know how to hunt. They talked about cards and puzzles for Rodriguez. Rodriguez asked about a woman's car and if it was fixed. Martha got another car and they can't understand why she didn't buy a new one. U/F said it s a very nice car that Martha purchased. Rodriguez said he received a card from Silvia. They discussed how the individual puzzle box had to be sealed and unopened in order for him to receive it in jail.

They discussed the pair of shoes that Rodriguez wanted her to bring to the jail for him. He didn't want the Fila sneakers he wanted the pair that was all black. He requested that she take him some clothes the next time she went to see him. Rodriguez thought he had a black shirt in the closet downstairs.

U/F purchased a gift for Martha and accidently gave her the wrong one. Martha's gift was sent to Texas by the kids who picked up the wrong package. She baked ten loaves of banana bread to make up for the mistake and to give as gifts to others. Rosa was mad about the packages being sent to the wrong people. Rodriguez asked about Diego (U/F's grandson) who got a little horse and now wants gun. Rodriguez's brother spent Christmas alone and U/F thought that was weird.

F08269

FU-09095

US EXHIBIT-19-42

7A-MP-64106

2

U/F wanted to know if he could have a dvd player in his cell. He said they wouldn't let him because he already asked. She asked about a TV and he said no. They discussed the pictures of the kids he got and how Lena is not photogenic just like him. U/F asked him if he remembered a lady they went to a carnival with once, a lady named Cristina. He did not remember her but the U/F told him her husband died the previous day. The couple lived in Grand Forks.

Rodriguez said Jamie Rodriguez is back (in jail) and it is the fourth time he has been there since Rodriguez got locked up. Rodriguez learned this from listening to his messages. Lana and the U/F accidently left messages for the other Rodriguez.

Lana stopped by to pick up some stuff to make salsa while waiting for the games at the hotel. U/F said Rosa was in bad shape and her legs were really swollen. She has been unable to work. U/F said that on the way home from seeing him they stopped at a store to buy some salt and there wasn't any in stock. They return to the topic of the types of juices he can drink and what they will give him at the jail.

Rodriguez said he can eat oranges and apples but only one a day. Canned fruit didn't bother him so he can eat that. U/F then told him about a rash she had. Rodriguez said he had to go and the call ended.

The above conversation was a mix of Spanish and English. The U/F did most of the talking. This call is identified as 12/31/2005.

F08270

FU-09666

US EXHIBIT-19-43