Statement of Ardyce Whalen
April 14, 1980
Page one

This is a statement of Ardyce Whalen. It is being taken at Riverview Hospital in room 224 at 11:11 A.M. on April 14, 1980. Taking the statement is Douglas Qualley, Lt. for the Crookston Police Department. Also present for the statement is Lawrence Brooks, Sgt. for the Crookston Police Department. This statement is being taken in regards to a assault that happened on 4-13-1980 at approximately 8:17 P.M. near the residence of 511 Elm Street.

Q: Mrs. Whalen, can you tell me what your full name is?

A: Ardyce Carol Jean Whalen.

Q: What is your date of birth?

A: January 27, 1934.

Q: What is your address?

A: 511 Elm Street.

Q: Can you describe to me the circumstances surrounding the assault that was committed on you last night?

A: I'd gone for a walk and I was just about half a block from my home and a car pulled up to our neighbors, Delmont Cournia's house, and I thought someone was just getting out to either they were coming home or somebody was visiting them and then the fellow was on the sidewalk and he asked me, "Is this 3137" I said, "313 Front or?" and he said "Yes." and I said "No, this is Elm Street." We used to live on Front and that's probably the reason it came to my mind. Then when I said, "No, you're on the wrong street." He grabbed me by my left arm and he said "Get in the car or I'm going to kill you." And then I took my right hand and I punched him in the face and then I felt the wall, a knife, well I felt something in my side and then, but I got away, and I don't know when he stabbed me in the elbow, I'm really not sure. Then I screamed, I was screaming and he went to his car and then I went home as fast as I could, which is only half a block more and went into the house and noticed I was bleeding, and immediately called the Police.

Q: Can you describe to me what this person looked like?

A: He was short and stocky, I'd say he was around 5'4". He had black hair, dark hair, dark complexion, and he was clean shaven. He was wearing dark clothes, he was husky looking.

Q: Was he wearing glasses?

A: No. No glasses.

Q: Did he have any facial hair?

A: No he was clean shaven.

Q: Do you recall if he had any scars or marks on his face?

A: I didn't see any at all.

Q: Were there any scars or marks any where else on his body?

A: No. I didn't see anything.

Q: Can you describe to me the car that he had?

A: It was a car that ah... It was an ordinary size car, regular. It looked like the kind that.....not anything special no pin-striping, just a plain dark colored car and I don't know if it had two or four doors, I really didn't notice.

Q: Did it have any dents in it?

A: I didn't notice any dents.

F01343

US EXHIBIT-21-1

Statement of Ardyce Whalen
April 14, 1980
Page two

Q: Could you tell if the lights on the car were all working or not?

A: The two headlights were working because I saw him drive up to the curb by Cournias. Then he took the lights off.

Q: Can you tell me anything about the year of the car or the make of the car?

A: No. I know it wasn't the kind of a car some.. some people jack up their cars in the back and it wasn't like that. I don't know much about years of cars but I suppose around maybe 60's.

Q: Would you be able to recognize the car if you saw it again?

A: No I wouldn't be sure.

Q: Is there anything else you can tell me about the individual that confronted you?

A: He was.. seemed very calm and determined in his voice when he said I'm going to kill you. He wasn't hysterical or any kind of.. he didn't act as if... he didn't seem to be intoxicated I couldn't smell anything or...Just in a calm low voice he.. I said, "What?" I could hardly believe it and that's when I hit him and..

Q: Can you describe to me the type of voice he used? Was it a gruff voice, loud voice, soft voice?

A: It was low and firm but I wouldn't call it gruff it wasn't scratchy or anything like that.

Q: How about the type of english that he used?

A: I didn't notice any accent at all. But that's all he said. Oh, even when he asked the address, no, I didn't notice an accent.

Q: What nationality do you believe that he was?

A: I would say that he would be Spanish-American. Because he was dark complected, very dark.

Q: Can you tell me which direction he went when he drove away?

A: He drove towards Central High School, that would be South.

Q: He drove towards Central High School?

A: Yes. I didn't notice if he turned or not because I was busy going home.

Q: Is there anything else that you can think of that you would like to add?

A: No, I just wish I could remember the details more clearly, but it happened so fast.

Q: Did you say that you thought he was left-handed?

A: Yes, because he grabbed as I was going by him, he grabbed me with his right hand and I could see the knife.... I can't see the knife but I saw his right hand I mean his left hand, he grabbed me with his right, I can clearly see his left hand at my side and then I felt that stinging. So he did knife me with his left hand.

Q: Did you notice after he stabbed you, where he put that thing? Did he put it in his pocket or in his belt?

A: I didn't notice. Because he stabbed me again, too. But I don't know.

Q: Where did he stab you?

A: In the elbow. The left elbow. He had grabbed here and I was lifting it up too He stabbed me in the left elbow and in the right waist, lower waist.

F01344

US EXHIBIT-21-2

FU-02091

82656

Statement of Ardyce Whalen
April 11, 1980
Page three

Q: How many times did he stab you?

A: Twice. Just twice. It went through my elbow so there is two, its going in and the knife going out again. Then once in the side.

Q: Did you notice when he put his hand down there, did he have a belt on? At any time did you notice?

A: I didn't notice. I just know he was dressed in dark colored clothing.

Q: After this statment is typed up, would you be willing to sign it as your own true statement, after you have read it over and made any corrections if any are necessary?

A: Yes, I would.

This statement will end at 11:20 A.M. on April 14, 1980.

I, ARDYCE WHALEN, have read the above statement consisting of three (3) pages. It is my own true statement, made of my own free will, and I have received a copy of same.

DATE:_____

ARDYCE WHALEN

WITNESSETH:

_____

_____

91

US EXHIBIT-21-3