

**WRITTEN STATEMENT - PAGE 1**
**GRAND FORKS POLICE DEPARTMENT**

IR: 200309933

DATE: 12/3/03                     TIME: 12:00 noon                     PAGE: 1

I,   ALFONZO RODRIGUEZ, JR.                        BIRTHDATE:

ADDRESS:                                           PHONE:

have been advised of my right to refuse to give this statement and herewith give it of
my own free will and voluntarily to   **DETECTIVE MACKI/DETECTIVE SENECHAL**
whom I know to be a member of the Grand Forks Police Department.  No threats or
acts of force have been made against me nor have any promises of any kind been
made to me.  I understand that this statement may be used against me in any court
of law.

DETAILS:

Q.  (MACKI) DETECTIVE MACKI...it's December 3rd...2003, it's 12:00 noon.  This will be a
taped interview with ALFONZO RODRIGUEZ.  Ah...present in the room is going to be
ALFONZO RODRIGUEZ, DETECTIVE ORIE SENECHAL, DETECTIVE BILL MACKI.  This
will be in reference to case #200309933.  OK, ALFONZO...it's me again.   (static noise here
– unable to hear)  Ah...say I just wanted to introduce you...you remember I told you that
my partner and I have been spending a lot of time with...with your mom and your sister?
This is my partner.  Her name is ORIE.  And ah...we just kind of wanted to...talk and...and
we know you're going through a lot right now...just like everybody else and...and ah...I just
wanted you to meet that person that I was talking...talking about OK?

A.  (RODRIGUEZ)  Hmm.

Q.  (SENECHAL)  (she's talking here – unable to hear)
                                   ...call you ALFONZO or AL?

A.

Q.  OK.  Um...a little bit about myself.  I'm...I'm in law enforcement.  I'm a...I'm a detective
at the Grand Forks Police Department.                         ...I studied a lot of
psychology.

(SENECHAL goes on to talk for a while but unable to hear what she's saying)


WITNESSED BY_____        SIGNATURE_____

        _____                _____

PDF-78

US EXHIBIT-22-01

WRITTEN STATEMENT OF_____ALFONZO RODRIGUEZ, JR._____ PAGE #:_____ 2

DATE:_____12/3/03_____IR #:_____200309933

A.            ...like that.  Unless you put it there.  You know?          ...I didn't put it there.

Q. OK.

A.  Me...personally I didn't take her into my car and throw her in there.

Q. (MACKI)        ...quite possible that she just hopped in with you and...and...

A. I never...I never seen her before...never.  Ever.  I've never even noticed her before.  I...at this point it's...it's...I mean it's                          can't even talk to me.

Q. Yeah

A. You...            and ah...you're gonna            and I always thought it was  a blue car.  Not a red car.

Q.  That was...that was your car that I had towed

A.

Q.  The one in the          ?

A. Yeah.

Q. Yeah.

A.

Q.  That was taken from outside.

THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____
pages and have signed each page of _____ copies at:

TIME:_____ DATE:_____ SIGNATURE:_____

                        WITNESS:_____

PDF- 78 (2)

US EXHIBIT-22-02

02919

WRITTEN STATEMENT OF_____ ALFONZO RODRIGUEZ, JR_____ PAGE #:_____ 3

DATE:_____12/3/03_____IR #:_____200309933

A. Was it?

Q.                    ...probably cuz of the flash that made the colors look a little bit
different but...              your car.

A.              ...that was your car.              ...I don't know what to say.
              ...I know...I try to remember things...as well...the biggest
problem I got.

Q. (SENECHAL)

A.              ...a lot of stuff.  Sometimes I forget my              parked my car...
              ...where I've been.

Q.                    ?

A. No.  I wouldn't forget that much.

Q.

A. Hmm.

Q. Hmm.

A.              ...people's names...I forget people's faces and       . I do.  Um...

Q. (MACKI)  Is it possible that you maybe don't want to remember sometimes?

A. Hmm. Mmm. No.  Why should I?  You know?  It's       . It's nothing...never that
important.              ...sometimes...              where I've been on a certain day or I
get 'em mixed up       .

Q.

THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____
pages and have signed each page of _____ copies at:

TIME:_____ DATE:_____ SIGNATURE:_____

                    WITNESS:_____

PDF- 78 (2)

US EXHIBIT-22-03

WRITTEN STATEMENT OF_____ALFONZO RODRIGUEZ, JR._____ PAGE #:_____ 4

DATE:_____12/3/03_____IR #:_____200309933

A.                ...problem I have.

Q. (SENECHAL)

(more conversation that is inaudible)

A.                              ...person in my car              ...there has to
be more than just blood.        ?             ...a little bit of blood?

Q. (MACKI)  I think there is more.

(more conversation that is inaudible)

A.  I do that all the time.

Q. (SENECHAL)

A. Well, because I...I...sometimes I go in during the week but sometimes I stay
        ...sometimes I don't.  Ah...                    a hard time sitting...

Q.

A. in one place.  I've always          my car.  A lot of times I don't lock the...the
passenger compartment because that's           the...the trunk.
        ...you know?  And...like I said...I        times.        ...my sister.
                ...put a little gas that day too.          ...here in
town...before I went home.  And I completely forgot about that.

Q.

A. You know?

Q.

THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____
pages and have signed each page of _____ copies at:

TIME:_____ DATE:_____ SIGNATURE:_____

                              WITNESS:_____

PDF- 78 (2)

US EXHIBIT-22-04

WRITTEN STATEMENT OF_____ALFONZO RODRIGUEZ, JR._____ PAGE #:_____ 5

DATE:_____12/3/03_____IR #:_____200309933

A. Just my sister.                                              ...stupid things you
know?  I completely forgot                 and it was funny because I...I should
have remembered because the lady that was there...I had a lot of

Q.  Hmm.  Mmm.

A.  I had about two ones.  And ah...and have...
                        ...so I couldn't...I didn't have...                    fifteen
dollars...                                  ...but I forgot about that too.
And that was...after I got home.

Q.  (MACKI)  You know...I guess...you know ORIE brings up a real good point about you
know the way that you were...in...in                              and just...
                ...counseling probably...and...and we just basically


A.

Q.  Yeah, I know.  I know you do.  And you knew that...that              .  You knew that
you needed something to        .  Ah...it was more that you needed.  But, you know right
now we kind of got the ah snowball effect.        ...getting bigger and bigger and bigger
and bigger.

A.

Q.  Let's...let's...ok, let's...let's                        .  Maybe you can still have that.  You're
very familiar with            .  Ah...your sister ah...a couple of places that just bothered
her                      search.

A.  Hmm.  Mmm.

Q.          ...I...I explained            farmstead in that area.

A.  Hmm.  Mmm.

THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____
pages and have signed each page of _____ copies at:

TIME:_____  DATE:_____  SIGNATURE:_____

                                         WITNESS:_____

PDF- 78 (2)

US EXHIBIT-22-05

WRITTEN STATEMENT OF_____ ALFONZO RODRIGUEZ, JR. _____ PAGE #:_____ 6

DATE:_____ 12/3/03 _____IR #:_____ 200309933

Q. Ah...you know the country very well.         ...you say hypothetically where do you think we could look? I mean we can't...use hypothetical         against you. If...if you were in charge of one of the search parties, where do you think we could look? Where do you think a likely place is that a person like you could be?

A. Somewhere in            .

Q. OK, ah what do you mean? By a road?

A. By a road...yeah.

Q. OK.

A.                    ...get to.

Q. Probably. But where...where do you think that road would be? Would it be ah...you know is there a road you could name it that would be...

A. You...you...you saying hypothetical.

Q. OK.

A. It would be a road.

Q. So, she certainly wouldn't be out...out in the middle of a field or anything like that, she'd probably be right on the side of the road.

A. Yeah.

Q. Ah...you think that she'd still be wearing clothes or do you think...

A. I don't know. I don't think so.


THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____
pages and have signed each page of _____ copies at:

TIME:_____ DATE:_____ SIGNATURE:_____

                              WITNESS:_____


PDF- 78 (2)

US EXHIBIT-22-06

WRITTEN STATEMENT OF_____ALFONZO RODRIGUEZ, JR._____ PAGE #:_____ 7

DATE:_____12/3/03_____IR #:_____200309933

Q. You don't think so? Ah...any clothing at all? Or do you think she'd be probably completely naked?

A. Hmm...

Q. You don't know? Ah...

Q. (SENECHAL) (can't hear what she's saying)

A. Probably dumped along the highway.

Q. (MACKI) Dumped along the highway                    ah...

A. On the way home.

Q. On the way home?

A. Yeah.

Q. Would ah...let's just say...ah...again we're talking hypothetically here. Ah, it would probably be a back road? Someplace where there's not a lot of people? Would it be a gravel road do you think or a tarred road?

A. A tarred road I think.

Q. You think it's along a tarred road.

A.                               . It would be ah...along that Highway 9.

Q. Hmm. Mmm.

A. That's the only road I take.

Q. OK.

THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____ pages and have signed each page of _____ copies at:

TIME:_____ DATE:_____ SIGNATURE:_____

WITNESS:_____

PDF- 78 (2)

US EXHIBIT-22-07

WRITTEN STATEMENT OF_____ ALFONZO RODRIGUEZ, JR._____ PAGE #:_____ 8

DATE:_____ 12/3/03 _____ IR #:_____ 200309933

A. I don't take gravel roads at night.

Q. OK.

A. Because of the deer.

Q. (SENECHAL) Hmm. Mmm.

A.                                                   ...and I never take gravel roads at night.

Q. (MACKI) OK.

A. In          ...yeah.

Q. Ah...where along Highway 9 do you think the body would be?  Where along Highway 9 do you think the body would be?

A. That I wouldn't know.

Q. You wouldn't know?

A. No.

Q. Um...would it be...kind of in a culvert?  Possibly?  Or would it be just right in the ditch or underneath trees or                    .

A. Hmm...I think it would be away from the road itself.  You know but I wouldn't...it wouldn't be a field.

Q. Not in a field?  Maybe in some brush?

A.

Q. (SENECHAL) (can't hear what she's saying)

THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____ pages and have signed each page of _____ copies at:

TIME:_____ DATE:_____ SIGNATURE:_____

                                         WITNESS:_____

PDF- 78 (2)

US EXHIBIT-22-08

WRITTEN STATEMENT OF_____ALFONZO RODRIGUEZ, JR._____ PAGE #:_____ 9

DATE:_____12/3/03_____IR #:_____200309933

A. Yeah...yeah...yeah...yeah.

Q. (MACKI) How far off                          someone maybe would drag a body?

A. I don't know.

Q. Um...

Q. (SENECHAL) (can't hear what she's saying)

A. Yeah...

Q. (MACKI) You think it was                  ?

A. Nuh uh.

Q. Within...

A.                              ...very far, no.

Q. Within 50 feet?

A.              ...huh?

Q. Within about 50 feet of the road do you think?

A. Yeah, probably.

Q. OK. Ah...now...

A.

Q. Yeah.           ...do sheetrock and stuff and          it would be about 100 pounds or so...

THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____ pages and have signed each page of _____ copies at:

TIME:_____ DATE:_____ SIGNATURE:_____

WITNESS:_____

PDF- 78 (2)

US EXHIBIT-22-09

WRITTEN STATEMENT OF_____ALFONZO RODRIGUEZ, JR._____ PAGE #:_____10

DATE:_____12/3/03_____IR #:_____200309933

A. Yeah.

Q.           ..but still you probably have a         with that.

A. Three.

Q. Three? OK. You guys use a panel with         ? OK. Um...so again kind of like you said if we think you did it, it would be around County Road #9. Is it possible that        ...County #17 or would it more than likely be County Road #9?

A. I...you know...

Q. Again, we're just         ...hypothetically.

A. I mean that whole stretch is         .

Q. Hmm.

A. You probably         follow the whole...the whole stretch out...what with the way I go.

Q. OK.

A. I go all the way to #81, turn, go all the way to #17, turn, come out right behind ah...the ah...Wal-Mart?

Q. Yup.

A. OK. Then by Wal-Mart.

Q. Um...and so you're going home you just reverse that route, you take...

A. Yeah...no, sometimes I go all the way on Highway #2...on Gateway.

Q. OK.
THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____
pages and have signed each page of _____ copies at:

TIME:_____ DATE:_____ SIGNATURE:_____

                    WITNESS:_____

PDF- 78 (2)

US EXHIBIT-22-10

WRITTEN STATEMENT OF_____ ALFONZO RODRIGUEZ, JR._____ PAGE #:_____11

DATE:_____12/3/03_____IR #:_____200309933

A.  And then I take #220.

Q.  #220 south through town?

A.           ...take...like...

Q.  Yup.

A.  All the way into the River Bend...

Q.  Yeah.

A.  and then take #220 right off of that.

Q.  And then #220...

A.   There's a bean...bean factory there.

Q.  I think you're...yeah, I think you're...you're right.

A.  I go past that...I'm not too sure.

Q.  Potatoes...potato fac...potato plant I think.

A.  No, it's a bean plant.

Q.  OK.

A.  It's...just before you get to Mallory I think.

Q.  OK.

A.  And then you turn on #220.

Q.  #220?
THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____
pages and have signed each page of _____ copies at:

TIME:_____  DATE:_____ SIGNATURE:_____

                           WITNESS:_____

PDF- 78 (2)

US EXHIBIT-22-11

WRITTEN STATEMENT OF_____ALFONZO RODRIGUEZ, JR._____ PAGE #:_____12

DATE:_____12/3/03_____IR #:_____200309933

A.                              ...until I hit #9 and then I head home.

Q. OK. Which way do you think you might have gone home that night?

A. That's the way I went.

Q. That's the way...down to the            ?

A. Hmm. Mmm.

Q. OK. Ah...OK. OK. And you...you don't think that she would have the clothing on at all?

A.                .

Q. Do you think her...body would be in one piece? Or do you think someone would have done something to try to disguise                    ?

A.                              lot more blood on        than...

Q.                ...along with this theory she would be in one piece.

A. Yeah.

Q. OK, ah...OK. And maybe just 50 feet off the road maybe...in the brush you're thinking would be a likely spot?

A. Probably.

Q. OK. Ah...no...how...would            come to        do you know or do you think you would            on #220?

A.                .

Q.            ?
THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____
pages and have signed each page of _____ copies at:

TIME:_____ DATE:_____ SIGNATURE:_____

WITNESS:_____

PDF- 78 (2)

US EXHIBIT-22-12

WRITTEN STATEMENT OF_____ALFONZO RODRIGUEZ, JR._____ PAGE #:_____13

DATE:_____12/3/03_____IR #:_____200309933

A.

Q. OK.

A.

Q. OK.

A. In that stretch.

Q. Now you...you drive that road every now and then. I'm sure...

A. Drive what road?

Q. Ah...#220 and then county #9. I...I don't                    ...we've been driving an awful lot in the last you know...week a half and...you know up to your sister's and whatnot. Ah...            every time we turn around there's...there's a space that we think, Man...I wonder if that's been searched. Is there a particular spot that you think of that ah...just jumps out at you                    be such a good place to search? Any one place?

A. Hmm. Mmm. No.

Q. OK. Is...is there any drive off of #220 or off of county #9 that a person might take and then            the body or would...do you think the person would            on the car and brought the body into the brush? Where would they have pulled off            ?

A.                    ...in a building.

Q. Ah...do you know where...which direction...

A.

Q. OK. How far off of #220  and #9 do you think a person would go?
THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____
pages and have signed each page of _____ copies at:

TIME:_____ DATE:_____ SIGNATURE:_____

                    WITNESS:_____

PDF- 78 (2)

US EXHIBIT-22-13

WRITTEN STATEMENT OF_____ALFONZO RODRIGUEZ, JR._____ PAGE #:_____14

DATE:_____12/3/03_____ IR #:_____200309933

A. Hmm...

Q. OK, so not too far off.

A. No.

Q. Just enough so that maybe people would                    . Would there be trees kind of
concealing                              ?

A.

Q. OK. Ah...

A. There's a lot of trees out there.

Q. Do you think that it would be likely that the person that would do this
            ...out on #2?

A. Hmm. Mmm.

Q. OK. OK. And then...the body would be just probably put in...in the brush by the        ?

A. Probably.

Q. OK. Do you think this person would pull the body out the driver's side or the
passenger's side of the vehicle?

A. I don't know.

Q. You don't know which way?  Probably depending on which side the            ...the trees
were?

A. Hmm. Mmm.

Q. Would the body be in the front seat or the back seat? Or the trunk?
THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____
pages and have signed each page of _____ copies at:

TIME:_____    DATE:_____    SIGNATURE:_____

                              WITNESS:_____

PDF- 78 (2)

US EXHIBIT-22-14

WRITTEN STATEMENT OF _____ALFONZO RODRIGUEZ, JR._____ PAGE #:_____15

DATE:_____12/3/03_____IR #:_____200309933

A. I don't know.

Q. You don't know?

A. No, I don't think it'd be in the trunk.

Q. Not in the trunk? Too hard to move?

A. Yeah.

Q. OK.

A.        ...couldn't be in my trunk because                    was full.

Q. Oh, OK.

Q. (SENECHAL) (can't hear what she says)

A.                    ...was full too of stuff.  Some groceries I had...                    ...and other stuff in there.

Q.

A. In the car.        ...too cold you know?

Q. (MACKI)  OK.

A.                         you know...

Q. Like I said, it's possible that other body fluids were found as well.  And we just wanted you to be aware

A. Yeah...sure.


THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____
pages and have signed each page of _____ copies at:

TIME:_____ DATE:_____ SIGNATURE:_____

WITNESS:_____


PDF- 78 (2)

US EXHIBIT-22-15

WRITTEN STATEMENT OF_____ALFONZO RODRIGUEZ, JR_____ PAGE #:_____16

DATE:_____12/3/03_____ IR #:_____200309933

Q. Where...now...you know the...sex would happen in the car, but where do you think the car would be? Would it be in that area...the body? Or did it all happen at the same time? Or...

A. Hmm. Mmm.

Q. do you think the sex would happen one place and then a drive and then the body was put somewhere else?

A. Hmm...

Q. You don't know?

A. I think the body is in Grand Forks myself.

Q. You think it's in Grand Forks? Where in Grand Forks do you think it would be?

A.

Q. OK, do you know where...I'm...are you familiar with town or              this is a good area?

A. No. No. No.

Q. Like the boat landing or river or any...

Q. (SENECHAL) A dumpster?

A. No.

Q. A backyard?

A. No.

(some conversation – unable to hear)
THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____
pages and have signed each page of _____ copies at:

TIME:_____ DATE:_____ SIGNATURE:_____

WITNESS:_____

PDF- 78 (2)

US EXHIBIT-22-16

WRITTEN STATEMENT OF_____ALFONZO RODRIGUEZ, JR._____ PAGE #:_____17

DATE:_____12/3/03_____IR #:_____200309933

A. The other thing I know about Grand Forks is how to get from K-Mart to the mall.

Q. (MACKI)  Sure.

A. And I usually take the same route all the time.

Q. OK.

A. You know?

Q.                    ...yup.

A.                         ...the second stop sign and then I turn...turn

(all talking at the same time – unable to hear)

A.                    ...across there...

Q. OK.

A. And when I come from #220 over the          bridge

Q. #220 over the high bridge.

A. Yeah...you know #220?

Q. Yup.

A. Coming from the #220 and then you get to East Grand Forks...

Q. Oh...oh...oh, yeah, the Point bridge.

A. Point bridge?

Q. Yeah, OK, I know which one you're talking about.
THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____
pages and have signed each page of _____ copies at:

TIME:_____  DATE:_____  SIGNATURE:_____

WITNESS:_____

PDF- 78 (2)

US EXHIBIT-22-17

WRITTEN STATEMENT OF_____ALFONZO RODRIGUEZ, JR._____ PAGE #:_____18

DATE:_____12/3/03_____ IR #:_____200309933

A. Yeah...yup.

Q.

A.                        ...come in that way.

Q. But that night...you...you remember specifically how you went home that night?

A. Yup.

Q. And...

A. On...on...on the...er the beet factory.

Q. OK.  So you were          on Highway #2?

A. Highway #2.

Q. And then you were...took #220...

A. Yup.

Q. to #9 and then #9 to                   .

Q. (SENECHAL)  (can't hear what she's saying)

A.                ...I guess.

Q. (MACKI)  So you don't think there's a chance...

A. No.

Q. that she was given a ride?


THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____
pages and have signed each page of _____ copies at:

TIME:_____ DATE:_____ SIGNATURE:_____

                              WITNESS:_____


PDF- 78 (2)

US EXHIBIT-22-18

WRITTEN STATEMENT OF_____ALFONZO RODRIGUEZ, JR._____ PAGE #:_____19

DATE:_____12/3/03_____IR #:_____200309933

A. No.

Q. OK, but it was definitely               ?

A. Hmm. Mmm.

Q. OK.

A. When I was working...McIntosh...I would stop by Maple Lake and check the water and see if                      ...             frozen but

Q. Do you think there's any chance that she could be out by like Maple Lake?

A. No.

Q. No? OK.

Q. (SENECHAL)  (can't hear what she says)

A.

Q. (MACKI)  OK, we're done          . But...ah...unfortunately we have to leave now. Ah...AL, I...I think we did a lot of you know talking today and I think ah...ORIE'S          ...a lot of good points and I...I hadn't really thought about it really          she explained it to me but ah...when...when I talked to you earlier about being dealt a...a          deck of cards?  Well, that happened long before                    happened with what                you asked for help and they didn't give you help.  Um...we might be talking to you again, but for the meantime we're just gonna kind of go out and...and theorize where...you know where we might ah...might be, OK?  So...you got my card.  You've got ah...          card.  Ah...don't be a stranger.  Don't feel you can't talk to us, OK?

Q. (SENECHAL)  (can't hear what she says)
(statement ends)
THIS IS A TRUE STATEMENT TO THE BEST OF MY KNOWLEDGE:

I have written and/or read the above statement consisting of _____ pages and have signed each page of _____ copies at:

TIME:_____  DATE:_____ SIGNATURE:_____

                                        WITNESS:_____

PDF- 78 (2)

US EXHIBIT-22-19