# SUPPLEMENTARY INVESTIGATION REPORT

Officer: O. Senechal #635
Date :    12/09/03
Case #: 200309933

On 12/03/03, at approximately 1200 hours, Detectives Senechal and Macki interviewed Alfonso Rodriguez, Jr.  At the time of this interview, it was believed that since Alfonso had been placed under arrest, he had not requested an attorney.  Therefore, Alfonso could still be questioned and interviewed by law enforcement officers.  Detective Macki made an audio recording of this interview.  Detective Macki and Deputy Malinowski had interviewed Alfonso prior to Detectives Macki and Senechal meeting with Alfonso.  Alfonso had been advised of his Miranda Rights at that time.

In the interview, Alfonso initially denied having any involvement with the Dru Sjodin disappearance.  Alfonso claimed that he sometimes has a poor memory for things, but that he wouldn't forget something like that.  Alfonso also discussed "hypothetically" where he thinks a good place to hide a body would be.  Alfonso said he thinks she wouldn't be in the middle of a field or in the water anywhere.  Alfonso said he knows that because he likes to ice fish and he checks the ice regularly to see if it's frozen enough to ice fish on.  He especially checks Maple Lake on his way to and from work for that purpose.  Alfonso said that the water was all frozen by then so a body couldn't have been put in the water.  Alfonso said "hypothetically" that the body would be dumped on the side of the road, but about 50 feet away from the road itself, "on the way home" probably off a tarred road.  It would also probably be in some trees or brush. The body would also be in a place that the person could hide their vehicle in trees while they were disposing of the body.  Alfonso said it would probably be along Highway 9 because "That's the only road I take." Alfonso said he doesn't take gravel roads at night because of the deer.  Detective Macki asked Alfonso if he thinks the body would still be wearing clothes and Alfonso said, "I don't think so." Detective Macki asked Alfonso if the body would be in one piece, Alfonso said that there would be a lot more blood if it weren't.  Detective Macki asked

X-SENECHAL-OKSENDAHL-00073

US EXHIBIT-23-1

# SUPPLEMENTARY INVESTIGATION REPORT

Alfonso if the body would be in the back seat or in the trunk of the vehicle. Alfonso said it wouldn't be in his trunk because it would be too hard for him to move it into his trunk and also because his trunk was too full with groceries and other items. Detective Senechal asked Alfonso if there was a sexual assault where that would have occurred. Alfonso said it would have happened in the car because it was too cold outside. Alfonso also said he thinks the body is somewhere in Grand Forks. Alfonso said he's not very familiar with Grand Forks, but he knows how to get from K-Mart to the mall.

When discussing different routes Alfonso takes to and from Grand Forks, Alfonso stated that he usually takes County Road 9 to County Road 17 and then to Highway 81 into Grand Forks. He especially takes that route if he's in the south end of Grand Forks at Wal Mart. Alfonso also said if he needs to go to the north end of Grand Forks or is leaving from the north end of Grand Forks, he sometimes takes Highway 2 all the way to Gateway Drive in Grand Forks or Highway 220 to East Grand Forks and then over the Point Bridge into Grand Forks. Alfonso said that on the night of 11/22/03, he took Gateway Drive to Highway 220 to County Road 9 and into Crookston. Alfonso did not say, however, why he was in the north part of Grand Forks when he left town.

During the interview, Detective Macki received a phone call from Sgt. Remer. Sgt. Remer informed Detective Macki that he thinks that Alfonso may have gotten an attorney. At that point, Detectives Macki and Senechal ended the interview to find out if Alfonso had indeed requested and been appointed an attorney to represent him. After the interview, Deputy Malinowski made a phone call to the attorney that had represented Alfonso during the extradition hearing. That attorney told Deputy Malinowski that he only gave Alfonso advice on the extradition hearing and that he was not representing Alfonso at that time. It was later clarified and determined that the information Sgt. Remer had received was false.

See a copy of the transcript from the audio recording that was made of the interview for further details.

X-SENECHAL-OKSENDAHL-00074

US EXHIBIT-23-2