04193

# SUPPLEMENTARY INVESTIGATION REPORT

**Officer:** O. Senechal #635
**Date :**    12/03/03
**Case #:** 200309933

Lead #590

On 12/03/03, Detective Senechal and Agent Hilzendager went to the Ileanna Noyes residence in rural Euclid, MN.    Detective Senechal and Agent Hilzendager arrived at approximately 0945 hours.  A search of the Noyes property, including the 80 acres of land, had been planned by Polk County for that day.   As soon as Detective Senechal and Agent Hilzendager arrived and began talking to Ileanna and Dolores, Ileanna mentioned that she had called the Polk County Correctional Center to see when visitation was so she could visit Alfonso. Ileanna said she would do anything to help find Dru Sjodin. Ileanna wanted to talk to Alfonso in person to see if she could convince Alfonso to tell her or officers where Dru Sjodin is.  Detective Senechal contacted Detective Macki who was at the Polk County Correctional Center to see if visitation between Ileanna and Alfonso could be arranged.  Detective Macki and Deputy Malinowski arranged that visitation.  Officers later arrived at the Noyes residence and began searching the property.  Detective Senechal and Agent Hilzendager then gave Ileanna a ride to the Polk County Correctional Center.  There, Ileanna was able to visit with Alfonso. Deputy Malinowski recorded that conversation.

While Detective Senechal and Agent Hilzendager were giving Ileanna a ride to the Polk County Correctional Center, Ileanna talked about some phone calls she had made.  Ileanna said that Alfonso had told her that the day he was in Grand Forks, November 22nd, he locked his keys in his car.  Alfonso told Ileanna that he had gone to a movie.  Ileanna said she was surprised that Alfonso would even go to a movie because he's usually too antsy to sit through a movie.  Ileanna didn't think it made sense that he would even want to go to a movie.  Alfonso told Ileanna that during the movie, he got warm.  Alfonso said he then went outside and put his jacket in the trunk.  The keys to his car were in his coat pocket and that's how he locked himself

X-SENECHAL-OKSENDAHL-00109

US EXHIBIT-24-1

# SUPPLEMENTARY INVESTIGATION REPORT

out of his car. Alfonso said he had contacted someone to assist him in getting into his vehicle, but that he couldn't remember whom it was or what business they were from. Alfonso said the person he had called to help noticed the Eide emblem on his vehicle. Alfonso said the person tried to go through Eide to help him. Alfonso also said that they ended up having to use a coat hanger to get into the car. Ileanna asked Alfonso how much it cost for him to have that person help him. Ileanna knows from prior experience of locking her keys in her car that it normally costs around $50. Alfonso said it cost him only $15. On 11/26/03, between 1408 hours and 1418 hours, Ileanna called 5 different vehicle maintenance or lock specialty businesses to see if Alfonso's story was true. Ileanna made the calls from Dolores's residence. Those phone tolls were obtained and the phone calls Ileanna made were verified. None of the places Ileanna called had any record of assisting someone with unlocking their car on November 22nd or any record of a Rodriguez calling for assistance. Based on this information, Ileanna believed Alfonso's story of locking his keys in his car to be false.

X-SENECHAL-OKSENDAHL-00110

US EXHIBIT-24-2