

P-0384

US EXHIBIT-26-1



P-0386

US EXHIBIT-26-2



P-0387

US EXHIBIT-26-3



P-0396

US EXHIBIT-26-4



P-0399

US EXHIBIT-26-5



P-0403

US EXHIBIT-26-6



P-0409

US EXHIBIT-26-7