STATE OF NORTH DAKOTA

COUNTY OF WILLIAMS

IN DISTRICT COURT

NORTHWEST JUDICIAL DISTRICT

American State Bank & Trust Company
of Williston, a North Dakota banking
corporation,

      Plaintiff,

      vs.

Mark M. Owan, et al.,

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

**AFFIDAVIT OF CHARMAYNE C.
OWAN**

FILED IN THE OFFICE OF THE
CLERK OF THE DISTRICT COURT

OCT 0 1 2002

WILLIAMS COUNTY, NORTH DAKOTA

STATE OF NORTH DAKOTA)
               ss.
COUNTY  OF  WILLIAMS)

Charmayne C. Owan, being first duly sworn on oath, deposes and states as follows:

1.     I have personal knowledge of the facts stated herein.

2.     I am one of the defendants in this matter and the wife of Mitchell Owan.

3.     I have never owned any of the real property that was conveyed in the two (2) warranty deeds set out in the Affidavit in Support of Default Judgment on Cross-Claim filed in this action (1994 Warranty Deeds) from Mitchell Owan and myself to Charles Owan, Jr. under which the alleged breach of the covenant against encumbrances contained in the warranty deeds described in the cross-claim of Charles Owan, Jr. and his family arises.

4.     I joined with my husband, Mitchell Owan, in the execution of the 1994 Warranty Deeds as his spouse at his request. I understand it is the practice in North Dakota to have the spouse join in the execution of deeds and mortgages to avoid any claim of homestead.

5.     I received my copy of the answer, cross-claim and counterclaim in this action on

CROWLEY, HAUGHEY, HANSON,
TOOLE & DIETRICH P.L.L.P.
ATTORNEYS AT LAW
WILLISTON, NORTH DAKOTA

US EXHIBIT-32-01

January 25, 2001 by certified mail. On February 1, 2001 my husband visited on the telephone with his attorney, LeRoy P. Anseth, regarding legal representation of my husband and I on the cross-claim and counterclaim in this action.

6. My name was not included with my husband's name in either the cross-claim or counterclaim in this action. Since I wasn't named in the cross-claim or counterclaim with Mitchell Owan and Mark M. Owan and a plain reading of the cross-claim, counterclaim and prayer for relief does not appear to include me, I do not believe it should have been necessary for me to appear and defend on the cross-claim or counterclaim and the entry of judgment against me was therefore improper.

7. I have never received any written notice of the application for judgment on the cross-claim in this matter prior to the entry of judgment by default.

Dated this ___1st___ day of ___October___, 2002.

_Charmayne C. Owan_
Charmayne C. Owan

Subscribed and sworn to before me this _1st_ day of _October_, 2002.

_Julie K Olson_
Notary Public

JULIE K. OLSON
Notary Public, State of North Dakota
My Commission Expires _10-11-08_
STATE OF NORTH DAKOTA
NOTARY PUBLIC SEAL

CROWLEY, HAUGHEY, HANSON,
TOOLE & DIETRICH P.L.L.P.
ATTORNEYS AT LAW
WILLISTON, NORTH DAKOTA

2

US EXHIBIT-32-02