United States of America


    v.                                        Criminal Case No.: 2:04-cr-55


Alfonso Rodriguez

## Clerk's Minutes
Proceedings: Status Conference

| | |
|---|---|
| Honorable Ralph R. Erickson | Date: Tuesday, November 26, 2013 |
| Shelley M. Giauque, Deputy Clerk | Time:10:15 AM |
| Kelly Kroke, Court Reporter | Recess: 10:45 AM |
| Susan Hettich, Law Clerk | |

**************************************************************************
Appearances:
Attorney for plaintiff<u>:      Keith Reisenauer </u>
Attorney for defendants<u>:   Michael Wiseman (via phone)</u>
                                 <u>Kate Menendez (via phone)   </u>
                                 <u>Joe Margulies (via phone)   </u>
**************************************************************************
Court calls case.
Counsel enter appearances.
Court notes that documents/exhibits have been sealed per the court's instruction.  Counsel will review sealed documents/exhibits and report back to the court early next week as to what should remain sealed.

Court sets Status Conference (in person): Thursday, 12/19/13 at 1:30 PM.

Mr. Margulies comments as to press reports, etc.
Mr. Reisenauer comments.
Court comments.

Court has budget question for counsel. Ms. Menendez will talk to Mr. Wiseman and Mr. Margulies and will take up budget issue at status conference on 12/19/13.

Recess.