IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

United States of America,

        Plaintiff/Respondent,

vs.

Alfonso Rodriguez, Jr.,

        Defendant/Petitioner.

Criminal No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**ORDER UNSEALING
CERTAIN EXHIBITS**

When the United States filed its response to the petition and supporting exhibits, there was information contained in those documents that the Court previously ordered sealed, or that should have been sealed under the rules because it contains confidential medical information or Grand Jury testimony. Given the voluminous nature of the documents and because the Court was in the middle of a trial, the Court directed the Clerk to seal all documents until Petitioner's counsel and the Court could review them.

The parties have stipulated that certain documents can be unsealed. The Court hereby adopts the parties' stipulation and finds that some of the sealed documents should be unsealed. The Clerk is directed to unseal the following documents: Docs. #**880**, **932** (<u>except</u> Attachment #8 and #13), and **933**. The other documents shall remain under seal because they contain confidential medical information, Grand Jury testimony, or information relating to the identity of a juror, which the Court has ordered sealed.

    **IT IS SO ORDERED.**

Dated: December 9, 2013

/s/ *Ralph R. Erickson*
Ralph R. Erickson
Chief United States District Court Judge