United States of America

                                                    Criminal Case No.: 2:04-cr-55
     v.

Alfonso Rodriguez, Jr.

### Clerk's Minutes
Proceedings: Status Conference

Honorable Ralph R. Erickson                Date: Thursday, December 19, 2013
Shelley M. Giauque, Deputy Clerk           Time: 1:55 PM
Kelly Kroke, Court Reporter                Recess: 2:05 PM
Susan Hettich, Law Clerk
*************************************************************************

Appearances:
Attorney for plaintiff:      Keith Reisenauer
Attorney for defendants: Andrew Mohring (Mpls)/
                 Joesph Margulies (Chicago)/Michael Wiseman (PA)
*************************************************************************

Court calls case and notes appearances.

Court notes that this is basically a discovery conference, and the defendants presence is not necessary.

The issues will relate to trial conduct, mental health and ineffective assistance of counsel - no objections by counsel if cluster the issues.

Motion deadline: Friday, March 7, 2014
Respond deadline: 28 days
Government will make a request if need more time to respond.
Counsel should request a hearing with their motion if feel it is necessary.

Discovery deadline to remain open.
Other mental health issues.  Petitioner would prefer to address trial conduct first.  USA would address what talking about, and then move on.

If issues lack merit - discuss issues that can be narrowed.

Budget issues to address CJA matters - ex parte issue to be discussed following hearing.

If a need for an evidentiary hearing the court will set on as soon as practical.

Recess.