UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

_____

|                              |   |                                       |
|------------------------------|---|---------------------------------------|
|                              | : |                                       |
| UNITED STATES OF AMERICA,    | : | Docket # 2:04-cr-55                    |
|                              | : |                                       |
| Respondent,                  | : | Hon. Ralph R. Erickson                |
|                              | : | Chief United States District Court Judge |
| v.                           | : |                                       |
|                              | : | Capital 2255 Proceedings              |
| ALFONSO RODRIGUEZ, JR.,      | : |                                       |
|                              | : |                                       |
| Petitioner.                  | : |                                       |
|                              | : |                                       |

_____

**PETITIONER'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO RESPOND TO GOVERNMENT'S MOTION**

Petitioner, Alfonso Rodriguez, through counsel, files this *Motion* seeking an extension of time to file his response to an outstanding government *Motion*. The government does not oppose this request.

1.      On March 6, 2014 the government filed a sealed *Motion* (document # 950). Per prior order of the Court, Petitioner's response in opposition is due on April 4, 2014. Due to a variety of circumstances, Petitioner requires additional time to file this response.

2.      Since the time of the government's filing, three of Petitioner's counsel have been on vacations or otherwise out of the country on case-related matters. These

1

schedules and attendant obligations have impeded counsels' ability to spend the time required to provide the Court with a thorough and appropriate response. Additionally, undersigned counsel has just completed a homicide trial in the state courts in Pennsylvania. Counsel's preparation time and time in trial has prevented him from devoting the required time to the response. The undersigned is also about to leave on a vacation from April 11 through the 20, with attendant need to prepare his docket prior to departing.

3. For all of these reasons, counsel request that the Court extend the time to file a response up to and including April 30. Counsel believe that this extension will provide the time needed to file the response.

4. The undersigned has consulted with AUSA Keith Reisenauer who has indicated that the government does not oppose this request. Counsel are most appreciative of the government's courtesy in this regard.

WHEREFORE, counsel for Petitioner requests an additional 26 days, until

April 30, 2014 to file his response to the government's *Motion* document # 950.

Respectfully Submitted,

/s/ Michael Wiseman

Michael Wiseman
Signing for All Counsel
PO Box 120
Swarthmore, PA 19081
Wiseman_Law@Comcast.Net
215-450-0903

Andrew Mohring                         Joseph Margulies
Katherine Menendez                     Roderick MacArthur Justice Center
Federal Public Defender Office         Northwestern University Law School
Minneapolis, MN 55415                  300 S. 4th Street, Suite 107
612-664-5858                           Chicago, IL 60611
Andrew_Mohring@fd.org                  312-503-0890
Kate_Menendez@fd.org                   j-margulies@law.northwestern.edu

Dated:       April 2, 2014
             Swarthmore, Pennsylvania

**CERTIFICATE OF SERVICE**

I, Michael Wiseman, hereby certify that on this 2nd day of April, 2014 served a copy of the foregoing upon the following persons by filing the same with this Court's ECF filing system:

Keith W. Reisenauer
Assistant United States Attorney

/s/ Michael Wiseman

Michael Wiseman