UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

_____
                                      :
UNITED STATES OF AMERICA,             :        Docket # 2:04-cr-55
                                      :
         Respondent,                  :        Hon. Ralph R. Erickson
                                      :    Chief United States District Court Judge
         v.                           :
                                      :        Capital 2255 Proceedings
ALFONSO RODRIGUEZ, JR.,               :
                                      :
         Petitioner.                  :
_____:


**ORDER**

       AND NOW, this ____ day of April, 2014 upon consideration of *Petitioner's Unopposed Motion for Extension of Time to Respond to Government's Motion*, it is hereby ORDERED:

       The Motion is granted.  Petitioner shall file his response to document #950 on or before April 30, 2014.


                                      _____
                                      Ralph R. Erickson, Chief, USDJ