IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| United States of America, | |
| Plaintiff/Respondent, | Criminal No. 2:04-cr-55 |
| | Civil Case No. 2:11-cv-88 |
| vs. | |
| | **BRIEFING SCHEDULE FOR** |
| | **HEARING SET FOR** |
| Alfonso Rodriguez, Jr., | **SEPTEMBER 8, 2015** |
| Defendant/Petitioner. | |

An evidentiary hearing to commence on September 8, 2015, has been set in this case.

The parties shall adhere to the following briefing schedule:

Petitioner Alfonso Rodriguez, Jr. shall file his brief on or before **March 13, 2015**.

Respondent the United States shall file its brief on or before **May 15, 2015**.

Petitioner Alfonso Rodriguez, Jr. may file a reply brief on or before **June 12, 2015**.

**IT IS SO ORDERED.**

Dated this 20th day of January, 2015.

/s/ Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court