IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>Alfonso Rodriguez, Jr.,<br><br>          Defendant. | Criminal No. 2:04-cr-55<br>Civil No. 2:11-cv-88<br><br>**ORDER DENYING MOTION FOR TEMPORARY AND PARTIAL CLOSURE OF EVIDENTIARY HEARING** |

This matter came on for a status conference on August 12, 2015, to address Defendant Alfonso Rodriguez, Jr.'s motion for a temporary and partial closure of the evidentiary hearing.[1] Rodriguez requests that the evidentiary hearing in September 2015 be closed to the press and general public. Secrecy is poor public policy in the absence of necessity. The court finds there has been an inadequate showing of necessity to warrant closure of the upcoming proceedings. Rodriguez's motion is **DENIED**.

      **IT IS SO ORDERED.**

Dated this 12th day of August, 2015.

/s/ Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court

---

[1] Doc. #972.