United States of America

                                           Criminal Case No.: 2:04-cr-55

      v.

Alfonso Rodriguez

## CLERK'S MINUTES
### Status Conference
### (In chambers)

| | |
|---|---|
| Honorable Ralph R. Erickson | Date: Wednesday, 8/12/2015 |
| Shelley M. Giauque, Deputy Clerk | Time: 2:00 PM |
| Kelly Kroke, Court Reporter | Recess: 2:20 PM |
| Susan Hettich, Law Clerk | |

*****************************************************************************

Appearances:

Attorney for plaintiff:    Keith Reisenauer (present)

Attorney for defendant:  Kate Menendez/Andrew Mohring/Michael Wiseman (via phone)

*****************************************************************************

Court calls case and notes appearances.

Mr. Reisenauer present in chambers. Defense counsel present via phone.

Counsel comment as to partial closure of evidentiary hearing. Court believes that it is poor public policy to close the proceedings when it is not necessary.

Defense anticipates having a maximum of 5 witnesses. Court and counsel will touch base prior to the hearing as to witnesses.

Court will tentatively plan to break at noon or so on Wednesday, 9/9, and will then resume with the evidentiary hearing in the afternoon on Thursday, 9/10.

Video connections have been reserved for the evidentiary hearing. Counsel to provide IT contact person to the court.

Recess.