## UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,

        Respondent,

        v.

ALFONSO RODRIGUEZ, JR.,

        Petitioner.

:
:
:  Docket # 2:04-cr-55
:
:  Hon. Ralph R. Erickson
:  Chief United States District Judge
:
:  Capital 2255 Proceedings
:
:
:

## WAIVER OF APPEARANCE

I am Alfonso Rodriguez. My lawyer Joe told me there is a hearing in my case, and that I can be there. But he said I don't have to go if I don't want to, and that I can watch it on TV at the prison with Joe here. That's what I want to do.

Dated: 8/20/15

Alfonso Rodriguez, Jr.