United States of America,

       Respondent,

                                        Criminal Case No.: 2:04-cr-55

  v.

Alfonso Rodriguez, Jr.

       Petitioner.

**CLERK'S MINUTES**

**Evidentiary Hearing**

**Re: Issues Relating to Juror Misconduct**

| | |
|---|---|
| Honorable Ralph R. Erickson | Date: 9/8/15 and 9/9/15 |
| Shelley M. Giauque, Deputy Clerk | Time: 10:40 AM to 4:55 PM (9/8/15) |
| Kelly Kroke, Court Reporter | 9:00 AM to 10:50 AM (9/9/15) |
| Susan Hettich, Law Clerk | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Appearances:

Attorney for plaintiff:   Keith Reisenauer       Jim Remer, Case Agent

Attorney for defendant:   Kate Menendez/Andrew Mohring/Michael Wiseman

                            Joseph Margulies and Alfonso Rodriguez (appearing via video)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

10:40 AM - Court calls case and notes appearances.

Court comments as to Rule 606 - standing objections relating to jury deliberations. Mr. Reisenauer comments to standing objection. Mr. Mohring has no objection for efficiency purposes.

Mr. Mohring offers exhibits. 100 through 137, 200, 201 202, 300, 301, 400, 401, 402, 500, 501, and 502

Mr. Reisenauer objects to exhibits: 102, (declaration of Ms. Vettel), 202 (declaration of Ms. Cotney), 402 (declaration of Mr. Heuer) and 502 (declaration of Mr. Janssen)

Court will receive all exhibits offered, but will defer ruling on objections to Exhibits 102, 202, 402 and 502.

Court notes sequestration of witnesses invoked.

**Rebecca Vettel**: sworn. Direct examination by Mr. Mohring.

11:58 AM - Courtroom cleared (break for lunch until 1:15 PM).

Court questions witness. Witness willing to take up issues in open court.

12:00 PM - break with court and counsel.

1:15 PM - Court calls case and notes appearances.

**Rebecca Vettel**: retakes the stand.

1:25 PM - Break (due to video failure - the internet is down at the BOP facility).

1:45 PM - Court calls and notes appearances.

Mr. Margulies and the defendant now appear via phone, rather than via video.

**Rebecca Vettel**: retakes the stand. **Defendant's Exhibits 138 and 139 offered**. No objections. Court receives Exhibits 138 and 139. **Defendant offers Exhibit 140.** No objections. Court receives Exhibit 140. **Defendant offers Exhibit 141. No objections.**

2:55 PM - break

3:15 PM - Court calls case and notes appearances.

**Rebecca Vettel**: retakes the stand. Cross examination by Mr. Reisenauer. Re-direct by Mr. Mohring (4:06 PM). Court questions witness refers to exhibit 131, incident at the State Fair in 1991 age 19 in Minot. Released.

**Paulette Cotney**: sworn. Direct examination by Ms. Menendez.

4:43 PM - Court excuses the members of the public so that the court can take up issues involving a juvenile matter.

Ms. Menendez continues with direct examination.

**Defendant offers Exhibit 142.** No objections. Received.

4:55 PM - Recess. Begin at 8:50 AM tomorrow morning.

***************************************************************************

**Wednesday, September 9, 2015 - Day 2 of Evidentiary Hearing:**

9:00 AM  - Court calls case and notes appearances.

Court clears the courtroom.

**Paulette Cotney**: retakes the stand. Cross examination by Mr. Reisenauer (9:09 AM - public allowed back in the courtroom). Cross examination continues. Released.

**Connie Lillejord**: sworn.  (Court clears the courtroom 9:29 AM). Direct examination by Ms. Menendez.  Cross examination by Mr. Reisenauer. Released.

The public is allowed back into the courtroom (10:02 AM)

break for 15 minutes

10:20 AM - Court calls case and notes appearances.

**Rebecca Ireland**: Sworn. Direct examination by Ms. Menendez.

10:30 AM - Court requests that the public exit the courtroom to discuss issues involving minors.

Direct examination continues. Ms. Menendez **offers Exhibit 600** (declaration).   Mr. Reisenauer objects and comments.  Cross examination by Ms. Menendez.

The public is allowed back into the courtroom (10:39 AM).

Parties rest.

Mr. Mohring would request 2 months to brief this issue.  Mr. Reisenauer comments and will be requesting a transcript and so 6 weeks to 2 months is fine.

Court sets forth schedule for filing briefs.  Court directs that the briefs be filed by the close of business on 11/6/15 for the petitioners. Respondent due according to the rule.  Replies according to the rule.

Set Evidentiary Hearing for 1/13/16 (may take 5 to 8 days)


10:50 AM - Recess.