# United States District Court
## DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA

v.

ALFONSO RODRIGUEZ, JR.

DEFENDANT'S EXHIBIT LIST

Criminal No. 2:04-CR-55

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEYS |
|---|---|---|
| The Honorable Ralph R. Erickson | Keith Reisenauer, AUSA | Katherine M. Menendez, Esq. Andrew H. Mohring, Esq. |
| HEARING DATE(S) September 8, 9 and 11, 2015 | COURT REPORTER | COURTROOM DEPUTY |

| DEF. NO. | DATE OFFERED | Objections MARKED | Received ADMITTED | DESCRIPTION OF EXHIBITS[1] |
|---|---|---|---|---|
| 100 | 9/8/15 | | X | Rebecca Vettel: Questionnaire |
| 101 | | | X | Vettel: Voir Dire |
| 102 | | yes object | X | Vettel: Declaration, July 24, 2011 (S-01) |
| 103 | | | X | Vettel: Divorce Decree, 2004 (S-03) |
| 104 | | | X | Vettel: 1992 Care Required Offense (S-05) |
| 105 | | | X | Vettel: 1992 Failure to Maintain Safe Distance Offense (S-07) |
| 106 | | | X | Vettel: 1990 Stop Sign Offense (S-08) |
| 107 | | | X | Vettel: 1998 Unrestrained Child Offense (S-09) |
| 108 | | | X | Vettel: 1997 No Registration Offense (S-10) |
| 109 | | | X | Vettel: Speeding Offenses, 1989-2005 (S-11) |
| 110 | | | X | Vettel: Sept. 2, 1998 No Insurance Arrest (S-13) |
| 111 | | | X | Vettel: March 7, 1999 No Insurance Arrest (S-14) |
| 112 | | | X | Vettel: Additional Documents re: Arrest and Conviction, March 7, 1999 (includes related arrest for No Current Registration) |
| 113 | | | X | Vettel: May 14, 1999 No Insurance, No License Offenses (S-15) |
| 114 | | | X | Vettel: May 14, 1999 – Additional Documents re Offenses |
| 115 | | | X | Vettel: April 20, 1996 Domestic Disturbance Victim Incident Report |

---

1 The code, e.g. S-08, found in parentheses at the end of several descriptions refers to the exhibit number assigned to the document when it was attached to the original petition.

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS[1] |
|---|---|---|---|---|
| 116 | 9/8/15 | | X | Vettel: June 11, 1996 Domestic Disturbance Victim Incident Report |
| 117 | | | X | Vettel: July 11, 1996 Violation of Restraining Order Victim Report |
| 118 | | | X | Vettel: July 11, 1996 Violation of Restraining Order Police Dep't Detail |
| 119 | | | X | Vettel: August 24, 1996, Indecent Exposure Victim Incident Report |
| 120 | | | X | Vettel: October 25, 1996, Violation of Restraining Order Incident Report |
| 121 | | | X | Vettel: October 25, 1996, Violation of Restraining Order Police Dep't. Detail |
| 122 | | | X | Vettel: December 28, 1996: Harassing Phone Calls Victim Incident Report |
| 123 | | | X | Vettel: December 28, 1996: Harassing Phone Calls Police Dep't Detail |
| 124 | | | X | Vettel: December 30, 1996: Domestic Disturbance Victim Incident Report |
| 125 | | | X | Vettel: April 17, 1997: Violation of Protection Order and Stalking Victim Incident Report |
| 126 | | | X | Vettel: April 17, 1997: Violation of Protection Order and Stalking Police Dep't Detail |
| 127 | | | X | Vettel: Anger Management Assessment, November 16, 2004 (S-02) |
| 128 | | | X | Vettel: Affidavit in Support of Motion to Amend Judgment, February 7, 2005 (S-04) |
| 129 | | | X | Vettel: Summaries and docket sheets, (Rebecca Zablotney v. Jason Zablotney, Rebecca Jensen v. Roy Jensen) (S-16) |
| 130a | | | X | Vettel: Hospital Services, Inc. v. Rebecca Zablotney, complaint July 20, 2000 (S-17) |
| 130b | | | X | Vettel: Hospital Services v. Rebecca Zablotney – Additional Documents |
| 131 | | | X | Vettel: Rebecca Zablotney v. Jason Zablotney, Ward County, Small Claims No. 98-S-038 (S-18) |
| 132 | | | X | Vettel: E-mail, November 28, 2003 (S-19) |

| DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS[1] |
|---|---|---|---|---|
| 133 | 9/8/15 | | X | Vettel: Corrective Action Form, Alpha Industries, October 25, 2004 (S-24) |
| 134 | | | X | Vettel: Order for Protection Register of Actions, 1996 |
| 135 | | | X | Vettel: Jason Zablotney – Violation of Protection Order Register of Actions, 1997 |
| 136 | | | X | Vettel: Rebecca Zablotney v. Jason Zablotney, Ward County Small Claims Court, 2002 |
| 137 | ✓ | | X | Vettel: Failure to License Dog Offense, January 10, 2006 |
| 138 | 9/8/15 | | X | Jensen: Letter to Judge Simonson from Cynthia G. Schaar Re: Jensen v. Jensen, November 5, 2004 |
| 139 | 9/8/15 | | X | Jensen: Letter to Judge Simonson from Mark S. Douglas Re: Jensen v. Jensen, November 5, 2004 |
| 140 | 9/8/15 | | X | Jensen: Community Action, Region VI Job Description |
| 141 | 9/8/15 | | X | Vettel: Article Re: Outraged over juror misconduct claims, August 9, 2015 |
| 142 | 9/8/15 | | X | Jensen: Custody Investigator Report Re: Jensen, June 15, 2004 |
| 200 | | | X | Paulette Cotney: Questionnaire |
| 201 | | | X | Cotney: Voir Dire |
| 202 | | yes object | X | Cotney: Declaration, July 29, 2011 (S-25) |
| 300 | | | X | Connie Lillejord: Questionnaire |
| 301 | | | X | Lillejord: Voir Dire |
| 400 | | | X | Terry Heuer: Questionnaire |
| 401 | | | X | Heuer: Voir Dire |
| 402 | | yes object | X | Heuer: Declaration, July 29, 2011 (S-27) |
| 500 | | | X | David Janssen: Questionnaire |
| 501 | | | X | Janssen: Voir Dire |
| 502 | | yes object | X | Janssen: Declaration, July 29, 2011 (S-26) |
| 600 | 9/9/15 | | X | Ireland: Declaration of Rebecca Ireland, October 12, 2011 |