# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA
## NORTHEASTERN DIVISION

**NOTICE OF INTENT TO REQUEST REDACTION**

United States of America
      Plaintiff/Respondent

Case No:  2:04-cr-55
2:11-cv-88

v.

Alfonso Rodriguez Jr.,
      Defendant/Petitioner.

The undersigned counsel hereby notifies the Court, court reporter/transcriber, and counsel that I intend to request redaction of personal identifiers located within the transcripts of the evidentiary hearing (Vol. 1 and 2), filed on October 2, 2015 to comply with Fed. R. Crim. P. 49.1 and 18 U.S.C. § 3509.

Dated:  October 7, 2015

*s/ Andrew H. Mohring*
Attorney for Defendant/Petitioner
Atty. ID No. 190731
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415