IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| United States of America,<br><br>          Plaintiff,<br><br>vs.<br><br>Alfonso Rodriguez, Jr.,<br><br>          Defendant. | Criminal No. 2:04-cr-55<br>Civil No. 2:11-cv-88<br><br>**BRIEFING SCHEDULE** |

This matter came on for a telephonic status conference on October 28, 2015. At the conference, the court and the parties discussed a time-frame for completing discovery as well as the anticipated future proceedings relating to the remaining claims in the petition under 28 U.S.C. § 2255. The court set the following schedule:

– Discovery is to be completed by **August 15, 2016**.

– A hearing on the mental health issues will be set for sometime in **October 2016**.

– A hearing on the forensic issues will be set for sometime in **January 2017**.

In addition, the court granted motions to extend the briefing schedule on the juror misconduct issue in which the court previously held an evidentiary hearing. The court reset the briefing schedule as follows:

– Alfonso Rodriguez's brief is due on **December 1, 2015**.

– The United States' brief is due on **January 8, 2016**.

Finally, the court informed the parties that a single order will be filed addressing all issues after all evidence and arguments are submitted.

**IT IS SO ORDERED.**

Dated this 29th day of October, 2015.

> */s/*  Ralph R. Erickson
> Ralph R. Erickson, Chief Judge
> United States District Court