United States of America

                                               Criminal Case No.: 2:04-cr-55

       v.

**Alfonso Rodriguez, Jr**

## CLERK'S MINUTES
### Status Conference

Honorable Ralph R. Erickson                    Date: Wednesday, 10/28/15
Shelley M. Giauque, Deputy Clerk        Time: 1:40 PM
Kelly Kroke, Court Reporter                Recess: 2:05 PM
Susan Hettich, Law Clerk
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Appearances:
Attorney for plaintiff:___Keith Reisenauer_
Attorney for defendant___Andrew Mohring/Joseph Margulies/Kate Menendez___
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court calls case.
Counsel note appearances.

Counsel comment as to scheduling and deadlines for discovery.
Court comments and will set a discovery deadline of 8/15/16; hearing re: mental health issues in 10/2016; and hearing re: forensics in 1/2017.

Court will hold opinions in abeyance until all hearings are complete. A single order will be filed after all evidence and arguments are complete.

Counsel for Mr. Rodriquez request additional time for briefing re: jury misconduct (previously due 11/6/15). Court will extend deadline to Tuesday, 12/1/2015. The government will have until 1/8/2016 to file response.

Recess.