IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

United States of America,

    Plaintiff/Respondent,

vs.

Alfonso Rodriguez, Jr.,

    Defendant/Petitioner.

Criminal Case No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**ORDER GRANTING MOTION TO
WITHDRAW AND APPOINTING
SUBSTITUTE COUNSEL**

Counsel for Alfonso Rodriguez, Jr. move the court to withdraw the Federal Public Defender Office for the District of Minnesota and appointed CJA counsel Michael Wiseman and Joseph Margulies, and appoint the Federal Community Defender Office for the Eastern District of Pennsylvania.[1]  The United States has filed a brief in opposition.[2]

Lead counsel, Katherine Menendez, has been appointed to the bench and is no longer employed as a public defender.  The Federal Public Defender Office for the District of Minnesota has insufficient resources to continue representation.  The expenses will be dramatically lessened if appointed counsel are not paid an hourly rate for representation of petitioner.  Allowing the withdrawal and appointing the requested substitute counsel is in the interest of justice.

For these reasons, the motion to withdraw the Federal Public Defender Office for the District of Minnesota and appointed CJA counsel Michael Wiseman and Joseph Margulies is **GRANTED**. The Federal Community Defender Office for the Eastern District of Pennsylvania is **APPOINTED** as counsel for petitioner in these proceedings. Outgoing

---

[1] Doc. #1011.

[2] Doc. #1012.

1

counsel shall remain involved to facilitate the transition and CJA counsel are entitled to reasonable compensation for their time and effort to facilitate the transition.  If the period of transition extends beyond **May 27, 2016**, counsel shall inform the court and include an itemized listing of outstanding tasks and estimated costs and expenses.

Dated this 7th day of April, 2016.

/s/   Ralph R. Erickson
Ralph R. Erickson, Chief Judge
United States District Court