**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff/Respondent, | : | |
| | : | Criminal Case No. 2:04-cr-55 |
| vs. | : | |
| | : | |
| ALFONSO RODRIGUEZ, JR., | : | |
| | : | |
| Defendant/Petitioner. | : | |

**NOTICE OF APPEARANCE**

Please enter our appearance on behalf of Defendant/Petitioner, Alfonso Rodriguez, Jr., in

the above-captioned matter.

Respectfully submitted,


/s/ Victor J. Abreu
VICTOR J. ABREU (PA Bar No. 71635)
JOSEPH W. LUBY (PA Bar No. 321759)
KIMBERLY NEWBERRY (LA Bar No. 35937)
FEDERAL COMMUNITY DEFENDER FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
victor_abreu@fd.org
joseph_luby@fd.org
kimberly_newberry@fd.org

Dated:        June 13, 2016
              Philadelphia, PA

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of June, 2016, I served a copy of the foregoing

Notice of Appearance on the following counsel of record via first class mail, postage prepaid:

Keith W. Reisenauer, Esq.
Assistant United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North – Suite 250
Fargo, ND 58102-4932

/s/ Victor J. Abreu
Victor J. Abreu