## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,       :
                         :

       Plaintiff/Respondent,   :

                         :     Criminal Case No. 2:04-cr-55

vs.                        :

                         :

ALFONSO RODRIGUEZ, JR.,      :

                         :

       Defendant/Petitioner.   :

## MOTION TO EXTEND APPOINTMENT OF OUTGOING COUNSEL

Undersigned counsel for Petitioner Alfonso Rodriguez, Jr., respectfully request that the Court extend, by ninety days from the date of this filing, the time during which previous counsel may continue to assist recently appointed counsel and, as appropriate, be compensated for such assistance under the Criminal Justice Act. Counsel state as follows in support of this motion:

1.     On April 7, 2016, the Court appointed the Federal Community Defender Office for the Eastern District of Pennsylvania to represent Mr. Rodriguez. Doc. 1014. The Court authorized the withdrawal of the Federal Public Defender Office for the District of Minnesota and CJA counsels Michael Wiseman and Joseph Margulies. *Id.*

2.     The Court's order provided that outgoing counsel should "remain involved to facilitate the transition" and that CJA counsel would be "entitled to reasonable compensation for their time and effort to facilitate the transition." *Id.* The Court directed counsel to notify it if the transition period were to extend beyond May 27, 2016. *Id.*

3.     With apologies for tardiness of their notification, counsel wish to inform the Court that the circumstances reasonably require and justify an extension of the transition period. Counsel observe that the electronic files in this case occupy seven external hard drives, that the

electronic files are in a format that is not currently readable by the software used in the Philadelphia office (although a conversion is in process), and that the physical files occupy 70 to 80 bankers' boxes and have not yet arrived in Philadelphia. Although new counsel have access to transcripts and the pleadings, those documents represent only a starting point in their work. To date new counsel have consulted with outgoing counsel over the telephone as well as in person, and they have met with Mr. Rodriguez at USP-Terre Haute alongside attorney Margulies.

4.      Outgoing counsels' advice and consultation will continue to be required as new counsel master the underlying facts and procedural history.  As new counsel learn more about the case and develop additional facts, it will remain important to consult outgoing counsel in order to refine legal strategies, to craft appropriately focused factual investigations, and to consult expert witnesses in preparation for hearings.

5.      Counsel estimate that the transition period can be completed within the next 90 days. Attorney Wiseman does not intend to bill the Court for additional hours, and counsel estimate that attorney Margulies is likely to incur approximately 25 billable hours, and to incur travel expenses that include one round-trip airfare from Ithaca, NY, to Philadelphia, as well as one night's hotel stay. Attorney Mohring continues to assist in the transition, with his involvement funded by the annual budget of the Minnesota Federal Public Defender Office.

WHEREFORE, for all the foregoing reasons, counsel respectfully request that the Court extend the appointment of outgoing counsel, for transition purposes, through October 6, 2016.

Respectfully submitted,


/s/ Victor J. Abreu
VICTOR J. ABREU (PA Bar No. 71635)
JOSEPH W. LUBY (PA Bar No. 321759)
KIMBERLY NEWBERRY (LA Bar No. 35937)
FEDERAL COMMUNITY DEFENDER FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
victor_abreu@fd.org
joseph_luby@fd.org
kimberly_newberry@fd.org


/s/ Andrew H. Mohring
Andrew H. Mohring
Federal Public Defender Office
District of Minnesota
300 S.4th Street, Suite 107
Minneapolis, MN 55415
612-664-s8s8
Email - andrew_mohring@fd.org

/s/ Joseph Margulies
Joseph Margulies
Cornell Law School
Myron Taylor Hall
Ithaca, NY 14853-4901
607- 216-2289
Email – jm347@cornell.edu

/s/ Michael Wiseman
Michael Wiseman
P.O. Box 120
Swarthmore, PA 19081
215-450-0903
Email - wiseman_law@comcast.net

Counsel for Petitioner

Dated:  July 8 , 2016
        Philadelphia, PA

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of July, 2016, I served a copy of the foregoing Notice

of Appearance on the following counsel of record via first class mail, postage prepaid:

Keith W. Reisenauer, Esq.
Assistant United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North – Suite 250
Fargo, ND 58102-4932


/s/ Victor J. Abreu
Victor J. Abreu