United States of America

Criminal Case Number: 2:04-cr-55

        **v.**

**Alfonso Rodriguez Jr**.

## CLERK'S MINUTES
Status Conference

Honorable Ralph R. Erickson                Date: Tuesday, 8/16/16
Shelley Giauque, Deputy Clerk              Time: 2:00 PM
Kelly Kroke, Court Reporter                Recess: 2:15 PM
Susan Hettich, Law Clerk
*****************************************************************************
Appearances:
Attorney for plaintiff:___Keith Reisenauer___
Attorney for defendant:___Victor Abreu   (FPD)___
*****************************************************************************
Court calls case and notes appearances.

Pending motion to extend appointment of outgoing counsel.
Mr. Abreu comments, notes the incredible amount of information that needed to be treated and
that 90 % has been transferred.  Mr. Reisenauer has not objection to the extension.  Motion to
extend counsel is granted.

Jury matters - litigated and court has under advisement.

Currently evidentiary hearings are set for:
Mental health issues - 11/15/2016 at 9 AM
Forensic issues - after 1/17/2017 at 9 AM

Mr. Abreu comments and would request to switch the dates/order of the proposed hearings.
Forensic issues first and then the mental health issues.  No objections  in November rather than in
January, and then the Mental Health issues to be litigated in January.   No objections by Mr.
Reisenauer.

Mr. Reisenauer comments and believes that switching the hearings would be helpful. Especially
because of the number of witnesses.   Would request that the evidentiary hearing re: forensic
issues be set towards the end of March and the mental health issues the end of May or in the early
part of June.  Court is fine with switching the order of the hearings.

Court resets evidentiary hearings:
Tuesday, March 28, 2017 at 9 AM - Forensic issues
Tuesday, June 20, 2017 at 9 AM - Mental Health issues - try to exhaustion (gives two weeks
prior to the 4th of July).

Recess.