IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff/Respondent,<br><br>vs.<br><br>Alfonso Rodriguez, Jr.,<br><br>      Defendant/Petitioner. | Criminal No. 2:04-cr-55<br>Civil Case No. 2:11-cv-88<br><br>**ORDER AUTHORIZING<br>DEPOSITION OF<br>ROBERT G. HOY** |

The United States moves for permission to take the deposition of trial counsel, Robert G. Hoy.[1]  The parties have reached an agreement on the parameters of the deposition.[2]  The motion to take Robert Hoy's deposition is **GRANTED**, subject to the following limitations: (1) the scope of the deposition and requested documents or communications is limited to information tending to undermine petitioner's specific claims that are necessary to prove or disprove the forensic-based claims that are the subject of the upcoming hearing; (2) any disclosure of information is to be undertaken through petitioner's current attorneys and under court supervision, and not *ex parte* between opposing counsel and Mr. Hoy; and (3) should there be a retrial of any phase of the criminal proceedings, the United States may not use any of the information obtained through this discovery process.

    **IT IS SO ORDERED.**

    Dated this 11th day of January, 2017.

/s/ Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court

---

[1] Doc. #1027.

[2] Doc. #1028.