**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHEASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff/Respondent,** | : |
| | : **Criminal Case No. 2:04-cr-55** |
| **vs.** | : |
| | : |
| **ALFONSO RODRIGUEZ, JR.,** | : |
| | : |
| **Defendant/Petitioner.** | : |

**PETITIONER'S MOTION FOR LEAVE TO FILE**
**OVERLENGTH MOTION FOR DISCOVERY**

Petitioner Alfonso Rodriguez, by and through undersigned counsel, hereby moves for leave of Court to file the attached motion for discovery, which is 27 pages in length. Petitioner states as follows in support of this motion.

1.     Petitioner seeks to conduct discovery in support of his claim that the prosecution presented false testimony and failed to correct false testimony under *Giglio v. United States*, 405 U.S. 150 (1972), and *Napue v. Illinois*, 360 U.S. 264 (1959). *See* Motion for Collateral Relief (ECF Doc. 752) at 239-58. Among the discovery that Petitioner wishes to take, and which the government opposes, are depositions of lead prosecutor Drew Wrigley and his former assistant, Norman Anderson.

2.     For non-dispositive motions, Local Rule 7.1(B) limits the length of a supporting memorandum to 20 pages. The accompanying motion for discovery, with a supporting memorandum incorporated, is 27 pages in length. The proposed overlength filing is attached to this motion for leave as required by Local Rule 5.1(C).

3.     Numerous circumstances reasonably justify the proposed overlength filing. These include the lengthy procedural history of forensic issues in this case and the discovery disputes

1

that took place before trial, the factual complexity of the forensic issues involved, the need to

provide sufficient detail to justify the particular discovery being sought and thereby to make the

requisite showing of "good cause" under Rule 6(a) Governing Section 2255 cases, and the nature

of the penalty imposed upon Petitioner following trial.

WHEREFORE, for all the foregoing reasons, Petitioner respectfully requests leave to file

the accompanying overlength motion.

Respectfully submitted,


/s/ Victor J. Abreu
VICTOR J. ABREU (PA Bar No. 71635)
JOSEPH W. LUBY (PA Bar No. 321759)
FEDERAL COMMUNITY DEFENDER FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
victor_abreu@fd.org
joseph_luby@fd.org

Dated:       March 7, 2017
             Philadelphia, PA


## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2017, the foregoing document was filed electronically

with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF)

to the following:


Keith Reisenauer
keith.reisenauer@usdoj.gov

/s/ Victor J. Abreu
*Counsel for Defendant-Petitioner*

2