18389



# MINNESOTA DEPARTMENT OF PUBLIC SAFETY
## Bureau of Criminal Apprehension
### Forensic Science Laboratory – Bemidji
### 3700 North Norris Court NW
### Bemidji, MN 56601
*TEL: (218) 755-3826   FAX: (218) 751-2027*

To: Grand Forks Police Department
122 South Fifth Street
P.O. Box 5548
Grand Forks, ND  58206-5548

**Lab No.    B03-11062**
Report No.    10

Attention: Sgt. Jim Remer

## REPORT ON THE EXAMINATION OF PHYSICAL EVIDENCE
### *DNA        05/28/2004*

| | | | |
|---|---|---|---|
| **Laboratory Number:** | B03-11062 | **Requesting Agency:** | BCA Bemidji Regional Office |
| **Section Reporting:** | DNA | **Agency Case Number:** | 2003000441 |
| **Case Type:** | Homicide | **County:** | Polk |

**Principals:** Dru Kathrina Sjodin;  Alfonso Rodriguez Jr.;  Linda Janet Walker;  Allan K. Sjodin;  Margaret Murphy

## Description of Submitted Evidence:

| Item | Type and Packaging | Description/Source |
|---|---|---|
| 54 | One manila envelope containing evidence classified as a biological sample | fingernail/toenail found in lab Item 52 - Agency Item 12 |
| 59 | One brown paper bag containing evidence classified as a jacket | black Braeten brand P-coat - GFPD #279 |
| 61 | One brown paper bag containing evidence classified as underwear | black Sears brand underwear found in wooded area - Crookston PD #1 |
| 62 | One brown paper bag containing evidence classified as an item of evidence | pink sanitary napkin found in wooded area - Crookston PD #2 |
| 69 | One brown paper bag containing evidence classified as an item of evidence | a glass "Miller MGD" bottle |
| 70 | One brown paper bag containing evidence classified as an item of evidence | a black shoe |
| 71 | One brown paper bag containing evidence classified as an item of evidence | a cell phone |
| 72 | One manila envelope containing evidence classified as an item of evidence | brown and red pieces of plastic |
| 72A | One manila envelope containing evidence classified as an item of evidence | hairs collected from lab Item 72 |
| 73 | One brown paper bag containing evidence classified as a jacket | black Old Navy brand P-coat wrapped in brown paper w/debris - Agency Item A1 |
| 73A | One manila envelope containing evidence classified as an item of evidence | hairs collected from lab Item 73 |
| 74 | One brown paper bag containing evidence classified as a blouse | pink in color - Agency Item A2 |
| 74A | One manila envelope containing evidence classified as an item of evidence | hairs collected from lab Item 74 |
| 75 | One manila envelope containing evidence classified as a shirt | tank top - Agency Item A3 |
| 75A | One manila envelope containing evidence classified as an item of evidence | hairs collected from lab Item 75 |
| 76 | One manila envelope containing evidence classified as clothing | bra - Agency Item A4 |
| 76A | One manila envelope containing evidence classified as an item of evidence | hairs collected from lab Item 76 |
| 77 | One manila envelope containing evidence classified as | left stocking - Agency Item A5 |

Page 1 of 3

Laboratory No.    B03-11062
Report No.        10

| | clothing | |
|---|---|---|
| 78 | One brown paper bag containing evidence classified as an item of evidence | body bag - Agency Item A6 |
| 81 | One manila envelope containing evidence classified as an item of evidence | a neck ligature cord - Agency Item A8 |
| 81A | One manila envelope containing evidence classified as an item of evidence | hairs collected from lab Item 81 |
| 82 | One manila envelope containing evidence classified as an item of evidence | a wrist ligature cord - Agency Item A9 |
| 83 | One plastic bag containing evidence classified as an item of evidence | samples collected from the body of Dru Sjodin - Agency Item A11 |
| 83A | One manila envelope containing evidence classified as an item of evidence | hairs collected from lab Item 83 |
| 86 | One plastic bag containing evidence classified as a biological sample | vaginal, anal, and cervical swabs collected from the body of Dru Kathrina Sjodin |
| 87 | One plastic bag containing evidence classified as an item of evidence | dried grass |
| 90 | One brown paper bag containing evidence classified as an item of evidence | shaving kit from Alfonso Rodriguez Jr.'s residence |

**Results of Laboratory Examination:**

Presumptive tests indicated the presence of blood on the following items: the black Old Navy brand P-coat (Item 73), pink Express brand blouse (Item 74), pink tank-top style shirt (Item 75), pink Victoria Secret brand bra (Item 76), black stocking (Item 77), neck ligature cord (Item 81) and wrist ligature cord (Item 82), all said to have been collected from the body of Dru Kathrina Sjodin; the apparent piece of a fingernail/toenail (Item 54) and the black Sears brand underwear (Item 61).

The following items were collected but not examined at this time: the hairs collected from the black Braeten brand P-coat (Item 59-1); cuttings collected from the black Braeten brand P-coat (Items 59-2, 59-3 and 59-4); a cutting collected from the pink sanitary napkin (Item 62-1); the hairs collected from the brown and red pieces of plastic (Item 72A); hairs collected from the black Old Navy brand P-coat (Item 73A); hairs collected from the pink Express brand blouse (Item 74A); hairs collected from the pink tank-top style shirt (Item 75A); hairs collected from the pink Victoria Secret brand bra (Item 76A); hairs collected from the neck ligature cord (Item 81A); the hairs said to have been collected from the body of Dru Kathrina Sjodin (Item 83A); as well as the right hand (Item 83D) and left hand (Item 83E) fingernail clippings said to have been collected from the body of Dru Kathrina Sjodin.

DNA profiling will be performed on selected items of evidence as well as on the known sample said to have been collected from the body of Dru Kathrina Sjodin (Item 83G). Your agency will be notified if a report cannot be issued within 2 months of the date on this report.

Examinations of the following items did not detect the presence of semen: the black Old Navy brand P-coat (Item 73), pink Express brand blouse (Item 74), pink tank-top style shirt (Item 75), pink Victoria Secret brand bra (Item 76), black stocking (Item 77), vaginal swabs (Item 86A), anal swabs (Item 86B) and cervical swabs (Item 86C), all said to have been collected from the body of Dru Kathrina Sjodin; the black Braeten brand P-coat (Item 59); black Sears brand underwear (Item 61) and sanitary napkin (Item 62).

Examinations of the black left shoe (Item 70), cell phone (Item 71) and grass (Item 87), did not detect the presence of blood. Further examinations of Items 59 and 62 did not detect the presence of blood.

Page 2 of 3

Laboratory No.    **B03-11062**
Report No.        10

No examinations were performed on the following items at this time: the pieces of plastic (Item 83B and 83F), head hair (Item 83C) and debris (Item 83H), all said to have been collected from the body of Dru Kathrina Sjodin; the "Miller MGD" glass bottle (Item 69); the body bag (Item 78); and the shaving kit said to have been collected from Alfonso Rodriguez Jr.'s residence (Item 90).

I hereby certify that the above report is true and accurate.

*Steven G Fischer*

Steven G. Fischer
Forensic Scientist

**Disposition of Evidence:**
Evidence will be held in the lab pending analysis.

Portions of pertinent evidence items have been removed and are being stored at the BCA laboratory.

**Distribution:**  BCA Bemidji Regional Office - 1,  North Dakota BCI - 1,  FBI - Grand Forks Office - 1,  Grand Forks Police Department - 1

Page 3 of 3

MINNESOTA DEPARTMENT OF PUBLIC SAFETY
Bureau of Criminal Apprehension
Forensic Science Laboratory – Bemidji
3920 Norris Court NW
Bemidji, MN 56601
TEL: (218) 755-9826   FAX: (218) 751-2024

To:    BCA Bemidji Regional Office
       3920 Norris Court NW
       Bemidji, MN 56601

Attention: Stanley Petz

REPORT ON THE EXAMINATION OF PHYSICAL EVIDENCE
DNA

| | |
|---|---|
| Laboratory Number: | Requesting Agency: BCA Bemidji Regional Office |
| Section Report: DNA | Agency Number: |
| Case Type: Homicide | County: |

Principals: Dru Katrina Sjodin, Alfonso Rodriguez, ... Walker, Allen ...

Description of Submitted Evidence:

| Item | Description | Classification |
|---|---|---|
| | One ... envelope ... classified as | ... found in ... |
| | One manila envelope containing evidence | black, brown braid jacket - Agency Item |
| | One manila envelope containing evidence classified as | black jeans and underwear found in ... |
| | One manila envelope containing evidence classified as | pants, sweater, pants as found in ... Cartohina ... |
| | One manila envelope containing evidence classified as | eyeglass "Miller Al GDI" inside |
| | One manila envelope containing evidence classified as | a black shoe |
| 71 | One manila envelope containing evidence classified as | ... |
| 72 | One manila envelope containing evidence classified as | expended shells, pieces of plastic |
| 72A | One manila envelope containing evidence classified as | items collected from lab Item 72 |
| 90 | One manila envelope containing evidence classified as | blue ... navy brand jeans wrapped in ... /pants - Agency Item A1 |
| 90A | One manila envelope containing evidence classified as | ... collected from lab Item 90 |
| 9.. | One manila envelope containing evidence classified as | ... ruler - Agency Item A2 |
| 7.A | One manila envelope containing evidence classified as | ... collected from lab Item 72 |
| | One manila envelope containing evidence classified as | ... - Agency Item A3 |
| 75 | One manila envelope containing evidence classified as | hairs collected from lab Item 75 |
| 76 | One manila envelope containing evidence classified as | bra - Agency Item A4 |
| 76A | One manila envelope containing evidence classified as | hairs collected from lab Item 76 |
| 77 | One manila envelope containing evidence classified as clothing | left stocking - Agency Item A5 |

Page 1 of 3

Laboratory No.
Report No.          40

Page 2 of 3

Laboratory No.    B03-11062
Report No.        10

No examinations were performed on the following items at this time: the pieces of plastic (Item 83B and 83F), head hair (Item 83C) and debris (Item 83H), all said to have been collected from the body of Dru Katherine Sjodin; the "Miller MGD" glass bottle (Item 69); the body bag (Item 78); and the shaving kit said to have been collected from Alfonso Rodriguez Jr.'s residence (Item 90).

I hereby certify that the above report is true and accurate.

# DRAFT REPORT .

Steven G. Fischer
Forensic Scientist

**Disposition of Evidence:**
Evidence will be held in the lab pending analysis.

Portions of pertinent evidence items have been removed and are being stored at the BCA laboratory.

**Distribution:** BCA Bemidji Regional Office - 1, North Dakota BCI - 1, FBI - Grand Forks Office - 1, Grand Forks Police Department - 1

18395

Case #: B03-11062

Type: Kidnapping

(1)    3/16/04

Item #59: One t.s. b.p.b. Containing a black Coat
w/ button-up front. (Brand = Braetan, size = M)

Phenol Cf's
Pos → +(✓)
Neg → —
SP 3/16/04

It. 59-1: a # of hairs picked from the inside/
outside surface of the coat.    NSATT

It. 59-2: Cutting Collected from inside neck/collar
area of Coat.  (3cm² in size)

BCIP Cf's
Pos → +(✓)
Neg → —
SP 3/16/04

It. 59-3: Cutting Collected from the left inside
cuff area of Coat sleeve. (3cm² in size)

It. 59-4: Cutting collected from the right inside
Cuff area of Coat sleeve. (3cm² in size)

- Visual exams w/ Luxo light didn't detect any
blood

- general swabbing of all surfaces of coat were ph (—)
No blood detected.

* ALS - 3 flourescent stains on outside of coat
Labeled A → C.   All Stains BCIP(—)
No Semen detected

Case # : B03-11062
Type: Kidnapping

② 4/23/04

18396

(initials on h.s.)

Item #86: One h.s plastic bag containing two smaller h.s. plastic bags. One h.s. plastic bag contained a t.s. (no initials) (me) s.t.c. "SA Cervical swab" collected from Dru Sjodin. The other h.s. plastic bag contained two t.s. (no initials) (me) s.t.c. "SA Vaginal" and "SA Anal" swabs collected from Dru Sjodin.

Item #86 A: One t.s. (no initials) (me) containing 3 U.S. s.t.b.f. Dru Sjodin. All 3 discolored red/brown. Collected → -20°C. (1 x 1/8 swab → Semen I.D.)

Item #86 B: One t.s. (no initials) (me) containing 4 anal swabs s.t.b.f. Dru Sjodin. All 4 discolored brown w/ debris present on them. Collected → -20°C. (2 x 1/8 swab → Semen I.D.)

Case #: BD3-11062                    ③   4/23/04

18397

Item # 86 : Continued

Item # 86 c : One t.s. (no initials) (me)
containing 4 Cervical swabs s.t.b.f.
Dru Sjodin. All 4 swabs
discolored red/brown. Collected → :201
( a x 1/8 swabs → Semen ID.)

Case #: B03-11062                    ④          1/27/04

Container F: One t.s. c.b.b. Containing Items

  Item #83: One h.s. plastic bag s.t.c. biological samples
            Collected at autopsy of Dr. Sjodin
            - 8 (me) inside of plastic bag

       Item #83A: One t.s. (me) Containing two apparent hairs
                  and some debris. NEATT. Collected hairs
                  - Placed into (me) and barcode created for
                  Item 83A. Will be sent to Trace section.
       Item #83B: One t.s. (me) Containing a brown/red
            NEATT  piece of plastic, an apparent strand of
                   plant material and smaller debris. all
                   s.t.h.b.c.f. "left buttock". Nothing Collected
       Item #83C: One t.s. (me) Containing Head hair Collected
                  from Dr. Sjodin. Numerous hairs inside (me)
            # 388  Nothing Collected. NEATT
       Item 84ØD: One t.s. (me) Containing fingernail clippings
                  s.t.b.f. the right hand. Collected → -20°C
                  NEATT
       Item #83E: One t.s. (me) Containing fingernail clippings
                  s.t.b.f. the left hand. Collected → -20°C
                  NEATT

Case #: BO3 - 11062                    ⑤        4/27/04

18399

Container F: Continued

   Item #83: Continued

      Item #83F: One tan one containing a brown piece
                 of plastic similar to It 83B. "Plastic
                 @ orbit" ← illegible on one
                 Nothing collected.
      Item #83G: One t.s. one containing a vial labeled
                 "Dru Sjodin" "Specimen: Lymphnode,
                 Date: 4-18-2004"
                 - reddish/brown tissue at bottom of vial
                 - 1/2 removed and smeared on Stain Card
                   to be used as a Known Sample.
                 - Collected → -20°C.
      Item #83H: One tan one containing debris
                 Nothing collected.

18400

Case #: B03-11062

⑥

4/27/04

Container F: Continued

Item #73: One t.s. b.p.b. containing one black "Old Navy" P-Coat wrapped in brown paper w/ debris (size: M - Coat covered w/ debris (plant material, hairs ect...) and dirty in appearance.

It. 73A: Apparent hair/fiber collected from inside/outside surface of coat. Collected to avoid loss during subsequent exams. Barcode created for It. 73A to track chain of custody.

BCIP ct's
Pos → +(f)
Neg → —
SR 4/27/04

Stains D, L, N, O, P, Q, R, S, T, Y + Z all BCIP +(wk)
- all other stains BCIP (−)

* ALS - a number of flourescent stains found on inside/outside surface. Labeled A → EE

Front outside

It. 73-1 (10cm x 2cm)

It. 73-11 (5cm x 2.5cm) Y

T

It. 73-2 (2.5cm x 1.5cm)
It. 73-3 (1cm x 2cm)
It. 73-4 (1.5cm²)
R S
F. 73-7 (1.5cm²) Q P
O N
B
It. 73-6 (1.5cm²)
It. 73-5 (1.5cm²)

Back outside

It. 73-8 (2cm x 1cm) Z

Case #: BD3-11062          (7)          4/27/04

18401

Container F: Continued

Item #73: Continued

Front Inside          Flouresent stain          Back Inside



Ih 73-9
(8cm x 3cm)

Ih. 73-10
(3.5cm x 5cm)

\* Collected all BCIP (+) stains for Semen ID.
(Ih's 73-1 → 73-11)

Case # B03-11062

Container F: Continued

It. #73: Continued
Outside Front

Phenol Cts
Pos → +4
Neg → −

Outside Back



— general swabbing of pocket inside all ph (−)

— Coat was collected from Body at autopsy. Coat was on body. inside of coat will not be examined w/ phenol testing for this reason.

18403

Case #: B03-11062                              ⑨                    4/30/04
                                                                      SP

Container E: One t.s. c.b.b. Containing Items

    Item #71: One t.s. b.p.b. containing a Cellphone.
                - (Brand = Sprint) Gray face w/ black back
                - Back compartment taped on.

            - One red/brown area on left side of phone near
              display screen swabbed ← ph (-)

            - Visual exams didn't detect the presence of blood
            - No general swabbing done to preserve any possible
              latent prints present.
              No blood detected, Nothing Collected.

    Item #70: One t.s. b.p.b. containing one black left shoe
                - Signs of wear on the shoe surfaces.
                (Brand = Cloud 9, NINE WEST )

            - no apparent red/brown stains observed on surfaces
              of shoe.
            - all general swabbing of surface not good for
              latent prints → ph (-)          (inside heel, seams)

Phenol Ct's
  Por → +(4)
  Neg → -
  SP 4/30/04

No Trans as per          No blood detected, Nothing Collected
Nat Pearson
See CS Report          - Custody of Items 64, 65, 66, 67, 68, SP + 72 was taken
                                                        E   70 + 71

18404

Case #: B03 - 11062

(10)   5/16/04

Container F: Continued

Item #81: One t.s. (me) containing a ligature s.t.h. b. cf the neck of Dru Sjodin. Apparent nylon type rope stained red/brown in areas w/ brown/red plastic on one side of ligature. Ligature was taped to a piece of card board.

Phenol Cts
Por → +(4)
Neg → —
SF   5/16/04

— SA Gary Pederson photographed It #81

It #81A: a # of hairs collected from ligature HEATT. Barcode created for It#81A to track chain of custody.

# Collected It's 81-1 → 81-9   ←   See photo (ph't areas)

Item #82: One t.s. (me) containing a ligature s.t.h. b. cf the waist of Dru Sjodin. Apparent nylon type. rope stained red/brown in areas. Ligature was taped to a piece of cardboard.

— SA Gary Pederson photographed It #82

— no hair found on visual exam.

# Collected It's 82-1 → 82-8 6   ←   See photo (ph't areas)
SF

18405

Itm B1-2
(2 swabs)
ph +(2)

Itm B1-1 (Stain on underside)
(2 swabs)
ph + (1)

Itm B1-9

(11)

B03 - 11062

5/10/04

* swabs collected from
Itm B1 to avoid
destroying the ligature

B03 - 11062
Itm B1

(2 swabs)
ph +(4)

Itm B1-4
(2 swabs)
ph + (1)

Itm. B1-5
(2 swabs)
ph +(1)

Itm. B1-6
(2 swabs)
ph + (1)

# Swabs collected from
It 02 to avoid destroying
the ligature

B03-11062

(12)

5/10/04

18406

Ih 02-4
(1 swab)
ph + (2)

Ih 02-5
(2 swabs)
ph + (2)

Ih 02-6
(2 swabs)

Ih 02-3
(1 swab)
ph + (4)

Ih 02-1
(1 swab)
ph + (2)

Ih 02-2
(1 swab)
ph + (2)



Case #: 803-11062

Container F: Continued.

Item #74: One t.r. b.p.b. containing one pink long sleeve blouse. (Brand = Express, size = M) Blouse wrapped in brown paper. Blouse was dirty in appearance and debris all over its surface.

Ih 74A: Apparent hair/fibers collected from surface of the blouse. Collected to me to avoid loss during subsequent exams. Barcode created to track chain of custody.

* ALS - a # of flourescent stains on front/back surfaces. Labeled A→F
All stains BCIP (−). No Semen detected.

BCIP cts
Pos → +(4)
Neg → −
SF 5/16/04

- Stains collected appeared not to have soaked through from inside of blouse.
(Ih's 74-1 → 74-9)   Front outside          Back outside

18408

Case #: B03-11062

5/6/04

(14)

Container F: Continued.

Item #75: One t-s. (one) containing a pink tank-top style
shirt w/ red/brown stains s.t.b.f. Dru
Sjodin. (Brand=?, size=?) Wrapped in
brown paper. Tank top is dirty in appearance
w/ debris present on surface.

It.# 75A: Apparent hair / fibers collected to (one)
from inside / outside surfaces. Collected to
avoid loss on subsequent exams.
Bard code created to track chain of custody

- Collected ph(+) stain that
appeared to not have soaked
through from inside.

+ ALS - a # of flourescent stains on front/back
surfaces labeled A→R. All BCIP(-)
No Semen Detected.

Front

ph+(+)
↓

It 75-1
(1cm²)
ph+(+)  →  ⌀

→ ph+(+)

ph+(+)

Back

It 75-2
(2cm²)
ph+(+)

ph+(+)

ph+(1)  →

It 75-3
(3cm × 1cm)
ph+(3)

← ph (+) area → 
on inside

ph+(3)

Case #: B03-11062

15    5/6/04

18409

Container F: Continued

Item #76-: One t.s. (me) containing a pink bra s.t.b.f.
Dore Spodin. (Brand = Victoria Secret, size: 34C)
Wrapped in brown paper. Dirty in appearance,
debris and red/brown stains present.

It #76A : Apparent hair/fibers collected to (me) from
inside/outside surface. Collected to avoid
loss during subsequent exams. Barcode
created for It 76A to track chain of custody

*ALS - 2 flourescent stains found on inside of bra.
Labeled A+B. Both BCIP (-). No Semen
detected

-ph(+) areas on
inside not collected

(Outside view)



It 76-1
(0.75cm²)
ph+(3)

ph+(4)

It 76-2
(0.5cm²)
ph+(3)

Case #: B03-11062

⑯            5/10/04

Container F: Continued.

Item #77: One tr. (tube) containing a discolored black
Sock s.t.r.b.f. Dan Sjodin (Brand=?)
— ankle height sock. Dirty in appearance
w/ some debris. Pink/white discoloration
in areas.

— no hair found on sock

*ACS — No fluorescent stain. No semen detected.
— discolored areas → BCIP (−)



Sock

It 77-1
(2cm²)
ph + (eK)

Case #: B03-11062                    (17)            5/27/04

18411

┌─────────────────┐
│ Phenol Ct's     │
│ ─────────────── │
│ Pos → ++        │
│ Neg → —         │
│ SR 5/27/04      │
└─────────────────┘

Item #67 : One t.s. plastic bag containing apparent grass debris. " E of m of Body on ridge. Grass under stained area mound also collected." ← written in plastic bag.

   — general swabbing of all grass debris was ph (—). No blood detected.
   — no hair found

Item #54: One t.s. (me) containing a t.s. white piece of paper containing a piece of an apparent fingernail. (0.5cm in length) or toenail.
   — Collected → -20°C.

   — lite general swabbing of apparent nail was ph (+)wk.

    " C03-2539   Item 12 (fingernail)
      16 Dec 03   141 "

       ↑ written on me

Case #: B03-11062



5/27/04

Item #61: One t.r. b.p.b. containing a black pair of women's style underwear (Brand = SEARS, size = XL). Dirty in appearance w/ debris present on surface.

BCIP Ctrl
Pos → +4
Ny → —
SP 5/27/04

- No hairs found

- general swabbing of inside crotch area ph(+)2
- red/brown stain on inside of crotch.



Front

Ih. 61-1
(Ncm x 2cm)
ph +(2)

Back

* ALS - a # of fluorescent stains labeled A → J
   All BCIP (—). No Semen detected

"

#1) Cookston Polin
   04-09-04
   women's style underwear
   Black
   SEARS Brand        ← written on
                           b.pub.

"          "

← written on b.pub.

Case #: B03-11062          (19)          5/27/04

18413

Item #62: One tr. b.p.b. containing a Sanitary Napkin discolored w/ debris present.

- Dirty in appearance w/ possible bacterial/fungal growth on padded side.

- general swabbing of all surface ph (-) No blood detected.

- general swabbing of all surface BCIP (-) No Semen detected.

It 62-1: 4cm² cutting collected from padded side of Napkin.

" #2)  Crookston Police  "
     04-09-04; Found Item
     Sanitary Napkin
     Northwest area of Lagoon Pond.

- no hairs found

Case #: B03-11062          5/27/04

No examinations were performed on Item 69, 78 and 90 at this time.

- dirt in mouth area of It. 69 — not suitable for DNA testing

- Trace will examine It 78

- Trace will examine It 90.

Item 78A : Hairs were collected from BCA Lab Item 72 by Marty Kooler during his examination. No exams now. Need to send consum all letter. Same for other hairs collected in this case.

Item #79 : Item was in my custody but not examined as per team leader. See CS Report
Item 79 was not assigned to DNA Section

**Form 104-BI**

## BLOOD SUMMARY

CASE NUMBER _B03-110202_      SCIENTIST _____

| ITEM | PHENOLPHTHALEIN | PRECIPITIN |
|---|---|---|
| DATE TEST PERFORMED | See dates Below | |
| POSITIVE CONTROL | 5/27/04  4/30/04 +   3/16/04  4/27/04   5/10/04 | |
| NEGATIVE CONTROL | 5/27/04  4/30/04 —   3/16/04  4/27/04   5/10/04 | |
| Item 54 (fingernail/toenail) | +   5/27/04 | |
| Item 59 (Braeten P-coat) | —   3/16/04 | |
| Item 61 (underwear) | +   5/27/04 | |
| Item 62 (Napkin) | —   5/27/04 | |
| Item 70 (shoe) | —   4/30/04 | |
| Item 71 (Cell phone) | —   4/30/04 | |
| Item 73 (OID May P-Coat) | +   4/27/04 | |
| Item 74 (Blouse) | +   5/10/04 | |
| Item 75 (tank-top) | +   5/10/04 | |
| Item 76 (bra) | +   5/10/04 | |
| Item 77 (Stocking) | +   5/10/04 | |
| Item 81 (ligature-neck) | +   5/10/04 | |
| Item 82 (ligature-wrists) | +   5/10/04 | |
| Item 87 (gag) | —   5/27/04 | |
| | | |
| | | |
| | | |
| | | |
| | | |

8/2001-A

18416

Case #:  B03-11062

4/27/04
SF

## Semen I.D. Ext.

73-1 $\longrightarrow$ $(2 \times 0.5 cm^2)$

73-2 $\longrightarrow$ $(0.5 cm^2)$

73-3 $\longrightarrow$ $(2 \times 0.5 cm^2)$

73-4 $\longrightarrow$ $(0.25 cm^2)$

73-5 $\longrightarrow$ $(0.25 cm^2)$

73-6 $\longrightarrow$ $(0.25 cm^2)$

73-7 $\longrightarrow$ $(0.25 cm^2)$

73-8 $\longrightarrow$ $(0.5 cm^2)$

73-9 $\longrightarrow$ $(2 \times 0.5 cm^2)$

73-10 $\longrightarrow$ $(0.5 cm^2)$

73-11 $\longrightarrow$ $(0.5 cm^2)$

# Form 105-BI

## SEMEN/SALIVA SUMMARY

CASE NUMBER __B03- 11062__          SCIENTIST _____

| ITEM | BCIP | AP | p30 | MICRO | AMYLASE |
|------|------|----|----|-------|---------|
| DATE TEST PERFORMED | 4/27/04 | | 4/27/04 | 4/27/04 | |
| POSITIVE CONTROL | +4 | | + | | |
| NEGATIVE CONTROL | — | | — | | |
| | | | | | |
| It 73-1 (Goat) | +(wk) | | — | -sp/slide Heavy debris, light NEC | |
| 73-2  " | +(wk) | | — | -sp/slide Heavy debris, light NEC | |
| 73-3  " | +(wk) | | — | -sp/slide Heavy debris, light NEC | |
| 73-4  " | +(wk) | | — | -sp/slide Heavy debris, light NEC | |
| 73-5  " | +(wk) | | — | -sp/slide Heavy debris, light NEC | |
| 73-6  " | +(wk) | | — | -sp/slide Heavy debris, light NEC | |
| 73-7  " | +(wk) | | — | -sp/slide Moderate debris, light NEC | |
| 73-8  " | +(wk) | | — | -sp/slide Heavy debris, light NEC | |
| 73-9  " | +(wk) | | — | -sp/slide moderate debris, light NEC | |
| 73-10  " | +(wk) | | — | -sp/slide Light debris, light NEC | |
| 73-11  " | +(wk) | | — | -sp/slide Moderate debris, light NEC | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ABA CARD LOT NUMBER _____23230619_____

FOR AMYLASE TESTING:     STARCH IODIDE_____     OR     PHAEDEBUS_____

✗ See notes for BCIP Results for other Items.

8/2001-A

**Form 105-BI**

## SEMEN/SALIVA SUMMARY

CASE NUMBER __B03 -11062__          SCIENTIST _____

| ITEM | BCIP | AP | p30 | MICRO | AMYLASE |
|---|---|---|---|---|---|
| DATE TEST PERFORMED | | | 4/23/04 | 4/23/04 | |
| POSITIVE CONTROL | | | + | | |
| NEGATIVE CONTROL | | | — | | |
| | | | | | |
| Item 86A (V.S) | | | — | -sp/slide Very Heavy NEC | |
| Item 86B (Anal S) | | | — | -sp/slide Light NEC, Heavy debris | |
| Item 86C (Cervical S.) | | | — | -sp/slide Heavy NEC | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

ABA CARD LOT NUMBER __23230619__

FOR AMYLASE TESTING:     STARCH IODIDE_____     OR     PHAEDEBUS_____

✻ See Notes for BCIP Results from other Items

8/2001-A