**Ptr. Exh. 2**



**U. S. Department of Justice**

*Drew H. Wrigley*
*United States Attorney*
*District of North Dakota*

---

*Quentin N. Burdick United States Courthouse*      701-297-7400
*655 First Avenue North - Suite 250*      FAX: 701-297-7405
*Fargo, ND  58102-4932*      ADMIN FAX: 701-297-7425
                                          FLU FAX: 701-297-7435
                                    TOLL FREE: 1-888-716-7395

May 8, 2006

Mr. Robert G. Hoy
OHNSTAD TWICHELL P.C.
P. O. Box 458
West Fargo, ND 58078-0458

Re:    United States of America vs. Alfonso Rodriguez, Jr.
          Case No. 2:04-cr-55

Dear Mr. Hoy:

The following discovery material is enclosed:

1.    Pages numbered 17661 through 20247, which are documents from the BCA case file (a separate CD of these items is included);

2.    CDs numbered BCA 1 through BCA 13 and a videotape from the BCA case file;

3.    Pages numbered 20248 through 20349 of new discovery;

4.    A CD containing all discovery, Nos. 1 through 20349.

If you have any questions, please call Deb Wilson or Lou Ann Lee.

Sincerely,

DREW H. WRIGLEY
United States Attorney

DHW:ceb
Enclosures