



# MINNESOTA DEPARTMENT OF PUBLIC SAFETY
## Bureau of Criminal Apprehension
### Forensic Science Laboratory – Bemidji
3700 North Norris Court NW
Bemidji, MN 56601
*TEL: (218) 755-3826   FAX: (218) 751-2027*

To:     Grand Forks Police Department
        122 South Fifth Street
        P.O. Box 5548
        Grand Forks, ND  58206-5548

**Lab No.    B03-11062**
**Report No.    10**

Attention: Sgt. Jim Remer

## REPORT ON THE EXAMINATION OF PHYSICAL EVIDENCE
*DNA    05/28/2004*

| | | | |
|---|---|---|---|
| **Laboratory Number:** | B03-11062 | **Requesting Agency:** | BCA Bemidji Regional Office |
| **Section Reporting:** | DNA | **Agency Case Number:** | 2003000441 |
| **Case Type:** | Homicide | **County:** | Polk |

**Principals:** Dru Kathrina Sjodin; Alfonso Rodriguez Jr.; Linda Janet Walker; Allan K. Sjodin; Margaret Murphy

## Description of Submitted Evidence:

| Item | Type and Packaging | Description/Source |
|---|---|---|
| 54 | One manila envelope containing evidence classified as a biological sample | fingernail/toenail found in lab Item 52 - Agency Item 12 |
| 59 | One brown paper bag containing evidence classified as a jacket | black Braeten brand P-coat - GFPD #279 |
| 61 | One brown paper bag containing evidence classified as underwear | black Sears brand underwear found in wooded area - Crookston PD #1 |
| 62 | One brown paper bag containing evidence classified as an item of evidence | pink sanitary napkin found in wooded area - Crookston PD #2 |
| 69 | One brown paper bag containing evidence classified as an item of evidence | a glass "Miller MGD" bottle |
| 70 | One brown paper bag containing evidence classified as an item of evidence | a black shoe |
| 71 | One brown paper bag containing evidence classified as an item of evidence | a cell phone |
| 72 | One manila envelope containing evidence classified as an item of evidence | brown and red pieces of plastic |
| 72A | One manila envelope containing evidence classified as an item of evidence | hairs collected from lab Item 72 |
| 73 | One brown paper bag containing evidence classified as a jacket | black Old Navy brand P-coat wrapped in brown paper w/debris - Agency Item A1 |
| 73A | One manila envelope containing evidence classified as an item of evidence | hairs collected from lab Item 73 |
| 74 | One brown paper bag containing evidence classified as a blouse | pink in color - Agency Item A2 |
| 74A | One manila envelope containing evidence classified as an item of evidence | hairs collected from lab Item 74 |
| 75 | One manila envelope containing evidence classified as a shirt | tank top - Agency Item A3 |
| 75A | One manila envelope containing evidence classified as an item of evidence | hairs collected from lab Item 75 |
| 76 | One manila envelope containing evidence classified as clothing | bra - Agency Item A4 |
| 76A | One manila envelope containing evidence classified as an item of evidence | hairs collected from lab Item 76 |
| 77 | One manila envelope containing evidence classified as | left stocking - Agency Item A5 |

Page 1 of 3

Laboratory No.    B03-11062
Report No.    10

| | | |
|---|---|---|
| | clothing | |
| 78 | One brown paper bag containing evidence classified as an item of evidence | body bag - Agency Item A6 |
| 81 | One manila envelope containing evidence classified as an item of evidence | a neck ligature cord - Agency Item A8 |
| 81A | One manila envelope containing evidence classified as an item of evidence | hairs collected from lab Item 81 |
| 82 | One manila envelope containing evidence classified as an item of evidence | a wrist ligature cord - Agency Item A9 |
| 83 | One plastic bag containing evidence classified as an item of evidence | samples collected from the body of Dru Sjodin - Agency Item A11 |
| 83A | One manila envelope containing evidence classified as an item of evidence | hairs collected from lab Item 83 |
| 86 | One plastic bag containing evidence classified as a biological sample | vaginal, anal, and cervical swabs collected from the body of Dru Kathrina Sjodin |
| 87 | One plastic bag containing evidence classified as an item of evidence | dried grass |
| 90 | One brown paper bag containing evidence classified as an item of evidence | shaving kit from Alfonso Rodriguez Jr.'s residence |

## Results of Laboratory Examination:

Presumptive tests indicated the presence of blood on the following items: the black Old Navy brand P-coat (Item 73), pink Express brand blouse (Item 74), pink tank-top style shirt (Item 75), pink Victoria Secret brand bra (Item 76), black stocking (Item 77), neck ligature cord (Item 81) and wrist ligature cord (Item 82), all said to have been collected from the body of Dru Kathrina Sjodin; the apparent piece of a fingernail/toenail (Item 54) and the black Sears brand underwear (Item 61).

The following items were collected but not examined at this time: the hairs collected from the black Braeten brand P-coat (Item 59-1); cuttings collected from the black Braeten brand P-coat (Items 59-2, 59-3 and 59-4); a cutting collected from the pink sanitary napkin (Item 62-1); the hairs collected from the brown and red pieces of plastic (Item 72A); hairs collected from the black Old Navy brand P-coat (Item 73A); hairs collected from the pink Express brand blouse (Item 74A); hairs collected from the pink tank-top style shirt (Item 75A); hairs collected from the pink Victoria Secret brand bra (Item 76A); hairs collected from the neck ligature cord (Item 81A); the hairs said to have been collected from the body of Dru Kathrina Sjodin (Item 83A); as well as the right hand (Item 83D) and left hand (Item 83E) fingernail clippings said to have been collected from the body of Dru Kathrina Sjodin.

DNA profiling will be performed on selected items of evidence as well as on the known sample said to have been collected from the body of Dru Kathrina Sjodin (Item 83G). Your agency will be notified if a report cannot be issued within 2 months of the date on this report.

Examinations of the following items did not detect the presence of semen: the black Old Navy brand P-coat (Item 73), pink Express brand blouse (Item 74), pink tank-top style shirt (Item 75), pink Victoria Secret brand bra (Item 76), black stocking (Item 77), vaginal swabs (Item 86A), anal swabs (Item 86B) and cervical swabs (Item 86C), all said to have been collected from the body of Dru Kathrina Sjodin; the black Braeten brand P-coat (Item 59); black Sears brand underwear (Item 61) and sanitary napkin (Item 62).

Examinations of the black left shoe (Item 70), cell phone (Item 71) and grass (Item 87), did not detect the presence of blood. Further examinations of Items 59 and 62 did not detect the presence of blood.

Page 2 of 3

Laboratory No.    B03-11062
Report No.        10

No examinations were performed on the following items at this time: the pieces of plastic (Item 83B and 83F), head hair (Item 83C) and debris (Item 83H), all said to have been collected from the body of Dru Kathrina Sjodin; the "Miller MGD" glass bottle (Item 69); the body bag (Item 78); and the shaving kit said to have been collected from Alfonso Rodriguez Jr.'s residence (Item 90).

I hereby certify that the above report is true and accurate.

Steven G. Fischer
Forensic Scientist

**Disposition of Evidence:**
Evidence will be held in the lab pending analysis.

Portions of pertinent evidence items have been removed and are being stored at the BCA laboratory.

**Distribution:** BCA Bemidji Regional Office - 1, North Dakota BCI - 1, FBI - Grand Forks Office - 1, Grand Forks Police Department - 1