**Ptr. Exh. 8**



## U. S. Department of Justice

*Drew H. Wrigley*
*United States Attorney*
*District of North Dakota*

---

*Quentin N. Burdick United States Courthouse*     *701-297-7400*
*655 First Avenue North - Suite 250*              *FAX: 701-297-7405*
*Fargo, ND  58102-4932*                 *ADMIN FAX: 701-297-7425*
                                            *FLU FAX: 701-297-7435*
                                        *TOLL FREE:  1-888-716-7395*

June 9, 2004

VIA HAND-DELIVERY

COPY

Mr. Robert Hoy
OHNSTAD TWICHELL PC
901 13th Ave. E.
West Fargo, ND 58078-0458

Re:    United States of America vs. Alfonso Rodriguez Jr.
       Criminal No. C2-04-55

Dear Mr. Hoy:

Enclosed are additional discovery documents numbered 10,743 through 11,146, as well as photos marked as documents P-0001 through P-1183.  If you have any questions, please contact United States Attorney Drew H. Wrigley or me.

Sincerely,

DREW H. WRIGLEY
United States Attorney

By:    TANYA ABRAHAM
       Legal Assistant

tla
Enclosures

**EXHIBIT 1**