



# MINNESOTA DEPARTMENT OF PUBLIC SAFETY
## Bureau of Criminal Apprehension
### Forensic Science Laboratory – St. Paul
1430 Maryland Avenue East
St. Paul, MN  55106

*TEL: (651) 793-2900  TTY: (651) 282-6555  FAX: (651) 793-2901*

*An ASCLD/LAB Accredited Laboratory*

| | |
|---|---|
| To:    Grand Forks Police Department<br>122 South Fifth Street<br>P.O. Box 5548<br>Grand Forks, ND  58206-5548 | **Lab No.**   **B03-11062**<br>Report No.   27 |

Attention: Sgt. Jim Remer

## REPORT ON THE EXAMINATION OF PHYSICAL EVIDENCE
### *Nuclear DNA        12/19/2005*

| | | | |
|---|---|---|---|
| **Laboratory Number:** | B03-11062 | **Requesting Agency:** | BCA Bemidji Regional Office |
| **Section Reporting:** | Nuclear DNA | **Agency Case Number:** | 2003000441 |
| **Case Type:** | Homicide | **County:** | Polk |

**Principals:** Dru Katrina Sjodin;  Alfonso Rodriguez Jr.;  Linda Janet Walker;  Allan K. Sjodin;  Margaret Murphy;  Chris Lang

## Description of Submitted Evidence:

| Item | Type and Packaging | Description/Source |
|---|---|---|
| 2 | One envelope containing evidence classified as a knife | found in the trunk of Item 5 |
| 5 | a vehicle | one maroon 2002 Mercury Sable GS bearing MN license number KKY105 and VIN 1MEFM50U12G621965 said to belong to Rodriguez |
| 7 | One brown paper bag containing evidence classified as an item of evidence | three latex gloves from the trunk of Item 5 |
| 14 | One brown paper bag containing evidence classified as an item of evidence | back of the rear seat cushion of Item 5 |
| 15 | One manila envelope containing evidence classified as an item of evidence | section of seat belt from the passenger side rear seat of Item 5 |
| 25 | One manila envelope containing evidence classified as a swab of apparent blood | from the garage floor of 210 Adams Street, Crookston |
| 26 | One manila envelope containing evidence classified as a swab of apparent blood | from the garage floor of 210 Adams Street, Crookston |
| 43 | One white envelope containing evidence classified as DNA Buccal Swab Kit | Alfonso Rodriguez Jr. - GFPD Item 236 |
| 54 | One manila envelope containing evidence classified as a biological sample | fingernail/toenail found in lab Item 52 - Agency Item 12 |
| 73 | One brown paper bag containing evidence classified as a jacket | black Old Navy brand P-coat from the body of Dru Kathrina Sjodin wrapped in brown paper w/debris - Agency Item A1 |
| 74 | One brown paper bag containing evidence classified as a blouse | pink in color removed from the body of Dru Kathrina Sjodin- Agency Item A2 |
| 75 | One manila envelope containing evidence classified as a shirt | tank top removed from the body of Dru Kathrina Sjodin - Agency Item A3 |
| 76 | One manila envelope containing evidence classified as clothing | bra removed from the body of Dru Kathrina Sjodin- Agency Item A4 |
| 81 | One manila envelope containing evidence classified as an item of evidence | a neck ligature cord - Agency Item A8 |
| 82 | One manila envelope containing evidence classified as an item of evidence | a wrist ligature cord - Agency Item A9 |

Laboratory No. B03-11062
Report No. 27

| | | |
|---|---|---|
| 83 | One plastic bag containing evidence classified as an item of evidence | samples collected from the body of Dru Kathrina Sjodin - Agency Item A11 |
| 86 | One plastic bag containing evidence classified as a biological sample | vaginal, anal, and cervical swabs collected from the body of Dru Kathrina Sjodin |
| 95 | One white envelope containing evidence classified as DNA Buccal Swab Kit | Christopher Lang |
| 98 | One white bag containing evidence classified as a condom | GFPD Agency Item 025 |
| 99 | One brown paper bag containing evidence classified as a condom | GFPD Agency Item 117 |
| 102 | One brown paper bag containing evidence classified as underwear | Black - GFPD Agency Item 182 |
| 103 | One brown paper bag containing evidence classified as an item of evidence | Used condom, empty condom box, DNR deer tag - GFPD Agency Item 205 |
| 105 | One white bag containing evidence classified as a condom | GFPD Agency Item 213 |
| 106 | One brown paper bag containing evidence classified as an item of evidence | Rubber glove - GFPD Agency Item 217 |
| 107 | One brown paper bag containing evidence classified as a pair of shoes | Black Brahma boots - GFPD Agency Item 248 |
| 109 | One brown paper bag containing evidence classified as an item of evidence | Black gloves - GFPD Agency Item 295 |
| 111 | One white bag containing evidence classified as underwear | Pink - GFPD Agency Item 301 |
| 112 | One brown paper bag containing evidence classified as pants | Old Navy - GFPD Agency Item 316 |

**Results of Laboratory Examination:**

Examination of the rubber glove (Item 106), the boots (Item 107), the black gloves (Item 109), and the debris from the pants (Item 112B-1) did not detect the presence of blood.

Examination of the black panties (Item 102), the pink panties (Item 111) and the black pants (Item 112) did not detect the presence of semen.

DNA analysis* was performed on blood previously indicated on the knife (Item 2), the latex gloves (Items 7A1, 7B1 and 7C1), cuttings from the 2002 Sable (Item 14, areas 5 and 6), the seatbelt from the 2002 Sable (Item 15—two areas), swabs from the garage (Items 25B and 26B), the finger/toe nail from the 1986 Oldsmobile (Item 54), the black coat (Item 73), the blouse (Item 74), the tank top (Item 75), the bra (Item 76) and fingernail scrapings (Items 83D and 83E). DNA profiling* was also performed on known samples from Alphonso Rodriquez Jr. (Item 43A2), Dru Kathrina Sjodin (Item 83G) and Christopher Lang (Item 95).

The partial male DNA profile obtained from Item 7A1 matches the DNA profile obtained from the known sample of Alphonso Rodriguez Jr. and does not match the DNA profile obtained from the known samples of Dru Kathrina Sjodin or Christopher Lang. The probability of selecting an unrelated individual at random from the general population having a DNA profile that would match the DNA profile obtained from Item 7A1 is approximately 1 in 2400.

The DNA profile obtained from Items 14-5, 15-1 and 54 matches the DNA profile obtained from the known sample of Dru Kathrina Sjodin and does not match the DNA profile obtained from the known samples of Alphonso Rodriquez Jr. or Christopher Lang. The probability of selecting an unrelated individual at random from the general population having a DNA profile that would match the DNA profile obtained from Items 14-5,

**Laboratory No. B03-11062**
Report No. 27

15-1 and 54 is approximately 1 in 2.5 billion. No statement can be made regarding a minor DNA type obtained from Item 15-1.

The DNA profile obtained from Item 14-6 is consistent with being a mixture of DNA from two or more individuals. The predominant DNA profile obtained from Item 14-6 matches the DNA profile obtained from the known sample of Dru Kathrina Sjodin and does not match the DNA profile obtained from the known samples of Alphonso Rodriguez Jr. or Christopher Lang. Alphonso Rodriguez Jr. and Christopher Lang are excluded as contributors to this DNA mixture. The probability of selecting an unrelated individual at random from the general population having a DNA profile that would match the predominant DNA profile obtained from Item 14-6 is approximately 1 in 2.5 billion.

The DNA profile obtained from Item 15-2A is consistent with being a mixture of two or more individuals. The predominant DNA profile obtained from Item 15-2A does not match the DNA profile obtained from the known samples of Alphonso Rodriquez Jr., Dru Kathrina Sjodin or Christopher Lang. Dru Kathrina Sjodin Christopher Lang and Alphonso Rodriguez Jr. are excluded as contributors to this DNA mixture

The DNA profile obtained from Item 25B is consistent with being a mixture of DNA from three or more individuals. Alphonso Rodriguez Jr. cannot be excluded as a contributor to this DNA mixture. Christopher Lang and Dru Kathrina Sjodin are excluded from this DNA mixture.

The DNA profile obtained from Item 26B is consistent with being a mixture of DNA from two or more individuals. The predominant DNA profile obtained from Item 26B matches the DNA profile obtained from the known sample of Alphonso Rodriguez Jr. and does not match the DNA profile obtained from the known sample of Dru Kathrina Sjodin or Christopher Lang. In addition, Dru Kathrina Sjodin and Christopher Lang are excluded as contributors to the mixture obtained from Item 26B. The probability of selecting an unrelated individual at random from the general population having a DNA profile that would match the predominant DNA profile obtained from Item 26B is approximately 1 in 485,000.

No DNA types unlike those obtained from Dru Kathrina Sjodin were obtained from Items 73, 75, 76, 83D, 83E. In addition, no male DNA was obtained from these items.

No DNA profile was obtained from Items 2 or 7B1.

No statement can be made regarding the minor DNA type obtained from Items 7C1 and 74-2.

No male DNA was obtained from Items 74, 86A (vaginal swabs), 86B (anal swabs) or 86C (cervical swabs).

DNA analysis** of the Y-chromosome was also performed on Items 14 (five areas), 15-2A, 81, 82, 83D and 83E; as well as on the known samples from Alphonso Rodriguez Jr. and Christopher Lang.

The Y-chromosomal DNA profile obtained from Item 14-1 matches the Y-chromosomal DNA profile obtained from the known sample of Alphonso Rodriguez Jr. and does not match the Y-chromosomal DNA profile obtained from the known sample of Christopher Lang. Therefore, neither Alphonso Rodriguez Jr. nor any of his paternally related relatives can be excluded as a source of this male DNA.

Page 3 of 5

**Laboratory No. B03-11062**
Report No. 27

The Y-chromosomal DNA profile obtained from Item 14-1 has been observed in the population groups as follows:

| Population Group | Observations | Database size | Upper Bound Frequency (%) |
|---|---|---|---|
| African American | 0 | 985 | 0.304 |
| Asian | 0 | 330 | 0.904 |
| Caucasian | 0 | 1276 | 0.234 |
| Filipino | 0 | 105 | 2.813 |
| Hispanic | 0 | 597 | 0.501 |
| Native American | 0 | 106 | 2.787 |
| Sub-saharan African | 0 | 59 | *** |
| Vietnamese | 0 | 103 | 2.867 |

***Upper Limit Frequency not calculated due to database size.

The Y-chromosomal DNA profile obtained from Items 14-2 and 14-6 indicated a mixture of DNA. The predominant Y-chromosomal DNA profile obtained from Items 14-2 and 14-6 does not match the Y-chromosomal DNA profile obtained from the known samples of Alphonso Rodriguez Jr. or Christopher Lang. Therefore, these individuals are excluded as contributors of the predominant male DNA from this sample. Christopher Lang is excluded as a contributor to these mixtures. Alphonso Rodriguez Jr. cannot be excluded as a contributor to these mixtures.

The Y-chromosomal DNA profile obtained from Item 15-2A indicated a mixture of DNA. The predominant Y-chromosomal DNA profile obtained from Item 15-2A does not match the Y-chromosomal DNA profile obtained from the known samples from Alphonso Rodriguez Jr. or Christopher Lang. Therefore, these individuals are excluded as contributors of the predominant male DNA profile obtained from this sample. Alphonso Rodriguez Jr. cannot be excluded as a contributor to the mixture of male DNA in this sample. Christopher Lang is excluded as a contributor to the mixture of male DNA in this sample.

No statement can be made regarding the source of the minor male DNA types obtained from Item 14-4.

No Y-chromosomal DNA profile was obtained from Item 14-5, 81, 82, 83D or 83E.

No examinations were performed on Items 98, 99, 103 or 105.

I hereby certify that the above report is true and accurate.

*Ann Marie Gross*

**Ann Marie Gross**

Page 4 of 5

**Laboratory No. B03-11062**
Report No. 27

Forensic Scientist 3

*DNA loci tested using PCR: D8S1179, D21S11, D7S820, CSF1P0, D3S1358, THO1, D13S317, D16S539, D2S1338, D19S433, vWA, TPOX, D18S51, D5S818, FGA, and Amelogenin.

**DNA loci tested using PCR: DYS456, DYS389I, DYS390, DYS389II, DYS458, DYS19, DYS385, DYS393, DYS391, DYS439, DYS635, DYS392, Y-GATA H4, DYS437, DYS438 and DYS448.

**Disposition of Evidence:**
Evidence will be held in the lab pending analysis.


Portions of pertinent evidence items have been removed and are being stored at the BCA laboratory.

**Distribution:** BCA Bemidji Regional Office - 1,  North Dakota BCI - 1,  FBI – Grand Forks Office - 1,  Grand Forks Police Department - 1