



# U. S. Department of Justice

*Drew H. Wrigley*
*United States Attorney*
*District of North Dakota*

---

*Quentin N. Burdick United States Courthouse*        *701-297-7400*
*655 First Avenue North - Suite 250*              *FAX: 701-297-7405*
*Fargo, ND  58102-4932*              *ADMIN FAX: 701-297-7425*
                                          *FLU FAX: 701-297-7435*
                                    *TOLL FREE: 1-888-716-7395*

January 4, 2006

Mr. Robert G. Hoy
OHNSTAD TWICHELL P.C.
P. O. Box 458
West Fargo, ND 58078-0458

Re:    United States of America vs. Alfonso Rodriguez, Jr.
       Criminal No. C2-04-55

Dear Mr. Hoy:

Enclosed are pages 17485 through and 17500 of discovery material in this case.

Sincerely,

DREW H. WRIGLEY
United States Attorney

DHW:ceb
Enclosures

REC'D

JAN 0 5 2006

Ohnstad Twichell, P.C.