

## Office of the Medical Examiner

M. B. McGee, M.D., Medical Examiner

300 E. University Avenue
St Paul, MN 55101 4320

Telephone: 651-266-1700
Office Fax: 651 266 1720
Investigator Fax: 651-266-1730

# FINAL AUTOPSY PROTOCOL

## ME 2004-0542

| CASE TITLE: | Homicidal Violence |
|---|---|

**Name** Dru Kathrina Sjodin **Age** 22 **Sex** F **Race** Caucasian

**Date of Death** Fd: 4-17-04 **Time** Fd: 1020 **Date of Exam** 4-18-04 **Time** 1030

**Place of Death** Fd: Ditch adjacent to County Road 61 (Polk County) MN

**Pathologist** Michael B. McGee, M.D., Medical Examiner

**Place of Exam** Ramsey County Medical Examiner's Office

**Report sent to** Dr. Nelson - Polk County Coroner, Polk County Sheriff's Office, Polk County Attorney

## FINAL ANATOMIC DIAGNOSIS

I. Homicidal violence.
- A. Bound upper extremities over dorsal aspect of body.
- B. Nude from waist down.
- C. Ligature present about neck region.
- D. Remnants of slash wound – neck region.
- E. Defect to right flank region

II. Postmortem decomposition.
- A. Postmortem anthropophagy.

III. Laboratory results
- A. Toxicology
    1. Liver screen – negative for acetaminophen, amphetamine, barbiturate, benzodiazepine, cocaine metabolites, methadone, opiate and propoxyphene.
- B. Sexual assault examination
    1. Vaginal Sperm – negative, Acid Phosphatase – 47.4 U/L.
    2. Rectal Sperm – negative, Acid Phosphatase – 7.5 U/L.
    3. Cervical Sperm – negative, Acid Phosphatase – 130.7 U/L.

Michael B. McGee, M.D.
Medical Examiner

Jun-01-04 03:05P BCA-BRAINERD
May-27-04 09:54A
Case 2:04-cr-00055-RRE   Document 1032-11   Filed 03/08/17   Page 2 of 13   P.03
218/825 3009   P.03
Ptr. Exh. 11 - Page 2
10761

Dru Kathrina Sjodin
ME 2004-0542

## I. INTRODUCTION

Dru Kathrina Sjodin is a 22-year-old Caucasian female whose medical examiner number is 2004-0542.

The deceased, Dru Kathrina Sjodin who normally resides at 3702 Berkley Drive, Apt. #15 in Grand Forks, (Grand Forks County) North Dakota, was found expired lying within a ditch north of County Road 61, one mile west of the intersection of the Highway 75 Bypass and Polk County #61 in the southwest corner of Section #22 of Lowell Township (Polk County) MN at 1020 hours on 4-17-04.

A postmortem examination is performed on 4-18-04 at 1030 hours in the Ramsey County Medical Examiner's office in St. Paul (Ramsey County), MN by Michael B. McGee, M.D., Medical Examiner.

Specimens collected at the time of the postmortem examination are detailed in the following autopsy protocol.

Photographs taken at the time of the autopsy are by Michael B. McGee, M.D., Medical Examiner.

## II. CLOTHING

The body is initially viewed as transported from the scene of death within a white vinyl transport pouch.

The body is initially viewed lying in a prone position within a white colored body bag as recovered from the scene of death. The subject is nude from the waist down with multiple articles clothing present about the upper torso region. Dried vegetation can be observed covering the subject's body as well as on the articles of clothing described in the following dictation.

A black colored pea jacket can be observed overlying the lower dorsal torso and buttock regions. The subject's upper extremities are behind her back with the right upper extremity within the right sleeve of the jacket and the left upper extremity within the upper portion of the left sleeve of the jacket. The upper extremities are held in place by a ligature encircling the wrist regions. This ligature is composed of white colored woven nylon-like cord that measures 4 mm in width. Inspection of this ligature finds it to encircle the left wrist twice with a closely applied knot. The ligature encircles the right wrist three times with a small appearing knot observed. A length of free appearing cord can be observed extending from this knot and exhibiting a frayed end. A larger appearing knot can be observed adjacent to the right wrist region.

Case 2:04-cr-00055-RRE   Document 1032-11   Filed 03/08/17   Page 3 of 13

Ptr. Exh. 11 - Page 3 - 04

Dru Kathrina Sjodin
ME 2004-0542

Removal of the outer jacket reveals a pink colored pullover sweater. The subject's arms remain with the sleeves of this article of clothing. The shoulder and upper posterior surfaces of the garment have been pulled down over the dorsal torso region. The lower portion of the garment continues to encircle the subject's torso region approximating the normal wearing position. Inspection of this garment reveals a tear within the fabric on the anterior surface of the garment beginning in the collar region at the approximate midline and extending distally over the anterior surface for a length of 12.0 inches.

Lying beneath the sweater is a pink colored garment with shoulder straps that is on the subject's body in the approximate wearing position. The shoulder straps are intact with the right strap displaced laterally over the subject's right shoulder region.

Beneath the above described garment a pink colored brassiere can be observed that is present on the subject's body in the approximate normal wearing position. The right shoulder strap has been displaced laterally over the right shoulder region. The snaps are appropriately snapped and in place over the posterior midline of the body.

A stocking can be observed that is partially on the left foot.

A ligature composed of similar appearing cord, as described in the above dictation, can be observed encircling the subject's neck region a minimum of two times. Present beneath this ligature and applied to the outer surface of the subject's neck region are remnants of brown and red colored plastic material.

Articles of jewelry present on the subject's body includes a silver colored ring from the left third finger and an umbilical ring.

## III. MEDICAL APPARATUS - INTERVENTION

No evidence of medical intervention can be appreciated.

## IV. INITIAL INSPECTION

The body is viewed lying supine on an autopsy table completely nude. The body is that of a normally developed adult Caucasian female that measures 5' 4" in heel-crown length and weighs 138 pounds. Temperature of the body is cool to the touch with rigor having passed off in the muscles of mastication as well as the muscles of the upper and lower extremities. Livor can be observed to the anterior facies as well as the superior ventral torso, ventral torso, and anterior aspects of the upper and lower extremities. This livor is a dark red color and is fixed and will not blanch with finger pressure. Blanch marks and tissue sparing can be observed to this region consistent with placement of the previously described articles of clothing. Soft tissue indentation marks consistent with the subject's position upon discovery can also be identified.

3

Dru Kathrina Sjodin
ME 2004-0542

The subject has entered the late postmortem interval and exhibits multiple changes consistent with advanced postmortem decomposition including soft tissue discoloration, desiccation changes, isolated maggot infestation as well as focal areas of tissue loss consistent with postmortem anthropophagy to be described in the following dictation.

## V. EXTERNAL EXAMINATION

Inspection of the head region reveals blond colored head hair measuring from 4-6 inches in length and of normal distribution for this age female. Inspection of the underlying scalp tissue reveals no evidence of readily apparent soft tissue injuries in the form of contusions, lacerations, or perforation type wounds. Decomposition changes similar to those described in the above dictation can be observed with loss of scalp tissue observed over the left lateral aspect of the scalp involving the left lateral frontal region as well as portions of the left parietal and temporal regions. Exposed skeletal structures can be observed in these regions.

Inspection of the anterior facies reveals decomposition changes similar to those described in the above dictation. Loss of soft tissues can be observed to the left anterior and lateral facial regions that is a continuation of the process described in the left lateral scalp region. Exposed facial skeletal structures can be observed within these regions.

Inspection of the forehead region reveals loss of soft tissue to the left anterior and lateral forehead region. Existing tissue in the remaining forehead region reveals decomposition changes with no acute traumatic injuries identified.

On inspection of the eyes the left eye as well as the surrounding soft tissues are unavailable for examination. Exposed skeletal structures within the region can be identified with no fractures or defects observed. Inspection of the soft tissues within the right periorbital region reveals decomposition changes present. A focal area of discolored tissue consistent with a possible contusion to the right infraorbital region is described in the following dictation. On inspection of the right eye no comment can be made on iride color or pupillary size due to the decomposition changes present. No petechiae can be observed to the palpebral or bulbar conjunctivae. No petechiae can be observed within the right periorbital region.

The ears are found to be normally formed and positioned bilaterally with decomposition changes observed bilaterally. Focal tissue loss can be observed on inspection of the right auricle.

On inspection of the nasal region almost complete loss of soft tissue is noted. No traumatic injuries can be observed to the exposed structures.

Inspection of the oral cavity finds the subject to have her own teeth present in the maxillary as well as the mandibular regions. No chipping or fracturing of the teeth can

4

Dru Kathrina Sjodin
ME 2004-0542

be noted. Decomposition changes can be appreciated with loss of soft tissues noted to the left perioral and cheek regions. No traumatic injuries can be observed to the existing skeletal structures. Remaining soft tissues exhibit decomposition changes with no traumatic injuries identified.

Inspection of the soft tissues overlying the cervix region of the neck, ventral thorax, ventral abdominal wall and the lateral flanks of the right and left side are observed and consistent with a Caucasian female. Decomposition changes can be observed to this region of the body consistent with those changes described in the above dictation. Defects can be observed to the neck region as well as the right flank and lower abdominal regions to be described in the following dictation.

Inspection of the external genitalia reveals soft tissue loss that is an extension of the tissue loss noted to the lower ventral abdominal wall region. This area of tissue loss includes the mons pubis region as well as superior aspect of the labium major and minor. Inspection of the remaining external genitalia reveals a vaginal orifice that is erythematous in appearance. No traumatic injuries can be appreciated to the perineal or perianal soft tissues.

Inspection of the lower extremities finds them to be normally formed and positioned for this age female. The feet are found to be normally formed and positioned bilaterally with five toes present on either foot. A tattoo can be observed on the dorsal aspect of the left foot in the configuration of an elongated blue colored design. Decomposition change can be observed to the lower extremities consistent with those described in the above dictation. Defects can be observed to the lateral aspect of the left lower extremities as well as within the popliteal region to be described in the following dictation.

Inspection of the upper extremities finds them to be normally formed and positioned for this age female. The hands are found to be normally formed and positioned bilaterally with four fingers and one thumb noted on either hand. Decomposition change can be observed to the upper extremities consistent with those described in the above dictation. Traumatic injuries can be observed to the right upper extremity to be described in the following dictation.

Inspection of the soft tissues overlying the nuchal region of the collum, dorsal thorax, lower back and buttocks regions are consistent with an adult Caucasian female. A tattoo in the configuration of an elephant can be observed on the superior aspect of the right buttock region. Decomposition changes can be appreciated consistent with those described in the above dictation. Comparative sparing of the soft tissues can be observed to the lower dorsal torso and buttock regions consistent with placement of the clothing at the time of discovery. A defect can be observed to the right buttock region to be described in the following dictation.

Dru Kathrina Sjodin
ME 2004-0542

## VI. RECENT INJURIES - INTERNAL

### FACIES

Possible contused tissue can be observed in the right infraorbital region lying at a point 5.5 cm to the right of the anterior midsagittal line and 4.5 cm distal to the right supraorbital ridge and measuring 1.1 X 2.2 cm and exhibiting a burgundy color. A similar area of discoloration can be observed to the lower right cheek region.

### NECK

Remnants of an elongated slash-type wound can be observed on the anterior surface of the neck region. The superior margin of this wound is unavailable for examination with tissue loss observed that extends superiorly to the inferior margin of the mandible. The inferior margin of this wound can be observed beginning at a point 9.5 cm. to the right of the anterior mid-sagittal line and 5.0 cm distal to the right external auditory canal and extends in an elliptical path cross the anterior surface of the neck for a distance of 13.5 cm with a distinct margin that exhibits notching and ends on an elongated and separated portion of tissue that can be extended onto the left lateral aspect of the neck region. This portion of tissue measures 0.8 cm in width with a second parallel appearing margin that extends distally over the left lateral aspect of the neck region for a length of 8.0 cm before ending at the base of the neck on the left side in an area of tissue loss that measures 2.5 x 4.5 cm.

### FLANK

A defect can be observed to the right lateral flank region lying at a point 15.0 cm to the right of the anterior mid-sagittal line at the level of the umbilicus. This defect exhibits an elliptical appearance and measures 1.5 X 5.0 cm and lies in a 10 -4 o'clock axis. Wound margins are irregular in nature.

### VENTRAL ABDOMINAL WALL

A defect can be observed to the lower ventral abdominal wall. This defect lies at a point 10.0 cm distal to the level of the umbilicus and 3.0 cm to the left of midline. This defect exhibits an oval configuration that lies in a 3-9 o'clock axis and measures 3.5 x 1.5 cm. The margins of this defect are well formed and irregular. The surrounding surfaces of the skin are found to be free of traumatic injuries. Inspection of the depth of this defect reveals extension through the skin and into the subcutaneous and adjacent tissues for a depth of 1.5 cm. Discoloration of this tissue can be observed.

Dru Kathrina Sjodin
ME 2004-0542

## EXTERNAL GENITALIA

An enlarged defect can be observed centered over the midline of the subject's body in the region of the mons pubis. This defect exhibits an inverted triangular configuration that extends laterally to the inguinal regions and distally into the superior aspect of the external genitalia. This defect measures 11.0 x 11.5 cm. The margins of this defect are distinct and irregular. Inspection of the depths of this defect reveals extension through the skin and underlying subcutaneous and soft tissues to the depth of 1.5 cm. Discoloration of these soft tissues can be observed.

## LOWER EXTREMITIES

An elongated defect can be observed on the superior aspect of the right thigh beginning in the inguinal region and extending distally onto the superior and medial surface of the thigh that measures 14.0 x 2.5 cm. The margins of this defect are distinct and irregular in appearance. Inspection of the depths of this defect reveals extension into the underlying subcutaneous tissue for a depth of 2.5 cm.

An oval shaped defect can be observed on the lateral aspect of the left knee that measures 3.0 x 5.0 cm. Margins of the defect are distinct and irregular with the defect extending into the soft tissues for a depth of 1.2 cm.

A defect can be observed on the medial aspect of the right ankle exhibiting an oval configuration and measuring 2.5 x 5.0 cm. margins of this defect are distinct and irregular with the defect extending into the underlying soft tissues for a depth of 1.5 cm.

## UPPER EXTREMITIES

A contusion can be observed to the dorsum of the right forearm lying at a point 12.0 cm distal to the right elbow region. This contusion measures 2.5 x 4.5 cm and exhibits a burgundy color.

## DORSAL TORSO

A triangular shaped defect can be observed to the right buttock region that measures 10.0 x 7.0 x 5.0 cm. Margins of this defect are irregular with the defect extending into the soft tissue in the center region for a depth of 1.0 cm.

## VII. INTERNAL EXAMINATION

The body is opened with a routine Y-shaped, thoraco-abdominal incision.

## THORAX

Case 2:04-cr-00055-RRE    Document 1032-11    Filed 03/08/17    Page 8 of 13
Ptr. Exh. 11 - Page 8

Dru Kathrina Sjodin
ME 2004-0542

Inspection of the exposed ventral thoracic plate reveals no evidence of rib fractures nor is there any evidence of fracturing of the sternum. No soft tissue hemorrhage can be observed nor is there any evidence of hemorrhage into the adjacent muscular tissue. Reflection of the ventral thoracic plate reveals no evidence of fractures. The lungs can be observed within the pleural cavities bilaterally. Soft tissue loss can be observed in the apical region of the left pleural cavity. The mediastinal soft tissues appear within normal limits with the pericardial sac intact. Upon opening the pericardial sac, minimal fluid can be appreciated. No hemorrhage can be observed within the pericardial sac or to the mediastinum or periaortic tissues.

## HEART

The heart weighs 215 grams. The epicardial surface is smooth and glistening in nature with no evidence of contusions, lacerations or perforation type wounds noted. The heart is discolored, exhibiting a dark tan to brownish color consistent with decomposition changes. The coronary vessels are of normal anatomic configuration and distribution with a right dominant pattern present. Serial sectioning of the coronary vessels reveals no evidence of atherosclerotic heart disease. Opening the heart finds the right ventricular wall to measure 3 mm while the left ventricular wall measures 1.2 cm. The valve ring circumference on each of the valves is within normal limits as are each of the chamber sizes. The endocardium is stained a dark red to tan color and consistent with decomposition changes. Leaflets on each of the valves are normally formed, thin and pliable in nature with no evidence of vegetations or deformations. The chordae tendineae are thin and delicate in nature with no evidence of fusion, thickening or foreshortening. The trabeculae carnae and papillary muscles appear within normal limits grossly and on sectioning exhibit decomposition changes. The myocardium is a dark red to brown color consistent with decomposition changes to the myocardium. No evidence of acute or old myocardial infarction can be noted nor is there any evidence of diffuse myocardial fibrosis noted. No cardiac anomalies can be appreciated with no atrial septal defect or ventricular septal defect present. The auricular appendages are found to be free of thrombi.

## GREAT VESSELS

The aorta is found to be of normal size and symmetry with no evidence of aneurysmal formation or rupture being appreciated. No atheromatous disease can be observed throughout the extent of the aorta with major vessels being appreciated at their respective locations.

## LUNGS

The right lung weighs 295 grams while the left lung weighs 90 grams. The visceral pleural surfaces are smooth and glistening in nature with no evidence of contusions, lacerations, or perforation type wounds. Portions of the upper lobe of the left lung are unavailable for examination. Inspection of the pulmonary vessels reveals a normal

8

Dru Kathrina Sjodin
ME 2004-0542

anatomic configuration and distribution with no evidence of pulmonary emboli or other obstructing masses. The mainstem bronchi are found to be of normal size and symmetry with no evidence of obstructing masses or lesions being appreciated throughout their extent. On palpation the lungs are congested in nature. Longitudinal sectioning of the lung fields bilaterally reveal pulmonary parenchyma that has a dark red to brown color uniformly throughout. No evidence of cysts, masses, primary or metastatic lesions can be appreciated throughout the lung fields. No penetrating wound tracts can be observed. No scarring or fibrosis can be observed. The hilar lymph nodes are of normal size.

## SKULL AND BRAIN

Reflection of the scalp reveals subgaleal tissue that has a red to brownish discoloration and consistent with decomposition changes. No areas of formed subgaleal hemorrhage or hematoma can be appreciated.

Inspection of the outer surface of the calvarium finds it to be intact with no evidence of fractures, defects, or perforation type wounds noted. No hemorrhage can be observed.

Removal of the calvarium finds the membranes to be intact with no evidence of epidural or subdural hemorrhage present. Inspection of the brain as it sits within the cranial vault reveals decomposition changes present with the brain exhibiting a dark gray to greenish discoloration. No evidence of subarachnoid hemorrhage can be appreciated. Removal of the brain from the base of the skull reveals no evidence of subdural hemorrhages at the base of the brain. Stripping of the dura reveals no evidence of basilar or calvarial skull fractures.

The brain weighs 1120 grams. Decomposition changes can be appreciated with the cerebral tissue exhibiting a gray to greenish discoloration. No evidence of subarachnoid hemorrhage can be appreciated. Inspection of the base of the brain finds the membranes to be thin and translucent with no evidence of opacification present. No hemorrhage can be noted. The cerebral vessels are of normal anatomic configuration and distribution and exhibit no evidence of aneurysmal formation or rupture.

Serial sectioning of the brain in the coronal plane reveals cortical tissue having a gray to greenish discoloration and consistent with decomposition changes. The white matter has a grayish appearance with some decomposition changes noted. No evidence of hemorrhage to the gray or white matter can be noted. The subcortical nuclei can be identified and exhibit some decomposition change. No evidence of hemorrhage can be observed to the nuclei or within the ventricular system. Sectioning of the mid-brain, cerebellum and brainstem are within normal limits.

## ABDOMEN

The fat at the umbilicus measures 2.0 cm in thickness. On initial inspection of the

Case 2:04-cr-00055-RRE    Document 1032-11    Filed 03/08/17    Page 10 of 13

Dru Kathrina Sjodin
ME 2004-0542

abdominal cavity no evidence of hemorrhage can be observed nor is there any evidence of exudates or adhesions noted. A tract of tissue destruction can be observed to the right pelvic region associated with the previously described defect to the right flank region. This tract extends in a distal and midline direction for 8 cm. Disruption of soft tissues in this region can be observed with debris observed. No soft tissue hemorrhage can be observed. The peritoneal surface is otherwise smooth and glistening in nature. No evidence of traumatic displacement or injury to the organs can be noted.

## SPLEEN

The spleen weighs 100 grams. The splenic capsule is glistening and intact showing no evidence of capsular lacerations or defects. Serial sectioning reveals splenic parenchyma exhibiting a dark blue to black color and consistent with postmortem decomposition. No evidence of scars, nodules, or cysts can be appreciated. There is no evidence of traumatic injuries observed.

## LIVER

The liver weighs 1288 grams. Inspection finds the capsule to be glistening and intact with no evidence of capsular lacerations or defects being appreciated. Serial sectioning finds the hepatic parenchyma to have a dark red to tan-like color with multiple gas blebs being appreciated uniformly throughout and consistent with decomposition process. The hepatic parenchyma available for examination has a homogeneous reddish-brown color consistent with decomposition changes. No evidence of scarring or fibrosis can be noted nor is there any evidence of cirrhotic change present. No penetrating traumatic injuries can be noted nor is there any evidence of cysts, masses, primary or metastatic lesions noted. No bile stasis can be observed. The gallbladder is a thin wall sac containing 5 cc of dark green bile negative for calculi with no evidence of obstructing masses or lesions noted throughout its extent.

## GI TRACT

The esophagus is of normal uniform diameter with an intact mucosa showing no evidence of ulcerations, perforations, diverticula, or obstructing masses. The stomach is found to be intact and upon opening 10 cc of brown mucoid material is noted. The mucosa is intact with mucoid like material being attached. No evidence of gastric ulcerations, perforations, diverticula, or obstructing masses can be appreciated nor can similar findings be observed within the duodenum. The small and large bowel are within normal limits grossly with no evidence of obstructing masses being appreciated.

## PANCREAS

The pancreas has undergone a severe degree of postmortem autolytic change with a dark brown to tan like color.

Dru Kathrina Sjodin
ME 2004-0542

## ADRENAL GLANDS

The adrenal glands are present bilaterally and of normal size and configuration. On section, the adrenal cortices are bright yellow to gold color and average 1-2 mm in thickness. There is no evidence of focal adenomatous hyperplasia being appreciated nor is there any evidence of cortical adenomas or masses observed. The adrenal medulla is within normal limits and has a light tan to brown color with no evidence of frank hemorrhage being observed.

## GENITOURINARY SYSTEM

The right kidney weighs 75 grams while the left kidney weighs 85 grams. The renal capsules strip with ease with the subcapsular renal cortical surfaces being smooth and glistening in nature showing no evidence of scars, nodules, or masses. Evidence of pronounced postmortem decomposition can be appreciated diffusely throughout with the renal parenchyma having a homogeneous dark red to brown color. On section the corticomedullary junctions are distinct and the cortices average 5 mm in thickness. No evidence of cysts, masses, or other pathologic conditions can be noted affecting neither the renal cortical tissue nor the renal medulla. The major and minor calyces are of normal size and symmetry bilaterally as are the renal pelvis. The ureters are of normal size and symmetry bilaterally and empty into a bladder that is of normal size and found to contain no urine.

## NECK STRUCTURES

Inspection of the internal neck region reveals near complete loss of soft tissues of the internal neck region associated with postmortem anthropophagy. Soft tissues extending from the submental region of the subject's chin and including the floor of the oral cavity, tongue, as well as the internal neck organs are unavailable for examination. Available soft tissues overlying the anterior surface of the exposed cervical portion of the vertebral column are stained a dark red to burgundy color.

## VERTEBRAL COLUMN

Examination reveals no evidence of fracture of any of the vertebrae nor is there any evidence of subluxation or dislocation occurring throughout the extent of the column.

## BODY CAVITIES

Examination of the posterior and lateral walls of the thoracic cavity reveal no evidence of hemorrhage present nor is there any evidence of fractures within the ribs. Similar examination of the abdominal and pelvic cavity are within normal limits.

Dru Kathrina Sjodin
ME 2004-0542

## VII. SPECIMENS

Multiple specimens are collected and include:

- The ligature and plastic material from the subject's neck region.
- The cord removed from the subject's wrist regions.
- Specimens of plant foliage and debris recovered from the subject's body.
- Debris and fibers from the subject's right and left hands.
- Pieces of plastic from the buttock region.
- Pieces of plastic from the left orbit region.
- The body transport pouch.
- The articles of clothing previously described.
- The articles of jewelry previously described
- Specimens of hair are collected from the subject's head region.
- Fingernail clippings are collected from each of the fingers on both hands where available.
- A sexual assault examination is performed with samples collected from the anal and vaginal and cervix regions.
- Specimens for toxicology are collected and include specimens of liver tissue.
- Specimens of lymph node are collected and retained for possible DNA analysis.
- A complete set of finger and palm prints are collected by BCA personnel at the conclusion of the postmortem examination.

## VIII. PROVISIONAL ANATOMIC DIAGNOSES

I.   Homicidal violence.
   A.   Bound upper extremities over dorsal aspect of body.
   B.   Nude from waist down.
   C.   Ligature present about neck region.
   D.   Remnants of slash wound -- neck region.
   E    Defect to right flank region
II.   Postmortem decomposition.
   A.   Postmortem anthropophagy.
III.   Laboratory results - pending

## IX. MICROSCOPICS

Heart -- Postmortem autolysis can be observed.

Coronary vessels -- Within normal limits.

Dru Kathrina Sjodin
ME 2004-0542

Aorta – Within normal limits.

Lung – Postmortem autolysis can be observed.

Spleen – Postmortem autolysis can be observed.

Liver – Postmortem autolysis can be observed.

Pancreas – Postmortem autolysis can be observed.

Adrenal Gland – Postmortem autolysis can be observed.

Uterus – Postmortem autolysis can be observed.

Ovary – Postmortem autolysis can be observed.

Trachea –Postmortem autolysis can be observed.

Cerebral cortex – Postmortem autolysis can be observed.

Soft tissues –Postmortem decomposition can be observed.

Key:

1      Heart
2      Lungs
3      Lung, spleen, liver
4      Coronary arteries, aorta, pancreas
5      Trachea, adrenal gland
6      Cerebral cortex
7      Cerebral cortex
8-10   Paravertebral soft tissue –neck region
11     Right Wrist
12     Forearm
13-26  External genitalia, internal genitalia, uterus

## X. IDENTIFICATION

The subject is positively identified by comparison of antemortem and postmortem dental x-rays.

Electronically reviewed and signed

_____

Michael B. McGee, M.D.
Medical Examiner