

# Lincoln Forensics, LLC

CONSULTATION, EDUCATION, AND EXPERT TESTIMONY

**62 TODD POND ROAD**
**LINCOLN, MA 01773-3808**
*www.LincolnForensics.com*

Managed by
MARK FLOMENBAUM, MD, PHD
(203) 451-1336
MarkFlome@LincolnForensics.com

December 02, 2016

RE: **United States v. Alfonso Rodriguez**
**Post-Conviction Proceedings**

### Addendum to Original Report

Attorneys:
  Joseph Luby, Eric Montroy, and Kimberly Newberry
Federal Community Defender Office
Capital Habeas Unit
601 Walnut Street, Suite 545 West

Dear Assistant Federal Defenders:

I am writing this an addendum to my original report on the above captioned case, which was dated September 11, 2011.

At that time, Professor Joseph Margulies of Northwestern University School of Law in Chicago had contacted me about this case and in his letter (dated August 13, 2011) I was asked specifically to opine on the nature and source of damage to the neck and throat regions of the victim's body which had been discovered in a Northern Minnesota field after a post-mortem interval of approximately five months spanning winter and spring; and to comment on the interpretations and opinions of the Government's expert Dr. Michael McGee, who performed the autopsy and testified that the injuries were due to slash wounds produced by a sharp object that was consistent with a particular knife shown to him by the police. I was also asked to comment on whether Dr. McGee's testimony was appropriate for his interpretations of the injuries.

At that time I was supplied with the following items:
  1. Autopsy photographs (164)
  2. Crime scene photographs (120)
  3. Dr. McGee's Provisional Autopsy Report (2 pages)
  4. Dr. McGee's Final Autopsy Report (13 pages)
  5. Filing by the U.S. Government (7 pages)
  6. A transcript of Dr. McGee's Deposition (176 pages)
  7. A transcript of Dr. McGee's Trial Testimony – culpability phase (106 pages)
  8. A transcript of Dr. McGee's Trial Testimony – punishment phase (25 pages)
An additional item sent at a later date was the
  9. Crime scene written reports and associated interviews (49 pages)

My conclusions and opinions (starting on page 9 of the original report) were:

*Based on the material and reasoning cited above, I believe to a reasonable degree of scientific and medical certainty that in relation to Ms. Dru Kathrina Sjodin's death:*

1. *The cause of death was "ligature strangulation"*
2. *There was no "slashing" wound to the neck; it was a mis-interpretation of a post-mortem artifact*
3. *None of the areas of skin defects on the body represent pre-mortem injury; they are all mis-interpretations of post-mortem artifacts*
4. *There is no indication that a knife or any other sharp instrument caused any injury to this body*
5. *The testimony of Dr. McGee concerning a possible weapon was misleading.*

I also indicated after my conclusions and opinions that

*The opinions reported herein are based on the information contained in the material cited above. If additional material is provided some or all of these opinions may be amended to reflect that new information.*

On November 28, 2016, your office supplied me with two additional documents:

1)   Mr. Rodriguez' account of the crime (pages 13-21 of a 215 page document from Dr. Welner) filed on 11/13/13

2)   An opinion report whose primary author was Dr. Ljubisa Dragovic, dated September 18, 2013

Mr. Rodriguez' account of the crime was not available to me when I rendered my original opinions, indeed it was dated two years after my report. And Dr. Dragovic's opinion does have the benefit of this additional information. Because Mr. Rodriguez' account is consistent with all the autopsy findings, and none of his account is inconsistent with any of the autopsy findings, I concur with Dr. Dragovic that the mechanism of death was more likely asphyxiation due to the application of blunt force to the front of the neck rather than asphyxiation due to the ligature around the neck.

Other than the mechanism of asphyxiation in my first opinion I have no changes to the remaining opinions (2-5) in my original report.

As in my original report, I will reaffirm that the opinions reported herein are based on the information contained in the material cited above. If additional material is provided some or all of these opinions may be amended to reflect that new information.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 02, 2016 and signed below.

Sincerely

Mark Flomenbaum, MD, PhD, *manager*
LINCOLN FORENSICS, LLC

Ptr. Exh. 15 - Page 3