Case 2:04-cr-00055-RRE Document 108-18 Filed 03/08/17 Page 1 of 17
Case 2:04-cr-00055-RRE Document 33-9 Filed 10/17/11 Page 1 of 17
**Ptr. Exh. 18 - Page 1**

# Procedures for the Presumptive Testing of Semen

## 1 Scope

These procedures describe the method by which evidentiary items are screened for the possible presence of semen in the Nuclear DNA Unit (nDNAU).

## 2 Background

Human semen possesses seminal acid phosphatase (SAP) that can be exploited for its presumptive identification. Because acid phosphatase (AP) activity is not exclusive to semen, a positive test result for AP activity indicates the possible presence of semen. In these procedures, a suspected stain is assayed for AP activity using bromochloroindolyl phosphate (BCIP). The presence of a blue to aqua-blue color is considered a positive reaction and indicates that human semen may be present in the tested material. A stain that fails to exhibit a positive result (i.e., a blue to aqua-blue color) is almost certainly not semen.

## 3 Equipment/Materials/Reagents

Adjustable Pipettes (Rainin® Pipet-Lite®, Models L-2, L-10, L-20, L-100, L-200, L-1000, or equivalent)

Acetic acid (Fisher Scientific, # A-38, or equivalent)

Alcohol prep wipe (Kendall Healthcare Webcol Alcohol Preps, 70% Isopropyl alcohol, Thomas Scientific, # 2904T38, or equivalent)

Autoclave (Steris® Amsco® Eagle® Century SL Steam Sterilizer, or equivalent)

Balance (Mettler, Model #PG503S, or equivalent)

Barriered Pipette Tips (Rainin® Precision Pipette Tips, RT-L10F, RT-L200F, and RT-L1000F, or equivalent)

BCIP, 5-Bromo-4-chloro-3-indolyl phosphate, (Sigma Chemical, # B-8503, or equivalent)

Biosafety Cabinet (Forma Scientific™, Model # 1112, or equivalent)

Bleach cartridge refills (Market Labs, # VL102, or equivalent)

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE Document 1032-18 Filed 03/08/17 Page 2 of 17
Case 2:04-cr-00055-RRE Document 733-9 Filed 10/17/11 Page 2 of 17

**Ptr. Exh. 18 - Page 2**

Serology Procedures Manual
Sero 102-4.doc
Issue Date: 02/08/10
Revision: 4
Page 2 of 17

Bleach disinfecting wipes (Mini Hype-Wipe®, Current Technologies, Inc., # 9803, or equivalent)

Cotton Sheeting, 100% (Commercial brand bed sheet, or equivalent)

Cotton-tipped applicators (Daigger # 22008F, or equivalent)

Culture tubes, 12 x 75 mm (Kimble Glass, Inc., # 73500 1275, or equivalent)

Disposable bench paper (Uline, S-1841 50 lb, or equivalent)

DMSO, dimethylsulfoxide, (Fisher Scientific, D-136, or equivalent)

Face Mask (Kimberly Clark®, REF No. 62477, or equivalent)

Filter purified water [Barnstead Thermolyne NANOpure® DIamond™ Life Science (UV/UF) Ultra pure water system, Series 1193, Model D11931, or equivalent]

Fresh-mix bleach bottle (Market Labs, # VL1060, or equivalent)

General laboratory equipment and supplies (e.g., scissors, forceps, scalpel blades, rulers, tape, towels, gloves, etc.)

General purpose detergent/disinfecting solution (7930-00-926-5280, Lighthouse for the Blind, or equivalent)

Hotplate/stirrer (Corning Model PC 520, or equivalent)

Household bleach

pH 4.00 Buffer (Ricca Chemical Company, NIST Traceable, Catalog Number 1501-16, or equivalent)

pH 7.00 Buffer Solution (Fisher Scientific, Certified, SB107-500, or equivalent)

pH 10.00 Buffer (Ricca Chemical Company, NIST Traceable, Catalog Number 1601-16, or equivalent)

pH Meter (Corning Incorporated, Pinnacle, 545 pH meter, or equivalent)

Refrigerator (4°C ± 3°C)/Freezer (-20°C ± 10°C)

Semen (undiluted, liquid human semen)

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE Document 108-18 Filed 03/08/17 Page 3 of 17
Case 2:04-cv-00055-RRE Document 733-9 Filed 10/17/11 Page 3 of 17

**Ptr. Exh. 18 - Page 3**

Serology Procedures Manual
Sero 102-4.doc
Issue Date: 02/08/10
Revision: 4
Page 3 of 17

Sodium Acetate (Sigma Chemical, # S-8625, or equivalent)

Thimerosal (Sigma Chemical T-5125, or equivalent)

Water bath (Precision # 51221072, Model 186, or equivalent)

## 4 Standards and Controls

### 4.1 Known Positive (KP) Semen Control

**4.1.1** The known positive (KP) semen control is a dried human semen sample. The KP semen control is used in the efficacy testing of a new batch of BCIP solution and must also be included with each batch of evidentiary samples to be assayed for AP activity. A KP semen control must be tested after sampling from the last questioned stain and before preparing the known negative (KN) control. This is achieved by rubbing a cotton-tipped applicator on the stained area of an in-use KP semen control. A positive test result (i.e., a blue to aqua-blue color) for the KP semen control establishes that the BCIP reagent yielded the expected result (i.e., a blue to aqua-blue color) when processed in parallel through these procedures with the question stain(s). If an in-use lot of BCIP reagent does not yield a positive reaction with a KP semen control, the test results for the questioned stains run in parallel with that control cannot be used for interpretive purposes.

### 4.1.2 KP Semen Control Swatch Preparation[1]

**4.1.2.1** For each KP semen control sample batch to be prepared, the necessary number of approximately 3 cm x 3 cm portions of autoclaved cotton sheeting should be cut.[2]

**4.1.2.2** Attach each portion to a free standing support.

**4.1.2.3** With a pipette fitted with a barriered pipette tip, add approximately 20 µl of semen to the center of each swatch.[3]

**4.1.2.4** Allow to the swatch to dry completely.

---

[1] All KP semen control swatches must be prepared in a biosaftey cabinet.

[2] The number of KP semen control swatches to be prepared is based on the volume of semen available for patching. This number can be estimated by dividing the total volume of semen by the volume of semen applied to each swatch (i.e., generally 20 µl).

[3] Due to the viscosity of semen, this application should be done with care to ensure that the targeted amount of semen is applied to each swatch.

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE Document 108-18 Filed 03/08/17 Page 4 of 17
Case 2:04-cr-00055-RRE Document 753-9 Filed 10/17/11 Page 4 of 17

**Ptr. Exh. 18 - Page 4**

Serology Procedures Manual
Sero 102-4.doc
Issue Date: 02/08/10
Revision: 4
Page 4 of 17

**4.1.2.5** Each newly prepared batch of KP semen swatches must be tested for analytical efficacy along with a KN (uninoculated swab), using a batch of BCIP solution that has been previously evaluated.

**4.1.2.6** Each newly prepared batch of KP semen swatches must be tested for analytical efficacy along with a KN (uninoculated swab), using a lot of P30 test cards that have been previously evaluated in the manner described in the nDNAU 105 *Procedures for Human Semen Identification by the Prostate Specific Antigen Test.*

**4.1.2.7** Each group of prepared KP semen control swatches must be assigned a batch number. This number, together with that batch's preparation information and efficacy testing results, must be documented and maintained either electronically or as a hardcopy.

**4.1.2.8** The KP semen swatches must be stored at a minimum of -20°C ± 10°C. Stored at this temperature, an individual in-use KP semen control swatch (or stored swatch) has a shelf-life of 1 year.

### 4.2 Known Negative (KN) Control

The known negative (KN) semen control is an uninoculated cotton-tipped applicator. A KN semen control is used in the efficacy testing of a new batch of BCIP solution and must also be included with each batch of samples to be assayed for AP activity. The KN semen control must be prepared after sampling from the KP semen control and must be the last sample of that batch to be prepared for testing. A negative test result (i.e., no blue to aqua-blue color) for the KN semen control establishes that the BCIP reagent yielded the expected result (i.e., no blue to aqua-blue color) when processed in parallel through these procedures with the question stain(s). If an in-use lot of BCIP reagent does not yield a negative reaction with a KN semen control, the test results for the questioned stains run in parallel with that control cannot be used for interpretive purposes.

### 5 Calibration

Not applicable.

### 6 Sampling

Not applicable.

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE Document 1032-18 Filed 03/08/17 Page 5 of 17
Case 2:04-cr-00055-RRE Document 753-5 Filed 10/17/11 Page 5 of 17
Ptr. Exh. 18 - Page 5

Serology Procedures Manual
Sero 102-4.doc
Issue Date: 02/08/10
Revision: 4
Page 5 of 17

# 7 Procedures

## 7.1 Precautions

### 7.1.1 General Laboratory Safeguards

#### 7.1.1.1 Equipment

**7.1.1.1.1** Only pipettes dedicated to pre-PCR amplification activities may be used when performing serological examinations, DNA isolation, and DNA quantification. Separate dedicated pipettes must be used when setting up PCR amplification reactions. Another dedicated set of pipettes must be used when handling specimens that potentially contain amplified DNA.

**7.1.1.1.2** Pipettes dedicated to serological examinations, DNA isolation, DNA quantification, and PCR amplification must be irradiated using the interior UV light of the biological hood for at least 5 minutes each workday before use. Also, they must be thoroughly decontaminated with a bleach solution then disinfected/rinsed with 70% isopropyl alcohol[4] each workday before use, as they become visually soiled and after their final use on a given workday. Pipettes dedicated to amplified DNA must be cleaned weekly[5] and as they become visually soiled.

**7.1.1.1.3** Sterile disposable pipette tips or transfer pipettes must be used when handling liquid reagents or samples. Always use a new pipette tip when removing extract from a sample tube or when introducing reagent into a tube containing extract and discard the tip after usage.

**7.1.1.1.4** To minimize the potential for pipetting inaccuracies, always use the pipette with a range larger than and closest to the target volume to be dispensed. Always set a pipette to the desired volume by initially dialing into the range of volumes larger than the target volume and then dialing back down to the desired volume.

**7.1.1.1.5** New or clean forceps, scalpel blades, scissors, etc. must be used on a single sample and then discarded, or they must be decontaminated with a bleach solution disinfected/rinsed with 70% isopropyl alcohol between consecutive samples.

**7.1.1.1.6** Before opening, quick-spin sample tube(s) in a microcentrifuge (approximately 2 seconds) to return all liquid to the bottom of the tube.

---

[4] Bleach solution decontaminates the instrument or surface by removing any residual DNA or chemically rendering it unsuitable for analysis. The 70% isopropyl alcohol is a bactericide and removes any residual bleach that may adversely affect any biological material being processed with that instrument.

[5] Because of its corrosive nature, even as a dilute solution, 10% bleach is not used within laboratory space containing CE instrumentation (i.e., post-amplification space).

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE Document 1032-18 Filed 03/08/17 Page 6 of 17
Case 2:04-cr-00055-RRE Document 733-9 Filed 10/17/11 Page 6 of 17

Ptr. Exh. 18 - Page 6

Serology Procedures Manual
Sero 102-4.doc
Issue Date: 02/08/10
Revision: 4
Page 6 of 17

**7.1.1.1.7**   Sample tubes must remain closed unless being processed. Only one sample or reagent tube must be open at a time during the processing of the individual specimens of a case or batch through a common procedural step.

**7.1.1.1.8**   Biological hoods must be irradiated using their interior ultraviolet (UV) light for at least 5 minutes each workday before use.

**7.1.1.1.9**   For equipment which requires a calibration or performance check prior to use (e.g., pH meter, refrigerators, etc.), the results must be documented and maintained either electronically or as a hardcopy.

### 7.1.1.2 Personal Protective Equipment

**7.1.1.2.1**   Disposable gloves must be used at all times during the examination process to prevent the potential indirect transfer of biological material from one evidentiary item to another.[6] At a minimum, gloves must be changed if they become visibly soiled, torn, and before moving between dissimilar evidence items (i.e., between a vaginal swab and an oral swab, between a shirt and pants, etc.).

**7.1.1.2.2**   To prevent indirect transfer of biological material to telephones, computer keyboards, etc., used disposable gloves must be removed prior to handling such laboratory appliances. Double gloves may be worn to facilitate the removing and donning of outer gloves during those examination procedures in which notes are taken contemporaneously.

**7.1.1.2.3**   Laboratory coat, face mask, and gloves must be removed and hands washed prior to leaving the laboratory area.

**7.1.1.2.4**   Masks, gloves, bench paper, tubes, etc. that are visibly soiled with biological material (i.e., blood, semen, etc.) must be placed into biological waste containers for disposal. Disposable items that do not show any visible biological staining should be discarded into regular waste containers.

**7.1.1.2.5**   A dedicated laboratory coat must be worn for all pre-PCR amplification and PCR amplification processes. A separate, dedicated laboratory coat must be worn when handling specimens that potentially contain amplified DNA. Laboratory coats should be laundered upon becoming visibly soiled. All laboratory coats must be stored in their respective dedicated spaces when not in use and must not be worn outside of designated laboratory space.[7]

---

[6] When handling evidence items of potential latent fingerprint value, cloth gloves should also be worn under the disposable gloves during processing.

[7] Soiled laboratory coats are collected (generally, weekly) and taken to the specified area.

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE Document 108218 Filed 03/08/17 Page 7 of 17
Case 2:04-cr-00055-RRE Document 753-9 Filed 10/17/11 Page 9 of 17
**Ptr. Exh. 18 - Page 7**

Serology Procedures Manual
Sero 102-4.doc
Issue Date: 02/08/10
Revision: 4
Page 7 of 17

**7.1.1.2.6** Disposable face masks must be used at all times when handling evidentiary items or secondary evidence samples (i.e., cuttings and/or DNA sample tubes) to minimize the potential for introduction of biological material by Laboratory personnel.[8] At a minimum, face masks must be changed if they become visibly soiled or torn. Face masks must also be worn when preparing all reagents.

### 7.1.1.3 Quality Assurance Safeguards

**7.1.1.3.1** All pre-amplification work surfaces must be decontaminated with a 10% bleach solution each workday before use, as they become visually soiled and after their final use on a given workday. All work surfaces within the post-amplification laboratory must be cleaned weekly with detergent and water.

**7.1.1.3.2** Disposable paper (e.g., bench paper, weigh paper, tissue paper, etc.) must be used in processing evidence items to ensure a clean working surface and to prevent the deposition of biological material on permanent work surfaces.[9] Disposable paper must be changed as it becomes visibly soiled or, at a minimum, after the completion of the examination of an individual item of evidence and before the examination of another item is begun. Evidence items that are packaged together (e.g., vaginal swabs, clothing items, etc.) may be processed on the same disposable paper, provided that the paper does not display visible soiling.

**7.1.1.3.3** Only one case will be examined at a time and only one Q specimen will be opened and collected for processing at any one time. The portion of the stain identified for analysis will be removed/collected from the Q specimen, placed into the corresponding labeled tube or envelope, and the Q specimen returned to the evidence packaging. This process is sequentially repeated for each Q specimen within the case.

**7.1.1.3.4** All evidence items under active examination must be maintained as far as possible from other items of evidence under examination by any other individual(s) working within a common laboratory space.

**7.1.1.3.5** Reagents must be stored separately from evidentiary samples. Separate storage in this context means, at a minimum, placing these reagents on a different shelf of the same storage used for evidentiary material. Reagents should be placed above evidentiary material in storage areas.

---

[8] Face masks do not need to be worn during procedural steps making use of DNA aliquots that do not give rise to secondary evidence (i.e., CE sample preparation). Additionally, smear slides may be examined without a face mask provided that a barrier is placed between the observer and the stage of the microscope.

[9] Used disposable paper that displays no visible contamination with biological material will be disposed of in regular laboratory trash.

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE Document 102-18 Filed 03/08/17 Page 8 of 17
Case 2:04-cr-00055-RRE Document 753-9 Filed 10/17/11 Page 8 of 17
**Ptr. Exh. 18 - Page 8**

Serology Procedures Manual
Sero 102-4.doc
Issue Date: 02/08/10
Revision: 4
Page 8 of 17

**7.1.1.3.6** Control samples must be tested in the manner prescribed in Section 4. The batch number and test results for all control samples must be documented in the casework notes.

**7.1.1.3.7** Individual items from multiple Laboratory numbers may be referenced by use of abbreviated Laboratory numbers, such as the last four digits of the Laboratory number coupled with the specific item identifier (e.g., 1000 Q1, 1001 Q50, etc.). In the event a Biologist is assigned two cases for which the last four digits of the Laboratory numbers are identical, the two cases should be processed separately. With the prior approval of a Forensic Examiner, cases that share their last four digits can be processed together (e.g., priority cases with short deadlines) using expanded identifiers that uniquely distinguish each sample from the other evidence samples undergoing concurrent analysis. These identifiers should generally be based on the use of additional digits of the Laboratory numbers under concurrent examination.

**7.1.1.3.8** All sample containing tubes that do not display a physical difference after the completion of a procedural step (i.e., color change, volume change, cutting introduction, etc.) must be physically moved or marked in a manner that distinguishes them from those on which that step has yet to be completed. This requirement will help to prevent the misloading or double-loading of samples during any procedural step that does not result in an evident physical change to a handled sample.

**7.1.1.3.9** Notes taken during the examination of an evidence item (i.e., description, test result, etc.) must be taken immediately after the procedure (i.e., blood examination, semen examination, etc.) is conducted on that item. Such notes must be recorded in their final form (i.e., entered electronically into the casework worksheets) prior to beginning the examination of another evidence item of that case or batch. Multiple swabs from the same collection site and packaged together (i.e., vaginal swabs, oral swabs, etc.) may be processed together before being individually described within the final notes of examinations.

**7.1.1.3.10** At the completion of testing, any remaining sample and extracted DNA must be packaged, labeled, and returned to the submitting agency in accordance with the *FBI Laboratory Quality Assurance Manual* and the *Nuclear DNA Unit Quality Assurance Manual*.

**7.1.1.3.11** After all evidence has been returned and the final report issued, all remaining analytical materials generated as a part of the examinations conducted in nDNAU should be discarded (e.g., PSA extract tubes, etc.). Such material is not secondary evidence and is not returned with the items of evidence to the submitting agency.

## 7.1.2 Procedure Specific Safeguards

The batch number(s) of the BCIP solution used for the examination of evidence must be documented in the casework notes.

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE Document 103-18 Filed 03/08/17 Page 9 of 17
Case 2:04-cr-00055-RRE Document 733-9 Filed 10/17/11 Page 9 of 17
Ptr. Exh. 18 - Page 9

Serology Procedures Manual
Sero 102-4.doc
Issue Date: 02/08/10
Revision: 4
Page 9 of 17

## 7.2 Quality Control Procedures

**7.2.1**     Each new batch of BCIP stock solution must be tested for efficacy at the time of its preparation.

**7.2.2**     Using the analytical procedures described in 7.4, test the BCIP solution using an in-use known positive (KP) semen control and a known negative (KN) semen control.

**7.2.2.1**     A positive test result (i.e., a blue to aqua-blue color) for the KP semen control establishes that the new batch of BCIP solution is yielding the expected positive result for dried human semen (i.e., a blue to aqua-blue color).  A new batch of BCIP solution that does not yield a positive reaction with a KP semen control is not assigned a new lot number and must not be used for casework.

**7.2.2.2**     A negative test result (i.e., no blue to aqua-blue color) for the KN semen control establishes that the new batch of BCIP solution itself is not yielding a positive result (i.e., a blue to aqua-blue color) in the absence of dried human semen.  A new batch of BCIP solution that yields a false-positive reaction (i.e., a blue to aqua-blue color) with a KN semen control is not assigned a new lot number and must not be used for casework.

**7.2.3**     If the expected results for both the KP and KN semen controls are obtained using the new batch of BCIP solution, that preparation of BCIP solution may be assigned a new lot number and may be used for casework.

**7.2.4**     The results of the quality control procedures testing for each new lot of BCIP solution must be documented and maintained either electronically or as a hardcopy.

## 7.3 Reagent Preparation[10, 11, 12]

Graduated cylinders and/or pipettes closest in capacity to the volume of liquid being measured must be used.  Unless otherwise prescribed, reagents may be used for up to a calendar year after

---

[10] Except where noted, all reagents are stored in glass containers.

[11] Refer to nDNAU 701 *Procedures for Use of the Steris Autoclave* for all reagents that require autoclaving.

[12] Upon expiration of a reagent batch, any daughter solution(s) made with this expired parent reagent must also be deemed expired.  All reagents containing components with expiration dates that precede the prescribed expiration period of the solution being prepared must have their expiration date adjusted to accommodate the expiration date of the oldest component used in making the reagent.  For example, if solution X, which has a prescribed expiration of I year after preparation, contains component A that expires 6 months from the preparation date of solution X and component B expires in 3 months from that date, solution X must be assigned an expiration date of 3 months.

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE Document 1083-18 Filed 03/08/17 Page 10 of 17
Case 2:04-cv-00055-RRE Document 753-9 Filed 10/17/11 Page 10 of 17
Ptr. Exh. 18 - Page 10

Serology Procedures Manual
Sero 102-4.doc
Issue Date: 02/08/10
Revision: 4
Page 10 of 17

their date of preparation. Any reagent in which microbial growth is observed must be discarded.

### 7.3.1 Autoclaved, Washed Cotton Patches

Machine wash the 100% white cotton sheet in hot water with detergent. Wash twice in cold water without detergent. Allow the sheet to air dry. Cut the sheet into approximately 3 cm x 3 cm patch portions. Autoclave portioned, washed cotton sheeting for one hour under standard glassware conditions. Store dried, autoclaved, washed cotton patches at room temperature in re-sealable plastic bags. These patches may be used indefinitely. A patch that displays visible soiling must be discarded.

### 7.3.2 5-Bromo-4-chloro-3-indolyl phosphate (BCIP) Solution, 500 ml

Dissolve 0.25 g BCIP in 20-25 drops of dimethylsulfoxide (DMSO). This mixture will have a milky yellow color. Add the BCIP/DMSO solution to 500 ml of sodium acetate buffer and mix on a magnetic stirrer until a clear solution results (may require as long as overnight). Store at 4°C ± 3°C.

### 7.3.3 Sodium Acetate Buffer, 0.01 M, pH 5.5, 1 L

Dissolve 1.36 g sodium acetate in 900 ml filter purified water. Adjust the pH to 5.5 with acetic acid. Add 0.4 g Thimerosal. Adjust volume to 1 L with filter purified water. Store at 4°C ± 3°C.

### 7.4 Analytical Procedures[13]

7.4.1     Using a sterile cotton swab moistened to dampness with NANOpure filter purified water (approximately 50 µl),[14] rub each stained area until a visible amount of stain has been transferred to the swab, or the swab appears matted.

7.4.2     Place the swab, tip down, into its own 12 mm x 75 mm culture tube.

---

[13] The performance characteristics (i.e., measurement precision, etc.) of the measuring devices used in this procedure (e.g., pipette, timer, thermometer etc.) are evaluated each time this procedure is conducted using the positive and negative controls. Obtaining the expected results for the KP and KN controls demonstrates that the performance of each device(s) was satisfactory and that any introduced variation/imprecision into the process (either by a single device or collectively across multiple devices) did not alter the targeted analysis conditions.

[14] The swab should not be soaked with filter purified water to the point of dripping. The addition of excess autoclaved filter purified water can decrease the efficiency with which biological material is removed from such items by depositing moisture onto the evidence item itself.

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE Document 1033-18 Filed 03/08/17 Page 11 of 17
Case 2:04-cv-00055-RRE Document 753-9 Filed 10/27/11 Page 11 of 17
Ptr. Exh. 18 - Page 11

Serology Procedures Manual
Sero 102-4.doc
Issue Date: 02/08/10
Revision: 4
Page 11 of 17

**7.4.3** A KP semen control is processed in parallel with each batch of questioned stain(s). After sampling from all questioned stains, rub a cotton-tipped applicator on the stained area of a KP semen control swatch and place the swab, tip down, into a 12 mm x 75 mm culture tube.

**7.4.4** As the last control prepared with each batch of questioned stain(s), prepare the KN semen control by placing an uninoculated swab, tip down, into a 12 mm x 75 mm culture tube.

**7.4.5** To each tube, add 200 µl of BCIP solution. Place all tubes in a water bath at 37°C ± 1°C for 15 minutes.

**7.4.6** Remove the tubes from the water bath and invert swabs (i.e., so that the cotton-tipped end is up) in the test tubes.

**7.4.7** If not done immediately after inversion, the examination of the swabs for color must be done on the same working day during which BCIP solution was added.

**7.4.8** Examine the KP semen control. The optimum (and expected) outcome for the KP semen control is the observation of a blue to aqua-blue color. If no blue to aqua-blue color is observed in the KP semen control, the test results for the questioned stains run in parallel with that control cannot be used for interpretive purposes. This result indicates that any negative result (i.e., no blue to aqua-blue color) present on either the KN semen control and/or a questioned stain(s) may or may not be the result of the absence of AP activity attributable to the material collected as a part of these samples. Such a result is recorded as inconclusive (or INC) in the case notes. Sample quantity permitting,[15] any specimen(s) processed in parallel with an affected positive control must be re-processed.

**7.4.9** Examine the KN semen control. The optimum (and expected) outcome for the KN semen control is the observation of no color development (i.e., color other than that transferred to the sample swab from the substrate material during sample collection). If a blue to aqua-blue color is observed in the KN semen control, the test results for the questioned stains run in parallel with that control cannot be used for interpretive purposes. This result indicates that any positive result (i.e., a blue to aqua-blue color) present on either the KP semen control and/or a questioned stain(s) may or may not be the result of the presence of AP activity attributable to the material collected as a part of these samples. Such a result is recorded as inconclusive (or INC) in the case notes.

---

[15] As used here, "sample quantity permitting" designates those specimens for which sufficient material (i.e., stain) remains to conduct additional serological and/or DNA examinations. It is noted that should the performance of any additional examination(s) result in the total consumption of a sample (i.e., no original material would remain), an Examiner, or their designee, should contact the contributing agency or other responsible office (i.e., Office of the United States Attorney, etc.) concerning this necessity. Based on this discussion, a mutually acceptable strategy should be developed concerning the future testing of such a sample(s).

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE Document 1032-18 Filed 03/08/17 Page 12 of 17
Case 2:04-cv-00055-RRE Document 733-9 Filed 10/17/11 Page 12 of 17
Ptr. Exh. 18 - Page 12

Serology Procedures Manual
Sero 102-4.doc
Issue Date: 02/08/10
Revision: 4
Page 12 of 17

Sample quantity permitting,[16] any specimen(s) processed in parallel with an affected negative control must be re-processed.

**7.4.10**    The observation of a blue to aqua-blue color during this period indicates that semen may be present in the tested material and is recorded in the case notes as a positive result (or POS).

**7.4.11**    The observation of faint blue to aqua-blue color indicates that semen may be present in the tested material and is recorded in the case notes as a faint positive result (or Ft. POS).

**7.4.12**    The observation of no blue to aqua-blue color during this period indicates that no semen was detected in the tested material and is recorded in the case notes as a negative result (or NEG).

## 7.5 Reporting Procedures[17]

**7.5.1**    A negative BCIP reaction indicates that no semen was detected in the tested material. The following general statement should be included in the report when a negative BCIP result is obtained:

*"Specimen Q1 was examined for the presence of semen; however, none was detected.*[*]*"*

with the following associated explanatory endnote:

[*]*"This conclusion is based on the results of the presumptive bromochloroindolyl phosphate test, the results of the confirmatory prostate-specific antigen test and/or the results of the microscopic examination for a human sperm cell. Insufficient quality and/or quantity of biological material may affect the ability to detect semen."*

**7.5.2**    A positive BCIP reaction indicates that semen may be present in the tested material.

---

[16] As used here, "sample quantity permitting" designates those specimens for which sufficient material (i.e., stain) remains to conduct additional serological and/or DNA examinations. It is noted that should the performance of any additional examination(s) result in the total consumption of a sample (i.e., no original material would remain), an Examiner, or their designee, should contact the contributing agency or other responsible office (i.e., Office of the United States Attorney, etc.) concerning this necessity. Based on this discussion, a mutually acceptable strategy should be developed concerning the future testing of such a sample(s).

[17] For a given item of evidence, only the results for the stain on that specimen that yielded the most information with respect to the semen examinations conducted (to include both the presumptive and confirmatory testing performed) is reported. For example, if an item of evidence is found to have a stain that yielded a negative BCIP test result and another stain that yielded a positive BCIP test as well as a positive confirmatory test for semen, the result of the dual positive stain would be reported to represent that item. In this way, the maximum amount of information concerning the possible presence of semen on a specimen as a whole is reported.

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE Document 1032-18 Filed 03/08/17 Page 13 of 17
Case 2:04-cv-00055-RRE Document 733-9 Filed 10/17/11 Page 13 of 17
**Ptr. Exh. 18 - Page 13**

Serology Procedures Manual
Sero 102-4.doc
Issue Date: 02/08/10
Revision: 4
Page 13 of 17

**7.5.2.1** Because AP activity is present in body fluids other than semen (e.g., vaginal fluid, etc.), a confirmatory test for the presence of semen is necessary to conclusively identify semen on an item of evidence. If a confirmatory test for semen is not/cannot be conducted [i.e., a stain(s) is of limited size, etc.], the following general statement should be included in the report when only a positive BCIP result is obtained for an item:

*"The result of the serological examination performed on specimen Q1 for the possible presence of semen does not satisfy the Nuclear DNA Unit reporting criteria; therefore no conclusion can be offered."*

**7.5.3** If the KP semen control and/or the KN semen control do not yield the optimum (and expected) outcome(s) and if insufficient material remains to conduct re-testing or additional serological examinations (i.e., PSA testing, etc.), the following general statement should be included in the report:

*"The result of the serological examination performed on specimen Q1 for the possible presence of semen does not satisfy the Nuclear DNA Unit reporting criteria; therefore no conclusion can be offered."*

# 8 Calculations

Not applicable.

# 9 Uncertainty of Measurement

Not applicable.

# 10 Limitations

**10.1** A positive reaction (i.e., a blue to aqua-blue color) with the BCIP solution provides a presumptive indication that semen may be present on an item but it does not constitute an identification of semen. A confirmatory testing procedure is required to identify the presence of semen in a questioned stain (See the nDNAU 105 *Procedures for Human Semen Identification by the Prostate Specific Antigen Test*).

**10.2** A faint positive result indicates that semen may be present on an item but it does not constitute an identification of semen. The faint nature of the positive result is recorded in the case work documentation to capture semi-quantitative information that may be of value in determining what, if any, additional tests are conducted on a stain (e.g., confirmatory testing, DNA testing, etc.)

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE Document 1032-18 Filed 03/08/17 Page 14 of 17
Case 2:04-cv-00055-RRE Document 753-9 Filed 10/17/11 Page 14 of 17
Ptr. Exh. 18 - Page 14

Serology Procedures Manual
Sero 102-4.doc
Issue Date: 02/08/10
Revision: 4
Page 14 of 17

and/or the amount of stain consumed for such a test(s).

**10.3** While a negative BCIP test indicates that no semen was detected in a stain, the failure to detect semen in biological material is not the basis for an absolute determination that semen was not present. False-negative test results (i.e., no blue to aqua-blue color) may be obtained in the presence of semen when it is present in a quantity below the detection limit of the BCIP test (e.g., insufficient quantity and/or poor quality).[18]

**10.4** A positive BCIP test is not required for the identification of semen; a positive confirmatory test for semen is all that is necessary for the reporting of the conclusive identification of semen. The utility of the BCIP test lies in its ability to provide information that aids in the differentiation between those stains that most certainly do not contain semen and those that may so that any further testing (i.e., confirmatory testing for semen, DNA testing, etc.) can be focused on those stains most likely to yield additional information.

**10.5** Because AP activity is present in body fluids other than semen (e.g., vaginal fluid, etc.), the BCIP procedure is not routinely conducted on items of evidence likely to have such fluids present (e.g., vaginal swabs, oral swabs, rectal swabs, panty crotches, etc.).

**10.6** Presumptive semen testing may not be conducted on items of evidence of potential value for latent fingerprint examination.

## 11 Safety

**11.1** All evidence containing or contaminated with blood or other potentially infectious materials will be considered infectious regardless of the perceived status of the source individual or the age of the material. All nDNAU personnel who work with such material will follow the "Bloodborne Pathogen (BBP) Exposure Control Plan" found in the most current version of the FBI *Laboratory Safety Manual*.

**11.2** Use safety precautions when preparing and using chemical reagents. Consult MSDS (material safety data sheets).

**11.3** Please refer to the "Bloodborne Pathogen (BBP) Exposure Control Plan", *Safe Work Practices and Procedures*, *Personal Protective Equipment Policy*, and *Chemical Hygiene Plan* sections of the FBI *Laboratory Safety Manual* for important personal safety information prior to conducting these procedures.

---

[18] The sensitivity (i.e., detection limit) of the BCIP procedure described in this document has been empirically determined in the Laboratory to consistently yield a positive result for semen dilutions of 1/32 or greater.

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE Document 1032-18 Filed 03/08/17 Page 15 of 17
Case 2:04-cv-00055-RRE Document 753-9 Filed 10/27/11 Page 15 of 17

Ptr. Exh. 18 - Page 15

Serology Procedures Manual
Sero 102-4.doc
Issue Date: 02/08/10
Revision: 4
Page 15 of 17

**11.4** Please refer to the *Hazardous Waste Disposal Section* of the FBI *Laboratory Safety Manual* for important information concerning proper disposal of the chemicals used in these procedures as well as the biohazardous wastes generated.

**11.5** Procedural Specific Chemical Hazard: Acetic acid can be hazardous. Wear appropriate protective clothing and eyewear when handling acetic acid. Be careful not to expose face or hands to splashes.

## 12 References

Baechtel, F.S., Brown, J., and Terrell, L.D. Presumptive screening of suspected semen stains in situ using cotton swabs and bromochloroindolyl phosphate to detect prostatic acid phosphatase activity, *Journal of Forensic Sciences* (1987) 32: 880-887.

Baechtel, F. S. The Identification and Individualization of Semen Stains. In: *Forensic Science Handbook,* Vol. 2, R. Saferstein, ed., Prentice Hall, 1988; 347-392.

FBI Laboratory Quality Assurance Manual, Federal Bureau of Investigation, Laboratory Division, latest revision.

FBI Laboratory Safety Manual, Federal Bureau of Investigation, Laboratory Division, latest revision.

nDNAU Miscellaneous Procedures Manual, Federal Bureau of Investigation, Laboratory Division, latest revision.

nDNAU Quality Assurance Manual 600 Series, Federal Bureau of Investigation, Laboratory Division, latest revision.

nDNAU Serology Procedures Manual 100 Series, Federal Bureau of Investigation, Laboratory Division, latest revision.

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE  Document 1032-18  Filed 03/08/17  Page 16 of 17
Case 2:04-cv-00055-RRE  Document 733-9  Filed 10/27/11  Page 16 of 17
Ptr. Exh. 18 - Page 16

| Rev. # | Issue Date | History |
|---|---|---|
| 0 | 07/24/06 | Original document issued. |
| 1 | 10/16/06 | Deleted section 10.3. |
| 2 | 12/03/07 | Updated DNAUI to DNAAUI throughout entire document. Revised footnotes throughout entire document. Revised Sections 1, 2 and 3. Revised Section 4 regarding the preparation of the Known Positive Control and Known Negative Control. Revised Section 7. Added Sections 7.3.1 and 7.5. Revised Section 10. |
| 3 | 11/02/09 | Updated DNAAUI to nDNAU throughout entire document. Added Nuclear DNA Unit to section 1. Updated temperature range limit for frozen storage in Sections 3 and 4.1.2.8. Revised cotton sheeting cutting size from 2.5 cm to 3 cm in Section 4.1.2.1 and from 6 cm to 3 cm in Section 7.3.1. Updated document maintenance in Section 7.1.1.1.9 and deleted "where possible" from Section 7.1.1.3.5. Revised footnote number 7 to generalize collection area. Revised Section 7.1.1.3.7 to include an exception for processing cases together. Renumbered former Sections 7.2.2.3 and 7.2.2.4 as Sections 7.2.3 and 7.2.4 respectfully. Added new footnote number 12 to Section 7.3 and renumbered remaining footnotes. Updated water type from "autoclaved" to "NANOpure" in Section 7.4.1. Added "outcome" to "optimum" in Section 7.4.9. Updated reporting statements by replacing "found" with "detected" in Section 7.5.1 and adding "result of the" to Sections 7.5.2.1 and 7.5.3. Revised references. |
| 4 | 02/08/10 | Revised Sections 4.1.2.7 and 7.2.4 to include an electronic documentation option for records. Updated precautions under Sections 7.1.1.1 and 7.1.1.2 to correct language and clarify instruction. Added explanatory endnote to reporting statement for a negative result in Section 7.5.1. Updated reporting statement language under Sections 7.5.2.1 and 7.5.3. |

**This is an uncontrolled copy of a controlled document.**

Case 2:04-cr-00055-RRE Document 1023-18 Filed 03/08/17 Page 17 of 17
Case 2:04-cv-00055-RRE Document 753-9 Filed 10/17/11 Page 17 of 17

**Ptr. Exh. 18 - Page 17**

Serology Procedures Manual
Sero 102-4.doc
Issue Date: 02/08/10
Revision: 4
Page 17 of 17

**Approval**

Unit Chief                          Date: ___02/02/2010___
           Anthony J. Onorato

**QA Approval**

Quality Manager                     Date: ___02/02/2010___
           Catherine E. Theisen

**Issuance**

nDNAU QA Manager                    Date: ___02/02/2010___
           Nicole M. Nicklow

**This is an uncontrolled copy of a controlled document.**