Ptr. Exh. 19

me Laboratory Division
Forensic Unit
Methods Flow Chart
Version 2.0

Page 1 of 2
Printed 05/24/02

The following flow chart is the **general flow** of handling and testing body fluid evidence:

Receive evidence – Administrative Procedures

Remove evidence from cold temperature storage or room temperature storage
    *Place evidence on clean laboratory paper
    *Open and examine one item at a time
    *Mark each container with case number, date, item number, and initials
    *Each item of evidence should be described in the evidence description section of the examiner's worksheet

Visually examine evidence – locate suspected stains
An Alternate Light Source or additional light maybe used to locate suspected stains
It maybe appropriate not to screen stains to preserve the sample for DNA testing.
It maybe appropriate to photograph items before cuttings are made

### Suspected Stains Located

*Possible blood*

| | | |
|---|---|---|
| Hemetrace | Negative | no human blood detected |
| | Positive | Human blood presumptively identified |
| | | DNA extraction procedure |

*Possible Semen*

| | | |
|---|---|---|
| AP Spot Test | Negative | Acid Phosphatase not detected (no semen detected) |
| | Positive | Acid Phosphatase detected (semen or other body fluids maybe present) |
| ABA card (p30) | Negative | No p30 detected |
| | Positive | p30 detected (semen detected) |
| | | DNA extraction procedure |