United States of America

Case Number: 2:04-cr-55

v.

**Alfonso Rodriguez Jr**

## CLERK'S MINUTES
Status Conference

Honorable Ralph R. Erickson
Shelley Giauque, Deputy Clerk
Kelly Kroke, Court Reporter
Susan Hettich, Law Clerk

Date: Wednesday, 3/15/17
Time: 2:00 PM
Recess: 2:20 PM

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Appearances:
Attorney for plaintiff:   Keith Reisenauer/Melissa Burkland
Attorney for defendant: Victor Abreu   (via phone)
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Court calls case and notes appearances.
Court advises of pending motions and of hearings previously set.

Mr. Reisenauer notes that Mr. Hoy's deposition has not been completed.
Counsel comment and agree with motion to continue the Evidentiary Hearing set for 3/28/17.
Court will move this hearing to the date previously reserved in June (6/20/17). Will keep 7 days
reserved (may only need 4 days), to allow for the adjustment of witness schedules, etc. Court
will allow testimony via video if necessary.

Mr. Reisenauer requests leave of court to file Reply to the Motion to Compel on or before Friday,
3/24/17. No objections by Mr. Abreau. Court will allow.

Court and counsel will most likely take deposition of Mr. Hoy on 3/28/17. Court will set a
hearing on the Motion to Compel for Wednesday, 3/29/17 at 1:30 PM.

Discussions as to options to potentially resolve certain issues (factual disputes) - may meet with
Magistrate Judge Senechal; may file limited interrogatories in lieu of depositions. Counsel will
discuss and advise the court. There may be ways to streamline issues.

The Evidentiary Hearing that was previously set for June 20, 2017 will be moved to a later date.
Counsel will discuss and will contact witnesses to determine an appropriate date for the
Evidentiary Hearing (re: mental health issues). Counsel will then confer with clerk to find a new
date.

Recess.