IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

United States of America,

      Plaintiff/Respondent,

vs.

Alfonso Rodriguez, Jr.,

      Defendant/Petitioner.

Criminal No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**ORDER CONTINUING
EVIDENTIARY HEARING SET
FOR MARCH 28-31, 2017**

Before the court is Petitioner Alfonso Rodriguez, Jr.'s unopposed motion to continue the evidentiary hearing set for March 28-31, 2017.[1]  Upon consideration, the motion is **GRANTED**.  The hearing on the forensic issues is continued until June 20, 2017.  Seven days will be set aside on the calendar for the hearing.  The remaining issues set for June 20, 2017, are continued to a date to be determined.

      **IT IS SO ORDERED.**

Dated this 15th day of March, 2017.

/s/ Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court

---

[1] Doc. #1033.