**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **:** |
| | **:** |
| **Plaintiff/Respondent,** | **:** |
| | **: Criminal Case No. 2:04-cr-55** |
| **vs.** | **:** |
| | **:** |
| **ALFONSO RODRIGUEZ, JR.,** | **:** |
| | **:** |
| **Defendant/Petitioner.** | **:** |

**WAIVER OF APPEARANCE AT HEARING OF MARCH 29, 2017**

Petitioner Alfonso Rodriguez, by and through undersigned counsel, hereby waives his presence at the upcoming hearing scheduled for March 29, 2107, at 1:30 p.m., concerning the pending motion to compel discovery. Petitioner states as follows:

1.     Exhibit 1, attached to this document, is a signed waiver for the entirety of the hearing that was previously scheduled for March 28-31, and which suffices to waive Petitioner's presence for the comparatively abbreviated hearing of March 29.

2.     Although Exhibit 1 requests Petitioner's attendance by video conference, that request is hereby waived in light of the fact that the parties do not expect to present live testimony at the hearing.

Respectfully submitted,

/s/ Victor J. Abreu
VICTOR J. ABREU (PA Bar No. 71635)
JOSEPH W. LUBY (PA Bar No. 321759)
FEDERAL COMMUNITY DEFENDER FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
victor_abreu@fd.org
joseph_luby@fd.org

Dated:      March 23, 2017
            Philadelphia, PA

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2017, the foregoing document was filed electronically

with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF)

to the following:

Keith Reisenauer
keith.reisenauer@usdoj.gov

/s/ Victor J. Abreu
*Counsel for Defendant-Petitioner*

2