# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### NORTHEASTERN DIVISION

UNITED STATES OF AMERICA,                    :

          Plaintiff/Respondent,    :     Case No. 2:04-cr-55

                                      :

vs.                                          :     **WAIVER OF APPEARANCE**
                                        :     **AT EVIDENTIARY HEARING**

ALFONSO RODRIGUEZ, JR.,                      :     **COMMENCING ON**
                                        :     **MARCH 28, 2017**

          Defendant/Petitioner.    :

_____:

The undersigned defendant in this case acknowledges the following:

1. I am aware the District Court has scheduled a public evidentiary hearing to convene at 9:00 a.m. on Tuesday, March 28, 2017.

2. My attorneys, Victor J. Abreu and Joseph W. Luby, have advised me that the purpose of this evidentiary hearing is for the Court to hear testimony regarding forensic evidence in my case.

3. I am aware that, as the defendant, I have the right to be present at the evidentiary hearing in its entirety.

4. Mindful of my right to be present, I voluntarily give up that right and will not physically attend the evidentiary hearing. I understand my attorneys will be attending on my behalf.

5. I am requesting to attend the hearing via video conference.

Dated:     February 16, 2017

                                          _____
                                          Alfonso Rodriguez, Jr.

**EXHIBIT 1**