

United States Attorney
District of North Dakota

Quentin N. Burdick United States Courthouse       701-297-7400
655 First Avenue North - Suite 250            FAX:  701-297-7405
Fargo, ND  58102-4932                  ADMIN FAX:  701-297-7425
                                         FLU FAX:  701-297-7435
                                      TOLL FREE:  1-888-716-7395

February 10, 2005

Mr. Robert G. Hoy
OHNSTAD TWICHELL
P. O. Box 458
West Fargo, ND 58078-0458

Re:    United States of America vs. Alfonso Rodriguez Jr.
       Criminal No. C2-04-55

Dear Mr. Hoy:

The BCA lab will be doing DNA testing on the following samples, which may be consumed during the testing:

        Item 2 - knife from trunk of Mercury Sable (KKY104)
        Item 7 - latex gloves from trunk of Mercury Sable (KKY104)
        Item 13 - swab from window of Mercury Sable (KKY104)
        Item 14 - back or rear seat cushion of Mercury Sable (KKY104)
        Item 15 - seat belt (passenger rear seat) of Mercury Sable (KKY104)
        Item 25 - swab from garage, 210 Adams Street, Crookston
        Item 26 - swab from garage, 210 Adams Street, Crookston
        Item 54 - finger/toe nail found in Oldsmobile Cutlass Supreme, SL
        Item 73 - black P-coat from Sjodin
        Item 74 - pink blouse from Sjodin
        Item 75 - tank top shirt from Sjodin
        Item 76 - bra from victim
        Item 81 - neck ligature cord
        Item 82 - wrist ligature cord
        Item 86 - biological samples from Sjodin

**EXHIBIT A**

Mr. Robert G. Hoy
February 10, 2005
Page two

The DNA analysis will be performed at the BCA lab in St. Paul by Ann Gross, Technical Leader, DNA Section.  The BCA lab will allow a qualified DNA defense expert to observe the testing.  Please let us know by February 22, 2005, if you have a DNA expert who wants to be present to observe the testing.  We expect to begin testing within the next four weeks.

If you have any questions, please call me.

Sincerely,

DREW H. WRIGLEY
United States Attorney

DHW:tla