## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff/Respondent, | : | |
| | : | Criminal Case No. 2:04-cr-55 |
| vs. | : | |
| | : | |
| ALFONSO RODRIGUEZ, JR., | : | |
| | : | |
| Defendant/Petitioner. | : | |

### NOTICE OF SUBSTITUTION OF ATTORNEY

Please take notice that undersigned counsel, Assistant Federal Defender Eric J. Montroy,

hereby substitutes his appearance for prior counsel, Kimberly Newberry, who has left the employ

of the Federal Community Defender Office for the Eastern District of Pennsylvania.

Please enter my appearance on behalf of Defendant/Petitioner, Alfonso Rodriguez, Jr., in

the above-captioned matter.

Respectfully submitted,

/s/ Eric Montroy
ERIC J. MONTROY (PA Bar No. 90949)
VICTOR J. ABREU (PA Bar No. 71635)
JOSEPH W. LUBY (PA Bar No. 321759)
FEDERAL COMMUNITY DEFENDER FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
eric_montroy@fd.org

Dated:        March 28, 2017
              Philadelphia, PA

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of March, 2017, I served a copy of the foregoing

Notice of Substitution of Attorney on the following counsel of record via first class mail, postage

prepaid:

Keith W. Reisenauer, Esq.
Assistant United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North – Suite 250
Fargo, ND 58102-4932

/s/Eric J. Montroy
Eric J. Montroy