IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>      Plaintiff/Respondent,<br><br>vs.<br><br>Alfonso Rodriguez, Jr.,<br><br>      Defendant/Petitioner. | Criminal No. 2:04-cr-55<br>Civil Case No. 2:11-cv-88<br><br>**ORDER AUTHORIZING<br>APPEARANCE VIA VIDEO<br>CONFERENCE** |

An evidentiary hearing in this matter is set to begin before the undersigned on **June 20, 2017, at 9:00 a.m.** in Courtroom 1, Quentin N. Burdick United States Courthouse, Fargo, North Dakota.  The hearing is expected to last up to seven days.  Defendant Alfonso Rodriguez, Jr. has waived his right to be present in Fargo for the hearing.[1]  Rodriguez's request to appear via video conference is **GRANTED**.  The court hereby authorizes Rodriguez to appear via video conference from the facility where he has been designated to serve his term of incarceration.  The Clerks Office is directed to make arrangements for the video conference connection for the hearing.

    **IT IS SO ORDERED.**

    Dated this 12th day of June, 2017.

/s/ Ralph R. Erickson
Ralph R. Erickson, District Judge
United States District Court

---

[1] Doc. #1045.