**MINUTE SHEET**

| Case Name:    United States of America | Alfonso Rodriguez | |
|---|---|---|
| | v. | |

| Case No.: 2:04-cr-55 | Date: 6/20/2017 | Evidentiary Hearing. |
|---|---|---|
| Presiding Judge:<br>Honorable Ralph R. Erickson | Deputy Clerk(s):<br>Todd Dudgeon<br>Shelley Giauque | Court Reporter:<br>Kelly Kroke |
| Law Clerk:<br>Susan Hettich | | Interpreter: n/a |

| Counsel Present: | |
|---|---|
| Plaintiff's Counsel | Defendant's Counsel |
| Keith Reisenauer, FAUSA | Eric Montroy |
| Melissa Burkland, AUSA | Victor Abreu |
| | Joseph Luby |
| | |

**SEE SEPARATE LISTS FOR WITNESSES AND EXHIBITS**.

**Tuesday, June 20, 2017 - Day 1**

9:00 AM Court calls case, notes appearances for the record, and states purpose of this hearing. Court notes that the petitioner has waived his right to appear at this hearing.

No opening statements by counsel. Defense presents its case.

Mr. Joseph Luby calls **Charles Alan Keel**, sworn and testifies.

Court recognizes Mr. Keel as an expert and he can testify as such.

10:20 AM BREAK (10:40)

10:40 Reconvene, cross examination of Mr. Keel by Mr. Reisenauer, Re-direct by Mr. Luby, Re-cross by Mr. Reisenauer. Court inquires of the witness. Witness excused.

11:45 BREAK (1:00)

1:00 PM Reconvene. Petitioner calls **Dr. Mark Flomenbaum**, sworn and testifies. Direct examination by Mr. Montroy. Court recognizes Dr. Flomenbaum as an expert, and he can testify as such.

2:35 PM BREAK (2:55)

2:53 - Reconvene - Direct examination of witness continues.

Cross-examination by Mr. Reisenauer. Re-direct by Mr. Montroy.

Witness is excused.

4:30 - Recess. (Reconvene at 9:00 am tomorrow).

**Wednesday, June 21, 2017 - Day 2**:
9:00 AM - Court calls case and notes appearances. Defendant has waived his appearance.
**Jonathan L. Arden, MD**: sworn. Direct examination by counsel for the petitioner.
10:15 AM - break until 10:35 AM
10:35 AM - Court calls case and notes appearances.
**Jonathan L. Arden, MD**: retakes the stand. Direct examination continues.
11:15 AM - break

11:25 AM - Court calls case and notes appearances.
**Jonathan L. Arden, MD**: retakes the stand.  Cross examination by Mr. Reisenauer.
12:00 PM - break until 1:15 PM
1:15 PM - Court calls case and notes appearances.
**Jonathan L. Arden, MD**: retakes the stand. Cross examination by Mr. Reisenauer continues.  Redirect. Recross.
**Dr. Ljubisa Jovan Dragovic**: sworn. Direct examination by Mr. Montroy.

2:40 PM - break

**3:08 PM - Dr. Ljubisa Jovan Dragovic** retakes the stand. Direct examination continues. Cross examination by Mr. Reisenauer. Redirect.  Recross. Witness excused.

4:00 PM - Court will recess for the day and begin at 9:00 AM tomorrow morning.

**Thursday, June 22, 2017 - Day 3**

9:10 AM - Court calls case, notes appearances for the record.  Mr. Rodriguez has waived his appearance at the hearing.

**Mr. Robert Hoy**, sworn and testifies.  Direct examination by Mr. Luby.

10:05 Break (10:10)

10:10 - Reconvene. Direct examination by Mr. Luby.

11:00 - Recess (12:00) Mr. Hoy will be recalled after the video testimony of Dr. Ferenc.

Lunch break (11:00 to 12:00 PM)

12:00 Reconvene - Petitioner calls **Dr. Michael Ferenc** by video conference.  Court administers oath.  Direct examination by Mr. Montroy. Court recognizes Dr. Ferenc as an expert and can testify as such.

12:35 PM Cross examination by Mr. Reisenauer.  12:55 Redirect by Mr. Montroy. 1:05 Re-cross by Mr. Reisenauer. Witness is excused.

1:15 PM - **Mr. Hoy retakes the stand**.  Direct examination by Mr. Luby continues.

1:40 BREAK (2:00)

2:00 PM - Reconvene - Mr. Hoy's testimony continues.

3:10 PM - Cross examination by Mr. Reisenauer.

4:10 PM Recess (4:20)

4:20 Reconvene - Cross examination by Mr. Reisenauer continues.

6:00 PM Break (6:20)

6:20 PM Reconvene- Cross of Mr. Hoy continues by Mr. Reisenauer.

7:15 PM.  Witness excused. Recess until 9:00 AM tomorrow.

**Friday, June 23, 2017 - Day 4:**
9:00 AM - Court calls case and notes appearances.
**Garry F. Peterson, M.D., J.D.**: sworn. Direct examination by Mr. Abreu.
10:30 AM - break
10:50 AM - Court calls case and notes appearances.
**Garry F. Peterson, M.D., J.D.**: cross examination by Mr. Reisenauer. Redirect. Recross.
11:45 AM - lunch break and start at 1 PM

1:00 PM - **Steven Fischer**, sworn.  Direct examination by Mr. Abreu.    1:25 PM Cross by Mr. Reisenauer.  Witness excused and released from the subpoena.

No more witnesses to present today. Record will be held open until additional testimony of Mr. Ney can be conducted in September.

Adjourn 1:40 PM