EXHIBIT LIST - -  CIVIL/CRIMINAL CASE NO.    2:04-cr-55
CASE TITLE: USA v. Rodriguez (2255 Petition)

| P/D NO. | DATE | WITNESS | DESCRIPTION | *STIPULATED | OFFERED | OBJECTION | R RESERVED | OVERRULED | SUSTAINED | WITHDRAWN | RECEIVED |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pet. 1 | 6/20 | Keel | CV of M. Charles A. Keel | | x | | | | | | x |
| Pet. 2 | 6/20 | Keel | Withdrawal Letter of FSA to Mr. Hoy | | x | | | | | | x |
| Pet. 3 | 6/20 | Keel | Review Report of Mr. Keel | | x | | | | | | x |
| Pet. 4 | 6/20 | Keel | Report #10 - Steven Fisher's Report and attachments. | | x | | | | | | x |
| Pet. 5 | 6/20 | Keel | Report #5 MN BCA (Fisher) dated 1/28/04 | | x | | | | | | x |
| Pet. 6 | 6/20 | Keel | Semen Saliva Summary Worksheet | | x | | | | | | x |
| Pet. 7 | 6/20 | Keel | Report #27 MN BCA dated 12/19/05 (Ann Marie Gross) | | x | | | | | | x |
| Pet. 8 | 6/20 | Keel | Semen Saliva Summary Report dated 11/22/05 | | x | | | | | | x |
| | | | volume 29 of trial transcript (testimony of Dr. McGee) | | | | | | | | |
| Pet. 9 | 6/20 | Flomenbaum | CV of Dr. Flomenbaum | | x | | | | | | x |
| Pet.10 | 6/20 | Flomenbaum | Report of Dr. Flomenbaum (to Dr. Margolies) dated 9/14/2011 | | x | | | | | | x |
| Pet. 11 | 6/20 | Flomenbaum | Addendum Report of Dr. Flomenbaum dated (12/2/2016) | | x | | | | | | x |
| Pet. 12 | 6/20 | Flomenbaum | Autopsy Photograph (neck area) | | x | | | | | | x |
| Pet. 13 | 6/20 | Flomenbaum | Photograph | | x | | | | | | x |
| Pet. 14 | 6/20 | Flomenbaum | Photograph | | x | | | | | | x |
| Pet. 15 | 6/20 | Flomenbaum | Provisional Autopsy Report of Dr. McGee (April, 2004) | | x | | | | | | x |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pet. 16 | 6/20 | Flomenbaum | Final Autopsy Protocol (Dr. McGee) | | x | | | | | | x |
| Pet. 17 | 6/20 | Flomenbaum | Photograph of knife | | x | | | | | | x |
| Pet. 18 | 6/20 | Flomenbaum | Photograph of defect (right flank) | | x | | | | | | x |
| Pet. 19 | 6/21 | Arden | | | x | | | | | | x |
| Pet. 20 | 6/21 | Arden | | | x | | | | | | x |
| Pet. 21 | 6/21 | Arden | Photograph (autopsy photo - lower legs) | | x | | | | | | x |
| Pet. 22 | 6/21 | Arden | Photograph (autopsy photo - closeup of Pet. 21) | | x | | | | | | x |
| Pet. 23 | 6/21 | Arden | Addendum | | x | | | | | | x |
| Pet. 24 | 6/21 | Arden | Autopsy photo | | x | | | | | | x |
| Pet. 25 | 6/21 | Arden | Autopsy photo(closer view of exhibit 24) | | x | | | | | | x |
| Pet. 26 | 6/21 | Dragovic | CV of Dr. Dragovic | | x | | | | | | x |
| Pet. 27 | 6/21 | Dragovic | Report | | x | | | | | | x |
| Pet. 28 | 6/22 | Hoy | Mn BCA Lab Report #10 w/o notes attached | | x | | | | | | x |
| Pet. 29 | 6/22 | Hoy | Cover letter from USA | | x | | | | | | x |
| Pet. 30 | 6/22 | Hoy | MN BCA Lab Report #27 | | x | | | | | | x |
| Pet. 31 | 6/22 | Hoy | Cover letter from USA       6/9/2004 | | x | | | | | | x |
| Pet. 32 | 6/22 | Hoy | expedited motion for disclosure of government expert witnesses | | x | | | | | | x |
| Pet.33 | 6/22 | Hoy | USA disclosure of expert witnesses 4/19/2006 | | x | | | | | | x |
| Pet. 34 | 6/22 | Hoy | USA disclosure supplement 1 4/28/2006 | | x | | | | | | x |
| Pet. 35 | 6/22 | Hoy | USA disclosure supplement 2 5/5/2006 | | x | | | | | | x |
| Pet. 36 | 6/22 | Hoy | expedited motions for sanctions and brief in support 5/5/2006 | | x | | | | | | x |
| Pet. 37 | 6/22 | Hoy | order granting motion for sanctions | | x | | | | | | x |
| Pet. 38 | 6/22 | Hoy | USA supplemental disclosure re: Order | | x | | | | | | x |
| Pet. 39 | 6/22 | Hoy | Cover letter from USA to Hoy 5/8/2006 | | x | | | | | | x |
| Pet. 40 | 6/22 | Hoy | supplemental lab report ND State Crime lab 2/20/2004 | | x | | | | | | x |
| Pet. 41 | 6/22 | Hoy | Quality Assurance Manual - ND Crime Lab | | x | | | | | | x |
| Pet. 42 | 6/22 | Hoy | Deposition transcript of Dr. McGee 5/31/2006 | | x | | | | | | x |
| Pet. 43 | 6/22 | Hoy | e-mail correspondence between Mr. Hoy and Mr. O'Keef | | x | | | | | | x |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pet. 44 | 6/22 | Hoy | letter from Dr. Blake to Mr. Hoy received 5/15/2006 (DNA) | | x | | | | | | x |
| Pet. 45 | 6/22 | Hoy | letter dated 6/9/2006 from Mr. Hoy to Dr. Blake (AP assistance) | | x | | | | | | x |
| Pet.46 | 6/22 | Hoy | e-mail to Mr. Hoy from Dr. Blake. 6/13/2006 | | x | | | | | | x |
| Pet. 54 | 6/22 | Ferenc | CV or Dr. Michael Ferenc | | x | | | | | | x |
| Pet. 55 | 6/22 | Ferenc | Report of Dr. Michael Ferenc | | x | | | | | | x |
| Pet. 47 | 6/22 | Hoy | e-mail from Hoy to Dr. Sensabaugh | | x | | | | | | x |
| Pet. 48 | 6/22 | Hoy | e-mail response 6/28/06  Dr. Sensabaugh | | x | | | | | | x |
| Pet.49 | 6/22 | Hoy | Report of Dr. Sensabaugh dated 8/24/2006 | | x | | | | | | x |
| Pet.50 | 6/22 | Hoy | Bench Notes from Ann Marie Gross | | x | | | | | | x |
| | | | vol 27 trial transcript. | | | | | | | | |
| Pet. 51 | 6/22 | Hoy | Handwritten notes of Mr. Hoy 4/15/2005 - Meeting with Dr. Peterson. | | X | | | | | | x |
| Pet. 52 | 6/22 | Hoy | Letter to Dr. Peterson (from Mr. Hoy) 5/11/2006 | | x | | | | | | x |
| Pet. 53 | 6/22 | Hoy | Letter from Hoy to Court 7/6/06 | | x | | | | | | x |
| Pet. 54 | | | | | | | | | | | |
| Pet. 55 | | | | | | | | | | | |
| Pet. 56 | 6/23 | Peterson | CV of Dr. Garry F. Peterson | | x | | | | | | x |
| Pet. 57 | 6/23 | Peterson | Letter to Dr. Peterson from Mr. Hoy dated 8/19/04 | | x | | | | | | x |
| Pet. 58 | | | | | | | | | | | |
| Pet. 59 | 6/23 | Peterson | Letter to Professor Margulies dated 10/9/11 | | x | | | | | | x |
| Pet. 60 | 6/23 | Peterson | Letter to Mr. Abreu and Mr. Luby dated 2/2/17 | | X | | | | | | x |
| Pet. 61 | 6/23 | Fischer | Conversations/messages/notes from BCA | | x | | | | | | x |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Gov. A | 6/20 | Keel | e-mail correspondence between Dr. Blake and Mr. Hoy dated 6/1/06. | | x | | | | | | | | x |
| Gov. B | 6/20 | Keel | Letter from Mr. Hoy to Dr. Blake dated 8/23/04 | | x | | | | | | | | x |
| Gov. C | 6/20 | Flomenbaum | Photograph of ligature | | | | | | | | | | |
| Gov. D | 6/21 | Arden | Photograph (autopsy view of entire body) | | | | | | | | | | |
| Gov. E | 6/21 | Arden | Transcript of Dr. McGee | | x | | | | | | | | x |
| Gov. F | 6/21 | Dragovic | Report (5-11 through 23) | | x | | | | | | | | x |
| Gov. G | 6/22 | Hoy | Notes of Mr. Hoy 6/21/04, 6/26/04 | | x | | | | | | | | x |
| Gov. H | 6/22 | Hoy | Letter to Hoy from Wrigley 2/10/05 | | x | | | | | | | | x |
| Gov. I | 6/22 | Hoy | 3/10/05 Hoy letter to Dr. Blake | | x | | | | | | | | x |
| Gov. J | 6/22 | Hoy | e-mail exchange 5/27/05 Dr. Blake and Mr. Hoy. | | X | | | | | | | | x |
| Gov. K | 6/22 | Hoy | e-mail exchange between Norm Anderson and Mr. Hoy. | | x | | | | | | | | x |
| Gov. L | 6/22 | Hoy | e-mail exchange with Dr. Blake and Mr. Hoy 10/25/2005 | | x | | | | | | | | x |
| Gov. M | 6/22 | Hoy | e-mail exchanged between Dr. Blake and Mr. Hoy. | | x | | | | | | | | x |
| Gov. N | 6/22 | Hoy | Letter from Mr. Hoy to Dr. Blake 2/7/16 | | x | | | | | | | | x |
| Gov. O | 6/22 | Hoy | Letter from Hoy to Norm Anderson 4/10/06 | | x | | | | | | | | x |
| Gov. P | 6/22 | Hoy | | | x | | | | | | | | x |
| Gov. Q | 6/22 | Hoy | Response by Mr. Anderson to Mr. Hoy re: fiber samples, DNA samples 5/3/06 | | x | | | | | | | | x |
| Gov. R | 6/22 | Hoy | Evidence Release Form - Mn Dept Public Safety. | | x | | | | | | | | x |
| Gov. S | 6/22 | Hoy | June 9 2006 Letter from Mr. Hoy to Dr. Blake | | x | | | | | | | | x |
| Gov. T | 6/22 | Hoy | e-mail from Dr. Blake to Mr. Hoy. 6/13/2006 | | x | | | | | | | | x |
| Gov. U | 6/22 | Hoy | Letter to Dr. Blake from Mr. Hoy 6/15/06 | | x | | | | | | | | x |
| Gov. V | 6/22 | Hoy | Notes of Mr. Hoy of Ph conf w/Dr. Stettler 6/6/2006 | | x | | | | | | | | x |
| Gov. W | 6/22 | Hoy | Letter from Mr. Hoy dated 6/6/2006 to Dr. Stettler (overnight mail) | | x | | | | | | | | x |

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gov. X | 6/22 | Hoy | Letter from Dr. Stettler dated 7/19/06 to Mr. Hoy | | x | | | | | | | x |
| Gov. Y | 6/22 | Hoy | Handwritten notes of Mr. Hoy | | x | | | | | | | x |
| Gov Z. | 6/22 | Hoy | Letter of Dr. Stettler dated 7/27/2006 | | x | | | | | | | x |
| Gov AA | 6/22 | Hoy | Dr. Stettler's CV | | x | | | | | | | x |
| Gov BB | 6/22 | Hoy | Notes of Mr. Hoy (re contact info for Dr. Sensabaugh) | | x | | | | | | | x |
| Gov CC | 6/22 | Hoy | Notes of Mr. Hoy re: phone conf w/Dr. Sensabaugh)  6/28/2006 | | x | | | | | | | x |
| Gov DD | 6/22 | Hoy | internal reports Regent Hospital (St. Paul) AP levels | | x | | | | | | | x |
| Gov EE | 6/22 | Hoy | Notes of Mr. Hoy preparing for suppression hearing | | x | | | | | | | x |
| Gov FF | 6/22 | Hoy | e-mail exchange from Mr. Hoy to Dr. Sensabaugh dated 6/28/2006 | | x | | | | | | | x |
| Gov GG | 6/22 | Hoy | Handwritten Notes of Mr. Hoy re: phone conference w/ Dr. Sensabaugh 8/19/2006 | | x | | | | | | | x |
| Gov HH | 6/22 | Hoy | Letter to Hoy from Sensabaugh 8/24/2006 | | x | | | | | | | x |
| Gov II | 6/22 | Hoy | summary chart generated by Mr. Hoy re: tests and results. | | x | | | | | | | x |
| Gov JJ | 6/22 | Hoy | e-mail from Hoy to Dr. Melton re: initial consultation | | x | | | | | | | x |
| Gov KK | 6/22 | Hoy | | | x | | | | | | | x |
| Gov. LL | 6/22 | Hoy | Dr. Melton's CV | | x | | | | | | | x |
| Gov.MM | 6/22 | Hoy | Notes of Mr. Hoy re: items to send to Dr. Melton | | x | | | | | | | x |
| Gov NN | 6/22 | Hoy | letter from Hoy to Dr. Melton 4/5/2006 | | x | | | | | | | x |
| Gov OO | 6/22 | Hoy | Letter dated 4/5/2006 from Hoy to Norm Anderson | | x | | | | | | | x |
| Gov PP | 6/22 | Hoy | Letter from Hoy to Dr. Melton 5/ /2006 | | x | | | | | | | x |
| Gov QQ | 6/22 | Hoy | June 6, 2006 letter to Dr. Melton from Mr. Hoy | | x | | | | | | | x |
| Gov RR | 6/22 | Hoy | Letter to Hoy from Dr. Melton re: case review/conclusions. | | x | | | | | | | x |
| Gov SS | 6/22 | Hoy | Letter 2/2/2006 from Mr. Hoy to Microtrace Scientific | | x | | | | | | | x |
| Go UU | 6/22 | Hoy | Handwritten Notes of Mr. Hoy dated 4/4/2006 re: fibre evidence to be sent to Microtrace | | x | | | | | | | x |

| | | | | | x | | | | | | | x |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Gov VV | 6/22 | Hoy | 4/6/2006 - letter from Hoy to Mr. Skip Palleneck. | | x | | | | | | | x |
| Gov WW | 6/22 | Hoy | 4/6/2006 - Letter to Norm Anderson | | x | | | | | | | x |
| Gov XX | 6/22 | Hoy | 5/10/06 letter from Hoy to Mr. Palleneck | | x | | | | | | | x |
| Gov YY | 6/22 | Hoy | 7/5/2006 - hand written notes (Mr. Hoy) of phone conference w/ Mr. Palleneck. | | x | | | | | | | x |
| Gov ZZ | 6/22 | Hoy | Report dated 7/20/2006 from Microtrace to Hoy re: acrylic fibers. | | x | | | | | | | x |
| Gov AAA | 6/22 | Hoy | 7/8/2006 - Letter from Microtrace (Report of red polyester fibers) | | x | | | | | | | x |
| Gov BBB | 6/22 | Hoy | handwritten notes of Mr. Hoy re: contacting Dr. Peterson | | x | | | | | | | x |
| Gov CCC | 6/22 | Hoy | Letter from Hoy to Dr. Peterson | | x | | | | | | | x |
| Gov DDD | 6/22 | Hoy | CV Dr. Peterson | | x | | | | | | | x |
| Gov EEE | 6/22 | Hoy | notes of Mr. Hoy  - conference w/ Mr. Dusek and Mr. Rodriguez 2/9/04 | | x | | | | | | | x |
| Gov FFF | 6/22 | Hoy | Notes of Mr. Hoy re meeting at jail Ney, Hoy and Rodriguez | | x | | | | | | | x |
| Gov GGG | 6/22 | Hoy | Notes of Mr. Hoy re Jail conference 5/17/2005 (Ney, Rodriguez, Christensen) | | x | | | | | | | x |
| Gov HHH | 6/22 | Hoy | Notes of Mr. Hoy re: jail conference 3/1/2006 (Ney and Hoy) | | x | | | | | | | x |
| Gov. TT | 6/23 | Fischer | Transcript of testimony of Steven Fischer | | x | | | | | | | x |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |

Pet. - Petitioner's Exhibits (Mr. Rodriguez)
*F-Foundation only
*A-Admitted into Evidence for all purposes

Irregular Exhibits: _____