# WITNESS LIST

☐ **CASE NO.**   2:04-cr-55         **Case Name:**      USA v. Rodriguez (2255 Petition)

| | **Government** | | **Petitioner** |
| --- | --- | --- | --- |
| DATE | WITNESS | DATE | WITNESS |
| | NAME: | 6/20/17 | NAME: Charles Keel |
| | CITY: | | CITY: California |
| | | | |
| | NAME: | 6/20/17 | NAME: Dr. Mark Flomenbaum |
| | CITY: | | CITY: Maine |
| | | | |
| | NAME: | 6/21/17 | NAME: Jonathan L. Arden, MD |
| | CITY: | | CITY:  McLean, VA |
| | | | |
| | NAME: | 6/21/17 | NAME: Dr. Ljubisa Jovan Dragovic |
| | CITY: | | CITY: |
| | | | |
| | NAME: | 6/22/17 | NAME: Robert Hoy |
| | CITY: | | CITY: Fargo, ND |
| | | | |
| | NAME: | 6/22/17 | NAME: Dr. Michael Ferenc (via video conference) |
| | CITY: | | CITY: Alameda, CA |
| | | | |
| | NAME: | 6/23/17 | NAME: Garry F. Peterson, M.D., J.D. |
| | CITY: | | CITY:  Minneapolis, MN |
| | | | |
| | NAME: | 6/23/17 | NAME: Steven Fischer |
| | CITY: | | CITY: Minneapolis, MN |
| | | | |