IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
|     Plaintiff/Respondent, | : |
| | : Criminal Case No. 2:04-cr-55 |
| vs. | : |
| | : |
| ALFONSO RODRIGUEZ, JR., | : |
| | : |
|     Defendant/Petitioner. | : |

**PETITIONER'S MOTION TO ALLOW DEPOSITION TESTIMONY IN LIEU OF LIVE
TESTIMONY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 32(a)**

Petitioner Alfonso Rodriguez, by and through undersigned counsel, respectfully moves the Court to authorize the use of expert witness Dr. George Sensabaugh's deposition testimony at Petitioner's evidentiary hearing. Petitioner states as follows in support of his motion:

1. From June 20-23, 2017, the Court held a hearing to address the forensic issues in Petitioner's motion for post-conviction relief under 28 U.S.C. § 2255. The Court is currently scheduled to resume this evidentiary hearing on September 11, 2017.

2. Dr. George Sensabaugh testified as an expert witness during Petitioner's trial. At the time of trial, Dr. Sensabaugh was not provided with the results of p30 testing conducted in this case. Thus, Dr. Sensabaugh's evidentiary hearing testimony will be helpful to the Court's determination of key forensic issues, including whether, and how, knowledge of p30 test results would have impacted Dr. Sensabaugh's testimony, as well as the nature and extent of Dr. Sensabaugh's consultations with trial counsel.

3. On August 16, 2017, Dr. Sensabaugh gave testimony at a deposition in San Francisco, California. Opposing counsel were present at the deposition and had the opportunity to question Dr. Sensabaugh with the understanding that the deposition testimony would be presented to the

1

Court in lieu of live testimony at a hearing.

4.  Dr. Sensabaugh resides in Oakland, California, and because of a long-term illness, was unable to travel for the June 2017 hearing dates.  He is also unavailable for the September 11, 2017 hearing date.  In order to avoid further delay, Petitioner respectfully requests that the Court admit Dr. Sensabaugh's August 16, 2017, deposition in lieu of live testimony.

5.  According to Federal Rule of Civil Procedure 32(a)(4)(B) and (C), a witness's deposition testimony may be used for any purpose if the court finds that the "witness is more than 100 miles from the place of [the] hearing" or the witness is unavailable because of illness. Dr. Sensabaugh's illness and his distance from the Court justify the use of his deposition in these post-conviction proceedings. A transcript of Dr. Sensabaugh's deposition accompanies this motion as Exhibit 1.

6.  Counsel for Petitioner have consulted with opposing counsel, who states that the government does not oppose this motion.

WHEREFORE, for all the foregoing reasons, Petitioner respectfully requests that the Court admit Dr. Sensabaugh's deposition in lieu of his testimony.

Respectfully submitted,

/s/ Victor J. Abreu
VICTOR J. ABREU (PA Bar No. 71635)
JOSEPH W. LUBY (PA Bar No. 321759)
FEDERAL COMMUNITY DEFENDER FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
victor_abreu@fd.org
joseph_luby@fd.org

Dated:          September 1, 2017
                Philadelphia, PA

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, the foregoing document was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Keith Reisenauer
keith.reisenauer@usdoj.gov

Melissa H. Burkland
melissa.burkland@usdoj.gov

/s/ Victor J. Abreu
*Counsel for Defendant-Petitioner*