## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| **Plaintiff/Respondent,** | : | |
| | : | **Case No. 2:04-cr-55** |
| **vs.** | : | |
| | : | |
| **ALFONSO RODRIGUEZ, JR.,** | : | |
| | : | |
| **Defendant/Petitioner.** | : | |

### WAIVER OF APPEARANCE AT HEARING OF SEPTEMBER 11, 2017

Petitioner Alfonso Rodriguez, by and through undersigned counsel, hereby waives his presence at the upcoming evidentiary hearing scheduled for September 11, 2017, at 9:00 a.m. Petitioner states as follows:

1.      Exhibit 1, attached to this document, is a signed waiver for the evidentiary hearing that is scheduled for September 11, 2017, which suffices to waive Petitioner's physical presence as well as his presence via videoconference.

Respectfully submitted,

/s/ Victor J. Abreu
VICTOR J. ABREU (PA Bar No. 71635)
JOSEPH W. LUBY (PA Bar No. 321759)
FEDERAL COMMUNITY DEFENDER FOR
THE EASTERN DISTRICT OF
PENNSYLVANIA
  Capital Habeas
      Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
victor_abreu@fd.org
joseph_luby@fd.org

Dated:      September 1, 2017
            Philadelphia, PA

## CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2017, the foregoing document was filed electronically  with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF)  to the following:

> Keith Reisenauer
> keith.reisenauer@usdoj.gov

/s/ Victor J. Abreu
*Counsel for Defendant-Petitioner*