IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

United States of America,

      Plaintiff/Respondent,

vs.

Alfonso Rodriguez, Jr.,

      Defendant/Petitioner.

Criminal No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**ORDER SETTING HEARING
SCHEDULE**

The court held a status conference on October 19, 2017.  At the conference, the parties discussed the upcoming December 2017, hearing and the status of the briefing for the hearing held in June 2017.  The court requested that the transcript for the June 2017 hearing be expedited.  The parties are directed to file their briefs for the issues raised in the June 2017 hearing thirty days after receipt of the transcript.  The undersigned will enter orders on all issues that have been heard up to this point.

The parties requested that the undersigned consider remaining on the case despite elevation to the Court of Appeals.  The hearing scheduled for December 2017 is continued to allow the parties an opportunity to conduct discovery and frame up the issues.  Five days will be set aside for the hearing in July 2018.  The Clerk will send notice of the hearing.

**IT IS SO ORDERED.**

Dated this 25th day of October, 2017.

Sitting by designation:

/s/ Ralph R. Erickson
Ralph R. Erickson, Circuit Judge
Eighth Circuit Court of Appeals