**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff/Respondent, | : | |
| | : | Criminal Case No. 2:04-cr-55 |
| vs. | : | |
| | : | |
| ALFONSO RODRIGUEZ, JR., | : | |
| | : | |
| Defendant/Petitioner. | : | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE PETITIONER'S POST-HEARING BRIEF**

Petitioner Alfonso Rodriguez, by and through undersigned counsel, respectfully moves the Court for a fourteen-day extension of time to file his post-hearing brief concerning forensic-based claims, so that the brief would be due on or before June 14, 2018. Petitioner states as follows in support of his motion:

1.      Petitioner's brief is currently due May 31, 2018. *See* ECF Doc. 1074.

2.      Counsel for Petitioner require additional time to complete the brief in light of the lengthy record and transcript, the legally and factually complex claims at issue, counsels' competing responsibilities in other death penalty cases, as well as the time in recent weeks that was required in order for counsel to review and furnish extensive discovery to opposing counsel on Petitioner's remaining claims for post-conviction relief.

3.      Counsel have consulted with Assistant United States Attorney Keith Reisenauer, who advises that the government does not oppose the requested extension, provided that the government's filing date is postponed by the same fourteen-day period.

WHEREFORE, for all the foregoing reasons, Petitioner respectfully requests that he be allowed until June 14, 2018, to file his post-hearing brief on forensic claims, and that the government be permitted to file its brief 45 days thereafter.

Respectfully submitted,

/s/ Victor J. Abreu
VICTOR J. ABREU (PA Bar No. 71635)
JOSEPH W. LUBY (PA Bar No. 321759)
ERIC J. MONTROY (PA Bar No. 90949)
FEDERAL COMMUNITY DEFENDER FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
victor_abreu@fd.org
joseph_luby@fd.org
eric_montry@fd.org

Dated:        May 24, 2018
              Philadelphia, PA

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2018, the foregoing document was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Keith Reisenauer
keith.reisenauer@usdoj.gov

Melissa H. Burkland
melissa.burkland@usdoj.gov

/s/ Victor J. Abreu
*Counsel for Defendant-Petitioner*