**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff/Respondent, | : | |
| | : | Criminal Case No. 2:04-cr-55 |
| vs. | : | |
| | : | |
| ALFONSO RODRIGUEZ, JR., | : | |
| | : | |
| Defendant/Petitioner. | : | |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Defendant/Petitioner, Alfonso Rodriguez, Jr., in the above-captioned matter.

Respectfully submitted,


/s/ Jahaan Shaheed
Jahaan Shaheed
FEDERAL COMMUNITY DEFENDER FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
victor_abreu@fd.org
joseph_luby@fd.org
kimberly_newberry@fd.org


Dated:      July 17, 2018
              Philadelphia, PA

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of July, 2018, I served a copy of the foregoing

Notice of Appearance on the following counsel of record via first class mail, postage prepaid:

Keith W. Reisenauer, Esq.
Assistant United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North – Suite 250
Fargo, ND 58102-4932

/s/ Jahaan Shaheed
Jahaan Shaheed