IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>ALFONSO RODRIGUEZ, JR.,<br><br>Defendant/Petitioner. | Case No. 2:04-cr-55<br><br>**UNITED STATES' UNOPPOSED MOTION FOR AN EXTENSION OF TIME** |

The United States of America, by Christopher C. Myers, United States Attorney for the District of North Dakota, Keith W. Reisenauer, First Assistant United States Attorney, and Melissa Burkland, Assistant United States Attorney, hereby requests a thirty-day extension of time to file the United States' post-hearing response brief concerning forensic-based claims to Petitioner Alfonso Rodriguez, Jr. ("Petitioner")'s brief. If granted, the United States' brief would therefore be due on or before September 5, 2018.  The United States provides the following in support of this motion:

1.      The United States' response brief is currently due August 6, 2018.

2.      The United States requires additional time to complete its response brief in light of the lengthy record, numerous transcripts, Petitioner's 99-page brief, and the legally and factually complex claims involved in this case.

3.      The United States has consulted with counsel for Petitioner, who advise that they do not oppose the requested extension.

WHEREFORE, for all of the foregoing reasons, the United States respectfully requests that it be allowed until September 5, 2018, to file its post-hearing response brief on the forensic claims.

Dated:  August 1, 2018

CHRISTOPHER C. MYERS
United States Attorney

By:    /s/ Keith W. Reisenauer
       KEITH W. REISENAUER
       First Assistant United States Attorney
       Quentin N. Burdick United States Courthouse
       655 First Avenue North - Suite 250
       Fargo, ND  58102-4932
       (701) 297-7400
       ND Bar Board ID No. 05434
       Keith.Reisenauer@usdoj.gov
       Attorney for United States

By:    /s/ Melissa Helen Burkland
       MELISSA HELEN BURKLAND
       Assistant United States Attorney
       Quentin N. Burdick United States Courthouse
       655 First Avenue North - Suite 250
       Fargo, ND  58102-4932
       (701) 297-7427
       WI Bar Board ID No. 1071443
       Melissa.Burkland@usdoj.gov
       Attorney for United States