IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:04-cr-55 |
| Plaintiff/Respondent, | |
| v. | **UNITED STATES' SECOND UNOPPOSED MOTION FOR AN EXTENSION OF TIME** |
| ALFONSO RODRIGUEZ, JR., | |
| Defendant/Petitioner. | |

The United States of America, by Christopher C. Myers, United States Attorney for the District of North Dakota, Keith W. Reisenauer, First Assistant United States Attorney, and Melissa Burkland, Assistant United States Attorney, hereby requests a thirty-day extension of time to file the United States' post-hearing response brief concerning forensic-based claims to Petitioner Alfonso Rodriguez, Jr. ("Petitioner")'s brief. If granted, the United States' brief would therefore be due on or before October 5, 2018. The United States provides the following in support of this motion:

1.      The United States' response brief is currently due September 5, 2018.

2.      The United States requires additional time to complete its response brief in light of the lengthy record, numerous transcripts, Petitioner's 99-page brief, the legally and factually complex claims involved in this case, and First Assistant United States Attorney Reisenauer's extensive work travel schedule. FAUSA Reisenauer has been preparing for depositions which have taken and will take him out of the office in the above matter and therefore will be unable to complete the United States' response brief by the current deadline.

3.      The United States has consulted with counsel for Petitioner, who advise that they do not oppose the requested extension.

WHEREFORE, for all of the foregoing reasons, the United States respectfully requests that it be allowed until October 5, 2018, to file its post-hearing response brief on the forensic claims.

Dated:  August 30, 2018

CHRISTOPHER C. MYERS
United States Attorney

By:    /s/ Keith W. Reisenauer_____
KEITH W. REISENAUER
First Assistant United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North - Suite 250
Fargo, ND  58102-4932
(701) 297-7400
ND Bar Board ID No. 05434
Keith.Reisenauer@usdoj.gov
Attorney for United States

By:    /s/ Melissa Helen Burkland_____
MELISSA HELEN BURKLAND
Assistant United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North - Suite 250
Fargo, ND  58102-4932
(701) 297-7427
WI Bar Board ID No. 1071443
Melissa.Burkland@usdoj.gov
Attorney for United States