**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
| | : |
| **Plaintiff/Respondent,** | : |
| | : **Criminal Case No. 2:04-cr-55** |
| **vs.** | : |
| | : |
| **ALFONSO RODRIGUEZ, JR.,** | : |
| | : |
| **Defendant/Petitioner.** | : |

**PETITIONER'S MOTION FOR LEAVE TO FILE A REPLY BRIEF
IN SUPPORT OF HIS FORENSIC-BASED CLAIMS**

Petitioner Alfonso Rodriguez, by and through undersigned counsel, respectfully moves for leave of Court to file a reply brief in support of his forensic-related claims, and specifically, in reply to the government's "Post-Hearing Brief on Forensic Claims." Petitioner states as follows in support of this motion:

1.      Following the Court's evidentiary hearing on Petitioner's forensic-based claims, Petitioner filed his post-hearing brief on June 21, 2018. *See* ECF Doc. 1083.

2.      The government filed a responsive post-hearing brief on Oct. 4, 2018. *See* ECF Doc. 1094.

3.      The claims at issue are factually and legally complex. Petitioner's opening brief was 99 pages in length, and the government's response brief spanned 89 pages. The government's brief raises issues and arguments which are either not

addressed in Petitioner's brief or which require further discussion in order for the Court to reach a fully-informed determination of the pending claims.

4.     Petitioner's proposed reply brief, which is 36 pages in length, is attached to this motion for the Court's convenience, and counsel will file the brief if and when the Court grants the requested leave.

WHEREFORE, for all of the foregoing reasons, Petitioner respectfully requests leave of Court to file the accompanying reply brief in support of his forensic claims.

Respectfully submitted,


/s/ Joseph W. Luby
VICTOR J. ABREU
JOSEPH W. LUBY
ERIC J. MONTROY
JAHAAN SHAHEED
FEDERAL COMMUNITY DEFENDER
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520


Dated:     November 7, 2018
           Philadelphia, PA

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2018, the foregoing document was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Keith Reisenauer
keith.reisenauer@usdoj.gov

Melissa H. Burkland
melissa.burkland@usdoj.gov

/s/ Joseph W. Luby
*Counsel for Defendant-Petitioner*

3