IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | |
| Plaintiff/Respondent, | Criminal No. 2:04-cr-55<br>Civil Case No. 2:11-cv-88 |
| vs. | **ORDER DENYING MOTION TO<br>EXCLUDE EXPERT WITNESSES** |
| Alfonso Rodriguez, Jr., | |
| Defendant/Petitioner. | |

Before the court is the United States' motion to exclude "new and previously undisclosed" expert witnesses.[1]  Petitioner Alfonso Rodriguez, Jr. has filed a brief in opposition.[2]

Exclusion of evidence is a harsh and drastic remedy.  It is not justified in this case. There has been no violation or failure to comply with a scheduling order issued in this case. The United States will have two months to study and review the expert reports prior to the scheduled hearing.  This time period is consistent with other expert reports that have been disclosed in this case.  The United States has failed to demonstrate that the expert subject matter is "new" or "previously undisclosed."  Counsel has indicated that the experts have examined Rodriguez and are in the final stages of making their findings and writing their reports.

---

[1] Doc. #1095.

[2] Doc. #1098.

In light of all these factors that weigh against exclusion of the expert witnesses combined with the significance of the experts for Rodriguez's claims, the United States' motion is **DENIED**.

**IT IS SO ORDERED.**

Dated this 29th day of November, 2018.

Sitting by designation:

/s/ Ralph R. Erickson
Ralph R. Erickson, Circuit Judge
Eighth Circuit Court of Appeals
