**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff/Respondent, | : | |
| | : | Criminal Case No. 2:04-cr-55 |
| vs. | : | |
| | : | |
| ALFONSO RODRIGUEZ, JR., | : | |
| | : | |
| Defendant/Petitioner. | : | |

_____

**WAIVER OF PRESENCE AT EVIDENTIARY HEARING
COMMENCING ON JANUARY 28, 2019**

Petitioner Alfonso Rodriguez, by and through undersigned counsel, hereby waives his

presence at the upcoming evidentiary hearing scheduled to begin January 28, 2019. Petitioner

states as follows:

1. Exhibit 1, attached to this document, is a signed waiver for the evidentiary hearing that is

scheduled for January 28 through February 8, 2019, which suffices to waive Petitioner's physical

presence as well as his presence via videoconference.

Respectfully submitted,

/s/ Joseph W. Luby
JOSEPH LUBY
ERIC MONTROY
JAHAAN SHAHEED
FEDERAL COMMUNITY DEFENDER
FOR THE EASTERN DISTRICT OF
PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street
Suite 545 West
Philadelphia, PA 19106
Tel: 215.928.0520
Joseph_Luby@fd.org
Eric_Montroy@fd.org
Jahaan_Shaheed@fd.org

Dated:        January 14, 2019
              Philadelphia, PA

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2019, the foregoing document was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Keith Reisenauer
keith.reisenauer@usdog.gov

Melissa H. Burkland
melissa.burkland@usdoj.gov

/s/ Joseph W. Luby
*Counsel for Defendant-Petitioner*