**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 2:04-cr-55 |
| Plaintiff/Respondent, | : | |
| | : | |
| vs. | : | **WAIVER OF APPEARANCE** |
| | : | **AT EVIDENTIARY HEARING** |
| ALFONSO RODRIGUEZ, JR., | : | **COMMENCING ON** |
| | : | **January 28, 2019** |
| Defendant/Petitioner. | : | |

The undersigned defendant in this case acknowledges the following:

1.  I am aware the District Court has scheduled a public evidentiary hearing to convene at 9:00 a.m. on Monday, January 28, 2019.

2.  My attorneys, Joseph W. Luby, Eric J. Montroy, Jahaan A.R. Shaheed, and Victor J. Abreu, have advised me that the purpose of this evidentiary hearing is for the Court to hear testimony regarding mental health evidence in my case.

3.  I understand that this hearing is a continuation of the evidentiary hearing that the Court held on January 28-February 8, 2019.

4.  I am aware that, as the defendant, I have the right to be present at the evidentiary hearing in its entirety.

5.  Mindful of my right to be present, I voluntarily give up that right and will not attend the evidentiary hearing. I also waive my right to attend the evidentiary hearing via videoconference. I understand my attorneys will be attending on my behalf.

Dated:  12-28-18   , 2018

Alfonso Rodriguez, Jr.