**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**NORTHEASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff/Respondent, | : | |
| | : | Criminal Case No. 2:04-cr-55 |
| vs. | : | |
| | : | |
| ALFONSO RODRIGUEZ, JR., | : | |
| | : | |
| Defendant/Petitioner. | : | |

**NOTICE OF APPEARANCE**

Please enter my appearance on behalf of Defendant/Petitioner, Alfonso Rodriguez, Jr., in

the above-captioned matter.

Respectfully submitted,


/s/ Anne E. Fisher
Anne E. Fisher
FEDERAL COMMUNITY DEFENDER FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
eric_montroy@fd.org
joseph_luby@fd.org
jahaan.shaheed@fd.org


Dated:       January 23, 2019
             Philadelphia, PA

**CERTIFICATE OF SERVICE**


I hereby certify that on this 23rd day of January, 2019, I served a copy of the foregoing

Notice of Appearance on the following counsel of record via ECF filing:

Keith W. Reisenauer, Esq.
Melissa H. Burkland, Esq.
Assistant United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North – Suite 250
Fargo, ND 58102-4932
keith.reisenauer@usdoj.gov
Melissa.Burkland@usdoj.gov

/s/ Anne E. Fisher
Anne E. Fisher