## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## NORTHEASTERN DIVISION

UNITED STATES OF AMERICA,            :
                                     :
    Plaintiff/Respondent,        :
                                     :    Criminal Case No. 2:04-cr-55
vs.                                  :
                                     :
ALFONSO RODRIGUEZ, JR.,              :
                                     :
    Defendant/Petitioner.        :

### NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendant/Petitioner, Alfonso Rodriguez, Jr., in the above-captioned matter.

Respectfully submitted,


/s/ Annie Fisher
Annie Fisher
FEDERAL COMMUNITY DEFENDER FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
Annie_fisher@fd.org
joseph_luby@fd.org
Eric_Montroy@fd.org
Jahaan_Shaheed@fd.org


Dated:    August 27, 2019
        Philadelphia, PA

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2019, the foregoing document was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

Drew Wrigley
drew.wrigley@usdog.gov

Melissa H. Burkland
melissa.burkland@usdoj.gov


/s/ Annie Fisher
Annie Fisher