IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff/Respondent,<br><br>v.<br><br>ALFONSO RODRIGUEZ, JR.,<br><br>    Defendant/Petitioner. | Case No. 2:04-cr-55<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL BY UNITED STATES** |

Drew H. Wrigley, United States Attorney for the District of North Dakota, will be substituted in place of Keith W. Reisenauer as counsel for the United States in the above-entitled case.

Dated:  August 28, 2019

*/s/ Drew H. Wrigley*_____
DREW H. WRIGLEY
United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North - Suite 250
Fargo, ND  58102-4932
(701) 297-7400
ND Bar Board ID No. 05156
Drew.Wrigley@usdoj.gov
Attorney for United States