IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

UNITED STATES OF AMERICA,

    Plaintiff/Respondent,

v.

ALFONSO RODRIGUEZ, JR.,

    Defendant/Petitioner.

Criminal Case No. 2:04-cr-55-RRE
Civil Case No. 2:11-cv-88-RRE

**MOTION FOR STATUS CONFERENCE HEARING**

The United States of America, by Drew H. Wrigley, United States Attorney for the District of North Dakota, and Melissa Helen Burkland, Assistant United States Attorney, moves the Court to conduct an open court status conference hearing in the above-captioned case.

In addition to requesting that the status conference be held in open court and on the record, the United States respectfully requests that the hearing be scheduled within thirty days of this filing. The United States has no to objection to defense counsel appearing by video for this hearing.

Dated:  October 22, 2019

DREW H. WRIGLEY
United States Attorney


*/s/ Drew H. Wrigley*_____
DREW H. WRIGLEY
United States Attorney
Quentin N. Burdick United States Courthouse
655 First Avenue North - Suite 250
Fargo, ND  58102-4932
(701) 297-7400
ND Bar Board ID No. 05156
Drew.Wrigley@usdoj.gov


By:    */s/ Melissa Helen Burkland*_____
MELISSA HELEN BURKLAND
Assistant United States Attorney
WI Bar Board ID No. 1071443
Melissa.Burkland@usdoj.gov

Attorneys for United States

2