IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,<br><br>　　　Plaintiff/Respondent,<br><br>vs.<br><br>Alfonso Rodriguez, Jr.,<br><br>　　　Defendant/Petitioner. | Criminal No. 2:04-cr-55<br>Civil Case No. 2:11-cv-88<br><br>**ORDER SETTING SCHEDULE FOLLOWING EVIDENTIARY HEARING HELD ON 1/28/2019 THROUGH 2/7/2019 AND DISMISSING AS MOOT MOTION FOR STATUS CONFERENCE** |

The court **HEREBY ORDERS** as follows:

(1)　The transcript for the evidentiary hearing held on January 28, 2019, through February 7, 2019, shall be completed by the court reporter and filed no later than **February 3, 2020.**

(2)　Consistent with the court's previous order following the evidentiary hearing, Petitioner Alfonso Rodriguez, Jr.'s post-hearing brief shall be filed no later than **April 3, 2020.**

(3)　Consistent with the court's previous order following the evidentiary hearing, the United States's post-hearing brief shall be filed no later than **June 3, 2020**.

(4)　Petitioner Alfonso Rodriguez, Jr. shall have until **January 1, 2020**, to complete his investigation and file an amended petition on the issue(s) that he mentioned at the last hearing were under investigation.

(5)　Having resolved the issues the United States sought to discuss at a status conference, the court hereby dismisses the motion for a status conference as moot.

**IT IS SO ORDERED.**

Dated this 28th day of October, 2019.

　　　　　　　　　　　　Sitting by designation:

　　　　　　　　　　　　/s/ Ralph R. Erickson
　　　　　　　　　　　　Ralph R. Erickson, Circuit Judge
　　　　　　　　　　　　Eighth Circuit Court of Appeals