IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America, | Criminal No. 2:04-cr-55 |
| Plaintiff/Respondent, | Civil Case No. 2:11-cv-88 |
| vs. | **AMENDED ORDER SETTING TRANSCRIPT DEADLINE FOR EVIDENTIARY HEARING HELD ON 1/28/2019 THROUGH 2/7/2019** |
| Alfonso Rodriguez, Jr., | |
| Defendant/Petitioner. | |

The court hereby issues the following Amended Order:

(1)     Due to the number of trials and hearings, the court reporter is unable to complete the transcript according to the previously-ordered schedule.

(2)     The court's previous order is amended to require that the last volume for the evidentiary hearing held on January 28, 2019, through February 7, 2019, be completed and filed no later than **May 4, 2020.**

(3)     The transcript for the first three days of the hearing has been filed.  Each time the court reporter completes the transcript for another day, she shall file that volume of the transcript forthwith.

(4)     Once the court reporter begins working on the last volume of the transcript, the court will contact counsel to discuss the briefing schedule.

**IT IS SO ORDERED.**

Dated this 3rd day of February, 2020.

                                  Sitting by designation:

                                  /s/ Ralph R. Erickson
                                  Ralph R. Erickson, Circuit Judge
                                  Eighth Circuit Court of Appeals