IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

United States of America,

      Plaintiff/Respondent,

vs.

Alfonso Rodriguez, Jr.,

      Defendant/Petitioner.

Criminal No. 2:04-cr-55
Civil Case No. 2:11-cv-88

**SCHEDULING ORDER**

The transcripts for the evidentiary hearing held from January 28, 2019, through February 7, 2019, having been completed and filed, the Court issues the following scheduling order for post-hearing briefing:

(1)    Petitioner Alfonso Rodriguez, Jr.'s post-hearing brief shall be filed no later than **July 10, 2020**.

(2)    The United States's post-hearing brief shall be filed no later than **September 10, 2020**.

**IT IS SO ORDERED.**

Dated this 7th day of May, 2020.

Sitting by designation:

/s/ Ralph R. Erickson
Ralph R. Erickson, Circuit Judge
Eighth Circuit Court of Appeals