IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHEASTERN DIVISION

UNITED STATES OF AMERICA,        :
                                    :

   **Plaintiff/Respondent,**       :
                                    : **Criminal Case No. 2:04-cr-55**

   **vs.**                             :
                                    :

**ALFONSO RODRIGUEZ, JR.,**     :
                                    :

   **Defendant/Petitioner.**       :

**MOTION FOR EXTENSION OF TIME
TO FILE PETITIONER'S POST-HEARING BRIEF**

Petitioner Alfonso Rodriguez, by and through undersigned counsel, respectfully moves

the Court for a sixty-day extension of time to file his post-hearing brief concerning mental health

mitigation claims, so that the brief would be due on or before September 8, 2020. Petitioner

states as follows in support of his motion:

1.      Petitioner's brief is currently due July 10, 2020. *See* ECF Doc. 1133.

2.      Counsel for Petitioner require additional time to complete the brief in light of the

numerous considerations, including the extensive record of the relevant proceedings. That record

includes 1,779 pages of transcripts from a two-week evidentiary hearing as well as some 280

exhibits, together with the parties' merits filings to date.

3.      Aside from the length of the proceedings and record, counsel for Petitioner have

faced, and will continue to face, competing and pressing obligations in other death penalty cases.

      a.      Undersigned counsels' office represents Texas death-sentenced prisoner

Ruben Gutierrez, whose execution was stayed by the Supreme Court on June 16, 2020,

only hours before it was scheduled to occur, and as to which litigation is ongoing. *See*

*Gutierrez v. Saenz*, --- S. Ct. ---, Nos. 19-8695, 19A1052, 2020 WL 3248349 (U.S. Jun.

1

16, 2020). In addition to *Gutierrez*, federally death-sentenced prisoner Dustin Honken is scheduled for execution on July 17, 2020, as announced by the Attorney General on June 15. *See* <<https://www.justice.gov/opa/ pr/executions-scheduled-four-federal-inmates-convicted-murdering-children>>. Execution dates and the press of warrant litigation create tremendous burdens in the office, beyond the attorneys who are counsel of record.

b.      Beyond the office-wide strain from execution dates, attorney Joseph Luby has been, and will continue to be, heavily involved with lethal injection litigation in all three levels of the federal courts concerning Mr. Honken's scheduled execution and otherwise. *See Bourgeois et al. v. Barr et al.* (U.S., Case Nos. 19-1348, 19A1050, petition for certiorari and application to stay or recall Court of Appeals' mandate following vacatur of district court's preliminary injunction); *In re Fed. Bureau of Prisons Execution Protocol Cases*, 955 F.3d 106 (D.C. Cir. 2020) (opinion issued April 7, 2020; mandate issued June 12, 2020); *In re Fed. Bureau of Prisons Execution Protocol Cases* (D.D.C. Case No. 19-mc-0145) (renewed motion for preliminary injunction filed June 19, 2020, with evidentiary hearing requested and accelerated briefing ordered). Mr. Luby also faces difficult filing deadlines over the coming weeks, including in *Johnson v. Steele* (8th Cir. Case No. 18-2513; reply brief due July 23, 2020); *Laird v. Sec., Pa. Dept. of Corr.* (3d Cir. Case No. 17-9000; appellant's brief due August 21, 2020); and *Eichinger v. Sec., Pa. Dept. of Corr.* (3d Cir. Case No. 19-9000; application for certificate of appealability due August 10, 2020). Attorney Eric Montroy faces similar competing obligations. *See Uderra v. Beard* (E.D. Pa. Case No. 05-1094; consolidated brief due August 28, 2020); *Housman v. Wetzel et al.* (M.D. Pa. Case No. 11-cv-00167; habeas corpus petition due July 13, 2020, following grant of post-conviction relief as to sentencing).

4.      In light of the COVID-19 pandemic, undersigned counsels' office has been

adhering to a work-at-home policy since March 16, 2020. Although counsel have made efforts to work around the current restrictions, the office closure has adversely affected counsels' ability to complete a professionally appropriate post-hearing brief. The closure has delayed and prolonged the completion of counsels' work, and to date, the office has not authorized counsel to travel in order to visit clients at USP Terre Haute or other prisons.

5. Petitioner is making this request in good faith and in a genuine need for additional time to file a professionally appropriate submission in this capital case.

WHEREFORE, for all the foregoing reasons, Petitioner respectfully requests that he be allowed until September 8, 2020, to file his post-hearing brief on mental health-related claims.

Respectfully submitted,

/s/ JOSEPH W. LUBY
JOSEPH W. LUBY
ERIC J. MONTROY
FEDERAL COMMUNITY DEFENDER FOR THE
EASTERN DISTRICT OF PENNSYLVANIA
Capital Habeas Unit
601 Walnut Street, Suite 545 West
Philadelphia, PA 19106
(215) 928-0520
joseph_luby@fd.org
eric_montry@fd.org

Dated:        June 29, 2020
              Philadelphia, PA

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2020, the foregoing document was filed electronically

with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF)

to the following:

Drew H. Wrigley
drew.wrigley@usdoj.gov

Melissa H. Burkland
melissa.burkland@usdoj.gov

/s/ Joseph W. Luby
*Counsel for Defendant-Petitioner*