IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Respondent,<br><br>v.<br><br>ALFONSO RODRIGUEZ, JR.,<br><br>Defendant/Petitioner. | Case No. 2:04-cr-55<br><br>**UNITED STATES' RESPONSE TO PETITIONER'S MOTION FOR AN EXTENSION OF TIME** |

The United States of America, by Drew H. Wrigley, United States Attorney for the District of North Dakota, and Melissa Helen Burkland, Assistant United States Attorney, submits this response to the Motion for an Extension of Time ("Motion") (Doc. 1134) filed by Petitioner Alfonso Rodriguez, Jr.  With the founded reservation noted herein, the United States takes no position regarding Petitioner's Motion requesting a 60-day extension ordered by the Court (Doc. 1133).

1.      Petitioner provided the United States with mental health-related discovery as early as 2018, and, at the urging of the Petitioner, the Parties engaged in expansive mental health and mitigation-related depositions throughout 2018 and 2019, deposing each witness and expert expected to provide testimony at the evidentiary hearing.

2.      All transcripts from the mental health depositions were provided to respective counsel for the Petitioner and the United States well in advance of the mental health hearing held from January 28, 2019, through and including February 7, 2019 (Doc. 1109).

3.      The Court filed completed hearing transcripts, beginning January 31, 2020 (Docs. 1117-1120), until the final transcript volume was filed on April 22, 2020 (Docs. 1128-1132).

4.       On May 7, 2020, after receiving respective scheduling recommendations from the Petitioner and the United States, the Court established a briefing scheduling ordering the

Petitioner to file his brief with the Court no later than July 10, 2020, and directing that the United States' brief be filed no later than September 10, 2020 (Doc. 1133).

5.      Given the length of time Petitioner's Section 2255 Petition has been pending, the extensive number of years Petitioner has had to review mental health and mitigation discovery, conduct depositions, review transcripts, and formulate a mental health strategy, if the Court grants Petitioner's Motion and establishes an extended filing deadline for the Petitioner, the United States respectfully requests that the Court establish the Petitioner-requested September 8, 2020 briefing deadline as final, absent a showing that, due to circumstances unknown and unknowable to the Petitioner as of this date, a significant injustice would occur without further extension of the deadline for Petitioner to file his final brief.

Dated:   June 30, 2020.

DREW H. WRIGLEY
United States Attorney

By:    */s/ Drew H. Wrigley*
DREW H. WRIGLEY
United States Attorney
ND Bar ID 05156
P.O. Box 699
Bismarck, ND  58502-0699
(701) 530-2420
drew.wrigley@usdoj.gov
Attorney for United States

MELISSA HELEN BURKLAND
Assistant United States Attorney

By:    */s/ Melissa H. Burkland*
MELISSA HELEN BURKLAND
Assistant United States Attorney
WI Bar ID 1071443
655 First Avenue North, Suite 250
Fargo, ND  58102-4932
(701) 297-7400
melissa.burkland@usdoj.gov
Attorney for United States

2